IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ALLERGAN USA, INC. and IRONWOOD PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., MYLAN PHARMACEUTICALS INC., SANDOZ INC., AUROBINDO PHARMA LTD., and AUROBINDO PHARMA USA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No. 16-1114 (RGA) ) CONSOLIDATED ) ) ) ) ) ) ) ) |

**STIPULATION AND ORDER OF DISMISSAL WITHOUT
PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(2)**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Allergan Sales, LLC, Forest Laboratories Holdings, Ltd., Allergan USA, Inc., and Ironwood Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendant Sandoz Inc. ("Sandoz") hereby stipulate and agree that:

1. All claims, counterclaims, and defenses in the above-captioned actions with respect to U.S. Patent No. 8,933,030, as between Plaintiffs and Sandoz, are hereby dismissed without prejudice.

2. Plaintiffs and Sandoz shall bear their own costs and attorney fees in connection with the claims, counterclaims, and defenses dismissed by this Stipulation And Order.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ John C. Phillips, Jr.* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>dab@pgmhlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Sandoz Inc.* |

August 15, 2018

**SO ORDERED:**

This _____ day of August, 2018

_____
HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE