IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ALLERGAN USA, INC. and IRONWOOD PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., MYLAN PHARMACEUTICALS INC., SANDOZ INC., AUROBINDO PHARMA LTD., and AUROBINDO PHARMA USA, INC., <br><br> Defendants. | C.A. No. 16-1114 (RGA) <br> CONSOLIDATED |
| ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ALLERGAN USA, INC. and IRONWOOD PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 17-1728 (RGA) |
| FOREST LABORATORIES HOLDINGS, LTD., ALLERGAN USA, INC., ALLERGAN SALES, LLC, and IRONWOOD PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 18-482 (RGA) |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT
## PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(2)

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Allergan Sales, LLC, Forest Laboratories Holdings, Ltd., Allergan USA, Inc., and Ironwood Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendant Mylan Pharmaceuticals Inc. ("MPI") hereby stipulate and agree that:

1.      All claims, counterclaims, and defenses in the above-captioned actions with respect to U.S. Patent No. 8,933,030 and/or U.S. Patent No. 9,708,371, as between Plaintiffs and MPI, are hereby dismissed, without prejudice.

2.      MPI's stipulation and agreement to this Stipulation And Order is without waiver of, or prejudice to, MPI's objection to venue in this District with respect to any remaining claims, defenses, or counterclaims in the above-captioned civil actions or any motion filed by, or to be filed by, MPI seeking dismissal for improper venue in one or more of the above-captioned civil actions.

3.      Plaintiffs' motion to amend to assert U.S. Patent No. 8,802,628 against MPI in connection with MPI's proposed generic 72 mcg product (D.I. 231 in C.A. No. 16-1114 (RGA)) is hereby granted, and the proposed Amended Complaint against MPI (D.I. 231-1) is hereby entered and deemed served, with a response date of 14 days from the entry of this Stipulation And Order.

4.      Plaintiffs' motion to dismiss U.S. Patent No. 9,708,371 (D.I. 214 in C.A. No. 16-1114 (RGA)) is hereby withdrawn as moot.

5.      The Clerk of the Court shall close Civil Action No. 17-1728-RGA, for which all claims, counterclaims, and defenses are being dismissed, without prejudice, by this Stipulation And Order.

1

6.      Plaintiffs and MPI shall bear their own fees and costs, including attorney fees, in connection with the claims, counterclaims, and defenses dismissed by this Stipulation And Order.

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

/s/ Jeremy A. Tigan
_____

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiffs*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Robert M. Vrana
_____

Adam W. Poff (#3990)
Robert M. Vrana (#5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
rvrana@ycst.com

*Attorneys for Defendant*
*Mylan Pharmaceuticals Inc.*

August 29, 2018

SO ORDERED this 30 day of  August , 2018.

_____
UNITED STATES DISTRICT JUDGE

2