IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ALLERGAN USA, INC. and IRONWOOD PHARMACEUTICALS, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 16-1114 (RGA) CONSOLIDATED |
| TEVA PHARMACEUTICALS USA, INC. and SANDOZ INC., | ) ) ) | |
| Defendants. | ) ) | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the

admission *pro hac vice* of Nicola R. Felice of QUINN EMANUEL URQUHART, & SULLIVAN, LLP,

51 Madison Avenue, 22nd Floor, New York, NY 10010 to represent plaintiffs Allergan Sales,

LLC, Forest Laboratories Holdings, Ltd., Allergan USA, Inc. and Ironwood Pharmaceuticals,

Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiffs*

December 18, 2019

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Nicola R. Felice is granted.


Dated: _____          _____
                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 12/17/19

Nicola R. Felice
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 18, 2019, upon the following in the manner indicated:

John W. Shaw, Esquire                                    *VIA ELECTRONIC MAIL*
Karen E. Keller, Esquire
Andrew E. Russell, Esquire
David M. Fry, Esquire
SHAW KELLER LLP
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

George C. Lombardi, Esquire                              *VIA ELECTRONIC MAIL*
Samuel S. Park, Esquire
Christopher B. Essig, Esquire
Bryce A. Cooper, Esquire
Jason Z. Pesick, Esquire
Loren G. Rene, Esquire
Ivan M. Poullaos, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

Noorossadat Torabi, Esquire                              *VIA ELECTRONIC MAIL*
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA  94025
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

Sharon Lin, Esquire                                      *VIA ELECTRONIC MAIL*
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20006
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

John C. Phillips, Jr., Esquire                                    *VIA ELECTRONIC MAIL*
David A. Bilson, Esquire
PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE  19806
*Attorneys for Defendant Sandoz Inc.*


William A. Rakoczy, Esquire                                       *VIA ELECTRONIC MAIL*
Paul J. Molino, Esquire
Deanne M. Mazzochi, Esquire
Jeffery A. Marx, Esquire
Kevin P. Burke, Esquire
Lauren M. Lesko, Esquire
Cynthia H. Sun, Esquire
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL  60654
*Attorneys for Defendant Sandoz Inc.*


                                    */s/ Jeremy A. Tigan*
                                    _____
                                    Jeremy A. Tigan (#5239)