IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALLERGAN SALES, LLC, FOREST
LABORATORIES HOLDINGS, LTD.,
ALLERGAN USA, INC., and IRONWOOD
PHARMACEUTICALS, INC.

    Plaintiffs,

    v.

TEVA PHARMACEUTICALS USA, INC.
and SANDOZ INC.

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 16-1114 (RGA)
Consolidated

**REDACTED - PUBLIC
VERSION**

## JOINT PROPOSED FINAL PRETRIAL ORDER

### VOLUME 2 OF 2 – EXHIBITS 9-16

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Peter J. Armenio, P.C.
Robert B. Wilson
Anne S. Toker
Krista M. Rycroft
Sky Adams
Christopher P. Hill
Allyson Parks
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue
New York, NY 10010
(212) 849-7000

SHAW KELLER LLP
John W. Shaw (# 3362)
Karen E. Keller (# 4489)
Andrew E. Russell (# 5382)
David M. Fry (# 5486)
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
dfry@shawkeller.com

*Attorneys for Defendant Teva
Pharmaceuticals USA, Inc.*

OF COUNSEL:

George C. Lombardi
Christopher B. Essig
Ivan M. Poullaos
Jason Z. Pesick
Nathan R. Gilbert
Courtney S. Block
WINSTON & STRAWN LLP
35 West Wacker Drive

Gregory A. Morris
Vikram A. Mathrani
Simeon G. Papacostas
Honigman LLP
155 North Wacker Drive, Suite 3100
Chicago, IL 60606
(312) 701-9300

Chicago, IL 60601
(312) 558-5600

Noorossadat Torabi
Winston & Strawn LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
(650) 858-6500

Sharon Lin
Winston & Strawn LLP
1700 K ST NW
Washington, DC 20006
(202) 282-5000

Phillips, Goldman, McLaughlin & Hall, P.A.
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

*Attorneys for Defendant Sandoz, Inc.*

OF COUNSEL:

William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Jeffery A. Marx
Kevin P. Burke
Lauren M. Lesko
Cynthia H. Sun
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
(312) 222-6304

## INDEX OF EXHIBITS

**STATEMENT OF ADMITTED FACTS WHICH REQUIRE NO PROOF**

Joint                                                  Exhibit 1

**STATEMENT OF FACTS THAT REMAIN TO BE LITIGATED**

Plaintiffs                                             Exhibit 2
Defendants                                             Exhibit 3

**STATEMENT OF ISSUES OF LAW THAT REMAIN TO BE LITIGATED**

Plaintiffs                                             Exhibit 4
Defendants                                             Exhibit 5

**TRIAL EXHIBITS**

Joint                                                  Exhibit 6
Plaintiffs                                             Exhibit 7
Defendants                                             Exhibit 8

**TRIAL WITNESSES**

Plaintiffs                                             Exhibit 9
   *Curriculum Vitae* of Lin Chang, M.D.              Exhibit 9.A
   *Curriculum Vitae* of William DeGrado, Ph.D.       Exhibit 9.B
   *Curriculum Vitae* of Kim E. Barrett               Exhibit 9.C
   *Curriculum Vitae* of Alexander M. Klibanov, Ph.D. Exhibit 9.D

Defendants                                             Exhibit 10
   *Curriculum Vitae* of Stephen B.H. Kent, Ph.D.     Exhibit 10.A
   *Curriculum Vitae* of Stephen B.H. Kent, Ph.D.     Exhibit 10.B
   *Curriculum Vitae* of Jeffrey L. Barnett, M.D.     Exhibit 10.C
   *Curriculum Vitae* of Pardeep K. Gupta, Ph.D.      Exhibit 10.D
   *Curriculum Vitae* of DeForest McDuff, Ph.D.       Exhibit 10.E

**DEPOSITION DESIGNATIONS**

Plaintiffs                                             Exhibit 11
Defendants                                             Exhibit 12

**STATEMENT OF INTENDED PROOFS**

Plaintiffs                                             Exhibit 13
Defendants                                             Exhibit 14

**MOTIONS *IN LIMINE***

Plaintiffs' Opening MIL 1                    Exhibit 15.A
Defendants' Opp. to MIL 1                    Exhibit 15.B
Plaintiffs' Reply MIL 1                      Exhibit 15.C

Defendants' Opening MIL 1                    Exhibit 16.A
Plaintiffs' Opp. to MIL 1                    Exhibit 16.B
Defendants' Reply MIL 1                      Exhibit 16.C

# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ALLERGAN USA, INC., and IRONWOOD PHARMACEUTICALS, INC. <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. and SANDOZ INC. <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 16-1114 (RGA)<br>Consolidated |

**PRETRIAL ORDER EXHIBIT 9:
PLAINTIFFS' WITNESS LIST**

Pursuant to D. Del. LR 16.3(c)(7), Plaintiffs Allergan Sales, LLC, Forest Laboratories Holdings, Ltd., Allergan USA, Inc., (collectively, "Allergan") and Ironwood Pharmaceuticals, Inc. ("Ironwood") (Allergan and Ironwood, collectively, "Plaintiffs") identify the witnesses they presently intend to call to testify at trial, or may call to testify at trial, either in person or by deposition designation.  Plaintiffs reserve the right to amend this list to add or remove witnesses consistent with D. Del. LR 16 and the Joint Pretrial Order.

This list is not a commitment that Plaintiffs will call any particular witness at trial, or a representation that any of the witnesses listed are available or will appear for trial.  If any witness listed as a person who Plaintiffs intend to call to testify in person is unavailable, Plaintiffs reserve the right to offer deposition testimony from such witness in lieu of live examination.

Plaintiffs further reserve the right to introduce testimony through deposition or live examination for any witness that Defendants Teva Pharmaceuticals USA, Inc. ("Teva") and/or Sandoz Inc. ("Sandoz") (Teva and Sandoz, collectively, "Defendants") identify on Defendants' list; for any expert witness that submitted an expert report on behalf of Defendants in this action; or as necessary to establish authenticity or admissibility of any trial exhibit if the authenticity or admissibility of the exhibit is challenged by Defendants.

## A.        Witnesses Whose Testimony Plaintiffs Intend to Offer at Trial

1. Mark Currie, Ph.D. (live)

2. Lin Chang, M.D. (live)

3. William DeGrado, Ph.D. (live)

4. Alexander M. Klibanov, Ph.D. (live)

**B.**     <u>**Witnesses Whose Testimony Plaintiffs May Offer at Trial**</u>

1.   Angelika Fretzen, Ph.D. (by deposition)

2.   Caroline Kurtz, Ph.D. (by deposition)

3.   Kim E. Barrett, Ph.D. (live)

4.   Lawrence H. Block, Ph.D. (by deposition)

5.   Bernard Domnic (by deposition)

6.   Parag Shah (by deposition)

7.   Melissa Henry (by deposition)

8.   Kinjal Suchak (by deposition)

# TAB A

**CURRICULUM VITAE**

**LIN CHANG, M.D.**
Professor of Medicine
Vatche and Tamar Manoukian Division of Digestive Diseases
David Geffen School of Medicine at UCLA

## PERSONAL HISTORY:

Office Address:

G. Oppenheimer Center for Neurobiology of Stress and Resilience
10833 Le Conte Avenue
CHS 42-210
Los Angeles, CA 90095-7378
(310) 206-0192; FAX (310) 825-1919

## EDUCATION:

| | |
|---|---|
| 1978 - 1982 | University of California, Los Angeles, Degree: B.S. Biochemistry |
| 1982 - 1986 | UCLA School of Medicine, Los Angeles, Degree: M.D. |
| 1986 - 1987 | Internship: Harbor-UCLA Medical Center, Internal Medicine |
| 1987 - 1989 | Residency: Harbor-UCLA Medical Center, Internal Medicine |
| 1989 - 1990 | Research Fellowship: Harbor-UCLA Medical Center, Division of Gastroenterology |
| 1990 - 1992 | Clinical Fellowship: UCLA Integrated Program, Gastroenterology |

## LICENSURE:

California - #G061634, expires 8/31/21

## BOARD CERTIFICATION:

ABIM: Internal Medicine 1989
Gastroenterology 1993, recertification 2014

## PROFESSIONAL EXPERIENCE:

| | |
|---|---|
| 2006- present | Professor of Medicine-in-Residence, Division of Digestive Diseases, David Geffen School of Medicine at UCLA |
| 2000 - 2006 | Associate Professor of Medicine, Division of Digestive Diseases, David Geffen School of Medicine at UCLA |

LINZ_0173142

| 1997 - 2000 | Assistant Professor of Medicine, Division of Digestive Diseases, UCLA School of Medicine |
| 1993 - 1997 | Assistant Professor of Medicine-in-Residence, UCLA, Harbor-UCLA Medical Center |
| 1992 - 1993 | Associate Consultant, Mayo Clinic, Rochester, Minnesota, Department of Gastroenterology |

## PROFESSIONAL ACTIVITIES:

| 2017 – present | Vice-Chief, Vatche and Tamar Manoukian Division of Digestive Diseases, David Geffen School of Medicine at UCLA |
| 2002 - present | Co-Director, G Oppenheimer Center for Neurobiology of Stress and Resilience, Division of Digestive Diseases, David Geffen School of Medicine at UCLA |
| 2013 – present | Program Director, UCLA GI Fellowship Training Program |
| 2012 – 2016 | Director, Digestive Health and Nutrition Clinic, UCLA |
| 2016 – 2019 | Scientific Review Committee, Clinical Translational Science Institute |
| 2011 - 2016 | Co-Leader, Clinical Translational Science Institute, Clinical and Community Research Resource Program |
| 2005 – 2011 | Associate Director, UCLA General Clinical Research Center |
| 2004 - 2014 | Co-Director, CURE: Digestive Diseases Research Center, Human Studies Core |
| 2002 - 2004 | Course Director of Pathophysiology of Disease: Gastrointestinal System, UCLA School of Medicine |
| 1997 - 2002 | Co-Director and Head of Clinical and Clinical Research Operations, Neuroenteric Disease Program, UCLA/CURE |
| 1997 - 2007 | Director, Motility Unit, UCLA Medical Center |
| 1993 - 1997 | Director, General Gastroenterology Clinic, Harbor-UCLA |
| 1993 - 1997 | Director, Motility Unit, Harbor-UCLA |

LINZ_0173143

## Committee Service

| | |
|---|---|
| **1994 - 1999** | **Harbor-UCLA Department of Medicine** |
| 1994 - 1997 | Professional Group Management Committee |
| 1996 - 1997 | Medical Intern Interview Committee |
| 1996 - 1999 | Clinical Study Center Advisory Committee |
| | |
| **1997 - present** | **UCLA and/or CURE** |
| 1997 - 1998 | Clinical GI Meeting Committee |
| 2000 - 2001 | Enrichment Committee |
| 1998 - 1999, 2002-3 | All-Day Research Meeting Organizing Committee Served as Co-chair (2002) |
| 2001 - 2003 | Executive Committee |
| 2005 - present | CURE Pilot and Feasibility Committee |
| 2009 - 2015 | UCLA MedCAP Committee, alternate member |
| 2012- 2014 | UCLA Search Committee for FTE in Division of Digestive Diseases |
| 2010 – 2012 | Gastroenterology Fellowship Application Committee |
| 2013 – present | Gastroenterology Fellowship Application Committee (Chair) |
| 2013 – present | Gastroenterology Fellowship Curriculum Action Committee (Chair) |
| 2014 – present | Gastroenterology Fellowship Clinical Competency Committee |
| 2015 – present | Gastroenterology Fellowship Program Evaluation Committee (Chair) |
| 2015 – present | Gastroenterology Fellowship Self-study Group (Chair) |
| 2015 – present | Research Council, Division of Digestive Diseases |
| 2011 – 2016 | Operations Committee and Scientific Review Committee, UCLA Clinical Translational Research Center |
| 2016 – present | Clinical and Translational Science Institute (CTSI) Scientific Review Committee (SRC) |
| 2018 – present | CTSI Data Safety Monitoring Board (DSMB) |
| 2016 - present | UCLA Medical Education Pathway (MEP) mentor |
| 2017 - present | T32 training grant committee member |
| 2016 – present | Faculty Mentoring program, UCLA Department of Medicine |
| 2016 – present | Department of Medicine Research Day, poster judge |
| 2018 – present | Associate Director, CURE Digestive Disease Research Center |
| 2018 – 2021 | Council on Research, Academic Senate |
| 2019 – present | UCLA Biodesign Fellowship, Affiliate Faculty |
| | |
| **2005 - present** | **Center for Neurobiology of Stress** |
| 2003 - present | Executive Committee |
| 2005 – 2006, 2014 | Annual Symposium (Committee Chairperson) |
| | |
| **1994 - present** | **American College of Gastroenterology (ACG)** |
| 1994 | Abstract Selection Subcommittee (Miscellaneous category) |
| 2001 | Functional GI Abstract Selection Committee |
| 2004 - 2008 | Practice Parameter Sub-Committee, Functional Bowel and GI Motility (Sub-Chair) |

| | |
|---|---|
| 2007-2013 | Educational Affairs Subcommittee |
| 2008 | Abstract Selection Subcommittee, Chair (Stomach and Small Intestine, unspecified) |
| 2009 | Abstract Selection Subcommittees (Functional Bowel Disorders and Stomach and Small Intestine) |
| 2010-2012 | Abstract Selection Subcommittee (Functional Bowel Disorders; served as Chair in 2011) |
| 2014 | Abstract Selection Subcommittee (Functional Bowel Disorders) |
| 2013 | Course Co-Director, ACG Postgraduate Course |
| 2013 –2015 | Women in Gastroenterology Committee |
| 2014 –present | Mentoring Program |
| 2017 –present | ACG Functional GI Health and Nutrition Circle Expert Panel |
| **2003 - present** | **American Gastroenterological Association (AGA)** |
| 2006-2007 | Nominating Committee |
| 2007-2008 | AGA Women's health slide set, IBS section |
| 2008 | AGA Investing in the Future Program (Chair, regional course) |
| 2010 | AGA Clinical Congress, Course Director |
| 2012 | Corporate Committee member, AGA Research Foundation |
| 2012 | Regulatory Work Group, Public Affairs and Advocacy Committee |
| 2015 – 2017 | AGA China Task Force |
| 2015 – 2016 | AGA Rome Foundation Awards-Grant Review Committee |
| 2015 | Course Co-Director, AGA Freston Conference on IBS |
| 2016 | Abstract Poster Judge, Irritable Bowel Syndrome: Clinical, Digestive Diseases Week |
| 2017 | 2017 Regional Practice Skills Workshop- California, Faculty Course Director |
| 2018 | Director, AGA Postgraduate Course |
| 2017 – 2018 | Presidential Plenary Subcommittee, AGA Council |
| 2018 – 2021 | Clinical Research Councilor, AGA Institute Governing Board |
| 2018 – 2021 | Appointments Committee |
| 2018 – present | AGA FORWARD Program (R25) selection committee and External Advisory Board |
| | ***AGA Neurogastroenterology and Motility Section*** |
| 2003-2005 | Abstract Selection Committee, Pharmacotherapy (served as Chair for 2004-5) |
| 2003-2005 | Abstract Selection Committee, Pharmacotherapy (served as Chair for 2004-5) |
| 2004-2006 | Abstract Selection Committee, Small Bowel Motility and Disorders (Chair for 2005-6) |
| 2007-2012 | Clinical Councilor |
| 2008-2009 | Abstract Section Committee Chair, Constipation, IBS and other Functional GI Disorders: Pathophysiology and Genetics |

LINZ_0173145

| | |
|---|---|
| 2009-2010 | Abstract Selection Committee, Constipation, IBS and Other Colonic Motility and Functional Disorders: Pathophysiology Genetics and Molecular Epidemiology |
| 2010-2012 | Abstract Selection Committee Chair, Viscerosensory Mechanisms and Visceral Nociception |
| 2012-2013 | Abstract Selection Committee (Chair), Constipation, IBS and Other Colonic Motility and Functional Disorders: Pathophysiology Genetics and Molecular Epidemiology |
| 2012- 2013 | Abstract Selection Committee (Chair), Constipation, IBS and Other Colonic Motility and Functional Disorders: Diagnosis, Evaluation and Treatment |
| 2013-2014 | Abstract Selection Committee (Chair), Irritable Bowel Syndrome |
| 2015-2016 | Abstract Selection Committee (Vice Chair), Irritable Bowel Syndrome: Clinical |
| 2016-2017 | Abstract Selection Committee (Chair), Irritable Bowel Syndrome: Clinical |
| 2017-2019 | Vice-Chair, Neurogastroenterology and Motility Section |

**AGA Hormone and Receptors Section**

| | |
|---|---|
| 2005-2008 | Councilor |
| 2005-2008 | Hormone and Receptors Section Abstract Selection Committees (Chair 2006-2008): Hormones/Transmitters/Receptors and the Enteric Nervous System, GI Motility, Brain-Gut and Gut-Brain Axis, Appetite and Satiety |
| 2010-2011 | Nominating Committee |

**AGA Clinical Practice Section**

| | |
|---|---|
| 2014-2015 | Councilor |

| | |
|---|---|
| **2003 – 2010** | **Functional Brain Gut Research Group (FBG)** |
| 2003-2006 | Annual FBG Young Investigators' Forum, Faculty, Co-Chair (2005), Chair (2006) |
| 2004-2006 | Council member |
| 2006-2008 | Secretary/treasurer |
| 2008-2010 | President Elect |
| 2009 | NGM 2009 abstract selection committee |

| | |
|---|---|
| **2008-present** | **American Neurogastroenterology and Motility Society (ANMS)** |
| 2008-2010 | Councilor |
| 2008-2010 | Research Committee |
| 2010 | NGM 2010 abstract selection committee |
| 2010 | Chair, Tissue and Serum Biomarker group, FDA Biomarker Workshop |
| 2010-2012 | Chair, Clinical Practice Committee |
| 2010-2012 | President Elect |
| 2012-2014 | President |
| 2014-2016 | Past-President |

LINZ_0173146

| | |
|---|---|
| 2015-present | Neurogastroenterology and Motility Journal Management Committee |
| 2016, 2019 | Young Investigator Forum faculty member |
| 2015-2016 | Junior Faculty Task Force |
| 2017 | Federation of Neurogastroenterology and Motility 2018 meeting planning committee |
| 2017-2019 | ANMS Institute's Advisory Board |
| 2019 | Women in NGM organizing committee |
| **2003-present** | **Rome Foundation** |
| 2005-2020 | Rome Foundation Board of Directors |
| 2007-present | Industry Advisory Council, Chair |
| 2007-present | Education Committee, Chair |
| 2003-2006 | Rome III Committee, Co-chair of subcommittee on *Gender, Age and Cultural Influences on Functional Bowel Disorders* |
| 2005-2006 | Rome Committee, Co-chair of working group on *Severity of Functional Gastrointestinal Disorders* |
| 2005-2006 | Rome III working committee to develop a CD slide set for *Management and Diagnosis of Treatment Trials* |
| 2008-2009 | Chair, Endpoints and Outcomes in FGID Conference |
| 2012-2016 | Rome IV Editorial Board and committee liaison |
| 2013-2016 | Rome IV *Functional Bowel Disorders* committee |
| 2012-2013 | Rome-China Liaison Committee, Chair |
| **2004 - present** | **National Institutes of Health (NIH)** |
| November 2004 | NIH Clinical and Integrative Gastrointestinal Pathobiology (CIGP) study section ad hoc reviewer |
| November 2007, July 2008 | Digestive Sciences Small Business and Bioengineering scientific review panel |
| 2007 – 2012 | NIDDK Data and Safety Monitoring Board- EPISOD |
| October 2008 | Center for Scientific Review- CFS study section |
| May 2009 | NIDDK reviewer for challenge grants |
| February 2010 | Somatosensory and Chemosensory Systems (SCS) study section- ad hoc reviewer |
| June 2012 | NIDDK study section for pilot R21 applications |
| September 2015-June 2016 | NIDDK Workshop on Functional Gastrointestinal Disorders: Research Directions, Planning Committee |
| July 2016 – June 2020 | Clinical, Integrative and Molecular Gastroenterology Study Section |
| August 2019 | Diabetic Complications Consortium (DiaComp): 2019 Pilot & Feasibility reviewer |
| **2003-present** | **Other Committee Service** |
| 2003- 2013 | International Foundation for Functional Gastrointestinal Disorders (IFFGD) Symposium Planning Committee |
| 2005-2010, July 2015-2019 | Gastrointestinal Drugs Advisory Committee of the FDA (Chair, 2009-2010) |
| 2009-2013 | FDA Special Government Employee |

LINZ_0173147

| April 2012 – February 2014 | Institute of Medicine Committee on Gulf War and Health: Long-term Effects of Blast Exposure |
| 2009-2014 | PRO Consortium IBS working group (qualitative research phase) |
| 2014- present | PRO Consortium IBS working group expert panel (quantitative research phase) |
| January 2018- 2020 | American Board of Internal Medicine (ABIM) Gastroenterology Committee |

## Membership in Professional Associations and Scholarly Societies:

| 1994 - present | American College of Gastroenterology (Fellow in 05/12) |
| 1994 - present | American Gastroenterologic Association (Fellow in 02/08) |
| 2000 - 2010 | Functional Brain Gut Research Group |
| 2001 - present | Society for Neuroscience |
| 2004 - 2010 | Gastroenterology Research Group |
| 2004 - present | American Neurogastroenterology and Motility Society |
| 2008 - present | Organization of the Study of Sex Differences (OSSD) |

## Advisory Boards/Consultant:

| 2003, 2006-9 | Foundation for Better Health Care |
| 2008-2014 | Foundation, IBS Initiative (Chair) |
| 2014- present | GI Health Foundation, Board member |
| 2001-2007, 2009 | GlaxoSmithKline |
| 2001-2005 | Solvay |
| 2001-2005 | Novartis |
| 2005-2007 | Vela/Pharmos Pharmaceuticals |
| 2001-2003, 2007-14 | Forest, Actavis |
| 2003 | Merck |
| 2005 | sanofi-Aventis |
| 2006-2016, 2018-2019 | Microbia/Ironwood (Steering Committee 2018- present) |
| 2006-2013 | Prometheus |
| 2006, 2015, 2019 | Allergan |
| 2006-2009, 2011-12, 2015 | Takeda |
| 2007, 2011 | Lexicon |
| 2008-2018 | Salix |
| 2008-2009 | McNeil |
| 2008, 2012-3 | Tioga |
| 2008, 2010-12 | Albireo |
| 2008, 2010, 2015-2018 | Synergy |
| 2008-2011 | Rose Pharma |
| 2008, 2010 | Movetis/Shire |
| 2009 | Ocera Therapeutics |
| 2011 | Johnson & Johnson |
| 2011 | Orexigen |
| 2012 | ONO |
| 2011 | Marathon |
| 2012-2013 | Ferring |
| 2013 | Purdue Pharma L.P. |

LINZ_0173148

| | |
|---|---|
| 2013 | Entera Health |
| 2014 | Furiex |
| 2014-2015 | QOL Medical |
| 2014-2018 | Biomerica |
| 2014 | Drais Pharmaceuticals |
| 2014-2019 | ForConti Medical |
| 2015-2018 | Ardelyx |
| 2015 | Commonwealth Laboratories |
| 2015 | Valeant |
| 2015 | Astra-Zeneca |
| 2016-2019 | IM Health Sciences |
| 2016 | Synthetics Biologics |
| 2016-2017 | Eli Lilly |
| 2016-2017, 2019 | Orpho-Med |
| 2017 | Napo Pharmaceuticals |
| 2017 | Cairn Diagnostics |
| 2018-2019 | Modify Health Clinical Advisory Committee |
| 2018-2019 | Arena Pharmaceuticals |
| 2018 | Ritter |
| 2018 | Alnylam Pharmaceuticals (steering committee 2018) |
| 2018-2019 | Meta Me |
| 2019 | Takeda-Shire |

**Reviewer Services:**

Associate Editor

| | |
|---|---|
| October 2009-2015 | American Journal of Gastroenterology |
| June 2017-2022 | Clinical Gastroenterology and Hepatology |

Editorial Board

| | |
|---|---|
| 2004-2007 | American Journal of Gastroenterology |
| 2005- | Gastroenterology and Hepatology |
| 2008- | Therapeutic Advances in Gastroenterology |
| 2008-2014 | Neurogastroenterology and Motility |
| 2010-2013 | Gastroenterology (also Selected Summaries contributor) |
| 2010 | Frontiers in Gastrointestinal Pharmacology |
| 2012-2015 | Clinical Gastroenterology and Hepatology |
| 2016-2019 | Journal of Clinical Gastroenterology |

Reviewer

| | |
|---|---|
| 1996, 2003 | Alimentary Pharmacology & Therapeutics |
| 1996 | Digestion |
| 1996 -1997 | Current Gastroenterology |
| 1998, 2001-2010, 2016-9 | Gastroenterology |
| 1998, 2003-2004, 2015, 2018 | Gut |
| 2000-2002, 2004-2016 | American Journal of Gastroenterology |
| 2000 | Sleep Reviews in Medicine |
| 2004 | Mayo Clinic Proceedings |
| 2001 | NeuroImage |
| 2001-2002 | Lancet |

| 2001 | American Journal of Physiology |
| 2001, 2008 | Pain |
| 2002 | Biological Research in Nursing |
| 2003, 2006-2017 | Neurogastroenterology and Motility |
| 2003 | Annals of Rheumatic Diseases |
| 2003-2018 | Clinical Gastroenterology and Hepatology |
| 2005 | Gender Medicine |
| 2005, 2008-9 | Journal of Pain |
| 2007 | Annals of Internal Medicine |
| 2007 | Journal of Psychosomatic Research |
| 2008 | Therapeutics in Gastroenterology and Hepatology |
| 2016 | Plos One |

## HONORS AND SPECIAL AWARDS:

| 1990 | Young Investigator Award, American Motility Society |
| 1995 | Auxiliary Award, American College of Gastroenterology |
| 2002 | Janssen Award in Gastroenterology, Basic or Clinical Research |
| 2002 | Women in Gastroenterology and Wyeth Award for Gender Based Research, American College of Gastroenterology |
| 2009 | AGA Distinguished Clinician Award |
| 2010 – 2011 | Voted one of "75 Best Gastroenterologists in America" by Becker's ASC Review |
| 2013-2016 | Best Doctors in America honor |
| 2017-2019 | Super Doctors in US honor |
| 2019 | Southern California Super Doctors |
| 2012 | Most cited original paper 2009—2011 in *Neurogastroenterology & Motility* |
| 2016 – 2017 | UCLA/CSMC Mid-Career Women's Leadership Program |
| 2018 | 2018 Innovation Fund MedTech competition recipient |
| 2018 | 2018 David Y. Graham & Jim T. Schwartz Distinguished Lectureship Award |
| 2018 | *Healio Gastroenterology and Liver Disease* Gold Award for best special report or section in the American Society of Healthcare Publication Editors (ASHPE) Awards |

LINZ_0173150

|      | Competition for "Healio Hot Topic: IBS". One of the section experts |
| 2019 | Albert Nelson Marquis Who's Who in America, Lifetime Achievement Award |
| 2019 | Women in Neurogastroenterology and Motility Award, American Neurogastroenterology and Motility Society |
| 2019 | Certificate of Training, Facilitation Training in Communication Skills |

## RESEARCH GRANTS:

Dates

### 1. NIH

#### Active
1P50 DK64539 (PI: Mayer)                                  09/01/12 – 08/31/19 (NCTE)
NIH P50 Center Grant
Center for Neurovisceral Sciences and Women's Health
Project 1: HPA Axis Dysregulation in IBS and Related Animal Models, with Emphasis on Sex Differences (PI: Chang)
Role: Co-Lead (Administrative Core), PI (Proj. 1)

UL1TR0001881-01S2 (PI: Dubinett)                          07/01/16-5/31/21
NIH/ National Center for Advancing Translational Sciences
UCLA Clinical and Translational Science Institute (CTSI): Enhancing Innovation and Implementation in Safety Net Systems: A CTSA and Public Health Data Collaboration
Role: Scientific Review Committee

R01 DK048351 (PI: Mayer)                                  09/30/96 – 07/31/20
NIH/NIDDK
Perception and Modulation of Visceral Sensations
Role: Co-Investigator

R44DK116362 Phase II SBIR (PI: Larauche)                 05/01/19 – 04/30/21
NIH/NIDDK
Targeting Irritable Bowel Syndrome (IBS) with astressins
Role: Co-Investigator

#### Submitted
1P50 DK64539 (MPI: Mayer and Chang)
NIH/NIDDK/ORWH                                            09/01/19-08/31/24
SCORE title: Sex related differences in Brain Gut Microbiome Interactions in Irritable Bowel Syndrome
Project 1 title: The role of brain-gut microbiome interactions in mediating IBS and constipation symptoms during menses and menopause

LINZ_0173151

Role: MPI, SCORE; Co-Lead, Project 1, Leadership Administrative Core, and Career Enhancement Core

**Completed**

NIH CAP Award                                              08/01/96-07/31/99
Sensory Input in IBS and Fibromyalgia
M01 RR00425-27S2
Role: PI

NIH R01 grant (PI: Naliboff)                              07/01/98-06/30/01
Gender related differences in visceral sensitivity in IBS
R01 NR04881
Role: Co-I

NIH R01 grant (PI: Mayer)                                 07/01/01-05/31/06
Perception and modulation of visceral sensations
R01 DK 48351
Role: Co-I

NIH M01 grant (PI: Levey)                                 12/01/01 – 11/30/11
NIH/NCRR
General Clinical Research Center
M01-RR00865
Role: Co-I

NIH R01 grant (PI: Chang)                                 07/01/99-1/31/12
Neuroendocrine alterations in Fibromyalgia and IBS
R01 AR46122-01
Role: PI

1P50 DK64539 (PI: Mayer)                                  10/01/02-08/31/12
Center for Neurovisceral Sciences and Women's Health
Project 2: Sex differences in mucosal neuron-endocrine-immune interactions in IBS patients and relationship to symptoms (PI: Chang)
P50 DK64539
Role: PI, Project 2

1U01AR057936 (PI: Khanna/Spiegel)                         09/30/09 - 07/31/13
NIH/NIAMS
GI Stress Domain for PROMIS
Role: Co-I

P30 DK 41301 (PI: Rozengurt)                              12/01/09 – 11/30/14
NIH/NIDDK
CURE: Digestive Diseases Research Core Center – Human Studies Core
Co-Director, Human Studies Core
Role: Co-I

UL1TR000124 (PI: Dubinett)                                06/01/11-05/31/16
NIH/ National Center for Advancing Translational Sciences

LINZ_0173152

UCLA Clinical and Translational Science Institute (CTSI)
Role: Co-Leader, Clinical & Community Research Resource (CCRR) Program

1R21 DK104078-01 (PI: Chang)                          08/01/15-07/31/18
NIH/NIDDK
DNA Methylation Based Biomarkers and Epigenetic Regulation in IBS
Role: PI

**2.  Mentored NIH Awards**
NIH Training grant (PI: Jensen)                       07/01/14- 06/30/17
Gastroenterology
Project: Markers of Stress Hyperresponsiveness in Irritable Bowel Syndrome
NIH T32 DK07180-40
Role: Mentor

NIH Loan Repayment Program (Videlock)                07/01/15- present
Stress-related biomarkers in IBS
L30 DK106759-01
Role: Mentor

NIH Training grant (PI: Jensen)                       07/01/07- 06/30/09
Gastroenterology
Project: Neuroendocrine responses and startle response in IBS
NIH T32 DK07180-40
Role: Mentor

NIDDK Diversity grant supplement (PI: Mayer/Chang)    08/01/07- 07/31/10
Women's health and functional visceral disorders center
Project 2: Sex differences in neuroendocrine and immunologic responses in IBS
3P50DK064539-06
Role: PI, Project 2, Mentor

CURE (P30 DK 41301)/CTSI (UL1TR000124)
Pilot and Feasibility Grant (PI: Joshi)              03/08/16- 07/31/17
Colonic miRNA and gene expression pathways and gut-microbiome interaction in IBS
Role: Mentor

**3.  University**

<u>Active</u>
Barbara and Joel Marcus GI Fellowship Seed Grant      03/01/16-06/30/20
Fructose Reintroduction Protocol in Irritable Bowel Syndrome
Patients Successfully Treated with a low FODMAP diet
Role: PI/Mentor

Children's Discovery & Innovation Institute Harry Winston   07/01/18-06/30/20
Fellowship, UCLA Department of Pediatrics
VSI-IBD: A Measure of GI Symptom Specific Anxiety in IBD
Role: Mentor

LINZ_0173153

Investigator-initiated study                          05/01/18 – present
Vatche and Tamar Manoukian Division of Digestive Diseases
Use of the Stress Management and Resilience Training (SMART) program in the management
of irritable bowel syndrome: A pilot study
Role: PI

UCLA Innovation Fund                                 12/11/18- present
IBS Diagnostic Test
UCLA Innovation Fund, New Ventures Division, UCLA Technology Development Group
Role: Co-PI

UCLA GI Fellowship Seed Grant                        02/01/19-present
Role: PI/Mentor Central Neuromodulator Use in the Management of IBS: A National Survey of
Gastroenterologists
Role: Mentor

**Completed**
Harbor-UCLA                                          10/01/94-09/30/95
Initial support of new faculty grant
Identification of the pathophysiologic mechanisms present in idiopathic constipation
REI 104258-00-12;008039
Role: PI

Harbor-UCLA Research seed grant                      03/01/95-02/28/97
Identification of the pathophysiologic mechanisms present in idiopathic constipation
REI 508063-00-00
Role: PI

Norman Cousins Program in                            04/01/98-04/01/99
Psychoneuroimmunology at UCLA
Autonomic, Neuroendocrine, Immunologic, and Brain Responses to Acute Stimulation in
Ulcerative Colitis
Role: PI

## 4. Private Industry

**Active or pending**
Arena Pharmaceuticals- Multicenter Clinical Trial     09/01/19 -
A Phase 2, Multi-Center, Randomized, Double-Blind, Placebo-Controlled Parallel-Group Study
to Evaluate the Safety, Tolerability, and Efficacy of Olorinab in Subjects with Irritable Bowel
Syndrome Experiencing Abdominal Pain
Role: Lead PI, Site PI

**Active**

**Completed**
AstraZeneca (Mayer)                                  01/01/97 - 6/30/03
Basic and Clinical studies in functional GI disorders.
Role: Co-I

LINZ_0173154

GlaxoWellcome – Investigator-initiated                    09/00 - 12/01
A Pilot Study to Assess Nocturnal Autonomic Arousal in Female Subjects with Diarrhea-Predominant Irritable Bowel Syndrome as Compared with Healthy Controls
Role: PI

Novartis – Investigator-initiated                         07/01/03 - 06/30/05
Characterization of irritable bowel syndrome with alternating bowel habits
Role: PI

GlaxoSmithKline – Investigator-initiated                  1/05/05-12/31/07
Colonic mucosal immune markers in IBS
Study # RA03-18
Role: PI

Prometheus – Multicenter clinical trial                   1/01/08 - 6/13/08
Procurement of blood samples for use in the development of a gastrointestinal disease test
        panel.
Role: PI

Gastrotech/Rose-Multicenter clinical survey study         8/01/08 - 12/30/08
Survey for evaluation of pain attacks in irritable bowel syndrome. A natural history survey.
Roel: Site PI

Prometheus – Investigator-initiated                       02/15/09 - 10/14/10
Measurements of biomarkers in biopsies from IBS patients
Role: PI

Takeda – Investigator-initiated                           09/15/09 - 12/15/10
The IBS Patient Reported Observed Outcomes and Function Database
Role: Co-PI

Rose Pharma – Investigator-initiated                      1/1/2010 - 6/30/2011
Characterizing abdominal pain in IBS: The impact on illness experience and treatment
expectations
Role: Co-PI

Shire-Movetis NV – Investigator-initiated                 05/15/11-12/31/11
Developing a PRO for the Treatment of Patients with Gastroesophageal Reflux Disease (GERD) who have Partial but Inadequate Symptom Relief from Proton Pump Inhibitor (PPI) Therapy
Role: Co-I

Tioga- Multicenter Clinical Trial                         04/01/12 - 03/30/13
A 12-Week, Randomized, Double-Blind, Placebo-Controlled Study of Asimadoline in Subjects with Diarrhea-Predominant Irritable Bowel Syndrome
Role: Site PI

Ironwood – Investigator-initiated                         03/01/12 - 07/31/14
A Pilot Study Evaluating Guanylate Cyclase C Receptor and Ligand Expression in Colonic Mucosa in Irritable Bowel Syndrome with Constipation and Chronic Constipation
Role: PI

LINZ_0173155

Salix – Multicenter Clinical Trial                            09/03/13 - 07/24/14
A Study to Assess Repeat Treatment Efficacy and Safety of Rifaximin 550 mg TID in Subjects
with Irritable Bowel Syndrome with Diarrhea (IBS-D)
Role: Site PI

Ironwood – Investigator-initiated                            10/1/11-10/31/14
Development and Validation of The Automated Evaluation of GastroIntestinal Symptoms
(AEGIS) Platform
Role: Co-I

Ardelyx, Inc. – Investigator-initiated                       03/23/17 – 03/15/18
Influence of Tenapanor on alterations of colonic epithelial permeability induced by IBS-C and
IBS-D fecal supernatants.
Role: Co-PI

Vanda – Multicenter Clinical Trial                           01/18/18 – 04/30/19
A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study to Assess the Efficacy of
Tradipitant in Relieving Symptoms of Gastroparesis

**5. Other**
The Rome Foundation                                          03/01/15 – 02/29/16
Multi-center Validation Study of the Rome IV Diagnostic Criteria for Functional Gastrointestinal
Disorders
Role: Site PI


**PATENTS**
DNA methylation based biomarkers for irritable bowel syndrome, Ref.: 2018-578-2, UCLA reference:
UCLA.260WOU1, filed 5/31/2019

**TEACHING**

**Lectures:**

| | |
|---|---|
| 1993 - 1996 | GI motility disorders.  Advanced Clinical Gastroenterology Lecture Series, Harbor-UCLA GI Inpatient Consultation Service |
| 1993 – 1997 | Inpatient Internal Medicine Ward Attending, Harbor-UCLA Medical Center (2 months per year) |
| 1993 – 1997 | Inpatient Gastroenterology Consultation Service Attending, Harbor-UCLA Medical Center (3-4 months per year) |
| 1994 - 1997 | "Pathophysiology of Gastrointestinal Motility Disorders" UCR/UCLA Biomedical Science Program, Disease Process 260 A, B, C |
| 1994 - 1997 | "Cirrhosis: Clinical Case Presentation" UCR/UCLA Biomedical Science Clinical Pathology Conference |

LINZ_0173156

| | |
|---|---|
| January 1995 | Colonic Motility Disorders, UCLA GI Fellows' Friday Morning Conference Lecture Series |
| February 1995 | "Management of diabetic gastroparesis", Harbor-UCLA Clinical Endocrinology Conference |
| April 1995 | "Evaluation of Pathophysiologic Mechanisms of Idiopathic Constipation" UCLA Neuroenteric Biology Group Clinical Research Seminar |
| April 1995 | "Management of Chronic Constipation" Harbor UCLA Department of Medicine Grand Rounds |
| June1995 | "Management of ascites", Harbor-UCLA Department of Surgery Grand Rounds |
| June 1995 | "Evaluation and management of dyspepsia", Harbor-UCLA Family Medicine Grand Rounds |
| June 1996 | "Evolving therapy in irritable bowel syndrome", Harbor-UCLA Medical Grand Rounds |
| January 1997 | Anorectal Motility Disorders.  UCLA Affiliated Training Program in GI Lecture Series. |
| February 1997 | Alterations in the Brain-Gut Axis in Irritable Bowel Syndrome.  Dallas VA Medical Center GI Conference |
| March 1997 | Advanced Clinical Gastroenterology |
| 1997 – present | Motility/IBD Weekly Noon Conference, UCLA Division of Digestive Diseases |
| October 1997 | Functional Bowel Diseases.  Primary Care Lecture Series, Harbor-UCLA Medical Center |
| July 1998, 1999, 2000, 2001 | Gastrointestinal Infection, Inflammatory Bowel Disease, and Irritable Bowel Syndrome, California Internal Medicine Board Review Course Cosponsored by the American College of Physicians and the UCLA Department of Medicine |
| September 1998 | Fibromyalgia and Irritable Bowel Syndrome: Overlap of Symptoms and Pathophysiologic Mechanisms.  Harbor-UCLA Medical Center Medical Grand Rounds |
| January 1999 | Esophageal Motility Disorders, Friday Morning Lecture Series, UCLA Affiliated Training Program in Gastroenterology |
| January 1999 | Non-ulcer Dyspepsia and Helicobacter pylori, GI Journal Club, UCLA Division of Digestive Diseases |

LINZ_0173157

| | |
|---|---|
| Feb. – March 1999<br>October 2001-2002<br>Jan 2004, Jan 2005,<br>Jan 2006, 2007, 2008<br>2009, March 2010,<br>2011, May 2012, May 2013 | Inpatient Gastroenterology Consultation Service Attending, UCLA<br>Medical Center |
| April 1999 | Evaluation of Anorectal Motility Disorders, GI Journal Club, UCLA Division of Digestive Diseases |
| May 1999 | Irritable Bowel Syndrome: Update on Pathophysiologic Mechanisms and Treatment, GI Conference, Cedar-Sinai Medical Center |
| May 2000-2001 | Gender Bias in GI Disease, Pathophysiology of Disease: Liver and Gastrointestinal Systems, UCLA School of Medicine |
| December 2000 | Post-Infectious Irritable Bowel Syndrome, GI Conference of the Week, UCLA Division of Digestive Diseases, UCLA School of Medicine |
| January 2001 | Differences in responses to somatic and visceral stimuli in IBS. GI Fellows Conference, University of North Carolina |
| January 2001 | Update in Management of IBS, GI Fellows Conference, UCLA Division of Digestive Diseases, UCLA School of Medicine |
| June 2001 | A Pathophysiologic Model of IBS. Gastroenterology Fellows Conference, Visiting Professor's Program, Penn State University, Hershey, PA |
| September 2001 | A new model of chronic visceral hypersensitivity in adult rats induced by colon irritation during postnatal development, GI Conference of the Week, UCLA Division of Digestive Diseases, UCLA School of Medicine |
| October 2001 | Perspectives on Managing IBS Patients, Friday AM GI Fellowship Conference, UCLA School of Medicine |
| January 2002 | Pathophysiologic Mechanisms of Irritable Bowel Syndrome, UCLA Department of Medicine Grand Rounds |
| March 2002-2004 | Lower Gastrointestinal Disorders, Pathophysiology of Disease: Liver and Gastrointestinal Systems, UCLA School of Medicine |
| July 2002 | Serotonin Agents for the Treatment of IBS, Preceptor for UCLA Division of Digestive Diseases Journal Club, UCLA School of Medicine |
| October 2002 | Pathophysiologic Mechanisms of Irritable Bowel Syndrome, Medical Grand Rounds, Visiting Professor Program, University of Manitoba, Winnipeg, Canada |
| December 2002 | Concepts of Visceral Hypersensitivity in Irritable Bowel Syndrome, GI Grand Rounds, Cedars Sinai Medical Center, Beverly Hills, California |

LINZ_0173158

| | |
|---|---|
| February 2003 | Utility of Visceral Sensitivity Measures and Brain Imaging in Irritable Bowel Syndrome, USC GI Conference, Visiting Professor Program |
| February 2003 | Evidence of Altered Brain-Gut Interactions in Irritable Bowel Syndrome, USC Medical Conference, Visiting Professor Program |
| March 2003 | Anorectal Manometry, UCLA Division of Digestive Diseases Noon Conference. |
| August 2003 | Women's Health Issues in GI Disorders: What Does Sex Have to do with it? UCLA GI Fellows Conference |
| September 2003 | Overlap syndromes, GI Conference, University of Arizona VA, Visiting Professor Program |
| September 2003 | Mechanisms of Visceral Hypersensitivity, Gulf Coast Research Conference, Baylor University and University of Texas, Visiting Professor Program |
| September 2003 | Functional Gastrointestinal Disorders: Emerging Concepts and Promising Therapies, Cornell GI Grand Rounds |
| January 2004 | Diagnosis and Management of Irritable Bowel Syndrome, Functional Bowel Disorders in Women: IBS, Dyspepsia, and More, UCLA Center for Neurovisceral Sciences and Women's Health Clinical Symposium (Program Chair) |
| January 2004 | Interactive Case Presentations, Functional Bowel Disorders in Women: IBS, Dyspepsia, and More, UCLA Center for Neurovisceral Sciences and Women's Health Clinical Symposium (Program Chair) |
| January 2004 | Pathophysiologic Mechanisms and Treatment of Irritable Bowel Syndrome, Staten Island University Hospital Grand Rounds, New York |
| January 2004 | Emerging Concepts and Novel Treatments for Irritable Bowel Syndrome, University of Medicine and Dentistry of New Jersey Grand Rounds, New Jersey |
| February 2004 | Use of Psychotropic Agents in Functional Gastrointestinal Disorders, UCLA Division of Digestive Diseases Noon Conference |
| February 2004 | Functional Dyspepsia: What's the Cause and Can We Treat It? Difficult Problems - New Solutions; An update in Gastroenterology and Hepatology for 2004, UCLA Division of Digestive Diseases 50th Anniversary, Century City, Los Angeles |
| July 2004 | Pathophysiologic Mechanisms of Irritable Bowel Syndrome and Fibromyalgia, Center for Neurovisceral Sciences and Women's Health Translational Seminar, UCLA, Los Angeles |

LINZ_0173159

| | |
|---|---|
| August 2004 | Differential diagnosis of IBS: symptom presentation and diagnosis; UCLA Division of Digestive Diseases Noon Conference |
| September 2004 | Overlap of Irritable Bowel Syndrome and Fibromyalgia, GI Grand Rounds, University of Michigan, visiting professor |
| November 2004 | Irritable Bowel Syndrome, Gastrointestinal, Endocrine and Reproductive Medicine II, Human Biology and Disease Curriculum, David Geffen School of Medicine |
| November 2004 | Gender Specificity in GI Disease, Gastrointestinal, Endocrine and Reproductive Medicine II, Human Biology and Disease Curriculum, David Geffen School of Medicine |
| January 2005 | Overlap of Chronic Functional Pain Syndromes. Functional Gastrointestinal Disorders and Co-Morbid Conditions, UCLA Center for Neurovisceral Sciences and Women's Health Clinical Symposium (Program Chair) |
| February 2005 | Irritable Bowel Syndrome: New Approach to Diagnosis and Treatment, Update 2005: Gastroenterology and Hepatology for the Primary Care Physician, Division of Digestive Diseases, David Geffen School of Medicine |
| March 2005 | Functional Dyspepsia; UCLA Division of Digestive Diseases Noon Conference |
| April 2005 | Sex Determinants of Visceral Pain Including Irritable Bowel Syndrome (IBS), CURE Astra-Zeneca Lecture Series |
| August 2005 | Abuse and GI Pain Conditions; UCLA Division of Digestive Diseases Noon Conference |
| September 2005 | IBS Medical Therapies: Current Treatment and What's in the Pipeline? UCLA Division of Digestive Diseases GI Fellows Morning Conference |
| April 2006 | New Data and Drugs for the treatment of Functional GI Disorders, UCLA Division of Digestive Diseases Noon Conference |
| July 2006 | UCLA  Summer Course |
| October 2006 | Sex Differences in Irritable Bowel Syndrome, UCLA Division of Digestive Diseases Noon Conference |
| November 2006 | Irritable bowel syndrome, Gastrointestinal, Endocrine and Reproductive Medicine II, Human Biology and Disease Curriculum, David Geffen School of Medicine |

LINZ_0173160

| | |
|---|---|
| December 2006 | How does one best manage patients with functional bowel disorders? Interactive case presentations. UCLA Division of Digestive Diseases Noon Conference |
| February 2007 | Addressing the Use of Psychotropic Agents for Functional GI Disorders: Why, Which One, and How. UCLA Division of Digestive Diseases Noon Conference |
| March 2007 | New insights in the molecular mechanisms of sex differences and stress in functional gastrointestinal disorders, UCLA Department of Grand Rounds |
| April 2007 | Pathophysiology and Treatment of Irritable Bowel Syndrome, USC GI Grand Rounds |
| July 2007 | Post-DDW 2008 abstract review: Functional GI Disorders. UCLA Division of Digestive Diseases Noon Conference |
| October 2007 | Irritable bowel syndrome, Intestinal Inflammation lecture series, 2nd year medical school curriculum, David Geffen School of Medicine |
| December 2007 | Irritable bowel syndrome and other gastrointestinal pain disorders. 2007-2008 Pain Lecture Series, VAGLAHS Pain Management Program |
| December 2007 | Functional GI and Motility case conference, UCLA Division of Digestive Diseases Noon Conference |
| March 2008 | Functional GI and Motility case conference, UCLA Division of Digestive Diseases Noon Conference |
| August 2008 | IBS Overview, GI Fellows conference, UCLA-VA-Cedars GI Fellowship Program |
| September 2008 | Understanding sex and gender related differences in irritable bowel syndrome, GI Grand Rounds, Cedars-Sinai Medical Center |
| October 2008 | The Smart Pill, UCLA Division of Digestive Diseases Noon Conference |
| October 2008 | American College of Gastroenterology Women's Leadership Skills Program, Orlando, Florida |
| November 2008-2010 | Irritable bowel syndrome, 2nd year medical school curriculum, David Geffen School of Medicine at UCLA |
| January 2009 | Patient case of painful constipation. Functional GI and Motility case conference, UCLA Division of Digestive Diseases Noon Conference |
| March 2009 | Irritable Bowel Syndrome: Differences in Symptoms, Pathophysiology and Treatment in Men and Women. Columbia GI Grand Rounds |

LINZ_0173161

| March 2009 | Irritable bowel syndrome with constipation. St. Luke's and Roosevelt's GI Conference |
| May 2009 | ACG Guidelines for Treatment of Irritable Bowel Syndrome 2009, UCLA Division of Digestives Diseases Noon Conference |
| October 2009 | IBS with diarrhea case presentation. Functional GI and Motility case conference, UCLA Division of Digestive Diseases Noon Conference |
| November 2009, 2010 | Irritable bowel syndrome. 2nd year medical school curriculum, David Geffen School of Medicine at UCLA |
| March 2010 | Nausea and vomiting case presentation. Functional GI and Motility case conference, UCLA Division of Digestive Diseases Noon Conference |
| July 2010 | Bile acid malabsorption and rectal prolapse. Functional GI and Motility case conference, UCLA Division of Digestive Diseases Noon Conference |
| August 2010 | Early life trauma and stress response. CNS Translational Seminar, UCLA |
| November 2010 | Pancreatic polypeptide tumor and refractory constipation. Functional GI and Motility case conference, UCLA Division of Digestive Diseases Noon Conference |
| February 2011 | Irritable Bowel Syndrome: What you Need to Know for Clinical Practice |
| March 2011 | IBS Case Conference, UCLA Division of Digestive Diseases Noon Conference |
| July 2011 | How to Write a Scientific Paper, UCLA CTSI Educational Program |
| July 2011 | Functional Dyspepsia case conference, UCLA Division of Digestive Diseases Noon Conference |
| November 2011 | Bloating and gas case conference, UCLA Division of Digestive Diseases Noon Conference |
| July 2014 | Grant writing course, UCLA-CTRW 2014 Clinical & Translational Research Workshop: Grant & Clinical Protocol Development |

**Mentoring/Training:**

| Max Schmulson, M.D. | visiting scientist | 1997-1999 |
| Oh Young Lee, M.D. | visiting scientist | 1997-1999 |
| Miyoshi Hirano | pre-medical student | 1999-2007 |
| Kerstin Huebel | medical student | 1999 |
| Birgit Adam | medical student | 1999 |
| Tobias Liebregts | medical student | 1999 |

| | | |
|---|---|---|
| Britta Dickhaus, M.D. | visiting scientist | 2000-2002 |
| Joel Sach, M.D. | GI fellow | 2001-2004 |
| Kirsten Tillisch, M.D. | GI fellow/clinical instructor | 2002-2005 |
| Steven Tan, M.D. | Post-doc fellow | 2002-2004 |
| Heng Wong, M.D. | visiting scientist | 2003-2004 |
| Mark Michalski | pre-medical student | 2002-2003 |
| Paul Dunckley, M.D., Ph.D. | GI research fellow | 2002-2005 |
| Caroline Hwang | medical student | 2004 |
| Violette Gray, M.D. | Kennamer general medicine fellow | 2004-2005 |
| Elizabeth Videlock, M.D.* | medical student, GI fellow, PhD | 2006-2009, 2013-2019 |
| Amy Strickland, M.D. | medical resident | 2006-2007 |
| Mopelola Adeyemo, MS | graduate student, medical student | 2006-2009, 2014 |
| Trinh Truong, M.D. | GI fellow | 2007-2009 |
| Eddie Garcia | pre-medical student | 2009 |
| Neel Mann, M.D. | GI fellow | 2008-2009 |
| Sarah Khan, M.D. | medical resident | 2009-2010 |
| Lynn Connelly, M.D.,MSCR | GI fellow | 2010-2012 |
| Kara Bradford, M.D. | medical resident | 2010-2011 |
| Sharon Kim, M.D. | medical resident | 2010-2012 |
| Miriam Goebel, M.D. | medical resident | 2010-2012 |
| Paul Cheng | medical student | 2011-2012 |
| Laleh Boroujerdi, M.D. | medical resident | 2011-2012 |
| Andrew Su | medical student | 2012 |
| Malin Gadd, M.D. | visiting scientist | 2012-2013 |
| Alexa Orand** | medical student | 2013-2016 |
| Wendy Shih, MS | graduate student | 2011-2016 |
| Aaron Lee, M.D. | medical resident | 2013-2016 |
| Swapna Joshi, PhD | Post-doc fellow/Project Scientist | 2013-present |
| Sarah Park, M.D. | medical student/resident/fellow | 2014-present |
| Guy Weiss, M.D. | GI fellow | 2014-2016 |
| Vien Nguyen | medical student | 2015-2016 |
| Rusha Modi, M.D. MPH | GI fellow | 2016-2017 |
| Shahzad Ahmed, M.D. | Nutrition fellow | 2016- 2017 |
| Raymond Addante, M.D. | medical resident | 2016- 2017 |
| Rachel Wong | undergraduate student | 2016-2017 |
| Emily Huang | undergraduate student | 2016-2018 |
| Marissa Holden | medical student | 2017-present |
| Tiffany Ju, B.A. | Post-graduate | 2017-2019 |
| Colleen Parker, M.D. | Post-doc visiting scientist | 2017-present |
| Janice Bitong, M.D.* | Pediatric GI fellow | 2016-2019# |
| Kim Trieschmann, M.D. | Pediatric GI fellow | 2017-present |
| Karen O'Laco** | medical student | 2018-2019 |
| Charlene Choo | medical student | 2018-present |
| Adrienne Lenhart, M.D. | GI fellow | 2018-present |
| Saumya Pathak, M.D. | pediatric GI fellow | 2018-present |
| Ben Nulsen, M.D. | GI fellow | 2018-present |
| Frank Chen, M.D. | GI fellow | 2019-present |
| Wendi LeBrett, M.D. | medical resident | 2018-present |

* T32 training grant award

\*\*Internal Medicine Chief's Summer Fellowship Award
#Scientific Oversight Committee

## LECTURES AND PRESENTATIONS:

**1990-1995**

1.  The effect of activated inflammatory cells on colonic smooth muscle contraction. Workshop on the Immunomodulation of Motility, Montecito, California, March, 1990.

2.  Effect of bethanechol and vasoactive intestinal peptide on the early production of inositol 1,4,5-trisphosphate in intact smooth muscle. American Motility Society Symposium, Newport, Rhode Island, October, 1990.

3.  Comparison of endobiliary biopsy, brush and aspiration cytology performed during ERCP in the diagnosis of biliary obstruction. American College of Gastroenterology, Miami Beach, Florida, October, 1992.

4.  Acid peptic disorders. Department of Medicine Conference, Downey Community Hospital, Downey, California, November, 1994.

5.  Management of diabetic gastroparesis. City of Hope Endocrinology Conference, Downey, California, May, 1995.

6.  A prospective randomized trial assessing the timing and cost of ERCP in gallstone pancreatitis. American College of Gastroenterology, New York, New York, October, 1995.

**1996**

7.  H. Pylori: To treat or not to treat. Visiting Professor Lecture, St. Francis Medical Center, Lynwood, California, February, 1996.

8.  A prospective randomized trial of mild-moderate gallstone pancreatitis: Clinical outcome and cost of selective preoperative vs. postoperative ERCP. ASGE meeting, San Francisco, California, May, 1996.

9.  Inflammatory and functional intestinal disorders differ in their response to acute visceral pain. CURE Clinical GI Research Meeting, West Los Angeles, California, October, 1996.

**1997**

10. Anorectal motility disorders. UCLA Affiliated Training Program in GI Lecture Series, Westwood, California, January, 1997.

11. The role of ERCP in gallstone pancreatitis. 4th International Symposium on Pancreatic and Biliary Endoscopy, Anaheim, California, January, 1997.

12. Inflammatory and functional intestinal disorders differ in their response to acute visceral pain. Western Society for Clinical Investigation, Carmel, California, February, 1997.

LINZ_0173164

13.   Alterations in the brain-gut axis in irritable bowel syndrome.  Dallas VA Medical Center GI Conference, Dallas, Texas, February, 1997.

14.   Functional gastrointestinal disease and fibromyalgia.  Functional Gastrointestinal Disorders: Defining Cost and Outcomes, Kona, Hawaii, October, 1997.

**1998**

15.    Pain perception.  9th Annual GIRG Research Retreat, University of Calgary, Banff, Canada, January, 1998.

16.   The association of irritable bowel syndrome and fibromyalgia.  American Fibromyalgia Foundation Annual Conference 1998, Newport Beach, California, February, 1998.

17.   Differences in left prefrontal activation to visceral and somatic stimuli assessed by $O^{15}$-water PET in female patients with irritable bowel syndrome (IBS) and fibromyalgia. American Gastroenterological Association Meeting, New Orleans, Louisiana, May, 1998.

18.   Gastrointestinal infection, inflammatory bowel disease, and irritable bowel syndrome. California Internal Medicine Board Review Course Cosponsored by the American College of Physicians and the UCLA Department of Medicine, Universal City, California, July, 1998.

19.   CNS responses to visceral pain in patients with inflammatory bowel disease.  4th International Symposium on Brain-Gut Interactions, San Diego, California, July, 1998.

20.   Controversies in functional bowel disease and motility disorders.  Southern California Society of Gastroenterology 21st Post-AGA-DDW Weekend Review, Palm Springs, California, July, 1998.

**1999**

21.   The emotional brain-implications for diagnosis and therapy.  3rd International Symposium on Functional Gastrointestinal Disorders, Milwaukee, WI, April, 1999.

22.   Irritable bowel syndrome: visceral hyperalgesia.  DDW Symposium: Women's health in gastroenterology.  American Gastroenterological Association, Digestive Diseases Week, Orlando, FL, May, 1999.

23.   Neuroendocrine Parameters in functional GI Disorders.  Functional Dyspepsia Mechanisms and Experimental Models, Astra Hässle, Mölndal, Sweden, June, 1999.

24.   Controversies in irritable/functional bowel disease.  Southern California Society of Gastroenterology 22nd Post-AGA-DDW Weekend Review, Carlsbad, CA, July, 1999.

25.   Irritable bowel syndrome.  American Fibromyalgia Foundation, Inc.'s support group meeting, Hoag Memorial Hospital, Newport Beach, CA, July, 1999.

26.   The Cause of IBS.  Breakthrough in Patient Care for Irritable Bowel Syndrome, American Academy of Family Physicians Scientific Assembly, Orlando, FL, September, 1999.

27. Extraintestinal symptoms.  Workshop on the Pathophysiology and Treatment of Functional Gastrointestinal Disorders, Key Biscayne, FL, October, 1999.

28. Altered neuroendocrine response.  Workshop on the Pathophysiology and Treatment of Functional Gastrointestinal Disorders, Key Biscayne, FL, October, 1999.

29. Perceptual and CNS responses to visceral pain in patients with inflammatory bowel disease.  Society of Neuroscience 29th Annual Meeting, Miami, FL, October, 1999.

30. Motility disorders of the lower gastrointestinal tract: from basic science to therapy. European Postgraduate Gastro-surgical School, Amsterdam, December, 1999.

**2000**

31. Irritable Bowel Syndrome.  California Academy of Family Physicians, 52nd Annual Scientific Assembly, San Francisco, CA, February, 2000.

32. Pathophysiology of IBS.  IBS: Advances in the New Millenium, Inova Fairfax Hospital, Physicians Conference Center, Falls Church, VA, April, 2000.

33. Clinical Perspectives and the role of gender.  DDW Symposium: Visceral Sensitivity: Basic Advances and Novel Therapies, San Diego, May, 2000.

34. Progress in the treatment of IBS – role of 5-HT$_3$ antagonists.  DDW Satellite Symposium: Visceral Hypersensitivity and Irritable Bowel Syndrome, San Diego, May, 2000.

35. Differences in cortical activation to visceral and somatic stimuli assessed by $H_2$ $^{15}O$ PET in female patients with irritable bowel syndrome (IBS) and fibromyalgia.  Brain-Gut 2000, Toulouse, France, July 2000.

36. IBS clinical overview.  Western Region Managed Care Advisory Board, Santa Barbara, California, September 2000.

37. Management of Irritable Bowel Syndrome (IBS).  2000 Post Graduate Assembly, Santa Monica, California, September 2000.

38. Serotonergically Active Agents: New Drugs for an Old Disorder.  Symposium – Treatment of Irritable Bowel Syndrome, American College of Gastroenterology meeting, New York, October 2000.

39. Visceral Hyperalgesia: Implications on the Management of IBS.  Postgraduate Course, National Weekend of Gastroenterology, Mazatlán, Mexico, December 2000.

**2001**

40. Gender Differences in the Physiologic Responses in Irritable Bowel Syndrome.  University of North Carolina Functional Bowel Disease Center Meeting, Chapel Hill, North Carolina, January 2001.

41. The Emotional Brain.  Canadian Digestive Diseases Week, Banff, Canada, February 2001.

LINZ_0173166

42. Irritable Bowel Syndrome. Iris Cantor Center Medical Conference, UCLA, February 2001.

43. Brain-Gut Axis. 4th International Symposium on Functional Gastrointestinal Disorders, Milwaukee, Wisconsin, March-April 2001.

44. Gender Differences in IBS. 4th International Symposium on Functional Gastrointestinal Disorders, Milwaukee, Wisconsin, March-April 2001.

45. A Comprehensive Disease Model of IBS. Gastroenterology Conference, Visiting Professor's Program, Mayo Clinic, Rochester, MN, April 2001.

46. Pharmacotherapy of IBS. Postgraduate Course, American Gastroenterological Association, Atlanta, GA, May 2001.

47. Irritable Bowel Syndrome. Family Practice Department Educational Conference, Kaiser Permanente, Baldwin Park, CA, June 2001.

48. Irritable Bowel Syndrome. UCLA Women's Health Initiative Lecture Series. UCLA, July 2001.

49. The Brain-Gut Axis - New Pathways to Understanding Functional Disorders, Update in Gastroenterology, Hepatology & Nutrition, Columbia and Cornell GI Course, New York, November 2001.

**2002**

50. Gender Differences in Visceral Perception. The Haynang University-UCLA Joint Symposium on Gut-Brain Interactions, Seoul, Korea, March 2002.

51. The Neurobiology of Stress and Gastrointestinal Disorders. The Haynang University-UCLA Joint Symposium on Gut-Brain Interactions, Seoul, Korea, March 2002.

52. Extraintestinal Manifestations of IBS. American Gastroenterological Association meeting, San Francisco, California, May 2002.

53. Gender Differences in GI Disorders. Meet the Professor luncheon, American Gastroenterological Association meeting, San Francisco, California, May 2002.

54. Measurement and Assessment: Imaging. NIAMS Fibromyalgia Program Assessment, Airlie Conference Center, Warrenton, Virginia, September 2002.

55. Extraintestinal and psychiatric manifestations of IBS: What is the link? Falk symposium No.130, Freiburg, Germany, October 2002.

56. New Treatment Frontiers for Irritable Bowel Syndrome. American college of Osteopathic Family Physicians California, Anaheim, California, October 2002.

**2003**

LINZ_0173167

57. Advances the diagnosis and treatment of IBS. Women's Healthcare Forum, Anaheim, California, March 2003.

58. Gender and sociocultural differences in functional GI disorders. International Functional Gastrointestinal Disorders meeting, Milwaukee, Wisconsin, April 2003.

59. Brain-Gut Axis workshop. International Functional Gastrointestinal Disorders meeting, Milwaukee, Wisconsin, April 2003.

60. University-based practice. First Annual Functional Brain Gut Research Group's GI Motility Disorders Young Investigators' Forum, Phoenix, Arizona, May 2003.

61. Focused clinical updates in functional lower GI disorders. Digestive Diseases Week, Orlando, Florida, May 2003.

62. Safety and appropriate use of alosetron in clinical practice. Translating Science into Clinical Outcomes: New Paradigms in the Management of the IBS Patient. Digestive Diseases Week, Orlando, Florida, May 2003.

63. Diagnosis of IBS. State of the Art Lecture, Digestive Diseases Week, Orlando, Florida, May 2003.

64. Mechanisms of visceral hypersensitivity. CME educational symposium, Digestive Diseases Week, Orlando, Florida, May 2003.

65. Controversies in Functional Bowel Disorders. Post-DDW Meeting, Southern California Gastroenterology Society, La Costa, California, July 2003.

66. Conquering the Challenges of Treating the Diarrhea Predominant IBS Patient, teleconference series, April-September 2003 (served as Chair)

67. The pathophysiology of IBS as a basis of understanding symptom presentation, Pri-Med CME Symposium, Philadelphia, Pennsylvania, September 2003.

68. Irritable bowel syndrome- top three DDW heavyweights. Gastro-Hep Impact 2003 "Improving Medical Practice through Advanced Clinical Therapeutics," Chicago, Illinois, September 2003.

69. How I manage the IBS patient with constipation. Gastro-Hep Impact 2003 "Improving Medical Practice through Advanced Clinical Therapeutics," Chicago, Illinois, September 2003.

70. The pathophysiology of IBS, and common co-morbidities, as a basis of understanding symptoms, Functional Disorders in the Lower GI Tract: Mechanisms, Meaning and Clinical Management. Program for American Academy of Family Physicians, New Orleans, Louisiana, October 2003.

71. New development in the safety and clinical use of alosetron. Coping with the Complexities of IBS: Practical Aspects of Patient Management, CME educational symposium, American

LINZ_0173168

College of Gastroenterology meeting, Baltimore, Maryland, October 2003 (served as Chair).

72. The role of serotonin as a central mediator in IBS symptom complexes. The Challenges of Irritable Bowel Syndrome in Clinical Practice: From Science to Solutions, CME educational symposium, American College of Gastroenterology meeting, Baltimore, Maryland, October 2003.

73. New pathophysiological concepts and treatment options in IBS. Current Diagnosis and Management of Gastrointestinal Motility Disorders, Boston, MA, November 2003.

**2004**

74. Emerging concepts and novel treatments for irritable bowel syndrome, New York Gastroenterological Association, New York, January 2004.

75. IBS with constipation: diagnosing and managing the multiple symptom complex. Constipation: chronic disorder or irritable bowel? Symptom-defined strategies for continuing challenges, Pri-Med Update Meeting, La Jolla, California, March 2004.

76. Emerging concepts and novel treatments for irritable bowel syndrome, Women's Healthcare Forum, Anaheim, March 2004.

77. Differences in brain responses to rectal distension between patients with inflammatory and functional GI disorders. CURE Annual Research Meeting, Los Angeles, March 2004.

78. Epidemiology and quality of life functional gastrointestinal disorders. Novartis GI: Advancing the Science Global Summit, Hollywood, Florida, April 2004.

79. Stirring up the sluggish colon. My approach to the constipated IBS patient. Gastro-Hep Impact 2004: "Improving Medical Practice by Advancing Clinical Therapeutics." New York, April 2004.

80. University-based practice. Second Annual Functional Brain Gut Research Group's GI Motility Disorders Young Investigators' Forum, Scottsdale, Arizona, April 2004.

81. Differences in brain responses to rectal distension between patients with inflammatory and functional GI disorders, American Gastroenterological Association meeting, New Orleans, Louisiana, May 2004.

82. Evidence for an antihyperalgesic effect of exogenous corticotropin releasing factor (CRF) in irritable bowel syndrome (IBS). American Gastroenterological Association meeting, New Orleans, Louisiana, May 2004.

83. Novel therapeutics for functional dyspepsia and irritable bowel syndrome. 2004 American Gastroenterological Association Spring Postgraduate Course, New Orleans, Louisiana, May 2004.

84. Differential diagnosis of IBS: symptom presentation and diagnostic; improving treatment success: individualizing gastrointestinal disease management. Digestive Diseases Week

satellite symposium, American Gastroenterological Association meeting, New Orleans, Louisiana, May 2004.

85.   New treatment options in irritable bowel syndrome in men and women. The future of irritable bowel syndrome management in men and women. Digestive Diseases Week satellite symposium, American Gastroenterological Association meeting, New Orleans, Louisiana, May 2004.

86.   Diagnostics and treatment of irritable bowel syndrome. A State of the Art Update in Clinical GI Problems, University of Manitoba, Winnipeg, Canada, June 2004.

87.   Bowel disorders: differential diagnosis and new therapeutic strategies. The 12th Annual Congress on Women's Health, Hilton Head, South Carolina, June 2004.

88.   IBS and gender. Symposium for Patients and Non-Health Care Professionals. "Understanding IBS and Other Functional Gastrointestinal Disorders." Raleigh-Durham, North Carolina, June 2004.

89.   New Advances in the Treatment of IBS. 48th Annual Postgraduate Symposium, Family Medicine Update 2004. San Diego, California, June 2004.

90.   Clinical Minicourse Interactive Session (IBS, colon, pediatrics). American Motility Society meeting, Rochester, Minnesota, September 2004.

91.   Optimizing the management of IBS/Chronic Constipation. Gastro-Hep Impact 2004: "Improving Medical Practice by Advancing Clinical Therapeutics." Chicago, October 2004.

92.   Medical Crossfire Live ACG Program: Irritable Bowel Syndrome: Evolving Perspectives and Treatment Strategies. American College of Gastroenterology meeting, Orlando, Florida, October-November 2004.

93.   Cases challenges in functional bowel disease: what to do when the usual stuff fails. Irritable bowel syndrome - should we target the brain, gut or both? American College of Gastroenterology meeting, Orlando, Florida, October-November 2004.

**2005**

94.   What's new in the pathophysiology of IBS? First Annual IBS Symposium, University of Washington, Seattle, Washington, January 2005.

95.   Hot New Medical Therapies. First Annual IBS Symposium, University of Washington, Seattle, Washington, January 2005.

96.   Update on IBS and Constipation. Women's Health Group, Santa Monica, California, February 2005.

97.   Functional Dyspepsia. Visiting Professor program, FDA GI Medical Team, Rockville, Maryland, February 2005.

LINZ_0173170

98. Pathophysiology of IBS. Mayo Clinic Scottsdale Winter Gastroenterology Meeting Linked to Endoscopy and Hepatology, March 2005.

99. How to Make the Most of Your Mentoring Partnership. Third Annual Functional Brain Gut Research Group's GI Motility Disorders Young Investigators' Forum, Del Mar, California, March 2005.

100. Other Causes for Pelvic Pain in Women: From Irritable Bowel Syndrome (IBS) to Fibromyalgia, and Interstitial Cystitis. Women's Sexual Health State-of-the-Art Series, Beverly Hills, California, April 2005.

101. Sex Determinants of Visceral Pain with a Focus on Irritable Bowel Syndrome. BIRCWH Scholars Conference on Sex Determinants of Pain, London, April 2005.

102. How I manage the IBS patient with constipation. Gastro-Hep Impact 2005 "Improving Medical Practice through Advanced Clinical Therapeutics," Chicago, Illinois, April 2005.

103. Communication Skills Mini-Symposium: Methodological Approach to Studying the Gastroenterological-Patient Relationship, International Foundation of Functional Gastrointestinal Disorders meeting, Milwaukee, Wisconsin, April 2005.

104. Update on Diagnosis and Treatment of IBS, Gut Club, Mobile, Alabama, April 2005

105. Irritable bowel syndrome, fibromyalgia and other overlapping conditions, GI Grand Rounds, Visiting professor program, University of South Alabama, Mobile, Alabama, April 2005.

106. Diagnosing and Managing Women with Irritable Bowel Syndrome. 5th Annual North American Women's Healthcare Forum, Anaheim, May 2005.

107. Emerging Therapies: What does the future hold? Controversies in the Management of IBS Clinical Practice symposium, American Gastroenterological Association meeting, Chicago, May 2005.

108. Diagnosis and Treatment of IBS. Managing IBS: Optimizing Patient Selection and Clinical Outcomes, Digestive Diseases Week satellite symposium (Chair), American Gastroenterological Association meeting, Chicago, May 2005.

109. Pathophysiology of IBS.  Meet the Professor luncheon, American Gastroenterological Association meeting, Chicago, May 2005.

110. IBS with constipation: diagnosing and managing the multiple symptom complex. Constipation: chronic disorder or irritable bowel? Symptom-defined strategies for continuing challenges, Pri-Med CME Symposium, Sacramento, California, May 2005.

111. Cross-system interactions from the GI perspective (Irritable Bowel Syndrome), Pelvic Pain Syndrome(s) in Women: New Insights into Pathophysiology, Center for Neurovisceral Sciences and Women's Health at UCLA, Los Angeles, California, June 2005.

LINZ_0173171

112. How I manage the IBS patient with constipation. Gastro-Hep Impact 2005 "Improving Medical Practice through Advanced Clinical Therapeutics," Los Angeles, California, June 2005

113. IBS with constipation: diagnosing and managing the multiple symptom complex. Constipation: chronic disorder or irritable bowel? Symptom-defined strategies for continuing challenges, Pri-Med CME Symposium, San Jose, California, June 2005.

114. Brain processing of gastrointestinal sensorimotor function. 20th International Symposium on Neurogastroenterology and Motility, Toulouse, France, July 2005.

115. Controversies in Functional Bowel Disorders. Post-DDW Meeting, Southern California Gastroenterology Society, La Costa, California, July 2005.

116. Visceral pain and abuse. IASP Satellite Symposium on Visceral Pain, Adelaide, Australia, August 2005.

117. Pathophysiology of Chronic Constipation and Irritable Bowel Syndrome. Chronic Constipation and Irritable Bowel Syndrome: Helping Patients Move from Intestinal Distress to Intestinal Success! Roundtable Discussion, Montreal, Canada, September 2005.

118. Overview of IBS: New Concepts and Treatment Options. Frontiers in Gastroenterology and Hepatology, Case Western GI Grand Rounds Program, Cleveland, Ohio, September 2005.

119. IBS with constipation: diagnosing and managing the multiple symptom complex. Constipation: chronic disorder or irritable bowel? Symptom-defined strategies for continuing challenges, Pri-Med CME Symposium, Pasadena, California, September 2005.

120. Gender Differences in Irritable bowel syndrome. A Day in the Gut symposium-North Shore University Hospital in Manhasset, Long Island, New York, October 2005.

121. Tegaserod – the reality of clinical practice. Dysmotility and sensory symptoms – understanding and treating IBS-C, United European Gastroenterology Week 2005 (UEGW), Copenhagen, Denmark, October 2005.

122. Brain-gut pathways in FGIDs. NASPGHAN Postgraduate Course, Salt Lake City, Utah, October 2005.

123. IBS with constipation: diagnosing and managing the multiple symptom complex. Constipation: chronic disorder or irritable bowel? Symptom-defined strategies for continuing challenges, Pri-Med CME Symposium, Los Angeles, California, November 2005.

124. Future of Functional GI Disorders. National Week of Gastroenterology Congress, Mexico City, November 2005.

125. Treatment of IBS. National Week of Gastroenterology Congress, Mexico City, November 2005.

LINZ_0173172

126. Gender Differences in IBS. Keynote presentation, National Week of Gastroenterology Congress, Mexico City, November 2005.

127. Chronic constipation: primary care approaches to a common patient concern, Pri-Med CME symposium, Sacramento, California, December 2005.

128. Current and Future Treatment Options. Conquering Chronic Constipation: Exploring Pathophysiology and Treatment Options, AGA Clinical Congress satellite symposium, Hollywood, Florida, December 2005.

129. Emerging Medical Treatments for IBS, Bench to Bedside in IBS. AGA Winter Clinical Congress, Hollywood, Florida, December 2005.

**2006**

130. HPA axis dysregulation in functional disorders. Center for Neurovisceral Sciences and Women's Health 3rd Annual Basic and Translational Science Symposium, Los Angeles, California, January 2006.

131. Traditional and Novel Treatment of FGID in Adults. Diagnosis and Management of Functional GI Disorders: From Child to Adult, Center for Neurovisceral Sciences and Women's Health 3rd Annual Clinical Symposium, Los Angeles, California, January 2006.

132. How I manage the IBS patient with constipation. Gastro-Hep Impact 2006 "Improving Medical Practice through Advanced Clinical Therapeutics," Phoenix, Arizona, January 2006.

133. Irritable bowel syndrome: pathophysiology and treatment. Functional Bowel Disorders session, American Motility Society course on Gastrointestinal Motility in Clinical Practice, San Diego, California, February 2006.

134. A status report: complementary and alternative medicine. GI Motility and Functional Bowel Disorders Focus Areas, American Motility Society course on Gastrointestinal Motility in Clinical Practice, San Diego, California, February 2006.

135. How I manage the IBS patient with constipation. Gastro-Hep Impact 2006 "Improving Medical Practice through Advanced Clinical Therapeutics," Beverly Hills, California, Febuary 2006.

136. Irritable bowel syndrome: neurobiologic alterations and their overlap with other chronic pain syndromes. Frontiers of GI Research Conference, visiting professor program, University of Illinois at Chicago, Illinois, February 2006.

137. Chronic Constipation: Piecing Together the Puzzle in Primary Care, Pri-Med meeting, Seattle, Washington, March 2006; Durham, North Carolina, March 2006; Anaheim, Calfornia, April 2006; Dallas, Texas, April 2006; San Jose, California, November 2006.

138. Focusing on the Patient: Clinical challenges in motility and sensory disorders, Primed meeting, Los Angeles, California, March 2006; Chicago, Illinois, May 2006; Seattle, Washington, September 2006.

LINZ_0173173

139. Neurobiologic alterations of IBS and the overlap with other chronic pain syndromes. GI Research Conference, The Johns Hopkins Hospital, Baltimore, Maryland, March 2006.

140. Stress and the single woman. Clinical Conundrums in Gastroenterology, Foundation for Better Healthcare, Atlanta and Los Angeles, April 2006.

141. Chronic Constipation: An Age-old Problem with New Solutions, American Geriatric Society annual scientific meeting adjunct symposium, Chicago, Illinois, May 2006.

142. Is There a Relationship Between IBS and Colonic Ischemia? Controversies in IBS. Clinical Practice symposium, American Gastroenterological Association meeting, Los Angeles, California, May 2006.

143. Managing the Patient with Severe Functional Bowel Disease. Digestive Diseases Week Meet-the-Professor luncheon, American Gastroenterological Association meeting, Los Angeles, California, May 2006.

144. IBS-C: Where are we going? Fast Track Solutions to GI Motility and Sensory Disorders. Digestive Diseases Week satellite symposium, American Gastroenterological Association meeting, Los Angeles, California, May 2006.

145. Exploring the Mechanism of Action of Therapeutic Modalities for Chronic Constipation. Chronic Constipation: Translating Novel Mechanisms of Action into Innovative Therapeutic Interventions. Digestive Diseases Week satellite symposium, American Gastroenterological Association meeting, Los Angeles, California, May 2006.

146. Evidence-Based Presentation 2: Evaluating Current and Novel Treatment Modalities for Chronic Idiopathic Constipation. Raising the Bar in the Management of Chronic Idiopathic Constipation (serving as moderator), satellite symposium, American Association of Physician Assistants meeting, San Francisco, California, May 2006.

147. Novel Mechanisms Paving the Way to Relief in Chronic Constipation. CME dinner programs, Los Angeles, June 2006, San Francisco, June 2006 and Anaheim September 2006.

148. Does the HPA Axis have a Role in Modulating Visceral Hypersensitivity? AGA/BSG Joint Symposium, Cambridge, UK, September 2006.

149. The Mechanism Behind the Treatment. New Mechanisms and Novel Concepts in Chronic Constipation, American Motility Society Joint International meeting, Boston, MA, September 2006 (Chair).

150. Deal A Winning Hand: Expert Advice on Chronic Constipation. American College of Gastroenterology meeting symposium, Las Vegas, Nevada, October 2006.

151. IBS-C and CC:  A therapeutic continuum? Overlapping GI motility and sensory disorders: An integrated approach, American College of Gastroenterology meeting symposium, Las Vegas, Nevada, October 2006.

LINZ_0173174

152. Irritable bowel syndrome: Diagnosis is the Key, Perspectives in Women's Health, Women's Health Congress, San Francisco, November 2006.

153. Treatment of Irritable Bowel Syndrome, Gastroenterology Pan-American Congress, Cancun, Mexico, November 2006.

154. Evaluating Current and Novel Treatment Modalities for Chronic Idiopathic Constipation, Gastroenterology-Hepatology Impact meeting, San Francisco, November 2006.

**2007**

155. Dysregulation of the hypothalamic-pituitary-adrenal (HPA) axis and its association with symptoms in irritable bowel syndrome and fibromyalgia. American Psychosomatic Society meeting, Budapest, Hungary, March 2007.

156. Diagnosis and treatment of patients with functional somatic syndromes. "Best practice" breakfast symposium, American Psychosomatic Society meeting, Budapest, Hungary, March 2007.

157. Peripheral measures of stress response in irritable bowel syndrome (IBS). Annual CURE Scientific meeting, Los Angeles, March 2007.

158. Brain-Gut Axis/Genetics. Plenary session, 7th Annual International Foundation of Functional Gastrointestinal Disorders (IFFGD) Symposium. Milwaukee, Wisconsin, April 2007.

159. Gender, Age, Society, Culture, and Patient's Perspective in Functional GI Disorders workshop. 7th Annual International Foundation of Functional Gastrointestinal Disorders (IFFGD) Symposium. Milwaukee, Wisconsin, April 2007.

160. Neurobiologic Alterations in IBS and Other Chronic Pain Syndromes. GI Visiting Professor Program, University of Chicago, Chicago, May 2007.

161. Focused Clinical Updates: Irritable bowel syndrome. Digestive Diseases Week, American Gastroenterological Association meeting, Washington, D.C., May 2007.

162. Neurobiologic alterations in irritable bowel syndrome and fibromyalgia, IBS and Co-morbid somatic conditions symposium. Digestive Diseases Week, American Gastroenterological Association meeting, Washington, D.C., May 2007.

163. No. It is in the brain! Functional brain imaging in functional GI disorders. Third International Symposium on Pediatric Gastroenterology, Hepatology, and Nutrition. Montreal, Canada, June 2007.

164. Controversies in Gastrointestinal & Liver Diseases: Functional GI Disorders. Southern California Society of Gastroenterology, San Diego, July 2007.

165. Gender differences in irritable bowel syndrome. Pregraduate Course, Congreso Argentino de Gastroenterología Y Endoscopia Digestiva, Mendoza, Argentina, August 2007.

LINZ_0173175

166. Brain-gut dysregulation in irritable bowel syndrome, Congreso Argentino de Gastroenterología Y Endoscopia Digestiva, Mendoza, Argentina, August 2007.

167. Emerging treatments for functional gastrointestinal disorders, Congreso Argentino de Gastroenterología Y Endoscopia Digestiva, Mendoza, Argentina, August 2007.

168. Neuroendocrine Alterations of the Central Stress Response in Irritable Bowel Syndrome. GI Division Research Conference, Mayo Clinic visiting professor program, Rochester, MN, September 2007.

**2008**

169. HPA Axis and Brain Imaging. IGA/AGA meeting, Tel Aviv, Israel, February 2008.

170. How to Prepare and Deliver a Presentation. IGA/AGA meeting, Tel Aviv, Israel, February 2008.

171. Newer Agents for the Gut. IGA/AGA meeting, Tel Aviv, Israel, February 2008.

172. Pathophysiology and Drug Targets for IBS. GI conference, Hassadah Hospital, Jerusalem, Israel, February 2008.

173. Irritable Bowel Syndrome. Gastroenterology and Hepatology Linked to Endoscopy: Mayo Clinic's 6th Annual Winter Course in Scottsdale, Scottsdale, AZ, February 2008.

174. Evidence Based Therapy for IBS. Canadian Digestive Diseases Week and the Fourth Annual CASL Winter Meeting, Montreal, Canada, February-March 2008.

175. Difficult Cases of Irritable Bowel Syndrome - My Tricks. Canadian Digestive Diseases Week and the Fourth Annual CASL Winter Meeting, Montreal, Canada, February-March 2008.

176. How to make the most out of your mentoring relationship. Functional Brain-Gut Group Young Investigators Conference, San Diego, California, April 2008.

177. Chronic Constipation and Colonic Pseudo-Obstruction. AGA Postgraduate Course, Clinical Challenges, Digestive Diseases Week, San Diego, California, May 2008.

178. The Brain-Gut Interaction: Do SSRIs and TCAs Improve IBS Symptoms? Controversies in IBS symposium, AGA Digestive Diseases Week, San Diego, California, May 2008.

179. Narcotic Bowel Syndrome. AGA Digestive Diseases Week, San Diego, California, May 2008.

180. Emerging therapies in FGID. Meet-the-Professor luncheon, AGA Digestive Diseases Week, San Diego, California, May 2008.

181. Impact of IBS. Satellite symposium, AGA Digestive Diseases Week, San Diego, California, May 2008.

LINZ_0173176

182. IBS: A Diagnosis of Exclusion? Satellite symposium, AGA Digestive Diseases Week, San Diego, California, May 2008.

183. Central dysregulations in irritable bowel syndrome: HPA axis and brain imaging. Stress and Gastrointestinal Illness. American Behavioral Medicine Research meeting, Lake Louise, Canada, June 2008.

184. Sex differences in visceral pain in irritable bowel syndrome, NIH Women's Health Sciences Seminar, Bethesda, Maryland, July 2008.

185. Sorting Through the Complexities of Irritable Bowel Disease: Advances in Patient Evaluation and Treatment Modalities. Impact, Los Angeles, California, September 2008.

186. Mechanisms and Treatment of Chronic Functional Abdominal Pain, Post-graduate Course, American College of Gastroenterology meeting, Orlando, Florida, October 2008.

187. Defining symptoms and severity in functional GI disorders. Joint Neurogastroenterology and Motility meeting, Lucerne, Switzerland, November 2008.

188. The Management of Constipation – Did We Overcome the Blockage at Last? University of Arizona GI Motility Conference, Phoenix, Arizona, November 2008.

**2009**

189. Women's Health Issues in GI. AGA Clinical Congress, Las Vegas, Nevada, January 2009.

190. Managing Slow Transit Constipation and Dyssynergic Defecation. AGA Clinical Congress, Las Vegas, Nevada, January 2009.

191. New Insights into the Pathophysiology of Irritable Bowel Syndrome: Implications for Future Treatments. Miami CME Winter Series, GI Update 2009, Miami, Florida, February 2009.

192. Management of IBS: the Evidence and the Experience. Miami CME Winter Series, GI Update 2009, Miami, Florida, February 2009.

193. Do I Ever Use Antibiotics for IBS? Miami CME Winter Series, GI Update 2009, Miami, Florida, February 2009.

194. Nausea and vomiting: old and new therapies. ACG Western Postgraduate CME Course in Las Vegas, Nevada, March 2009.

195. Biomarkers. 8th International Symposium on Functional GI Disorders, Milwaukee, Wisconsin, April 2009.

196. Challenging Cases at the Referral Centers. 8th International Symposium on Functional GI Disorders, Milwaukee, Wisconsin, April 2009.

197. *Gender, Age, Society and the Patient.* 8th International Symposium on Functional GI Disorders, Milwaukee, Wisconsin, April 2009.

198. Review of CC and IBS. Go Beyond Expectations: Successful GI Outcomes Through Improved Clinician-Patient Partnerships. American College of Physicians, Philadelphia, PA, April 2009.

199. How to talk to your doctor- you are not alone. Overlapping Disorders symposium, International Foundation for Functional GI Disorders and TMJ Association, Milwaukee, WI, April 2009.

200. Tailoring Treatment of IBS. Digestive Disease Week Postgraduate Course, American Gastroenterological Association, Chicago, Illinois, May 2009.

201. The Future of IBS Therapy. Digestive Disease Week symposium, American Gastroenterological Association, Chicago, Illinois, May 2009.

202. Women's Health Issues in IBS. GI Health Foundation IBS Initiative, Chicago, Illinois, May 2009.

203. Sex differences in FGID. Joint Neurogastroenterology and Motility meeting, Chicago, Illinois, August 2009.

204. Pathophysiology of IBS. International Pelvic Pain Society meeting, Phoenix, AZ, October 2009.

205. Has our understanding of the pathophysiology of IBS improved its treatment? American College of Gastroenterology Postgraduate Course, San Diego, California, October 2009.

**2010**

206. Diagnosis of IBS: Biomarker or Symptom-based Criteria? AGA Clinical Congress, Las Vegas, Nevada, January 2010.

207. HPA Axis and Colonic Mucosal Changes in IBS. Center for Neurobiology of Stress Basic and Translational Science Symposium, Los Angeles, February 2010.

208. Clinical Presentation and Approach: But What if It is Not Lactose Intolerance? NIH Consensus Development Conference: Lactose Intolerance and Health, Bethesda, Maryland, February 2010.

209. Stress and HPA axis alterations in irritable bowel syndrome. 2010 Annual CURE Research Meeting, David Geffen School of Medicine at UCLA, Los Angeles, California, April 2010.

210. Irritable bowel syndrome: What you need to know in clinical practice. Pacific Northwest Gastroenterology Society (PNWGS) meeting, Seattle, Washington, April 2010.

211. Role of stress and HPA axis in irritable bowel syndrome, Frontiers in Gastroenterology, University of Washington CME Accredited Series, Seattle, Washington, April 2010.

212. What actually helps in managing IBS? Postgraduate Course, Digestive Diseases Week, New Orleans, LA, May 2010.

LINZ_0173178

213. Clinical challenge session: Healing the complicated functional bowel disease patient. Postgraduate Course, Digestive Diseases Week, New Orleans, LA, May 2010.

214. Major Advances in IBS. Presidential Plenary, Digestive Diseases Week, New Orleans, LA, May 2010.

215. Lack of Correlation Between IBS Symptoms and Cytokine Markers of Inflammation in IBS Biopsies and Circulation, Translational Research symposium, Neurogastroenterology and Motility section, Digestive Diseases Week, New Orleans, LA, May 2010.

216. Beyond Fiber - Treatment of C-IBS with SSRIs, Lubiprostone, Osmotic Laxatives, and New Agents, Clinical Practice symposium, Digestive Diseases Week, New Orleans, LA, May 2010.

217. Impact of Pain Attacks on Behavior and Health-Related Outcomes in Patients with Irritable Bowel Syndrome Meeting Rome III Criteria. Digestive Diseases Week, New Orleans, LA, May 2010.

218. Focused Clinical Updates: Treatment of functional bowel disorders. Digestive Diseases Week, New Orleans, LA, May 2010.

219. Gender differences and women's health issues in functional GI disorders. AGA Nurse Practitioners and Physician Assistant's meeting, San Francisco, August 2010.

220. Evidence-based vs. Patient-centered approach. Annual ACG meeting, San Antonio, TX, October 2010.

221. Controversies in Functional Bowel Diseases. Southern California Gastroenterology Society Post-DDW Course, Dana Point, California, July 2010.

222. Testing for bacterial overgrowth, IBS, and carbohydrate intolerance. ANMS 5th Biennial Course on GI Motility & Neurogastroenterology in Clinical Practice, Boston, Massachusetts, August 2010.

223. Cytokines and local effector mechanisms. 2010 Joint International Neurogastroenterology and Motility meeting, Boston, Massachusetts, August 2010.

224. Tissue and Serum Biomarkers in FGIDs: HPA axis, 5-HIAA, fecal calprotectin and human β-defensin-2. FDA Biomarker Workshop, Silver Springs, MD, September 2010.

225. Patient-Centered Care vs. Evidence Based Care, IBS breakfast symposium, Annual ACG meeting, San Antonio, Texas, October 2010.

**2011**

226. Irritable Bowel Syndrome: What You Need To Know In Clinical Practice. Medicine Grand Rounds, Vanderbilt University Medical Center, 2011 William D. Salmon Lectures
227. hip, Nashville, TN, January 2011.

LINZ_0173179

228. Role of Stress and Inflammation in IBS:  What Is the Evidence. GI Grand Rounds, Vanderbilt University Medical Center, 2011 William D. Salmon Lectureship, Nashville, TN, January 2011.

229. Clinical Trials in Irritable Bowel Syndrome: A Year in Review. Digestive Diseases of the Caribbean, Puerto Rico Gastroenterology Association, Puerto Rico, March 2011.

230. Refractory Nausea, Vomiting, and Gastroparesis. Digestive Diseases of the Caribbean, Puerto Rico Gastroenterology Association, Puerto Rico, March 2011.

231. Challenging Cases at the Referral Centers- Mini Symposium. 9th International Symposium on Functional Gastrointestinal Disorders, Milwaukee, WI, April 2011.

232. Brain Gut Modulation of GI Symptoms- Workshop. 9th International Symposium on Functional Gastrointestinal Disorders, Milwaukee, WI, April 2011.

233. Managing Pain in Irritable Bowel Syndrome. Postgraduate Course, Digestive Diseases Week, Chicago, Illinois, May 2011.

234. Primer on the FDA PRO Guidance Document. Digestive Diseases Week, Chicago, Illinois, May 2011.

235. Controversies in Functional Bowel Diseases. Southern California Gastroenterology Society Post-DDW Course, Laguna Niguel, California, July 2011.

236. Diagnostic testing in IBS, Current approaches for testing in IBS, SIBO, and lactose/fructose intolerance. ANMS-FBG Annual Motility Course, St. Louis, MI, September 2011.

237. Secretogogues, Prokinetics, and Anti-nociceptives in IBS. Satellite symposium, ANMS-FBG Scientific Meeting, St. Louis, MI, September 2011.

238. How to make the most out of your mentoring relationship. Young Investigators Forum, ANMS-FBG Scientific Meeting, St. Louis, MI, September 2011.

239. Functional GI Disorders: Underlying Mechanisms and Appropriate Therapy. American College of Gastroenterology GI Pathophysiology Course, Washington, D.C., October 28, 2011.

240. Gas and Bloating – Still a Problem After All of These Years? Annual ACG Scientific Meeting, Washington, D.C., November 2, 2011.

241. What tools are available for symptom measurement in IBS? Meeting on Measurement of Urinary Symptoms (MOMUS), NIH, Bethesda, Maryland, November 14, 2011.

242. Diagnosis and Treatment of Irritable Bowel Syndrome. X Semana Brasileira do Aparelho Digestivo, Brazilian Congress of Gastroenterology, Porto Alegre, Brazil, November 21, 2011.

LINZ_0173180

243. Effect of Stress on FGIDs. X Semana Brasileira do Aparelho Digestivo, Brazilian Congress of Gastroenterology, Porto Alegre, Brazil, November 22, 2011.

**2012**

244. Clinical Trials Update in IBS, Intestinal Disorders session (also moderated session). AGA Clinical Congress, Miami, Florida, January 21, 2012.

245. Gastroparesis: Evolving Tools, Breakout session. AGA Clinical Congress, Miami, Florida, January 20-21, 2012.

246. Irritable bowel syndrome: What's New? (Also served as Moderator) ACG Board of Governors/ASGE Best Practices, Huntington Beach, California, January 28, 2012.

247. Early Life Stress and Glucocorticoid Receptor Gene Methylation in Irritable Bowel Syndrome. Center for Neurobiology of Stress 10th Anniversary Annual Symposium, Los Angeles, CA, February 9, 2012.

248. Medical management of constipation, fecal incontinence, and IBS. Multidisciplinary Pelvic Floor Conference, UCLA, Los Angeles, CA, March 21, 2012.

249. Review of IBS and Functional Abdominal Pain. Pediatric GI Conference, UCLA, Los Angeles, CA, March 23, 2012.

250. Difficult FGID Cases, AGA Postgraduate Course, Digestive Diseases Week, San Diego, CA, May 19, 2012.

251. GI Motility, IBS and Women. Presidential Plenary, Digestive Diseases Week, San Diego, CA, May 21, 2012.

252. Glucocorticoid Receptor Gene Methylation is a Potential Biomarker of Irritable Bowel Syndrome. Digestive Diseases Week, San Diego, CA, May 19, 2012.

253. Irritable Bowel Syndrome: What's Important to Know for Clinical Practice, Harbor-UCLA Department of Medicine Grand Rounds, Torrance, CA, June 5, 2012.

254. Pathophysiology of IBS and Other Common FGIDs. Rome Foundation - AGA Institute Communication Skills Workshop: Improving the Medical Interview and the Physician Patient Relationship with Patients Having Functional GI Disorders. Chapel Hill, NC, June 8-9, 2012.

255. Controversies in Functional Bowel Disorders. Southern California Gastroenterology Society Post-DDW Course, Laguna Beach, California, June 16, 2012.

256. State of the Art Lecture: Management of Functional Abdominal Pain. Southern California Gastroenterology Society Post-DDW Course, Laguna Beach, California, June 16, 2012.

257. Patient case: Chronic constipation. UCLA GI Noon Conference: Neurogastroenterology, Los Angeles, California, June 20, 2012.

LINZ_0173181

258. Medical management of IBS. Expert Update on Treatments for Functional GI Disorders: A Symposium for Patients, Chapel Hill, North Carolina, June 23, 2012.

259. Bloating. Expert Update on Treatments for Functional GI Disorders: A Symposium for Patients, Chapel Hill, North Carolina, June 24, 2012.

260. How to find the right mentor. 2012 Tenth Annual Young Investigator Forum, American Neurogastroenterology and Motility Society (ANMS) Motility Course, Chicago, Illinois, July 27, 2012.

261. Pathophysiology and Treatment of IBS. Gastrointestinal Motility and Neurogastroenterology in Clinical Practice, Chicago, Illinois, July 29, 2012.

262. Psychosocial Factors in IBD.  Served as preceptor for GI Division Journal Club, August 23, 2012.

263. Management of IBS. Visiting Professor GI Grand Rounds, Indiana University, Indianapolis, Indiana, September 17, 2012.

264. Bloating and distension patient case. UCLA GI Noon Conference, Los Angeles, CA, October 3, 2012.

265. Understanding IBS for Rome IV. Festival of Gastroenterology and Endoscopy (FGE) Sanya, Sanya Island, China, October 10, 2012.

266. Recurrent abdominal pain and disordered bowel habit. FGE Beijing, Chinese PLA General Hospital Beijing, China, October 13, 2012.

267. Antibiotics: What to Do After They Work? IBS: Do Microbes Matter? Symposium, ACG Annual Meeting, Las Vegas, NV, October 18, 2012.

268. IBS Diagnosis, Pathophysiology and Treatment. `The 6th Japan and US Collaboration Conference in Gastroenterology Program, Tokyo, Japan, November 14, 2012.

**2013**

269. IBS: Insights Into the Pathophysiology and Treatment. GI Grand Rounds, Mount Sinai visiting professor program, New York, NY, January 4, 2013.

270. The Spectrum of Functional GI Disorders: Symptoms and Diagnostic Criteria. UCLA GI Fellows Conference, Los Angeles, CA, February 8, 2013.

271. IBS: Insights Into the Pathophysiology and Treatment. GI Grand Rounds, Stanford Hack Lectureship Program visiting professor program, Palo Alto, CA, February 27, 2013.

272. Treatment of IBS – State-of-the-Art in 2013. Advances in Gastroenterology and Hepatology, San Diego, CA, March 2, 2013.

273. Chronic nausea and vomiting- causes and remedies. UCLA-Mellinkoff Gastroenterology Symposium, Beverly Hills, CA, March 8, 2013.

LINZ_0173182

274. Chronic abdominal pain. UCLA Pediatric GI Conference, Los Angeles, CA, March 23, 2013.

275. Treatment of Opioid Bowel, Opioid and Narcotic Bowel Mini-symposium. 10th International Symposium on Functional Gastrointestinal Disorders, Milwaukee, Wisconsin, April 12-14, 2013.

276. Treatment Pearls, Clinical Pearls for the Clinician workshop. 10th International Symposium on Functional Gastrointestinal Disorders, Milwaukee, Wisconsin, April 12-14, 2013.

277. IBS, Clinical Trial Design and Outcome Measurement Mini-symposium. 10th International Symposium on Functional Gastrointestinal Disorders, Milwaukee, Wisconsin, April 12-14, 2013.

278. IBS: Insights Into the Pathophysiology and Treatment. Medical Grand Rounds, Rouse visiting professor lectureship, Baylor University Medical Center, Dallas, TX, April 16, 2013.

279. Chronic Nausea and Vomiting: Diagnosis and Treatment. Noon Housestaff Conference, Baylor University Medical Center, Dallas, TX, April 16, 2013.

280. Gastroparesis: New Treatments for a Perpetual Problem. Served as preceptor for Journal Club, Division of Digestive Diseases, UCLA.

281. What Causes "Functional" Bowel Disorders? Recent Insights and What It Means for the Clinician. AGA Postgraduate Course General Session, Digestive Diseases Week meeting, Orlando, FL, May 18, 2013.

282. The "Impossible" Abdominal Pain Patient: Treatment Strategies and Helpful Hints. AGA Postgraduate Course Clinical Challenge session, Digestive Diseases Week meeting, Orlando, FL, May 18, 2013.

283. Bloating and Distension: Understanding the Mechanisms and Optimizing Management. Meet-the-Professor, Digestive Diseases Week meeting, Orlando, FL, May 19, 2013.

284. Clinical Conversations:  Getting Patients With CC and IBS-C Back on Track. DDW satellite symposium, Digestive Diseases Week meeting, Orlando, FL, May 19, 2013.

285. Functional Abdominal Pain Syndrome. Neurogastroenterology Clinical Conference. UCLA GI noon conference, Los Angeles, CA, May 29, 2013.

286. IBS: It's not that simple. First Annual GALA Conference, Austin, TX, June 21-22, 2013.

287. Functional GI case conference. First Annual GALA Conference, Austin, TX, June 21-22, 2013.

288. How to Approach Challenging Clinical Scenarios in Functional GI Disorders. UCLA GI Fellowship Curriculum Conference, Los Angeles, CA, August 23, 2013

LINZ_0173183

289. Management of IBS, IBS Cornerstones Lecture. GI Conference, University of Washington, Seattle, WA, August 30, 2013.

290. Fecal Incontinence. UCLA GI Noon Conference, Los Angels, CA, September 11, 2013.

291. Current insights on the Causes of Functional Bowel Disorders and How They Impact Treatment. Ray Clouse Visiting Professor of Excellence Lecture, Washington University, St. Louis, September 17, 2013.

292. Current state of PROs for IBS, gastroparesis and functional dyspepsia. 17th Neurogastroenterology & Motility Scientific Meeting, Huntington Beach, CA, September 22, 2013.

293. Differentiating and Managing IBS-C and Chronic Constipation. Annual American College of Gastroenterology (ACG) Postgraduate Course, San Diego, CA, October 12, 2013.

294. Management of the Severely Constipated Patient. United European Gastroenterology (UEG) Scientific Meeting, Berlin, Germany, October 15, 2013.

295. Emerging Treatment for IBS. United European Gastroenterology (UEG) Scientific Meeting, Berlin, Germany, October 15, 2013.

296. Psycho-Pharmacology Therapies. UNC Functional GI Conference, How to Treat IBS Effectively: Expert Update for Health Professional, Raleigh-Durham, NC, November 2, 2013.

297. Rome Diagnostic algorithm for functional bowel disorders. UNC Functional GI Conference, How to Treat IBS Effectively: Expert Update for Health Professional, Raleigh-Durham, NC, November 2, 2013.

298. Evaluation and Medical Management of Chronic Constipation and Defecatory Disorders. Female Pelvic Medicine and Reconstructive Surgery lecture series. Los Angeles, CA, December 9, 2013.

299. Functional GI and Motility Jeopardy. UCLA GI Fellowship Curriculum lectures, Los Angeles, CA, December 20, 2013.

**2014**

300. Functional GI cases. Second Annual UCLA-Mellinkoff Gastroenterology Symposium, Beverly Hills, CA, March 8, 2014.

301. Management of functional GI disorders. UCLA Pediatric Gastroenterology Conference, Los Angeles, CA, April 18, 2014.

302. Genetic Polymorphisms and Cytokines in Irritable Bowel Syndrome. Digestive Diseases Week, Chicago, IL, May 3. 2014.

303. Functional Abdominal Pain, Clinical Challenges session, Postgraduate Course. Digestive Diseases Week, Chicago, IL, May 3. 2014.

LINZ_0173184

304. Managing Chronic Constipation and IBS with Constipation: New Evidence of Overlap, Distinctions, and Improved Treatment Strategies. Satellite Symposium, Digestive Diseases Week, Chicago, IL, May 3. 2014.

305. IBS and FODMAPs. ASGE/AGA Presidential Plenary. Digestive Diseases Week, Chicago, IL, May 4. 2014.

306. Genetics and IBS: Is there a Pattern to the Puzzle? Digestive Diseases Week, Chicago, IL, May 5. 2014.

307. Communication with the Patient in the Era of EHR. Digestive Diseases Week, Chicago, IL, May 6. 2014.

308. Irritable Bowel Syndrome. Meet the Professor luncheon. Digestive Diseases Week, Chicago, IL, May 3. 2014.

309. Understanding what causes symptoms in the intestines and rectum. Expert Update for Functional GI Disorders: A Symposium for Patients, Washington, D.C., June 22, 2014.

310. Managing your irritable bowel syndrome. Expert Update for Functional GI Disorders: A Symposium for Patients, Washington, D.C., June 22, 2014.

311. Multidimensional Disease Clinical Profile- Applications for Treatment and Research. UCLA Digestive Diseases Noon Conference. July 9, 2014.

312. What are the major updates in IBS over the past year? American Neurogastroenterology Society annual postgraduate course, Baltimore, Maryland, July 26, 2014.

313. Current and Emerging Therapeutic Strategies for IBS-C and CC: Clinical Findings. Individualized Management of IBS-C and CC in the Primary Care Setting: Practical Strategies to Improve Patient Outcomes. Peerview Institute online medical education program.

314. Working team for severity in IBS. Rome symposium, Federation of Neurogastroenterology and Motility meeting, Guangzhou, China, September 5, 2014

315. Novel therapeutic targets. Federation of Neurogastroenterology and Motility meeting, Guangzhou, China, September 6, 2014.

316. Microinflammation and immune activation in functional bowel disorders. Federation of Neurogastroenterology and Motility meeting, Guangzhou, China, September 7, 2014.

317. Patient Management Updates: Opioid Induced Constipation. GI and Liver Association of America (GALA) conference, San Francisco, CA, September 19, 2014.

318. Epidemiology of IBS. IBS conference, Cedars-Sinai Medical Center, Los Angeles, CA, September 22, 2014.

LINZ_0173185

319. A "new" source of relief? Prucalopride and Constipation (Preceptor). UCLA GI Journal Club, Los Angeles, AG, October 3, 2014.

320. Logic in using a diet without FODMAPs in IBS. 2014 Pan American Congress of Gastroenterology and Endoscopy, Buenos Aires, Argentina, October 7, 2014.

321. New treatments in FGIDs. 2014 Pan American Congress of Gastroenterology and Endoscopy, Buenos Aires, Argentina, October 7, 2014.

322. IBS-C and Chronic Constipation. GI News Tonight, Satellite symposium, 2014 American College of Gastroenterology (ACG) Annual Meeting in Philadelphia, PA, October 19, 2014.

323. Inflammatory Diarrhea. Chronic Idiopathic Diarrhea satellite symposium, 2014 American College of Gastroenterology (ACG) Annual Meeting in Philadelphia, PA, October 20, 2014.

324. Academic Practice. AGA Regional Practice Skills Workshop. Los Angeles, CA, October 24, 2014.

325. Global epidemiology of FGIDs. Postgraduate Course, Semana Nacional de Gastroenterologia meeting, Cancun, Mexico, November 15, 2014.

326. What's new in IBS pathophysiology? Postgraduate Course, Semana Nacional de Gastroenterologia meeting, Cancun, Mexico, November 16, 2014.

327. Following the evolution and prevalence of IBS. Semana Nacional de Gastroenterologia meeting, Cancun, Mexico, November 17, 2014.

328. Opioid induced constipation. Semana Nacional de Gastroenterologia meeting, Cancun, Mexico, November 18, 2014.

329. Understanding the AGA Institute IBS Treatment Guidelines. AGA Webinar, December 16, 2014.

330. GI Jeopardy: Functional GI Disorders. UCLA GI Fellowship curriculum lectures series. Los Angeles, CA, December 19, 2014.

**2015**

331. Irritable bowel syndrome and SIBO. ACG Western Regional Conference, Las Vegas, NV, January 25, 2015.

332. SCOR Project 1 study: Hypothalamic-pituitary-adrenal axis responses to hormone challenge: IBS and sex differences. Center for Neurobiology of Stress SCOR research meeting. Los Angeles, CA, January 28, 2015.

333. Case Conference, Functional GI Disorders. UCLA GI Noon Conference, Los Angeles, CA, February 25, 2015.

334. Chronic constipation and fecal incontinence: diagnosis and management. Third annual Mellinkoff GI conference, Beverly Hills, March 13, 2015.

LINZ_0173186

335. Emerging strategies to identify disease-specific biomarkers in the Omics era: The role of ethnicity and gender. ANMS Advisory Committee Meeting, Dallas, TX, March 21, 2015.

336. Patient Management Updates: Chronic Constipation. GALA Conference, Dallas, TX, April 10, 2015.

337. Functional Bowel Disorders. UCLA GI Fellowship Monday morning VA lectures, Los Angeles, CA, April 12, 2015.

338. Evaluation and Management of Constipation. Division of Pelvic Medicine and Reconstructive Surgery Lecture Series, Los Angeles, CA, April 27, 2015.

339. ACG GI Circle and Rome Foundation Webinar: "A Multi-Dimensional Approach to Treating Functional Gastrointestinal Disorders II, May 7, 2015.

340. The Problem of Abdominal Pain: How to Work Up, Evidence on Effective Treatments. Digestive Diseases Week Postgraduate Course, Washington, D.C., May 16, 2015.

341. Managing the Complicated IBS Patient. Clinical Challenge Session, Digestive Diseases Week Postgraduate Course, Washington, D.C., May 16, 2015.

342. Enhanced stimulated stress hormone response in irritable bowel syndrome (IBS) is associated with downregulation of glucocorticoid receptor expression. Research Forum, Digestive Diseases Week meeting, Washington, D. C., May 18, 2015.

343. Current insights on the causes and treatment of IBS. University of Alabama visiting lectureship in GI. Birmingham, AL, June 1, 2015.

344. Rome Multidisciplinary Clinical Profiles (MDCP) of FGID Patients. Department of Pediatrics GI Conference, Los Angeles, CA, June 12, 2015.

345. Novel Insights into the Pathogenesis of IBS (Diet/Gluten/Celiac/Microbiome). Joint Congress in Neurogastroenterology at Northwestern Medicine, Chicago, IL, August 27, 2015.

346. Clinical Cases: Globus, Dysphagia, Irritable Bowel Syndrome, Constipation. Joint Congress in Neurogastroenterology at Northwestern Medicine, Chicago, IL, August 27, 2015.

347. Bloating and Abdominal Distension: Diagnosis and Management. ANMS Clinical Course, Chicago, IL, August 28, 2015.

348. Role of Stress and Early Adverse Life Events in IBS. AGA James W. Freston Single Topic Conference, Chicago, IL, August 30, 2015.

349. Managing IBS: Integrating an Evidence Based and Practical Approach. 41st Annual Topics in Gastroenterology and Hepato-Biliary Update Conference, Baltimore, MD, September 10, 2015.

LINZ_0173187

350. Chronic constipation, rectal and vaginal prolapse case presentation. UCLA GI noon conference, Los Angeles, CA, September 23, 2015.

351. Myths and Realities about Feeling Good: What We Should Know. Wisdom from Within conference, Division of Digestive Diseases, David Geffen School of Medicine, Los Angeles CA, September 30, 2015.

352. Current insights in the causes, diagnosis and treatment of IBS. UCLA GI Fellowship Core Curriculum, Los Angeles, CA, October 30, 2015.

353. Functional GI and Motility Disorders Jeopardy, UCLA Gastroenterology Fellowship Core Curriculum, Los Angeles, CA, December 18, 2015.

**2016**

354. Current insights in the diagnosis, causes, and treatment of IBS. Department of Medicine Grand Rounds, Tulane University, New Orleans, LA, January 6, 2016.

355. Functional GI case conference: Abdominal bloating and distension. UCLA GI noon conference, Los Angeles, CA, February 24, 2016.

356. Role of Stress and Early Adverse Life Events in IBS. Academic Day for Center for East West Medicine, UCLA, Los Angeles, CA, March 3, 2016.

357. Celiac disease and IBS: What is the overlap? 7th Expert Strategies in Endoscopy, Gastrointestinal and Liver Diseases, Kansas City, MO, March 12, 2016.

358. Functional Diarrhea and Functional Constipation. 7th Expert Strategies in Endoscopy, Gastrointestinal and Liver Diseases, Kansas City, MO, March 12, 2016.

359. Emerging IBS Treatments. 4th Annual UCLA-Mellinkoff Gastroenterology and Hepatology Symposium, Beverly Hills, CA, March 13, 2016.

360. Chronic constipation. UCLA GI Fellowship Monday am VA lecture series, Los Angeles, CA, March 28, 2016.

361. Integrating Scientific Evidence and a Practical Approach in the Management of Irritable Bowel Syndrome. Department of Medicine Grand Rounds, New York University (NYU) Langone Medical Center, NY, April 6, 2016.

362. Diagnosis and Management of IBS. Lecture Series, Division of Pelvic Floor and Reconstructive Surgery, Department of Urology, April 25, 2016.

363. The role of brain-gut interactions in chronic pain and stress in IBS. GI Fellow Grand Rounds, University of Michigan, Ann Arbor, MI, May 10, 2016.

364. Mechanisms and management of bloating in IBS. MBCP Grand Rounds, University of Michigan, Ann Arbor, MI, May 10, 2016.

LINZ_0173188

365. Motility Matters: An Interactive Forum to Debate What Progress the Field Has Made. IBS, constipation and fecal incontinence. Digestive Diseases Week, San Diego, CA, May 23, 2016.

366. Patient management update: chronic constipation and opioid induced constipation. GALA conference, Cleveland, OH, June 3, 2016.

367. Functional GI Disorders. GALA conference, Cleveland, OH, June 3, 2016.

368. Classification of Rome IV functional GI disorders and management. VA Monday morning lecture, UCLA GI Fellowship Program, Los Angeles, CA, June 13, 2016.

369. Biologic phenotypic of functional bowel disorders. NIDDK Functional Bowel Disorders workshop, Bethesda, Maryland, June 23, 2016.

370. Multidisciplinary Clinical Profiles (MDCP): Individualized Patient Care Approach for Functional Upper GI Disorders. UCLA Division of Digestive Diseases Noon Conference, Los Angeles, CA, August 10, 2016.

371. Update in Pathophysiology, Diagnosis and Treatment of IBS. GI conference, Rady's Children's Hospital San Diego, UC San Diego, August 11, 2016.

372. Role of stress and early adverse life events in IBS. Pediatric Grand Rounds, Rady's Children's Hospital San Diego, UC San Diego, August 12, 2016.

373. From Rome III to Rome IV…what's new about IBS?  IBS in 2016: present and future challanges …redefining history? GI Conference, San Francisco, CA, August 24, 2016.

374. Celiac and IBS: What is the overlap?  IBS in 2016: present and future challanges …redefining history? GI Conference, San Francisco, CA, August 24, 2016.

375. Rome IV Multidimensional Clinical Profile (MDCP): Augmenting Rome Criteria to Optimize Patient-Centered Treatment. Federation of Neurogastroenterology and Motility (FNM) scientific meeting, San Francisco, CA, August 25, 2016.

376. Genomic Biomarkers in IBS: Diagnosis. Federation of Neurogastroenterology and Motility (FNM) scientific meeting, San Francisco, CA, August 26, 2016.

377. New and Emerging Therapies for Managing Visceral Hyperalgesia. Federation of Neurogastroenterology and Motility (FNM) scientific meeting satellite symposium, San Francisco, CA, August 26, 2016.

378. Integrating Scientific Evidence and a Practical Approach in the Management of Irritable Bowel Syndrome. Wade Volwiler GI visiting professor lecture at Department of Medicine Grand Rounds, University of Washington, Seattle, WA, September 1, 2016.

379. Current and Emerging Treatments for Irritable Bowel Syndrome and Bloating. Pacific Northwest Gastroenterology Society, Seattle, WA, September 1, 2016.

LINZ_0173189

380. The role of stress and resilience in IBS. Frontiers in Gastroenterology and Hepatology, Seattle, WA, September 2, 2016.

381. Diagnosis and management of irritable bowel syndrome. ACG Edgar Achkar Professorship, Rush University Medical Center, Chicago, IL, September 9, 2016.

382. Extraintestinal symptoms in IBS. 24th United European Gastroenterology Week, Austria, Vienna, October 17, 2016.

383. State-of-the-art in IBS: from single to multi-symptom therapy, Discover the truth about IBS: rethinking current opinions in gastroenterology satellite symposium. 24th United European Gastroenterology Week, Austria, Vienna, October 17, 2016.

384. A positive diagnostic strategy is preferred in IBS. 24th United European Gastroenterology (UEG) Week, Austria, Vienna, October 18, 2016.

385. Optimizing the Patient-Provider relationship using Effective Communication Techniques. 24th United European Gastroenterology Week, Austria, Vienna, October 18, 2016.

386. Chronic constipation. UCLA GI Fellowship VA clinic lecture series, Los Angeles, CA, October 31, 2016.

387. Highlights in Rome IV Criteria and Recommendations from Rome Experts. 15th PUMCH Symposium of Functional Gastrointestinal Disorders (FGIDs) and Psychological Disorders, Beijing, China, November 5, 2016.

388. Understanding Brain-Gut Interaction Disorders: Visceral Pain. 15th PUMCH Symposium of Functional Gastrointestinal Disorders (FGIDs) and Psychological Disorders, Beijing, China, November 5, 2016.

389. The Inspirations from Rome. PUMCH Research Workshop on Functional Gastrointestinal Disorders (FGIDs) Scientific Program, Beijing, China, November 6, 2016.

390. Design, Methodology and Reports. PUMCH Research Workshop on Functional Gastrointestinal Disorders (FGIDs) Scientific Program, Beijing, China, November 5, 2016.

391. Irritable bowel syndrome. UCLA GI Fellowship VA clinic lecture series, Los Angeles, CA, November 14, 2016.

392. Functional Gastroduodenal Disorders. The Rome Foundation Symposium: Launch of Rome IV. Association of Mexican Gastroenterology Conference, Mexican Digestive Diseases Week, Mazatlan, November 21, 2016.

393. Lower Gastrointestinal Functional Bowel Disorders. The Rome Foundation Symposium: Launch of Rome IV. Association of Mexican Gastroenterology, Mexican Digestive Diseases Week, Mazatlan, November 21, 2016.

394. Emerging Pharmacological Therapies for Irritable Bowel Syndrome, Keynote Conference, Association of Mexican Gastroenterology Conference, Mexican Digestive Diseases Week Mazatlan, November 22, 2016.

395. Myths and realities…do we move forward? Association of Mexican Gastroenterology Conference, Mexican Digestive Diseases Week Mazatlan, November 22, 2016.

396. Integrating Scientific Evidence and a Practical Approach in the Management of Irritable Bowel Syndrome. City Wide GI Lecture, Toronto, Canada, November 30, 2016.

**2017**

397. Celiac Disease and IBS: What is the overlap? GI Fellowship Program Core Curriculum lecture, Division of Digestive Diseases, UCLA, Los Angeles, CA, February 17, 2017.

398. Integrating Scientific Evidence and a Practical Approach in the Management of Irritable Bowel Syndrome. 48th Annual Samuel D. Kushlan Visiting Professor, Yale University, New Haven, CT, March 1, 2017.

399. Current and Emerging Treatments for IBS, Chronic Abdominal Pain and Bloating. Department of Medicine Grand Rounds, Samuel D. Kushlan Visiting Professor, Yale University, New Haven, CT, March 2, 2017.

400. What's New with Rome IV for Functional GI Disorders? 5th Annual UCLA-Mellinkoff Gastroenterology and Hepatology Symposium, Beverly Hills, CA, March 10, 2017.

401. Chronic Bloating. ACG Western Regional Postgraduate Course and Hepatology School, Las Vegas, NV, March 11, 2017.

402. Disease Management of Challenging Functional GI Cases. UCLA GI noon conference, Los Angeles, CA, March 15, 2017.

403. CURE lecture: Role of Stress in IBS: Biologic Mechanisms and Clinical Implications. Annual CURE Digestive Disease Research Center Meeting, Los Angeles, CA, March 17, 2017.

404. Stress, early life adversity and sex differences in IBS. Rome visiting professorship, Centre of Neuroscience conference, Flinders University, Adelaide, Australia, March 29, 2017.

405. Multidisciplinary Clinical Profiles (MDCP): Individualized Patient Care Approach for Functional GI Disorders. Rome visiting professorship, IBS workshop, Flinders University, Adelaide, Australia, March 29, 2017.

406. Mechanisms and management of abdominal bloating. Australasian NeuroGastroenterology & Motility Association (ANMGA)- 2017 Conference, Melbourne, Australia, April 1, 2017.

407. Role of brain-gut interactions and stress in IBS. Keynote lecture, Australasian NeuroGastroenterology & Motility Association Inc (ANMGA)- 2017 Conference, Melbourne, Australia, April 2, 2017.

408. Irritable bowel syndrome. AGA Postgraduate Course: The Full Scope of GI Advances, General Session, Chicago, Illinois, May 7, 2017.

LINZ_0173191

409. 42 Y/O Media Consultant with Severe IBS. AGA Postgraduate Course, Case-based Session, Chicago, Illinois, May 7, 2017.

410. Planning for An Academic Career During Fellowship, Digestive Diseases Week meeting, May 8, 2017.

411. Irritable Bowel Syndrome - Looking Through the Crystal Glass. Meet-the-Professor luncheon, Digestive Diseases Week meeting, May 9, 2017.

412. IBS: Meeting the Clinical Challenge. Pri-Med West Annual Conference & Exhibition, Anaheim, CA, May 11, 2017.

413. Pathophysiology, Diagnosis and Treatment of IBS. Oregon Health Sciences University GI Research Conference, Portland, OR, June 9, 2017.

414. State-of-the-Art Lecture: Functional Bowel Disorders. Post-DDW Conference 2017, Oregon Health Sciences University, Portland, OR, June 10, 2017.

415. Role of Stress in IBS: Clinical and Biologic Implications. 2017 International Forum of Gastrointestinal Disorders, Wuhan Union Hospital, Wuhan, China, June 23, 2017.

416. What's New in Rome IV? 2017 International Forum of Gastrointestinal Disorders, Wuhan Union Hospital, Wuhan, China, June 24, 2017.

417. Case presentations. Non-medical treatment options for functional disease and live videostream #3. 12th Postgraduate Course on Gastrointestinal Motility & Neurogastroenterology in Clinical Practice, August 4-6, 2017, New York, New York.

418. Treatment of IBS. Metro Health 4th Annual GI Symposium. Cleveland, Ohio, August 18, 2017.

419. Making the Diagnosis of IBS. How to Conquer the Awkward Constipation and Diarrhea Conversations Symposium. American Academy of Family Practitioners meeting, San Antonio, TX, September 13, 2017.

420. Chronic constipation. VA GI fellow lecture series, Los Angeles, CA, October 2, 2017.

421. Optimizing the Diagnosis of IBS: Future Directions. 25th United European Gastroenterology (UEG) Week, Barcelona, Spain, October 31, 2017.

422. Emerging Therapies for IBS. 25th United European Gastroenterology (UEG) Week, Barcelona, Spain, November 1, 2017.

423. GI Case Conference: Functional Dyspepsia and IBS with Constipation. UCLA Division of Digestive Diseases Case Conference, Los Angeles, November 9, 2017.

424. Role of Stress and Resilience in IBS: Clinical Implications and Biologic Mechanisms. Charles F. Code Lecturer, Mayo Clinic, Rochester, MN, November 15, 2017.

425. Academics, panel discussion. AGA Practice Skills Workshop- California. Los Angeles, CA, December 9, 2017.

426. Irritable Bowel Syndrome. VA GI fellow lecture series, Los Angeles, CA, December 11, 2017.

**2018**

427. Irritable Bowel Syndrome and Functional Constipation. Rome Foundation webcast for Acino, New York, NY, January 19, 2018.

428. Case based presentations on IBS-D, IBS-C, Functional Constipation, Functional Defecation Disorder. Rome Foundation webcast for Acino, New York, NY, January 19, 2018.

429. Pharmacotherapy of Functional Dyspepsia. 6th Annual UCLA-Mellinkoff Gastroenterology and Hepatology Symposium, Beverly Hills, CA, March 9, 2018.

430. Pharmacotherapy of Chronic Constipation. 6th Annual UCLA-Mellinkoff Gastroenterology and Hepatology Symposium, Beverly Hills, CA, March 9, 2018.

431. Neurobiology of Stress and IBS. American College of Gastroenterology Regional Course, New Orleans, LA, March 10, 2018.

432. Evaluation and management of constipation. Division of Pelvic Medicine and Reconstructive Surgery Lecture Series, Department of Urology, UCLA, Los Angeles, CA, March 26, 2018.

433. Effect of sex on HPA axis response and peripheral glucocorticoid receptor in IBS. 7th Annual Postgraduate Course in Neurogastroenterology and Motility (APNM) and 29th Annual Conference of the Korean Society of Neurogastroenterology and Motility, Seoul, South Korea, April 7, 2018.

434. State-of-the-Art in IBS. Allergan Medical Institute - Canada Expert Meeting in Gastroenterology, Toronto, Canada, April 27-28, 2018.

435. IBS Treatment: Expanding the Evidence. Allergan Medical Institute - Canada Expert Meeting in Gastroenterology, Toronto, Canada, April 27-28, 2018.

436. Why is Gender so Important in IBS? IBS Days Conference, Bologna, Italy, May 18, 2018.

437. Functional GI Disorders: Diagnosis and Management of IBS and Chronic Constipation. UCLA GI Fellowship curriculum lectures series. Los Angeles, CA, May 25, 2018.

438. Taking the Pain out of Managing Functional GI Patients. How to Manage Difficult Gastroenterology Consultations symposium, Digestive Diseases Week, Washington, D.C., June 2, 2018.

439. Colorectal session: Chronic abdominal pain, Bloating and constipation cases. Motility Matters symposium, Digestive Diseases Week, Washington, D.C., June 4, 2018.

LINZ_0173193

440. Diagnosing IBS and other Functional Bowel Disorders. Chronic Diarrhea and IBS: Current Knowledge and Update on Management Strategies symposium, Digestive Diseases Week, Washington, D.C., June 5, 2018.

441. Controversies in IBS. Southern California Society of Gastroenterology Post-DDW Symposium, Laguna Niguel, CA, June 24, 2018.

442. Managing Functional GI Disorders when the Biomarkers are Normal. American Neurogastroenterology and Motility Society (ANMS) Clinical Course, Milwaukee, Wisconsin, July 28, 2018.

443. Systems Approach in IBS. Federation of Neurogastroenterology and Motility meeting, Amsterdam, Netherlands, August 31, 2018.

444. Pharmacologic Treatment of IBS. Functional Disorders session, ACG Postgraduate Course, Philadelphia, PA, October 6, 2018.

445. Management of Rumination, Cyclic Vomiting, and Cannabis Hyperemesis. Learning Luncheon. ACG Postgraduate Course, Philadelphia, PA, October 6, 2018.

446. Irritable bowel syndrome: Pathophysiology. Diagnosing and Treating Functional GI Disorders in the Primary Care Setting, Rome Foundation Symposium on Functional GI Disorders, Santa Fe, NM, October 13-14, 2018.

447. Chronic constipation: Subtypes and Pathophysiology. Diagnosing and Treating Functional GI Disorders in the Primary Care Setting, Rome Foundation Symposium on Functional GI Disorders, Santa Fe, NM, October 13-14, 2018.

448. Diagnostic Algorithm and MDCP Concept, Case Examples and Rome IV Interactive Clinical Decision Toolkit. Diagnosing and Treating Functional GI Disorders in the Primary Care Setting, Rome Foundation Symposium on Functional GI Disorders, Santa Fe, NM, October 13-14, 2018.

449. Therapy update in functional gastrointestinal disorders: Constipation. United European Gastroenterology (UEG) week meeting, Vienna, Austria, October 20, 2018.

450. IBS: What's new in IBS?: Biomarkers. United European Gastroenterology (UEG) week meeting, Vienna, Austria, October 25, 2018.

451. A Multidisciplinary approach to managing functional GI disorders. UCLA GI noon conference, Los Angeles, CA, November 8, 2018.

452. Management of IBS. UCLA GI Fellowship Monday morning VA lectures, Los Angeles, CA, November 19, 2018.

453. Chronic constipation. UCLA GI Fellowship Monday morning VA lectures, Los Angeles, CA, November 26, 2018.

LINZ_0173194

454. Chronic constipation and pelvic floor dysfunction. 2018 ACG's Hepatology School & Southern Regional Postgraduate Course. Nashville, TN, December 2, 2018.

**2019**

455. Irritable bowel syndrome: Pathophysiology. Diagnosing and Treating Functional GI Disorders in the Primary Care Setting, Rome Foundation Symposium on Functional GI Disorders, New York, NY, January 20-21, 2019.

456. Irritable bowel syndrome: Treatment Approaches. Diagnosing and Treating Functional GI Disorders in the Primary Care Setting, Rome Foundation Symposium on Functional GI Disorders, New York, NY, January 20-21, 2019.

457. Chronic constipation: Subtypes and Pathophysiology. Diagnosing and Treating Functional GI Disorders in the Primary Care Setting, Rome Foundation Symposium on Functional GI Disorders, New York, NY, January 20-21, 2019.

458. Diagnostic Algorithm and MDCP Concept, Case Examples and Rome IV Interactive Clinical Decision Toolkit. Diagnosing and Treating Functional GI Disorders in the Primary Care Setting, Rome Foundation Symposium on Functional GI Disorders, New York, NY, January 20-21, 2019.

459. Cyclic Vomiting Syndrome and Cannabis Hyperemesis Syndrome. UCLA GI Fellowship curriculum lectures series. Los Angeles, CA, January 11, 2019.

460. Rome Guidelines: Lessons Learned. Making Sense of Care Guidelines session, Crohn's & Colitis Congress, Las Vegas, NV, February 7, 2019.

461. Irritable bowel syndrome: Pathophysiology. Diagnosing and Treating Functional GI Disorders in the Primary Care Setting, Rome Foundation Symposium on Functional GI Disorders, San Antonio, TX, February 9-10, 2019.

462. Chronic constipation: Subtypes and Pathophysiology. Diagnosing and Treating Functional GI Disorders in the Primary Care Setting, Rome Foundation Symposium on Functional GI Disorders, San Antonio, TX, February 9-10, 2019.

463. Diagnostic Algorithm and MDCP Concept, Case Examples and Rome IV Interactive Clinical Decision Toolkit. Diagnosing and Treating Functional GI Disorders in the Primary Care Setting, Rome Foundation Symposium on Functional GI Disorders, San Antonio, TX, February 9-10, 2019.

464. Pharmacotherapy for IBS: What Do We Have and What's New? IBS with Constipation. 7th Annual UCLA-Mellinkoff Gastroenterology and Hepatology Symposium, Beverly Hills, CA, March 1, 2018

465. Pharmacotherapy for IBS: What Do We Have and What's New? IBS with Diarrhea. 7th Annual UCLA-Mellinkoff Gastroenterology and Hepatology Symposium, Beverly Hills, CA, March 1, 2018.

LINZ_0173195

466. Diagnosis and Treatment of Irritable Bowel Syndrome. 2018 David Y. Graham & Jim T. Schwartz Distinguished Lectureship Award, Grand Rounds, Baylor College of Medicine, Houston, TX, March 7, 2019.

467. Role of Brain-Gut Interactions in IBS. DDC GI Research Forum, Baylor College of Medicine, Houston, TX, March 7, 2019.

468. Role of Stress and Resilience in IBS: Clinical Implications and Biologic Mechanisms. Arthur Atkinson Memorial Lectureship, Northwestern University Medical Grand Rounds, Chicago, IL, March 19, 2019.

469. The Neurobiology of Stress and IBS. 2019 Radhika Srinivasan Grand Rounds Memorial Lecture and Professorship, Philadelphia, PA, March 27, 2019.

470. Irritable bowel syndrome. Internal medicine residency lecture series, Department of Medicine, UCLA, Los Angeles, CA, April 3, 2019.

471. So, You want to be a PD. 2019 GI Training Directors' Workshop, Ft. Lauderdale, FL, April 13-14, 2019.

472. Mentoring the Research-Minded Fellow. 2019 GI Training Directors' Workshop, Ft. Lauderdale, FL, April 13-14, 2019.

473. Career Development for the PD. 2019 GI Training Directors' Workshop, Ft. Lauderdale, FL, April 13-14, 2019.

474. Treatment of IBS. UCLA Pediatric GI Fellowship Lecture. Los Angeles, CA, April 26, 2019.

475. Diagnosis Confirmed: Pharmacologic and Nonpharmacologic Options for IBS-D. Let's Talk About IBS: Cases From the Clinic, CME session, 2019 ACOG Annual meeting, Nashville, TN, May 5, 2019.

476. Early Life Events from Bench to Bedside: Evidence and Future Directions. Early Life Events on Pediatric Functional Bowel Disorders: What Is Their Relevance? Session, Digestive Diseases Week, San Diego, CA, May 18, 2019.

477. Irritable bowel syndrome: Art and Spice. AGA Postgraduate Course, San Diego, CA, May 19, 2019.

478. Medical and Psychological Comorbidities Influencing Therapeutic Choices. Making Treatment Choices for Functional GI Disorders. AGA-Rome Foundation lectureship, Digestive Diseases Week, San Diego, May 20, 2019.

479. Career Development: My 10 Rules for Success. UCLA GI Fellowship Core Curriculum Lecture, Los Angeles, CA, June 7, 2019.

480. Controversies in Functional GI and Motility. 2019 Southern California Society of Gastroenterology (SCSG), Laguna Niguel, CA, June 22, 2019.

LINZ_0173196

481. Women in GI (panel member), Gastroenterology and Liver Society (GALS) event, 2019 Southern California Society of Gastroenterology (SCSG), Laguna Niguel, CA, June 22, 2019.

482. Women in NGM survey results and panel member, 2019 American Neurogastroenterology and Motility Society Annual Meeting, August 16, 2019, Chicago, IL.

483. The effects of early-life stress on the development of FGIDs. Neurodevelopmental programming of the GI tract session, American Neurogastroenterology and Motility Society Annual Meeting, August 17, 2019, Chicago, IL.

484. What Does and What Does Not Cause IBS? ACG's Functional GI Disorders School, September 6, 2019, Williamsburg, VA.

485. The Chronically Constipated Patient: Avoiding Another Shutdown. ACG's Functional GI Disorders School, September 6, 2019, Williamsburg, VA.

486. GI Case Conference: Management of FGID with Comorbidities. UCLA Division of Digestive Diseases Case Conference, Los Angeles, October 24, 2019.

## MEDIA:

A.   **TV interviews:** The View (IBS), The Doctors (Constipation; 9/25/09), Good Day LA (Gut health during the holidays, IBS, constipation; 12/19/18)
B.   **Radio interviews:** "Embodied" program, State of Things on WUNC, North Carolina Public Radio (8/22/19)
C.   **Magazine articles:** Health magazine, Vogue, Men's Health, Dr. Oz Magazine, Reader's Digest, Healthy Living Made Simple, Self, Cosmopolitan, Women's Health Today, Vivmag, Good Housekeeping, Ladies' Home Journal
D.   **News articles:** Wall Street Journal, Healio IBS, NIH News in Health, The New Gastroenterologist, WebMD, LIfescript, everdayhealth.com, Healio Linaclotide

## PUBLICATIONS:

## A.   RESEARCH PAPERS – PEER REVIEWED

**1990-1995**

1.   Boyar A, Nussmeier M, **Chang L**, Beall G. Eosinophilia as a presentation in metastatic gastric carcinoma. **Immunol All Pract** 12: 17-20, 1990.

2.   de Virgilio C, Klein S, **Chang L**, Klassen M, Bongard F. Clostridial bacteremia: Implications for the surgeon. **Am Surg** 57: 388-393, 1991.

3.   de Virgilio C, Verbin C, **Chang L**, Lindor S, Stabile B, Klein S. Gallstone pancreatitis: The role of preoperative ERCP. **Arch Surg** 129: 909-913, 1994.

**1996-1999**

LINZ_0173197

4.   Arnell T, de Virgilio C, **Chang L**, Bongard F, Stabile BE. Admission factors can predict the need for ICU monitoring in gallstone pancreatitis. **Am Surg** 62: 815-819, 1996.

5.   Munakata J, Naliboff B, Harraf F, Kodner A, Lembo T, **Chang L**, Silverman DHS, Mayer EA. Repetitive sigmoid stimulation induces rectal hyperalgesia in patients with irritable bowel syndrome. **Gastroenterology** 112: 55-63, 1997.

6.   Toosie K, **Chang L**, Renslo R, Arnell T, Bongard F, Stabile BE, de Virgilio C. Early computed tomography is rarely necessary in gallstone pancreatitis. **Am Surg** 10: 904-907, 1997.

7.   **Chang L**, de Virgilio C, Lo SK, Lewis R, Stabile BE. Gallstone pancreatitis: A prospective study on the incidence of cholangitis and clinical predictors of retained common bile duct stones. **Am J Gastroenterol** 93: 527-531, 1998.

8.   Schmulson M, Lee O, **Chang L**, Naliboff B, Mayer EA. Symptom differences in moderate to severe IBS patients based on predominant bowel habit. **Am J Gastroenterol** 94:2929-2935 1999.

9.   Lee OY, FitzGerald LZ, Naliboff B, Liu C, Schmulson M, Fullerton S, Mayer EA, **Chang L**. Impact of advertisement and clinic populations in symptoms and perception of irritable bowel syndrome. **Aliment Pharmacol Ther** 13:1631-1638, 1999.


**2000**

10.  **Chang L**, Lo SK, Lewis R, Stabile BE, de Virgilio C. Gallstone pancreatitis: a prospective randomized trial of preoperative vs. postoperative ERCP. **Ann Surg** 231:82-87, 2000.

11.  Meek K, Toosie K, Stabile BE, Elbassir M, Murrell Z, Lewis RJ, **Chang L**, de Virgilio C. Simplified admission criterion for predicting severe complications of gallstone pancreatitis. **Arch Surg** 135:1048-54, 2000.

12.  **Chang L**, Mayer EA, FitzGerald L, Stains J, Naliboff B. Differences in somatic perception in patients with irritable bowel syndrome with and without fibromyalgia. **Pain** 84:297-307, 2000.

13.  Schmulson M, **Chang L**, Naliboff B, Lee O, Mayer EA. Correlation of symptom criteria with perception thresholds during rectosigmoid distension in irritable bowel syndrome. **Am J Gastroenterol** 95:152-156, 2000.

14.  **Chang L**, Munakata J, Mayer EA, Schmulson MJ, Johnson TD, Bernstein CN, Saba L, Naliboff B, Anton PA, Matin K. Perceptual responses in patients with inflammatory and functional bowel disease. **Gut** 47:497-505, 2000. PMCID: PMC1728092

15.  Berman S, Munakata J, Naliboff B, **Chang L**, Mandelkern MA, Silverman D, Kovalik E, Mayer EA. Gender differences in regional brain response to visceral pressure in IBS patients. **Eur J Pain** 4:157-172, 2000.

**2001**

16.    Naliboff B, Derbyshire SWG, Munakata J, Berman S, Mandelkern M, **Chang L**, Mayer EA. Cerebral activation in irritable bowel syndrome patients and control subjects during rectosigmoid stimulation. **Psychosom Med** 63(3):365-75, 2001.

17.    Lee OY, Mayer EA, Schmulson M, **Chang L**, Naliboff B. Gender related differences in irritable bowel syndrome symptoms. **Am J Gastroenterol** 96:2184-2193, 2001.

18.    Heitkemper M, Olden K, Gordon S, Carter E, **Chang L**. Irritable bowel syndrome: a survey of nurses' knowledge. **Gastroenterol Nurs** 24:281-287, 2001.

19.    **Chang L**, Lee OY, Naliboff B, Schmulson M, Mayer EA. Bloating and abdominal distension symptoms in patients with irritable bowel syndrome. **Am J Gastroenterol** 96:3341-3347, 2001.

**2002**

20.    Mayer EA, Derbyshire SWG, **Chang L**, Fitzgerald L, Berman S, Mandelkern M, Hamm L, Vogt B and Naliboff BD. The Effect of the 5-HT$_3$ Receptor Antagonist Alosetron on brain responses to visceral stimulation in IBS patients. **Aliment Pharmacol Ther** 16(7):1357-1366, 2002.

21.    Heitkemper M, Elta G, Carter EG, Ameen V, Olden KW, **Chang L.** Women with Irritable Bowel Syndrome: Differences in Patients' and Physicians' Perceptions. **Gastroenterol Nurs** 25:192-200, 2002.

22.    Berman S, **Chang L**, Suyenobu B, Derbyshire SWG, FitzGerald L, Mandelkern M, Hamm L, Vogt B, Naliboff BD, Mayer EA. Condition specific deactivation of brain regions by 5HT$_3$ antagonist alosetron. **Gastroenterology** 123:969-977, 2002.

23.    Berman SM, Naliboff BD, **Chang L**, FitzGerald L, Antolin T, Camplone A, Mayer EA. Enhanced preattentive CNS reactivity in irritable bowel syndrome. **Am J Gastroenterol** 97:2791-2797, 2002.

24.    Chey WD, Drossman D, Olden KW, Carter EG, Boyle J, **Chang L.** Do the Rome I and Rome II criteria identify the same IBS patients? Data from the Landmark Study. **Am J Gastroenterol** 97:2803-2811, 2002.

25.    Sach J, Bolus R, Fitzgerald L, Naliboff BD, **Chang L,** Mayer EA. Is there a difference between abdominal pain and discomfort in moderate to severe IBS patients? **Am J Gastroenterol** 97:3131-3138, 2002.

**2003**

26.    Dickhaus B, Mayer EA, Firooz N, Stains J, Conde F, Olivas TI, Fass R, **Chang L**, Mayer M, Naliboff BD. Effect of auditory stress on perceptual and emotional ratings of visceral stimuli in IBS patients. **Am J Gastroenterol** 98(1):135-43, 2003.

27.     Naliboff BD, Berman S, **Chang L**, Derbyshire SWG, Suyenobu B, Vogt BA, Mandelkern MA, Mayer EA. Sex-related differences in IBS patients: central processing of visceral stimuli. **Gastroenterology** 124:1738-1747, 2003.

28.     **Chang, L**, Berman S, Mayer EA, Suyenobu B, Derbyshire SWG, Naliboff BD Vogt B, FitzGerald LZ, Mandelkern MA. Brain responses to acute visceral and somatic stimuli in patients with irritable bowel syndrome and fibromyalgia. **Am J Gastroenterol** 98:1354-1361, 2003.

29.     Hazlett-Stevens H, Craske MG, Mayer EA, **Chang L**, Naliboff BD. Prevalence of irritable bowel syndrome among university students: the roles of worry, neuroticism, anxiety sensitivity and visceral anxiety. **J Psychosom Res** 55(6): 501-505, 2003.

**2004**

30.     Schwetz I, Naliboff B, Munakata J, Lembo T, **Chang L**, Matin K, Ohning G, Mayer EA. Anti-hyperalgesic effect of octreotide in patients with irritable bowel syndrome. **Aliment Pharmacol Ther** 9(1):123-31, 2004.

31.     Naliboff BD, Mayer M, Fass R, FitzGerald LZ, **Chang L**, Bolus R, Mayer EA. The effect of life stress on symptoms of heartburn. **Psychosom Med** 66(3):426-34, 2004.

32.     Labus JS, Bolus R, **Chang L**, Wiklund I, Naesdal J, Mayer EA, Naliboff BD. The visceral sensitivity index: development and validation of a gastrointestinal symptom-specific anxiety scale. **Aliment Pharmacol Ther** 20:89-97, 2004.

33.     Spiegel BMR, Gralnek IM, Bolus R, **Chang L**, Dulai GS, Mayer EA, Naliboff B. Clinical determinants of health-related quality of life in irritable bowel syndrome. **Arch Intern Med** 164:1773-1780, 2004.

34.     Gralnek IM, Hays RD, Kilbourne, AM, **Chang L**, Mayer EA. Racial differences in the impact of irritable bowel syndrome on health-related quality of life. **J Clin Gastro** 38(9):782-9, 2004.

**2005**

35.     **Chang L**, Ameen VZ, Dukes G, McSorley DJ, Mayer EA. A dose-ranging, phase II study of the efficacy and safety of alosetron hydrochloride (Lotronex®) in men with diarrhea-predominant IBS. **Am J Gastroenterol** 100:115-123, 2005.

36.     Tillisch K, Labus J, Naliboff BD, Bolus R, Shetzline M, Mayer EA, **Chang L**. Characterization of the alternating bowel habit subtype in patients with irritable bowel syndrome. **Am J Gastroenterol** 100(4):896-904, 2005.

37.     Longstreth GF, Bolus R, Naliboff B, **Chang L**, Kulich KR, Carlsson J, Mayer EA, Naesdal J, Wiklund IK. Impact of irritable bowel syndrome on patients´ lives: Development and psychometric documentation of a disease-specific measure for use in clinical trials. **Eur J Gastroenterol Hepatol** 17(4):411-420, 2005.

LINZ_0173200

38. Hungin P, **Chang L,** Locke R, Dennis E, Barghout V. Prevalence, symptoms and impact of IBS in the USA: a descriptive study. **Aliment Pharmacol Ther** 21:1365-1375, 2005.

39. Mayer EA, Berman S, Suyenobu B, Labus J, Mandelkern MA, Naliboff B, **Chang L.** Brain responses to visceral pain between male patients with irritable bowel syndrome and ulcerative colitis. **Pain** 115(3):398-409, 2005.

40. Dunckley P, Wise R, Painter D, Brooks J, Tracey I, Aziz Q, **Chang L.** Cortical processing of visceral and somatic stimulation - differentiating pain intensity from unpleasantness. **Neurosci** 133(2):533-42, 2005.

41. Tillisch K, Mayer EA, Labus JS, Stains J, **Chang L,** Naliboff BD. Gender-specific alterations in autonomic function among patients with irritable bowel syndrome. **Gut** 54(10):1396-1401, 2005.

42. Tan S, Tillisch K, Bolus R, Olivas TI, Spiegel B, Naliboff BD, **Chang L,** Mayer EA. Subgrouping of irritable bowel syndrome patients using Traditional Chinese Medicine symptom classification - A pilot study. **Am J Chin Med** 33(3):365-79, 2005.

43. Dunckley P, Wise RG, Fairhurst M, Hobden P, Aziz Q, **Chang L,** Tracey I. A comparison of visceral and somatic pain processing in the human brainstem using fMRI. **J Neurosci** 25(32):7333-41, 2005.

44. Tack J, Müller-Lissner S, Bytzer P, Corinaldesi R, **Chang L,** Viegas A, Dunger-Baldauf C, Rueeg P. A randomised controlled trial assessing the efficacy and safety of repeated tegaserod therapy in women with irritable bowel syndrome with constipation (IBS-C). **Gut** 54(12):1707-13, 2005.

45. Spiegel BMR, Gralnek IM, Bolus R, **Chang L,** Dulai G, Naliboff B, Mayer EA. Is a negative colonoscopy associated with reassurance or improved health-related quality of life in irritable bowel syndrome? **Gastrointest Endosc.** 2005;62(6):892-899.

46. Vakil N, Veldhuyzen van Zanten S, **Chang L,** Whitehead W, Toth G, Sherman J, Fraser M, Cohard-Radice M. Patient comprehension and awareness of dyspepsia. **Aliment Pharmacol Therap**;22(11-12):1147-55, 2005.

**2006**

47. **Chang L,** Chey WD, Harris L, Olden K, Surawicz C, Schoenfeld P. Incidence of ischemic colitis and serious complications of constipation among patients using alosetron: Systematic review of clinical trials and post-marketing surveillance data. **Am J Gastroenterol** 101(5):1069-79, 2006.

48. Labus J, Mayer E, Berman S, **Chang L,** Fallon J, Naliboff B. Characterizing effective connectivity of functional neural networks in irritable bowel syndrome (IBS). **Journal of Pain** 7(4) Suppl, 2006.

49. Naliboff BD, Berman S, Suyenobu B, Labus JS, **Chang L,** Stains J, Mandelkern MA, Mayer EA. Longitudinal changes in perceptual and brain activation responses to visceral

stimulation in irritable bowel syndrome patients. **Gastroenterology** 131(2):352-365, 2006.

50.    **Chang L**, Mayer EA, Labus J, Schmulson M, Lee OY, Olivas TI, Stains J, Naliboff BD. Effect of sex on perception of rectosigmoid stimuli in irritable bowel syndrome. **Am J Physiol-Regulatory, Integrative and Comparative Physiology** 291:R277-R284, 2006.

**2007**

51.    Labus JS, Mayer EA, **Chang L**, Bolus R, Naliboff BD. The Central Role of Gastrointestinal-Specific Anxiety in Irritable Bowel Syndrome: Further Validation of the Visceral Sensitivity Index. **Psychosomatic Medicine;**69(1):89-98, 2007.

52.    Dunckley P, Aziz Q, Wise RG, Brooks J, Tracey I, **Chang L**. Attentional modulation of visceral and somatic pain. **Neurogastroenterology and Motility;** 19(7):569-77, 2007.

**2008**

53.    **Chang L**, Kahler KH, Sarawate C, Quimbo R, Kralstein J. Assessment of Potential Risk Factors Associated With Ischemic Colitis. **Neurogastroenterology and Motility**; 20:36–42, 2008.

54.    Spiegel BMR, Strickland A, Naliboff BD, Mayer EA, **Chang L**. Predictors of patient-assessed illness severity in irritable bowel syndrome. **American Journal of Gastroenterology** 2008;103(10):2536-43. PMCID: PMC2949074.

55.    Jarcho JM, **Chang L**, Berman SM, Suyenobu B, Naliboff BD, Lieberman MD, Mandelkern MA, Mayer EA. Neural, psychological, and symptom-based predictors of treatment response in irritable bowel syndrome patients with a 5-HT$_3$ receptor antagonist – a pilot study. **Aliment Pharmacol Therap.** 2008;1;28(3):344-52.

56.    Naliboff BD, Waters AM, Labus JS, Kilpatrick L, Craske MG, **Chang L**, Negoro H, Ibrahimovic H, Mayer EA, Ornitz E. Increased acoustic startle responses in IBS patients during abdominal and non-abdominal threat. **Psychosomatic Medicine** 2008; 70(8):920-7.

**2009**

57.    **Chang L**, Sundaresh S, Elliott J, Anton PA, Baldi P, Licudine A, Mayer M, Vuong T, Hirano M, Naliboff BD, Ameen VZ, Mayer EA. Dysregulation of the hypothalamic-pituitary-adrenal (HPA) axis in irritable bowel syndrome.  **Neurogastroenterology and Motility** 2009;21:149–159. PMC: 2745840

58.    Drossman DA, **Chang L**, Schneck S, Blackman C, Norton WF, Norton NJ. A focus group assessment of patient perspectives on irritable bowel syndrome and illness severity. **Digestive Diseases and Sciences** 2009;55:1532-1541.

59.    Spiegel BMR, Harris LA, Lucak SL, Mayer EA, Naliboff BD, Bolus RE, Estralian E, Chey WD, Lembo A, Karsan HA, Tillisch K, Dulai GS, Talley J, **Chang L**. Developing valid and

reliable health utilities in irritable bowel syndrome: Results from the IBS PROOF Cohort. **American Journal of Gastroenterology** 2009;104(8):1984-91.

60.     Videlock E, Adeyemo M, Licudine A, Hirano M, Ohning G, Mayer M, Mayer EA, **Chang L**. Childhood trauma is associated with increased hypothalamic-pituitary-adrenal (HPA) axis responsiveness in irritable bowel syndrome. **Gastroenterology** 2009;137:1954-1962. PMCID: PMC2789911

61.     Spiegel BMR, Bolus RE, Harris LA, Lucak SL, Mayer EA, Naliboff BD, Esralian E, Chey WD, Lembo A, Karsan HA, Tillisch K, Dulai GS, Talley J, **Chang L**. Measuring IBS patient reported outcomes with an abdominal pain numeric rating scale: results from the PROOF cohort. **Alimentary Pharmacology and Therapeutics** 2009;30:1159-70. PMCID: PMC2793273

**2010**

62.     Spiegel BM, Farid M, Esralian E, Talley J, **Chang L**. Is irritable bowel syndrome a diagnosis of exclusion? A survey of primary care providers, gastroenterologists, and IBS experts. **American Journal of Gastroenterology** 2010;105: 848-858. PMC2887205

63.     **Chang L**, Tong K, Ameen V. Ischemic colitis and complications of constipation associated with the use of alosetron under a risk management plan: Clinical characteristics, outcomes, and incidences. **American Journal of Gastroenterology** 2010;105:866-875.

64.     Schmulson M, Adeyemo M, Gutiérrez-Reyes G, Charúa-Guindic L, Farfán-Labonne B, Ostrosky-Solis F, Díaz-Anzaldúa A, Medina A, **Chang L**. Differences in gastrointestinal symptoms according to gender in Rome II positive IBS and dyspepsia in a Latin American population. **American Journal of Gastroenterology** 2010;105:925-932. PMID: 20179693

65.     Adeyemo M, Spiegel BMR, **Chang L**. Do Irritable Bowel Syndrome (IBS) Symptoms Vary Between Men and Women? A Meta-Analysis and Systematic Review. **Alimentary Pharmacology and Therapeutics** 2010;32:738-55. PMC2932820

66.     Spiegel BMR, Bolus RE, Harris LA, Lucak SL, Mayer EA, Naliboff BD, Chey WD, Sayuk G, Esrailian E, Lembo A, Karsan HA, Tillisch K, Talley J, **Chang L**. Characterizing abdominal pain in IBS: guidance for study inclusion criteria and outcome measurement. **Alimentary Pharmacology and Therapeutics** 2010;32(9):1192-202. PMC4118306

67.     Spiegel BMR, Bolus RE, Agarwal N, Sayuk G, Harris LA, Lucak SL, Esrailian E, Chey WD, Lembo A, Karsan HA, Tillisch K, Talley J, **Chang L**. Measuring symptoms in irritable bowel syndrome: development of a framework for clinical trials. **Alimentary Pharmacology and Therapeutics** 2010;32(10):1275-91.

**2011**

68.     Spiegel BMR, Khanna D, Bolus R, Agarwal N, Khanna P, **Chang L**. Understanding gastrointestinal distress: a framework for clinical practice. **American Journal of Gastroenterology** 2011;106:380–385.

69.     Hellström PM, Saito Y, Bytzer P, Tack J, Mueller-Lissner S, **Chang L**. Characteristics of
        Acute Pain Attacks in Patients with Irritable Bowel Syndrome (IBS) Meeting Rome III
        Criteria. **American Journal of Gastroenterology** 2011;106(7):1299-307.

70.     Chey WD, Camilleri M, **Chang L**, Rikner L, Graffner H. A Randomized Placebo-controlled
        Phase IIb Trial of A3309, a bile acid transport inhibitor, for Chronic Idiopathic
        Constipation. **American Journal of Gastroenterology** 2011;106:1803-12.

**2012**

71.     **Chang L**, Adeyemo M, Karagiannides I, Videlock EJ, Bowe C, Shih W, Presson AA,
        Yuan PQ, Gong H, Singh S, Cortina G, Licudine A, Tache Y, Pothoulakis C, Mayer EA.
        Serum and colonic immune markers in irritable bowel syndrome. **American Journal of
        Gastroenterology** 2012; 107(2):262-72. PMC3311761

72.     Naliboff BD, Kim S, Bolus R, Bernstein CN, Mayer EA, **Chang L.** Gastrointestinal and
        Psychological Mediators of Health Related Quality of Life in IBS and IBD: A Structural
        Equation Modeling Analysis. **American Journal of Gastroenterology** 2012;107:451–
        459.

73.     Bradford K, Shih W, Videlock E, Presson AP, Naliboff BD, Mayer EA, **Chang L**.
        Association of early adverse life events and irritable bowel syndrome. **Clinical
        Gastroenterology and Hepatology** 2012;10(4):385-390. PMC3311761

**2013**

74.     Tong K, Nicandro JP, Shringarpure R, Chuang E, **Chang L**. A 9-Year Evaluation of
        Temporal Trends in Alosetron Post-Marketing Safety Under the Risk Management
        Program. **Therapeutic Advances in Gastroenterology** 2013;6(5):344–357.

75.     Cheng P, Alberto M, Shih W, Presson AP, Licudine A, Mayer EA, Naliboff BD, **Chang L**.
        Autonomic response to a visceral stressor is dysregulated in irritable bowel syndrome
        and correlates with visceral perception. **Neurogastroenterology and Motility**
        2013;25(10):e650-9. PMC3788031

76.     Grasberger H, **Chang L**, Shih W, Presson AP, Karagiannides I, Pothoulakis C, Mayer
        EA, Merchant JL. Identification of a Functional *TPH1* Polymorphism Associated with
        Irritable Bowel Syndrome Bowel Habit Subtypes. **American Journal of
        Gastroenterology** 2013;108(11):1766-74. PMC4067697

**2014**

77.     Su A, Shih W, Presson AP, **Chang L**. Characterization of symptoms in irritable bowel
        syndrome with mixed bowel habit pattern. **Neurogastroenterology and Motility
        2014;**26(1):36-45. PMC3865067

78.     Khanna P, Agrawal N, Khanna D, Hays RD, **Chang L**, Bolus R, Melmed G, Whitman C,
        Kaplan RM, Ogawa R, Snyder B, Spiegel B. Development of an online library of patient

LINZ_0173204

reported outcome measures in gastroenterology: The GI-PRO database. **American Journal of Gastroenterology** 2014;109(2):234-48. PMC4275098

79.    Schoenfeld P, Pimentel M, **Chang L**, Lembo A, Chey WD, Yu J, Paterson C, Bortey E, Forbes WP. Safety and tolerability of rifaximin for the treatment of irritable bowel syndrome with diarrhea: a pooled analysis of randomized, double-blind, placebo-controlled trials. **Alimentary Pharmacology and Therapeutics** 2014;39(10):1161-8. PMC4112801

80.    Bashashati M, Rezaei N, Shafieyoun A, McKernan DP, **Chang L**, Öhman L, Quigley EM, Schmulson M, Sharkey KA, Simrén M. Cytokine imbalance in irritable bowel syndrome: a systematic review and meta-analysis. **Neurogastroenterology and Motility** 2014;26(7):1036-48.

81.    Cohen E, Bolus, R, Khanna D, Hays RD, **Chang L**, Melmed GY, Khanna P, Spiegel BM. GERD Symptoms in the General Population: Prevalence and Severity vs. Care Seeking Patients. **Dig Dis Sci** 2014;Oct;59(10):2488-96. PMC4275099

82.    Nagaraja V, Hays RD, Khanna PP, Spiegel BMR, **Chang L**, Melmed GY, Bolus R, Khanna D. Construct validity of the Patient Reported Outcomes Measurement Information System (PROMIS®) Gastrointestinal Symptom Scales in Systemic Sclerosis. Arthritis Care Res 2014 Nov;66(11):1725-30. PMC4182150

83.    Spiegel BM, Hays R, Bolus R, Melmed G, **Chang L**, Whitman C, Khanna PP, Paz SH, Hays T, Reise S, Khanna D. Development of the NIH Patient Reported Outcomes Measurement Information System (PROMIS®) Gastrointestinal Symptom Scales. **American J Gastroenterology** 2014;109(11):1804-14. PMC4285435

84.    **Chang L**, Lembo AJ, Lavins BJ, Shiff SJ, Hao X, Chickering JG, Jia XD, Currie MG, Kurtz, Johnston JM. Abdominal Symptoms Affect Global Measures in Chronic Constipation Patients Before and After Linaclotide. Alimentary Pharmacology and Therapeutics 2014:40(11-12):1302-12.

85.    **Chang L**, Lembo A, Sultan S. American Gastroenterological Association Technical Review on the Pharmacological Management of Irritable Bowel Syndrome. Gastroenterology 2014;147(5):1149-1172.

**2015**

86.    Almario CV, Chey WD, Kaung A, Whitman C, Fuller G, Reid M, Nguyen K, Bolus R, Dennis B, Encarnacion R, Martinez B, Talley J, Modi R, Agarwal N, Lee A, Kubomoto S, Sharma G, Bolus S, **Chang L**, Spiegel BMR. Computer Algorithm Outperforms Physician-Documented History of Presenting Illness (HPI): Results of a Blinded Comparison. American Journal of Gastroenterology 2015 Jan;110(1):170-9. PMC4289091

87.    Saypol B, Drossman DA, Schmulson MJ, Olano C, Halpert A, Aderoju A, **Chang L**. Using Interactive Theater to improve physician patient communication: Experiences from three educational project. Rev Esp Enferm Dig. 2015 May;107(5):268-273.

88.  Gerson CD, Gerson MJ, **Chang L**, Corazziari ES, Dumitrascu D, Ghoshal UC, Porcelli P, Schmulson M, Wang WA, Zali M. A cross-cultural investigation of attachment style, catastrophizing, negative pain beliefs, and symptom severity in irritable bowel syndrome. Neurogastroenterol Motil. 2015 Apr;27(4):490-500.

89.  Polytarchou C, Hommes DW, Palumbo T, Hatziapostolou M, Koukos G, van der Meulen-de Jong AE, Oikonomopoulos A, Van Deen WK, Vorvis C, **Chang L**, Anton PA, Pothoulakis C, Verspaget HW, Iliopoulos D.  MicroRNA-214 is associated with progression of ulcerative colitis, and inhibition reduces development of colitis and colitis-associated colon cancer in mice. Gastroenterology 2015;149(4):981-992. PMC4584179

90.  Baritaki S, Rodriguez JA, Iliopoulos D, Huerta-Yepez S, Hoffman JM, Baay-Gusman GJ, Tirado-Rodriguez AB, Ka Man Law I, Hommes DW, Verspaget HW, **Chang L**, Pothoulakis C. Diminished expression of CRH 2 in human colon cancer promotes tumor growth and EMT via persistent IL-6/STAT3 signaling. Cellular and Molecular Gastroenterology and Hepatology 2015 Nov 1;1(6):610-630. PMC4610032

91.  Almario CV, Chey WD, Iriana S, Dailey F, Robbins K, Patel AV, Reid M, Whitman C, Fuller G, Bolus R, Dennis B, Encarnacion R, Martinez B, Soares J, Modi R, Agarwal N, Lee A, Kubomoto S, Sharma G, Bolus S, **Chang L**, Spiegel BMR. Computer Versus Physician Identification of Gastrointestinal Alarm Features. International Journal of Medical Informatics 2015 Dec;84(12):1111-7.

92.  Orand AC, Gupta A, Shih W, Presson AP, Hammer C, Nisler B, Heendeniya N, Mayer EA, **Chang L**. Catecholaminergic Gene Polymorphisms are Associated with GI Symptoms and Morphologic Brain Changes in Irritable Bowel Syndrome. PLoS One 2015; Aug 19;10(8):e0135910. PMC4546052

**2016**

93.  Gupta A, Labus, JS, Kilpatrick LA, Bonyadi M, Ash-McNalley C, Heendeniya H, Bradesi S, **Chang L**, Mayer EA. Early Life Adversity: Interactions with Stress Related Gene Polymorphisms to Impact Regional Brain Structure. Brain Structure & Function 2016;221(3):1667-79. PMC4573367

94.  Palsson OS, Whitehead WE, van Tilburg MAL, **Chang L**, Chey WD, Crowell MD, Keefer L, Lembo AJ, Parkman HP, Rao SSC, Sperber A, Spiegel B, Tack J, Vanner S, Walker LS, Whorwell P, Yang Y. Development and Validation of the Rome IV Diagnostic Questionnaire for Adults. Gastroenterology 2016;150:1481-1491.

95.  Mahurkar-Joshi S, Polytarchou C, Iliopoulos D, Pothoulakis C, Mayer EA, **Chang L**. Genome-wide DNA Methylation Analysis Demonstrates Potential Epigenetic Biomarkers for Irritable Bowel Syndrome. Neurogastroenterology and Motility 2016; 28(3):410-422. PMC3994910

96.  Videlock EJ, Shih W, Adeyemo M, Mahurkar-Joshi S, Presson AP, Polyartchou P, Alberto M, Iliopoulos D, Mayer EA, **Chang L**. Effect of IBS and sex on HPA axis response and peripheral GR expression. Psychoneuroendocrinology 2016;69:67-76. PMC4977028

97.     Park SH, Videlock EJ, Shih W, Presson AP, Mayer EA, **Chang L**. Adverse Childhood Experiences are Associated with Irritable Bowel Syndrome and Gastrointestinal Symptom Severity. Neurogastroenterology and Motility 2016;28:1252-1260. PMC4956522

98.     Orand A, Naliboff BD, Gadd M, Shih W, Ju T, Presson AP, Mayer EA, **Chang L**. CRH-R1 Genetic Polymorphisms are Associated with Irritable Bowel Syndrome and Acoustic Startle Response. Psychoneuroendocrinology 2016;73:133-141. PMC5048544

99.     Latorre R, JHuynh J, Mazzoni M, Gupta A, Bonora E, Clavenzani P, **Chang L**, Mayer EA, De Giorgio R, Sternini C. Expression of the Bitter Taste Receptor, T2R38, in Enteroendocrine Cells of the Colonic Mucosa of Overweight/Obese vs. Lean Subjects. PloS One 2016 2016 Feb 11;11(2):e0147468. doi: 10.1371/journal.pone.0147468. PMC4750998

100.    **Chang L**, Chey WD, Drossman D, Losch-Beridon T, Wang M, Lichtlen P, Mareya S. Effects of Baseline Abdominal Pain and Bloating on Response to Lubiprostone in Patients With Irritable Bowel Syndrome With Constipation. Alimentary Pharmacology and Therapeutics 2016;Nov;44(10):1114-1122. PMC5215520

**2017**

101.    Lee AD, Spiegel BM, Hays RD, Melmed GY, Bolus R, Khanna D, Khanna P, **Chang L**. Gastrointestinal Symptom Severity in Inflammatory Bowel Disease, Irritable Bowel Syndrome and the General Population. Neurogastroenterology and Motility 2017 May;29(5). doi: 10.1111/nmo.13003. PMC5393974

102.    Khanna D, Hays RD, Shreiner AB, Melmed GY, **Chang L**, Khanna PP, Bolus R, Whitman C, Paz SH, Hays T, Reise SP, Spiegel B. Responsiveness to Change and Minimally Important Differences of the Patient Reported Outcomes Measurement Information System Gastrointestinal Symptoms Scales. Digestive Diseases and Sciences 2017;62(5):1186-1192. PMC5532518

103.    Gupta A, Mayer EA, Acosta JR, Hamadani K, Torgerson C, van Horn JD, **Chang L**, Naliboff B, Tillisch K, Labus JS. Early adverse life events are associated with altered brain network architecture in a sex- dependent manner. Neurobiol Stress. 2017 Feb 17;7:16-26. PMC5318542

104.    Sayuk GS, Wolf R, **Chang L**. Comparison of Symptoms, Healthcare Utilization, and Treatment in Diagnosed and Undiagnosed Individuals With Diarrhea-Predominant Irritable Bowel Syndrome. American Journal of Gastroenterology 2017;112(6):892-899.

105.    Gupta A, Cole S, Labus JS, Joshi S, Nguyen TJ, Kilpatrick L, Hong J, Tillisch K, Naliboff B, **Chang L**, Mayer EA. Gene Expression Profiles in Peripheral Blood Mononuclear Cells Correlate with Salience Network Activity in Chronic Visceral Pain: A Pilot Study. Neurogastroenterology and Motility 2017;Jun;29(6). doi: 10.1111/nmo.13027. PMC5503466

LINZ_0173207

106.   Gupta A, Love A, Kilpatrick LA, Labus JS, Alaverdyan M, **Chang L**, Tillisch K, Naliboff B, Mayer EA. Morphological brain measures of cortico-limbic inhibition related to resilience. J Neurosci Res 2016;Dec 28. doi: 10.1002/jnr.24007. PMC5512424

107.   Volkmann ER, Hoffman-Vold A, Chang Y, Jacobs JP, Tillisch K, Mayer EA, Clements PJ, Hov JR, Jummen M, Molber Ø, **Chang L**, Labus JS, Midtvedt Ø, Braun J. Systemic sclerosis is associated with specific alterations in gastrointestinal microbiota in two independent cohorts. BMJ Open Gastroenterology 2017;4(1):e000134. doi: 10.1136/bmjgast-2017-000134. PMC5508636

108.   Bashashati M, Moossavi S, Cremon C, Raffaella Barbaro M, Moraveji S, Talmon G, Rezaei N, Hughes PA, Bian Z, Choi CH, Lee O, Coëffier M, **Chang L**, Ohman L, Schmulson MJ, McCallum RW, Simren M, Sharkey KA, Barbara G. Colonic immune cells in irritable bowel syndrome: A systematic review and meta-analysis. Neurogastroenterology and Motility 2017 Aug 29. doi: 10.1111/nmo.13192.

109.   Cash BD, Pimentel M, Rao S, Weinstock L, **Chang L**, Heimanson Z, Lembo A. Repeat Treatment With Rifaximin Improves Irritable Bowel Syndrome-Related Quality of Life: a Randomized, Double-Blind, Placebo-Controlled Trial. Therapeutic Advances in Gastroenterology 2017;10(9):689-699. PMC5598815

**2018**

110.   Strege P, Mazzone A, Bernard C, Neshatian L, Gibbons S, Saito Y, Tester D, Calvert M, Mayer E, **Chang L**, Ackerman M, Beyder A, Farrugia G. Irritable bowel syndrome (IBS) patients have *SCN5A* channelopathies that lead to decreased $Na_v1.5$ current and mechanosensitivity. American Journal of Physiology-Gastrointestinal and Liver Physiology 2018;314(4):G494-G503.

111.   Park SH, Naliboff BD, Shih W, Presson AP, Videlock E, Ju T, Kilpatrick L, Gupta A, Mayer EA, **Chang L**. Resilience is decreased in Irritable bowel syndrome and associated with symptoms and cortisol response. Neurogastroenterology and Motility 2018 Jan;30(1). doi: 10.1111/nmo.13155. Epub 2017 Jul 18. PMC5739983.

112.   Henström M, Diekmann L, Bonfiglio, Hadizadeh F, Kuech E, von Köckritz-Blickwede, Thingholm LB, Zheng FBT, Assadi G, Dierks C, Heine M, Philipp U, Distl O, Money ME, Belheouane M, Heinsen F, Rafter J, Nardone G, Cuomo R, Usai-Satta P, Galeazzi F, Neri M, Walter S, Simren M, Karling P, Ohlsson B, Schmidt P, Lindberg G, Dlugosz A, Agreus L, Andreasson A, Engstrand L, Portincasa P, Bellini M, Stanghellini V, Barbara G, **Chang L**, Camilleri M, Franke A, Naim HY, D'Amato M. Functional variants in the sucrase-isomaltase gene associate with increased risk of irritable bowel syndrome. Gut 2018;67(2): 263–270. PMC5563477.

113.   Bonfiglio F, Zheng T, Garcia-Etxebarria K, Hadizadeh F, Bujanda L, Bresso F, Agreus L, Andreasson A, Dlugosz A, Lindberg G, SchmidtPT, Karling P, Ohlsson B, Simren M, Walter S, Nardone G, Cuomo R, Usai-Satta P, Galeazzi F, Neri M, Portincasa P, Bellini M, Barbara G, Latiano A, Hübenthal M, Thijs V, Netea MG, Jonkers D, **Chang L**, Mayer EA, Wouters MM, Boeckxstaens G, Camilleri M, Franke A, Zhernakova A, D'Amato M. Female-specific Association Between Variants on Chromosome 9 and Self-reported

LINZ_0173208

Diagnosis of Irritable Bowel Syndrome. Gastroenterology 2018;155(1):168-179. PMC6035117.

114.  Garcia-Etxebarria K, Zheng T, Bonfiglio F, Bujanda L, Dlugosz A, Lindberg G, Schmidt PT, Karling P, Ohlsson B, Simren M, Walter S, Nardone G, Cuomo R, Usai-Satta P, Galeazzi F, Neri M, Portincasa P, Bellini M, Barbara G, Jonkers D, Eswaran S, Chey WD, Kashyap P, **Chang L**, Mayer EA, Wouters MM, Boeckxstaens G, Camilleri M, Franke A, D'Amato M. Increased Prevalence of Rare Sucrase-isomaltase Pathogenic Variants in Irritable Bowel Syndrome Patients. Clin Gastroenterol Hepatol. 2018 Oct;16(10):1673-1676. PMC6103908

115.  Videlock EJ, Mahurkar-Joshi S, Hoffman J, Iliopoulos D, Pothoulakis C, Mayer EA, **Chang L**. Sigmoid mucosal gene expression supports alterations of neuronal signaling in irritable bowel syndrome with constipation. American Journal of Physiology – Gastrointestinal and Liver Physiology 2018;315(1):G140-G157. PMC6109711

116.  Ju T, Naliboff BD, Shih W, Presson AP, Liu C, Gupta A, Mayer EA, **Chang L**. Risk and Protective Factors Related to Early Adverse Life Events in Irritable Bowel Syndrome. Journal of Clinical Gastroenterology 2018 Dec 19. doi: 10.1097/MCG.0000000000001153 (in press).

**2019**

117.  Addante R, Naliboff B, Shih W, Presson AP, Tillisch K, Mayer EA, **Chang L**. Predictors of health related quality of life in irritable bowel syndrome patients compared to healthy individuals. Journal of Clinical Gastroenterology 2019;53:e142-e149. PMC6051929

118.  Lacy BE, Harris LA, **Chang L**, Lucak S, Gutman C, Dove LS, Covington PS, Lembo A. Impact of patient and disease characteristics on the efficacy and safety of eluxadoline for IBS-D: a subgroup analysis of phase 3 trials.  Therapeutic Advances in Gastroenterology 2019;12: 1–12. PMC6466471

119.  Hagiwara S, Hasdemir B, Heyman M, **Chang L**, Bhargava A. GPCR-containing B7-2+ extracellular vesicles from immune cells in blood correlate with Irritable Bowel Syndrome Severity. Cells 2019; 8(2): 101 PMC6406316

120.  Soroosh A, Rankin CR, Polytarchou C, **Chang L**, Pothoulakis C, Iliopoulos D, Padua DM. MicroRNA-24 is elevated in Ulcerative Colitis patients and regulates intestinal epithelial barrier function. American Journal of Pathology 2019 Sep;189(9):1763-1774. PMC6723227

121.  Parker CH, Naliboff BD, Shih W, Presson AP, Videlock EJ, Mayer EA, **Chang L**. Negative Events During Adulthood are Associated with Symptom Severity and Altered Stress Response in Irritable Bowel Syndrome. Clinical Gastroenterology and Hepatology 2019;17:2245-2252. PMC6609507

122.  Castro J, Harrington AM, Lieu T, Garcia-Caraballo S, Maddern J, Schober G, O'Donnell T, Grundy L, Miller P, Ghetti A, Steinhoff MS, Poole DP, **Chang L**, Bunnett NW, Brierley SM. Activation of pruritogenic TGR5, MRGPRA3 and MRPGRC11 on colon-innervating afferents induces visceral hypersensitivity. JCI Insight. 2019;4(20):e131712.

https://doi.org/10.1172/jci. insight.131712.

## B.    RESEARCH PAPERS – PEER REVIEWED (IN PRESS)

123.    Dothel G, **Chang L**, Shih W, Barbaro MR, Stanghellini V, De Ponti F, Mayer EA, Barbara G, Sternini C. Colonic mucosal levels of μ-opioid receptor, β-endorphin and cannabinoid receptor-2 are increased in irritable bowel syndrome. Neurogastroenterology and Motility Jul 23:e13688. doi: 10.1111/nmo.13688 (in press).

124.    Osadchiy V, Mayer EA, Labus JS, Bhatt R, Gao L, Kilpatrick LA, Liu C, Tillisch K, Naliboff B, **Chang L**, Gupta A. History of Early Life Adversity is Associated with Increased Food Addiction and Sex-specific Alterations in Reward Network Connectivity in Obesity. Obesity Science & Practice 2019 (in press).

125.    Chen FW, LeBrett WG, Yang L, **Chang L**. Opioid Prescription Patterns Among US Gastroenterologists From 2013 to 2017. Gastroenterology 2019 (in press).

## C.    RESEARCH PAPERS – PEER REVIEWED (Submitted)

123.    Rahal H, Videlock EJ, Shih W, Naliboff BD, Gupta A, Mayer EA, **Chang L**. Importance of fear in patients with irritable bowel syndrome and early adverse life events.

124.    Parker CH, Naliboff BD, Shih W, Presson AP, Kilpatrick LA, Liu C, **Chang L**. Resilience in irritable bowel syndrome is lower compared to the general population and other chronic gastrointestinal conditions.

## D.    RESEARCH PAPERS – NON-PEER REVIEWED

125.    **Chang L**, Hierro M, LeDuc L, Snape WJ Jr. Effects of immune cells and inflammation on smooth muscle and enteric nerves. CRC Press, Snape and Collins, editors, 247-256 (1990).

126.    Mayer EA, **Chang L**, Lembo T. Brain-gut interactions: Implications for newer therapy. **Eur J Surg** (Suppl) 582:50-55, 1998.

127.    Naliboff BD, Munakata J, **Chang L**, Mayer EA. Toward a biobehavioral model of visceral hypersensitivity in irritable bowel syndrome. **J Psychosom Res** 45: 485-492, 1998.

128.    **Chang L**. The association of functional gastrointestinal disorders and fibromyalgia. **Eur J Surg** (Suppl) ;583:32-36, 1998.

129.    Mayer EA, Lembo T, **Chang L**. Approaches to the modulation of abdominal pain. **Can J Gastroenterol** (Suppl) 13:66A–70A, 1999.

130.    Mayer EA, Naliboff B, Lee O, Munakata J, **Chang L**. Gender-related differences in functional gastrointestinal disorders. **Aliment Pharmacol Ther** (Suppl 2) 13:65-69, 1999.

131.    Mayer EA, Naliboff BD, **Chang L**. Basic pathophysiologic mechanism in irritable bowel syndrome. **Dig Dis** 19:212-218, 2001.

LINZ_0173210

132. Mayer EA, Naliboff BD, **Chang L.** Evolving pathophysiological model of functional gastrointestinal disorders: implications for treatment. **Eur J Surg** 168 (Suppl 587):3-9, 2002.


**E.    RESEARCH PAPERS – NON-PEER REVIEWED (IN PRESS)**

    None


**F.    RESEARCH PAPERS – NON-PEER REVIEWED (SUBMITTED)**

    None


**G.    CHAPTERS**

1. Stabile B, **Chang L.** (1995) Islet cell tumors. In HA Pitt, D Carr-Locke, J Ferrucci (Eds.), Hepatobiliary and Pancreatic Disease. Little, Brown and Co., Medical Division, Boston, pp. 437.

2. **Chang L,** Mayer EA. (1998) Pain in IBD: mechanisms, perception and control. In B Lembcke, W Kruis, RB Sartor (Eds.), Systemic Manifestations of IBD: The Pending Challenge for Subtle Diagnosis and Treatment. Kluwer Academic Publishers, Medical Division, Lancaster, United Kingdom, pp. 3-19.

3. Lembo T, **Chang L,** Mayer EA. (1998) Irritable bowel syndrome: present and future approaches to treatment. In G Gitnick (Ed.), Critical Issues in Gastroenterology. Williams & Wilkins, Baltimore, pp. 53-72.

4. Naliboff BD, Heitkemper MM, **Chang L,** Mayer EA. Sex and gender in irritable bowel syndrome. In RB Fillingim (Ed.), Sex, Gender and Pain. IASP Press, Seattle, pp. 327-354.

5. Dickhaus B, Schmulson M, **Chang L.** (2002) Irritable bowel syndrome. In JP Pregler and AH DeCherney (Ed.), Women's Health: Principles and Clinical Practice. B.C. Decker Inc., Hamilton, Ontario, pp. 452-474.

6. Drossman DA, **Chang L.** (2002) Psychosocial factors in the care of patients with gastrointestinal disorders. In T Yamada (Ed), Textbook of Gastroenterology. Lippincott Williams & Wilkins, Philadelphia, Pennsylvania, pp. 636-654.

7. **Chang L.** (2003) Extraintestinal manifestations and psychiatric illness in IBS: is there a link? In G Holtmann and NJ Talley (Eds.), Gastrointestinal Inflammation and Disturbed Gut Function: The Challenge of New Concepts. Falk Symposium 130. Kluwer Academic Publishers, Dordrecht, The Netherlands, pp. 10-16.

8. **Chang L,** Drossman DA. (2004) Psychotropic Drugs and Management of Patients with Functional Gastrointestinal Disorders. In TM Bayless and AM Diehl (Eds.), Advanced

Therapy in Gastroenterology and Liver Disease, Fifth Edition. BC Decker Inc Publishers, Hamilton, Ontario, Canada.

9.  Wong HY, **Chang L.** (2004) Stress and the Gut - Central Influences. In D Grundy and R Spiller (Eds.), Pathophysiology of the Enteric Nervous System: a basis for understanding functional diseases, Blackwell Publishing.

10.  Harris L, **Chang L.** (2005) The Functional Bowel Spectrum. In DJ Wallace and DJ Clauw (Eds.), Textbook of Fibromyalgia and Other Non-Neuropathic Pain Syndromes, Lippincott Wilkins & Williams, Philadelphia, PA.

11.  **Chang L.** (2005) Brain responses to visceral and somatic stimuli in IBS: a CNS disorder? Gastroenterology Clinics of North America, NJ Talley (Ed.), Elsevier, 34(2):271-279.

12.  **Chang L** and Harris L. (2006) Irritable bowel syndrome and functional abdominal pain syndromes: clinical features and management. Chronic Abdominal and Visceral Pain: Theory and Practice, PJ Pasricha, WD Willis, and G Gebhart (Eds.), CRC LLC Press.

13.  Videlock EJ, **Chang L.** (2007) Irritable Bowel Syndrome: Current Approach to Symptoms, Evaluation and Treatment. Gastroenterology Clinics of North America, HP Parkman (Ed.), Elsevier, 36:665-685.

14.  **Chang L**, Drossman DA. (2009) Irritable bowel syndrome and related functional disorders. Functional Pain Syndromes: Presentation and Pathophysiology. EA Mayer and MC Bushnell (Eds.). IASP Press, Seattle, Washington, 87-120.

15.  Videlock EJ, **Chang L.** (2010). Irritable bowel syndrome. Handbook of Gastrointestinal Motility Testing. HP Parkman, S Rao, MD, and R McCallum (Eds.). Cambridge University Press, New York.

16.  **Chang L**, Heitkemper MM (2011). IBS and the menstrual cycle - what is the relationship? Curbside Consultation in IBS: 49 Clinical Questions (Curbside Consultation in Gastroenterology Series) (Ch. 17, pp. 87-90). New Jersey: Slack, Inc.

17.  **Chang, L** (2011). Constipation. Gut Instincts: A Clinician's Handbook of Digestive and Liver Diseases. E Esrailian (Ed.).

18.  Maneerattanaporn, M, **Chang, L**, Chey, WD (2011). Emerging Pharmacological Therapies for the Irritable Bowel Syndrome. Gastroenterology Clinics of North America, WD Chey (Ed.), Elsevier, 40(1):223-43.

19.  Videlock E, **Chang L.** (2015) Irritable Bowel Syndrome. *Yamada's Textbook of Gastroenterology*, Sixth Edition. Eds. DK Podolsky, M. Camilleri, J. G. Fitz, A.N. Kalloo, F. Shanahan, and T. C. Wang. Published 2015 by John Wiley & Sons, Ltd.

20.  Institute of Medicine (IOM) Committee on Gulf War and Health: Long Term Effects of Blast Exposures. (2014) Gulf War and Health, Volume 9, The National Academics Press (Ed).

LINZ_0173212

21. Videlock E, **Chang L**. (2015) Irritable Bowel Syndrome. Handbook of Gastrointestinal Motility Testing. In: Rao SSC, Parkman HP, McCallum RW (Eds), Chapter 18, pp 213-231, SLACK Incorporated.

22. Videlock E, **Chang L**. (2016) Irritable Bowel Syndrome. Practical Gastroenterology and Hepatology Board Review Toolkit, Second Edition. Talley NJ, DeVault KR, Wallace MB, Aqel BA, Lindor KD (Eds). Chapter 65, pp 391-399, John Wiley & Sons, Ltd.

23. Videlock EJ, **Chang L**. (2016) Stress, Distress and FGIDs. FGID: A Biopsychosocial Treatment Approach. Knowles SR, Stern J, Hebbard G (Eds). Chapter 2, pp 12-21, Routledge.

24. Prusator D, **Chang L**. (2017) Sex Related Differences in GI Disorders. Gastrointestinal Pharmacology, Handbook of Experimental Pharmacology 2017;239:177-192. Ed. Greenwood-Van Meerveld B. Chapter 12.

25. Lenhart A, **Chang L**. (2019) Clinical Casebook: The Overlap Between Functional Gastrointestinal Disorders and Celiac Disease. Diagnosis and Management of Gluten-Associated Disorders: A Clinical Casebook. Weiss G (Ed). Chapter 16. Springer Nature.


**H.    REVIEWS– PEER REVIEWED**

1. **Chang L**, Heitkemper MM. Gender differences in irritable bowel syndrome. G**astroenterology** 123(5):1686-1701, 2002.

2. **Chang L**, Toner BB, Fukudo S, Guthrie E, Locke GR, Norton NJ, Sperber AD. Gender, Age, Society, Culture, and the Patient's Perspective in the Functional Gastrointestinal Disorders. **Gastroenterology** 130(5):1435-1446, 2006.

3. Harris LA, **Chang L**. Alosetron: An Effective Treatment for Diarrhea-Predominant Irritable Bowel Syndrome. Women's Health 3(1):15-27, 2007.

4. Mayer EA, Bradesi S, **Chang L**, Spiegel BMR, Bueller JA, Naliboff BD. Functional GI disorders: From animal models to drug development. **Gut** 2008;57(3):384-404.

5. Hall KE, Cash BD, **Chang L**. Managing constipation in the elderly. Geriatrics supplement 2007.

6. Spiegel BMR, Chey WD, **Chang L**. Bacterial overgrowth and irritable bowel syndrome: a spurious consequence of proton pump inhibitors? **Am J Gastroenterol** 2008;103:2972-2976. PMC2949084

7. Camilleri M, **Chang L**. Challenges to the Therapeutic Pipeline for Irritable Bowel Syndrome: Endpoints and Regulatory Hurdles. **Gastroenterology** 2008; 35(6):1877-91. PMC2671226

8. **Chang L**. Impact of IBS. **Gastroenterology & Hepatology** 2008;4(Suppl 21):4-8.

LINZ_0173213

9.  Adeyemo MM, **Chang L**. New treatments for irritable bowel syndrome in women. **Women's Health** 2008;4(6):605-623. PMC2652519

10. Heitkemper MM, **Chang L**. Do Fluctuations in Ovarian Hormones Affect Gastrointestinal Symptoms in Women with Irritable Bowel Syndrome? **Gender Medicine theme issue; Pain Experience, Perception & Therapy** 2009;6:152-167. PMID: 19406367

11. **Chang L**, Drossman DA. Rome Foundation Endpoints and Outcomes Conference 2009: Optimizing Clinical Trials in FGIDs. **American Journal of Gastroenterology** 2010;105:722-730.

12. Sanger GJ, **Chang L**, Bountra C, Houghton LA. Challenges and prospects for pharmacotherapy in functional gastrointestinal disorders. **Therapeutics Adv Gastroenterol** 2010;3:291-305.

13. Khan S, **Chang L**. Diagnosis and Treatment of Irritable Bowel Syndrome. **Nature Gastroenterology and Hepatology** 2010;7(10):565-81.

14. **Chang L**, Lacy BE, Spiegel BM. An Evidence-based Approach to Therapy in IBS-D: A Case Study Compendium. **Gastroenterol Hepatol** (N Y). 2010 Sep;6(9 Suppl 15):1-12. PMCID: PMC3338169.

15. Schmulson M and **Chang L**. Invited review: Treatment of functional abdominal bloating and distension. **Alimentary Pharmacology and Therapeutics** 2011;33(10):1071-86.

16. **Chang L**. Invited review: The role of stress on physiologic responses and clinical symptoms in IBS. **Gastroenterology** 2011;140(3):761-765. PMC3039211

17. Drossman DA, **Chang L**, Bellamy N, Gallo-Torres HE, Lembo A, Mearin F, Norton NJ, Whorwell P. Severity in Irritable Bowel Syndrome: A Rome Working Team Report **American Journal of Gastroenterology** 2011;106:1749-59.

18. Tack J, Camilleri M, **Chang L**, Chey WD, Galligan JJ, Lacy BE, Müller-Lissner S, Quigley EMM, Schuurkes J, De Maeyer JH, Stanghellini V. Systematic review of cardiovascular safety profile of 5-HT$_4$ agonists developed for GI disorders. Aliment Pharmacol Ther. 2012;35(7):745-67.

19. Kim SE, **Chang L**. Overlap between functional GI disorders and other functional syndromes: What are the underlying mechanisms? **Neurogastroenterology and Motility** 2012 Oct;24(10):895-913. PMC3812246

20. Lacy BE, Mearin F, **Chang L**, Chey WD, Lembo AJ, Simren M, Spiller R. Bowel Disorders. Gastroenterology 2016;150(6):1393-1407.

21. **Chang L.**, Heitkemper MM, Wiley J, Camilleri M. 2015 James W. Freston Single Topic Conference – A Renaissance in the Understanding and Management of IBS. Gastroenterology 2016:151:e1-e8, Clinical Gastroenterology and Hepatology (CGH) 2016;14(7):e77-86, and Cellular and Molecular Gastroenterology and Hepatology 2016 May 28;2(4):394-399.e2.

LINZ_0173214

22.   Lucak S, **Chang L**, Halpert A, Harris LA. Current and emergent pharmacologic treatments for irritable bowel syndrome with diarrhea: evidence-based treatment in practice. Therapeutic Advances in Gastroenterology 2017;10(2):253-275.

23.   Camilleri M, Ford AC, Mawe G, Dinning PG, Rao S, Chey WD, Simren M, Lembo T, Young-Fadok T, **Chang L**. Chronic Constipation. Invited Review for Nature Reviews Disease Primers 2017;3:1-19.

24.   **Chang L**, Di Lorenzo C, Farrugia G, Hamilton FA, Mawe GM, Pasricha PJ, Wiley JW. Functional Bowel Disorders: A Roadmap to Guide the Next Generation of Research. Gastroenterology 2018;154:723-735.

## I.   REVIEWS– NON-PEER REVIEWED

1.   **Chang L**, Snape WJ Jr. Irritable Bowel Syndrome. **IM Internal Medicine** 15: 27-34, 1994.

2.   **Chang L**. Evolving therapies for functional colonic disorders. **Curr Opin Gastroenterol** 12: 32-38, 1996.

3.   **Chang L**. Gastroesophageal reflux disease: pathophysiology, clinical symptoms, and diagnosis. **Am J Managed Care** 3: S6-S11, 1997.

4.   Mayer EA, Munakata J, **Chang L**. Does mind-body medicine have a role in gastroenterology? **Curr Opin Gastroenterol** 13: 1-4, 1997.

5.   Mayer EA, **Chang L**, Lembo T. Brain-gut interactions: implications for newer therapy. **Eur J Surg** Suppl 582:50-55, 1998.

6.   Schmulson W. M., **Chang L**. Diagnostic approach to the patient with IBS. **Am J Med** 107 (3A):20S-26S, 1999.

7.   Mayer EA, Naliboff B, Lee O, Munakata J, **Chang L**. Review article: gender-related differences in functional gastrointestinal disorders. **Aliment Pharmacol Ther** 13:65-69, 1999.

8.   Mayer EA, Naliboff BD, **Chang L**, Coutinho SV. Stress and irritable bowel syndrome. **Am J Physiol Gastrointest Liver Physiol** 280(4):G519-524, 2001.

9.   Mayer EA, Naliboff BD, **Chang L**. Evolving pathophysiological model of functional GI disorders: implications for therapeutic target identification. **Eur J Surg** Suppl 587; 2002.

10.   Mayer EA, Naliboff BD, **Chang L**. Basic pathophysiologic mechanisms in irritable bowel syndrome. **Dig Dis** 19:212-218, 2001.

11.   Sach J, **Chang L**. Irritable bowel syndrome. **J Curr Treat Option Gastroenterol** 5:267-278, 2002.

LINZ_0173215

12.   Sach J, **Chang L.** Drug treatment of irritable bowel syndrome with serotonin (5-HT) modulators. **Pract Gastroenterol** 127(3): 31-52, 2003.

13.   **Chang L**, Drossman DA. Optimizing patient care: the psychological interview in irritable bowel syndrome. **Clin Perspect** 5(6):336-342, Nov/Dec 2002.

14.   Heitkemper M, Jarrett M, Bond EF, **Chang L.** Impact of sex and gender on irritable bowel syndrome. **Biol Res Nurs** 5(1):56-65, 2003.

15.   **Chang L.** Update on epidemiology, diagnosis and treatment of functional gastrointestinal disorders. Review of ACG 2003 abstracts, www.medscape.com, 2003.

16.   Harris L, **Chang L.** IBS: Improving diagnosis, serotonin signaling and implications for treatment. www.medscape.com, 2003.

17.   **Chang L.** Functional gastrointestinal disorders -- New answers to old questions. Review of DDW 2004 abstracts, www.medscape.com, 2004.

18.   Mayer EA, Berman S., **Chang L**, Naliboff BD. Sex-based differences in gastrointestinal pain. **Eur J Pain** 8:451-463, 2004.

19.   **Chang L.** Impact of Functional Gastrointestinal Disorders and Treatment on Symptoms, Quality of Life, and Healthcare Utilization and Costs. Review of ACG 2004 abstracts, www.medscape.com, 2004.

20.   **Chang L.** Review article: epidemiology and quality of life in functional gastrointestinal disorders. **Aliment Pharmacol Ther** 20 (Suppl. 7):1-9, 2004.

21.   Hwang C, **Chang L.** IBS: Gender differences. **Pract Gastroenterology** 28:13-28, 2004.

22.   Tillisch K, **Chang L.** Diagnosis and treatment of irritable bowel syndrome: State of the art. **Current Gastroenterology Reports, Neuromuscular Disorders of the Gastrointestinal Tract** section; 7(4):249-56, 2005.

23.   **Chang L.** Impact of Chronic Constipation and IBS. **Adv Stud Med**. 2006;6(2A):S49-S57.

24.   Crowell MD, Harris LA, Jones MP, **Chang L.** New insights into the pathophysiology of irritable bowel syndrome: Implications for future treatments. **Current Gastroenterology Reports, Neuromuscular Disorders of the Gastrointestinal Tract** section, 7(4):272-9, 2005.

25.   **Chang L.** Lower GI Functional Disorders: Current Concepts and Considerations. Review of ACG 2005 abstracts, www.medscape.com, 2005.

26.   Harris LA, **Chang L.** Irritable bowel syndrome: new and emerging therapies. **Curr Opin Gastroenterol** 22;128-135, 2006.

27.   **Chang L.** From Rome to Los Angeles -- The Rome III Criteria for the Functional GI Disorders. DDW 2006 symposium daily session update, www.medscape.com, 2006.

LINZ_0173216

28.   Cash BD, **Chang L**, Sabesin SM, Vitat P. Update on the management of adults with chronic idiopathic constipation. **J Fam Pract.** 2007;56(6 Suppl Update):S13-9; quiz S20.

29.   Truong TT, **Chang L**. Impact of IBS with Constipation and Chronic Constipation on Women's Health, Current Concepts and Considerations. www.medscape.com, April 2008.

30.   Chang L. The Trials and Tribulations of Drug Development for Functional Gastrointestinal Disorders. **Neurogastroenterology and Motility** 2008;20 (Suppl 1):130-138.

31.   Truong TT, Naliboff BD, **Chang L**. Novel techniques to study visceral hypersensitivity in irritable bowel syndrome. **Current Gastroenterology Reports** 2008;10(4):369-78.

32.   Lacy BE, Chey WD, **Chang L**. An Evidence-Based Look at Misconceptions in the Treatment of Patients with IBS-D. **Gastroenterol Hepatol** (NY). 2013;9 (11 Supple 5):1-24. PMC4034490

33.   Cash B, **Chang L**, Harris L, Lacy B. Nonconstipation irritable bowel syndrome. The Medical Roundtable: General Medical Edition 2014;1(4):323-334.

34.   **Chang L**. IBS and low FODMAPs diet. GI & Hepatology News. July 21, 2014.

35.   **Chang L**. Updates to the Rome Criteria for Irritable Bowel Syndrome. Gastroenterol Hepatol (NY) 2017;13:304-306.


**J.     EDITORIALS/SELECTED SUMMARIES**

1.    **Chang L**. How useful is anorectal manometry? Getting to the bottom of the issue. **Advances in Gastroenterology, Hepatology, and Clinical Nutrition** 2: 143-144, 1997.

2.    **Chang L**. Irritable bowel syndrome: progress into the 21st century. **Advances in Gastroenterology, Hepatology, and Clinical Nutrition** 2: 258-261, 1997.

3.    **Chang L**. Neuroendocrine and Neuroimmune Markers in IBS: Pathophysiological Role or Epiphenomenon? **Gastroenterology** 130:596-600, 2006.

4.    Wang H. and **Chang L**. The Walkerton Outbreak Revisited at Year 8: Predictors, Prevalence and Prognosis of Post-infectious IBS. Selected Summaries, **Gastroenterology** 2011;140(2):726-8.

5.    Connolly L. and **Chang L**. Combined oro-caecal scintigraphy and lactulose hydrogen breath testing demonstrate that breath testing detects oro-caecal transit, not small intestinal bacterial overgrowth in patients with IBS. Selected Summaries, **Gastroenterology** 2011;141(3):1118-1121.

6.    Schmulson M. and **Chang L**. Letter to the Editors: Response to Letter to the Editor: Treatment of bloating and distension: role of probiotics. **Alimentary Pharmacology and Therapeutics** 2011;34(5):581-3.

7. **Chang L.** Understanding the multidimensional nature of illness severity as measured by patient reported outcome measures in irritable bowel syndrome. **Clinical Gastroenterology and Hepatology** 2011;9(11):918-919.

8. Kim S, **Chang L.** A mindful way through IBS: reducing abdominal pain and improving quality of life. **Gastroenterology** 2012;May;142(5):1247-50.

9. Su A, **Chang L.** IBS bowel habits and associated symptoms: forming a clearer picture. **Gastroenterology** 2013 Jan;144(1):239-42.

10. **Chang L.** Irritable bowel syndrome: new insights into the pathogenesis. AGA Perspectives December 2014/January 2015.

11. **Chang L.** Issue Highlights – August 2017. Clinical Gastroenterology and Hepatology 2017;15(8):1141–1143.

12. Lin LD, **Chang L.** Using the Rome IV Criteria to Help Manage the Complex IBS Patient. American Journal of Gastroenterology, Red Section 2018;113(4):453-456.

13. Wiley JW and **Chang L.** Functional Bowel Disorders. Gastroenterology 75th anniversary edition. Gastroenterology 2018;155:1–4.

14. **Chang L.** How do I integrate new IBS therapeutics into clinical practice? AGA Perspectives, July 2018.

15. **Chang L.** Issue Highlights – August 2018. Clinical Gastroenterology and Hepatology 2018 (in press).

16. **Chang L.** 9 Things to Know About Medical Therapies for IBS. *Healio Gastroenterology and Liver Disease* Special Issue on IBS, July 2018.

17. Lin LD, **Chang L.** Benefits and Pitfalls of Change From Rome III to Rome IV Criteria for Irritable Bowel Syndrome and Fecal Incontinence. Clinical Gastroenterology and Hepatology (in press).

**K.**     **PAPERS IN PREPARATION**

1. Mahurkar-Joshi S, Videlock EJ, Jacobs JP, Verma A, Lagishetty V, Khandadash A, Iliopoulos D, Pothoulakis C, Mayer EA, Chang L. Role of colonic mucosal micro-RNA and host-microbiome interactions in irritable bowel syndrome.

**L.**     **ABSTRACTS**

**1990**

1. **Chang L,** Chen J, Eysselein VE, Snape WJ Jr. Effect of bethanechol and vasoactive intestinal peptide (VIP) in the early production of inositol 1,4,5-trisphosphate in the intact colonic smooth muscle. **Gastroenterology** 94: A1207, 1990.

LINZ_0173218

**1991**

2.  Xie Y, Gerthoffer W, Chen J, **Chang L**, Snape WJ Jr. Phosphatidylinositol metabolism and myosin light chain phosphorylation in the colitic colon smooth muscle. **Gastroenterology** 100: A509, 1991.

**1992**

3.  **Chang L**, Lo SK, French S, Hierro M. Comparison of tissue sampling techniques performed during ERCP in the diagnosis of biliary obstruction. **Gastrointest Endosc** 38: 248, 1992.

**1993**

4.  Lo SK, **Chang L**, French S, Juarez D, Ashby K. The efficacy of endobiliary biopsy and CEA staining in evaluating biliary strictures. **Gastrointest Endosc** 39: 324, 1993.

5.  Lo SK, French S, **Chang L**, Venegas R, Juarez D. Forceps biopsy, supplemented by CEA biochemical staining , should become a routine procedure to evaluate biliary strictures. **Am J Gastroenterol** 88: 1531, 1993.

**1994**

6.  de Virgilio C, Lindor S, **Chang L**, Verbin C, Klein S. Gallstone pancreatitis: The current role of preoperative ERCP. Pacific Coast Surgical Association, 1994.

7.  Venegas R, Kashyap PK, **Chang L**, French S, Lo SK. Cytology is of poor yield in diagnosing newly presented neoplastic biliary strictures. **Gastrointest Endosc (Suppl)** 40: 129, 1994.

**1995**

8.  **Chang L**, de Virgilio C, Lo SK, Klein S, Stabile BE. Indications and timing of ERCP in gallstone pancreatitis. **Gastointest Endosc** 41: 393, 1995.

9.  **Chang L**, de Virgilio C, Lo SK, Stabile BE. A prospective randomized trial assessing the timing and cost of ERCP in gallstone pancreatitis. **Am J Gastroenterol** 90: 1601, 1995.

10.  Lo SK, French S, **Chang L**, Venegas R, Chen J, Doo E, Juarez D. A prospective study comparing forceps biopsy and cytology for diagnosing neoplastic biliary strictures (NBS). **Gastrointest Endosc** 41: 405, 1995.

11.  Munakata J, **Chang L**, An C, Naliboff B, Fullerton S, Mayer EA. The effect of benzodiazepam on thresholds and stimulus response (SR) functions for rectal sensations in normal subjects and IBS patients. **Gastroenterology** 108: A992, 1995.

12.  Munakata J, **Chang L**, An C, Naliboff B, Mayer EA. Repetitive activation of sigmoid mechanoreceptors results in the development of rectal hyperalgesia in IBS patients. **Gastroenterology** 108: A653, 1995.

13.   Munakata J, Naliboff B, **Chang L**, An K, Mayer EA. Octreotide inhibits the development of rectal hyperalgesia in response to mechanical sigmoid sensitization in IBS patients. **Gastroenterology** 108: A652, 1995.

**1996**

14.   Arnell T, de Virgilio C, **Chang L**, Bongard F, Stabile BE. Guidelines for intensive care monitoring in patients with gallstone pancreatitis: a prospective study. Southern California Chapter of the American College of Surgeons, 1996.

15.   **Chang L**, de Virgilio C, Lo SK, Stabile BE. A prospective randomized trial of mild-moderate gallstone pancreatitis: clinical outcome and cost of selective preoperative vs. postoperative ERCP. **Gastrointest Endosc**, 1996.

16.   **Chang L**, Munakata J, An K, Saba L, Naliboff B, Procaccino F, Mayer EA. Evidence for the activation of endogenous pain modulation system in ulcerative colitis. **Gastroenterology** 110: A645, 1996.

17.   Fullerton S, **Chang L**, Naliboff B, Saba L, Mayer EA. Fibromyalgia symptoms in patients with irritable bowel syndrome. **Gastroenterology** 110: A18, 1996.

18.   Munakata J, Naliboff B, **Chang L**, Lembo T, Mayer EA. Differential effects of chronic and acute visceral irritation on perception of rectosigmoid pain. 8th World of Congress on Pain, 1996.

**1997**

19.   **Chang L**, Mayer EA, FitzGerald L, Stains J, Naliboff B. Altered perception of somatic stimuli by IBS patients with and without fibromyalgia (FM). **Gastroenterology** 112: A709, 1997.

20.   **Chang L**, Munakata J, Saba L, Naliboff B, Matin K, Mayer EA. Inflammatory and functional intestinal disorders differ in their response to acute visceral pain. Western Society for Clinical Investigation, 1997.

21.   **Chang L**, Munakata J, Silverman DHS, Mandelkern MA, Mayer EA. Correlation of cortical brain activation with affective and anxiety ratings in response to rectal pain in patients with inflammatory bowel disease (IBD). **Gastroenterology** 112: A947, 1997.

22.   **Chang L**, Saba L, Silverman DHS, Matin K, Mandelkern MA, Mayer EA. Differences in perception and brain activation in response to visceral stimuli in IBS patient and non-patient twins. **Gastroenterology** 112: A709, 1997.

23.   **Chang L**, Woo K, Saba L, FitzGerald L, Stains J, Mayer EA. Features of atypical and melancholic subtypes of depression in patients with inflammatory bowel disease (IBD). **Gastroenterology** 112: A947, 1997.

24.   Fullerton S, **Chang L**, Naliboff B, Saba L, Lembo T, Mayer EA. Bloating and abdominal distension symptoms in patients with irritable bowel syndrome. **Gastroenterology** 112: A734, 1997.

25.     Silverman DHS, Munakata J, **Chang L,** Mandelkern MA, Mayer EA. Patients with inflammatory bowel disease and irritable bowel syndrome have distinct abnormal cingulate cortical responses to visceral stimuli: an $O^{15}$-water brain PET study. **Gastroenterology** 112: A1092, 1997.

26.     Toosie K, **Chang L,** Renslo R, Arnell T, Bongard F, Stabile BE, de Virgilio C. Early computed tomography in gallstone pancreatitis: correlation with admission factors and outcome. Annual Meeting of the Southern California Chapter, American College of Surgeons, 1997.

**1998**

27.     **Chang L,** Mayer EA, Munakata J, FitzGerald L, Schmulson M, Naliboff B. The coexistence of fibromyalgia (FM) alters rectal perception before and after sigmoid stimulation in female IBS patients. **Gastroenterology** 114: A732, 1998.

28.     **Chang L,** Mayer EA, Munakata J, Silverman DHS, Berman S, Gilmore S, FitzGerald L, Schmulson M, Mandelkern MA, Naliboff B. Differences in left prefrontal activation to visceral and somatic stimuli assessed by $O^{15}$-water PET in female patients with irritable bowel syndrome (IBS) and fibromyalgia. **Gastroenterology** 114: A732, 1998.

29.     **Chang L,** Munakata J. CNS responses to visceral pain in patients with inflammatory bowel disease. **Neurogastroenterol Motil** 10: 358, 1998.

30.     Munakata J, Silverman DHS, Naliboff B, Liu M, **Chang L,** Mandelkern MA, Mayer EA. Altered cortical and subcortical brain activation associated with autonomic responses to visceral pain in irritable bowel syndrome. **Gastroenterology** 114: A1167, 1998.

31.     Schmulson M, Mayer EA, Munakata J, **Chang L,** Naliboff B. Symptom criteria and severity in irritable bowel syndrome are associated with rectal sensitivity thresholds before and after sigmoid stimulation. **Gastroenterology** 114: A834, 1998.

**1999**

32.     **Chang L,** Lembo T, Naliboff B, Schmulson M, MayerEA. Differences in perceptual responses to thermal and mechanical pain female patients with irritable bowel syndrome (IBS). **Gastroenterology** 116: A969, 1999.

33.     **Chang L,** Poland R, Naliboff B, Schmulson M, FitzGerald LZ, Mayer EA. Decreased slow wave sleep activity in female patients with irritable bowel syndrome (IBS) and fibromyalgia (FM). **Gastroenterology** 116: A969, 1999.

34.     Derbyshire SWG, Naliboff B, Munakata J, **Chang L,** Mandelkern M, Berman S, Mayer EA. Gender differences in the central response to visceral pain and anticipation of pain in irritable bowel syndrome (IBS). **Gastroenterology** 116: A1038, 1999.

35.     de Virgilio C, Elbassir M, Toosie K, Lewis R, Stabile B, **Chang L.** Admission criteria predict major complications of gallstone pancreatitis: a prospective study. Submitted to The Southwestern Surgical Congress, 1999.

36.   FitzGerald L, Mayer EA, **Chang L,** Naliboff B. Irritable bowel syndrome (IBS) patients can be distinguished by predominance of pain or discomfort symptoms. **Gastroenterology** 116: A1037, 1999.

37.   Hastie BA, Mayer EA, **Chang L,** Anton P, Bernstein CN, Naliboff BD. Structural equation modeling of symptom severity and psychological factors in determining quality of life in irritable bowel syndrome and inflammatory bowel disease. **Gastroenterology** 116: A1039, 1999.

38.   Lee OY, Schmulson M, Mayer EA, **Chang L,** Naliboff B. Gender related differences in irritable bowel syndrome symptoms. **Gastroenterology** 116: A1026, 1999.

39.   Lee OY, Schmulson M, Naliboff B, Olivas T, **Chang L,** Mayer EA. The influence of psychological factors on viscerosensory symptoms and rectal perception threshold in IBS patients. **Gastroenterology** 116: A1025, 1999.

40.   Munakata J, Naliboff B, **Chang L,** Mandelkern M, Derbyshire S, Mayer EA. Gender differences in brain regions associated with subjective intensity ratings of visceral stimuli. **Gastroenterology** 116: A1039, 1999.

41.   Schmulson M, Lee OY, **Chang L,** FitzGerald L, Liu C, Naliboff B, Mayer EA. Characterizing bowel habit in irritable bowel syndrome (IBS). **Gastroenterology** 116: A1078, 1999.

42.   Schmulson M, Lee OY, Olivas T, **Chang L,** FitzGerald L, Naliboff B, Mayer EA. Effect of food intake on rectosigmoid motor and perceptual responses in IBS patients with different bowel habit. **Gastroenterology** 116: A1078, 1999.

**2000**

43.   Bahmani P, Lee OY, Naliboff BD, Mayer EA, Liu C, Olivas TI, **Chang L.** Altered stress symptoms in response to noxious rectosigmoid stimulation in irritable bowel syndrome (IBS) **Gastroenterology** 118:A842, 2000.

44.   **Chang L,** Heitkemper M, Carter E. A national survey of irritable bowel syndrome (IBS) in females: Physician and patient perspectives. **Gastroenterology** 118:A144, 2000.

45.   Derbyshire SWG, Naliboff BD, **Chang L,** Mandelkern M, Hamm L, Mayer EA. Evidence for selective effect of the $5HT_3$ antagonist alosetron on amygdala and hippocampal activation in IBS patients. **Gastroenterology** 118: A81, 2000.

46.   Lee OY, Mayer EA, **Chang L,** Naliboff BD. Ratings of sigmoid but not rectal distensions correlate with rectal distensions correlate with IBS symptom severity. **Gastroenterology** 118:A445, 2000.

47.   Lee OY, Mayer E, Olivas TI, **Chang L,** Bahmani P, Naliboff B. Gender differences in autonomic activity in IBS. **Gastroenterology** 118:A137, 2000.

LINZ_0173222

48. Naliboff B, Derbyshire S, Munakata J, Berman S, Mandelkern M. **Chang L,** Mayer E. Evidence for decreased activation of central fear circuits by expected aversive visceral stimuli in patients. **Gastroenterology** 118:A137, 2000

49. Lee OY, Naliboff B, Olivas TI, **Chang L,** Mayer E. Differences in rectal mechanoelastic properties according to predominant bowel habit in IBS patients. **Gastroenterology** 118:A667, 2000.

50. Lee OY, Munakata J, Naliboff B, **Chang L,** Mayer E. A double blind parallel group pilot study of the effects of CJ-11,974 and placebo on perceptual and emotional responses to rectosigmoid distension in IBS patients. **Gastroenterology** 118:864, 2000.

51. Naliboff B, Lee OY, Derbyshire S, Olivas T, **Chang L,** Mayer E. Central and symptomatic correlates of rectal accommodation in IBS. **Gastroenterology** 118:1191, 2000.

54. **Chang L,** Derbyshire SWG, Naliboff BD, Mandelkern MA, Mayer EA. Differences in cortical activation to visceral and somatic stimuli assessed by $H_2$ $^{15}O$ PET in female patients with irritable bowel syndrome (IBS) and fibromyalgia. **Neurogastroenterol Motil** 12:380, 2000.

52. FitzGerald LZ, Naliboff BD, Mayer EA, Bahmani P, **Chang L.** Altered stress symptoms in response to noxious rectosigmoid stimulation in irritable bowel syndrome (IBS). **Neurogastroenterol Motil** 12:386, 2000.

53. Mayer EA, Derbyshire SWG, **Chang L,** Mandelkern M, Hamm L, Naliboff B. Effect of $5HT_3$ antagonist alosetron on regional brain responses to visceral stimulation. **Soc Neurosci Abstr** 2000.

**2001**

57. **Chang L,** Olden K, Carter E, Boyle J, Chey WD. Bowel habit predominance has a significant impact on symptoms and daily activities in women with IBS. **Gastroenterology** 120:A634, 2001.

58. **Chang L,** Naliboff B, Schmulson M, Lee OY, Olivas TI, Mayer EA. The role of gender and bowel habit predominance on visceral perception in IBS. **Gastroenterology** 120:A755, 2001.

59. Chey WD, **Chang L,** Boyle J, Olden K. Do the Rome I and Rome II criteria identify the same IBS pts? **Gastroenterology** 120:A635, 2001.

60. Olden K, Chey WD, Boyle J, **Chang L.** Health related quality of life in irritable bowel syndrome: A community based study. **Gastroenterology** 120:A634, 2001.

**2002**

59. **Chang L,** Naliboff BD, Vuong T, Hirano M, Mayer M, Olivas TI, FitzGerald LZ, Mayer EA. Role of cortisol in the symptoms of irritable bowel syndrome and fibromyalgia. **Gastroenterology** 122:A313, 2002.

LINZ_0173223

60.  **Chang L**, Anton P, Elliott J, Reinholdt J, Taing P, Mayer EA. Decreased mucosal cytokines in diarrhea-predominant irritable bowel syndrome. **Gastroenterology** 122:A552, 2002.

**2003**

61.  **Chang L**, Baisnee PF, Baldi PF, Licudine A, Vuong T, Hirano M, Olivas TI, Mayer M, FitzGerald LZ, Naliboff BD, Mayer EA. Altered diurnal rhythm of ACTH and cortisol in irritable bowel syndrome and fibromyalgia. **Gastroenterology** 124:A672, 2003.

62.  Tillisch K, Naliboff BD, Bolus R, Olivas TI, Mayer EA, **Chang L**. Rectosigmoid sensory measures distinguish IBS patients from controls and correlate with self ratings of GI symptom severity. **Gastroenterology** 124:A252, 2003.

63.  Tillisch K, Sach J, Mayer EA, Naliboff BD, Liu C, **Chang L**. Characterization of symptoms in IBS patients with alternating bowel habits. **Gastroenterology** 124:A390, 2003.

64.  FitzGerald LZ, **Chang L**, Lee CK, Owens MJ, Mayer M, Naliboff BD, Nemeroff CB, Mayer EA. Elevated levels of central stress mediators in irritable bowel syndrome. **Gastroenterology** 124:A252, 2003.

65.  Spiegel BMR, Gralnek IM, Mayer EA, Bolus R, **Chang L**, Dulai GS, Naliboff BD. Is a negative colonoscopy associated with reassurance or improved health-related quality of life in irritable bowel syndrome? **Gastroenterology** 124:A 2003.

66.  Spiegel BMR, Gralnek IM, Mayer EA, Bolus R, **Chang L**, Dulai GS, Naliboff BD. Clinical determinants of health-related quality of life in irritable bowel syndrome. **Gastroenterology** 124:A398, 2003.

67.  Schmulson MJ, Remes JM, Olivas TI, Valdovinos MA, Hinojosa C, **Chang L**, Mayer EA, Naliboff BD. Clinical characteristics and QOL in patients from Mexico and the USA: Are they different? **Gastroenterology** 124:A395, 2003.

68.  Berman SM, Jarcho J, Suyenobu B, Naliboff BD, **Chang L**, Mandelkern M, Mayer EA. Evidence for activation of central pain modulation networks in placebo-mediated pain relief in IBS patients. **Gastroenterology** 124:A578, 2003.

69.  Berman SM, Mayer EA, Suyenobu B, Gordon W II, **Chang L**, Naliboff BD. Amygdala modulation during delivered and undelivered visceral pressure. **Gastroenterology** 124:A680, 2003.

70.  Naliboff BD, Berman S, **Chang L**, Suyenobu B, Mandelkern MA, Mayer EA. Differential brain activations associated with visceral discomfort in IBS and control subjects. **Gastroenterology** 124:A672, 2003.

71.  Hungin P, **Chang L**, Barghout V, Kahler K. The impact of IBS on absenteeism and work productivity: United States and eight European countries. **Am J Gastroenterol** 98:S227, 2003.

**2004**

LINZ_0173224

72. **Chang L**, Licudine A, Stains J, Hirano M, Olivas TI, Naliboff BD, Mayer EA. Evidence for an antihyperalgesic effect of exogenous corticotropin releasing factor (CRF) in irritable bowel syndrome (IBS). **Gastroenterology** 126: A-4, 2004.

73. Berman SM, Naliboff B, Suyenobu B, **Chang L**, Gordon W, Stains J, Mayer EA. Modulation of endogenous pain inhibition circuits during visceral stimulation. **Gastroenterology** 126: A-590, 2004.

74. **Chang L**, Berman SM, Suyenobu B, Gordon WA, Mandelkern MA, Naliboff BD, Mayer EA. Differences in brain responses to rectal distension between patients with inflammatory and functional GI disorders. **Gastroenterology** 126: A-106, 2004.

75. Naliboff BD, **Chang L**, Crowell MD, Holtmann GJ, Monnikes H, Lee OY, Schmulson M, Valenzuela JE, Stains J, Bolus R, Mayer EA. Tegaserod increases sigmoid accommodation in female irritable bowel syndrome (IBS) patients. **Gastroenterology** 126: A-101, 2004.

76. Vakil N, **Chang L**, Veldhuyzen van Zanten S, Whitehead W, Sherman J, Fraser M, Cohard-Radice M, Earnest D. Patient comprehension and awareness of dyspepsia. **Gastroenterology** 126: A-70, 2004.

77. Dunckley P, Wise R, Painter D, Brooks J, Tracey I, Aziz Q, **Chang L.** Cortical processing of noxious visceral and somatic stimulation. **Gut** 53 (Supp III): A112, 2004.

78. Dunckley P, Wise R, Painter D, Brooks J, Tracey I, Aziz Q, **Chang L.** Common patterns of cerebral activation exist during matched unpleasant visceral and somatic stimulation in humans. **J Pain** 5(3 Supp I): 666, 2004.

**2005**

79. **Chang L**, Sundaresh S, Baldi P, Licudine A, Mayer M, Vuong T, Hirano M, Olivas TI, Liu C, Naliboff BD, Mayer EA. Dysregulation of basal circadian and pulsatile secretion of hypothalamic-pituitary-adrenal (HPA) axis in irritable bowel syndrome and fibromyalgia. **Gastroenterology** 128: A-620, 2005.

80. **Chang L**, Licudine A, Hirano M, Stains J, Bolus R, Naliboff BD, Olivas TI, Liu C, Mayer EA. Differences in visceral perception in irritable bowel syndrome and fibromyalgia. **Gastroenterology** 128:A-371, 2005.

81. Ameen VZ, Heath AT, **Chang L.** Gender differences in placebo response in patients with diarrhea-predominant IBS (d-IBS). **Gastroenterology** 128:A-463, 2005.

82. Chey WD, **Chang L**, Harris L, Olden K, Surawicz C, Schoenfeld P. Incidence of ischemic colitis in clinical trials and in post-marketing surveillance amongst patients using alosetron after blinded adjudication. **Gastroenterology** 128: A-465, 2005.

83. Dunckley P, Wise R, Fairhurst M, Hobden P, Aziz Q, **Chang L**, Tracey I. Imaging the neural correlates of visceral and somatic pain in the brainstem. **Gastroenterology** 128: A-372, 2005.

LINZ_0173225

## 2006

84. Labus JS, Mayer EA, Berman SM, Suyenobu B, **Chang L**, Naliboff BD. Identification of brain networks associated with visceral perception and hypervigilance in patients with irritable bowel syndrome (IBS). **Gastroenterology** 2006;130:A-78.

85. Berman SM, Naliboff BD, Suyenobu B, **Chang L**, Bueller J, Ruby K, Minnema M, Stains J, Mayer EA. Abnormal CNS response to anticipation of visceral distension in female patients with irritable bowel syndrome (IBS) an FMRI study. **Gastroenterology** 2006;130:A-78.

86. Labus J, Mayer EA, Berman S, Suyenobu B, **Chang L**, Naliboff BD. Sex-specific differences in a brain network functioning during anticipation of rectal discomfort in irritable bowel syndrome patients (IBS). **Gastroenterology** 2006;130:A-93.

87. Spiegel BM, Farid M, Esrailian E, Talley J, **Chang L**. Is irritable bowel syndrome (IBS) a diagnosis of exclusion? A survey of primary care providers, gastroenterologists, and IBS experts. **Gastroenterology** 2006;130:A-111.

88. Wong HY, Mayer EA, Naliboff BD, Dickhaus B, Olivas TI, Ameen VZ, Reinholdt J, **Chang L**. Evidence for alterations in central autonomic activity during sleep in women with diarrhea-predominant irritable bowel syndrome (IBS-D). **Gastroenterology** 2006;130:A-292.

89. Dunckley P, Aziz Q, Wise RG, Brooks J, Tracey I, **Chang L**. Attentional modulation of visceral and somatic pain. **Gastroenterology** 2006;130:A-139.

90. Spiegel BM, Farid M, Esrailian E, Talley J, **Chang L**. Provider beliefs regarding diagnostic testing in IBS exhibit extreme variation and diverge from guidelines. **Gastroenterology** 2006;130:A-160.

91. Dunckley P, Aziz Q, Wise RG, Brooks J, Tracey I, **Chang L**. A comparison of the cortical responses to selectively attended visceral and somatic pain. **Gastroenterology** 2006;130:A-440.

92. Wong HY, Mayer EA, Naliboff BD, Dickhaus B, Ameen VZ, Reinholdt J, Schramm PJ, Labus JS, Olivas TI, **Chang L**. Abnormalities of sleep architecture and colonic motility are limited to early sleep in diarrhea-predominant irritable bowel syndrome (IBS-D) patients. **Gastroenterology** 2006;130:A-444.

93. Spiegel BM, Naliboff B, Mayer E, Bolus R, **Chang L**. Development and validation of a concise point-of-care severity index in IBS: The "B.E.S.T." Questionnaire. **Gastroenterology** 2006;130:A-513.

94. **Chang L**, Alvarado C, Mayer EA, van Oijen MG, Liu C, Spiegel BM. Women with irritable bowel syndrome (IBS) in pre- and post-menopausal age groups report similar gastrointestinal (GI) symptoms. **Gastroenterology** 2006;130:A-514.

LINZ_0173226

95. **Chang L**, Cohard-Radice M, Dunger-Baldauf C, Kralstein J, Shetzline MA. Tegaserod is effective for long-term use in patients with chronic constipation. **Gastroenterology** 2006;130:A-599.

96. **Chang L**, Kralstein J, Dunger-Baldauf C, Cataldi F. Tegaserod Improves GI Symptoms throughout the Menstrual Cycle. ACG meeting, Poster 334.

97. Miner PB, **Chang L**, Dolker M, Cataldi F. Tegaserod Improves Symptoms in Patients with IBS-C with Severe Baseline Abdominal Pain/Discomfort and Bloating. ACG meeting, Poster 1129.

98. **Chang L**, Kahler KH, Cziraky MJ, Kralstein J. A Case-Control Study of Risk Factors for Ischemic Colitis. ACG meeting, Poster 1072.

**2007**

99. Ameen VZ, Heath A, McSorley D, Spiegel BM, **Chang L**. Global measure of adequate relief predicts clinically important difference in pain and is independent of baseline pain severity in irritable bowel syndrome (IBS). **Gastroenterology** 2007;132:A-140.

100. Labus JS, Naliboff BD, Tillisch K, Berman SM, Suyenobu B, **Chang L**, Mandelkern M, Bueller J, Mayer EA. Differential functioning of pain modulatory networks in men with and without irritable bowel syndrome: A central role of the parabrachial nucleus. **Gastroenterology** 2007;132:A-71.

101. Spiegel BM, **Chang L**, Kanwal F. Is asking *"How are you doing?"* enough to capture health related quality of life (HRQOL) and overall severity in irritable bowel syndrome (IBS)? **Gastroenterology** 2007;132:A-140.

102. Spiegel BM, Strickland A, **Chang L**. Predictors of patient-assessed illness severity in irritable bowel syndrome (IBS). **Gastroenterology** 2007;132:A-680.

103. Videlock EJ, Kokkotou E, Pothoulakis C, Licudine A, Hirano M, Mayer EA, **Chang L**. Sex differences in plasma catecholamines and colonic tissue markers of noradrenergic activity in irritable bowel syndrome (IBS). Gastroenterology 2007;132:A-726-A-727.

104. Videlock EJ, Licudine A, Hirano M, Gui D, Cortina G, Mayer EA, **Chang L**. Colonic mucosal cellular infiltrate correlates with symptom severity in irritable bowel syndrome (IBS). **Gastroenterology** 2007;132:A-726.

105. Videlock EJ, Yuan PQ, Taché Y, Licudine A, Mayer M, Ohning GV, Hirano M, Mayer EA, **Chang L**. Stress-induced cortisol response and colonic mucosal CRF-1 mRNA receptor expression correlate with symptoms of chronic stress and quality of life in irritable bowel syndrome (IBS). **Gastroenterology** 2007;132:A-72.

106. Yuan PQ, Wu V, **Chang L**, Santos J, Saperas E, Malagelada JR, Taché Y. Cellular localization of corticotropin-releasing factor (CRF) receptor 1 (CRF1) in human colon and its expression in the jejunum and colon of irritable bowel syndrome (IBS) female and male patients. **Gastroenterology** 2007;132:A-190.

**2008**

107. Spiegel BM, Harris LA, Lucak SL, Mayer EA, Naliboff BD, Bolus RE, Estralian E, Chey WD, Lembo A, Karsan HA, Tillisch K, Dulai GS, Strickland A, **Chang L**. Predictor of work productivity in irritable bowel syndrome (IBS): Results from the PROOF Cohort. **Gastroenterology** 134:A28, 2008.

108. Spiegel BM, Harris LA, Lucak SL, Mayer EA, Naliboff BD, Bolus RE, Estralian E, Chey WD, Lembo A, Karsan HA, Tillisch K, Dulai GS, Strickland A, Talley J, **Chang L**. Euroqol utilities demonstrate excellent validity and responsiveness in IBS: Results from the PROOF Cohort. **Gastroenterology** 134:A28, 2008.

109. Spiegel BM, Harris LA, Lucak SL, Mayer EA, Naliboff BD, Bolus RE, Estralian E, Chey WD, Lembo A, Karsan HA, Tillisch K, Dulai GS, Strickland A, **Chang L**. Measuring IBS patient reported outcomes with a single item numeric rating scale: Results from the PROOF Cohort. **Gastroenterology** 134:A467, 2008.

**2009**

110. Adeyemo MA, Spiegel, BMS, **Chang L**. Do IBS Symptoms Vary Between Men and Women? A Meta-Analysis. **Gastroenterology** 2009;136(5) Suppl 1:A-374.

111. Adeyemo MA, Videlock E, Bowe C, Karagiannidis I, Pothoulakis C, Cortina G, Licudine A, Alberto M, Mayer EA, **Chang L**. Stress-related biomarkers and symptoms are predictive of irritable bowel syndrome (IBS). **Gastroenterology** 2009;136(5), Suppl 1:A-67.

112. Adeyemo MA, Videlock E, Mayer M, Licudine A, Ohning GV, Licudine A, Mayer EA, **Chang L**. Early adverse life events are associated with increased responsiveness of the hypothalamic-pituitary-adrenal (HPA) axis in individuals with and without IBS. **Gastroenterology** 2009;136(5), Suppl 1:A-118.

113. Truong TT, Kilpatrick LA, Mayer EA, Naliboff BD, Dandekar U, Jarcho J, Gilbert C, Licudine A, Ornitz E, **Chang L**. COMT genetic polymorphism is associated with alterations in attentional processing in patients with IBS and other functional pain syndromes. **Gastroenterology** 2009;136(5), Suppl 1:A-74.

114. Videlock EJ, Naliboff BD, Mayer EA, **Chang L**. Symptom Attitudes and Beliefs Predict Severity and Quality of Life in Irritable Bowel Syndrome and Partially Mediate the Effect of Depression On Quality of Life.    **Gastroenterology** 2009;136(5), Suppl1:A-119.

**2010**

114. Videlock EJ, Mayer EA, Naliboff, BD, **Chang L**. The effect of childhood trauma and abuse on the development of irritable bowel syndrome is mediated by somatization. **Gastroenterology** 2010;138(5), Suppl 1:S-144.

115. Adeyemo M, Videlock EJ, Karagiannides I, Bowe C, Pothoulakis C, Yuan PQ, Gong H, Singh S, Khan S, Cortina G, Licudine A, Tache Y, Mayer EA, **Chang L**. Colonic mucosal inflammation is unlikely to play a primary role in irritable bowel syndrome.

**Gastroenterology** 2010;138(5), Suppl 1:S-626.

116. Truong TT, Kilpatrick L, Naliboff BD, Ornitz E, Gaspar J, Licudine A, Alberto M, Mayer EA, **Chang L**. IBS patients learn to discriminate contextual threat cues associated with an aversive visceral threat. **Gastroenterology** 2010;138(5), Suppl 1:S-143.

117. **Chang L**, Saito Y, Bytzer P, Tack J, Mueller-Lissner S, Schambye H, Hellström PM. Impact of Pain Attacks on Behavior and Health-Related Outcomes in Patients with Irritable Bowel Syndrome Meeting Rome III Criteria. **Gastroenterology** 2010;138(5), Suppl 1:S-111-S-112.

118. Hellström PM, Saito Y, Bytzer P, Tack J, Mueller-Lissner S, Schambye H, **Chang L**. Characteristics of Acute Pain Attacks in Patients with Irritable Bowel Syndrome (IBS) Meeting Rome III Criteria. **Gastroenterology** 2010;138(5), Suppl 1:S-100.

119. Spiegel BM, Bolus RE, Harris LA, Lucak SL, Estralian E, Chey WD, Lembo A, Karsan HA, Tillisch K, Talley J, **Chang L**. Characterizing Abdominal Pain Attributes in IBS: Guidance for Study Inclusion Criteria and Outcome Measurement. **Gastroenterology** 2010;138(5), Suppl 1:S-99-S-100.

120. Spiegel BM, Bolus RE, Talley J, **Chang L**. Patient Willingness to Use a Subcutaneous (SC) GLP-1 Analogue for IBS Pain Episodes. **Gastroenterology** 2010;138(5), Suppl 1:S-227.

121. Spiegel BM, Bolus RE, Harris LA, Lucak SL, Estralian E, Chey WD, Lembo A, Karsan HA, Tillisch K, Talley J, **Chang L**. Characterizing Bowel Urgency: Guidance for Outcome Assessment in Patients with Diarrhea Predominant IBS.

122. Spiegel BM, Bolus RE, Harris LA, Lucak SL, Estralian E, Chey WD, Lembo A, Karsan HA, Tillisch K, Talley J, **Chang L**. Do IBS Patients Understand the Difference Between Abdominal Pain vs. Discomfort? Implications for Clinical Practice and Clinical Trial Design. **Gastroenterology** 2010;138(5), Suppl 1:S-379.

123. Spiegel BM, Bolus RE, Harris LA, Lucak SL, Estralian E, Chey WD, Lembo A, Karsan HA, Tillisch K, Talley J, **Chang L**. Patient-Reported Symptom Relief from Current Therapy is a Robust Marker of Illness Severity in IBS. **Gastroenterology** 2010;138(5), Suppl 1:S-119.

**2011**

124. Chey, WD, Camilleri, M, **Chang, L**, Rikner, L, Graffner, H. A3309, an Ileal Bile Acid Transport (IBAT /ASBT) Inhibitor, Significantly Improved Stool Frequency and Other Constipation-related Complaints in Adults with Chronic Constipation: Data from an 8-Week, Randomized, Double-Blind, Placebo-Controlled Study. Gastroenterology 2011;140(5), Supplement 1:S-3.

125. Alberto M, Shih W, Presson AP, Licudine A, Mayer EA, **Chang L**. Irritable Bowel Syndrome and Early Life Trauma Are Associated With an Enhanced HPA Axis Response to Hormone Stimulation. Gastroenterology 2011;140(5), Supple 1:S-462-463.

126.  Spiegel BM, Bolus RE, Agarwal N, Sayuk GS, Harris LA, Lucak SL, Esrailian E, Chey WD, Lembo A, Karsan HA, Tillisch K, Talley J, **Chang L**. Do Patients Understand the Bristol Stool Scale? Results of Cognitive De-Briefing of IBS Patients. Gastroenterology 2011; 140(5), Supplement 1:S-615.

127.  Spiegel BM, Bolus RE, Agarwal N, Sayuk GS, Harris LA, Lucak SL, Esrailian E, Chey WD, Lembo A, Karsan HA, Tillisch K, Talley J, **Chang L**. Factors Analysis of Bowel Symptoms in IBS: Guidance for Patient Reported Outcome (PRO) Development. Gastroenterology 2011; 140(5), Supplement 1:S-615.

**2012**

128.  Boroujerdi L, Shih W, Presson AP, Naliboff BD, Mayer EA, Chang L. Perceived stress is higher in IBS than healthy controls and correlates with IBS severity over time. Gastroenterology 2012;142 (5 Suppl 1):S-299.

129.  Rao SS, Chang L, Hao X, Lavins BJ, Shiff SJ, Cao X, Schneier H, Currie MG, Johnston JM. Assessing the percent of days Linaclotide improved abdominal symptoms and stool frequency in patients with IBS-C: A pooled analysis of two phase 3 trials. Gastroenterology 2012;142 (5 Suppl 1):S-816-S-817.

130.  Lembo A, Pimentel M, Chang L, Zakko S, Yu J, Merchant K, Bortey E, Forbes WP. Improvement in quality of life of patients with irritable bowel syndrome with diarrhea is sustained for 10 weeks following a 2-week course of Rifaximin. Gastroenterology 2012;142 (5 Suppl 1):S-819.

131.  Chang L, Chey WD, Drossman DA, Lembo A, Pimentel M, Schoenfeld PS, Yu J, Merchant K, Paterson C, Bortey E, Forbes WP. Safety and tolerability profile of ifaximin for treatment of IBS without constipation: Results of a pooled analysis of double-blind, placebo-controlled randomized controlled trials. Gastroenterology 2012;142 (5 Suppl 1):S-823.

132.  Lembo A, Chang L, Chey WD, Drossman DA, Pimentel M, Schoenfeld PS, Yu J, Merchant K, Paterson C, Bortey E, Forbes WP. Impact of concurrent use of PPIs or anti-depressants on efficacy of Rifaximin for IBS without constipation. Gastroenterology 2012;142 (5 Suppl 1):S-824.

133.  Kim SE, Presson AP, Shih W, Naliboff BD, Tillisch K, Mayer EA, Chang L. Body mass index (BMI) is associated with gastrointestinal symptoms in a racially and ethnically diverse IBS patient population. Gastroenterology 2012;142 (5 Suppl 1):S-825.

134.  Cheng P, Alberto M, Shih W, Presson AP, Licudine A, Mayer EA, Naliboff BD, Chang L. Autonomic response to a visceral stressor is dysregulated in irritable bowel syndrome and correlates with visceral perception. Gastroenterology 2012;142 (5 Suppl 1):S-831.

135.  Locke GR, Chang L, Currie MG, Hao X, Shi K, Schneier H, Johnston JM. Comparison of responder rates and degree of agreement for symptom-specific and global-relief endpoints in two phase 3 trials of Linaclotide in IBS-C. Gastroenterology 2012;142 (5 Suppl 1):S-736.

LINZ_0173230

136.   Schoenfeld PS, Chang L, Carson R, Shiff SJ, Lavins BJ, MacDougall JE, Jia XD, Schneier H, Currie MG, Johnston JM. Do baseline factors contribute to treatment satisfaction in patients with chronic constipation treated with Linaclotide vs placebo? Gastroenterology 2012;142 (5 Suppl 1):S-737-S-738.

137.   Chang L, Iliopoulos D, Polytarchou C, Alberto M, Shih W, Presson AP, Licudine A, Pothoulakis C, Mayer EA. Glucocorticoid receptor gene methylation is a potential biomarker of irritable bowel syndrome. Gastroenterology 2012;142 (5 Suppl 1):S-176-S.

138.   Pimentel M, Chang L, Chey WD, Drossman DA, Lembo A, Schoenfeld PS, Yu J, Merchant K, Paterson C, Bortey E, Forbes WP. Efficacy of Rifaximin for IBS without constipation in men and women. Gastroenterology 2012;142 (5 Suppl 1):S-182-S-183.

**2013**

139.   Gadd M, Shih W, Presson AP, Heendeniya N, Mayer EA, **Chang L**. Corticotropin Releasing Hormone Receptor 1 (CRH-R1) Polymorphisms Are Predictive of Irritable Bowel Syndrome (IBS) Status. Gastroenterology 2013, Vol. 144, Issue 5, S-121

140.   **Chang L**, Bolus R, Melmed GY, Hays RD, Khanna D, Khanna P, Spiegel BM. Differences in Gastrointestinal Symptom Severity Between Irritable Bowel Syndrome (IBS) and Inflammatory Bowel Disease (IBD) Patients and the General Population. Gastroenterology 2013, Vol. 144, Issue 5, S-918

141.   **Chang L**, Bolus R, Melmed GY, Hays RD, Khanna D, Khanna P, Spiegel BM. Gender and Group Differences in Gastrointestinal Symptom Severity Between Irritable Bowel Syndrome and Inflammatory Bowel Disease Patients and the General Population. Gastroenterology 2013, Vol. 144, Issue 5, S-380

142.   Cohen ER, Hays RD, Bolus R, Bolus S, Khanna D, **Chang L**, Khanna P, Spiegel BM, Melmed GY. How Well Do Physicians Perceive Severity of Patients' Gastrointestinal Symptoms? A Comparison Across Disease States. Gastroenterology 2013, Vol. 144, Issue 5, S-752

143.   Cohen ER, Bolus R, Khanna D, **Chang L**, Melmed GY, Khanna P, Spiegel BM. GERD Symptoms in the General Population: Prevalence and Severity vs. Care Seeking Patients. Gastroenterology 2013, Vol. 144, Issue 5, S-23

**2014**

144.   Joshi S, Polytarchou C, Iliopoulos D, DeYoung J, Mayer EA, **Chang L**. Global DNA Methylation Analysis in Irritable Bowel Syndrome. Gastroenterology 2014, Vol. 146, Issue 5, S-540–S-541

145.   Orand AC, Shih W, Ju T, Presson AP, Heendeniya N, Mayer EA, Naliboff BD, **Chang L**. Catecholaminergic Genetic Polymorphisms are Associated with Autonomic Nervous System (ANS) Function in Irritable Bowel Syndrome. Gastroenterology, Vol. 146, Issue 5, S-108.

LINZ_0173231

146.  Latorre R, J Huynh, A Gupta, Mazzoni M, Clavenzani P, **Chang L**, Mayer EA, De Giorgio R, Sternini C. Mucosal Bitter Taste Receptor Expression In Overweight And Obese Subjects. Gastroenterology, Vol. 146, Issue 5, S-115–S-116

147.  Jorge Rodriguez J, Dimitrios Iliopoulos D, Ypez SH, Hoffman JM, Baay-Gusman GJ, Tirado-Rodriguez AB, Law I, Hommes DW, Verspaget HW, **Chang L**, Pothoulakis C, Baritaki S. Inhibition of corticotropin-releasing hormone receptor 2 (CRHR2) expression in colorectal cancer correlates with tumor growth and EMT in vitro and in vivo, poor patient survival and increased risk for distant metastases. Gastroenterology, Vol. 146, Issue 5, S-814.

148.  Almario CV, MD, Chey, Kaung A, Whitman C, Fuller G, Reid M, Bolus R, Dennis B, Encarnacion R, Martinez B, Talley J, Modi R, Agarwal N, Lee A, Kubomoto S, Sharma G, Bolus S, **Chang L**, and Spiegel BMR. Computer Automated Evaluation of Gastrointestinal Symptoms (AEGIS) Outperforms Physician-Documented History of Presenting Illness (HPI): Results of a Blinded Comparison. Gastroenterology, Vol. 146, Issue 5, S-189.

149.  Videlock E, Muhurkar-Joshi S, Hoffman J, Shih W, Alberto M, **Chang L**. Guanylate cyclase-C receptor and ligand expression in colonic mucosa in chronic constipation. American Journal of Gastroenterology 2014;109:S2:S540.

**2015**

150.  **Chang L**, Aggarwal. Comparison of Symptoms, Health Care Utilization, and Treatment in Diagnosed and Undiagnosed Patients With IBS With Diarrhea. Gastroenterology 2015;148, Issue 4:S-652–S-653.

151.  Joshi SM, Mayer EA, **Chang L**. Genome-Wide Transcriptional Profiling Demonstrates Differences Between Irritable Bowel Syndrome (IBS), Inflammatory Bowel Disease (IBD) and Healthy Controls. Gastroenterology 2015;148, Issue 4:S-775–S-776.

152.  Park S, Shih W, Presson AP, Mayer EA, **Chang L**. Adverse Childhood Experiences Are Associated With Irritable Bowel Syndrome and Gastrointestinal Symptom Severity. Gastroenterology 2015;148, Issue 4:S-663–S-664.

153.  Videlock EJ, Liu C, Shih W, Naliboff BD, Mayer EA, **Chang L**. The Association of Early Adverse Life Events and Irritable Bowel Syndrome (IBS) Is Amplified by the Presence of Peritraumatic Fear. Gastroenterology 2015;148, Issue 4: S-656–S-657.

154.  Pimentel M, Chang L, Lembo A, Barrett AC, Yu J, Bortey E, Paterson C, Forbes WP. Durability of Benefit in IBS-D Patients Responding to a 2-Week Course of Rifaximin: Results From TARGET 3. Gastroenterology 2015;148, Issue 4:S-658–S-659.

155.  Videlock EJ, Liu C, Shih W, Naliboff BD, Mayer EA, **Chang L**. Internal Consistency and Test-Retest Reliability of the Early Trauma Inventory Self Report-Short Form (ETI-SR) in Patients With Irritable Bowel Syndrome (IBS) and Healthy Controls. Gastroenterology 2015;148, Issue 4:S-662.

LINZ_0173232

156. Dothel G, **Chang L**, Shih W, Barbaro MR, Stanghellini V, De Ponti F, Mayer EA, Barbara G, Sternini C. Increased Expression of μ-opioid and Cannabinoid Receptors in the Colonic Mucosa of Patients With Irritable Bowel Syndrome (IBS). Gastroenterology 2015;148, Issue 4:S-119.

157. Gupta A, Cole S, Labus JS, Nguyen TJ, Joshi SM, Kilpatrick LA, Tillisch K, **Chang L**, et al. Gene Expression Profiles in Peripheral Blood Mononuclear Cells (PBMCS) Correlate With Structural and Functional Brain Networks in Chronic Visceral Pain. Gastroenterology 2015;148, Issue 4:S-164–S-165.

158. **Chang L**, Chey WD, Drossman DA, Losch-Beridon TR, Wang M, Lichtlen P, Mareya SM. Effects of Baseline Abdominal Pain on Response to Lubiprostone in Patients With Constipation-Predominant Irritable Bowel Syndrome. Gastroenterology 2015;148, Issue 4:S-653.

159. **Chang L**, Pimentel M, Lembo A, Barrett AC, Yu J, Bortey E, Paterson C, Forbes WP. Characterizing the Effect of Rifaximin on Individual Symptoms of IBS-D: Findings From the Open-Label Phase of TARGET 3. Gastroenterology 2015;148, Issue 4:S-653.

160. Lacy BE, Pimentel M, **Chang L**, Barrett AC, Yu J, Bortey E, Paterson C, Forbes WP. Enduring Effects Following a Course of Rifaximin Therapy in Patients With IBS-D: Incremental Benefit Upon Repeat Treatment. Gastroenterology 2015;148, Issue 4:S-655.

161. Sanmiguel CP, Arpana Gupta A, Labus JS, Coveleskie K, Karagiannidis I, Alaverdyan M, Ashe-McNalley C, Stains J, **Chang L**, et al. Adiposity Is Associated With Alterations Within the Brain Reward System in Adult Subjects. Gastroenterology 2015;148, Issue 4,:S-674.

162. Gevorkian J, Verspaget HW, Hommes DW, **Chang L**, Pothoulakis C, Baritaki S. Corticotropin-Releasing Hormone Receptor 2 (CRHR2) Inhibits Colorectal Cancer Immunoescape Through Regulation of Fas/FasL Signaling. Gastroenterology 2015;148, Issue 4:S-732.

163. Chey WD, **Chang L**, Lembo A, Aggarwal K, Bortey E, Paterson C, Forbes WP.  Effects of Rifaximin on Urgency, Bloating, and Abdominal Pain in Patients With IBS-D: A Randomized, Controlled, Repeat Treatment Study. Gastroenterology, 2015;148, Issue 4:S-69.

164. Adeyemo MA, Shih W, Joshi SM, Mayer EA, **Chang L**. Enhanced Stimulated Stress Hormone Response in Irritable Bowel Syndrome (IBS) Is Associated With Downregulation of Glucocorticoid Receptor Expression. Gastroenterology 2015;148, Issue 4:S-54–S-55.

165. Almario CV, Chey WD, Iriana S, Whitman CB, Fuller G, Reid MW, Bolus R, Dennis RA, et al. Automated Evaluation of Gastrointestinal Symptoms (AEGIS) Versus Physician Identification of Gastrointestinal Alarm Features. Gastroenterology 2015;148, Issue 4;S-205–S-206.

166. Neshatian L, Strege PR, Beyder A, Bernard CE, Mazzone A, Gibbons SJ, Tester DJ, Will ML, et al. IBS Patients Have *SCN5A* Mutations That Result in Decreased NaV1.5

LINZ_0173233

Current and Mechanosensitivity. Gastroenterology 2015, Vol. 148, Issue 4, S-130–S-131.

167.   Polytarchou C, Hommes DW, Palumbo T, Hatziapostolou M, Koukos G, van der Meulen-de Jong AE, Oikonomopoulos A, Van Deen WK, Vorvis C, **Chang L**, Anton PA, Pothoulakis C, Verspaget HW, Iliopoulos D.  Targeting a microRNA for the Therapy of Colitis-Associated Colorectal Cancer. Gastroenterology 2015, Vol. 148, Issue 4, S-74.

**2016**

168.   Garcia-Carraballo S, Harrington A, Castro J, Hanning G, Kurtz CB, Silos-Santiago A, Chang L, Brierley S. Guanylate cyclase-C expression is down-regulated in colonic biopsies from female irritable bowel syndrome patients with constipation. Gastroenterology 2016;150(4):S81-S82.

169.   Nguyen V, Shih W, Presson A, Naliboff BD, Kilpatrick LA, Gupta A, Mayer EA, Chang L. Resilience is decreased in irritable bowel syndrome (IBS) and associated with poorer quality of life and greater symptom severity.Gastroenterology 2016;150(4):S731.

170.   Orand AC, Naliboff BD, Shih W, Presson A, Mayer EA, Chang L. Corticotropin-releasing hormone receptor 1 (CRH-R1) polymorphisms are associated with irritable bowel syndrome (IBS) and acoustic startle response (ASR). Gastroenterology 2016;150(4):S946-S947.

171.   Mahurkar-Joshi S, Videlock EJ, Iliopoulos D, Mayer EA, Chang L. Functional pathways associated with differential colonic mucosal expression of microRNA and mRNA in irritable bowel syndrome. Gastroenterology 2016;150(4):S949.

172.   Park S, Shih W, Presson A, Videlock EJ, Mayer EA, Chang L. Differences in cortisol responses to hormone challenge vs. visceral stressor in irritable bowel syndrome. Gastroenterology 2016;150(4):S950-S951.

173.   Bashashati M, Moossavi S, Rezaei N, Moraveji S, Cremon C, Hughes PA, Bian Z, Choi CH, Lee O-Y, Coëffier M, Chang L, Ohman L, Schmulson MJ, Simren M, Sharkey KA, Barbara G. Colonic Immune cells in irritable bowel syndrome: A systematic review and meta-analysis. Gastroenterology 2016;150(4):S951-S952.

174.   Strege PR, Beyder A, Mazzone A, Bernard C, Linden DR, Gibbons SJ, Chang L, Mayer EA, Farrugia G. IBS-associated SCN5A mutation G615E results in a NaV1.5 channel with normal Na+ current density but loss of mechanosensitivity. Gastroenterology 2016;150(4):S952.

**2017**

175.   Larauche, MH, Mahurkar-Joshi S, Biraud M, Ju T, Islam N, Mayer EA, **Chang L**. Sex-Dependent Alterations of Colonic Epithelial Permeability in Irritable Bowel Syndrome. Gastroenterology 2017, Volume 152, Issue 5, S723.

176.   Ju T, Naliboff BD, Shih W, Presson A, Liu C, Gupta A, Mayer EA, **Chang L**. Gastroenterology 2017, Volume 152, Issue 5 , S711 - S712.

177. Park S, Naliboff BD, Shih W, Presson P, Ju T, Kilpatrick LA, Gupta A, Mayer EA, **Chang L**. Resilience is Associated with Early Life Stress and HPA Axis Response in IBS. Gastroenterology 2017, Volume 152, Issue 5, S921.

178. Mahurkar-Joshi S, Labus JS, Jacobs J, Videlock EJ, Lagishetty V, Iliopoulos D, Mayer EA, **Chang L**. Colonic Mucosal Microbiome is Associated with Mucosal Microrna Expression in Irritable Bowel Syndrome. Gastroenterology 2017, Volume 152, Issue 5 , S40 - S41.

179. Videlock EJ, Mahurkar-Joshi S, Iliopoulos D, Pothoulakis C, Mayer EA, **Chang L**. Expression Profiling of Sigmoid Biopsies in Irritable Bowel Syndrome vs Healthy Controls. Gastroenterology 2017, Volume 152 , Issue 5, S722.

180. Videlock EJ, Mahurkar-Joshi S, Iliopoulos D, Pothoulakis C, Mayer EA, **Chang L**. Dysregulation of the Long-Noncoding RNA, Ghrlos, in Irritable Bowel Syndrome. Gastroenterology 2017, Volume 152 , Issue 5, S722.

181. Kalani A, Naliboff BD, Shih W, Mayer EA, **Chang L**. Increased Sleep Disturbances in Irritable Bowel Syndrome (IBS) Patients is Associated with Greater Symptom Severity and Decreased Quality Of Life. Gastroenterology 2017, Volume 152, Issue 5, S716.

**2018**

182. Parker CH, Naliboff BD, Shih W, Presson AP, Videlock EJ, Mayer EA, **Chang L**. Stressful life events in adulthood increase risk for irritable bowel syndrome and symptom severity. **Gastroenterology** 2018;154(6) Suppl 1: S-105.

183. Larauche MH, McGinn J, Labus JS, Tillisch K, **Chang L**, Mayer EA, Hsiao E. Brain-gut alterations in germ-free mice transplanted with fecal microbiota from IBS patients. **Gastroenterology** 2018;154(6) Suppl 1: S-116.

184. Osadchiy V, Labus JS, Gupta A, Jacobs JP, Ashe-McNalley C, Hsiao E, **Chang L**, Sanmiguel CP, Mayer EA. Correlation of gut microbiota-derived tryptophan metabolites with connectivity of extended central reward network in healthy subjects. **Gastroenterology** 2018;154(6) Suppl 1: S-182-S183.

185. Mahurkar-Joshi S, Videlock EJ, Iliopoulos D, Pothoulakis C, Mayer EA, **Chang L**. Epigenetic changes in blood cells and colonic mucosa are associated with irritable bowel syndrome (IBS). **Gastroenterology** 2018;154(6) Suppl 1: S-214.

186. Parker CH, Mahurkar-Joshi S, Iliopoulos D, Pothoulakis C, Shih W, Presson AP, Mayer EA, **Chang L**. DNA methylation age acceleration is associated with decreased resilience in irritable bowel syndrome. **Gastroenterology** 2018;154(6) Suppl 1: S-325.

187. Wang J, Larauche MH, Siegel M, King AJ, Mayer EA, Tillisch K, Labus JS, **Chang L**, Caldwell JS. Tenapanor attenuates increased macromolecule permeability in human colon monolayer cultures induced by inflammatory cytokines and human fecal supernatants. **Gastroenterology** 2018;154(6) Suppl 1: S-326.

LINZ_0173235

188. Gupta A, Osadchiy V, Labus JS, Kilpatrick LA, Sanmiguel CP, **Chang L**, Tillisch K, Naliboff BD, Mayer EA. Sex differences: Early life adversity and adult stress are associated with alterations in the extended reward network and increased food addiction. **Gastroenterology** 2018;154(6) Suppl 1: S-431.

189. Gupta A, Osadchiy V, Labus JS, Jacobs JP, Kilpatrick LA, Sanmiguel CP, Tillisch K, **Chang L**, Naliboff BD, Mayer EA. Early life adversity is associated with increased susceptibility to brain-gut alterations and hedonic eating behaviors in obesity. **Gastroenterology** 2018;154(6) Suppl 1: S-749-S-750.

190. Kalani A, Labus JS, **Chang L**, Mayer EA. Increased perceived stress is associated with a sex-dependent functional change in the brain of irritable bowel syndrome patients. **Gastroenterology** 2018;154(6) Suppl 1: S-750.

191. Strege PR, Mazzone A, Saito Loftus YA, Bernard C, Gibbons SJ, Linden DR, **Chang L**, Beyder A, Farrugia G. IBS-associated Scn5A mutation G615E results in Nav1.5 voltage-dependent sodium channels with normal voltage-dependent function and loss of mechanosensitivity. **Gastroenterology** 2018;154(6) Suppl 1: S-920.

192. Trieschmann KD, Mayer EA, Naliboff BD, Mahurkar-Joshi S, **Chang L**. The Visceral Sensitivity Index: A novel tool for measuring GI-symptom specific anxiety in inflammatory bowel disease (IBD). **Gastroenterology**2019;156(6):S-437–S-438.

193. Lenhart A, Naliboff BD, Mayer EA, **Chang L**. Postmenopausal women with irritable bowel syndrome (IBS) have more severe symptoms than premenopausal women with IBS. **Gastroenterology** 2019;156(6):S-465.

194. Lenhart A, Choo C, Shih W, Jaffe N, Liu C, Gupta A, Labus JS, Mayer EA, **Chang L**. Effect of symptom severity and gender on dietary patterns in patients with irritable bowel syndrome. **Gastroenterology** 2019;156(6):S-466.

195. Hagiwara SI, Hasdemir B, Heyman MB, **Chang L**, Bhargava A. GPCR-containing B7-2+ extracellular vesicles from immune cells in blood correlate with irritable bowel syndrome severity. **Gastroenterology** 2019;156(6):S-571.

196. Holden MG, Naliboff BD, Shih W, Jacobs JP, Videlock EJ, Mayer EA, **Chang L**. Autonomic nervous system response in irritable bowel syndrome is associated with sex, bowel habit and gut microbiota. **Gastroenterology**2019;156(6): S-580–S-581.

197. O'Laco KA, Parker CH, Mahurkar-Joshi S, Shih W, Videlock EJ, Sanmiguel CP, Gupta A, Emeran A. Mayer, **Chang L**. The association of visceral adiposity with irritable bowel syndrome, symptom severity, and the hypothalamic-pituitary-adrenal axis response. **Gastroenterology** 2019;156(6):S-584.

198. Parker CH, Naliboff BD, Shih W, Presson AP, Kilpatrick LA, Liu C, **Chang L**. Resilience in irritable bowel syndrome is lower compared to the general population and other chronic gastrointestinal conditions.**Gastroenterology** 2019;156(6):S-1061.

199. Mahurkar-Joshi S, Jacobs JP, Lagishetty V, Choo C, Mayer EA, **Chang L**. Colonic mucosal microbiome is associated with bowel habit subtypes in irritable bowel syndrome (IBS) patients. **Gastroenterology**2019;156(6):S-1163–S-1164.

200.   Choo C, Mahurkar-Joshi S, Jacobs JP, Lagishetty V, Lenhart A, Jaffe N, Mayer EA, **Chang L.** Colonic mucosal microbiome correlates with dietary intake in IBS patients and healthy controls. **Gastroenterology** 2019;156(6): S-1164.

201.   LeBrett W, Chen F, Yang, L, **Chang L**. Opioid and Neuromodulator Prescription Patterns Among U.S. Gastroenterologists. **American Journal of Gastroenterology** 2019 abstract

LINZ_0173237

TAB B

## CURRICULUM VITAE
## WILLIAM F. DEGRADO

**Home Address:**   24 Joy Street
San Francisco, CA 94107

**Office Address:**   William DeGrado
Professor, Department of Pharmaceutical Chemistry
Investigator, Cardiovascular Research Institute
University of California, San Francisco
555 Mission Bay Blvd South
San Francisco, CA 94158-9001

**Education:**

| | |
|---|---|
| 1973-1975 | Northcentral College (Chemistry) |
| 1975-1977 | B.A. Kalamazoo College |
| 1977-1981 | Ph.D.   University of Chicago (Chemistry) |

**Positions Held:**

| | |
|---|---|
| 1981-1990 | Research Chemist, DuPont, Central Research & Development Department |
| 1990-1992 | Research Leader, DuPont Merck Pharmaceutical Company, Biotechnology |
| 1992-1994 | Research Fellow, DuPont Merck Pharmaceutical Company, Structural Biology |
| 1994-1995 | Senior Director, DuPont Merck Pharmaceutical Company, Medicinal Chemistry Dept |
| 1996-2011 | Professor, Department of Biochemistry and Biophysics, UPenn School of Medicine |
| 2003-2011 | Adjunct Professor, Department of Chemistry, University of Pennsylvania |
| 2011-Present | Professor, Department of Pharmaceutical Chemistry, UCSF, Investigator, UCSF Cardiovascular Research Institute. |

**Visiting Positions:**

| | |
|---|---|
| 1986 | Instructor: Protein Design Workshop, European Molecular Biology Laboratory, Heidelberg, Germany. |
| 1987 | Sloan Visiting Lecturer, Department of Chemistry, Harvard University. |
| 1987-1989 | Adjunct Professor, Department of Biophysics, Johns Hopkins Medical School. |
| 1991 | Visiting Professor City University of New York |
| 1991-1996 | Adjunct Professor, Department of Biochemistry and Biophysics, University of Pennsylvania. |
| 1994 | Wellcome Visiting Professor, Louisiana State University. |
| 2010-2011 | University of California, San Francisco |

**Awards:**

| | |
|---|---|
| 1988 | Du Vigneaud Award for Young Investigators in Peptide Research. |
| 1989 | Protein Society Young Investigator Award. |
| 1992 | Eli Lilly Award in Biological Chemistry. |
| 1993 | DuPont Merck Summit Award |
| 1995 | Fellow, American Association for the Advancement of Science |
| 1998 | Fellow, American Academy of Arts & Sciences |
| 1999 | Member, National Academy of Sciences (U.S.A.) |
| 2003 | Merrifield Award, Peptide Society |
| 2008 | Ralph F. Hirschmann Award in Peptide Chemistry (American Chemical Society) |
| 2009 | Makineni Award (APS) |
| 2014 | National Academy of Inventors |
| 2015 | Stein and Moore Award, Protein Society |
| 2017 | Cope Scholar Award, American Chemical Society |
| 2018 | M. Goodman Memorial Prize (American Chemical Society, Biological Division). |

**Professional Activities:**

| | |
|---|---|
| 1996-98 | Peptide Society (Council 1996-98), Publications Committee 1990-) |
| 1991 | Organizer, Keystone Meeting on Protein Structure, Folding, and Design |

LINZ_0173283

## CURRICULUM VITAE
## WILLIAM F. DEGRADO

| | Gordon Research Conference, Council at large |
|---|---|
| 1997-2001 | Member, Bioorganic and Natural Products Study Section, NIH |
| 2001-2003 | President, Protein Society |

**Editorial positions:**

| 1986-1990 | Associate editor, *Proteins: Structure, Function, Genetics.* |
|---|---|
| 1998-2000 | Associate editor, *Journal of Peptide Research* |

**Editorial Boards:**

| 1990-2008 | Proteins, Structure, Function, Genetics |
|---|---|
| 1988-1995 | Journal of the American Chemical Society |
| 1988-2001 | Journal of Molecular Recognition |
| 1989-1998 | International Journal of Peptide and Protein Research |
| 1998- | Journal of Peptide Research |
| 1989- | Protein Engineering |
| 1990-1995 | Protein Science, Journal of the Protein Society |
| 1994-1997 | Biochemistry |
| 1994-1998 | Protein and Peptide Letters |
| 1999-2009 | Accounts of Chemical Research |
| 1998-2002 | Journal of Combinatorial Chemistry |
| 1999- | Current Opinion in Chemical Biology |
| 1999- | Structure |
| 1989 | Guest Editor, Emil T. Kaiser Memorial Issue of Biopolymers. |
| 1989 | Associate Editor, "Current Research in Protein Chemistry" |
| 1993,95,97,99, 01, 03, 05, 09, 11 | Guest Editor "Current Opinion in Structural Biology" (volume on protein engineering) |
| 1999 | Guest Editor, Chemical Reviews |
| 2019- | Proceedings of the National Academy of Science, U.S.A. |
| 2019- | Quarterly Reviews of Biophysics |

## Bibliography

1.  **DeGrado WF** and Kaiser, E. T (1980) Polymer-Bound Oxime Esters as Supports for Solid-Phase Peptide Synthesis. Preparation of Protected Peptide Fragments. *J. Org Chem.* 45, 1295.

2.  Bramson, H. N., Thomas, N., **DeGrado WF**, and Kaiser, E. T (1980) Development of a Convenient Spectrophotometric Assay for Peptide Phosphorylation Catalyzed by Adenosine 3', 5' - Monophosphate Dependent Protein Kinase. *J. Amer. Chem. Soc.* 102, 7156.

3.  **DeGrado WF**, Kèzdy, F. J., and Kaiser, E. T (1981) Design, Synthesis, and Characterization of a Cytotoxic Peptide with Melittin-Like Activity". *J. Amer. Chem. Soc.* 103, 679.

4.  **DeGrado WF**, Musso, G. F., Lieber, M., Kaiser, E. T., and Kèzdy, F. J (1981) Kinetics and Mechanism of Hemolysis Induced by Melittin and a Synthetic Melittin Analogue. *Biophys. J.* 37, 329.

5.  **DeGrado WF** and Kaiser, E. T (1982) Solid Phase Synthesis of Protected Peptides on a Polymer-Bound Oxime: Preparation of Segments Comprising the Sequence of a Cytotoxic 26-Peptide. *J. Org. Chem.* 47, 3258.

6.  **DeGrado WF**, Wasserman, Z. R. & Chowdhry, V (1982) Sequence and structural homologies among type I and type II interferons. *Nature* 300, 379-81.

7.  **DeGrado WF** (1983) "Solution Phase Synthesis of Cecropin A 1-22 and Pontent Analogues Thereof", in *Peptides: Structure and Function* (eds. V. J. Hruby and D. H. Rich), 195.

8.  Robb, R. J., Kutny, R. M., Panico, M., Morris, H., **DeGrado WF** & Chowdhry, V (1983) Posttranslational modification of human T-cell growth factor. *Biochem Biophys Res Commun* 116, 1049-55.

9.  Chow, T. P., **DeGrado WF** & Knight, E., Jr (1984) Antibodies to synthetic peptides of human interferon-beta. Use in biosynthetic studies. *J Biol Chem* 259, 12220-5.

LINZ_0173284

**CURRICULUM VITAE**
**WILLIAM F. DEGRADO**

10. Persson, H., Hennighausen, L., Taub, R., DeGrado, W. & Leder, P (1984) Antibodies to human c-myc oncogene product: evidence of an evolutionarily conserved protein induced during cell proliferation. *Science* 225, 687-93.

11. Sigal, I. S., **DeGrado WF**, Thomas, B. J. & Petteway, S. R., Jr (1984) Purification and properties of thiol beta-lactamase. A mutant of pBR322 beta-lactamase in which the active site serine has been replaced with cysteine. *J Biol Chem* 259, 5327-32.

12. Briggs, M. S., Gierasch, L. M., Zlotnick, A., Lear, J. D. & **DeGrado WF** (1985) In vivo function and membrane binding properties are correlated for Escherichia coli lamB signal peptides. *Science* 228, 1096-9.

13. Cox, J. A., Comte, M., Fitton, J. E. & **DeGrado WF** (1985) The interaction of calmodulin with amphiphilic peptides. *J Biol Chem* 260, 2527-34.

14. O'Neil, K. T. and **DeGrado WF** (1985) "A Predicted Structure of Calmodulin Suggests an Electrostatic Basis for its Function". *Proc. Natl. Acad. Sci. USA* 82, 4954.

15. **DeGrado WF**, Prendergast, F. G., Wolfe, H. R., Jr., and Cox, J. A (1985) The Design, Synthesis, and Characterization of Tight-Binding Inhibitors of Calmodulin. *J. Cell. Biochem.* 29, 83.

16. **DeGrado WF** and Lear, J. D (1985) Induction of Peptide Conformation at Apolar/Water Interfaces I: A Study with Model Peptides of Defined Hydrophobic Periodicity. *J. Amer. Chem. Soc.* 107, 7684.

17. **DeGrado WF**, Erickson-Viitanen, S., and O'Neil, K. T (1985) Theoretical and Experimental Approaches to the Design of Calmodulin-Binding Peptides, in *Protein Engineering* Chapter 18 (F. Fox and D. Oxender eds.).

18. **DeGrado WF**, O'Neil, K. T., and Erickson-Viitanen, S (1986) Synthetic and Computer Modeling of Calmodulin-Protein Interactions. In *Current Communications in Molecular Biology, Cold Spring Harbor Laboratory.*

19. Kauer, J. C., Viitanen, S., and **DeGrado WF** (1986) p-Benzoyl-phenylalanine, A New Photoprobe That Can Readily Be Incorporated into Synthetic Peptides: Applications to Calmodulin Binding Peptides. *J. Biol. Chem.* 261, 10695.

20. Cheng, Y. E., Becker, M. F., Nguyen, P. D., **DeGrado WF**, and Jonak, G. J (1986) Nonidentical Induction of the Guanylate-Binding Protein and the 56 K Protein by Type-I and Type-II Interferons. *J. Interferon Res.* 6, 417.

21. Eisenberg, D., Wilcox, W., Eshita, S. M., Pryciak, P. M., Ho, S. P., and **DeGrado WF** (1986) The Design Synthesis and Crystallization of an A☐-Helical Peptide. *Proteins* 1, 16.

22. Ho, S. P., and **DeGrado, W. F.** (1987) Design of a 4-helix bundle protein: synthesis of peptides which self-associate into a helical protein, *J. Am. Chem. Soc.* 109, 6751-6758.

23. Erickson-Viitanen S., and DeGrado, W. F (1987) The Interaction of Calmodulin with Amphiphilic Peptides". *Methods in Enzymology* 139, 455.

24. Lear, J. D. & **DeGrado WF** (1987) Membrane binding and conformational properties of peptides representing the NH2 terminus of influenza HA-2. *J Biol Chem* 262, 6500-5.

25. **DeGrado WF**, Regan, L. & Ho, S. P (1987) The design of a four-helix bundle protein. *Cold Spring Harb Symp Quant Biol* 52, 521-6.

26. **DeGrado WF**, Erickson-Viitanen, S., Wolfe, H. R., Jr. & O'Neil, K. T (1987) Predicted calmodulin-binding sequence in the gamma subunit of phosphorylase b kinase. *Proteins* 2, 20-33.

27. Erickson-Viitanen, S. & **DeGrado WF** (1987) Recognition and characterization of calmodulin-binding sequences in peptides and proteins. *Methods Enzymol* 139, 455-78.

28. O'Neil, K. T., Wolfe, H. R., Jr., Erickson-Viitanen, S. & **DeGrado WF** (1987) Fluorescence properties of calmodulin-binding peptides reflect alpha-helical periodicity. *Science* 236, 1454-6.

29. **DeGrado WF** (1988) Design of peptides and proteins. *Adv Protein Chem* 39, 51-124.

- 3 -

LINZ_0173285

## CURRICULUM VITAE
## WILLIAM F. DEGRADO

30. Lear, J. D., Wasserman, Z. R. & **DeGrado WF** (1988) Synthetic amphiphilic peptide models for protein ion channels. *Science* 240, 1177-81.

31. Regan, L. & **DeGrado WF** (1988) Characterization of a helical protein designed from first principles. *Science* 241, 976-8.

32. Regan, L., Ho, S. P., Wasserman, Z., and **DeGrado WF**: "De Novo Design of Helical Proteins." in *The Protein Folding Problem* (J. King and L. Gierasch eds.) based on symposia at the AAAS Annual Meetings 1988 and 1989.

33. Rockwell, A. L., Lear, J. D., and **DeGrado WF** (1989) Minimally Designed Ion Channels. *Proceedings of the Eleventh American Peptide Symposium.*

34. **DeGrado WF**, Wasserman, Z. R. & Lear, J. D (1989) Protein design, a minimalist approach. *Science* 243, 622-8.

35. O'Neil, K. T., Erickson-Viitanen, S. & **DeGrado WF** (1989) Photolabeling of calmodulin with basic, amphiphilic alpha-helical peptides containing p-benzoylphenylalanine. *J Biol Chem* 264, 14571-8.

36. O'Neil, K. T. and **DeGrado WF** (1989) Photolabeling and Fluorescence Studies of Peptide/Calmodulin Complexes; Evidence for Bending of Calmodulin's Central Helix. *Proteins* 6, 284-293.

37. **DeGrado WF** and O'Neil, K. T (1990) How Calmodulin Binds its Targets: Sequence Independent Recognition of Amphiphilic a⊓-helices. Trends in *Biochem. Sci.* 15, 59-64.

38. **DeGrado WF** & Lear, J. D (1990) Conformationally constrained alpha-helical peptide models for protein ion channels. *Biopolymers* 29, 205-13.

39. Rafalski, M., Lear, J. D. & **DeGrado WF** (1990) Phospholipid interactions of synthetic peptides representing the N-terminus of HIV gp41. *Biochemistry* 29, 7917-22.

40. Hill, C. P., Anderson, D. H., Wesson, M., **DeGrado WF**, and Eisenberg, D (1990) Crystal Structure of _1, Implications for Protein Design. *Science* 249, 543.

41. O'Neil, K. T. and **DeGrado WF** (1990) Thermodynamic Parameters for Helix Formation for the Twenty Commonly-Occurring Amino Acids. *Science* 250, 646 .

42. O'Neil, K. T., Hoess, R., and **DeGrado WF** (1990) Design of DNA-Binding Peptides Based on the Leucine Zipper Motif. *Science* 249, 774.

43. Handel, T. and **DeGrado WF** (1990) De Novo Design of a Zn2+-Binding Protein *J. Amer. Chem. Soc.* 112, 6710.

44. O'Neil, K. T., Shuman, J. D., Ampe, C., and **DeGrado WF** (1991) DNA-induced increase in the a-helical content of C/EBP and GCN4. *Biochemistry* 30, 9030-9034.

45. Rockwell, A. L., O'Neil, K. T., and **DeGrado WF** (1991) Stabilities of coiled coil dimers as a model for leucine zippers. *Proceedings of the Twelfth American Peptide Symposium.*

46. Live, D., Osterhaut, J. J., Jr., Hoch, J. C., Handel, T. and **DeGrado WF** (1991) in *Proceedings of the Twelfth American Peptide Symposium.*

47. **DeGrado WF**, Raleigh, D. P., Handel, T (1991) De Novo protein design: what are we learning?" *Current Opinion in Structural Biology* 1, 984-993.

48. Rafalski, M., Ortiz, A., Rockwell, A., van Ginkel, L. C., Lear, J. D., **DeGrado WF** & Wilschut, J (1991) Membrane fusion activity of the influenza virus hemagglutinin: interaction of HA2 N-terminal peptides with phospholipid vesicles. *Biochemistry* 30, 10211-20.

49. Osterhout, J. J., Jr., Handel, T., Na, G., Toumadje, Z., Long, R. C., Connolly, P. J., Hoch, J. C., Johnson, W. C., Jr., Live, D., and **DeGrado WF** (1992) Characterization of the structural properties of _1B, a peptide designed to form a four-helix bundle. *J. Amer. Chem. Soc.* 114, 331-337.

50. Epand, R. M., Cheetham, J. J., Epand, R., F., Yeagle, P. L., Richardson, C. D., and **DeGrado WF** (1992) Peptide models for the membrane-destabilizing actions of viral fusion proteins. *Biopolymers* 32, 309-314.

- 4 -

LINZ_0173286

**CURRICULUM VITAE**
**WILLIAM F. DEGRADO**

51. Anthony-Cahill, S. J., Benfield, P. A., Fairman, R., Wasserman, Z. R., Brenner, S. L., Stafford, W. F., 3rd, Altenbach, C., Hubbell, W. L. & **DeGrado WF** (1992) Molecular characterization of helix-loop-helix peptides. *Science* 255, 979-83.

52. Chung, L. A., Lear, J. D. & **DeGrado WF** (1992) Fluorescence studies of the secondary structure and orientation of a model ion channel peptide in phospholipid vesicles. *Biochemistry* 31, 6608-16.

53. Lovejoy, B., Akerfeldt, K. S., **DeGrado WF** & Eisenberg, D (1992) Crystallization of proton channel peptides. *Protein Sci* 1, 1073-7.

54. Fairman, R., Anthony-Cahill, S. J., DeGrado, W. F (1992) The helix-forming propensity of D-Ala in a right-handed a-helix,. *J. Amer. Chem. Soc.*, 114, 5458-5459.

55. O'Neil, K. T., Hoess, R. H., Jackson, S. A., Ramachandran, N., Mousa, S. A., **DeGrado WF** (1992) Identification of GPIIb/IIIa-binding peptides using a conformationally constrained phage peptide library" *Proteins*, 14, 509-515.

56. Rao, U., Teeter, M. M., Erickson-Viitanen, S. & **DeGrado WF** (1992) Calmodulin binding to alpha 1-purothionin: solution binding and modeling of the complex. *Proteins* 14, 127-38.

57. Raleigh, D., P., **DeGrado WF** (1992) A de novo designed protein shows a thermally induced transition from a native to a molten globule-like state. *J. Amer. Chem. Soc.* 114, 1079-1081.

58. Lovejoy, B., Le, T. C., Luthy, R., Cascio, D., O'Neil, K. T., **DeGrado WF** & Eisenberg, D (1992) X-ray grade crystals of a designed alpha-helical coiled coil. *Protein Sci* 1, 956-7.

59. Akerfeldt, K., Kim, R., M., Camac, D., Groves, J. T., Lear, F. D., **DeGrado WF** (1992) Tetraphilin: a four-helix bundle proton channel built on a tetraphenylporphyrin framework. *J. Amer. Chem. Soc.* 114, 9656.

60. Akerfeldt, K. A., Lear, J. D., Wasserman, Z. R., Chung, L., **DeGrado WF** (1993).Synthetic peptide models for protein ion channels" *Acc. Chem. Res.* 26, 191-197 .

61. Betz, S. F., Raleigh, D. P., **DeGrado WF** (1993) De novo protein design: from molten globules to native-like states. *Current Opinion in Structural Biology*, 3, 601-610.

62. **DeGrado WF**, Matthews, B. W (1993) Engineering and Design. *Current Opinion in Structural Biology*, 3, 547-548.

63. **DeGrado WF** (1993).Catalytically Active Molten Globules, *Nature* 365, 488-489.

64. Handel, T. M., Williams, S. A. & **DeGrado WF** (1993) Metal ion-dependent modulation of the dynamics of a designed protein. *Science* 261, 879-85.

65. Handel, T., Williams, S., Menyhard, D., **DeGrado WF**, (1993)Introduction of a Trp residue into _4 as a probe of its molten globule character. *J. Amer. Chem. Soc.* 115, 4457-4460.

66. Lovejoy, B., Choe, S., Cascio, D., McRorie, D. K., **DeGrado WF**, Eisenberg, D (1993) Crystal structure of a synthetic triple-stranded leucine zipper. *Science*, 259, 1288-1293.

67. Fairman, R., Beran-Steed, R. K., Anthony-Cahill, S. J., Lear, J. D., Stafford, W. F., 3rd, **DeGrado WF**, Benfield, P. A. & Brenner, S. L (1993) Multiple oligomeric states regulate the DNA binding of helix-loop-helix peptides. *Proc Natl Acad Sci U S A* 90, 10429-33.

68. O'Neil, K. T., **DeGrado WF**, Mousa, S. A., Ramachandran, N., Hoess, R., H (1994) Identification of recognition sequences of adhesion molecules using phage display technology. *Methods in Enzymology* 245, 370-385 .

69. O'Neil, K. T., **DeGrado WF**, Hoess, R. H (1994) Phage display of random peptides on a protein scaffold. *Techniques in Protein Chemistry*, 5, 517-524.

70. Lear, J. D., Wasserman, Z. R., **DeGrado WF** (1994).The use of synthetic peptides for the study of protein structure. *Membrane Protein Structure* S. White, ed., Oxford University Press.

71. Choma, C., Lear, J. D., Nelson, M. J., Dutton, P. L., Robertson, D. E., **DeGrado WF** (1994) Design of a heme-binding four-helix bundle. *J. Amer. Chem. Soc.* 116, 856-865.

LINZ_0173287

## CURRICULUM VITAE
## WILLIAM F. DEGRADO

72. D. E. Robertson, R. S. Farid, C. C. Moser, J. L. Urbauer, S. E. Mulholland, R. Pidikiti, J. D. Lear, A. J. Wand, W. F. DeGrado, P. L. Dutton (1994) Design and synthesis of multi-heam proteins *Nature,* 368 425-432 .

73. Mousa, S. A., Bozarth, J. M., Forsythe, M. S., Jackson, S. M., Leamy, A., Diemer, M. M., Kapil, R. P., Knabb, R. M., Mayo, M. C., Pierce, S. K., DeGrado, W., F., Thoolen, M. J., Reilly, T. M (1994) Antiplatelet, antothrombotic efficacy of DMP728, a novel platelet GPIIb/IIIa receptor antagonis, *Circulation* 89, 1, 3-12.

74. C. Bach, C. J. Eyermann, J. D. Gross, M. J. Bower, R. L. Harlow, P. C. Weber, W. F. DeGrado (1994) Structural studies of a family of high affinity ligands for IIb/IIIa" *J. Amer. Chem. Soc.* 116,, 3207-3219 .

75. Mousa, S.A., Hassell, S., Pierce, S., Lorelli, W., DeGrado, W.F., Thoolen, M., Reilly, T.M (1994) Intravenous antiplatelet efficacy and safety of the platelet GPIIb/IIIa antagonist, DMP728 in anesthetized dogs. *Thrombosis Research*, 76, 109-119.

76. Rabanal, F., **DeGrado WF**, Dutton, P. L (1994) De Novo Design of Peptide Models of Cytochromes: Towards the Synthesis of a Photosynthetic Reaction Center Maquette. *Proceedings 14th Amer. Peptide Symp.*.

77. Akerfeldt, K. S., Lear, J. D., **DeGrado WF** (1994).Synthetic peptides as models for ion channel proteins. *Proceedings of the Tanigushi Symposium, Japan.*

78. Kienker, P.K., **DeGrado, W.F.,** Lear, J.D (1994).A helical-dipole model describes the single-channel rectification of an uncharged peptide ion channel. *Proc. Nat. Acad. Sci.* 91, 4859-4863.

79. Regan, L., Rockwell, A., Wasserman, Z., **DeGrado WF** (1994) Disulfide crosslinks to probe the structure and flexibility of a designed four-helix bundle protein. *Protein Science* , 3, 2419-2427 .

80. Akerfeldt, K. S., **DeGrado WF** (1994) Synthesis and per-functionalization of heptakis(6-O-carboxymethyl-2,3,-di-O-methyl)cyclomaltoheptaose. *Tetrahedron Letters*, 35, 4489-4492.

81. Jackson, S. A., **DeGrado WF**, Harlow, R., Dwivedi, A., Parthasarathy, A., Higley, A., Krywko, J., Rockwell, A., Markwalder, J., Wells, G., Wexler, R., Mousa, S (1994) Template constrained cyclic peptides: design of high-affinity ligands for GPIIb/IIIa. *J. Amer. Chem. Soc.* 116, 3220-3230.

82. Mousa, S. A., Flint, S. Lorelli, W. Hassell, S., Bozarth, J., **DeGrado WF**, Reilly, T. M (1994) *Thrombosis Research* 76, 109-119.

83. Lear, J. D., Wasserman, Z. R., **DeGrado WF** (1994) Use of Synthetic Peptides for the Study of Membrane Protein Structure, *Membrane Protein Structure, Experimental Approaches*, 190, 1, 335-353.

84. Choma, C. T., Kaestle, K., Ákerfeldt, K. S., Kim, R. M., Groves, J. T., **DeGrado WF** (1994) A general method for coupling unprotected peptides to bromoacetamido porphyrin templates. *Tetrahedron Lett.* 35, 6191-6194.

85. Mousa, S. A., Flint, S., Lorelli, W., Hassell, S., Bozarth, J., **DeGrado WF**, Reilly, T. M (1994) Intravenous Antiplatelet Efficacy and Safety of the Platelet GPIIb/IIIa Antagonist, DMP 728 in Anesthetized Dogs *Thrombosis Research*, 76, 2, 109-119.

86. Mousa, S.A., Bozarth, J. M., Forsythe, M. S., Lorelli, W., Thoolen, M., Ramachandran, N., Jackson, S. A., DeGrado, W.F., Reilly, T.M (1994) Antiplatelet efficacy and specificity of DMP728, a novel platelet GPIIb/IIIa receptor antagonist. *Cardiology* 83, 374-382.

87. Nilsson, Bjorn, **DeGrado WF** (1995) Protein Engineering. *Current Opinion in Structural Biology*, 5, 441-442.

88. O'Neil, K. T., Hoess, R. H., Raleigh, D. P. & **DeGrado WF** (1995) Thermodynamic genetics of the folding of the B1 immunoglobulin-binding domain from streptococcal protein G. *Proteins* 21, 11-21.

89. Betz, S. F., Bryson, J. W. & **DeGrado WF** (1995) Native-like and structurally characterized designed alpha-helical bundles. *Curr Opin Struct Biol* 5, 457-63.

90. Betz, S., Fairman, R., O'Neil, K., Lear, J. & DeGrado, W (1995) Design of two-stranded and three-stranded coiled-coil peptides. *Philos Trans R Soc Lond B Biol Sci* 348, 81-8.

91. Xue, C.-B., DeGrado, W.F (1995) An efficient synthesis of glycoprotein IIb/IIIa inhibitor DMP728. A novel synthesis of N-a-methyl-arginine. *J. Org. Chem.* 60, 946-952.

- 6 -

LINZ_0173288

# CURRICULUM VITAE
# WILLIAM F. DEGRADO

92. Xue, C.-B., DeGrado, W.F (1995) Novel synthesis of Na-methyl arginine and Na-methyl-ornithine derivatives. *Tetrahedron Lett.* 36, 55-58 .

93. Raleigh, D. P., Betz, S. F., **DeGrado WF** (1995) A de Novo Designed Protein Mimics the Native State of Natural Proteins. *J. Amer. Chem. Soc..,* 117, 7558-7560.

94. Mousa, S.A., DeGrado, Reilly, T.M (1995) Platelet GPIIb/IIIa antagonists: how safe is this antithrombotic approach? *Am. J. Medicine*, 96, 300.

95. Bryson, J. W., Betz, S. F., Lu, H. S., Suich, D. J., Zhou, H. X., O'Neil, K. T. & **DeGrado WF** (1995) Protein design: a hierarchic approach. *Science* 270, 935-41.

96. Betz, S. F., Raleigh, D. P., **DeGrado WF**, Lovejoy, B., Anderson, D., Ogihara, N. & Eisenberg, D (1995) Crystallization of a designed peptide from a molten globule ensemble. *Fold Des* 1, 57-64.

97. **DeGrado WF** & Sosnick, T. R (1996) Protein minimization: downsizing through mutation. *Proc Natl Acad Sci U S A* 93, 5680-1.

98. **DeGrado WF**, Rabanal, F., Dutton, P. L (1996) Towards the Synthesis of Photosynthetic Reaction Center Maquette: A Cofacial Porphyrin Pair Assembled Between two Subunits of a Synthetic Four-helix Multi-heme Protein. *J. Amer. Chem. Soc.*, 118, 473-474.

99. Bach, A. C., II, Jackson, S. A., Espina, J. R., Stouten, P. F. W., Mousa, S., **DeGrado WF** (1996) Type II' to Type I a-Turn Swap Changes Specificity for Integrins. *J. Amer. Chem. Soc.*, 118, 473-474.

100. Xue, C-B., Rafalski, M., Roderick, J., Eyermann, C. J., Mousa, S., Olson, R., **DeGrado WF** (1996) Design, Synthesis and in vitro Activities of a Series of Benzimidazole/Benzoxazole Glycoprotein IIb/IIIa Inhibitors. *Bioorg. & Med. Chem. Lett.* 6, 339-344.

101. Betz, S. F., Bryson, J. W., Passador, M. C., Brown, R. J., O'Neil, K. T., **DeGrado WF** (1996) Expression of de novo Designed a-Helical Bundles. *Acta Chim. Scand.,* 50, 688-696.

102. Wityak, J., Fevig, J.M., Jackson, S.A., Mousa, S.A., DeGrado, W.F., Wexler, R. R., "Synthesis and Antiplatelet Activity of DMP 757 Analogs (1996) *Bioorg. Med. Chem. Lett."* 5, 2097-2100.

103. Mousa, S.A., DeGrado, W.F., Mu, D., Kapil, R., Lucchesi, B., Reilly, T.M (1996) Oral Antiplatelet, Antithrombotic Efficacy of a Novel Orally Active Platelet GPIIb/IIIa Antagonist, DMP728 in Dogs, *Circulation*, 93, 537-543.

104. Mousa, S.A., DeGrado, W.F., Jackson, S.A., Flint, S., Forsythe, M., Reilly, T.M (1996) Intravenous and Oral Antiplatelet/Antithrombotic Efficacy and Specificity DMP757, A Novel Platelet GPIIIb/IIIa Antagonist, *Circulation*.

105. Suich, D. J., Ballinger, M. D., Wells, J. A., **DeGrado WF** (1996) Fmoc-based synthesis of glycolate ester peptides for the assembly of de novo designed multimeric proteins using subtiligase. *Tet. Lett.* 37, 6653-6656.

106. Rabanal, F. **DeGrado WF**, Dutton, P. L (1996) Use of 2,2'-dithiobis(5-nitropyridine) for the heterodimerization of cysteine containing peptides. Introduction of the 5-nitro-2-pyridinesulfenyl group. *Tet. Lett.* 37, 13472-1350.

107. Sosnick, T. R., Jackson, S., Wilke, R., Englander, S. W., **DeGrado WF** (1996) The role of helix formation in the folding of a fully a-helical coiled coil. *Proteins* 24, 427-432.

108. Mousa, S.A., Forsythe, M., Lorelli, W., Bozarth, J., Xue, C.-B., Wityak, J., Sielecki, T. M., Olson, R. E., DeGrado, W.F. Wexler, R., Thoolen, M. J., Reilly, T.M (1996) Novel nonpeptide antiplatelet GPIIb/IIIa Receptor Antagonist, DMP754: receptor binding affinity & Specificity. *Coronary Artery Disease*, 7, 767-774.

109. Betz, S. A. and **DeGrado WF** (1996) Controlling topology and native-like behavior of de novo-designed peptides: design and characterization of antiparallel four-stranded coiled coils. *Biochemistry* 35 , 6955-6962.

110. Betz, S. A. and **DeGrado WF** (1996) De novo-design of Native proteins: design and characterization of proteins intended to fold into antiparallel Rop-like, four-helix bundles. *Biochemistry* 36, 2450-2458.

- 7 -

LINZ_0173289

**CURRICULUM VITAE**
**WILLIAM F. DEGRADO**

111. Xue, X. B., He, X., Roderick, J., **DeGrado WF** Decicco, C., Copeland, R. A (1996) Potent Matrix Metalloproteinase inhibitors: amino-carboxylate compounds containing modifications of the P1 residue. *Bioorganic & Med. Chem. Lett.* 6, 379-384.

112. Rockwell, A., Medlen, M., Copeland, R. A., Hardman, K., Decicco, C. P., **DeGrado WF** (1996) Complimentarity of combinatorial chemistry and structure based ligand design: application to the discovery of novel inhibitors of matrix metalloproteinases. *J. Amer. Chem. Soc.* 118, 10337-10338.

113. Boice, J. A., Dieckmann, G. B. **DeGrado WF**, Fairman, R (1996) Thermodynamic analysis of a designed three-stranded coiled coil. *Biochemistry* 35, 14480-14485.

114. Akerfeldt, K. S., Kienker, P. K., Lear, J. D., **DeGrado WF** (1996) Structure and Conduction Mechanisms of Minimal Ion Channels. *Comprehensive Supramolecular Chemistry vol. 10*, Eds, J.-M. Lehn and D. N. Reinhoudt.

115. Rabanal, F., Lombardi, A., Pavone, V., **DeGrado WF**, Dutton, P. L (1996) Topology of porphyrins linked to four-helix bundle proteins: Towards the design and synthesis of multicofactor redox enzymes. *Proc. of the European Peptide Symposium.*

116. Rabanal, F., Gibney, B. R., **DeGrado WF**, Moser, C. C., Dutton, P. L (1996) Engineering Photosynthesis: Synthetic Redox Protein. *Inorganica Chimica Acta*, 243 213-218.

117. Dieckmann, G., **DeGrado WF** (1997) Modeling oligomeric helical bundles. *Cur. Op. Struct. Biol.* 7, 486-494.

118. **DeGrado WF** (1997) Proteins from scratch. *Science* 278, 80-81.

119. Lear, J. D., Schneider, J. P. Kienker, P. K., and **DeGrado WF** (1997) Electrostatic effects on ion selectivity and rectification in designed ion channel peptides. *J. Amer. Chem. Soc.* 119, 3212-3217.

120. Corbett, J.W., Graciani, N.R>, Mousa, S.A., DeGrado, W.F (1997) Solid-phase Synthesis of a Selective $a_ab_3$ Integrin Antaagonist Library. *Bioorg. Med, Chem. Lett.* 7 1371-1376.

121. Lombardi, A., Bryson, J. W., **DeGrado WF** (1997) De114. 115. Novo Design of Heterotrimeric Coiled Coils. *Biopolymers* 40, 495-504.

122. Bennett, J. S., Chan, C., Vilaire, G., Mousa, S., A., **DeGrado WF** (1997) Agonist-activated avb3 on platelets and lymphocytes binds to the matrix protein osteopontin. *J. Biol. Chem.* 272, 8137-8140.

123. Ogihara, N. L., Weiss, M. S., **DeGrado WF**, Eisenberg, D (1997) The structure of the designed trimeric coiled coil coil-Va-Ld: Implications for engineering crystals and supramolecular assemblies. *Protein Science* 6, 78-86.

124. Pinto, L. H., Dieckmann, G. R., Gandhi, C. S., Papworth, C. G., Braman, J., Shaughnessy, M. A., Lear, J. D., Lamb, R. A., **DeGrado WF** (1997) A functionally defined model for the M2 Proton Channel of Influenza A Virus suggests a mechanism for its selectivity. *Proc. Natl. Acad. Sci. U.S.A.* 94, 11301-11306.

125. Lu, H. S. M., Volk, M., Kholodenko, Y., Gooding, E., Hochstrasser, R. M. **DeGrado WF** (1997) Aminothiotyrosine disulfide, an optical trigger for initiation of protein folding. *J. Amer. Chem. Soc.* 119, 7173-7180.

126. Volk, M., Kholodenko, Y., Lu, H. S. M., Gooding, E.,**DeGrado WF**, Hochstrasser, R. M (1997) Peptide conformational dynamics and vibrational Stark effects following photoinitiated disulfide cleavage. *J. Phy. Chem. B* 101, 8607-8616.

127. Schneider, J. S., Lear, J. D., **DeGrado WF** (1997) A designed buried salt bridge in a heterodimeric coiled coil. *J. Amer. Chem. Soc.* 119, 5742-5743.

128. Lombardi, A., Bryson, Ghirlanda, G., J., **DeGrado WF** (1997) Design of a synthetic receptor for the calmodulin-binding domain of calcineurin. *J Amer. Chem. Soc.*, 119, 12378-12379.

129. Xue, C-B., Roderick, J., Jackson, S., Rafaksi, M., Rockwell, A., Mousa, S., Olson, R., **DeGrado WF** (1997) Design, Synthesis and In Vitro Activities of a Series of Benzamide-Core Glycoprotein IIb/IIIa Inhibitors: 2,3-Diaminopropionic Acid Derivatives as Surrogates of Aspartic Acid. *Bioorg. & Med. Chem. Lett.* 5, 693-705.

LINZ_0173290

## CURRICULUM VITAE
## WILLIAM F. DEGRADO

130. Dieckmann, G. R., McRorie, D. K., Tierney, D. L., Utschig, L. M., Singer, C. P., O'Halloran, T. V., Penner-Hahn, J. E., **DeGrado WF** (1997) Pecoraro, V. *J Amer. Chem. Soc.,* 119, 6195-6196.

131. Xue, C.-B., Wityak, J., Sielecki, T. M., Pinto, D. J., Batt, D. G., Cain, G., A., Sworin, M., Rockwell, A. L., Roderick, J. J., Wang, S., Orwat, M., Frietze, W. E., Bostrom, L. L., Liu, J., Higley, C. A., Rankin, F. W., Tobin, A. E., Emmett, G., Lalka, G. K., Sze, J. Y., Di Meo. S. V., Mousa, S. A., Thoolen, M. J., Racanelli, A. L., Hausner, E. A., Reilly, T. M., **DeGrado WF**, Wexler, R. R., Olson, R. E (1997) Discovery of an orally active series of isoxazoline glycoprotein IIb/IIIa antagonists. *J. Med. Chem.* 40, 2064-2084.

132. Xue, C.-B., He, X., Roderick, DeGrado, W. F,Hardman, K. D., Nelson, D. J., Copeland, R. A., Jaffee, B. D., DeCicco, C. P (1998) Design and synthesis of cyclic inhibitors of matrix metalloproteinase and TNF-_ production. *J. Med. Chem.* 41, 1745-1748.

133. Cherney, R. J., Li, D. T., Xue, C.-B., Wasserman, Z. R., Hardman, K. D., Welch, P. K., Covington, M. B., Copeland, R. A., Arner, E. C., **DeGrado WF**, Decicco, C. P (1998) Macrocyclic amino carboxylates as selective MMP-8 inhibitors. *J. Med. Chem.* 41, 1749-1751.

134. Xue, C-B., Roderick, J., Mousa, S., Olson, R., DeGrado, W.F (1998) Synthesis and Antiplatelet Effects of an Isoxazole Series of Glycoprotein IIb/IIIa Antagonistx. *Bioorg. & Med. Chem. Lett.* 8, 3499-3504.

135. Forrest, L.R., DeGrado, W.F., Dieckmann G.R., Sansom, M.S.P (1998) Two models of the influenza A M2 channel domain: verification by comparison. *Folding and Design* 3, 443-448.

136. Hill, R.B., DeGrado W.F (1998) Solution Structure of $a_2D$, a Nativelike de Novo Designed Protein. *JACS* 120 1138-1145.

137. Ghirlanda G., Lear J.D., Lombardi, A., DeGrado W.F (1998) From Synthetic Coiled Coils to Functional Proteins: Automated Design of a Receptor for the Calmodulin-binding Domain of Calcineurin. *J. Mol. B.* 281 379-391.

138. Bryson, J.W., Desjarlais, J.R., Handel, T.M., DeGrado, W.F (1998) From coiled coils to small globular proteins: Design of a native-like three-helix bundle. *Prot. Sci.* 7 1404-1414.

139. Lombardi A, Ghirlanda, G. Zaccaro, L. Pavone, P, DeGrado, W.F (1998) A novel class of Calmodulin mimetics: *De Novo* designed proteins in molecular recognition. 94-97 in *Peptides: frontiers of peptide science,* ed. by Tam, J.P., Kaumaya, P.T.P.

140. Dieckmann, G.R., McRorie, D.R., Lear, J.D. , Sharp, K.A. , DeGrado, W.F., Pecoraro, V.R (1998) The role of protonation and metal chelation preferences in defining the properties of mercury-binding coiled coils. *J. Mol. Biol.* 280, 897-912.

141. Schneider, JP, Lombardi, A & DeGrado, WF (1998) Analysis and Design of Three- Stranded Coiled-Coils and Three-Helix Bundles. *Folding and Design*, 3, R29.

142. Schneider, J. S., **DeGrado WF** (1998) The design of a-helical C-capping auxiliaries. *J. Amer. Chem. Soc.* 2764-2767.

143. Xue, C.-B., Roderick, J., Mousa, S., Olson, R.E., **DeGrado WF** (1998) Synthesis and antiplatelet effects of an isoxazole series of glycoprotein IIb/IIIa antagonists. *Bioorg. Med. Chem. Lett.* 8, 3499-3504.

144. Dieckmann G.R.,Lear, J.D., Xhong, Q., Klein, M.L., **DeGrado WF**, Sharp, K.A (1999) Exploration of the Structural Features Defining the Conduction Properties of a Synthetic Ion Channel. *Biophys. J.* 76, 618-630.

145. Gandhi, C.S., Shuck, K., Lear, J.D., Dieckmann, G.R., DeGrado, W.F., Lamb, R.A., Pinto, L.H (1999) Cu(II) Inhibition of the Proton Translocation Machinery of the Influenza A Virus $M_2$ Protein. *J.Biol.Chem.* 9 5474-5482.

146. Rockwell, A.L., Rafalski, M, Pitts, W.J., Batt, D.G., Petraitis, J.J., DeGrado, W.F., Mousa, S., Jadhav, P.K (1999) Rapid Synthesis of RGD Mimetics with Isooxazoline Scaffolds on Solid Phase: Identification of $a_vb_3$ Antagonists Lead Compounds. *Bioorg. & Med. Chem. Lett.* 9 937-942.

147. Kochendoerfer G.D.*, Salom D.*, Lear J.D., Wilk-Orescan., Kent S.B.H. & DeGrado W.F (1999) Total chemical synthesis of the integral membrane protein Influenza A virus M2: Role of its C-terminal domain in tetramer assembly. *Biochemistry* 38, 11905-11913 .

- 9 -

LINZ_0173291

# CURRICULUM VITAE
# WILLIAM F. DEGRADO

148. Hamm, P., Lim, M., DeGrado, W.F., Hochsrasser, RM. (1999) The two-dimensional IR nonlinear spectroscopy of a cyclic penta-peptide in relation to its three-dimensional structure. *Proc. Natl. Acad. Sci. USA* 96 2036-2041.

149. Jia, Y., Talaga, D.S., Lau, W.L., Lu, H.S.M., DeGrado, W.F., Hochstrasser, R.M (1999) Folding Dynamics of Single GCN4 Peptides by Fluorescence Resonant Energy Transfer Confocal Microscopy. *J. Chem. Phys.* 247 69-83.

150. Walsh, S.T.R., Chang, H. Bryson, J. W., Roder, H., **DeGrado WF** (1999) Solution structure and dynamics of a de novo designed 3-helix bundle protein. *Proc. Natl. Acad. Sci.* 96, 5486-5491.

151. Patterson, W. R., Anderson, D. H., **DeGrado WF**, Cascio, D., Eisenberg, D (1999) Centrosymmetric bilayers in the 0.75 resolution structure of a designed alpha-helical peptide, D,L-Alpha-1. *Protein Science* 8, 1410-1422.

152. DeGrado, W.F., Schneider, J.P., Hamuro, Y (1999) The Twists and turns of ß-peptides. *J. Peptide Res.* 54 206-217.

153. Hamuro, Y, Scialdone, M.A., DeGrado, W.F (1999) Resin-to-resin acyl- and aminoacyl-transfer reactions using oxime supports. *J. Am. Chem. Soc.*. 121 1636-44.

154. Summa, C.M., Lombardi,A., Lewis,M., DeGrado, W.F (1999) Tertiary templates for the design of diiron proteins. *Curr Opin Struct Biol.* 9, 500-508.

155. DeGrado, W.F., Summa, C.M., Pavone, V., Nastri, F., Lombardi, A (1999) De novo design and structural characterization of proteins and metalloproteins. *Ann. Rev. Biochem.* 68 779-819.

156. Hamm, P., Lim M., DeGrado, W.F., Hochstrasser, R. M (1999) Stimulated Photon Echoes from Amide I. Vibrations. *J. Phys. Chem.* 103, 10049-10053.

157. Hamuro, Y., Schneider, J. P., **DeGrado WF** (1999) De novo design of antibacterial b-peptides. *J. Amer. Chem. Soc.* 121, 12200-12201.

158. Hamm, P., Lim M., DeGrado, W.F., Hoschstrasser, R. M (2000) Pump/probe self heterodyned 2D spectroscopy of vibrational transitions of a small globular peptide. *J. Phys. Chem.* 112, 1907-1916

159. Hill, R. B., Hong, J.-K., **DeGrado WF** (2000) Hydrogen-bonded cluster can specify the native state of a protein. *J. Amer. Chem. Soc.* 122, 746-747.

160. Hill, R. B., **DeGrado WF** (2000) A polar, solvent-exposed residue can be essential for native protein structure. *Structure*, 8, 471-479.

161. Lombardi, A., Summa, C. M., Geremia, S., Randaccio, L., Pavone, V., **DeGrado WF** (2000) Retrostrutural analysis of metalloproteins: Application to the design of a minimal model for diiron proteins. *Proc. Natl. Acad. Sci.* 97, 6298-6305.

162. Choma, C., Gratkowski, H., Lear, J. D., **DeGrado WF** (2000) Asparagine-mediated self-association of a model transmembrane helix. *Nature, Structural Biology*, 7, 161-166.

163. Talaga, D. S. Lau, W. L., Roder, H., Tang, J., Jia, Y, **DeGrado WF**, Hochstrasser, R (2000) Dynamics and folding of single two-stranded coiled-coil peptides studied by fluorescent energy transfer confocal microscopy. *Proc Natl Acad Sci U S A* 97, 13021-13026.

164. O'Neil, K. T. ; Bach, A. C.; DeGrado, W.F (2000) Structural Consequences of an Amino Acid Deletion in the B1 Domain of Protein G. *Proteins: Structure, Function, Genetics* 41, 323-333.

165. Salom D., Hill B.R., Lear J.D., DeGrado W.F (2000) pH-Dependent tetramerization and amantadine binding of the transmembrane helix of M2 from influenza A virus. *Biochemistry* 39, 14160-14170.

166. Hill, R. B., Bracken, C., **DeGrado WF**, Palmer, A. G., III (2000) Molecular motions and protein folding: Characterization of the backbone dynamics and folding equilibrium of a2D using $^{13}$C NMR Spin Relaxation. *J. Amer. Chem. Soc.* 122, 11610-19.

LINZ_0173292

**CURRICULUM VITAE**
**WILLIAM F. DEGRADO**

167. Mannes, E. S., Getahun, Z., Wright, W. W., **DeGrado WF**, Vanderkooi, J. M (2000) Infrared spectra of amide groups in a-helical proteins: evidence for hydrogen bonding between helices and water. *J. Amer. Chem. Soc.* 122, 9883-90.

168. Hill, R. B., Raleigh, D. P., Lombardi, A., **DeGrado WF** (2000) De novo design of helical bundles as models for understanding protein folding and function. *Acc. Chem. Res.* 33, 745-754.

169. Changenet-Barret, P., Choma, C. T., Gooding, E. F., **DeGrado WF**, Hochstrasser, R. M (2000) *J. Phys. Chem. B.* 104, 9322-9329.

170. Dalby, P. A., Hoess, R. H., **DeGrado WF** (2000) Evolution of binding affinity in a WW domain probed by phage display. *Protein Science* 9, 2366.

171. Helluin, O., Chan, C., Vilaire, G., Mousa, S., **DeGrado WF**, Bennett, J. S (2000) The activation state of alphavbeta 3 regulates platelet and lymphocyte adhesion to intact and thrombin-cleaved osteopontin. *J. Biol. Chem.* 275, 18337-343.

172. Ogihara, N. L., Ghirlanda, G., Bryson, J. W., Gingery, M., DeGrado, W.F., Eisenberg, D (2000) Design of three-dimensional domain-swapped dimers and fibrous oligomers. *Proc. Natl. Acad. Sci. USA* 98: 1404-1409.

173. Suich, D.J., Mousa, S. A., Singh, G., Liapakis, G., Reisine, T., DeGrado, W.F (2000) Novel template-constrained cyclic peptide analogs of somatostatin: Subtype-selective binding to somatostatin receptors and antiangiogenic activity. *Med. Chem. Lett.,* 8, 2229-41.

174. Gratkowski, H., Lear, J. D., DeGrado, W.F (2001) Polar side chains drive the association of model transmembrane peptides. *Proc. Natl. Acad. Sci. USA* 98, 880-885.

175. Ogihara, N. L.; Ghirlanda, G., Bryson, J.W., Gingery, M., DeGrado, W.F., Eisenberg, D (2001) Design of three-dimensional domain-swapped dimers and fibrous oligomers. *Proc. Natl. Acad. Sci. USA* 98, 1404-1409.

176. Pasternak, A., Kaplan, J., Lear, J. D. & **DeGrado WF** (2001) Proton and metal ion-dependent assembly of a model diiron protein. *Protein Sci* 10, 958-69.

177. Tang, Y., Ghirlanda, G., Vaidehi, N., Kua, J., Mainz, D. T., Goddard, I. W., **DeGrado WF** & Tirrell, D. A (2001) Stabilization of coiled-coil peptide domains by introduction of trifluoroleucine. *Biochemistry* 40, 2790-6.

178. Walsh, S. T., Sukharev, V. I., Betz, S. F., Vekshin, N. L. & **DeGrado WF** (2001) Hydrophobic core malleability of a de novo designed three-helix bundle protein. *J Mol Biol* 305, 361-73.

179. Cheng, R. P. **DeGrado WF** (2001) De novo design of a monomeric beta-peptide stabilized by electrostatic interactions. *J. Amer. Chem. Soc.* 123, 5162-63.

180. Tang, Y., Ghirlanda, G., Petka, W. A., Nakajima, T., **DeGrado WF** & Tirrell, D. A (2001) Fluorinated coiled-coil proteins prepared in vivo display enhanced thermal and chemical stability *Angew. Chem.* 113, 1542-44.

181. Liu, D., DeGrado, W.F (2001) De Novo Design, Synthesis, and Characterization of Antimicrobial β-Peptides. *J. Am. Chem. Soc.* 123, 7553-7559.

182. Xue, C.-B.; Voss, M. E.; Nelson, D. J.; Duan, J.-W.; Cherney, R. J.; Jacobson, I. C.; He, X.; Roderick, J.; Chen, L.; Corbett, R. L.; Wang, L.; Meyer, D. T.; Kennedy, K.; **DeGrado WF**; Hardman, K. D.; Teleha, C. A.; Jaffee, B. D.; Liu, R.-Q.; Copeland, R. A.; Covington, M. B.; Christ, D. D.; Trzaskos, James M.; Newton, R. C.; Magolda, R. L.; Wexler, R. R.; Decicco, C. P (2001) Design, Synthesis, and Structure-Activity Relationships of Macrocyclic Hydroxamic Acids That Inhibit Tumor Necrosis Factor a Release in Vitro and in Vivo *J. Med. Chem* . 44(16), 2636-2660.

183. Lear, J. D., Gratkowski, H., **DeGrado WF** (2001) De novo design, synthesis, and characterization of membrane-active peptides. *Biochem. Soc. Transactions*, 29, 559-564.

184. Walsh, S. T. R., Lee, A. L., **DeGrado WF**, Wand, J. A (2001) Dynamics of a de novo designed three-helix bundle protein studied by $^{15}N$, $^{13}C$, and $^{2}H$ NMR Relaxation methods. *Biochemistry* 40, 9560-9569.

185. Huang, C.Y., Klemke, J., Getahun, Z., **DeGrado WF**, Gai, F (2001) Temperature-dependent helix-coil transition of an alanine-based peptide. *J. Amer. Chem. Soc.* 123, 9235-38.

- 11 -

LINZ_0173293

**CURRICULUM VITAE**
**WILLIAM F. DEGRADO**

186. Cheng, R. P., Gellman, S. H., **DeGrado WF** (2001) b-Peptides: From Structure to Function. *Chem. Rev.* 101, 3219-32.

187. Di Costanzo, L. Wade, H., Geremia, S., Randaccio, L., Pavone, V., **DeGrado WF**, Lombardi, A (2001) Toward the de novo design of a catalytically active helix bundle: a substrate-accessible carboxylate-bridged dinuclear metal center. *J Am Chem Soc* 123, 12749-12757.

188. Huang, C. Y., Getahun, Z., Wang, T., **DeGrado WF** & Gai, F (2001) Time-resolved infrared study of the helix-coil transition using (13)C- labeled helical peptides. *J Am Chem Soc* 123, 12111-12112.

189. Li, R., Babu, C. R., Lear, J. D., Wand, A. J., Bennett, J. S., **DeGrado WF** (2001) Oligomerization of the integrin alphaIIbbeta3: roles of the transmembrane and cytoplasmic domains. *Proc Natl Acad Sci U S A* 98, 12462-12467.

190. North, B., Summa, C. M., Ghirlanda, G., **DeGrado WF** (2001) D$_n$-symmetrical tertiary templates for the design of tubular proteins. *J. Mol. Biol.* 311, 1081-1090.

191. Cheng, R.P., Suich, D.J., Cheng, H., Roder, H. & DeGrado, W.F (2001) Template-constrained somatostatin analogues: a biphenyl linker induces a type-V' turn. *J Am Chem Soc* 123, 12710-12711.

192. DeGrado, W.F (2001) Introduction: protein design. *Chem Rev* 101, 3025-3026.

193. Huang, C. Y., Getahun, Z., Zhu, Y., Klemke, J. W., **DeGrado WF** & Gai, F (2002) Helix formation via conformation diffusion search. *Proc Natl Acad Sci U S A* 99, 2788-2793.

194. Marsh, E. N. G., **DeGrado WF** (2002) Noncovalent self-assembly of a heterotetrameric diiron protein. *Proc. Natl. Acad. Sci.* USA 99 5150-5154.

195. Tew, G.N, Liu, D, Chen, B, Doerksen, RJ, Kaplan, J, Carroll, PJ, Klein, ML, DeGrado, WF (2002) Supramolecular Chemistry And Self-assembly Special Feature: De novo design of biomimetic antimicrobial polymers. *Proc Natl Acad Sci U S A* 99, 5110-5114.

196. Ghirlanda, G., Lear, J.D., Ogihara, N.L., Eisenberg, D. & DeGrado, W.F (2002) A hierarchic approach to the design of hexameric helical barrels. *J Mol Biol* 319, 243-253.

197. Huang, C.Y., He, S., DeGrado, W.F., McCafferty, D.G. & Gai, F (2002) Light-induced helix formation. *J Am Chem Soc* 124, 12674-12675.

198. Howard, K.P., Lear, J.D. & DeGrado, W.F (2002) Sequence determinants of the energetics of folding of a transmembrane four-helix-bundle protein. *Proc Natl Acad Sci U S A* 99, 8568-8572.

199. Gratkowski, H., Dai, Q.H., Wand, A.J., DeGrado, W.F. & Lear, J.D (2002) Cooperativity and specificity of association of a designed transmembrane peptide. *Biophys J* 83, 1613-1619.

200. Summa, C.M., Rosenblatt, M.M., Hong, J.K., Lear, J.D. & DeGrado, W.F (2002) Computational de novo design, and characterization of an A(2)B(2) diiron protein. *J Mol Biol* 321, 923-938.

201. Cheng, R.P. & DeGrado, W.F (2002) Long-range interactions stabilize the fold of a non-natural oligomer. *J Am Chem Soc* 124, 11564-11565.

202. Li R., Hoess RH, Bennett JS. **DeGrado WF** (2003) Use of phage dispay to probe the evolution of binding specificity and affinity in integrins. *Protein Engineering* 16, 65-72.

203. Li, R., Babu, CR, Valetine, K, Lear, JD, Wand, AJ, Bennett, JS, DeGrado, WF (2003) Characterization of the monomeric form of the transmembrane and cytoplamic domains of the integrin b3 subunit by NMR spectroscopy. *Biochem* 41, 52. 15618-15624.

204. Maglio O, Nastri F, Pavone V, Lombardi A, **DeGrado WF** (2003) Preorganization of molecular binding sites in designed diiron proteins. *Proc.Natl. Acad. Sci. USA* 100, 3772-3777.

205. Getahun Z, Huang C-Y. Wang T, De Leon B, **DeGrado WF**, Gai F (2003) Using nitrile-derivitized amino acids as infrared probes of local environment. *J Am Chem Soc* 125, 405-411.

206. **DeGrado WF**, Gratkowski H, Lear JD (2003) How do helix-helix interactions help determine the folds of membrane proteins? Perspectives from the study of homo-oligomeric bundles. *Prot. Sci.* 12, 647-665.

LINZ_0173294

**CURRICULUM VITAE**
**WILLIAM F. DEGRADO**

207. Papoian GA. **DeGrado WF**. Klein ML (2003) Probing the configurational space of a metalloprotein core: an ab initio molecular dynamics study of Duo Ferro 1 binuclear Zn cofactor. *Journal of the American Chemical Society.* 125, 560-9.

208. Slovic AM. Summa CM. Lear JD. **DeGrado WF** (2003) Computational design of a water-soluble analog of phospholamban *Protein Science.* 12, 337-48.

209. Lear JD. Gratkowski H. Adamian L. Liang J. **DeGrado WF** (2003) Position-dependence of stabilizing polar interactions of asparagine in transmembrane helical bundles. *Biochemistry.* 42, 6400-7.

210. Walsh ST. Cheng RP. Wright WW. Alonso DO. Daggett V. Vanderkooi JM. **DeGrado WF** (2003) The hydration of amides in helices; a comprehensive picture from molecular dynamics, IR, and NMR. *Protein Science.* 12, 520-31.

211. **DeGrado WF**. Di Costanzo L. Geremia S. Lombardi A. Pavone V. Randaccio L (2003) Sliding helix and change of coordination geometry in a model di-MnII protein. *Angewandte Chemie. International Ed.* 42, 417-20.

212. Li R. Mitra N. Gratkowski H. Vilaire G. Litvinov R. Nagasami C. Weisel JW. Lear JD. **DeGrado WF**. Bennett JS (2003) Activation of integrin alphaIIbbeta3 by modulation of transmembrane helix associations. *Science.* 300, 795-8.

213. **DeGrado WF** (2003) Computational biology: Biosensor design. *Nature.* 423(6936):132-3.

214. R. S. Signarvic, W. F. DeGrado (2003) De novo design of a molecular switch: phosphorylation-dependent association of designed peptides. J. Mol. Biol. 334, 1-12.

215. Cristian, L., Lear, J. D. & **DeGrado WF** (2003) Use of thiol-disulfide equilibria to measure the energetics of assembly of transmembrane helices in phospholipid bilayers. *Proc Natl Acad Sci U S A* 100, 14772-7.

216. Cristian, L., Lear, J. D. & **DeGrado WF** (2003) Determination of membrane protein stability via thermodynamic coupling of folding to thiol-disulfide interchange. *Protein Sci* 12, 1732-40.

217. Calhoun, J. R., Kono, H., Lahr, S., Wang, W., **DeGrado WF** & Saven, J. G (2003) Computational design and characterization of a monomeric helical dinuclear metalloprotein. *J Mol Biol* 334, 1101-15.

218. Zhu, Y., Alonso, D. O., Maki, K., Huang, C. Y., Lahr, S. J., Daggett, V., Roder, H., **DeGrado WF** & Gai, F (2003) Ultrafast folding of alpha3D: a de novo designed three-helix bundle protein. *Proc Natl Acad Sci U S A* 100, 15486-91.

219. Slovic, A. M., Kono, H., Lear, J. D., Saven, J. G. & **DeGrado WF** (2004) Computational design of water-soluble analogues of the potassium channel KcsA. *Proc Natl Acad Sci U S A* 101, 1828-33.

220. Lau, W. L., Ege, D. S., Lear, J. D., Hammer, D. A. & **DeGrado WF** (2004) Oligomerization of fusogenic peptides promotes membrane fusion by enhancing membrane destabilization. *Biophys J* 86, 272-84.

221. Summa, C., **DeGrado WF** (2004) A multibody atomic potential for use in *de novo* protein design. to be submitted to *J. Mol. Biol.*

222. Liu, D., Choi, S., Chen, B., Doerksen, R. J., Clements, D. J., Winkler, J. D., Klein, M. L. & **DeGrado WF** (2004) Nontoxic membrane-active antimicrobial arylamide oligomers. *Angew Chem Int Ed Engl* 43, 1158-62.

223. Tucker, M. J., Getahun, Z., Nanda, V., **DeGrado WF** & Gai, F (2004) A new method for determining the local environment and orientation of individual side chains of membrane-binding peptides. *J Am Chem Soc* 126, 5078-9.

224. Li, R., Gorelik, R., Nanda, V., Law, P. B., Lear, J. D., **DeGrado WF** & Bennett, J. S (2004) Dimerization of the transmembrane domain of integrin alpha IIb subunit in cell membranes. *J Biol Chem.* 279, 26666-26673.

225. Engel, D. E. & **DeGrado WF** (2004) Amino acid propensities are position-dependent throughout the length of alpha-helices. *J Mol Biol* 337, 1195-205.

226. Magistrato, A., **DeGrado WF**, Laio, A., Rothlisberger, U., VandeVondele, J. & Klein, M. L (2003) Characterization of the dizinc analogue of the synthetic diiron protein DF1 using ab initio and hybrid quantum/classical molecular dynamics simulations. *J. Phys. Chem. B* 107, 4182-8.

- 13 -

LINZ_0173295

**CURRICULUM VITAE**
**WILLIAM F. DEGRADO**

227. Doerksen, R. J., Chen, B., Liu, D., Tew, G. N., **DeGrado WF** & Klein, M. L (2004) Controlling the Conformation of Arylamides: Computational Studies of Intramolecular Hydrogen Bonds between Amides and Ethers or Thioethers. *Chemistry, A European Journal* 10, 5008-5016.

228. Lear, J. D., Stouffer, A. L., Gratkowski, H., Nanda, V. & **DeGrado WF** (2004) Association of a model transmembrane Peptide containing gly in a heptad sequence motif. *Biophys J* 87, 3421-9.

229. Kaplan, J. & **DeGrado WF** (2004) De novo design of catalytic proteins. *Proc Natl Acad Sci U S A* 101, 11566-70.

230. Baltzer, L. & **DeGrado WF** (2004) Engineering and design Expanding the protein world. *Curr Opin Struct Biol* 14, 455-7.

231. Ghirlanda, G., Osyczka, A., Liu, W., Antolovich, M., Smith, K. M., Dutton, P. L., Wand, A. J. & **DeGrado WF** (2004) De Novo Design of a D(2)-Symmetrical Protein that Reproduces the Diheme Four-Helix Bundle in Cytochrome bc(1) *J Am Chem Soc* 126, 8141-8147.

232. Li, R., Bennett, J. S. & **DeGrado WF** (2004) Structural basis for integrin alphaIIbbeta3 clustering. *Biochem Soc Trans* 32, 412-5.

233. Wang, T., Zhu, Y., Getahun, Z., Du, D., Huang, C., DeGrado, W. & Gai, F (2004) Length dependent helix-coil transition kinetics of nine alanine-based peptides. *J. Phys. Chem. B* 108, 15301-10.

234. Ghirlanda, G., Hilcove, S. A., Pidikiti, R., Johansson, J. S., Lear, J. D., **DeGrado WF** & Eckenhoff, R. G (2004) Volatile anesthetic modulation of oligomerization equilibria in a hexameric model peptide. *FEBS Lett* 578, 140-4.

235. Nanda, V. & **DeGrado WF** (2004) Simulated evolution of emergent chiral structures in polyalanine. *J Am Chem Soc* 126, 14459-67.

236. Senes, A., Engel, D. E. & **DeGrado WF** (2004) Folding of helical membrane proteins: the role of polar, GxxxG-like and proline motifs. *Curr Opin Struct Biol* 14, 465-79.

237. Kovalenko OV, Metcalf DG, **DeGrado WF**, Hemler ME. Structural organization and interactions of transmembrane domains in tetraspanin proteins. BMC Struct Biol. 2005 Jun 28;5:11.

238. Engel DE, **DeGrado WF**. Alpha-alpha linking motifs and interhelical orientations. Proteins. 2005 Nov 1;61(2):325-37.

239. Choi S, Clements DJ, Pophristic V, Ivanov I, Vemparala S, Bennett JS, Klein ML, Winkler JD, **DeGrado WF**. The design and evaluation of heparin-binding foldamers. Angew Chem Int Ed Engl. 2005 Oct 21;44(41):6685-9.

240. Howard, K. P., Liu, W., Crocker, E., Nanda, V., Lear, J. D., DeGrado, W. & Smith, S. O (2005) Rotational orientation of monomers within a designed homo-oligomer transmembrane helical bundle. *Protein Science* 14, 1019 – 1024.

241. Li, W., Metcalf, D. G., Gorelik, R., Li, R., Mitra, N., Nanda, V., Law, P. B., Lear, J. D., **DeGrado WF** & Bennett, J. S (2005) A push-pull mechanism for regulating integrin function. *Proc Natl Acad Sci U S A* 102, 1424-9.

242. Cochran FV, Wu SP, Wang W, Nanda V, Saven JG, Therien MJ, **DeGrado WF**. Computational de novo design and characterization of a four-helix bundle protein that selectively binds a nonbiological cofactor. J Am Chem Soc. 2005 Feb 9;127(5):1346-7. Erratum in: J Am Chem Soc. 2006 Jan 18;128(2):663.

243. Calhoun, J. R., Nastri, F., Maglio, O., Pavone, V., Lombardi, A. & **DeGrado WF** (2005) Artificial diiron proteins: From structure to function. *Biopolymers* 80, 264-278.

244. Lahr, S. J., Engel, D. E., Stayrook, S. E., Maglio, O., North, B., Geremia, S., Lombardi, A. & **DeGrado WF** (2005) Analysis and design of turns in alpha-helical hairpins. *J Mol Biol* 346, 1441-54.

245. Stouffer, A. L., Nanda, V., Lear, J. D. & **DeGrado WF** (2005) Sequence determinants of a transmembrane proton channel: an inverse relationship between stability and function. *J Mol Biol* 347, 169-79.

LINZ_0173296

**CURRICULUM VITAE**
**WILLIAM F. DEGRADO**

246. Duong-Ly, K. C., Nanda, V., **DeGrado WF** & Howard, K. P (2005) The conformation of the pore region of the M2 proton channel depends on lipid bilayer environment. *Protein Sci* 14, 856-61.

247. Nanda, V. & **DeGrado WF** (2005) Automated use of mutagenesis data in structure prediction. *Proteins* 59, 454-66.

248. Kuroda, K. & **DeGrado WF** (2005) Amphiphilic polymethacrylate derivatives as antimicrobial agents. *J Am Chem Soc* 127, 4128-9.

249. Slovic, A. M., Lear, J. D. & **DeGrado WF** (2005) De novo design of a pentameric coiled-coil: decoding the motif for tetramer versus pentamer formation in water-soluble phospholamban. *J Pept Res* 65, 312-21.

250. Adamian, L., Nanda, V., **DeGrado WF** & Liang, J (2005) Empirical lipid propensities of amino acid residues in multispan alpha helical membrane proteins. *Proteins* 59, 496-509.

251. Maglio, O, Nastri, F, Calhoun, J, Lahr, S, Wade, H, Pavone, V, DeGrado, WF, Lombardi, A (2005) Artificial di-iron proteins: solution characterization of four helix bundles containing two distinct types of inter-helical loops. *J Biol Inorg Chem*, 10, 539-549.

252. Summa, C. M., Levitt, M. & **DeGrado WF** (2005) An Atomic Environment Potential for use in Protein Structure Prediction. *J Mol Biol* 352, 986-1001.

253. Slovic, A. M., Stayrook, S. E., North, B. & **DeGrado WF** (2005) X-ray structure of a water-soluble analog of the membrane protein phospholamban: sequence determinants defining the topology of tetrameric and pentameric coiled coils. *J Mol Biol* 348, 777-87.

254. Nanda, V., Rosenblatt, M. M., Osyczka, A., Kono, H., Getahun, Z., Dutton, P. L., Saven, J. G. & **DeGrado WF** (2005) De novo design of a redox-active minimal rubredoxin mimic. *J Am Chem Soc* 127, 5804-5.

255. Willcox, P. J., Reinhart-King, C. A., Lahr, S. J., **DeGrado WF** & Hammer, D. A (2005) Dynamic heterodimer-functionalized surfaces for endothelial cell adhesion. *Biomaterials* 26, 4757-66.

256. Cristian, L., Nanda, V., Lear, J. D. & **DeGrado WF** (2005) Synergistic Interactions between Aqueous and Membrane Domains of a Designed Protein Determine its Fold and Stability. *J Mol Biol* 348, 1225-1233.

257. Wei, P. P., Skulan, A. J., Wade, H., **DeGrado WF** & Solomon, E. I (2005) Spectroscopic and computational studies of the de novo designed protein DF2t: correlation to the biferrous active site of ribonucleotide reductase and factors that affect O2 reactivity. *J Am Chem Soc* 127, 16098-106.

258. Wang, T., Lau, W. L., **DeGrado WF** & Gai, F (2005) T-jump Infrared Study of the Folding Mechanism of Coiled- coil GCN4-p1. *Biophys J*, 89, 4180-7.

259. Geremia S, Di Costanzo L, Randaccio L, Engel DE, Lombardi A, Nastri F, **DeGrado WF**. Response of a designed metalloprotein to changes in metal ion coordination, exogenous ligands, and active site volume determined by X-ray crystallography. J Am Chem Soc. 2005 Dec 14;127(49):17266-76.

260. Yin, H., Frederick, K. K., Liu, D., Wand, A. J. & **DeGrado WF** (2006) Arylamide derivatives as peptidomimetic inhibitors of calmodulin. *Org Lett* 8, 223-5.

261. Nanda, V. & **DeGrado WF** (2006) Computational design of heterochiral peptides against a helical target. *J Am Chem Soc* 128, 809-16.

262. Ivanov, I., Vemparala, S., Pophristic, V., Kuroda, K., **DeGrado WF**, McCammon, J. A. & Klein, M. L (2006) Characterization of nonbiological antimicrobial polymers in aqueous solution and at water-lipid interfaces from all-atom molecular dynamics. *J Am Chem Soc* 128, 1778-9.

263. Pophristic, V., Vemparala, S., Ivanov, I., Liu, Z., Klein, M. L. & **DeGrado WF** (2006) Controlling the Shape and Flexibility of Arylamides: A Combined ab Initio, ab Initio Molecular Dynamics, and Classical Molecular Dynamics Study. *J Phys Chem B Condens Matter Mater Surf Interfaces Biophys* 110, 3517-3526.

264. Stouffer, A.L., DeGrado, W.F. & Lear, J.D (2006) Analytical Ultracentrifugation Studies of the Influenza M2 Homotetramerization Equilibrium in Detergent Solutions. *Progr Colloid Polym Sci* 131: 108-115.

265. Tatko, C.D., Nanda, V., Lear, J.D., DeGrado, W.F (2006) Polar networks control oligomeric assembly in membranes, *J Am Chem Soc* 128, 4170-1.

LINZ_0173297

**CURRICULUM VITAE**
**WILLIAM F. DEGRADO**

266. Litvinov, R.I., Vilaire, G., Li, W., DeGrado, W.F., Weisel, J.W., &Bennett, J.S (2006) Activation of individual alphaIIbbeta3 integrin molecules by disruption of transmembrane domain interactions in the absence of clustering. *Biochemistry* 45, 4957-64.

267. Lopez, C, Nielsen, S., Srinivas, G., WF, D. & MK, K (2006) Probing membrane insertion activity of antimicrobial polymers via coarse-grain molecular dynamics. *J Chem Theory Comp* **2**, 649-655.

268. North B, Cristian L, Fu Stowell X, Lear JD, Saven JG, **DeGrado WF**. Characterization of a membrane protein folding motif, the Ser zipper, using designed peptides. J Mol Biol. 2006 Jun 16;359(4):930-9. Epub 2006 Apr 19. PubMed PMID: 16697010.

269. **DeGrado WF** & Woolfson, D. N (2006) Engineering and design. *Curr Opin Struct Biol* **16**, 505-7.

270. Yin, H., Gerlach, L.O., Miller, M.W., Moore, D.T., Liu, D., Vilaire, G., Bennett, J.S. & DeGrado, W.F (2006) Arylamide derivatives as allosteric inhibitors of the integrin alpha(2)beta(1)/type 1 collagen interaction. *Bioorg Med Chem Lett* 16 (13) 3380-82.

271. Wade, H., Stayrook, S. E. & **DeGrado WF** (2006) The structure of a designed diiron(III) protein: implications for cofactor stabilization and catalysis. *Angew Chem Int Ed Engl* **45**, 4951-4.

272. Walters, R. F. & **DeGrado WF** (2006) Helix-packing motifs in membrane proteins. *Proc Natl Acad Sci U S A* **103**, 13658-63.

273. Bunagan, M. R., Cristian, L., **DeGrado WF** & Gai, F (2006) Truncation of a cross-linked GCN4-p1 coiled coil leads to ultrafast folding. *Biochemistry* **45**, 10981-6.

274. Fang, C., Senes, A., Cristian, L., **DeGrado WF** & Hochstrasser, R. M (2006) Amide vibrations are delocalized across the hydrophobic interface of a transmembrane helix dimer. *Proc Natl Acad Sci U S A* 103, 16740-5.

275. Yin, H., Litvinov, R. I., Vilaire, G., Zhu, H., Li, W., Caputo, G. A., Moore, D. T., Lear, J. D., Weisel, J. W., **DeGrado WF** & Bennett, J. S (2006) Activation of platelet alphaIIbbeta3 by an exogenous peptide corresponding to the transmembrane domain of alphaIIb. *J Biol Chem* 281, 36732-41.

276. Senes, A., Chadi, D. C., Law, P. B., Walters, R. F., Nanda, V. & **DeGrado WF** (2007) E(z), a depth-dependent potential for assessing the energies of insertion of amino acid side-chains into membranes: derivation and applications to determining the orientation of transmembrane and interfacial helices. J Mol Biol 366, 436-48.

277. Dal Peraro, M., Spiegel, K., Lamoureux, G., Vivo, M. D., **DeGrado WF** & Klein, M. L (2007) Modeling the charge distribution at metal sites in proteins for molecular dynamics simulations. *J Struct Biol* 157, 444-53.

278. White, T. C., Berny, M. A., Robinson, D. K., Yin, H., **DeGrado WF**, Hanson, S. R. & McCarty, O. J (2007) The leech product saratin is a potent inhibitor of platelet integrin alpha2beta1 and von Willebrand factor binding to collagen. Febs J 274, 1481-91.

279. Yin, H., Slusky, J. S., Berger, B. W., Walters, R. S., Vilaire, G., Litvinov, R. I., Lear, J. D., Caputo, G. A., Bennett, J. S. & **DeGrado WF** (2007) Computational design of peptides that target transmembrane helices. Science 315, 1817-22.

280. Lee MH, Adams CS, Boettiger D, **DeGrado WF**, Shapiro IM, Composto RJ, Ducheyne P. Adhesion of MC3T3-E1 cells to RGD peptides of different flanking residues: detachment strength and correlation with long-term cellular function. J Biomed Mater Res A. 2007 Apr;81(1):150-60.

281. Metcalf, D. G., Law, P. B. & **DeGrado WF** (2007) Mutagenesis data in the automated prediction of transmembrane helix dimers. Proteins 67, 375-84.

282. Goodman, C. M., Choi, S., Shandler, S. & **DeGrado WF** (2007) Foldamers as versatile frameworks for the design and evolution of function. Nat Chem Biol 3, 252-262.

283. Cady, S. D., Goodman, C., Tatko, C. D., **DeGrado WF** & Hong, M (2007) Determining the orientation of uniaxially rotating membrane proteins using unoriented samples: a (2)h, (13)c, and (15)n solid-state NMR investigation of the dynamics and orientation of a transmembrane helical bundle. J Am Chem Soc 129, 5719-29.

- 16 -

LINZ_0173298

# CURRICULUM VITAE
# WILLIAM F. DEGRADO

284. Wang PC, Vilaire, G., **DeGrado WF** & Bennett, J. S (2007) Interactions of ADP-stimulated human platelets with PEGylated polystyrene substrates prepared by surface amidation. *Colloids Surf B Biointerfaces* 58:225-230.

285. Finikova OS, Troxler T, Senes A, **DeGrado WF**, Hochrasser RM, Vinogradov SA (2007) Energy and electron transfer in enhanced two-photon-absorbing systems with triplet cores. *J Phys Chem A* 111:6977-6990.

286. Bender GM, Lehmann A, Zou H, Cheng H, Fry HC, Engel D, Therien MJ, Blasie JK, Roder H, Saven JG, **DeGrado WF** (2007) De novo design of a single-chain diphenylporphyrin metalloprotein. *J Am Chem Soc* 129, 10732-10740.

287. Mukherjee S, Chowdhury P, **DeGrado WF**, Gai F (2007) Site-specific hydration status of an amphipathic peptide in AOT reverse micelles. *Langmuir* 23:11174-11179.

288. Balakrishnan G, Hu Y, Bender GM, Getahun Z, **DeGrado WF,** Spiro TG (2007) Enthalpic and entropic stages in alpha-helical peptide unfolding, from laser T-jump/UV Raman spectroscopy. *J Am Chem Soc* 129:12801-12808.

289. Choi S, Vilaire G, Marcinkiewicz C, Winkler JD, Bennett JS, **DeGrado WF** (2007) Small molecule inhibitors of integrin alpha2beta1. *J Med Chem* 50:5457-5462.

290. Tang J, Signarvic RS, **DeGrado WF,** & Gai F (2007) Role of helix nucleation in the kinetics of binding of mastoparan X to phospholipid bilayers. *Biochemistry* 46:13856-13863.

291. Stouffer AL, Acharya R, Salom D, Levine AS, Di Costanzo L, Soto CS, Tereshko V, Nanda V, Stayrook S, **DeGrado WF** (2008) Structural basis for the function and inhibition of an influenza virus proton channel. *Nature* 451:596-599.

292. Calhoun JR, Liu W, Spiegel K, Dal Peraro M, Klein ML, Valentine KG, Wand AJ, **DeGrado WF** (2008) Solution NMR structure of a designed metalloprotein and complementary molecular dynamics refinement. *Structure* 16, 210-215.

293. Ma C, Soto CS, Ohigashi Y, Taylor A, Bournas V, Glawe B, Udo MK, **DeGrado WF**, Lamb RA, Pinto LH (2008) Identification of the Pore-lining Residues of the BM2 Ion Channel Protein of Influenza B Virus. *J Biol Chem* 283:15921-15931.

294. Goldberg SD, Soto CS, Waldburger CD, **DeGrado WF** (2008) Determination of the physiological dimer interface of the PhoQ sensor domain. *J Mol Biol* 379:656-665.

295. Moore DT, Berger BW, **DeGrado WF** (2008) Protein-protein interactions in the membrane: sequence, structural, and biological motifs. *Structure* 16:991-1001.

296. Stouffer AL, Ma C, Cristian L, Ohigashi Y, Lamb RA, Lear JD, Pinto LH, **DeGrado WF** (2008) The interplay of functional tuning, drug resistance, and thermodynamic stability in the evolution of the M2 proton channel from the influenza A virus. *Structure.* 16:1067-1076.

297. Grigoryan G, **DeGrado WF** (2008) Modest membrane hydrogen bonds deliver rich results. *Nat Chem Biol* 4:393-394.

298. Calhoun JR, Bell CB 3rd, Smith TJ, Thamann TJ, **DeGrado WF**, Solomon EI (2008) Oxygen reactivity of the biferrous site in the de novo designed four helix bundle peptide DFsc: nature of the "intermediate" and reaction mechanism. *J Am Chem Soc* 130:9188-9189.

299. Shu JY, Tan C, **DeGrado WF,** Xu T (2008) New design of helix bundle peptide-polymer conjugates. *Biomacromolecules* 9:2111-2117.

300. Caputo GA, Litvinov RI, Li W, Bennett JS, **DeGrado WF** & Yin, H (2008) Computationally designed peptide inhibitors of protein-protein interactions in membranes. *Biochemistry* 47:8600-8606.

301. McAllister KA, Zou H, Cochran FV, Bender GM, Senes A, Fry HC, Nanda V, Keenan PA, Lear JD, Saven JG, Therien MJ, Blasie JK, **DeGrado WF** (2008) Using alpha-helical coiled-coils to design nanostructured metalloporphyrin arrays. *J Am Chem Soc* 130:11921-11927.

302. Nguyen PA, Soto CS, Polishchuk A, Caputo GA, Tatko CD, Ma C, Ohigashi Y, Pinto LH, **DeGrado WF**, Howard KP

- 17 -

LINZ_0173299

## CURRICULUM VITAE
## WILLIAM F. DEGRADO

(2008) pH-Induced Conformational Change of the Influenza M2 Protein C-Terminal Domain. *Biochemistry* 47:9934-9936.

303. Scott RW, **DeGrado WF**, Tew GN (2008) De novo designed synthetic mimics of antimicrobial peptides. *Curr Opin Biotechnol* 19:620-627.

304. Goldberg SD, Derr P, **DeGrado WF**, Goulian M (2009) Engineered single- and multi-cell chemotaxis pathways in E. coli. *Mol Syst Biol* 5:283.

305. Kuroda K, Caputo GA, **DeGrado WF** (2009) The role of hydrophobicity in the antimicrobial and hemolytic activities of polymethacrylate derivatives. *Chemistry* 15:1123-1133.

306. Bell CB, Calhoun JR, Bobyr E, Wei PP, Hedman B, Hodgson KO, **DeGrado WF**, Solomon EI (2009) Spectroscopic definition of the biferrous and biferric sites in de novo designed four-helix bundle DFsc peptides: implications for O2 reactivity of .binuclear non-heme iron enzymes. *Biochemistry* 48:59-73.

307. Miller MW, Basra S, Kulp DW, Billings PC, Choi S, Beavers MP, McCarty OJ, Zou Z, Kahn ML, Bennett JS & **DeGrado WF** (2009) Small-molecule inhibitors of integrin alpha2beta1 that prevent pathological thrombus formation via an allosteric mechanism. *Proc Natl Acad Sci U S A* 106:719-724.

308. Basani RB, Zhu H, Thornton MA, Soto CS, **DeGrado WF**, Kowalska MA, Bennett JS, Poncz M (2009) Species differences in small molecule binding to alpha IIb beta 3 are the result of sequence differences in 2 loops of the alpha IIb beta propeller. Blood 113, 902-10.

309. Khurana E, Dal Peraro M, DeVane R, Vemparala S, **DeGrado WF**, Klein ML (2009) Molecular dynamics calculations suggest a conduction mechanism for the M2 proton channel from influenza A virus. *Proc Natl Acad Sci U S A* 106:1069-1074.

310. Signarvic RS, **DeGrado WF** (2009) Metal-Binding Dependent Disruption of Membranes by Designed Helices. *J Am Chem Soc.* 131:3377-3384.

311. Bissonnette ML, Donald JE, **DeGrado WF**, Jardetzky TS, Lamb, R. A (2009) Functional analysis of the transmembrane domain in paramyxovirus F protein-mediated membrane fusion. *J Mol Biol* 386:14-36.

312. Liu F, Dumont C, Zhu Y, **DeGrado WF**, Gai F, Gruebele M (2009) A one-dimensional free energy surface does not account for two-probe folding kinetics of protein alpha(3)D. *J Chem Phys.* 130:061101.

313. Tang J, Yin H, Qiu J, Tucker MJ, **DeGrado WF**, Gai F (2009) Using two fluorescent probes to dissect the binding, insertion, and dimerization kinetics of a model membrane peptide. *J Am Chem Soc.* 131:3816-3817.

314. Choi S, Isaacs A, Clements D, Liu D, Kim H, Scott RW, Winkler JD, **DeGrado WF** (2009) De novo design and in vivo activity of conformationally restrained antimicrobial arylamide foldamers. *Proc Natl Acad Sci U S A.* 106:6968-6973.

315. Wang J, Cady SD, Balannik V, Pinto LH, **DeGrado WF**, Hong M (2009) Discovery of spiro-piperidine inhibitors and their modulation of the dynamics of the M2 proton channel from influenza A virus. *J Am Chem Soc.* 131:8066-8076.

316. Ma C, Polishchuk AL, Ohigashi Y, Stouffer AL, Schön A, Magavern E, Jing X, Lear JD, Freire E, Lamb RA, **DeGrado WF**, Pinto LH (2009) Identification of the functional core of the influenza A virus A/M2 proton-selective ion channel. *Proc Natl Acad Sci U S A.* 106:12283-12288.

317. Kuhlman B, DeGrado WF (2009) Engineering and design: editorial overview. *Curr Opin Struct Biol* 19:440-441.

318. Zhang Y, Kulp DW, Lear JD, **DeGrado WF** (2009) Experimental and computational evaluation of forces directing the association of transmembrane helices. *J Am Chem* 131:11341-11343.

319. He F, Nair GR, Soto CS, Chang Y, Hsu L, Ronzone E, **DeGrado WF**, Binns AN (2009) Molecular basis of ChvE function in sugar binding, sugar utilization, and virulence in Agrobacterium tumefaciens. *J Bacteriol.* 191:5802-5813.

LINZ_0173300

**CURRICULUM VITAE**
**WILLIAM F. DEGRADO**

320. San Antonio JD, Zoeller JJ, Habursky K, Turner K, Pimtong W, Burrows M, Choi S, Basra S, Bennett JS, **DeGrado WF**, Iozzo RV (2009) A key role for the integrin alpha2beta1 in experimental and developmental angiogenesis. *Am J Pathol* 1751338-1347.

321. Metcalf DG, Kulp DW, Bennett JS, **DeGrado WF** (2009) Multiple approaches converge on the structure of the integrin alphaIIb/beta3 transmembrane heterodimer. *J Mol Biol* 392:1087-1101.

322. Faiella M, Andreozzi C, de Rosales RT, Pavone V, Maglio O, Nastri F, **DeGrado WF** & Lombardi A (2009) An artificial di-iron oxo-protein with phenol oxidase activity. *Nat Chem Biol* 5:882-884.

323. Balannik V, Wang J, Ohigashi Y, Jing X, Magavern E, Lamb RA, **DeGrado WF**, Pinto LH (2009) Design and pharmacological characterization of inhibitors of amantadine-resistant mutants of the M2 ion channel of influenza A virus. *Biochemistry*. 48:11872-11882.

324. Berger BW, Kulp DW, Span LM, DeGrado JL, Billings PC, Senes A, Bennett JS, **DeGrado WF** (2010) Consensus motif for integrin transmembrane helix association. *Proc Natl Acad Sci U S A* 107:703-8.

325. Tew GN, Scott RW, Klein ML, **DeGrado WF** (2010) De novo design of antimicrobial polymers, foldamers, and small molecules: from discovery to practical applications. *Acc Chem Res* 43:30-39.

326. Balannik V, Obrdlik P, Inayat S, Steensen C, Wang J, Rausch JM, **DeGrado WF**, Kelety B, Pinto LH (2010) Solid-supported membrane technology for the investigation of the influenza A virus M2 channel activity. *Pflugers Arch* 459:593-605.

327. Cady SD, Schmidt-Rohr K, Wang J, Soto CS, **DeGrado WF**, Hong M (2010) Structure of the amantadine binding site of influenza M2 proton channels in lipid bilayers. *Nature* 463:689-692.

328. Balannik V, Carnevale V, Fiorin G, Levine BG, Lamb RA, Klein ML, **DeGrado WF**, Pinto LH (2010) Functional studies and modeling of pore-lining residue mutants of the influenza a virus M2 ion channel. *Biochemistry* 49:696-708.

329. Fry HC, Lehmann A, Saven JG, **DeGrado WF**, Therien MJ (2010) Computational design and elaboration of a de novo heterotetrameric alpha-helical protein that selectively binds an emissive abiological (porphinato)zinc chromophore. *J Am Chem Soc* 132:3997-4005.

330. Lucumi, E., Darling, C., Jo, H., Napper, A. D., Chandramohanadas, R., Fisher, N., Shone, A. E., Jing, H., Ward, S. A., Biagini, G. A., DeGrado, W. F., Diamond, S. L. & Greenbaum, D. C. Discovery of potent small-molecule inhibitors of multidrug-resistant Plasmodium falciparum using a novel miniaturized high-throughput luciferase-based assay. *Antimicrob Agents Chemother* **54**, 3597-604.

331. Shandler SJ, Shapovalov MV, Dunbrack RL, Jr., **DeGrado WF** (2010) Development of a rotamer library for use in beta-peptide foldamer computational design. *J Am Chem Soc* 132:7312-7320.

332. Goldberg SD, Clinthorne GD, Goulian M, **DeGrado WF** (2010) Transmembrane polar interactions are required for signaling in the Escherichia coli sensor kinase PhoQ. *Proc Natl Acad Sci U S A* 107:8141-8146.

333. Montalvo G, Waegele MM, Shandler S, Gai F, **DeGrado WF** (2010) Infrared signature and folding dynamics of a helical beta-peptide. *J Am Chem Soc* 132:5616-5618.

334. Balannik, V., Obrdlik, P., Inayat, S., Steensen, C., Wang, J., Rausch, J. M., DeGrado, W. F., Kelety, B. & Pinto, L. H. (2010). Solid-supported membrane technology for the investigation of the influenza A virus M2 channel activity. *Pflugers Arch* **459**, 593-605.

335. Carnevale, V., Fiorin, G., Levine, B. G., DeGrado, W. F. & Klein, M. L. (2010). Multiple Proton Confinement in the M2 Channel from the Influenza A Virus. *J Phys Chem C Nanomater Interfaces* **114**, 20856-20863.

336. Donald, J. E., Zhu, H., Litvinov, R. I., DeGrado, W. F. & Bennett, J. S. (2010). Identification of interacting hot spots in the beta3 integrin stalk using comprehensive interface design. *J Biol Chem* **285**, 38658-65.

337. Fiorin, G., Carnevale, V. & DeGrado, W. F. (2010). The Flu's Proton Escort. *Science* **330**, 456-8.

338. Jo, H., Culik, R. M., Korendovych, I. V., DeGrado, W. F. & Gai, F. (2010). Selective incorporation of nitrile-based infrared probes into proteins via cysteine alkylation. *Biochemistry* **49**, 10354-6.

- 19 -

LINZ_0173301

**CURRICULUM VITAE**
**WILLIAM F. DEGRADO**

339. Korendovych, I. V., Kim, Y. H., Ryan, A. H., Lear, J. D., DeGrado, W. F. & Shandler, S. J. (2010). Computational design of a self-assembling beta-peptide oligomer. *Org Lett* **12**, 5142-5.

340. Korendovych, I. V., Senes, A., Kim, Y. H., Lear, J. D., Fry, H. C., Therien, M. J., Blasie, J. K., Walker, F. A. & DeGrado, W. F. (2010). De novo design and molecular assembly of a transmembrane diporphyrin-binding protein complex. *J Am Chem Soc* **132**, 15516-8.

341. Lau, W. L., DeGrado, W. F. & Roder, H. (2010). The effects of pK(a) tuning on the thermodynamics and kinetics of folding: design of a solvent-shielded carboxylate pair at the a-position of a coiled-coil. *Biophys J* **99**, 2299-308.

342. Su Yongchao, DeGrado William F., Hong Mei. (2010). Orientation, Dynamics, and Lipid Interaction of an Antimicrobial Arylamide Investigated by (19)F and (31)P Solid-State NMR Spectroscopy, *J Am Chem Soc* **132**, 9197-9205.

343. Ivankin A, Livne L, Mor A, Caputo GA, DeGrado WF, Meron M, Lin B, Gidalevitz D (2010) Role of the conformational rigidity in the design of biomimetic antimicrobial compounds. *Angew Chem Int Ed Engl* 49:8462-8465.

344. Leiding, T., Wang, J., Martinsson, J., DeGrado, W. F. & Arskold, S. P. (2010). Proton and cation transport activity of the M2 proton channel from influenza A virus. *Proc Natl Acad Sci U S A* **107**, 15409-14.

345. Metcalf, D. G., Moore, D. T., Wu, Y., Kielec, J. M., Molnar, K., Valentine, K. G., Wand, A. J., Bennett, J. S. & DeGrado, W. F. (2010). NMR analysis of the alphaIIb beta3 cytoplasmic interaction suggests a mechanism for integrin regulation. *Proc Natl Acad Sci U S A* **107**, 22481-6.

346. Polishchuk, A. L., Lear, J. D., Ma, C., Lamb, R. A., Pinto, L. H. & DeGrado, W. F. (2010). A pH-dependent conformational ensemble mediates proton transport through the influenza A/M2 protein. *Biochemistry* **49**, 10061-71.

347. Zhu, H., Metcalf, D. G., Streu, C. N., Billings, P. C., DeGrado, W. F. & Bennett, J. S. (2010). Specificity for homooligomer versus heterooligomer formation in integrin transmembrane helices. *J Mol Biol* **401**, 882-91.

348. Acharya, R., Carnevale, V., Fiorin, G., Levine, B. G., Polishchuk, A. L., Balannik, V., Samish, I., Lamb, R. A., Pinto, L. H., DeGrado, W. F. & Klein, M. L. (2010). Structure and mechanism of proton transport through the transmembrane tetrameric M2 protein bundle of the influenza A virus. *Proc Natl Acad Sci U S A* **107**, 15075-80.

349. Wang, J., Qiu, J. X., Soto, C. & DeGrado, W. F. (2011). Structural and dynamic mechanisms for the function and inhibition of the M2 proton channel from influenza A virus. *Curr Opin Struct Biol* **21**, 68-80.

350. Fadeev, A. Y. & DeGrado, W. F. (2011). Lipid membranes supported on optically transparent nanosilicas: synthesis and application in characterization of protein-membrane interactions. *J Colloid Interface Sci* **355**, 265-8.

351. Chakraborty, S., Yudenfreund Kravitz, J., Thulstrup, P. W., Hemmingsen, L., DeGrado, W. F. & Pecoraro, V. L. (2011). Design of a three-helix bundle capable of binding heavy metals in a triscysteine environment. *Angew Chem Int Ed Engl* **50**, 2049-53.

352. Rogers, J. M., Polishchuk, A. L., Guo, L., Wang, J., DeGrado, W. F. & Gai, F. (2011). Photoinduced Electron Transfer and Fluorophore Motion as a Probe of the Conformational Dynamics of Membrane Proteins: Application to the Influenza A M2 Proton Channel. *Langmuir*.

353. Cady, S. D., Wang, J., Wu, Y., DeGrado, W. F. & Hong, M. (2011). Specific Binding of Adamantane Drugs and Direction of Their Polar Amines in the Pore of the Influenza M2 Transmembrane Domain in Lipid Bilayers and Dodecylphosphocholine Micelles Determined by NMR Spectroscopy. *J Am Chem Soc*. ``

354. Donald, J. E., Zhang, Y., Fiorin, G., Carnevale, V., Slochower, D. R., Gai, F., Klein, M. L. & DeGrado, W. F. (2011). From the Cover: Transmembrane orientation and possible role of the fusogenic peptide from parainfluenza virus 5 (PIV5) in promoting fusion. *Proc Natl Acad Sci U S A* **108**, 3958-63.

355. Donald, J. E., Kulp, D. W. & DeGrado, W. F. (2011). Salt bridges: geometrically specific, designable interactions. *Proteins* **79**, 898-915.

- 20 -

LINZ_0173302

**CURRICULUM VITAE**
**WILLIAM F. DEGRADO**

356. Grigoryan, G. & DeGrado, W. F. (2011). Probing designability via a generalized model of helical bundle geometry. *J Mol Biol* **405**, 1079-100.

357. Grigoryan, G., Kim, Y.H. Acharya, R., Axelrod, K., Jain, R. M., Willis, L., Drndic, R., Kikkawa, J.M., **DeGrado, W.F.** (2011) Computational Design of Virus-like Protein Assemblies on Carbon Nanotube Surfaces. *Science* **332**, 1071-6.

358. Remorino, A., Korendovych, I., Wu, Y, **DeGrado**, W.F.. Hochstrasser, R.M. (2011) Three dimensional structures of transmembrane proteins from residue specific vibrational photon echoes. *Science* **332**, 1206-9.

359. Grigoryan, G., Moore, D. T. & DeGrado, W. F. (2011). Transmembrane communication: general principles and lessons from the structure and function of the M2 proton channel, K channels, and integrin receptors. *Annu Rev Biochem* **80**, 211-37.

360. Korendovych, I. V., Shandler, S. J., Montalvo, G. L. & DeGrado, W. F. (2011). Environment- and sequence-dependence of helical type in membrane-spanning peptides composed of beta3-amino acids. *Org Lett* **13**, 3474-7.

361. Wang, J., Ma, C., Balannik, V., Pinto, L. H., Lamb, R. A. & DeGrado, W. F. (2011). Exploring the Requirements for the Hydrophobic Scaffold and Polar Amine in inhibitors of M2 from Influenza A Virus. *ACS Med Chem Lett* **2**, 307-312.

362. Wang, J., Ma, C., Fiorin, G., Carnevale, V., Wang, T., Hu, F., Lamb, R. A., Pinto, L. H., Hong, M., Klein, M. L. & DeGrado, W. F. (2011). Molecular dynamics simulation directed rational design of inhibitors targeting drug-resistant mutants of influenza A virus M2. *J Am Chem Soc* **133**, 12834-41.

363. Shandler, S. J., Korendovych, I. V., Moore, D. T., Smith-Dupont, K. B., Streu, C. N., Litvinov, R. I., Billings, P. C., Gai, F., Bennett, J. S. & DeGrado, W. F. (2011). Computational design of a beta-peptide that targets transmembrane helices. *J Am Chem Soc* **133**, 12378-81.

364. Wang, J., Ma, C., Wu, Y., Lamb, R. A., Pinto, L. H. & DeGrado, W. F. (2011). Exploring organosilane amines as potent inhibitors and structural probes of influenza a virus M2 proton channel. *J Am Chem Soc* **133**, 13844-7.

365. Mensa, B., Kim, Y. H., Choi, S., Scott, R., Caputo, G. A. & DeGrado, W. F. (2011). Antibacterial mechanism of action of arylamide foldamers. *Antimicrob Agents Chemother* **55**, 5043-53.

366. Soto, C. S., Hannigan, B. T. & DeGrado, W. F. (2011). A photon-free approach to transmembrane protein structure determination. *J Mol Biol* **414**, 596-610.

367. Kim, Y. H., Donald, J. E., Grigoryan, G., Leser, G. P., Fadeev, A. Y., Lamb, R. A. & DeGrado, W. F. (2011). Capture and imaging of a prehairpin fusion intermediate of the paramyxovirus PIV5. *Proc Natl Acad Sci U S A* **108**, 20992-7.

368. Moore, D. T.. Nygren, P., Jo, H., Boesze-Battaglia, K., Bennett, J. S. & DeGrado, W. F. (2012). Affinity of talin-1 for the beta3-integrin cytosolic domain is modulated by its phospholipid bilayer environment. *Proc Natl Acad Sci U S A* **109**, 793-8.

369. Montero, M., Gulzar N., Klaric K., A. Donald, J. E. Lepik, C. Wu, S. Tsai, S, Julien, J. P. Hessell, A. J., Wang, S. Lu S., Burton D. R., Pai, E. F., DeGrado, W. F. Scott, J. K., (2012) Neutralizing Epitopes in the Membrane-Proximal External Region of HIV-1 gp41 Are Influenced by the Transmembrane Domain and the Plasma Membrane. J Virol. 86, 2930-41.

370. Borza, C. M., Su, Y., Chen, X., Yu, L., Mont, S., Chetyrkin, S., Voziyan, P., Hudson, B. G., Billings, P. C., Jo, H., Bennett, J. S., DeGrado, W. F., Eckes, B., Zent, R. & Pozzi, A. (2012). Inhibition of integrin alpha2beta1 ameliorates glomerular injury. *J Am Soc Nephrol* **23**, 1027-38.

371. Culik, R. M., Jo, H., DeGrado, W. F. & Gai, F. (2012). Using thioamides to site-specifically interrogate the dynamics of hydrogen bond formation in beta-sheet folding. *J Am Chem Soc* **134**, 8026-9.

372. Hong, M. & DeGrado, W. F. (2012). Structural basis for proton conduction and inhibition by the influenza M2 protein. *Protein Sci* **21**, 1620-33.

LINZ_0173303

**CURRICULUM VITAE**
**WILLIAM F. DEGRADO**

373. Jo, H., Meinhardt, N., Wu, Y., Kulkarni, S., Hu, X., Low, K. E., Davies, P. L., DeGrado, W. F. & Greenbaum, D. C. (2012). Development of alpha-helical calpain probes by mimicking a natural protein-protein interaction. *J Am Chem Soc* **134**, 17704-13.

374. Lanci, C. J., MacDermaid, C. M., Kang, S. G., Acharya, R., North, B., Yang, X., Qiu, X. J., DeGrado, W. F. & Saven, J. G. (2012). Computational design of a protein crystal. *Proc Natl Acad Sci U S A* **109**, 7304-9.

375. Love, M. S., Millholland, M. G., Mishra, S., Kulkarni, S., Freeman, K. B., Pan, W., Kavash, R. W., Costanzo, M. J., Jo, H., Daly, T. M., Williams, D. R., Kowalska, M. A., Bergman, L. W., Poncz, M., DeGrado, W. F., Sinnis, P., Scott, R. W. & Greenbaum, D. C. (2012). Platelet Factor 4 Activity against P. falciparum and Its Translation to Nonpeptidic Mimics as Antimalarials. *Cell Host Microbe* **12**, 815-23.

376. Reig, A. J., Pires, M. M., Snyder, R. A., Wu, Y., Jo, H., Kulp, D. W., Butch, S. E., Calhoun, J. R., Szyperski, T. G., Solomon, E. I. & DeGrado, W. F. (2012). Alteration of the oxygen-dependent reactivity of de novo Due Ferri proteins. *Nat Chem* **4**, 900-6.

377. Schramm, C. A., Hannigan, B. T., Donald, J. E., Keasar, C., Saven, J. G., DeGrado, W. F. & Samish, I. (2012). Knowledge-based potential for positioning membrane-associated structures and assessing residue-specific energetic contributions. *Structure* **20**, 924-35.

378. Markiewicz, B.N., Jo., H., Culik, R.M., DeGrado, W.F., Gai, F. (2013). Assessment of Local Friction in Protein Folding Dynamics Using a Helix Cross-Linker. *J Phys Chem B.* 117 (47), 14688–14696.

379. Montalvo, G.L., Gai, F., Roder, H., DeGrado, W.F. (2013). Slow Folding-Unfolding Kinetics of an Octameric β-Peptide Bundle. *ACS Chem Biol* 9 (1), 276–281.

380. Ma, C., Fiorin, G., Carnevale, V., Wang, J., Lamb, R.A., Klein, M.L., Wu, Y., Pinto, L.H., DeGrado, W.F. (2013). Asp44 stabilizes the trp41 gate of the m2 proton channel of influenza a virus. *Structure*, 2033-41.

381. Dong H, Fiorin G, DeGrado WF, Klein ML. (2013). Exploring Histidine Conformations in the M2 Channel Lumen of the Influenza A Virus at Neutral pH via Molecular Simulations. *J Phys Chem Lett*. 3067-3071.

382. Rudick, J.G., Laakso, M.M., Schloss, A.C., DeGrado, W.F. (2013). Template-constrained cyclic sulfopeptide HIV-1 entry inhibitors. *Org Biomol Chem*. 7096-100.

383. Schmidt, N.W., Mishra, A., Wang, J., DeGrado, W.F., Wong, G.C. (2013). Influenza virus A M2 protein generates negative Gaussian membrane curvature necessary for budding and scission. *J Am Chem Soc*. 135, 13710–13719.

384. Koerber, J.T., Thomsen, N.D., Hannigan, B.T., DeGrado, W.F., Wells, J.A. (2013). Nature-inspired design of motif-specific antibody scaffolds. *Nat Biotechnol* 31, 916-921.

385. Fry, H.C., Lehmann, A., Sinks, L.E., Asselberghs, I., Tronin, A., Krishnan, V., Blasie, J.K., Clays, K., DeGrado, W.F., Saven, J.G., Therien, M.J. (2013). Computational de novo design and characterization of a protein that selectively binds a highly hyperpolarizable abiological chromophore. *J Am Chem Soc* 135, 13914-13926.

386. Williams, J.K., Tietze, D., Wang, J., Wu, Y., DeGrado, W.F., Hong, M. (2013). Drug-induced conformational and dynamical changes of the S31N mutant of the influenza M2 proton channel investigated by solid-state NMR. *J Am Chem Soc*.135, 9885-9897.

387. Wang, J., Ma, C., Wang, J., Jo, H., Canturk, B., Fiorin, G., Pinto, L.H., Lamb, R.A., Klein, M.L., DeGrado, W.F. (2013). Discovery of novel dual inhibitors of the wild-type and the most prevalent drug-resistant mutant, S31N, of the M2 proton channel from influenza A virus. *J Med Chem* 56, 2804-12.

388. Balgi, A.D., Wang, J., Cheng, D.Y., Ma, C., Pfeifer, T.A., Shimizu, Y., Anderson, H.J., Pinto, L.H., Lamb, R.A., DeGrado, W.F., Roberge, M. (2013). Inhibitors of the influenza A virus M2 proton channel discovered using a high-throughput yeast growth restoration assay. *PLoS One* vol. 8 Issue2, p1.

389. Lemmin, T., Soto, C.S., Clinthorne, G., DeGrado, W.F., Dal, Peraro. M. (2013). Assembly of the transmembrane domain of E. coli PhoQ histidine kinase: implications for signal transduction from molecular simulations. *PLoS Comput Biol* 1, e1002878.

- 22 -

LINZ_0173304

**CURRICULUM VITAE**
**WILLIAM F. DEGRADO**

390. Mao, L., Wang, J., DeGrado, W.F, (2013). Inouye M. An assay suitable for high throughput screening of anti-influenza drugs. *PLoS One* 8, 54070.

391. Wang, J., Wu, Y., Ma, C., Fiorin, G., Wang, J., Pinto, L.H., Lamb, R.A., Klein, M.L., DeGrado, W.F. (2013). Structure and inhibition of the drug-resistant S31N mutant of the M2 ion channel of influenza A virus. *Proc Natl Acad Sci U S A* 4, 1315-20.

392. Hu, X., Zhao, J., DeGrado, W.F., Binns, A.N. (2013). Agrobacterium tumefaciens recognizes its host environment using ChvE to bind diverse plant sugars as virulence signals. *Proc Natl Acad Sci U S A* 2, 678-83.

393. Thomaston, J.L., Nguyen, P.A., Brown, E.C., Upshur, M.A., Wang, J., DeGrado, W.F., Howard, K.P. (2013). Detection of drug-induced conformational change of a transmembrane protein in lipid bilayers using site-directed spin labeling. *Protein Sci* 1, 65-73.

394. Pavone, V., Zhang, S.Q., Merlino, A., Lombardi, A., Wu, Y., DeGrado, WF. (2014). Crystal structure of an amphiphilic foldamer reveals a 48-mer assembly comprising a hollow truncated octahedron. *Nat Commun* 5, 3581.

395. Rufo, C.M., Moroz, Y.S., Moroz, O.V., Stöhr, J., Smith, T.A., Hu, X., DeGrado, W.F., Korendovych, I.V. (2014). Short peptides self-assemble to produce catalytic amyloids. *Nat Chem* 4, 303-9.

396. Polishchuk, A.L., Cristian, L., Pinto, L.H., Lear, J.D., DeGrado, W.F. (2014). Mechanistic insights from functional characterization of an unnatural His37 mutant of the influenza A/M2 protein. *Biochim Biophys Acta* 4, 1082-7.

397. Montalvo, G.L., Gai, F., Roder, H., DeGrado, W.F. (2014). Slow folding-unfolding kinetics of an octameric β-peptide bundle. *ACS Chem Biol* 1, 276-81.

398. Dong H, Fiorin G, DeGrado WF, Klein ML. Proton release from the histidine-tetrad in the m2 channel of the influenza A virus. *J Phys Chem B*. (2014); 118, 12644-51.

399. Gonzalez G, Hannigan B, DeGrado WF. A real-time all-atom structural search engine for proteins. *PLoS Comput Biol*. (2014) 10:e1003750.

400. Seither KM, McMahon HA, Singh N, Wang H, Cushman-Nick M, Montalvo GL, DeGrado WF, Shorter J. Specific aromatic foldamers potently inhibit spontaneous and seeded Aβ42 and Aβ43 fibril assembly. *Biochem J*. (2014) 464, 85-98.

401. Korendovych IV, DeGrado WF. Catalytic efficiency of designed catalytic proteins. *Curr Opin Struct Biol*. (2014) 27, 113-21.

402. Molnar KS, Bonomi M, Pellarin R, Clinthorne GD, Gonzalez G, Goldberg SD, Goulian M, Sali A, DeGrado WF. Cys-Scanning Disulfide Crosslinking and Bayesian Modeling Probe the Transmembrane Signaling Mechanism of the Histidine Kinase, PhoQ. *Structure*. (2014) 22, 1239-51.

403. Rey-Carrizo M, Barniol-Xicota M, Ma C, Frigolé-Vivas M, Torres E, Naesens L, Llabrés S, Juárez-Jiménez J, Luque FJ, DeGrado WF, Lamb RA, Pinto LH, Vázquez S. Easily Accessible Polycyclic Amines that Inhibit the Wild-Type and Amantadine-Resistant Mutants of the M2 Channel of Influenza A Virus. *J Med Chem*. (2014) 57, 5738-47.

404. Stöhr J, Condello C, Watts JC, Bloch L, Oehler A, Nick M, DeArmond SJ, Giles K, DeGrado WF, Prusiner SB. Distinct synthetic Aβ prion strains producing different amyloid deposits in bigenic mice. *Proc Natl Acad Sci U S A*. (2014) 111, 10329-34.

405. Ghosh A, Wang J, Moroz YS, Korendovych IV, Zanni M, DeGrado WF, Gai F, Hochstrasser RM. 2D IR spectroscopy reveals the role of water in the binding of channel-blocking drugs to the influenza M2 channel. J Chem Phys. (2014) 140, 235105.

406. Mensa B, Howell GL, Scott R, DeGrado WF. Comparative Mechanistic Studies of Brilacidin, Daptomycin, and the Antimicrobial Peptide LL16. Antimicrob Agents Chemother. (2014) Sep; 58(9):5136-45.

407. Montalvo, G. L., Zhang, Y., Young, T. M., Costanzo, M. J., Freeman, K. B., Wang, J., Clements, D. J., Magavern, E., Kavash, R. W., Scott, R. W., Liu, D., and DeGrado, W. F. De novo design of self-assembling foldamers that inhibit heparin-protein interactions, *ACS Chem Biol* (2014) 9, 967-975.

- 23 -

LINZ_0173305

**CURRICULUM VITAE**
**WILLIAM F. DEGRADO**

408. Wu, Y., Canturk, B., Jo, H., Ma, C., Gianti, E., Klein, M. L., Pinto, L. H., Lamb, R. A., Fiorin, G., Wang, J., and DeGrado, W. F. Flipping in the Pore: Discovery of Dual Inhibitors That Bind in Different Orientations to the Wild-Type versus the Amantadine-Resistant S31N Mutant of the Influenza A Virus M2 Proton Channel, *J Am Chem Soc.* (2014) 136, 17987-95.

409. Gianti, E., Carnevale, V., DeGrado, W. F., Klein, M. L., and Fiorin, G. Hydrogen-Bonded Water Molecules in the M2 Channel of the Influenza A Virus Guide the Binding Preferences of Ammonium-Based Inhibitors, *J Phys Chem B.* 2015 119(3):1173-83. doi: 10.1021/jp506807y.

410. Joh, N. H.; Wang, T.; Bhate, M. P.; Acharya, R.; Wu, Y.; Grabe, M.; Hong, M.; Grigoryan, G.; DeGrado, W. F. De novo design of a transmembrane $Zn^{2+}$-transporting four-helix bundle, *Science* (2014) 346, 1520-1524. PMCID: PMC4400864

411. Huang S, Green B, Thompson M, Chen R, Thomaston J, DeGrado WF, Howard KP. C-terminal juxtamembrane region of full-length M2 protein forms a membrane surface associated amphipathic helix *Protein Sci.* (2015) 24(3):426-9. PMCID: PMC4353368.

412. Zhang SQ, Kulp DW, Schramm CA, Mravic M, Samish I, DeGrado WF. The membrane-and soluble-protein helix-helix interactome: similar geometry via different interactions. *Structure.* (2015) Mar 3;23(3):527-41. PMCID: PMC4351763.

413. Zhang Y, Bartz R, Grigoryan G, Bryant M, Aaronson J, Beck S, Innocent N, Klein L, Procopio W, Tucker T, Jadhav V, Tellers DM, DeGrado WF. Computational design and experimental characterization of peptides intended for pH-dependent membrane insertion and pore formation. *ACS Chem Biol.* (2015) Apr 17;10(4):1082-93.

414. Wu Y, Span LM, Nygren P, Zhu H, Moore DT, Cheng H, Roder H, DeGrado WF, Bennett JS. The Tyrosine Kinase c-Src Specifically Binds to the Active Integrin αIIbβ3 to Initiate Outside-in Signaling in Platelets. *J Biol Chem.* (2015) Jun 19;290(25):15885-34. PMCID: PMC4505490.

415. Bhate MP, Molnar KS, Goulian M, DeGrado WF. Signal transduction in histidine kinases: insights from new structures. *Structure.* (2015) Jun 2;23(6):981-94. PMCID: PMC4456306.

416. Reed NI, Jo H, Chen C, Tsujino K, Arnold TD, DeGrado WF, Sheppard D. The αvβ1 integrin plays a critical in vivo role in tissue fibrosis. *Science, Transl Med.* (2015) May 20;7(288):288ra79. PMCID: PMC4461057.

417. Snyder RA, Butch SE, Reig AJ, DeGrado WF, Solomon EI. Molecular-Level Insight into the Differential Oxidase and Oxygenase Reactivities of de Novo Due Ferri Proteins. *J Am Chem Soc.* (2015) Jul 29;137(29):9302-14.

418. Snyder RA, Betzu J, Butch SE, Reig AJ, DeGrado WF, Solomon EI. Systematic Perturbations of Binuclear Non-heme Iron Sites: Structure and Dioxygen Reactivity of de Novo Due Ferri Proteins. *Biochemistry.* (2015) Aug 4;54(30):4637-51.

419. Thomaston JL, Alfonso-Prieto M, Woldeyes RA, Fraser JS, Klein ML, Fiorin G, DeGrado WF. High-resolution structures of the M2 channel from influenza A virus reveal dynamic pathways for proton stabilization and transduction. *Proc Natl Acad Sci U S A.* (2015) Nov 17;112(46):14260-5. PMCID: PMC4655559.

420. Baxter EL, Aguila L, Alonso-Mori R, Barnes CO, Bonagura CA, Brehmer W, Brunger AT, Calero G, Caradoc-Davies TT, Chatterjee R, Degrado WF, Fraser JS, Ibrahim M, Kern J, Kobilka BK, Kruse AC, Larsson KM, Lemke HT, Lyubimov AY, Manglik A, McPhillips SE, Norgren E, Pang SS, Soltis SM, Song J, Thomaston J, Tsai Y, Weis WI, Woldeyes RA, Yachandra V, Yano J, Zouni A and Cohen AE. High-density grids for efficient data collection from multiple crystals. *Acta Crystallogr D Struct Biol.* 2016;72(Pt 1):2-11. doi: 10.1107/S2059798315020847. PubMed PMID: 26894529; PMCID: PMC4756618.

421. Elkins MR, Wang T, Nick M, Jo H, Lemmin T, Prusiner SB, DeGrado WF, Stohr J and Hong M. Structural Polymorphism of Alzheimer's beta-Amyloid Fibrils as Controlled by an E22 Switch: A Solid-State NMR Study. *J Am Chem Soc.* 2016;138(31):9840-52. doi: 10.1021/jacs.6b03715. PubMed PMID: 27414264; PMCID: PMC5149419.

422. Fong KP, Zhu H, Span LM, Moore DT, Yoon K, Tamura R, Yin H, DeGrado WF and Bennett JS. Directly Activating the Integrin alphaIIbbeta3 Initiates Outside-In Signaling by Causing alphaIIbbeta3 Clustering. *J Biol*

LINZ_0173306

*Chem.* 2016;291(22):11706-16. doi: 10.1074/jbc.M116.716613. PubMed PMID: 27056329; PMCID: PMC4882439.

423. Kim KH, Ko DK, Kim YT, Kim NH, Paul J, Zhang SQ, Murray CB, Acharya R, DeGrado WF, Kim YH and Grigoryan G. Protein-directed self-assembly of a fullerene crystal. *Nat Commun.* 2016;7:11429. doi: 10.1038/ncomms11429. PubMed PMID: 27113637; PMCID: PMC4853425.

424. Li F, Ma C, DeGrado WF and Wang J. Discovery of Highly Potent Inhibitors Targeting the Predominant Drug-Resistant S31N Mutant of the Influenza A Virus M2 Proton Channel. *J Med Chem.* 2016;59(3):1207-16. doi: 10.1021/acs.jmedchem.5b01910. PubMed PMID: 26771709; PMCID: PMC4829348.

425. Liang R, Swanson JM, Madsen JJ, Hong M, DeGrado WF and Voth GA. Acid activation mechanism of the influenza A M2 proton channel. *Proc Natl Acad Sci U S A.* 2016. doi: 10.1073/pnas.1615471113. PubMed PMID: 27791184; PMCID: PMC5111692.

426. Markiewicz BN, Lemmin T, Zhang W, Ahmed IA, Jo H, Fiorin G, Troxler T, DeGrado WF and Gai F. Infrared and fluorescence assessment of the hydration status of the tryptophan gate in the influenza A M2 proton channel. *Phys Chem Chem Phys.* 2016;18(41):28939-28950. doi: 10.1039/c6cp03426h. PubMed PMID: 27725984; PMCID: PMC5157935.

427. Mustata GM, Kim YH, Zhang J, DeGrado WF, Grigoryan G and Wanunu M. Graphene Symmetry Amplified by Designed Peptide Self-Assembly. *Biophysical Journal.* 2016;110(11):2507-2516. doi: 10.1016/j.bpj.2016.04.037. PubMed PMID: WOS:000377288500025.

428. Reed NI, Tang YZ, McIntosh J, Wu Y, Molnar KS, Civitavecchia A, Sheppard D, DeGrado WF and Jo H. Exploring N-Arylsulfonyl-l-proline Scaffold as a Platform for Potent and Selective alphavbeta1 Integrin Inhibitors. *ACS Med Chem Lett.* 2016;7(10):902-907. doi: 10.1021/acsmedchemlett.6b00196. PubMed PMID: 27774126; PMCID: PMC5066160.

429. Thomaston JL and DeGrado WF. Crystal structure of the drug-resistant S31N influenza M2 proton channel. *Protein Sci.* 2016;25(8):1551-4. doi: 10.1002/pro.2937. PubMed PMID: 27082171; PMCID: PMC4972211.

430. To TL, Medzihradszky KF, Burlingame AL, DeGrado WF, Jo H and Shu X. Photoactivatable protein labeling by singlet oxygen mediated reactions. *Bioorg Med Chem Lett.* 2016;26(14):3359-63. doi: 10.1016/j.bmcl.2016.05.034. PubMed PMID: 27220724; PMCID: PMC4903891.

431. Ulas G, Lemmin T, Wu Y, Gassner GT and DeGrado WF. Designed metalloprotein stabilizes a semiquinone radical. *Nat Chem.* 2016;8(4):354-9. doi: 10.1038/nchem.2453. PubMed PMID: 27001731; PMCID: PMC4857601.

**431. Lee M, Wang T, Makhlynets OV, Wu Y, Polizzi NF, Wu H, Gosavi PM, Stohr J, Korendovych IV, DeGrado WF and Hong M. Zinc-binding structure of a catalytic amyloid from solid-state NMR. *Proc Natl Acad Sci U S A.* 2017;114(24):6191-6196. doi: 10.1073/pnas.1706179114. PubMed PMID: 28566494; PMCID: PMC5474797.**

432. Lin CW, Mensa B, Barniol-Xicota M, DeGrado WF and Gai F. Activation pH and Gating Dynamics of Influenza A M2 Proton Channel Revealed by Single-Molecule Spectroscopy. *Angew Chem Int Ed Engl.* 2017;56(19):5283-5287. doi: 10.1002/anie.201701874. PubMed PMID: 28374543.

433. Wang T, Jo H, DeGrado WF and Hong M. Water Distribution, Dynamics, and Interactions with Alzheimer's beta-Amyloid Fibrils Investigated by Solid-State NMR. *J Am Chem Soc.* 2017;139(17):6242-6252. doi: 10.1021/jacs.7b02089. PubMed PMID: 28406028.

434. Sundaram A, Chen C, Khalifeh-Soltani A, Atakilit A, Ren X, Qiu W, Jo H, DeGrado W, Huang X and Sheppard D. Targeting integrin alpha5beta1 ameliorates severe airway hyperresponsiveness in experimental asthma. *J Clin Invest.* 2017;127(1):365-374. doi: 10.1172/JCI88555. PubMed PMID: 27918306; PMCID: PMC5199700.

435. Schmidt NW, Grigoryan G and DeGrado WF. The accommodation index measures the perturbation associated with insertions and deletions in coiled-coils: Application to understand signaling in histidine kinases. *Protein Sci.* 2017;26(3):414-435. doi: 10.1002/pro.3095. PubMed PMID: 27977891; PMCID: PMC5326573.

LINZ_0173307

# CURRICULUM VITAE
# WILLIAM F. DEGRADO

436. Hu Y, Musharrafieh R, Ma C, Zhang J, Smee DF, DeGrado WF and Wang J. An M2-V27A channel blocker demonstrates potent in vitro and in vivo antiviral activities against amantadine-sensitive and -resistant influenza A viruses. *Antiviral Res.* 2017;140:45-54. doi: 10.1016/j.antiviral.2017.01.006. PubMed PMID: 28087313; PMCID: PMC5326599.

437. Chang Y, Lau WL, Jo H, Tsujino K, Gewin L, Reed NI, Atakilit A, Nunes AC, DeGrado WF and Sheppard D. Pharmacologic Blockade of alphavbeta1 Integrin Ameliorates Renal Failure and Fibrosis In Vivo. *J Am Soc Nephrol.* 2017. doi: 10.1681/ASN.2015050585. PubMed PMID: 28220032.

438. Findeisen F, Campiglio M, Jo H, Abderemane-Ali F, Rumpf CH, Pope L, Rossen ND, Flucher BE, DeGrado WF and Minor DL, Jr. Stapled Voltage-Gated Calcium Channel (CaV) alpha-Interaction Domain (AID) Peptides Act As Selective Protein-Protein Interaction Inhibitors of CaV Function. *ACS Chem Neurosci.* 2017. doi: 10.1021/acschemneuro.6b00454. PubMed PMID: 28278376.

439. Joh NH, Grigoryan G, Wu Y and DeGrado WF. Design of self-assembling transmembrane helical bundles to elucidate principles required for membrane protein folding and ion transport. *Philos Trans R Soc Lond B Biol Sci.* 2017;372(1726). doi: 10.1098/rstb.2016.0214. PubMed PMID: 28630154; PMCID: PMC5483517.

440. Hilaire MR, Ahmed IA, Lin CW, Jo H, DeGrado WF and Gai F. Blue fluorescent amino acid for biological spectroscopy and microscopy. *Proc Natl Acad Sci U S A.* 2017;114(23):6005-6009. doi: 10.1073/pnas.1705586114. PubMed PMID: 28533371; PMCID: PMC5468623.

441. Stohr, J.; Wu, H.; Nick, M.; Wu, Y.; Bhate, M.; Condello, C.; Johnson, N.; Rodgers, J.; Lemmin, T.; Acharya, S.; Becker, J.; Robinson, K.; Kelly, M. J. S.; Gai, F.; Stubbs, G.; Prusiner, S. B.; DeGrado, W. F., A 31-residue peptide induces aggregation of tau's microtubule-binding region in cells. *Nature Chemistry* **2017,** *9* (9), 874-881. doi: 10.1038/nchem.2754

442. Polizzi, N, Wu, Y., Lemmin, T, Maxwell, A, Zhang, SQ, Rawson, J., Beratan, DN, Therien, M.J., DeGrado, WF. (2017) De novo design of a hyperstable, non-natural protein-ligand complex with sub-Å accuracy. *Nature Chemistry* doi:10.1038/nchem.2846

443. Hu Y, Musharrafieh R, Ma C, Zhang J, Smee DF, DeGrado WF and Wang J. An M2-V27A channel blocker demonstrates potent in vitro and in vivo antiviral activities against amantadine-sensitive and -resistant influenza A viruses. Antiviral Res. 2017;140:45-54. doi: 10.1016/j.antiviral.2017.01.006. PubMed PMID: 28087313; PMCID: PMC5326599.

444. Wang T, Jo H, DeGrado WF and Hong M. Water Distribution, Dynamics, and Interactions with Alzheimer's beta-Amyloid Fibrils Investigated by Solid-State NMR. J Am Chem Soc. 2017;139(17):6242-6252. doi: 10.1021/jacs.7b02089. PubMed PMID: 28406028.

445. Thomaston JL, Woldeyes RA, Nakane T, Yamashita A, Tanaka T, Koiwai K, Brewster AS, Barad BA, Chen Y, Lemmin T, Uervirojnangkoorn M, Arima T, Kobayashi J, Masuda T, Suzuki M, Sugahara M, Sauter NK, Tanaka R, Nureki O, Tono K, Joti Y, Nango E, Iwata S, Yumoto F, Fraser JS and DeGrado WF. XFEL structures of the influenza M2 proton channel: Room temperature water networks and insights into proton conduction. Proc Natl Acad Sci U S A. 2017. doi: 10.1073/pnas.1705624114. PubMed PMID: 28835537.

446. Chang Y, Lau WL, Jo H, Tsujino K, Gewin L, Reed NI, Atakilit A, Nunes ACF, DeGrado WF and Sheppard D. Pharmacologic Blockade of alphavbeta1 Integrin Ameliorates Renal Failure and Fibrosis In Vivo. J Am Soc Nephrol. 2017;28(7):1998-2005. doi: 10.1681/ASN.2015050585. PubMed PMID: 28220032; PMCID: PMC5491273

447. Findeisen F, Campiglio M, Jo H, Abderemane-Ali F, Rumpf CH, Pope L, Rossen ND, Flucher BE, DeGrado WF and Minor DL, Jr. Stapled Voltage-Gated Calcium Channel (CaV) alpha-Interaction Domain (AID) Peptides Act As Selective Protein-Protein Interaction Inhibitors of CaV Function. ACS Chem Neurosci. 2017;8(6):1313-1326. doi: 10.1021/acschemneuro.6b00454. PubMed PMID: 28278376; PMCID: PMC5481814.

448. Zhang SQ, Huang H, Yang J, Kratochvil HT, Lolicato M, Liu Y, Shu X, Liu L and DeGrado WF. Designed peptides that assemble into cross-alpha amyloid-like structures. Nat Chem Biol. 2018;14(9):870-875. Epub 2018/08/01. doi: 10.1038/s41589-018-0105-5. PubMed PMID: 30061717; PMCID: PMC6497057.

LINZ_0173308

# CURRICULUM VITAE
# WILLIAM F. DEGRADO

449. Zhang SQ, Chino M, Liu L, Tang Y, Hu X, DeGrado WF and Lombardi A. De Novo Design of Tetranuclear Transition Metal Clusters Stabilized by Hydrogen-Bonded Networks in Helical Bundles. J Am Chem Soc. 2018;140(4):1294-1304. doi: 10.1021/jacs.7b08261. PubMed PMID: 29249157; PMCID: PMC5860638.

450. Yang B, Wu H, Schnier PD, Liu Y, Liu J, Wang N, DeGrado WF and Wang L. Proximity-enhanced SuFEx chemical cross-linker for specific and multitargeting cross-linking mass spectrometry. Proc Natl Acad Sci U S A. 2018;115(44):11162-11167. Epub 2018/10/17. doi: 10.1073/pnas.1813574115. PubMed PMID: 30322930; PMCID: PMC6217395.

451. Wu H, Acharyya A, Wu Y, Liu L, Jo H, Gai F and DeGrado WF. Design of a Short Thermally Stable alpha-Helix Embedded in a Macrocycle. Chembiochem. 2018;19(9):902-906. doi: 10.1002/cbic.201800026. PubMed PMID: 29417711.

452. Thomaston JL, Polizzi NF, Konstantinidi A, Wang J, Kolocouris A and DeGrado WF. Inhibitors of the M2 Proton Channel Engage and Disrupt Transmembrane Networks of Hydrogen-Bonded Waters. J Am Chem Soc. 2018;140(45):15219-15226. Epub 2018/08/31. doi: 10.1021/jacs.8b06741. PubMed PMID: 30165017.

453. Pahuja KB, Nguyen TT, Jaiswal BS, Prabhash K, Thaker TM, Senger K, Chaudhuri S, Kljavin NM, Antony A, Phalke S, Kumar P, Mravic M, Stawiski EW, Vargas D, Durinck S, Gupta R, Khanna-Gupta A, Trabucco SE, Sokol ES, Hartmaier RJ, Singh A, Chougule A, Trivedi V, Dutt A, Patil V, Joshi A, Noronha V, Ziai J, Banavali SD, Ramprasad V, DeGrado WF, Bueno R, Jura N and Seshagiri S. Actionable Activating Oncogenic ERBB2/HER2 Transmembrane and Juxtamembrane Domain Mutations. Cancer Cell. 2018;34(5):792-806 e5. Epub 2018/11/20. doi: 10.1016/j.ccell.2018.09.010. PubMed PMID: 30449325; PMCID: PMC6248889.

454. Nick M, Wu Y, Schmidt NW, Prusiner SB, Stohr J and DeGrado WF. A long-lived Abeta oligomer resistant to fibrillization. Biopolymers. 2018;109(8):e23096. Epub 2018/01/11. doi: 10.1002/bip.23096. PubMed PMID: 29319162; PMCID: PMC6039285.

455. Mravic M, Hu H, Lu Z, Bennett JS, Sanders CR, Orr AW and DeGrado WF. De novo designed transmembrane peptides activating the alpha5beta1 integrin. Protein Eng Des Sel. 2018;31(5):181-190. Epub 2018/07/12. doi: 10.1093/protein/gzy014. PubMed PMID: 29992271; PMCID: PMC6151875.

456. Liu J, Cheng R, Wu H, Li S, Wang PG, DeGrado WF, Rozovsky S and Wang L. Building and Breaking Bonds via a Compact S-Propargyl-Cysteine to Chemically Control Enzymes and Modify Proteins. Angew Chem Int Ed Engl. 2018;57(39):12702-12706. Epub 2018/08/18. doi: 10.1002/anie.201806197. PubMed PMID: 30118570; PMCID: PMC6169525.

457. Kang ES, Kim YT, Ko YS, Kim NH, Cho G, Huh YH, Kim JH, Nam J, Thach TT, Youn D, Kim YD, Yun WS, DeGrado WF, Kim SY, Hammond PT, Lee J, Kwon YU, Ha DH and Kim YH. Peptide-Programmable Nanoparticle Superstructures with Tailored Electrocatalytic Activity. ACS Nano. 2018;12(7):6554-6562. Epub 2018/05/31. doi: 10.1021/acsnano.8b01146. PubMed PMID: 29842775; PMCID: PMC6556112.

458. Condello C, Lemmin T, Stohr J, Nick M, Wu Y, Maxwell AM, Watts JC, Caro CD, Oehler A, Keene CD, Bird TD, van Duinen SG, Lannfelt L, Ingelsson M, Graff C, Giles K, DeGrado WF and Prusiner SB. Structural heterogeneity and intersubject variability of Abeta in familial and sporadic Alzheimer's disease. Proc Natl Acad Sci U S A. 2018;115(4):E782-E791. doi: 10.1073/pnas.1714966115. PubMed PMID: 29311311; PMCID: PMC5789926.

459. Chino M, Zhang SQ, Pirro F, Leone L, Maglio O, Lombardi A and DeGrado WF. Spectroscopic and metal binding properties of a de novo metalloprotein binding a tetrazine cluster. Biopolymers. 2018;109(10):e23339. Epub 2018/09/12. doi: 10.1002/bip.23229. PubMed PMID: 30203532; PMCID: PMC6218314.

460. Bokoch MP, Jo H, Valcourt JR, Srinivasan Y, Pan AC, Capponi S, Grabe M, Dror RO, Shaw DE, DeGrado WF and Coughlin SR. Entry from the Lipid Bilayer: A Possible Pathway for Inhibition of a Peptide G Protein-Coupled Receptor by a Lipophilic Small Molecule. Biochemistry. 2018;57(39):5748-5758. Epub 2018/08/14. doi: 10.1021/acs.biochem.8b00577. PubMed PMID: 30102523.

461. Bhate MP, Lemmin T, Kuenze G, Mensa B, Ganguly S, Peters JM, Schmidt N, Pelton JG, Gross CA, Meiler J and DeGrado WF. Structure and Function of the Transmembrane Domain of NsaS, an Antibiotic Sensing Histidine Kinase in Staphylococcus aureus. J Am Chem Soc. 2018;140(24):7471-7485. doi: 10.1021/jacs.7b09670. PubMed PMID: 29771498.

LINZ_0173309

**CURRICULUM VITAE**
**WILLIAM F. DEGRADO**

462. Zhang K, Ahmed IA, Kratochvil HT, DeGrado WF, Gai F and Jo H. Synthesis and application of the blue fluorescent amino acid l-4-cyanotryptophan to assess peptide-membrane interactions. Chem Commun (Camb). 2019;55(35):5095-5098. Epub 2019/04/09. doi: 10.1039/c9cc01152h. PubMed PMID: 30957824; PMCID: PMC6508085.

463. Yang B, Wang N, Schnier PD, Zheng F, Zhu H, Polizzi NF, Ittuveetil A, Saikam V, DeGrado WF, Wang Q, Wang PG and Wang L. Genetically Introducing Biochemically Reactive Amino Acids Dehydroalanine and Dehydrobutyrine in Proteins. J Am Chem Soc. 2019;141(19):7698-7703. Epub 2019/05/01. doi: 10.1021/jacs.9b02611. PubMed PMID: 31038942; PMCID: PMC6556376.

464. Wu H, Saltzberg DJ, Kratochvil HT, Jo H, Sali A and DeGrado WF. Glutamine Side Chain (13)C horizontal line(18)O as a Nonperturbative IR Probe of Amyloid Fibril Hydration and Assembly. J Am Chem Soc. 2019;141(18):7320-7326. Epub 2019/04/19. doi: 10.1021/jacs.9b00577. PubMed PMID: 30998340.

465. Watkins LC, Liang R, Swanson JMJ, DeGrado WF and Voth GA. Proton-Induced Conformational and Hydration Dynamics in the Influenza A M2 Channel. J Am Chem Soc. 2019;141(29):11667-11676. Epub 2019/07/03. doi: 10.1021/jacs.9b05136. PubMed PMID: 31264413; PMCID: PMC6768079.

466. Thomaston JL, Wu Y, Polizzi N, Liu L, Wang J and DeGrado WF. X-ray Crystal Structure of the Influenza A M2 Proton Channel S31N Mutant in Two Conformational States: An Open and Shut Case. J Am Chem Soc. 2019;141(29):11481-11488. Epub 2019/06/12. doi: 10.1021/jacs.9b02196. PubMed PMID: 31184871.

467. Mravic M, Thomaston JL, Tucker M, Solomon PE, Liu L and DeGrado WF. Packing of apolar side chains enables accurate design of highly stable membrane proteins. Science. 2019;363(6434):1418-1423. Epub 2019/03/30. doi: 10.1126/science.aav7541. PubMed PMID: 30923216.

468. Lombardi A, Pirro F, Maglio O, Chino M and DeGrado WF. De Novo Design of Four-Helix Bundle Metalloproteins: One Scaffold, Diverse Reactivities. Acc Chem Res. 2019;52(5):1148-1159. Epub 2019/04/12. doi: 10.1021/acs.accounts.8b00674. PubMed PMID: 30973707.

469. Dang B, Mravic M, Hu H, Schmidt N, Mensa B and DeGrado WF. SNAC-tag for sequence-specific chemical protein cleavage. Nat Methods. 2019;16(4):319-322. Epub 2019/03/30. doi: 10.1038/s41592-019-0357-3. PubMed PMID: 30923372; PMCID: PMC6443254.

470. Ahmed IA, Acharyya A, Eng CM, Rodgers JM, DeGrado WF, Jo H and Gai F. 4-Cyanoindole-2'-deoxyribonucleoside as a Dual Fluorescence and Infrared Probe of DNA Structure and Dynamics. Molecules. 2019;24(3). Epub 2019/02/13. doi: 10.3390/molecules24030602. PubMed PMID: 30744004; PMCID: PMC6384856.

471. Acharyya A, Ge Y, Wu H, DeGrado WF, Voelz VA and Gai F. Exposing the Nucleation Site in alpha-Helix Folding: A Joint Experimental and Simulation Study. J Phys Chem B. 2019;123(8):1797-1807. Epub 2019/01/30. doi: 10.1021/acs.jpcb.8b12220. PubMed PMID: 30694671; PMCID: PMC6497059.

472. Tan SK, Fong KP, Polizzi NF, Sternisha A, Slusky JSG, Yoon K, DeGrado WF and Bennett JS. Modulating Integrin alphaIIbbeta3 Activity through Mutagenesis of Allosterically Regulated Intersubunit Contacts. Biochemistry. 2019;58(30):3251-3259. Epub 2019/07/03. doi: 10.1021/acs.biochem.9b00430. PubMed PMID: 31264850.

473. Litvinov RI, Mravic M, Zhu H, Weisel JW, DeGrado WF and Bennett JS. Unique transmembrane domain interactions differentially modulate integrin alphavbeta3 and alphaIIbbeta3 function. Proc Natl Acad Sci U S A. 2019;116(25):12295-12300. Epub 2019/06/05. doi: 10.1073/pnas.1904867116. PubMed PMID: 31160446; PMCID: PMC6589676.

474. Dregni AJ, Mandala VS, Wu H, Elkins MR, Wang HK, Hung I, DeGrado WF and Hong M. In vitro 0N4R tau fibrils contain a monomorphic beta-sheet core enclosed by dynamically heterogeneous fuzzy coat segments. Proc Natl Acad Sci U S A. 2019;116(33):16357-16366. Epub 2019/07/31. doi: 10.1073/pnas.1906839116. PubMed PMID: 31358628; PMCID: PMC6697781.

475. Aoyagi A, Condello C, Stohr J, Yue W, Rivera BM, Lee JC, Woerman AL, Halliday G, van Duinen S, Ingelsson M, Lannfelt L, Graff C, Bird TD, Keene CD, Seeley WW, DeGrado WF and Prusiner SB. Abeta and tau prion-like activities decline with longevity in the Alzheimer's disease human brain. Sci Transl Med.

LINZ_0173310

## CURRICULUM VITAE
## WILLIAM F. DEGRADO

2019;11(490). Epub 2019/05/03. doi: 10.1126/scitranslmed.aat8462. PubMed PMID: 31043574; PMCID: PMC6640844.

**U.S. Patents (Issued)**

1. DeGrado, William Frank; Jackson, Sharon Anne; Mousa, Shaker Ahmed; Parthasarathy, Anju; Sworin, Michael. Preparation of cyclopeptides useful as inhibitors of platelet glycoprotein IIb/IIIa. PCT Int. Appl. (1993), 211 pp. CODEN: PIXXD2 WO 9307170 A1 19930415 CAN 120:164903 AN 1994:164903 CAPLUS

2. Robertson, Dan E.; Farid, Ramy S.; DeGrado, William F.; Dutton, P. Leslie. Electrically conducting synthetic peptide complexes. PCT Int. Appl. (1994), 34 pp. CODEN: PIXXD2 WO 9415628 A1 19940721 CAN 121:200396 AN 1994:600396 CAPLUS

3. DeGrado, William Frank; Dorow, Roberta Louise; Ward, Randall Kay; Xue, Chu-Biao. Process for the preparation of cyclopeptide platelet glycoprotein IIb/IIIa inhibitors containing N□-methylarginine. PCT Int. Appl. (1994), 161 pp. CODEN: PIXXD2 WO 9422911 A2 19941013 CAN 122:133860 AN 1995:350562 CAPLUS

4. Wells, Gregory James; Wityak, John; Parthasarathy, Anju; DeGrado, William Frank; Jackson, Sharon Anne; Mousa, Shaker Ahmed. Preparation of peptides cyclocondensed to heterocyclic rings useful as antagonists of platelet glycoprotein IIb/IIIa. PCT Int. Appl. (1994), 179 pp. CODEN: PIXXD2 WO 9411398 A1 19940526 CAN 122:133849 AN 1995:356700 CAPLUS

5. Zhang, Lin Hua; Ma, Philip; DeGrado, William Frank. Process for the preparation of cyclopeptide platelet glycoprotein IIb/IIIa inhibitors. PCT Int. Appl. (1994), 93 pp. CODEN: PIXXD2 WO 9422909 A1 19941013 CAN 122:133862 AN 1995:358758 CAPLUS

6. DeGrado, William Frank; Jackson, Sharon Anne; Mousa, Shaker Ahmed; Parthasarathy, Anju; Sworin, Michael; Rafalski, Maria. Preparation of cyclic peptides as inhibitors of platelet glycoprotein IIb/IIIa. PCT Int. Appl. (1994), 254 pp. CODEN: PIXXD2 WO 9422910 A1 19941013 CAN 123:144642 AN 1995:723128 CAPLUS

7. DeGrado, William Frank; Mousa, Shaker Ahmed; Sworin, Michael; Barrett, John Andrew; Edwards, David Scott; Harris, Thomas David; Rajopadhye, Milind; Liu, Shuang. Preparation of radiolabeled platelet GPIIb/IIIa receptor antagonists as imaging agents for the diagnosis of thromboembolic disorders. PCT Int. Appl. (1994), 459 pp. CODEN: PIXXD2 WO 9422494 A1 19941013 CAN 123:199405 AN 1995:767392 CAPLUs

8. DeGrado, William Frank; Xue, Chu-Biao. Preparation of compounds containing basic and acidic termini useful as fibrinogen receptor antagonists. PCT Int. Appl. (1995), 201 pp. CODEN: PIXXD2 WO 9518111 A1 19950706 CAN 123:285548 AN 1995:890154 CAPLUS

9. Wityak, John; Xue, Chu-Biao; Sielecki-Dzurdz, Thais Motria; Olson, Richard Eric; DeGrado, William Frank; Cain, Gary Avonn. Preparation of isoxazolinealkanoates and analogs as fibrinogen receptor antagonists. PCT Int. Appl. (1995), 376 pp. CODEN: PIXXD2 WO 9514683 A1 19950601 CAN 124:8795 AN 1995:943445 CAPLUS

10. DeGrado, William F.; Xue, Chu-biao. Aromatic compounds containing basic and acidic termini useful as fibrinogen receptor antagonists. U.S. (1996), 83 pp., Cont.-in-part of U.S. Ser. No. 174,552, abandoned. CODEN: USXXAM US 5563158 A 19961008 CAN 125:329475 AN 1996:653632 CAPLUS

11. Xue, Chu-Biao; DeGrado, William F.; Decicco, Carl Peter. Preparation of novel hydroxamic acid and amino-carboxylate compounds as metalloprotease and TNF inhibitors. PCT Int. Appl. (1996), 100 pp. CODEN: PIXXD2 WO 9633176 A1 19961024 CAN 126:31664 AN 1997:4165 CAPLUS

LINZ_0173311

# CURRICULUM VITAE
# WILLIAM F. DEGRADO

12. Wityak, John; Cain, Gary Avonn; Batt, Douglas Guy; Pinto, Donald; Hussain, Munir Alwan; Xue, Chu-Biao; Sielecki-Dzurdz, Thais Motria; Olson, Richard Eric; DeGrado, William Frank; Mousa, Shaker Ahmed. Preparation of novel isoxazoline and isoxazole fibrinogen receptor antagonists. PCT Int. Appl. (1996),  412 pp. CODEN: PIXXD2 WO 9638426 A1 19961205 CAN 126:117965 AN 1997:105201 CAPLUS

13.  Xue, C.-B., **DeGrado WF**, DeCicco, C. P., Jacobson, I. C. "Hydroxamic acid compounds as metalloprotease and TNF inhibitors" US Patent # 5,703,092 (Dec. 1997).

14. **DeGrado WF**, Jackson, S. A., Mousa, S. A., Parthasarathy, A., Sworin, M., Rafalski, M. "Cyclic compounds useful as inhibitors of glycoprotein IIb/IIIa" US Patent number 5,635,477 (June 3, 1997).

15. Xue, Chu-Biao; Cherney, Robert Joseph; Decicco, Carl Peter; DeGrado, William Frank; He, Xiaohua; Hodge, Carl Nicolas; Jacobson, Irina Cipora; Magolda, Ronald Louis; Arner, Elizabeth Catherine; Duan, Jingwu; Nelson, David J. Novel macrocyclic compounds as metalloprotease inhibitors. PCT Int. Appl. (1997),  351 pp. CODEN: PIXXD2 WO 9718207 A2 19970522 CAN 127:81789 AN 1997:443298 CAPLUS

16. Xue, Chu-biao; DeGrado, William F.; Decicco, Carl Peter; Jacobson, Irina Cipora. Preparation of peptidyl hydroxamic acid derivatives as metalloprotease and tumor necrosis factor inhibitors. U.S. (1997),  26 pp., Cont.-in-part of U.S. Ser. No. 423,197, abandoned. CODEN: USXXAM US 5703092 A 19971230 CAN 128:102393 AN 1998:28238 CAPLUS

17. Wells, G. J., Wityak, J., Parthasarathy, A., DeGrado, W., Jackson, S. A., Mousa, S. A. Cyclic compounds linked by a heterocyclic ring useful as inhibitors of platelet glycoprotein IIB/IIIA US Patent #5,773,411 (June 30, 1998).

18. Xue, Chu-Bio; Decicco, Carl P.; Cherney, Robert J.; Arner, Elizabeth; DeGrado, William F.; Duan, Jingwu; He, Xiaohua; Jacobson, Irina Cipora; Magolda, Ronald L.; Nelson, David. Novel macrocyclic compounds as metalloprotease inhibitors. PCT Int. Appl. (1998),  80 pp. CODEN: PIXXD2 WO 9851665 A2 19981119 CAN 130:14260 AN 1998:761877 CAPLUS

19. Wityak, John; Xue, Chu-Biao; Sielecki-Dzurdz, Thais Motria; Olson, Richard Eric; DeGrado, William Frank; Cain, Gary Avonn; Batt, Douglas Guy; Pinto, Donald; Hussain, Munir Alwan; Mousa, Shaker Ahmed. Preparation of isoxazoline and isoxazole fibrinogen receptor antagonists. U.S. (1998),  153 pp., Cont.-in-part of U.S. Ser. No. 337,920, abandoned. CODEN: USXXAM US 5849736 A 19981215 CAN 130:66484 AN 1998:816104 CAPLUS

20. DeGrado, William Frank; Mousa, Shaker Ahmed; Sworin, Michael; Barrett, John Andrew; Edwards, Scott David; Harris, Thomas David; Rajopadhye, Milind; Liu, Shuang. Preparation of radiolabeled platelet GPIIb/IIIa receptor antagonists as imaging agents for the diagnosis of thromboembolic disorders. U.S. (1999),  135 pp., Cont.-in-part of U.S. Ser. No. 40,336, abandoned. CODEN: USXXAM US 5879657 A 19990309 CAN 130:237883 AN 1999:181611 CAPLUS

21. W. F. DeGrado "Design, Preparation & Properties of Antibacterial beta-Peptides" (Submitted, U.S. Patent, 11 Dec. 2000).

22. Xue, Chu-bio; Decicco, Carl P.; Cherney, Robert J.; Arner, Elizabeth; DeGrado, William F.; Duan, Jingwu; He, Xiaohua; Jacobson, Irina Cipora; Magolda, Ronald L.; Nelson, David. Novel macrocyclic compounds as metalloprotease inhibitors. U.S. (2001),  118 pp., Cont.-in-part of U.S. Ser. No. 743,439, abandoned. CODEN: USXXAM US 6281352 B1 20010828 CAN 135:195793 AN 2001:630906 CAPLUS

23. DeGrado, William F.; Tew, Gregory N.; Klein, Michael L. Facially amphiphilic polymers as anti-infective agents, articles, and attaching facially amphiphilic polymers to a solid support. PCT Int. Appl. (2002),  48 pp. CODEN: PIXXD2 WO 2002072007 A2 20020919 CAN 137:233786 AN 2002:716014 CAPLUS

24. DeGrado, William F.; Hamuro, Yoshimoto; Liu, Dahui. Design, preparation, and properties of antibacterial □-peptides. U.S. Pat. Appl. Publ. (2002),  22 pp. CODEN: USXXCO US 2002132766 A1 20020919 CAN 137:232921 AN 2002:717050 CAPLUS

25. Doerksen, Robert J.; Chen, Bin; Klein, Michael L.; DeGrado, William F.. Methods, systems, and computer program products for computational analysis and design of amphiphilic polymers. PCT Int. Appl. (2003),  31 pp. CODEN: PIXXD2 WO 2003100701 A1 20031204 CAN 139:396387 AN 2003:951325 CAPLUS

26. Saven, Jeffrey G.; DeGrado, William F.; Slovic, Avram M.; Summa, Christopher M.; Kono, Hidetoshi. Computational design of a water-soluble analog of a protein, such as phospholamban and potassium channel KcsA. PCT Int. Appl. (2004), 73 pp. CODEN: PIXXD2 WO 2004065363 A2 20040805 CAN 141:169771 AN 2004:633910 CAPLUS

27. DeGrado, William F.; Liu, Dahui; Tew, Gregory N.; Klein, Michael L.; Yuan, Jing; Choi, Sungwook. Facially amphiphilic polymers and oligomers and uses. PCT Int. Appl. (2004), 211 pp. CODEN: PIXXD2 WO 2004082634 A2 20040930 CAN 141:314809 AN 2004:802698 CAPLUS

28. DeGrado, William F.; Liu, Dahui; Tew, Gregory N.; Klein, Michael L. Facially amphiphilic polyaryl and

- 30 -

LINZ_0173312

**CURRICULUM VITAE**
**WILLIAM F. DEGRADO**

polyarylalkynyl polymers and oligomers and uses thereof.  PCT Int. Appl. (2005), 105 pp. CODEN: PIXXD2 WO 2005072246 A2 20050811 CAN 143:186694 AN 2005:732525 CAPLUS

29. Kuroda, Kenichi; DeGrado, William F. Antimicrobial copolymers, preparation and uses in pharmaceuticals. U.S. Pat. Appl. Publ. (2006), 44 pp. CODEN: USXXCO US 2006024264 A1 20060202 CAN 144:171858 AN 2006:103691  CAPLUS

LINZ_0173313

TAB C

## Curriculum Vitae

*Name:* Kim Elaine Barrett

*Date and Place of Birth:* 21st June 1958, London, England

*Citizenship:* United Kingdom and United States

*Education:*

1979   B.Sc. (1st Class Hons.; Medicinal Chemistry),
University College London, England.
1982   Ph.D. (Biological Chemistry), University College London, England;
Thesis "Studies on the Functional Heterogeneity of Mast Cells";
Supervisor: F.L. Pearce, Ph.D.

*Employment:*

| | |
|---|---|
| 1982 - 1985 | Visiting Fellow |
| | Mast Cell Physiology Section, Laboratory of Clinical Investigation |
| | National Institute of Allergy and Infectious Diseases, National Institutes of Health |
| 1985 - 1988 | Assistant Research Immunologist, Department of Medicine |
| | University of California, San Diego, School of Medicine |
| 1988 - 1992 | Assistant Professor of Medicine |
| | University of California, San Diego, School of Medicine |
| 1992 - 1996 | Associate Professor of Medicine |
| | University of California, San Diego, School of Medicine |
| 1996 - 2015 | Professor of Medicine |
| | University of California, San Diego, School of Medicine |
| 1999 - 2006 | Vice-Chair for Research, Department of Medicine |
| | University of California, San Diego, School of Medicine |
| 2003 - 2004 | Interim Chief for Academic Affairs, Division of Gastroenterology, |
| | Department of Medicine, University of California, San Diego, School of |
| | Medicine |
| 2006 - 2016 | Dean of the Graduate Division, University of California, San Diego |
| 2015-Present | Distinguished Professor of Medicine |
| | University of California, San Diego, School of Medicine |

*Societies:*

European Histamine Research Society
American Association of Immunologists
Gastroenterology Research Group
American Gastroenterological Association (Fellow, 2006 inaugural class)
American Academy of Allergy, Asthma and Immunology (Fellow)
American Physiological Society (Fellow, 2015 inaugural class)
The Physiological Society (Fellow, 2017 inaugural class)

1

LINZ_0173238

*Honors and Awards:*

Science and Engineering Research Council Research Scholarship, 1979
Fogarty Visiting Fellowship, 1982
Fulbright Traveling Scholarship, 1982
AGA/GRG Young Investigator Award, 1994
American Physiological Society Henry Pickering Bowditch Award, 1996
Kaiser-Permanente Award for Excellence in Teaching, UCSD, 2000; nominee 2010
Inaugural Recipient, Dean's Award for Excellence in Teaching, UCSD, 2002
McKenna Memorial Lecturer, Canadian Association of Gastroenterology, 2003
Doctor of Medical Science, *honoris causa,* Queen's University Belfast, 2004
Finalist, Women Who Mean Business, San Diego Business Journal, 2004
Member, Clinical Investigation Institute, UCSD, 2005-present
Davenport Lecturer, American Physiological Society, 2006
Elected as Foreign Member of the Swedish Royal Society of Sciences, 2006
Heroes with Heart Award, Crohn's & Colitis Foundation of America, 2007
Molecular Medicine Medal Lecturer, Charitable Infirmary Charitable Trust, Royal College of
   Surgeons in Ireland, 2007
Distinguished Speaker of the Year, Department of Physiology, University of Tennessee, 2008
AGA Outstanding Women in Science Award, 2008
YWCA TWIN (Tribute to Woman and Industry) Award, 2009
Inductee, Bouchet Graduate Honor Society, 2012
American Physiological Society M. Bodil Schmidt-Nielsen Distinguished Mentor and Scientist
   Award, 2012
Distinguished Administrator Award, Graduate Student Association, UC San Diego, 2012
Bayliss-Starling Prize Lecturer, Physiological Society, 2015
AGA Intestinal Disorders Section Research Mentor Award, 2016
American Physiological Society Ray G. Daggs Award for Distinguished Service, 2017
Top Reviewer, Cellular and Molecular Gastroenterology and Hepatology, 2017
Equity Diversity and Inclusion (EDI) Innovation Grant Award, UC San Diego, 2018
Ussing Lectureship Award, 2019

*Research Interests:*

Mechanisms of epithelial ion transport
Pathophysiological consequences of enteric infections
The role of mast cells in allergic and inflammatory diseases
Immune-related intestinal secretion
Abnormalities in epithelial transport and barrier function in specific GI disease states
Mechanisms of action of probiotics

*Current Research/Programmatic Support (as Principal Investigator):*

Alfred Sloan Foundation Grant MPHD "University Center for Exemplary Mentoring."
Support recommended for the budget period 7/01/18-6/30/21 (total costs $1,000,643).

National Science Foundation "INCLUDES Conference Grant." Support recommended for the
budget period 09/1/16-08/31/17 (total costs $250,000).

2

*Extramural Professional Activities:*

American Gastroenterological Association
    Contributor, Selected Summaries, *Gastroenterology*, 1989-1994
    International Liaison Committee, 1990-1993; 2001-2003
    Nominating Committee, Intestinal Disorders Section, 1991-1994 and 2005 (Chair)
    Abstract Selection Committee, Intestinal Disorders Section, 1992-1996 (Chair, 1993-1994),
        and 1999-2000
    Committee on Research, member, 1993-1996 and 1998-2001; *ad hoc* member of Career
    Development Task Force, 1996-1997; Chair, Career Development Task Force, 1997-2001
    Committee on Women in Gastroenterology, 1994-1998
    Task Force on Research Goals, 1994-1995
    Research Policy Committee, American Digestive Health Foundation, 1995-1997
    *Ad hoc* task force on status of Ph.D.'s in the AGA, 1995-1998
    Co-chair, Councillors Committee, Intestinal Disorders Section, 1997-1999
    Nominating Committee, 1998-1999 and 2007-2008
    Chair, Committee on Ph.D., M.D. /Ph.D. and D.V.M. Membership, 1998-2001
    Co-Chair (1999-2001) and Chair (2001-2003), Intestinal Disorders Section, and member of AGA
        Council
    2000 William Beaumont Prize Review Committee, 1999-2000
    International Committee, 2003-2006 (resigned 2004 to assume Governing Board position).
    Governing Board (representing basic science constituency) 2004-2005
    Member, Abstract Selection Committee, Immunology, Microbiology and Inflammatory Bowel
        Diseases Section, 2004-2006 and 2008-2012 (Chair 2004-2006 and 2009-2011)
    Task force on Training in Gastrointestinal Cellular and Molecular Physiology, Training and
        Education Committee, 2005
    Research Policy Committee, 2005-2008
    Task force on AGA Fellows Program, 2005
    Board of Advisors, AGA Political Action Committee, 2006-2011
    Academic Skills Workshop Co-Director (2007) and Director (2008)
    AGA Distinguished Achievement Award Selection Committee, 2007 and 2011
    Chair, AGA Institute Ethics Committee, 2009-2012
    Chair, AGA Audit Committee, 2009-2012
    Chair (*ex officio*), Ethics Committee, Digestive Health Outcomes
        Research and Publications Committee, 2011-2014
    AGA Registry Research and Publications Committee, 2011-2012
    Director, MD/PhD Course, Academic Skills Workshop, 2012
    Member, AGA Institute Publications Committee, 2015-2018; Chair-Elect 2018-2019;
        Chair, 2019-2022
    Member, Selection Committee for Editors-in-Chief of *GI and Hepatology News* and *Clinical
        Gastroenterology and Hepatology*, 2016
    Mentor, Future Leaders program, 2017-2018 and 2019-2020
    Member, Selection Committee for Editor-in-Chief of *Cellular and Molecular Gastroenterology
        and Hepatology*, 2018
    AGA Congressional Advocates Program (inaugural class) and state team leader, 2018
    Co-Chair, AGA Honors: Celebrating Difference Makers in Our Field Program, AGA Research
        Foundation 2019

3

LINZ_0173240

Director, AGA Institute 2020 Academic Skills Workshop, 2019

American Physiological Society
    Nominating Committee, GI Section, 1993 and 1997
    Women in Physiology Committee, member 1994-1996; chair 1997-1999
    Steering Committee, Cell and Molecular Physiology Section (*ex officio*), 1996-2002
    FASEB Excellence in Science Award Committee, (APS representative), 1997-1999
    Awards Committee (*ex officio*), 1997-1999
    Councillor, 2001-2004
    Chair, Committee on Committees, 2002-2004
    Chair, Publications Committee, 2005-2010; Vice-Chair, 2011-2012
    Councillor (*ex officio),* 2005-2010
    Nominating Committee (*ex officio*), 2005-2010
    Physiology Joint Managing Board, 2005-2015; Chair, 2009-2014
    Strategic Planning Committee, 2005 and 2011
    Member, National Academy of Sciences Delegation, 36th International Union of Physiological
        Sciences (IUPS), Kyoto, Japan, 2009
    Planning Committee member, 125th Anniversary, 2010-2012
    Task Force member, Develop Strategies to Strengthen the Society's
        Publications in a Changing World, 2011-2012
    Advisory Board member, NIDDK proposal for APS Career Development
        Fellowships: Enhanced Professional Development and Mentoring for
        Underrepresented Physiology Trainees, 2011- present
    Member, Open Access Journal Working Group, 2011-2012
    President-Elect, 2012-2013
    Advisory Board member, Ethics Education in Science and Engineering, 2012-2015
    President, 2013-2014
    Past-President, 2014-2015
    Member, APS Conference Committee 2016-2019
    Member, APS Development Program Advisory Task Force, 2017-2020
    Member, APS Publications Strategic Task Force, 2017-2018
    Member, New Journal Development Team, 2018


American Academy of Allergy, Asthma and Immunology
    International Council, 1992-1997.
    International Membership Subcommittee, 1992-1994.
    International Long-Range Planning Subcommittee, 1994-1997.
    Seminars Committee Member, 1995-1998; Vice-chair, 1998-2000; Chair, 2000-2001.
    *Ad hoc* committee on Women's Involvement in AAAAI affairs, 1995-present
    Long term planning committee, Mechanisms of Allergy Interest Section, 1996-1998
    Abstract Selection Committee, Mechanisms of Allergy Interest Section, 1996-1999
    Program Committee, 1998-2001


Gastroenterology Research Group
    Steering Committee, 1996-1998; President-elect, 1998; President, 1998-2000; Past-President,
    2000-2002
    Co-organizer (with Dr. H.V. Carey), Spring Symposium, 1998

LINZ_0173241

Co-organizer (with Dr. G.A. Hecht), Spring Symposium, 1999
Co-organizer (with Dr. H. Raybould), Joint GRG/APS GI Section Symposium, 2000
Co-organizer (with Dr. F. Cominelli), Spring Symposium, 2002

Proposal review

*Ad hoc* reviewer, National Institute of Diabetes and Digestive and Kidney Diseases, 1991-present (including Study Section to review Digestive Diseases Core Center Grants, 1995, 2005 and 2007, and DDK-C Study Section, 2002 and 2004)

*Ad hoc* reviewer, Alberta Heritage Foundation for Medical Research, 1992-present

*Ad hoc* reviewer of research grants, Veterans Health Administration, 1993-present

Crohn's and Colitis Foundation of America, *ad hoc* reviewer to Grant Review and Training Awards Committees, 1994 and 1996; member and co-chair, Training Awards Committee, 1996-2002; Reviewer Reserve, 2003-present; *ad hoc* reviewer, 2009; Chair, *ad hoc* Committee, 2010-2014; member, task force to review grants policies, 2013

GMA-2 Study Section, National Institutes of Health, *ad hoc* member, 1994; regular member, 1995-1999; outside reviewer, 1999-present

Extramural Advisory Committee, proposed Digestive Diseases Center, University of Texas Medical Branch at Galveston, 1994

Extramural Advisory Committee, Center for Gastrointestinal Biology and Disease, University of North Carolina at Chapel Hill, 1994-present (Chair, 2002-present)

*Ad hoc* reviewer, Wellcome Trust, UK, 1995-present

Special Study Section Z (Multidisciplinary Special Emphasis Panel), National Institutes of Health, *ad hoc* member, 1995

External referee, Canadian Institutes for Health Research (formerly Medical Research Council, (Canada)), 1995-present.  Includes service as a panel member for Project Grant competition, 2017

External reviewer, Crohn's and Colitis Foundation of Canada, 1996, 2000

*Ad hoc* reviewer, Center for Ulcer Research and Education, UCLA, 1996-present

External advisory committee, Digestive Diseases Program Project grant, Harvard University, 1997-2000

*Ad hoc* reviewer, National Science Foundation, 1999

*Ad hoc* reviewer, Yorkshire Cancer Research (UK), 1999

*Ad hoc* reviewer, Crohn's in Childhood Research Association (UK), 2000

Special Emphasis Panel, Centers for Biomedical Research Excellence (COBRE) Applications, National Center for Research Resources, National Institutes of Health, 2000

*Ad hoc* reviewer, National Cancer Institute, 2001

*Ad hoc* reviewer, Netherlands Organization for Scientific Review, 2001

Special Study Section, Microbial Pathogenesis, National Institutes of Health, 2002

*Ad hoc* reviewer, Science Foundation Ireland, 2002 and 2005

External reviewer, Mucosal Immunology Research Group, University of Calgary, 2003

Chair, Special Study Section to Review K Applications, National Institute of Diabetes, Digestive and Kidney Diseases, 2003 and 2004

*Ad hoc* reviewer, Wageningen Center for Food Sciences, The Netherlands, 2003

Extramural Advisory Committee, Digestive Disease Program Project grant, University of Illinois at Chicago, 2003

*Ad hoc* review, Broad Medical Foundation, 2003

President of Ireland Young Researcher Award reviewer and Chair of interview panel (2005), Science Foundation Ireland, 2004-2006

E.T.S. Walton Award Reviewer; Science Foundation Ireland, 2005

LINZ_0173242

Site visit team member, CSET in Alimentary Pharmabiotic Center, Cork University, Science Foundation Ireland, 2005

Special Emphasis Panel, Silvio O. Conte Digestive Diseases Research Core Centers, NIDDK, 2007

*Ad hoc* reviewer, National Center for Complementary and Alternative Medicine (NCCAM/NIH), 2008 - present

Chair, Special Study Section, National Center for Complementary and Alternative Medicine (NCCAM/NIH), 2009

*Ad hoc* reviewer, Medical Research Council (UK), 2009 and 2015

*Ad hoc* reviewer, Dutch Digestive Foundation, The Netherlands, 2009 and 2011

*Ad hoc* reviewer, University of Padua, Padua, Italy, 2011

*Ad hoc* reviewer, Center for Scientific Review, National Institute of Health, ZRG1 DKUS P-82 special emphasis panel (SEP), 2016

*Ad hoc* reviewer, "Personalized Medicine" (proposal no.62045), Israeli Ministry of Science, Technology and Space, 2017

*Ad hoc* reviewer, College of Reviewers, Canadian Institutes of Health Research, 2017

Member, Canadian Institutes for Health Research College of Reviewers, 2017 – present

*Ad hoc* reviewer, Biotechnology and Biological Sciences Research Council (UK), 2018.

Member, Canadian Institutes for Health Research Hepatology, Digestive Disease and Kidney Project Grant Committee, 2018

## Other

Curriculum consultant, Science Department, Valhalla High School, El Cajon, California, 1989-1990

Organizing Committee, Conference on "Neuro-immuno-physiology of gastrointestinal mucosa: implications for inflammatory diseases", held in Tucson, AZ, 1992

Contributor to section on Inflammatory Mediators in *Challenges in IBD Research: Agenda for the 1990's*, a policy document sponsored by the Crohn's and Colitis Foundation of America, 1992

Coordinator, Gastroenterology Section, Western Section Meeting of the American Federation for Clinical Research, Carmel, CA, 1995

Contributor to Allergy and Immunology Board Review Guide, an interactive computer-assisted tutorial program, 1995

Abstract reviewer and session co-chair, Gastroenterology Section, Western Meeting of the American Federation for Clinical Research, Carmel, CA, 1996

National Advisory Committee, 12th International Symposium on Regulatory Peptides, 1996-1998

Faculty member, ADHF Academic Skills Workshop for Junior Faculty in Gastroenterology, Tempe, AZ, 1996, and San Diego, CA, 1998

Program Chair, West Coast Salt and Water Club, 1997-1998

Chair, FASEB Summer Conference on "Gastrointestinal tract VIII: signalling, transport and integration", Copper Mountain, CO, 1999

Treasurer, West Coast Salt and Water Club, 1998-2010

Member, Program Planning Committee for Experimental Biology 2000 and 2001, American Federation for Medical Research, 1998-2001

Member, task force on Secretory and Diarrheal Diseases, Children's Digestive Health and Nutrition Foundation, 1999-2002

Organizing Committee, Second World Congress of Digestology, 1999-2000

LINZ_0173243

Board member, Association of Women in Science, San Diego chapter, 1999-2003

Member, Step I Physiology Material Development Test Committee, National Board of Medical Examiners, 2000-2004

Member, Nominating Committee, Group on Graduate Research, Education and Training, Association of Medical Colleges, 2001

Chair, Task Force on Signal Transduction, *Challenges in IBD Research: Updating the Agendas,* a policy document sponsored by the Crohn's and Colitis Foundation of America, 2002

Organizing Committee, "Gastrointestinal Response to Injury, Canada 2004" 2003-2004

Local Arrangements Committee, Congress of the International Union of Physiological Sciences, 2003-2005

Member, Scientific Advisory Panel for Biotechnology, Science Foundation Ireland, 2004-2008

Member, International Scientific Advisory Committee, 12th International Congress of Mucosal Immunology, 2004-2005

International Advisory Board, Section on Gastrointestinal Physiology and Nutrition, Commission (Secretion and Absorption), International Union of Physiological Sciences, 2005-present

Organizing Committee, Conference on "Neuroimmunophysiology in the Gastrointestinal Tract," 2008-2009, held in Banff, Alberta, Canada in 2009

Member, Committee to Review Appointment of Editor-in-Chief, *FASEB Journal,* 2009

Chair, Review Committee for Physiology Interdisciplinary Graduate Program, University of Arizona, 2010.

Chair, International Scientific Advisory Board, School of Biosciences, University of Cardiff, UK, 2010-present

Member, Board of Directors, San Diego State University Research Foundation, 2010-present

Member, Committee to Review Chair, Department of Cellular and Molecular Physiology, University of Cincinnati, 2011

Member, Search Committee for Dean, California Western School of Law, 2011-2012

Member, Scientific Advisory Board, The Conway Institute, University College, Dublin, 2012-2016

Member, Advisory Board for NSERC CREATE Host-Parasite Interaction Program, University of Calgary, 2012-2018

Member, Advisory Committee to the Presidential Task Force Reviewing American Thoracic Society Journals, 2012

International Planning Committee, PanAm-2014: Physiology without Borders, Iguassu Falls, Brazil, 2012-2014.

Member, Executive Committee, Association of Graduate Schools, 2012-2016 (President, 2016)

External Member, University Committee for Academic Appointment, Tenure and Promotions (UCAATP), University College Dublin, Dublin, Ireland, 2014

Member, Selection Committee, CGS/ProQuest Distinguished Dissertation Award in Biological and Life Sciences, 2015

Member, Areas of Excellence Review Panel, San Diego State University, 2015

Member, committee charged with 5-year review of Vice-President for Research and Graduate Studies, San Diego State University, 2016

Member, Board of Directors, Girl Scouts of San Diego, 2017-present

Member, Advisory Committee, R24 DK099803 – "Translational Approaches to Develop Drug Therapy for Diarrhea", 2017-present

Member, Summit Group, Open Scholarship Initiative, 2017-2019

7

LINZ_0173244

Steering Committee and Core Faculty, D43 Ph.D. Training Program in Biosciences and Public Health, Universidade Eduardo Mondlane, Maputo, Mozambique and UC San Diego, 2017-present

*Editorial Activities:*

*Inflammation Research* (formerly *Agents and Actions*), Editorial Board, 1992-present

*American Journal of Physiology: Cell Physiology*, Editorial Board, 1993-1996 and 2002-2020; Editor, 1996-2002

*Gastroenterology*, Editorial Board, 1993-1998 and 2006-2014; Member, Advisory Board, 2016-2021.

*World Journal of Gastroenterology,* Editorial Board, 1998-present

*American Journal of Physiology: GI and Liver Physiology*, Editorial Board, 1999-2015

*Gut*, Editorial Board, 2000-2002

*GastroHep.com* , Member, Global Academic Faculty, 2000-present

*The Scientific World,* Associate Editor, Gastroenterology, 2001-2003

*The Journal of Biological Chemistry,* Editorial Board, 2004-2009

*Faculty of 1000 Medicine,* Member, 2004-present

*AGA eDigest,* Co-Medical Editor, 2004-2005

*Journal of Physiology,* Editorial Board (Reviewing Editor), 2005-2011; Deputy Editor-in-Chief and Senior Editor, 2011-2016; Editor-in-Chief, 2016-2021

*FASEB Journal,* Editorial Board, 2006-2012

*Inflammatory Bowel Diseases*, Section Editor, 2006-2013

*World Journal of Gastrointestinal Pathophysiology,* Editorial Board, 2010-present

*Physiological Reviews*, Editorial Board, 2011-2020

*Physiological Reports,* Consulting Editor, 2013-2016

*Cellular and Molecular Gastroenterology and Hepatology,* Founding Editorial Board, 2014 - present

*University Service:*

Division of Gastroenterology

Research Committee, 1992-1996 (Chair, 1992-1996)

Executive Committee, 1992-1995 (Acting Co-Division Chief, 1994-1995)

Search Committee for Motility Center Director, 1997

Associate Chief for Research Coordination, 1998-2004

Chair, Division Executive Committee (interim governance during search for new Division Chief) and Interim Chief for Academic Affairs, 2002-2004

Executive Committee, GI Training Grant, 2003-present

Chair, Search Committee for Hepatology faculty, 2004-2009

Search Committee for Physician-Scientist faculty members, 2004-2008

Associate Chief and Chair, Research and Faculty Development Committee, 2004-2009

Chair, Isenberg Fellowship Review Committee, 2007-present

Internal Advisory Committee, Digestive Disease Research Development Center, 2007-2012

Search Committee, Gastroenterology Division Chief, 2009-2010

LINZ_0173245

Division of Pulmonary and Critical Care Medicine
    Research Committee, 1998-2006
    Search Committee for new faculty member, 1999-2001


Department of Medicine
    Education Committee, 1991-1992
    Search Committee for Chief, Division of Gastroenterology, 1993-1995
    Committee on Appointments and Promotions (DOMCAP), 1995-2001; 2005-2007; 2018-2020
        (Chair, 1997-1999 and 2005-2007); Chair-Emeritus, 1999-2001
    Search Committee, Division of Nephrology, 1996-1998
    Co-chair, Women Faculty Advisory Committee, 1997-2002
    Chair, *ad hoc* Committee for Department/Chair review, 1997
    Review Committee, Medicine Education and Research Foundation (MERF) Scholars
        Program, 1998-2004
    Chair, Research Committee, 1999-2002
    Research Residency Steering Committee, 1999-2007
    Vice-Chair for Research, 1999-2006
    Space Committee, 2002-2006
    Faculty Review Criteria Task Force, 2004
    MERF Junior Faculty Recruitment and Development Fund Advisory Committee,
        2005-2010
    Chair, PRISM Lecture Selection Committee, 2005-2007
    Search Committee, Faculty member in Physiology, 2007-2010
    Mentor Council, 2019- present
    Space & Equipment Committee, 2019-present


Biomedical Sciences Ph.D. Program
    Admissions Committee, 1991-1997 (Chair, 1993-1996)
    Core Committee, 1993-2006
    Standings, Promotions and Advisory Committee, 1996-present (Chair, 1997-1999 and 2005-
        2006)
    Vice-chair, 1997-1999
    Executive Committee, 1997-2006 and 2017-present
    Chair, 1999-2002
    Minor Proposition Committee, 2001-2003 and 2004-2006
    Planning Committee, 2002-2006
    Curriculum Committee, 2004-2006
    Graduate Advisor, 2005-2006
    Awards Committee, 2005-2006


School of Medicine/Health Sciences
    Nominating Committee, 1991-1994
    Recruitment and Admissions Committee, 1992-present (Chair, 1998-2000). Executive
        Committee, 1994-2005

LINZ_0173246

Recruitment and Admissions Sub-Committee, Medical Scientist Training Program, 1992-present. (Vice-Chair, 1994-1996; Chair, 1996-1998)

Graduate Medical Education Committee, 1994-1997 and 2004-2005

Steering Committee, Physiology Faculty of Basic Biomedical Sciences, 1996-1998.

Core Curriculum Committee, 1997-2001

Member, Task Force on Providing Exemplary Education and Faculty Coordinating Committee, Strategic Planning Process, 1997-1998

Steering Committee, Medical Scientist Training Program, 1998-present

Leadership Council and Mentor, National Center for Leadership in Academic Medicine, 1998-present

*Ex officio* member, Faculty Council, 1998-2000

Transition Team, Strategic Plan Implementation, 1998-1999

Elected Member, Education Council 1999-2000 (Chair, 1999-2000)

Vice-Chancellor's Cabinet, 1999

Member, Working Group and Leadership Group, Clinical Facility Strategic Planning Process, 1999

Member, *ad hoc* group to Evaluate Graduate Programs and Resource Allocation, 1999-2000.

Vice-Chancellor's Advisory Group, 1999-2001

Biomedical Library Advisory Committee, 1999-2002

*Ad hoc* committee to review Dean for Academic Affairs, 2000

Medical Education Center task force, 2000

Physiology Working Group, Faculty of Basic Biomedical Sciences, 2000

Committee on Educational Policy, 2000-2001 (Chair, Strategic Planning Sub-Committee, 2000-2001)

Graduate Program Education Committee, 2000-2002

Space Advisory Committee, 2001-2006

Brainstorming Group for Student Morale Issues, 2001-2003

Chair, Committee to Review Chair and Department of Pharmacology, 2002

Co-chair, Task Force on Gender Equity, 2002-2003

Faculty Awards Selection Committee, 2003

Gender/Faculty Equity Oversight Committee, 2003-present

Vice-Chair, Health Sciences Faculty Council, 2004-2005

Chair, Health Sciences Faculty Council, 2005-2006

Health Sciences Executive Committee (*ex officio*), 2005-2006

UCSD Medical Group Board of Governors (*ex officio*), 2005-2006

CTSA Committee on Appointments and Promotions, 2006-2007

Search Committee, Dean of Scientific Affairs, School of Medicine, 2007-2008

Research Council, 2007-present

External Advisory Committee, Training Grant, *Blood cells in hemostasis and thrombosis,* 2008

Advisory Board, NIH MARC Grant (Minority Access to Research Careers), 2008

Advisory Committee, *"Training Program in Basic Genetics",* 2 T32 CM008666-11 (B. Hamilton, PI), 2008-present

Advisory Committee, *"Graduate Training in Cellular and Molecular Pharmacology,* 2 T32 CM007752-31 (J. Heller-Brown, PI), 2008-present

Internal Advisory Committee, SDSU/UCSD U54 Cancer Center Partnership, 2008-2015; co-chair, 2012-2015

Charter Member, Clinical and Translational Research Institute (CTRI), 2009

10

LINZ_0173247

Campuswide/Academic Senate
    Faculty Mentor Program, UCSD, 1989-present
    Academic Senate Representative Assembly, 1990-1992
    Faculty Advisory Board, Academic Internship Program, 1992-1994 (Chair, 1993-1994);
        Advisor, 1988-present
    Affirmative Action Committee, Academic Senate, 1993-1995
    Participating Investigator, Minority Biomedical Research Support Program, 1995-2006
    Waste Minimization Advisory Committee, 1996-1999
    Hearings Panel, Committee on Privilege and Tenure, Academic Senate, 1997-2000
    Graduate Council, Academic Senate, 1997-1999 (Vice-Chair, 1998-1999), and 2001-2003;
        *Ex officio* member, 2006-present
    *Ad hoc* Committee to Review the Block Grant Allocation Process, Academic Senate, 1997
    Graduate Fellowship Subcommittee, Graduate Council, 1997-1999
    Committee on Faculty Research Lecturer, 1999-2001. (Vice-chair, 2000-2001)
    Advisory Group, Center for Pacific Rim Health Studies, 2000-2002
    Task Force for Gender Equity, 2001-2002
    Committee on Academic Personnel, 2002-2003
    Postdoctoral Policy Implementation Advisory Group, Graduate Council, 2002-2003
    Mentor, OGSR STARS Program, 2003
    Health Sciences Subcommittee of the Committee on Research, 2004-2006
    Senate Council (*ex officio*), 2005-2006
    Advisory Panel for Senate Members with Grievances, 2006
    Search Committee, Dean of the School of Medicine and Vice-Chancellor for Health Sciences,
        2006-2007
    Search Committee, Dean of Biological Sciences, 2006-2007
    Stewardship Committee, UC San Diego Foundation, 2006-present
    Program Review Committee, 2006-present
    Senate-Administration Council, 2006-present
    Chancellor's Council, 2006-present
    Search Committee, Senior Vice Chancellor for Academic Affairs, 2006-2007
    Enrollment Planning Committee, 2006-present
    Search Committee, Dean of the Division of Arts & Humanities, 2007-2008
    Senior Celebration Planning Committee, 2007-2008
    Co-chair, California Western School of Law Work Group, 2007-2008
    Advisory Committee for selection of Associate Vice Chancellor for Research, 2007-2008
    Summer Graduate Teaching Fellows Selection Committee, 2007-present
    Advisory Committee for selection of Associate Vice Chancellor for Academic Planning &
        Resources, 2008
    Advisory Committee for selection of Associate Vice Chancellor- Faculty Equity, 2008
    Steering Committee, UCSD Section of UC School of Global Health, 2008
    *Ad hoc* Advisory Committee, Center for Undergraduate Research, Internships and
        Entrepreneurship/CURIE, 2009-2016
    Joint Senate-Administration Task Force on University-Industry Relationships (UIR), 2010-2011
    Advisory Board Member, Center for Research on Gender in the Professions (CRGP), 2010-2012
    Academic Integrity Office Advisory Council, 2011-2016
    Search Committee, International Center Dean, 2012
    Member, UCSD Team for AAC&U Institute for High Impact Educational Practices, 2012
    Co-chair, Education Initiative, 2012-2016

11

Senate-Administration Task Force on Online and Technology-Enhanced Education, 2012-2013
Task Force for Fellowships Initiative, 2013-2016
Member, Clinical and Translational Research (CTRI) Education Division Advisory
 Board, 2013
Member, Howard Hughes Medical Institute (HHMI) Grant Advisory Board, 2013
Member, External Advisory Board "Training in Molecular and Cell Biology of Allergy"
 (D. Broide, PI), 2013
Member, Frontiers of Innovation Scholars Steering Committee, 2014
Senate-Administration Work Group on Multidisciplinary Research, 2014
Senate-Administration Task Force on Teaching Evaluation, 2014
Faculty Advisor, Associate Professor Development Program, 2014
Member, International Strategy Workgroup, 2014
Member, Building Advisory Committee: Single Graduate and Professional
 Students and Mixed-Use Housing-East Campus, 2014-present
Co-chair, Search Committee for Faculty Director of the Teaching and Learning
 Commons, 2014-2015
Co-chair, Strategic Residential Living and Learning Workgroup, 2014-2015
Member, Building Advisory Committee: Nueva West Graduate Student Housing Project, 2016
PX Bargaining Faculty Advisory Committee, Office of Research Affairs, 2016
Revelle College Alternate Delegate, Representative Assembly, 2018-2020
Member, HHMI-Gilliam Fellowship Nominations Committee, 2018-2019
Member at large, Senate Ad Hoc Review Committee, 2018-2019
Committee on Committees, 2018-2021
 *Ad hoc* Committee to review proposals to transfer, consolidate, disestablish or discontinue
 degree programs, 2018-2019
Member, *ad hoc* scientific peer-review committee for project involving tobacco industry
 sponsor, 2019
Member, review committee for UC San Diego Mathematics Postdoctoral Program, 2019


Systemwide
CSU-UC Joint Graduate Board, 2006-2016
Systemwide Workgroup on Affordability, 2007-2009
Task force on Planning for Doctoral and Professional Education, 2007-2009
Advisory Committee, California Pre-Doctoral Program, 2008-2016
Member, Working Group on Education and Curriculum, UC Commission on the Future,
 2009-2010
Chair, Systemwide Steering Committee, Alliance for Graduate Education and the
 Professoriate (AGEP), 2009-2010
Member, Provost Search Committee, 2011-2012
Chair, Council of Graduate Deans, 2012-2013
UC SHIP Executive Oversight Board 2016


*Teaching Activities:*
Academic Internship Program, UCSD, Faculty Advisor, 1988 - present
Faculty Mentor Program, UCSD, 1989 - present
Biomedical Sciences Ph.D. Program, UCSD School of Medicine, Associate Member, 1989-
 1992; Full Member, 1992-present

12

LINZ_0173249

SOM 260: Modern Techniques of Biomedical Research, Course Director and lecturer, 1989-1994

GI section of SOM206:Organ Physiology, 1st year medical student core course, UCSD School of Medicine, lecturer and conference facilitator, 1989-2010; coordinator of GI section, 1995-2006; member, course committee, 1995-2010

GI Section of SOM 208:  Human Disease, lecturer, 1995

BMS 213: Graduate Systemic Physiology, coordinator and lecturer for GI section, 1995- 2004; member, course committee, 1995-2004; course Co-Director, 2000-2004

MED244: Development of Ideas in Physiology, lecturer, 1996-2001

BE140B: Bioengineering Physiology, lecturer, 1998-2002; coordinator, GI Section, 1999-2002

Thesis Examining Committee, Fermin Sanchez de Medina Lopez Huertas, Ph.D. candidate in Pharmacology, University of Granada, Spain.  Ph.D. awarded 1996

Thesis advisor, Jorge Uribe, Ph.D. candidate in Biomedical Sciences, UCSD.  Ph.D. awarded 1996

Thesis advisor, Melissa Shenfeld, Masters student in Biology, UCSD.  M.S. awarded 1997

Member of thesis committees, Biomedical Sciences Ph.D. program:  David Dirig (advisor, Tony Yaksh; Ph.D. awarded 1999); Kim Huey (advisor, Frank Powell; Ph.D. awarded 1999); Alex Zambon (advisors, Larry Brunton and Paul Insel; Ph.D. awarded 2000); Tsahai Tafari (advisor, Don Cleveland; Ph.D. awarded 2002); Goli Samimi (advisor, Stephen Howell; Ph.D. awarded 2004); Stayce Beck (advisor, John Carethers; awarded 2006); Sara Epperson (advisors, Francisco Villareal and Larry Brunton; Ph.D. awarded 2007); Melissa Passino (advisor, Katerina Akassoglou; Ph.D. awarded 2007); Elyssa Burg (advisor, Jason Yuan; Ph.D. awarded 2007); Michael Song (advisor, Jason Yuan; Ph.D. awarded 2012)

External member of Dissertation Committee for Susan Copeland, Ph.D. candidate in Physiology and Biophysics at the University of Alabama at Birmingham

Chair, Thesis Committee for Tim Fitzsimmons, Ph.D. candidate in Biomedical Sciences, UCSD (advisor, S.J. Pandol, M.D.).  Ph.D. awarded 1998

Chair, Thesis Committee for Colleen Hines, Ph.D. candidate in Biomedical Sciences, UCSD (advisor Diana Marquardt, M.D.). Ph.D. awarded 2003

Thesis advisor, Alfred Chappell, Ph.D. candidate in Biomedical Sciences, UCSD. Ph.D. awarded 2009

Member of Thesis Committee, Molecular Pathology Ph.D. program: Samuel Melendez-Lopez (advisor, Sharon Reed, M.D.). Ph.D. awarded 2006

Member of Thesis Committee, Chemistry and Biology Ph.D. Program: Kristy Drafahl (advisor, Dan Donoghue). Ph.D. awarded 2009

External member of Qualifying Exam Committee for Poonam Deol, Ph.D. Candidate in Biomedical Sciences, UC Riverside

BIOM 200A/B: From the Molecule to the Organism, Theme coordinator and lecturer, 2005-2014

BMS 255A/B: Drugs and Disease: The Pathophysiological and Molecular Basis of Disease and Drug Therapy, Co-director and lecturer, 2006-2007

MED 275: At the Crossroads: Science Meets the Medical Patient: Lecturer, Gastrointestinal Disease: Diarrhea: ion transporters and signaling pathways in the pathogenesis, 2008

Member of Thesis Committee, Biological Sciences Master of Science Program: Sara Tabikh (advisor, Silvia Resta). MS awarded 2010; Nilay Shah (advisor, Declan McCole). M.S. awarded 2013; Melinda Schneider (advisor, Melanie Gareau). M.S. awarded 2015; Kevin Huynh (advisor, Melanie Gareau). M.S. awarded 2015

Lecturer, GI block in Integrated Medical School Curriculum, 2010-2015; 2018-present

Member of thesis committee, Bioengineering Ph.D. program: Joseph Sugie (advisor, Amy Lanping Sung). Ph.D. awarded 2016

13

LINZ_0173250

Thesis advisor, Harrison Penrose, Masters student in Biological Sciences. M.S. awarded 2012

Thesis advisor, Taylaur Smith, Masters student in Biological Sciences. M.S. awarded 2013

Member of ISP Committee, Medical Student: Tyson Torres (advisor, T. Bigby, M.D). M.D. awarded 2013

Thesis advisor, Jacob Emge, Masters student in Biological Sciences. M.S. awarded 2014

Thesis advisor, Philip Kozan, Masters student in Biological Sciences. M.S. awarded 2014

Thesis advisor, Rashini Jayaratne, Masters student in Biological Sciences. M.S. awarded 2017

Thesis advisor, Andrew Quach, Masters student in Biological Sciences

External Examiner, Bridie Goggins, Ph.D. candidate in Immunology and Microbiology, University of Newcastle, Australia

14

LINZ_0173251

Bibliography

## A. Original research articles

1. Barrett, K.E., and F.L. Pearce: A comparative study of histamine secretion from rat peritoneal and pleural mast cells. *Agents and Actions* 12: 186-188, 1982.
2. Pearce, F.L., K.E. Barrett, and J.R. White: Histamine secretion from mast cells treated with chlortetracycline (aureomycin): a novel calcium ionophore. *Agents and Actions* 13: 117-122, 1983.
3. Barrett, K.E., M. Ennis, and F.L. Pearce: Mast cells isolated from guinea pig lung: characterization and studies on histamine secretion. *Agents and Actions* 13: 122-126, 1983.
4. Barrett, K.E., and F.L. Pearce: A comparison of histamine secretion from peritoneal mast cells of the mouse and rat. *Int. Archs. Allergy Appl. Immunol.* 72: 234-238, 1983.
5. Barrett, K.E., D.H. Pluznik, and D.D. Metcalfe: Histamine release from the cultured mouse mast cell line PT18 in response to immunologic and non-immunologic stimuli. *Agents and Actions* 14: 488-493, 1984.
6. Leung, K.B.P., K.E. Barrett, and F.L. Pearce: Differential effects of anti-allergic compounds on peritoneal mast cells of the rat, mouse and hamster. *Agents and Actions* 14: 461-467, 1984.
7. Barrett, K.E., H. Ali, and F.L. Pearce: Studies on histamine secretion from enzymically dispersed mast cells from rat skin. *J. Invest. Dermatol.* 84: 22-26, 1985.
8. Barrett, K.E., T.L. Tashof, and D.D. Metcalfe: Inhibition of IgE-mediated mast cell degranulation by sulphasalazine. *Eur. J. Pharmacol.* 107: 279-281, 1985.
9. Barrett, K.E., J.R. Minor, and D.D. Metcalfe: Histamine secretion induced by N-acetyl cysteine. *Agents and Actions* 16: 144-146, 1985.
10. Barrett, K.E., and D.D. Metcalfe: The histologic and functional characterization of enzymatically-dispersed intestinal mast cells of non-human primates: effects of secretagogues and anti-allergic drugs on histamine secretion. *J. Immunol.* 135: 2020-2026, 1985.
11. Fesus, L., E.F. Szucs, K.E. Barrett, D.D. Metcalfe, and J.E. Folk: Activation of transglutaminase and production of protein-bound (-glutamyl histamine in stimulated mouse mast cells. *J. Biol. Chem.* 260: 13771-13778, 1985.
12. Szucs, E.F., K.E. Barrett, and D.D. Metcalfe: The effects of aspartame on mast cells and basophils. *Fd. Chem. Toxicol.* 24: 171-174, 1986.
13. Malone, D.G., L.B. Schwartz, A.M. Irani, K.E. Barrett, and D.D. Metcalfe: Mast cell numbers and histamine levels in synovial fluids from patients with diverse arthritides. *Arthritis Rheum.* 29: 956-963, 1986.
14. Barrett, K.E., E.F. Szucs, and D.D. Metcalfe: Mast cell heterogeneity in higher animals: a comparison of the properties of autologous lung and intestinal mast cells from non-human primates. *J. Immunol.* 137: 2001-2008, 1986.
15. Wasserman, S.I., K.E. Barrett, P.A. Huott, G. Beuerlein, M. Kagnoff, and K. Dharmsathaphorn: Immune-related intestinal Cl⁻ secretion. I. Effect of histamine on the $T_{84}$ cell line. *Am. J. Physiol.* 254: C53-C62, 1988.
16. Barrett, K.E., F.A. Neva, A.A. Gam, J. Cicmanec, W.T. London, J.M. Phillips, and D.D. Metcalfe: The immune response to nematode parasites: modulation of mast cell numbers and function during *Strongyloides stercoralis* infections in non-human primates. *Am. J. Trop. Med. Hyg.* 38: 574-581, 1988.

15

17. Barrett, K.E., P.A. Huott, S.S. Shah, K. Dharmsathaphorn, and S.I. Wasserman: Differing effects of apical and basolateral adenosine on the colonic epithelial cell line, $T_{84}$. *Am. J. Physiol.* 256: C197-C203, 1989.

18. Barrett, K.E., J.A. Cohn, P.A. Huott, S.I. Wasserman, and K. Dharmsathaphorn: Immune-related intestinal chloride secretion. II. Effect of adenosine on $T_{84}$ cell line. *Am. J. Physiol.* 258: C902-C912, 1990.

19. Glover, R.A., C.S. Bailey, K.E. Barrett, S.I. Wasserman, and I. Gigli: Histamine release from rodent and human mast cells induced by protoporphyrin and ultraviolet light: Studies of the mechanism of mast cell activation in erythropoietic protoporphyria. *Brit. J. Dermatol.* 122: 501-512, 1990.

20. Rossi, G.L., D.J. Young, S.I. Wasserman, and K.E. Barrett: Calcium mobilization in activated mast cells monitored by flow cytometric analysis. *Agents and Actions* 31: 257-262, 1990.

21. Yen, A., I. Gigli, and K.E. Barrett: Dual effects of protoporphyrin and longwave ultraviolet light on histamine release from rat peritoneal and cutaneous mast cells. *J. Immunol.* 144: 4327-4332, 1990.

22. Quist, R.G., H.-T. Ton-Nu, J. Lillienau, A.F. Hofmann, and K.E. Barrett: Activation of mast cells by bile acids. *Gastroenterology* 101: 446-456, 1991.

23. Barrett, K.E.: Immune-related intestinal Cl⁻ secretion. III. Acute and chronic effects of mast cell mediators on chloride secretion by a human colonic epithelial cell line. *J. Immunol.* 147: 959-964, 1991.

24. Yen, A., I. Gigli, and K.E. Barrett: Modulation of human cutaneous mast cell responsiveness by a single, low dose, PUVA treatment. *J. Allergy Clin. Immunol.* 88: 395-401, 1991.

25. Yen, A., A.E. Traynor-Kaplan, K.E. Barrett, and I. Gigli: The ability of protoporphyrin plus long-wave ultraviolet light to inhibit calcium mobilization and mediator release in mast cells is not related to changes in phospholipid signalling pathways. *Trans. Assoc. Am. Physicians* 104: 194-205, 1991.

26. Kachintorn, U., P. Vongkovit, M. Vajanaphanich, S. Dinh, K.E. Barrett, and K. Dharmsathaphorn: Dual effects of a phorbol ester on calcium-dependent chloride secretion by $T_{84}$ human colonic epithelial cells. *Am. J. Physiol.* 262: C15-C22, 1992.

27. Yen, A., K.E. Barrett, and I. Gigli: Protoporphyrin and longwave ultraviolet light modulate metabolic events in rat peritoneal mast cells. *J. Invest. Dermatol.* 98: 488-493, 1992.

28. Rossi, G.L., A. Yen, and K.E. Barrett: IgE and ATP receptors on immature murine mast cells are functionally linked to signal transduction mechanisms. *J. Allergy Clin. Immunol.* 90: 765-771, 1992.

29. Barrett, K.E., and T.D. Bigby: Involvement of arachidonic acid in the chloride secretory response of intestinal epithelial cells. *Am. J. Physiol.* 264: C446-C452, 1993.

30. Kachintorn, U., M. Vajanaphanich, K.E. Barrett, and A.E. Traynor-Kaplan: Elevation of inositol tetrakisphosphate parallels inhibition of calcium-dependent chloride secretion in $T_{84}$ cells. *Am. J. Physiol.* 264: C671-C676, 1993.

31. Vajanaphanich, M., U. Kachintorn, K.E. Barrett, J.A. Cohn, K. Dharmsathaphorn, and A.E. Traynor-Kaplan: Phosphatidic acid modulates Cl⁻ secretion in $T_{84}$ cells: varying effects depending on mode of stimulation. *Am. J. Physiol.* 264: C1210-C1218, 1993.

32. Schultz, C., M. Vajanaphanich, A.T. Harootunian, P.J. Sammak, K.E. Barrett, and R.Y. Tsien: Acetoxymethyl esters of phosphates, enhancement of the permeability and potency of cAMP. *J. Biol. Chem.* 268: 6316-6322, 1993.

33. Kachintorn, U., M. Vajanaphanich, A.E. Traynor-Kaplan, K. Dharmsathaphorn, and K.E. Barrett: Activation by calcium alone of chloride secretion in $T_{84}$ epithelial cells. *Br. J. Pharmacol.* 109: 510-517, 1993.

16

LINZ_0173253

34.  Yen, A., F.-T. Liu, K.E. Barrett, and I. Gigli: Alterations in Fc,RI induced by protoporphyrin plus long-wavelength ultraviolet light in mouse bone marrow derived mast cells. *J. Immunol.* 151: 1003-1011, 1993.

35.  Yen, A., O. Mathieu-Costello, I. Gigli, and K.E. Barrett: Inhibition of mast cell mediator secretion induced by protoporphyrin plus long-wave ultraviolet light. A morphometric and ultrastructural analysis. *J. Allergy Clin. Immunol.* 93: 909-918, 1994.

36.  Chin, K.W., and K.E. Barrett: Mast cells are not essential to inflammation in murine model of colitis. *Dig. Dis. Sci.* 39: 513-525, 1994.

37.  Javed, N.H., K.E. Barrett, Y-Z. Wang, J. Bidinger, and H.J. Cooke: Enhanced tissue responsiveness in colonic ion transport of cow's milk - sensitized guinea pigs. *Agents and Actions* 41: 25-31, 1994.

38.  Traynor-Kaplan, A.E., T. Buranawuti, M. Vajanaphanich, and K.E. Barrett: Protein kinase C activity does not mediate the inhibitory effect of carbachol on chloride secretion by $T_{84}$ cells. *Am. J. Physiol.* 267: C1224-C1230, 1994.

39.  Barrett, K.E., A. Yen, T.D. Bigby, D. Montisano, and I. Gigli: Inhibition of human peripheral blood lymphocyte function by protoporphyrin and longwave ultraviolet light. *J. Immunol.* 153: 3286-3294, 1994.

40.  Schultz, C., M. Vajanaphanich, H.-G. Genieser, B. Jastorff, K.E. Barrett, and R.Y. Tsien: Membrane-permeant derivatives of cAMP optimized for high potency, prolonged activity, or rapid reversibility. *Molec. Pharmacol.* 46: 702-708. 1994.

41.  Vajanaphanich, M., C. Schultz, M.T. Rudolf, M. Wasserman, P. Enyedi, A. Craxton, S.B. Shears, R.Y. Tsien, K.E. Barrett, and A. Traynor-Kaplan: Long-term uncoupling of chloride secretion from intracellular calcium levels by Ins(3,4,5,6)$P_4$. *Nature* 371: 711-714, 1994.

42.  Barrett, K.E.: Effect of the diglyceride lipase inhibitor, RG80267, on epithelial chloride secretion induced by various agents. *Cellular Signalling* 7: 225-233, 1995.

43.  Hogan, D.L., B. Yao, K.E. Barrett, and J.I. Isenberg: Histamine inhibits prostaglandin $E_2$-stimulated rabbit duodenal bicarbonate secretion via $H_2$-receptors and enteric nerves. *Gastroenterology* 108: 1676-1682, 1995.

44.  Gelbmann, C.M., and K.E. Barrett: Role of histamine in a rat model of colitis. *Inflamm. Res.* 44: 386-392, 1995.

45.  Vajanaphanich, M., C. Schultz, R.Y. Tsien, A.E. Traynor-Kaplan, S.J. Pandol, and K.E. Barrett: Cross-talk between calcium and cAMP-dependent intracellular signalling pathways: implications for synergistic secretion in $T_{84}$ colonic epithelial cells and rat pancreatic acinar cells. *J. Clin. Invest.* 96: 386-393, 1995.

46.  Gelbmann, C.M., C.D. Schteingart, S.M. Thompson, A.F. Hofmann, and K.E. Barrett: Mast cells and histamine contribute to bile-acid stimulated secretion in the mouse colon. *J. Clin. Invest.* 95: 2831-2839, 1995.

47.  Uribe, J.M., C.M. Gelbmann, A.E. Traynor-Kaplan, and K.E. Barrett: Epidermal growth factor inhibits calcium-dependent chloride secretion in $T_{84}$ human colonic epithelial cells. *Am. J. Physiol.* 271: C914-C922, 1996.

48.  Ismailov, I.I., C.M. Fuller, B.K. Berdiev, V.G. Shlyonsky, D.J. Benos, and K.E. Barrett: A biologic function for an "orphan" messenger: D-*myo*-inositol (3,4,5,6) tetrakisphosphate selectively blocks epithelial calcium-activated chloride channels. *Proc. Natl. Acad. Sci. USA* 93: 10505-10509, 1996.

49.  Uribe, J.M., S.J. Keely, A.E. Traynor-Kaplan, and K.E. Barrett: Phosphatidylinositol 3-kinase mediates the inhibitory effect of epidermal growth factor on calcium-dependent chloride secretion. *J. Biol. Chem.* 271: 26588-26595, 1996.

17

LINZ_0173254

50. Ries, J., J. Stein, A.E. Traynor-Kaplan, and K.E. Barrett:  Dual role for aluminum fluoride-sensitive G proteins in the function of $T_{84}$ epithelial cells:  Transport and barrier effects. *Am. J. Physiol.* 272: C794-C803, 1997.

51. Sanchez de Medina L.-H., F., J. Galvez, M. Gonzalez, J. Jimenez, A. Zarzuelo, and K.E. Barrett: Effects of quercetin on epithelial chloride secretion. *Life Sci.* 61: 2049-2055, 1997.

52. Kruppa, J., S.J. Keely, F. Schwede, C. Schultz, K.E. Barrett, and B. Jastorff: Bioactivatable derivatives of 8-substituted cAMP-analogs. *Bioorg. Med. Chem. Lett.*.7:945-948, 1997.

53. Eckmann, L., W.F. Stenson, T.C. Savidge, D.C. Lowe, K.E. Barrett, J. Fierer, J.R. Smith, and M.F. Kagnoff:  Role of intestinal epithelial cells in the host secretory response to infection by invasive bacteria: bacterial entry induces epithelial prostaglandin H synthase-2 expression, and prostaglandin $E_2$ and $F_{2v}$ production. *J. Clin. Invest.* 100: 296-309, 1997.

54. Stein, J., J. Ries, and K.E. Barrett:  Disruption of intestinal barrier function associated with experimental colitis: possible role of mast cells. *Am. J. Physiol.* 274: G203-G209, 1998.

55. Myers, C., D. Hogan, B. Yao, M. Koss, J.I. Isenberg, and K.E. Barrett:  Inhibition of rabbit duodenal bicarbonate secretion by ulcerogenic agents: histamine-dependent and -independent effects. *Gastroenterology* 114: 527-535, 1998.

56. Barrett, K.E., J. Smitham, A. Traynor-Kaplan, and J.M. Uribe: Inhibition of $Ca^{2+}$-dependent $Cl^-$ secretion in $T_{84}$ cells: membrane target(s) of inhibition are agonist-specific. *Am. J. Physiol.* 274: C958-C965, 1998.

57. Keely, S.J., J.M. Uribe, and K.E. Barrett:  Carbachol stimulates transactivation of epidermal growth factor receptor and MAP kinase in $T_{84}$ cells: implications for carbachol-stimulated chloride secretion. *J. Biol. Chem.* 273: 27111-27117, 1998.

58. Pratha, V.S., S.M. Thompson, D.L. Hogan, P. Paulus, A.D. Dreilinger, K.E. Barrett, and J.I. Isenberg: Utility of endoscopic biopsies to quantitate human duodenal ion transport. *J. Lab. Clin. Med.* 132: 512-518, 1998.

59. Keely, S.J., and K.E. Barrett:  ErbB2 and ErbB3 receptors mediate inhibition of calcium-dependent chloride secretion in colonic epithelial cells. *J. Biol. Chem.* 274: 33449-33454, 1999.

60. Keely, S.J., S.O. Calandrella, and K.E. Barrett:  Carbachol-stimulated transactivation of epidermal growth factor receptor and MAP kinase in $T_{84}$ cells is mediated by intracellular $Ca^{2+}$, PYK-2, and $p60^{src}$. *J. Biol. Chem.* 275: 12619-12625, 2000.

61. Chow, J.Y.C., J.M. Uribe, and K.E. Barrett: A role for protein kinase C-, in the inhibitory effect of EGF on calcium-stimulated chloride secretion in human colonic epithelial cells. *J. Biol. Chem.* 275: 21169-21176, 2000.

62. Kahn, M.E.S., A. Senderowicz, E.A. Sausville, and K.E. Barrett: Possible mechanisms of diarrheal side-effects associated with the use of a novel chemotherapeutic agent, flavopiridol. *Clin. Cancer Res.* 7: 343-349, 2001.

63. Smitham, J.E., and K.E. Barrett: Differential effects of apical and basolateral uridine triphosphate on intestinal chloride secretion: implications for cystic fibrosis. *Am. J. Physiol.* 280: C1431-C1439, 2001.

64. Chang, N., J.M. Uribe, S.J. Keely, and K.E. Barrett:  Insulin and insulin-like growth factor I inhibit calcium-dependent chloride secretion by $T_{84}$ human colonic epithelial cells. *Am. J. Physiol.* 281: G129-G137, 2001.

65. Zambon, A.C., B. Torres, K.E. Barrett, L.L. Brunton, and P.A. Insel.  Cloning expression, signaling mechanisms and membrane targeting of MDCK-D1 $P2Y_{11}$ receptors. *Mol. Pharmacol.* 60: 26-35, 2001.

66. Resta-Lenert, S., F. Truong, K.E. Barrett, and L. Eckmann.  Inhibition of epithelial chloride secretion by butyrate: role of reduced adenylyl cyclase expression and activity. *Am. J. Physiol.* 281: C1837-C1849, 2001.

18

LINZ_0173265

67. Abreu, M.T., E. T. Arnold, J.Y.C. Chow, and K.E. Barrett. Phosphatidylinositol 3-kinase-dependent pathways oppose Fas-induced apoptosis and limit chloride secretion in human intestinal epithelial cells: implications for inflammatory diarrheal states. *J. Biol. Chem.* 276: 47563-47574, 2001.

68. Resta-Lenert, S., and K.E. Barrett: Enteroinvasive bacteria alter barrier and transport properties of human intestinal epithelial cells: role of iNOS and COX-2. *Gastroenterology* 122: 1070-1087, 2002.

69. Uribe, J.M., D.F. McCole, and K.E. Barrett: Interferon ( activates the EGF receptor and increases $TGF\forall$ in $T_{84}$ cells: implications for chloride secretion. *Am. J. Physiol.* 283: G923-G931, 2002.

70. McCole, D.F., S.J. Keely, R.J. Coffey, and K.E. Barrett: Transactivation of the epidermal growth factor receptor in colonic epithelial cells by carbachol requires extracellular release of transforming growth factor-$\forall$. *J. Biol. Chem.* 277: 42603-42612, 2002.

71. Resta-Lenert, S., and K.E. Barrett: Live probiotics protect intestinal epithelial cells from the effects of infection with enteroinvasive *E. coli* (EIEC). *Gut* 52: 988-997, 2003.

72. Bertelsen, L.S., G. Paesold, L. Eckmann, and K.E. Barrett: *Salmonella* infection induces a hypersecretory phenotype in human intestinal xenografts by inducing cyclooxygenase-2. *Infect. Immun.* 71: 2102-2109, 2003.

73. Keely, S.J., and K.E. Barrett: p38 mitogen-activated protein kinase inhibits calcium-dependent chloride secretion in $T_{84}$ colonic epithelial cells. *Am. J. Physiol.* 284: C339-C348, 2003.

74. Chow, J.Y.C., K. Carlstrom, and K.E. Barrett: Growth hormone reduces chloride section in human epithelial colonic cells via EGF receptor and ERK1/2 MAPK. *Gastroenterology* 125: 1114-1124, 2003.

75. Tuo, B-G., J.Y.C. Chow, K. E. Barrett, and J.I. Isenberg: Protein kinase C potentiates cAMP-stimulated mouse duodenal mucosal bicarbonate secretion examined *in vitro*. *Am. J. Physiol* 286: G814-G821, 2004.

76. Rao, S.P., Z. Sellers, D.L. Crombie, D.L. Hogan, E.A. Mann, D. Childs, S. Keely, M. Sheil-Puopolo, R.A. Giannella, K.E. Barrett, J.I. Isenberg, and V.S. Pratha: A role for guanylate cyclase C (GC-C) in acid-stimulated duodenal mucosal bicarbonate secretion. *Am. J. Physiol.* 286: G95-G101, 2004.

77. Tuo, B-G., P. Paulus, Z. Sellers, K.E. Barrett, and J.I. Isenberg: 5-HT induces duodenal mucosal bicarbonate secretion via cAMP-and $Ca^{2+}$ -dependent signaling pathways and 5-$HT_4$ in mice. *Am. J. Physiol.* 286: G444-G451, 2004.

78. Dwinell, M.B., H. Ogawa, K.E. Barrett and M.F. Kagnoff: Stromal cell-derived factor-1/CXCL12 regulates cyclic AMP production and ion transport in intestinal epithelial cells via CXCR4. *Am. J. Physiol.* 286: G844-G850, 2004.

79. Bertelsen, L.S., L. Eckmann, and K.E. Barrett: Prolonged interferon-( exposure decreases ion transport, NKCC-1 and Na , K⁺ ATPase expression in human intestinal xenografts *in vivo*. *Am. J. Physiol.* 286: G157-G165, 2004.

80. Bertelsen, L.S., K.E. Barrett, and S.J. Keely: $G_s$ protein-coupled receptor agonists induce transactivation of the epidermal growth factor receptor in $T_{84}$ cells: implications for epithelial secretory responses. *J. Biol. Chem.* 279: 6271-6279, 2004.

81. Bertelsen, L.S. G. Paesold, S.L. Marcus, B.B. Finlay, L. Eckmann, and K.E. Barrett. Modulation of chloride secretory responses of intestinal epithelial cells by the *Salmonella* effector protein SigD. *Am. J. Physiol.* 287: C939-C948, 2004.

82. Tuo, B-G., Z.M. Sellers, A.J. Smith, K.E. Barrett, J.I. Isenberg, and H. Dong. A role for CagA/VacA in *Helicobacter pylori* inhibition of murine duodenal mucosal bicarbonate secretion. *Dig. Dis. Sci.* 49: 1845-1852, 2004.

LINZ_0173256

83. Calandrella. S.O., K.E. Barrett, and S.J. Keely. Transactivation of the epidermal growth factor receptor mediates muscarinic stimulation of focal adhesion kinase in intestinal epithelial cells. *J. Cell. Physiol.,* 203: 103-110, 2005.

84. Zhang, S., J.X.-J. Yuan, K.E. Barrett, and H. Dong: Role of $Na^+$-$Ca^{2+}$ exchange in regulating cytosolic $Ca^{2+}$ in human pulmonary artery smooth muscle cells. *Am. J. Physiol.* 288: C245-C252, 2005.

85. McCole, D.F., G. Rogler, N. Varki, and K.E. Barrett: Epidermal growth factor partially restores colonic ion transport responses in mouse models of chronic colitis. *Gastroenterology* 129: 591-608, 2005.

86. Dong, H., Z.M. Sellers, A. Smith, J.Y.C. Chow, and K.E. Barrett: $Na^+/Ca^{2+}$ exchange regulates $Ca^{2+}$-dependent duodenal mucosal ion transport and bicarbonate secretion in mice. *Am. J. Physiol.* 288: G457-G465, 2005.

87. Sellers, Z.M., D. Childs, J.Y.C. Chow, A.J. Smith, D.L. Hogan, J.I. Isenberg, H. Dong, K.E. Barrett, and V.S. Pratha: Heat-stable enterotoxin of *Escherichia coli* stimulates a non-CFTR mediated duodenal bicarbonate secretory pathway. *Am. J. Physiol.* 288: G654-G663, 2005.

88. Resta-Lenert, S., J. Smitham, and K.E. Barrett: Epithelial dysfunction associated with the development of colitis in conventionally housed mdr1a⁻/⁻ mice. *Am. J. Physiol.: GI Liver Physiology,* 289:G153-G162, 2005.

89. Resta-Lenert, S., and K.E. Barrett: Probiotics and commensals reverse TNF∀- and IFN(-induced dysfunction in human intestinal epithelial cells. *Gastroenterology* 130: 731-746, 2006.

90. Smith, A.J., A.E Chappell, A.G. Buret, K.E. Barrett, and H. Dong: 5-Hydroxytryptamine (5-HT) contributes importantly to a reflex pathway by which the duodenal mucosa protects itself from gastric acid injury. *FASEB J.* 20: 2486-95, 2006.

91. Chow, J.Y.C., and K.E. Barrett: The role of protein phosphatase 2A in calcium-dependent chloride secretion by human colonic epithelial cells. *Am. J. Physiol.* 292: C452-C459, 2007.

92. Hoda, M.R., S.J. Keely, L.S Bertelsen, W.G. Junger, D. Dharmasena, and K.E. Barrett: Leptin acts as a mitogenic and antiapoptotic factor for colonic cancer cells. *Br. J. Surg.* 94: 346-354, 2007.

93. McCole, D.F., A. Truong, M. Bunz, and K.E. Barrett: Consequences of direct *vs.* indirect activation of EGFR in intestinal epithelial cells are dictated by protein tyrosine phosphatase 1B. *J. Biol. Chem.* 282: 13303-13315, 2007.

94. Keely, S.J., M. Scharl, L.S. Bertelsen, L.R. Hagey, K.E. Barrett, and A.F. Hofmann: Bile acid induced secretion in polarized monolayers of T₈₄ colonic epithelial cells: structure-activity relationships. *Am. J. Physiol.* 292: G290-G297, 2007.

95. Tillinger, W., D.F. McCole, S.J. Keely, L.S. Bertelsen, P.L. Wolf, W.G. Junger, and K.E. Barrett: Hypertonic saline reduces neutrophil-epithelial interactions *in vitro* and gut tissue in a mouse model of colitis. *Am. J. Physiol. Regu.* 295: R1839-R1845, 2008.

96. Sellers, Z.M., E. Mann, A. Smith, K.H. Ko, R. Giannella, M.B. Cohen, K.E. Barrett, and H. Dong: Heat-stable enterotoxin of *Escherichia coli* (STa) can stimulate duodenal $HCO_3^-$ secretion via a novel GC-C- and CFTR-independent pathway. *FASEB J.* 22: 1306-1316, 2008.

97. Chappell, A., M. Bunz, E. Smoll, H. Dong, C. Lytle, K. Barrett, and D. McCole: Hydrogen peroxide inhibits $Ca^{2+}$-dependent chloride secretion across colonic epithelial cells via distinct kinase signaling pathways and ion transport proteins. *FASEB J.* 22: 2023-2036, 2008.

98. Baird, A.W., S.J. Keely, M.M. Skelly, D.P. O'Donoghue and K.E. Barrett: Bradykinin regulates human colonic ion transport *in vitro. Brit. J. Pharmacol.* 155:558-566, 2008.

99. Scharl, M., G. Paul, K.E. Barrett, and D.F. McCole: AMP-activated protein kinase mediates the interferon gamma induced decrease in intestinal epithelial barrier function. *J. Biol. Chem.* 284: 27952-27963, 2009.

20

LINZ_0173257

100. Zhang, Y.-Q., S. Resta-Lenert, K.E. Barrett, and N. Sarvetnick: Up-regulation of activin signaling in experimental colitis. *Am. J. Physiol.: GI Liver Physiology*, 297:G768-G780, 2009.

101. Scharl, M., G. Paul, A. Weber, B.C. Jung, M.J. Docherty, M. Hausmann, G. Rogler, K.E. Barrett and D.F. McCole: Protection of epithelial barrier function by the Crohn's disease associated gene, protein tyrosine phosphatase N2. *Gastroenterology* 137:2030-2040, 2009.

102. Harmon, G.S., D.S. Dumlao, D.T. Ng, K.E. Barrett, E.A. Dennis, H. Dong, and C.K. Glass: Pharmacologic correction of a defect in PPARγ signaling ameliorates disease severity in Cftr-deficient mice. *Nature Medicine* 16 (3): 313-318, 2010.

103. Hoda, M.R., M. Scharl, S.J. Keely, D.F. McCole, and K.E. Barrett: Apical leptin induces chloride secretion by intestinal epithelial cells and in a rat model of acute chemotherapy-induced colitis. *Am. J. Physiol.: GI Liver Physiology* 298: G714-G721, 2010.

104. Chow, J.Y.C., C. Estrema, T. Orneles, X. Dong, K.E. Barrett, and H. Dong. Calcium sensing receptor modulates extracellular $Ca^{2-}$ entry via TRPC-encoded receptor-operated channels in human aortic smooth muscle cells. *AJP: Cell Physiology* 301: C461-C468, 2011.

105. Paul, G., R.R. Marchelletta, D.F. McCole, and K.E. Barrett.: Interferon-γ alters downstream signaling originating from the epidermal growth factor in intestinal epithelial cells: functional consequences for ion transport. *J. Biol. Chem.* 287 (3): 2144-2155, 2012.

106. Marchelletta, R.R., M.G. Gareau, D.F. McCole, S. Okamoto, E. Roel, R. Klinkenberg, D. Guiney, J. Fierer, and K.E. Barrett: Altered expression and localization of ion transporters contribute to diarrhea in mice with *Salmonella*-induced enteritis. *Gastroenterology* 145: 1358-1368, 2013.

107. Smith, C.J., J.R. Emge, K. Berzins, L. Lung, R. Khamishon, P. Shah, D.M. Rodrigues, A.J. Sousa, C. Reardon, P.M. Sherman, K.E. Barrett, and M.G. Gareau: Probiotics normalize the gut-brain-microbiota axis in immunodeficient mice. *Am. J. Physiol.: GI Liver Physiology* 307: G793-G802, 2014.

108. Kozan, P.A., M.D. McGeough, C.A. Pena, J.L. Mueller, K.E. Barrett, R.R. Marchelletta, and M. Sivagnanam: Mutation of *EpCAM* leads to intestinal barrier and ion transport dysfunction. *J Mol Med* 93:535–545, 2015.

109. Marchelletta, R., M. Gareau, S. Okamoto, D. Guiney, K. E. Barrett and J. Fierer: *Salmonella* induced diarrhea occurs in the absence of IL-8 receptor (CXCR2)-dependent neutrophilic inflammation. *Journal of Infectious Diseases* 212 (1): 128-136, 2015.

110. Emge, J.R., K. Huynh, E.N. Miller, M. Kaur, C. Reardon, K.E. Barrett and M. G. Gareau: Modulation of the microbiota-gut-brain axis by probiotics in a murine model of inflammatory bowel disease. *Am. J. Physiol.: GI Liver Physiology* 310: G989-G998, 2016.

111. Selfridge, A.C., M.S. Cavadas, C.C. Scholz, E.L. Campbell, L.C. Welch, E. Lecuona, S.P. Colgan, K.E. Barrett, P.S. Sporn, J.I. Sznajder, E. P. Cummins and C. T. Taylor: Hypercapnia suppresses the HIF-dependent adaptive response to hypoxia. *J. Biol. Chem.* 291: 11800-11808, 2016.

112. Barrett, K.E. and D. McCole: The hydrogen peroxide scavenger, catalase, alleviates ion transport dysfunction in murine colitis. *Clin. Exp. Pharmacol. Physiol.*43: 1097–1106, 2016.

113. Manresa, M.C., M.M. Tambuwala, P. Rhadakrishan, J.M. Harnoss, E. Brown, M.S. Cavadas, C.E. Keogh, A. Cheong, K.E. Barrett, E.P. Cummins, M. Schneider and C. T. Taylor: Hydroxylase inhibition regulates inflammation-induced intestinal fibrosis through the suppression of ERK-mediated TGF-β1 signaling. *Am. J. Physiol.: GI Liver Physiol.* 311: G1076–G1090, 2016.

114. Alisson-Silva, F., J. Z. Liu, S. L. Diaz, L. Deng, M. G. Gareau, R. Marchelletta, X. Chen, V. Nizet, N. Varki, K.E. Barrett, and A. Varki: Human evolutionary loss of epithelial Neu5Gc expression and the species-specific susceptibility to cholera. *PLoS Pathog.* Jun 18;14(6):e1007133, 2018.

21

LINZ_0173258

115. Doshi, A., R. Khamishon, R. Rawson, L. Duong, L. Dohil, S. J. Myers, B. Bell, R. Dohil, R. O. Newbury, K. E. Barrett, R. C. Kurten, and S. S. Aceves: IL-9 Alters Epithelial Barrier and E-cadherin in Eosinophilic Esophagitis. *Journal of Pediatric Gastroenterology & Nutrition.* 68 (2), 225-231, 2019.

116. Das, B., K. Okamoto, J. Rabalais, P. Kozan, R. Marchelletta, M. McGeough, N. Durali, M. Go, K.E. Barrett, S. Das and M. Sivagnanam: Enteroids expressing a disease-associated mutant of EpCAM are a model for congenital tufting enteropathy. *Am. J. Physiol.: GI Liver Physiol.* 317: G580-591, 2019.

117. Pusceddu, M.M., M. Barboza, M. Schneider, P. Stokes, J.A. Sladek, C. Torres-Fuentes, L.R. Goldfild, S.E. Gillis, I. Brust-Mascher, G. Rabasa, K.A. Wong, C. Lebrilla, M. X. Byndloss, C. Maisonneuve, A.J. Bäumler, D.J. Philpott, R. Ferrero, K.E. Barrett, C. Reardon and M.G. Gareau: Nod-like receptors are critical 1 for gut-brain axis signaling in mice. *Journal of Physiology.* In press.

118. Rabalais, J., P. Kozan, T. Lu, N. Durali, K. Okamoto, B. Das, M. McGeough, J.B. Lee, K.E. Barrett, R. Marchelletta and M. Sivagnanam: The effect of fennel on the JAK/STAT pathway and intestinal barrier function. *BMC Complementary and Alternative Medicine.* Submitted.

## B. Invited articles, book chapters and reviews

1. Barrett, K.E., and D.D. Metcalfe: The mucosal mast cell and its role in gastrointestinal allergic diseases. *Clin. Rev. in Allergy* 2: 39-53, 1984.

2. Pearce, F.L., K.E. Barrett, A.D. Befus, J. Bienenstock, M. Ennis, and K.B.P. Leung: Functional heterogeneity of mast cells with special reference to the gastrointestinal tract. *Allergologie* 7: S.276-281, 1984.

3. Barrett, K.E., and D.D. Metcalfe: Mast cell heterogeneity: evidence and implications. *J. Clin. Immunol.* 4: 253-261, 1984.

4. Pearce, F.L., H. Ali, K.E. Barrett, A.D. Befus, J. Bienenstock, J. Brostoff, M. Ennis, K.C. Flint, N. McI. Johnson, K.B.P. Leung, and P.T. Peachell: Mast cell heterogeneity: differential responsivity to histamine liberators and anti-allergic drugs. In: *Advances in the Biosciences. Vol. 51: Frontiers in Histamine Research*, C.R. Ganellin and J.C. Schwartz, Editors, pp. 411-421, Pergamon Press, Oxford, 1985.

5. Pearce, F.L., H. Ali, K.E. Barrett, A.D. Befus, J. Bienenstock, J. Brostoff, M. Ennis, K.C. Flint, B. Hudspith, N. McI. Johnson, K.B.P. Leung, and P.T. Peachell: Functional characteristics of mucosal and connective tissue mast cells of man, the rat and other animals. *Int. Archs Allergy Appl. Immunol.* 77: 274-276, 1985.

6. Barrett, K.E., and D.D. Metcalfe: Mast cell heterogeneity: studies in non-human primates. In: *Mast Cell Differentiation and Heterogeneity*, A.D. Befus, J. Bienenstock and J.A. Denburg, Editors, pp 231-238, Raven Press, Inc., New York, 1986.

7. Barrett, K.E., and D.D. Metcalfe: Heterogeneity of mast cells in the tissues of the respiratory tract and other organ systems. *Am. Rev. Resp. Dis.* 135: 1190-1195, 1987.

8. Barrett, K.E., and D.D. Metcalfe: Immunologic mechanisms in food allergy. In: *Food Allergy. A Practical Approach to Diagnosis and Management*, L. Chiaramonte, A.T. Schneider and F. Lifshitz, Editors, pp 23-43, Marcel Dekker, Inc., New York, 1988.

22

LINZ_0173259

9.   Barrett, K.E., and D.D. Metcalfe: Mucosal mast cells and IgE. In: *Immunology of the Gastrointestinal Tract and Liver*, A.L. Jones and M.F. Heyworth, Editors, pp 65-92, Raven Press, Inc., New York, 1988.

10.  Barrett, K.E.: Properties of intestinal mucosal mast cells in non-human primates. In: *Mucosal Immunity and Infections at Mucosal Surfaces*, W. Strober, M.E. Lamm, J.R. McGhee, and S.P. James, Editors, pp 225-231, Oxford University Press, New York, 1988.

11.  Barrett, K.E. and K. Dharmsathaphorn: Pharmacological aspects of therapy in inflammatory bowel disease: antidiarrheal agents. *J. Clin. Gastroenterol.* 10: 57-63, 1988.

12.  Barrett, K.E.: Immune-related intestinal secretion: control of colonic chloride secretion by inflammatory mediators. In: *Inflammatory Bowel Disease: Current Status and Future Approach*, R.P. MacDermott, Editor, pp 377-382, Elsevier Science Publishing Co., Amsterdam, 1988.

13.  McRoberts, J.A., and K.E. Barrett: Hormone-regulated transport in $T_{84}$ colonic cells. In: *Modern Cell Biology - Functional Epithelial Cells in Culture*, K.S. Matlin and J.D. Valentich, Editors, pp 235-265, Alan R. Liss, Inc., New York, 1989.

14.  Broide, D., K. Barrett, and S. Wasserman: Characterization and functional analysis of rat mucosal mast cells. In: *Mast Cell and Basophil Differentiation and Function in Health and Disease*, S. Galli and K.F. Austen, Editors, pp 195-203, Raven Press, Inc., New York, 1989.

15.  Dharmsathaphorn, K., and K.E. Barrett: Chlorpromazine derivatives: agents that modify signal transduction mechanisms in intestinal secretion (editorial). *J. Pediatr. Gastroenterol. Nutr.* 8: 141-143, 1989.

16.  Wasserman, S.I., D.L. Marquardt, D. Broide, L. Walker, and K. Barrett: Characterization, activation and functional importance of mucosal mast cells. In: *Biochemistry of the Acute Allergic Reactions. Vth International Symposium*, A.I. Tauber, B.U. Wintroub, and A.S. Simon, Editors, pp 155-161, Alan R. Liss, Inc., New York, 1989.

17.  Barrett, K.E., and K. Dharmsathaphorn: Synergism between VIP and carbachol-mediated responses in a human mucus-secreting colonic epithelial cell line. (Selected Summary). *Gastroenterology* 97: 1345-1346, 1989.

18.  Dharmsathaphorn, K., and K.E. Barrett: Protein kinase C subspecies. (Selected Summary). *Gastroenterology* 97: 1594-1595, 1989.

19.  Barrett, K.E., and K. Dharmsathaphorn: Mechanisms of chloride secretion in a colonic epithelial cell line. In: *Textbook of Secretory Diarrhea*, E. Lebenthal and M. E. Duffey, Editors, pp 59-66, Raven Press, Inc., New York, 1990.

20.  Barrett, K.E., and K. Dharmsathaphorn: The cystic fibrosis gene. (Selected Summary). *Gastroenterology* 98: 535-536, 1990.

21.  Dharmsathaphorn, K., and K.E. Barrett: Central regulation of duodenal bicarbonate secretion. (Selected Summary). *Gastroenterology* 99: 278, 1990.

22.  Barrett, K.E., and K. Dharmsathaphorn: Mitogens control $Na^+/H^+$ antiporter activity by phosphorylation. (Selected Summary). *Gastroenterology* 99: 565-566, 1990.

23.  Dharmsathaphorn, K., and K.E. Barrett: Allergic reactions alter gastric function. (Selected Summary). *Gastroenterology* 99: 1184-1185, 1990.

24.  Barrett, K.E.: Mast cells, basophils, and immunoglobulin E. In: *Adverse Reactions to Foods and Food Additives*, D.D. Metcalfe, H. Sampson, and R. Simon, Editors, pp. 13-35, Blackwell Scientific Publications, Inc., Cambridge, 1991.

25.  Barrett, K.E., and K. Dharmsathaphorn: Secretion and absorption: small intestine and colon. In: *Textbook of Gastroenterology*, T. Yamada, Editor, pp 265-294, J.B. Lippincott Company, Philadelphia, 1991.

LINZ_0173260

26. Barrett, K.E., and K. Dharmsathaphorn: Pharmacological approaches to the therapy of diarrheal diseases. In: *Diarrheal Diseases*, M. Field, Editor, pp 501-515, Elsevier Science Publishing Co., Inc., New York, 1991.

27. Barrett, K.E., and F.L. Pearce: Heterogeneity of mast cells. In: *Handbook of Experimental Pharmacology: Histamine and Histamine Antagonists*, B. Uvnäs, Editor, pp 93-117, Springer-Verlag, Berlin, 1991.

28. Barrett, K.E.: An epithelial mucin may protect the epithelium from inflammatory damage (Selected Summary). *Gastroenterology* 100: 284-285, 1991.

29. Barrett, K.E.: More news on the cystic fibrosis gene. (Selected Summary) *Gastroenterology* 100: 843-844, 1991.

30. Barrett, K.E.: How enterocytes stick and what they stick to. (Selected Summary). *Gastroenterology* 101: 264-266, 1991.

31. Barrett, K.E.: Bidirectional communication between mast cells and nerves controls intestinal secretion (Selected Summary). *Gastroenterology* 101: 1134-1136, 1991.

32. Barrett, K.E.: Immune regulation of intestinal ion transport: implications for inflammatory diarrhea. *Progr. Inflamm. Bowel Dis.* 12: 8-11, 1991.

33. Barrett, K.E.: Mucus and metastasis (Selected Summary). *Gastroenterology* 102: 1082-1083, 1992.

34. Barrett, K.E.: Fibroblast growth promoted by a mast cell protease (Selected Summary). *Gastroenterology* 102: 1434-1435, 1992.

35. Barrett, K.E.: Effect of histamine and other mast cell mediators on $T_{84}$ epithelial cells. In: *Neuro-immuno-physiology of the Gastrointestinal Mucosa: Implications for Inflammatory Diseases*, R.H. Stead, M.H. Perdue, H. Cooke, D.W. Powell and K.E. Barrett, Editors, pp 222-231, New York Academy of Sciences, New York, 1992.

36. Barrett, K.E.: Mechanisms of inflammatory diarrhea (Selected Summary). *Gastroenterology* 103: 710-711, 1992.

37. Barrett, K.E.: Complex cellular recognition events in acute inflammation (Selected Summary). *Gastroenterology* 103: 1700-1702, 1992.

38. Pearce, F.L., and K.E. Barrett: Mast cell and basophil responses. In: *Pharmacology of the Respiratory Tract: Clinical and Experimental*, K.F. Chung and P.J. Barnes, Editors, pp 357-374, Marcel Dekker, Inc., New York, 1993.

39. Barrett, K.E.: Chloride secretion by the colonic epithelial cell line, $T_{84}$: Mechanisms and regulation. In: *Ion Transport in Vertebrate Colon*, (Advances in Comparative and Environmental Physiology, Volume 16), W. Clauss, Editor, pp 215-235, Springer-Verlag, Berlin, 1993.

40. Barrett, K.E.: Acute and chronic control of colonic chloride secretion by mast cell mediators. In: *Immunophysiology of the Gut*, W.A. Walker, P.R. Harmatz and B.K. Wershil, Editors, pp 71-83, Academic Press, San Diego, 1993.

41. Gelbmann, C.M., and K.E. Barrett: Role of inflammatory cell types. In: *Inflammatory Bowel Diseases - Pathophysiology as Basis of Treatment*, J. Schölmerich, W. Kruis, H. Goebell, W. Hohenberger and V. Gross, Editors, pp 62-79, Kluwer Academic, Lancaster, UK, 1993.

42. Barrett, K.E.: An enteric pathogen subverts epithelial signal transduction mechanisms for invasion (Selected Summary). *Gastroenterology* 104: 326-327, 1993.

43. Wasserman, S.I., D.L. Marquardt, and K.E. Barrett: Mechanisms of mast cell signalling. In: *Signal Transduction in Lung Cells*, J.S. Brody, D. Center, and V. Tkachuck, Editors, pp 541-554, Marcel Dekker, Inc., New York, 1993.

44. Barrett, K.E.: Adhesion molecule expression in inflammatory bowel disease (Selected Summary). *Gastroenterology* 104: 1568-1569, 1993.

45. Barrett, K.E., and T.D. Bigby: The intestinal epithelium: a participant in as well as the target of inflammation? (Selected Summary) *Gastroenterology* 105: 302-303, 1993.

24

LINZ_0173261

46.    Traynor-Kaplan, A.E., and K.E. Barrett:  AMP and microamps:  neutrophil-derived chloride secretagogue identified (Editorial). *J. Clin. Invest.* 91: 1856-1857, 1993.

47.    Barrett, K.E.:  Positive and negative regulation of chloride secretion in $T_{84}$ cells.  *Am. J. Physiol.* 265: C859-C868, 1993.

48.    Barrett, K.E.:  Subtraction gives 13:  novel cytokine identified (Selected Summary). *Gastroenterology* 105: 1251-1252, 1993.

49.    Gelbmann, C.M. and K.E. Barrett:  Neuroimmune regulation of human intestinal transport (Editorial). *Gastroenterology* 105: 934-936, 1993.

50.    Barrett, K.E., and F.L. Pearce: Mast cell heterogeneity. In: *Immunopharmacology of Mast Cells and Basophils*, J.C. Foreman, Editor, pp 29-42, Academic Press, London, 1993.

51.    Barrett, K.E.:  New messenger for calcium entry  (Selected Summary). *Gastroenterology* 105: 1918-1919, 1993.

52.    Barrett, K.E., and K. Dharmsathaphorn: Transport of water and electrolytes in the gastrointestinal tract: physiological mechanisms, regulation, and methods for study. In: *Maxwell and Kleeman's Clinical Disorders of Fluid and Electrolyte Metabolism*, Fifth Edition, R.G. Narins, Editor, pp 493-519, McGraw-Hill, Inc., New York, 1994.

53.    Barrett, K.E.:  Specific regulation of a mucosal addressin  (Selected Summary). *Gastroenterology* 106: 1122-1123, 1994.

54.    Barrett, K.E.:  Bactericidal activity of mast cells (Selected Summary). *Gastroenterology* 107: 893-894, 1994.

55.    Barrett, K.E.:  Cytokine interactions with epithelium.  In:  *Inflammatory Bowel Disease:  Basic Research, Clinical Implications*, L. Sutherland, S. Collins, J. Martin, R. McLeod, S. Targan, J. Wallace and J. Williams, Editors, pp 129-138, Kluwer Academic Publishers, Lancaster, UK, 1994.  Reprinted in *Can. J. Gastroenterol.* 10: 323-328, 1996.

56.    Kaunitz, J.D., K.E. Barrett, and J.A. McRoberts:  Electrolyte secretion and absorption:  small intestine and colon.  In:  *Textbook of Gastroenterology*, Second Edition, T. Yamada, Editor, pp 326-361, J.B. Lippincott Company, Philadelphia, 1995.

57.    Barrett, K.E.:  Neurogenic inflammation in the intestine  (Selected Summary).  *Gastroenterology* 108: 295-296, 1995.

58.    Barrett, K.E., and T.D. Bigby:  New roles for eicosanoids as regulators of epithelial function and growth.  *News in Physiol. Sci.* 10: 153-159, 1995.

59.    Gelbmann, C.M. and K.E. Barrett:  *In vitro* models of epithelial pathophysiology.  In: *Experimental Models of Mucosal Ulceration and Inflammation*, T.S. Gaginella, Editor, pp 111-131, CRC Press Inc., Boca Raton, 1996.

60.    Barrett, K.E.:  Cytokines:  sources, receptors and signalling.  In:  *Cytokines And Growth Factors In Gastroenterology*, (Baillière's Clinical Gastroenterology Volume 10), R. Goodlad and N.A. Wright, Editors, pp 1-15, Baillière Tindale, London, 1996.

61.    Keely, S.J. and K.E. Barrett: Water and electrolyte transport. In: *The Small Intestine*, E.M. Quigley and M.N. Marsh, Editors, Blackwell Scientific, Inc. Cambridge, MA, in press.

62.    Barrett, K.E.: A personal perspective (Editorial). *Am. J. Physiol.* 271: C701-702, 1996.

63.    Barrett, K.E.:  Mast cells, basophils and immunoglobulin E.  In: *Food Allergy: Adverse Reactions to Foods and Food Additives*, Second Edition, D.D. Metcalfe, H. Sampson and R. Simon, Editors, pp 27-48, Blackwell Science, Cambridge, 1997.

64.    Uribe, J.M., and K.E. Barrett:  Non-mitogenic actions of growth factors: an integrated view of their role in intestinal physiology and pathophysiology.  *Gastroenterology* 112: 255-268, 1997.

65.    Barrett, K.E.:  Integrated regulation of intestinal epithelial transport: intercellular and intracellular pathways.  1996 Bowditch Lecture.  *Am. J. Physiol.* 272: C1069-C1076, 1997.

66.    Barrett, K.E.: Where we're going (Editorial). *Am. J. Physiol:* 274:C295-C296, 1998.

25

LINZ_0173262

67. Barrett, K.E., C.P. Myers, D. Hogan, V. Pratha, and J.I. Isenberg: Mast cells and duodenal bicarbonate secretion. In: *Helicobacter pylori: Basic mechanisms to clinical cure 1998,* R.H. Hunt and G.N. Tytgat, Editors, pp 188-194, Kluwer Academic Publishers, Lancaster, UK, 1998.

68. Stein, J., J. Ries, and K.E. Barrett: Resorption und sekretion von wasser und elektrolyten. In: *Darm- krankheiten; Klinik, Diagnostik und Therapie.* W.F. Caspary and J. Stein, Editors, pp. 35-47, Springer-Verlag, Berlin, 1999.

69. Montrose, M.H., S.J. Keely and K.E. Barrett: Electrolyte secretion and absorption: small intestine and colon. In: *Textbook of Gastroenterology,* Third Edition, T. Yamada, D. Alpers, L. Laine, D. Powell and C. Owyang, Editors, pp 320-355, Lippincott-Raven, Philadelphia, 1999.

70. Barrett, K.E.: Something old, something new (Editorial). *Am. J. Physiol.* 277: C181-C182, 1999.

71. Keely, S.J. and K.E. Barrett:  Regulation of chloride secretion: novel pathways and messengers. In: *Epithelial transport and barrier function: pathomechanisms in GI disorders,* E.-O. Riecken, H. J. Binder, M. Fromm and J.-D.Schulzke, Editors, pp 67-76, New York Academy of Sciences, New York, 2000.

72. Barrett, K.E. and S.J. Keely: Chloride secretion by the intestinal epithelium: molecular basis and regulatory aspects. *Ann. Rev. Physiol.* 62: 535-572, 2000.

73. Barrett, K.E: Non-mitogenic effects of growth factors and their receptors in the gastrointestinal tract. In: *Cytokines and cell homeostasis in the gastrointestinal tract,* T. Andus, G. Rogler, K. Schlottmann, E. Frick, G. Adler, W. Schmiegel, M. Zeitz and J.Schölmerich, Editors, pp 91-102, Kluwer Academic Publishers, Dordrecht, The Netherlands, 2000.

74. Barrett, K.E.: "It's ugly, but there it is..." (Editorial). *Am. J. Physiol.* 278: C627-C628, 2000.

75. Barrett, K.E.: New insights into the pathogenesis of intestinal dysfunction: secretory diarrhea and cystic fibrosis. *World J. Gastroenterol.* 6: 470-474, 2000.

76. Keely, S.J. and K.E. Barrett: Integrated signaling mechanisms that regulate intestinal chloride secretion.  In: *Gastrointestinal Transport: Molecular Physiology* (Vol. 50 from the series Current Topics in Membranes), K.E. Barrett and M. Donowitz, Editors,  pp 249-299,  Academic Press, San Diego, 2001.

77. Barrett, K.E.: The future of pediatric research looks bright! *J. Pediatr. Gastroenterol. Nutr.* (Editorial) 32: 188-119, 2001.

78. Barrett, K.E.:  The Yin and Yang of intestinal differentiation: key roles for lipid signaling. *Gastroenterology* 120:  1543-1546, 2001.

79. Barrett, K.E.:  Calcium-mediated chloride secretion in the intestinal epithelium: significance and regulation In: *Ca$^{2+}$ Activated Cl Channels (*Vol.53 from the series *Current Topics in Membranes).* C.M. Fuller, Editor, pp 257-282, Academic Press, San Diego, 2002.

80. Barrett, K.E.: Preparing your *curriculum vitae. J. Pediatr. Gastroenterol. Nutr.* 34: 362-365, 2002.

81. Barrett, K.E. and R.H. Moseley: New insights into gastrointestinal and liver diseases based on molecular aspects of transport physiology. *J. Invest. Med.* 50: 234S-235S, 2002.

82. Lencer, W.I., K. Barrett, S. Colgan, M.B. Sohen, C.P. Duggan, M. Kotelchuck, J.M. Rhoads: Research agenda for pediatric gastroenterology, hepatology and nutrition: secretion and diarrhea. *J. Pediatr. Gastroenterol. Nutr.* 35: S246-S249, 2002.

83. Montrose, M.H., S.J. Keely, and K.E. Barrett: Electrolyte secretion and absorption: small intestine and colon. In: *Textbook of Gastroenterology,* Fourth Edition, T. Yamada, Editor, pp 308-339, Lippincott, Williams and Wilkins, Philadelphia, 2003.

84. Barrett, K.E., and L.S. Bertelsen: Physiological regulation of gastrointestinal ion transport. In: *Microbial Pathogenesis and the Intestinal Epithelial Cell,* G.A. Hecht, Editor, pp 241-266, ASM Press, Washington, D.C., 2003.

85. McCole, D.F., and K.E. Barrett: Epithelial transport and gut barrier function in colitis. *Curr. Opinion Gastroenterol.* 19: 578-582, 2003.

26

86.  Barrett, K.E.: How can we battle the scourge of diarrhea?  2003 McKenna Memorial Lecture, *Canadian J. Gastroenterol.* 17: 667-672, 2003.

87.  Barrett, K.E.: Loosening the ties that bind - novel strategy to enhance oral bioavailability. *Mol. Pharmacol.* 64:1-4, 2003.

88.  Barrett, K.E.: Mechanisms for amplified mediator release from colonic mast cells: Implications for intestinal inflammatory diseases. *World J. Gastroenterol.*10: 617-619, 2004.

89.  Boland, C.R., and K.E. Barrett: Posthumous presentation of the Julius M. Friedenwald Medal to Jon I. Isenberg, M.D., *Gastroenterology* 126: 1884-1889, 2004.

90.  Barrett, K.E.: A question of balance–review of *Microcompetition with Foreign DNA and the Origin of Chronic Disease* by Hanan Polansky. *Perspectives in Biology and Medicine,* 48: 143-146, 2005.

91.  Barrett, K.E.: Intestinal epithelial secretion and barrier function: from bench to bedside. *Europ. Surg.* 37: 1-14, 2005.

92.  Barrett, K.E.: A new twist on trefoils. Focus on "TFF modulates NF-κB and a novel regulatory molecule of NF-κB in intestinal epithelial cells via a mechanism distinct from TNFα." *Am. J. Physiol. Cell Physiol.* 289: C1069-C1071, 2005.

93.  Barrett, K.E., and S.J. Keely: Integrative physiology and pathophysiology of intestinal electrolyte transport. In: *Physiology of the Gastrointestinal Tract,* Fourth Edition, L.R. Johnson, K.E. Barrett, F.K. Ghishan, J.L. Merchant, H.M. Said, and J.D. Wood, Editors, pp 1931- 1951, Academic Press, San Diego, CA, 2006.

94.  Barrett, K.E., and D. F. McCole.  The varied role of the gut epithelium in mucosal homeostasis. *Current Opinion Gastroenterol.* 23: 647-654, 2007.

95.  Barrett, K.E.: Colitis, Ulcerative. In: *Diseases and Disorders,* J. Goddard and A. Hildyard, Editors, Vol. 1, p. 208, Marshall Cavendish, New York, NY, 2008.

96.  Barrett, K.E.: Diarrhea and dysentery. In: *Diseases and Disorders,* J. Goddard and A. Hildyard, Editors, Vol. 1, pp. 270-272, Marshall Cavendish, New York, NY, 2008.

97.  Barrett, K.E.: Stomach disorders. In: *Diseases and Disorders,* J. Goddard and A. Hildyard, Editors, Vol. 3, pp 815-818, Marshall Cavendish, New York, NY, 2008.

98.  Barrett, K.E. and H. Raybould: The Gastrointestinal System. In: *Berne & Levy Physiology,* Sixth Edition.  Bruce Stanton and Bruce Koeppen, Editors, pp 485-553. Moseby/Elsevier, St. Louis, MO, 2008.

99.  Keely, S.J., M.H. Montrose, and K.E. Barrett: Electrolyte secretion and absorption: small intestine and colon. In: *Textbook of Gastroenterology,* Fifth Edition, T. Yamada, Editor, pp 330-367, Blackwell Publishing, 2008.

100. Barrett, K.E.: New ways of thinking about (and teaching about) intestinal epithelial function. *Adv. Physiol. Educ.*, 32: 32: 25–34, 2008.

101. Barrett, K.E.: Successfully navigating the tenure process. *AGA Perspectives.* 4: 10, 2008.

102. McCole, D.F., and K.E. Barrett: Decoding epithelial signals: critical role for the epidermal growth factor receptor in controlling intestinal transport function. *Acta. Physiologica* 195: 149-159, 2009.

103. Resta-Lenert, S.C., and K.E. Barrett: Modulation of intestinal barrier properties by probiotics-role in reversing colitis. In: *Molecular structure and function of the tight junction; from basic mechanisms to clinical manifestations.*  M. Fromm and J.-D. Schulzke, Editors, pp 175-182, New York Academy of Sciences, New York, 2009.

104. Barrett, K.E.: The world within-impact of the intestinal microbiota on whole body physiology and pathophysiology. *J. Physiol.* 587.17: 4151, 2009.

105. Barrett, K.E.: Building better bugs to deliver biologics in intestinal inflammation. Commentary on: Xylan-regulated delivery of human keeratinocyte growth factor-2 to the inflamed colon by the human anaerobic bacterium *Bacteroides ovatus. Gut:* 59 (4), 427-428,

27

LINZ_0173264

2010.

106. Kimura, J., Y.Suzuki, K. Mizumura, C. Katagiri, Kazumi Azuma, L. Hao, K.K. Gulia, S. Wray, S.M.M. Iguchi-Ariga, and K.E. Barrett: Report on Women-in-Physiology Symposium in IUPS2009. *J. Physiol. Sci.*, 60 (3) 227-234, 2010.

107. Dong, X., K.H. Ko, J. Chow, B. Tuo, K.E. Barrett, and H. Dong: Expression of acid-sensing ion channels in intestinal epithelial cells and their role in the regulation of duodenal mucosal bicarbonate secretion. *Acta. Physiol.* 201(1): 97-107, 2011.

108. Barrett, K.E.: Gastrointestinal system. In: *Medical Physiology: A Systems Approach.* H. Raff and M. Levitzky, Editors, pp. 491-599, McGraw-Hill, IL, 2011.

109. Yates, B. and K.E. Barrett: Reporting of studies using animal and human subjects in APS journals- How the society protects authors from ethical minefields. *The Physiologist* 55 (1): 8-10, 2012.

110. Barrett, K.E.: Epithelial biology in the gastrointestinal system-insights into normal physiology and disease pathogenesis. *J. Physiol.* 590 (3): 419-420, 2012.

111. Barrett, K.E. and D. J. Paterson: "Congratulations, APS! 125 and counting..." *J. Physiol.* 590 (8): 1771-1772, 2012.

112. Barrett, K.E.: Learning to become a teacher of learning. In: *Students Matter: the Rewards of University Teaching.* J.K. Dorsey and P.K. Rangachari, Editors, SUI-SOM, Springfield, IL, 2012 (also published in Japanese translation, 2012; published in Chinese translation in 2017).

113. Barrett, K.E. and M.H. Montrose: Success as a Ph.D. in gastroenterology. *Gastroenterology* 143: 278-281, 2012.

114. Granger, J.P., S.M. Barman, and K.E. Barrett: Promoting physiology as an essential element in translational research. *Physiology*, 27:326, 2012.

115. Barrett, K.E., B. Machado and S. Barman: Enthusiasm is everything. *The Physiologist* 55: 217 and 219, 2012.

116. Barrett, K.E.: How to believe in others (and other musings on mentoring). *The Physiologist* 55: 240-242, 2012.

117. Barrett, K.E., S. Barman and J. Granger: Physiology in the United States of America. *Physiology News*, 37-39, 91: 2013.

118. Barrett, K.E.: 86th President of APS. *The Physiologist* 56: 37 and 39-42, 2013.

119. Barrett, K.E.: Review of *Physiology of the GI Tract (5th Edition). Gastroenterology*, 144: 1569, 2013.

120. Gareau, M.G., and K.E. Barrett: Fluid and electrolyte secretion in the inflamed gut: novel targets for treatment of inflammation-induced diarrhea. *Current Opinion in Pharmacology,* 13: 895-899, 2013.

121. Barman, S.M., K.E. Barrett and D. M. Pollock: Reports of physiology's demise have been greatly exaggerated, APS Presidential Editorial 2013. *Physiology* 28: 360-362, 2013.

122. Barrett, K.E.: GI Physiology. In: *Reference Module in Biomedical Sciences,* M. Caplan, Editor. Elsevier, Oxford, UK, 2014.

123. Barrett, K.E., P.E. Molina and D. M. Pollock: A joy for (the science of) life! APS Presidential Editorial 2014. *Physiology* 29: 382-383, 2014.

124. Molina, P.E., D.M. Pollock and K.E. Barrett: Physiology – Still the One! *The American Biology Teacher*, 76: 572-573, 2014.

125. Barrett, K.E., L. Eckmann and J.M. Carethers: Obituary: Martin F. Kagnoff, M.D. *Mucosal Immunol.* 8: 441-443, 2015.

126. Eckmann, L., K.E. Barrett and J.M. Carethers: In Memoriam: Martin F. Kagnoff, M.D. *Gastroenterology*, 148: 457-458, 2015.

127. Ming, C.H. and K. E. Barrett: Physiology – the source of nail biting excitement in Kuala Lumpur! *The Physiologist*, 58: 279, 284-285, 2015.

28

LINZ_0173265

128.  Barrett, K.E.: Changing of the Guard. *Physiology* 594.7: 1795-1796, 2016.

129.  Barrett, K.E.: Rethinking cholera pathogenesis – no longer all in the same "camp." *Virulence*. Oct 2;7(7):751-3, 2016.

130.  Barrett, K.E. and S.J. Keely:  Electrolyte Secretion and Absorption in the Small Intestine and Colon.  In: *Yamada's Textbook of Gastroenterology*, 6th Edition, DK Podolsky, M. Camilleri, J.G. Fitz, A.N. Kalloo, F. Shanahan and T.C. Wang, eds; pp 420-449,  John Wiley and Sons, Hoboken, NJ, 2016.

131.  Barrett, K.E.: Endogenous and exogenous control of GI epithelial function: building on the legacy of Bayliss and Starling. *Physiology*, Jan 15;595(2):423-432, 2017.

132.  Camilleri, M., J.H. Sellin, and K.E. Barrett:  Pathophysiology, evaluation and management of chronic watery diarrhea.  *Gastroenterology*, 152:515–532, 2017.

133.  Barrett, K.E.: Influence of the microbiota on host physiology – moving beyond the gut. *J Physiol.* 595.2 (2017) pp 433–435, 2017.

134.  Howells, S.L. and K.E. Barrett: Reflecting on a year of change and the year ahead. *J. Physiol.* 595 (8): 2399–2404, 2017.

135.  Barrett, K.E. and H. Raybould: Gastrointestinal Physiology. In: *Berne & Levy Physiology, Seventh Edition.* Bruce Stanton and Bruce Koeppen, Editors, pp 510-579. Elsevier, Philadelphia, PA, 2018.

136.  Barrett, K.E.: Stress and the gut – it's not all in your mind. *Physiology News*, 108:28-30, 2017.

137.  Barrett, K.E.: Getting your first paper published – shedding light on unwritten rules. *Physiology News*, 109: 8, 2017.

138.  Barrett, K.E.: Looking to and nurturing the future of physiology. *J. Physiol.* 595 (24): 7263-7264, 2017.

139.  Barrett, K.E.: Mapping the duodenal crypt-villus transport axis. *Cellular and Molecular Gastroenterology and Hepatology,* 5: (4) 642-644, 2018.

140.  Das, S., R. Jayaratne and K.E. Barrett: The role of ion transporters in the pathophysiology of infectious diarrhea. *Cellular and Molecular Gastroenterology and Hepatology,* 6: (1) 33-45, 2018.

141.  Gareau, M.G., C. Reardon, K.E. Barrett and P.M. Sherman: Impact of Probiotics on Communication between the Brain–Gut. In: *Probiotics and Mental Health,* C.R. Martin and D. Larkin, editors, pp 29-41, CRC Press, Boca Raton, FL, 2018.

142.  Barrett, K.E.: New frontiers in gastrointestinal physiology and pathophysiology. *J. Physiol.* 596 (17): 3859-3860, 2018.

143.  Barrett, K.E.: Meeting notes: Epithelia and membrane transport symposium. *Physiology News*, 114: 21, 2019.

144.  Barrett, K.E.: Towards gender equality in scientific careers: Are we there yet? ...  *Physiology News*, 115: 46-47, 2019.

145.  Barrett, K.E.: A new target to treat diarrhea in cholera? *Journal of Infectious Diseases*, 220: 1711-1712, 2019.

146.  Forsythe, I.D., S.L. Howells and K.E. Barrett: Reproducibility and Data Presentation. *J. Physiol.,* 597 (22): 5313, 2019.

147.  Dulai, P.S., S. Singh, N.V. Casteele, B.S. Boland, J. Rivera-Nieves, P. B. Ernst, L. Eckmann, K.E. Barrett, J.T. Chang and W.J. Sandborn: Should We Divide Crohn's Disease Into Ileum-Dominant and Isolated Colonic Diseases? *Clin. Gastroenterol. Hepatol.,* 10.1016/j.cgh.2019.04.040,  in press.

29

LINZ_0173266

C. Books edited or co-edited

1.  *Neuro-immuno-physiology of the Gastrointestinal Mucosa: Implications for Inflammatory Diseases,* R.H. Stead, M.H. Perdue, H. Cooke, D.W. Powell and K.E. Barrett, Editors, New York Academy of Sciences, New York, 1992.
2.  *Gastrointestinal Transport: Molecular Physiology* (Vol. 50 from the series Current Topics in Membranes), K.E. Barrett and M. Donowitz, Editors, Academic Press, San Diego, 2001.
3.  *Encyclopedia of Gastroenterology,* L.R. Johnson, Editor-in-Chief. D.H. Alpers, K.E. Barrett, J.M. Carethers, M. Feldman, G.J. Gores, R.J. Grand, M.F. Kagnoff, R.A. Liddle, S. Lu, J.L. Madara, C.M. Mansbach, A.R. Margulis, J.A. Williams, J.W. Wilmore, and J.D. Wood, Associate Editors, Academic Press, San Diego, 2004.
4.  *Physiology of the Gastrointestinal Tract,* 4th Edition, L.R. Johnson, Editor-in-Chief. K.E. Barrett, F.K. Ghishan, J.L. Merchant, H.M. Said, and J.D. Wood, Associate Editors, Academic Press, San Diego, 2006.

D. Books written

1.  Barrett, K.E.: *Gastrointestinal Physiology,* McGraw-Hill, New York, 2006 (also published as *Fisiologia Gastrointestinal,* McGraw- Hill Interamericana Editores, S.A., de C.V., Mexico, D.F., 2007).
2.  Barrett, K.E., S. Boitano, H. Brooks and S. Barman: *Ganong's Review of Medical Physiology,* 23rd Edition, McGraw Hill, Illinois, 2010 (also published as *Fisiologia médica,* McGraw- Hill Interamericana Editores, S.A., de C.V., Mexico, D.F., 2010; *Ganong's Medical Physiology,* McGraw-Hill, Japan, 2010; *Fisiologica Medica di Ganong,* Piccin Nuova Libraria, S.p.A., Padova, Italy, 2011; *Tibbi Fizyolojisi,* Nobel Tip Kitabevleri Ltd. Sti., Istanbul, Turkey, 2011 and *Physiologie medical,* Groupe De Boeck,s.a., Bruxelles, Belgique, 2012).
3.  Barrett, K.E., S. Boitano. H. Brooks and S. Barman: *Ganong's Review of Medical Physiology,* 24th Edition, McGraw Hill, Illinois, 2012. (Also published as *Ganong's Review of Medical Physiology* (in Japanese), Maruzen Publishing Co., Tokyo, Japan, 2014; *Fisiologia Medica de Ganong,* AMGH Editora, Porto Alegre, Brazil, 2014; and *Fisiologi Kedokteran,* Penerbit Buku Kedokteran EGC, Jakarta, Indonesia, 2012).
4.  Barrett, K.E., *Gastrointestinal Physiology,* 2nd Edition, McGraw-Hill, New York, 2014. (Also published as *Fisiologia Gastrintestinal,* AMGH Editora, Porto Alegre, Brazil, 2014).
5.  Barrett, K.E., S. Barman, S. Boitano and H. Brooks: *Ganong's Review of Medical Physiology,* 25th Edition, McGraw Hill, Illinois, 2016. (Also published as *Fisiologia medica di Ganong,* Piccin Nuova Libraria, Padua, Italy, 2017).
6.  Barrett, K.E., S. Barman, S. Boitano and J. Reckelhoff: *Ganong's Medical Physiology Examination and Board Review*, McGraw Hill, Illinois, 2018.
7.  Barrett, K.E., S. Barman, H. Brooks and J. Yuan: *Ganong's Review of Medical Physiology,* 26th Edition, McGraw Hill, Illinois, 2019.

LINZ_0173267

*Invited Speaking Engagements*

1.  The role of the mast cell in gastrointestinal disease. Department of Paediatric Gastroenterology, St. Bartholomew's Hospital, London, England, 1984.

2.  Studies of mast cell activation and inhibition. Department of Chemistry, Catholic University of America, Washington, D.C., 1985.

3.  Studies of mast cell heterogeneity. Ciba-Geigy Pharmaceuticals, Basel, Switzerland, 1985.

4.  Studies of mast cell heterogeneity. Department of Respiratory Medicine, St. Bartholomew's Hospital, London, England, 1985.

5.  Invited discussant, Conference on Mucosal Immunity and Infection at Mucosal Surfaces, Rocky Mountain Laboratory, Hamilton, Montana, 1985.

6.  The effects of aspartame on mast cells and basophils. International Life Sciences Institute, Washington, D.C., 1985.

7.  Interactions between mast cells and epithelial cells. Faculty of Medicine, University of Southampton, England, 1986.

8.  Mucosal mast cells and epithelial cells - possible interactions. The Cardiothoracic Institute, London, England, 1986.

9.  Control of intestinal secretion by mast cells and their products. Aspen Allergy Conference, 1987. (Travel Grant recipient).

10. Control of chloride secretion by adenosine, an unusual intestinal secretagogue. Intestinal Diseases Research Unit, McMaster University, Hamilton, Canada, 1988.

11. Moderator, Luncheon Seminar on "Histamine Release Studies". Annual Meeting of the American Academy of Allergy and Immunology, Anaheim, California, 1988.

12. Moderator, Breakfast Seminar on "Histamine Release Studies". Annual Meeting of the American Academy of Allergy & Immunology, San Antonio, Texas, 1989.

13. Interaction of mast cells and their mediators with the intestinal epithelium. Division of Gastroenterology, Johns Hopkins University School of Medicine, Baltimore, Maryland, 1989.

14. Epithelial chloride secretion induced by adenosine: a novel secretagogue. Smith Kline and French Research Institute, Welwyn Garden City, England, 1989.

15. Studying science at university. Cardinal Newman School, Hove, England, 1989.

16. Moderator, Breakfast Seminar on "Histamine Release Studies". Annual Meeting of the American Academy of Allergy and Immunology, Baltimore, Maryland, 1990.

17. Immunologic control of epithelial function. National Institute of Allergy and Infectious Diseases, Bethesda, Maryland, 1990.

18. Dual effects of photoactivation on mast cell function. Clinical Pharmacology Group, University of Southampton, England, 1990.

19. Interaction of mast cells and their mediators with the intestinal epithelium. Department of Physiology, Ohio State University, Columbus, Ohio, 1990.

20. Studies of vectorial electrolyte transport using cultured epithelial cells. Seminar on Epithelial Cell Culture on Permeable Supports, Annual Meeting of the American Society for Cell Biology, San Diego, California, 1990.

21. Moderator, Breakfast Seminar on "Pharmacologic Modulation of Mast Cells". Annual Meeting of the American Academy of Allergy and Immunology, San Francisco, California, 1991.

22. Effect of mast cells on epithelial ion transport. Invited speaker, workshop on "The Respiratory Membrane: Importance of the Airway Epithelium to Allergic Disease". Annual Meeting of the American Academy of Allergy and Immunology, San Francisco, California, 1991.

31

LINZ_0173268

23. Invited discussant on "Inflammation-induced intestinal secretion" at FASEB Summer Conference on "Gastrointestinal Tract IV: Development and Repair - Cellular and Molecular Aspects", Copper Mountain, Colorado, 1991.

24. Acute and chronic control of colonic chloride secretion by inflammatory mediators. Bristol Myers-Squibb/Mead Johnson 11th Annual Nutrition Research Symposium on "Immunophysiology of the Gut", Harvard Medical School, Boston, Massachusetts, 1991.

25. Stimulatory and inhibitory pathways for control of epithelial chloride secretion. Department of Medicine, University of Manchester, England, 1991.

26. Mast cells and IBD: regulation of diarrhoea and inflammation. Glaxo Group Research, Ware, England, 1991.

27. Effect of histamine and other mast cell mediators on $T_{84}$ cells. Symposium on "Neuro-immuno-physiology of Gastrointestinal Mucosa: Implications for Inflammatory Diseases", Tucson, Arizona, 1992.

28. Moderator, Luncheon Seminar on "Pharmacological Modulation of Mast Cells". Annual Meeting of the American Academy of Allergy and Immunology, Orlando, Florida, 1992.

29. Pharmacological modulation of the allergic inflammatory reaction. European-American Symposium on "Aspects of Allergic Inflammation and Therapeutic Strategies", Heidelberg, Germany, 1992.

30. Positive and negative control of epithelial chloride secretion. Department of Physiology and Cell Biology, University of Texas Medical School, Houston, Texas, 1992.

31. Positive and negative regulation of epithelial chloride secretion. Cardiovascular Research Institute, University of California, San Francisco, San Francisco, California, 1992.

32. Immunopathophysiology of inflammatory bowel disease - role of inflammatory cell types. Falk Symposium No.67 "Inflammatory Bowel Diseases. Pathophysiology as Basis of Treatment", Regensburg, Germany, 1992.

33. Role of mast cells in inflammatory bowel disease: insights from animal models and cell culture studies. Department of Internal Medicine, Albert-Ludwigs University, Freiburg, Germany, 1992.

34. Effect of bile acids on inflammatory cells: role in intestinal inflammation and secretion. Symposium on "Bile Acids: 1993 and the Future", Palm Desert, California, 1993.

35. Moderator, Breakfast Seminar on "Pharmacological Modulation of Mast Cells". Annual Meeting of the American Academy of Allergy and Immunology, Chicago, Illinois, 1993.

36. Positive and negative regulation of chloride secretion by $T_{84}$ epithelial cells. Department of Physiology, University of Wisconsin, Madison, Wisconsin, 1993.

37. Visiting Professor, Division of Gastroenterology, University of Southern California and Center for Ulcer Research and Education, UCLA, Los Angeles, 1993.

38. Immune-related intestinal secretion: control of intestinal secretion by inflammatory mediators. German Intestinal Transport Group, Frankfurt, Germany, 1993.

39. Cell lines in the study of intestinal absorption and secretion. Annual Meeting of the German Society for Gastroenterology and Nutrition, Frankfurt, Germany, 1993.

40. Visiting Professor, Department of Physiology and Section of Digestive and Liver Diseases, University of Illinois at Chicago, 1993.

41. Cytokine interactions with epithelium. Falk Symposium on "Basic Research and Clinical Implications in IBD", Victoria, B.C., Canada, 1994.

42. Science Lecture Series, Samuel F.B. Morse High School, San Diego, 1994.

43. Role of mast cells in intestinal diseases. Tanabe Research Laboratories, San Diego, 1994.

44. Regulatory mechanisms for calcium-dependent chloride secretion. Department of Physiology and Biophysics, University of Alabama at Birmingham, 1994.

45. Visiting Professor, Section of Gastroenterology, University of Chicago, Chicago, Illinois, 1994.

32

LINZ_0173269

46. Mast cell-epithelial interactions and their implications for disease states. University of Southampton, Southampton, UK, 1994.

47. Biology of secretion. Mini-course on Intestinal Epithelial Cell Biology, World Congress of Gastroenterology, Los Angeles, CA, 1994.

48. Visiting Professor, Division of Gastroenterology, Department of Internal Medicine and Department of Physiology, University of Michigan, Ann Arbor, Michigan, 1994.

49. Presentation as Recipient of Young Investigator Award, GRG Fall Symposium, Chicago, Illinois, 1994.

50. Science Lecture Series, Samuel F.B. Morse High School, San Diego, 1995.

51. Mast cells, basophils, mediators. Conjoint Committee of the ACAI and the AAAAI Literature Review Course for the ABAI Certification Exam, Chicago, Illinois, 1995.

52. Chloride secretion: negative regulation and second messenger cross-talk. Research Symposium on "Signal Transduction Mechanisms in Epithelial Transport" (K.E. Barrett, Organizer and Chair), Annual Meeting of the American Gastroenterological Association, San Diego, 1995.

53. Novel signals that terminate epithelial chloride secretion - role of lipid metabolites. Intestinal Diseases Research Program, McMaster University, Hamilton, Canada, 1995.

54. Mast cells in mucosal injury. FASEB Summer Conference on "The Cellular and Molecular Basis of Gastroduodenal Mucosal Defense", Saxton's River, Vermont, 1995.

55. Secretion as target of immune system regulation: Cl- and bicarbonate secretion. International Symposium on "Gastrointestinal Transport and Barrier Function in Health and Disease", Berlin, Germany, 1995.

56. Integrated regulation of epithelial chloride secretion: negative signals and cross-talk; Mast cell-epithelial interactions: role in GI disease. Department of Integrative Biology, University of Texas Medical School, Houston, Texas, 1995.

57. Regulation of epithelial chloride transport. Biomedical Sciences Seminar Series, University of California at Riverside, 1996.

58. Epithelial chloride secretion: novel signaling pathways. Division of Gastroenterology, Duke University, 1996.

59. Intra- and intercellular regulation of intestinal epithelial transport. Henry Pickering Bowditch Lectureship of the American Physiological Society, 1996.

60. Immune regulation of intestinal electrolyte transport. State-of-the-Art Lecture, Annual Meeting of the American Gastroenterological Association, San Francisco, 1996.

61. Invited speaker and participant, workshop on New Directions in Food Allergy Research, National Institutes of Health, 1996.

62. Positive and negative regulation of epithelial chloride secretion: novel mechanisms and messengers. Elizabeth Dunaway-Burnham Lecturer, Department of Physiology, Dartmouth University, 1996.

63. Integrated regulation of epithelial chloride secretion: novel pathways and messengers. Liver Disease Center, University of Southern California School of Medicine, 1996.

64. Intra- and intercellular regulation of intestinal transport. Institute of Clinical Sciences, The Queen's University of Belfast, Northern Ireland, 1996.

65. Integrated regulation of epithelial chloride secretion: novel pathways and messengers. Department of Pharmacology, University College Dublin, Ireland, 1996.

66. Visiting Professor, Departments of Physiology and Medicine, The University of Texas Medical Branch at Galveston, Galveston, TX, 1996.

67. Integrated regulation of epithelial chloride secretion: novel roles of lipid-derived second messengers. Emory University School of Medicine, Atlanta, Georgia, 1996.

68. Integrated regulation of colonic epithelial chloride transport. Northwestern University Medical School, Division of Gastroenterology, Chicago, Illinois, 1997.

33

LINZ_0173270

69. Immunophysiology: role of mast cells in intestinal damage and inflammation.  Northwestern University Medical School, Department of Immunology, Chicago, Illinois, 1997.

70. Novel mechanisms that regulate intestinal chloride secretion.  Medical University of South Carolina, Charleston, South Carolina, 1997.

71. Integrated regulation of epithelial chloride secretion: novel messengers and pathways.  Annual Scientific Review Committee Lecture, Center for Gastrointestinal Biology and Disease, University of North Carolina, Chapel Hill, North Carolina, 1997.

72. Moderator, Breakfast Seminar on "Immune regulation of intestinal function: Role in food allergy and other intestinal diseases".  AAAAI/AAI/CIS Joint Meeting, San Francisco, CA, 1997.

73. Effector cells in allergic inflammation, MOA/CIS Symposium Moderator/Speaker, AAAAI/AAI/CIS Joint Meeting,  San Francisco, CA, 1997.

74. Mast cells, basophils, mediators.  Conjoint Committee of the ACAI and AAAAI Literature Review Course for the ABAI Certification Exam, Chicago, IL,1997.

75. Integrated regulation of epithelial chloride secretion: novel pathways and messengers.  Digestive Diseases and Nutrition Section, Department of Medicine, University of Oklahoma, Oklahoma City, OK, 1997.

76. Signaling events that regulate epithelial Cl⁻ secretion: novel pathways and messengers.  Department of Physiology & Biophysics, University of Alabama at Birmingham, Birmingham, AL, 1997.

77. "Meet the Investigator" lunch: Role of mast cells in gastrointestinal disease, Annual Meeting of the American Gastroenterological Association, Washington, D.C., 1997.

78. Mechanism of flavopiridol gastrointestinal toxicity.  National Cancer Institute, Division of Cancer Treatment, Diagnosis and Centers, Bethesda, MD, 1997.

79. Regulation of intestinal chloride secretion: novel pathways and messengers.  Medical College of Georgia, Department of Biochemistry and Molecular Biology, Augusta, GA, 1997.

80. Regulation of intestinal chloride secretion: novel pathways and messengers.  Pathology Grand Rounds, Long Beach VA Medical Center, Long Beach, CA, 1997.

81. Invited speaker, "Intracellular mechanisms for increasing and decreasing chloride secretion", FASEB Summer Conference on "Gastrointestinal Tract VII: Development, Differentiation, and Adaptation", Copper Mountain, CO, 1997.

82. Sorting out signalling in the gastrointestinal epithelium.  University of Texas Medical Branch at Galveston, Galveston, TX, 1997.

83. Cystic fibrosis and secretory diarrhea: two sides of the same coin.  Medical Grand Rounds, University of California, San Diego, CA, 1997.

84. Sorting out signaling in the intestinal epithelium. University of Illinois at Chicago, Chicago, IL, 1997.

85. Integrated regulation of chloride secretion in the intestinal epithelium.  Center for Ulcer Research and Education, UCLA, Los Angeles, CA, 1997.

86. Invited speaker, "Mast cells and duodenal $HCO_3$ secretion in *H. pylori* infection" at symposium on "*Helicobacter pylori:* Basic mechanisms to clinical cure 1998", San Diego, CA, 1998.

87. Novel intracellular pathways for control of chloride secretion.  Harvard Digestive Disease Center, Harvard Medical School, Boston, MA, 1998.

88. Mast cells, basophils, mediators.  Immunology course, Annual Meeting of the American Academy of Allergy, Asthma and Immunology, Washington, D.C., 1998.

89. "Meet the Investigator" lunch: Signal transduction mechanisms in epithelial transport function, Annual Meeting of the American Gastroenterological Association, New Orleans, LA, 1998.

90. Invited speaker, "Use of mast cell-deficient animals in studies of vascular physiology", FASEB Summer Conference on "Physiology and Pathophysiology of the Splanchnic Circulation", Wilsonville, OR, 1998.

34

LINZ_0173271

91. Regulation of chloride secretion: Erb's, ERK's and EGF. University of Cincinnati Medical Center, 1998.

92. Cystic fibrosis and secretory diarrhea - two sides of the same coin. Medical Grand Rounds, The Ohio State University, 1998.

93. Regulation of chloride secretion: Erb's ERK's and EGF. Case Western Reserve University, Cleveland, OH, 1998.

94. Signalling in secretory epithelia: implications for cystic fibrosis and other disorders of membrane transport. Faculty Distinguished Lecturer, University of California, San Diego, La Jolla, CA, 1999.

95. Intracellular regulation of chloride secretion: new pathways and messengers. International Symposium on "Epithelial transport and barrier function: pathomechanisms in gastrointestinal disorders". Berlin, Germany, 1999.

96. Visiting Professor, St. Louis University, Division of Gastroenterology, St. Louis, MO, 1999.

97. Panel discussant at ASPET session, "The organization and implementation of a society (APS)-sponsored mentoring program; successes and failures", Experimental Biology '99, Washington, D.C., 1999.

98. Annual Scientific Review Committee Lecture, Center for Gastrointestinal Biology And Disease, University of North Carolina, Chapel Hill, NC, 1999.

99. Keynote Speaker, "Surviving and thriving in academic medicine", Women in Biosciences IV Conference, Association of Women in Science, La Jolla, CA, 1999.

100. Panel discussant at American Thoracic Society, ATS Task Force on Women's Issues, San Diego, CA, 1999.

101. "Meet the Investigator" lunch: Signal transduction mechanisms in epithelial transport function, Annual Meeting of the American Gastroenterological Association, Orlando, FL, 1999.

102. The EGF receptor: a signaling crossroads in the control of intestinal epithelial function. Department of Paediatric Gastroenterology, St. Bartholomew's and the Royal London School of Medicine and Dentistry, London, UK, 1999.

103. Non-mitogenic actions of growth factors. Falk Symposium No. 113 "Cytokines and Cell Homeostasis in the Gastrointestinal Tract", Regensburg, Germany, 1999.

104. Keynote speaker, "Mast cells, nerves and epithelial cells: networks for control of secretory function and implications for allergic and peptic ulcer diseases", Ulster Immunology Group, Belfast, Northern Ireland, UK, 1999.

105. Novel signal transduction pathways that limit epithelial chloride secretion: possible roles in cystic fibrosis and other "ion transport diseases", Uppsala University, Sweden, 1999.

106. Visiting Professor, Queen's University of Belfast, Belfast, Northern Ireland, UK, 1999.

107. Novel signal transduction pathways that limit epithelial chloride secretion: possible roles in cystic fibrosis and other "ion transport diseases", Department of Medicine, Cork University, Cork, Ireland. 1999.

108. Distinguished Visiting Professor, Division of Gastroenterology, University of California, San Francisco, 2000.

109. Visiting Professor, Department of Pathology, Wayne State University, Detroit, MI, 2000.

110. Featured Topic presenter, "Phosphoinositide signaling in the control of chloride secretion", Experimental Biology 2000, San Diego, CA, 2000.

111. "Meet the Investigator" lunch: Signal transduction mechanisms in epithelial transport function, Annual Meeting of American Gastroenterological Association, San Diego, CA, 2000.

112. NIH and Foundation Grants. AGA Council Sponsored Symposium on "Funding opportunities in GI Research". Annual Meeting of American Gastroenterological Association, San Diego, CA, 2000.

LINZ_0173272

113. Invited speaker, "New insights into pathogenesis of intestinal dysfunction: secretory diarrhea and cystic fibrosis", Plenary Session, Second World Congress of Digestology, Beijing, China, 2000.

114. Novel signaling events in intestinal epithelial cells: possible roles in diarrheal disease and response to injury, Cedars-Sinai Medical Center, Los Angeles, CA, 2000.

115. Visiting Professor, Division of Gastroenterology, Washington University School of Medicine, St. Louis, MO, 2000.

116. Panel Discussant, First Annual Conference on Education and Career Opportunities in the Biomedical Sciences, California State University Dominguez Hills, CA, 2001.

117. Novel signaling events in the intestinal epithelium that regulate transport function, Center for Perinatal Biology, Loma Linda University School of Medicine, Loma Linda, CA, 2001.

118. Invited speaker, "Signaling events that regulate epithelial chloride transport: significance in intestinal inflammation and other digestive disorders", Canadian Association of Gastroenterology Digestive Disease Week, Banff, Alberta, Canada, 2001.

119. Symposium organizer and moderator "How to get published in ASPET and APS Journals", Experimental Biology, Orlando, FL, 2001.

120. Cellular and molecular basis of infectious diarrhea, University of Wisconsin Medical School, Madison, Wisconsin, 2001.

121. Novel signaling mechanisms that regulate intestinal ion transport, Medical College of Virginia, Richmond, VA, 2001.

122. Invited panelist, "How to be a (good) boss", Women in Biosciences V Conference, Association for Women in Science, La Jolla, CA 2001.

123. Keynote speaker, "Cellular consequences of host-pathogen interactions: role of INOS and COX-2", NOCOBRe First Year Review, University of Wyoming, Laramie, WY, 2001.

124. Invited speaker, "Signaling crosstalk and divergence: significance for chloride secretion in health and disease", FASEB Summer Conference on "Gastrointestinal Tract IX: Mechanisms of Disease and Protection", Whitefish, MT, 2001.

125. Pathogens and probiotics: effects of intestinal infection on epithelial function. Department of Surgery, University of Texas Medical Branch, Galveston, TX, 2001.

126. Invited speaker, "EGF receptor-dependent signaling in epithelial function", Gastrointestinal Response to Injury: Canada 2001, Montebello, Quebec, Canada, 2001.

127. Novel mechanisms of signal transduction-control of epithelial function in health and disease. Biomedical Research Program, MBRS RISE/MARC U*STAR, California State University at Dominguez Hills, Carson, CA, 2001.

128. Invited speaker, "Keys to preparing your CV". 14th Annual North American Society for Pediatric Gastroenterology, Hepatology and Nutrition (NASPGHAN) Meeting, Orlando, FL, 2001.

129. Role of the EGF receptor in normal and abnormal regulation of intestinal epithelial function. Department of Physiology, University of Kentucky, Lexington, KY, 2002.

130. Invited speaker, "Cellular and molecular basis of diarrhea caused by invasive pathogens", Kananaskis Inflammation Workshop, University of Calgary, Alberta, Canada, 2002.

131. Role of EGF receptor-dependent signaling pathways in the regulation of epithelial chloride transport. Department of Physiology, Tufts University, Boston, MA, 2002.

132. Invited speaker, "How does inflammation lead to diarrhea?", World Congress of Gastroenterology, Bangkok, Thailand, 2002.

133. Featured Topic presenter: "Insights into epithelial transport physiology gleaned from interactions with intestinal pathogens", Experimental Biology 2002, New Orleans, LA, 2002.

134. Invited speaker, "Regulation of epithelial transport function by growth factors and their receptors", Joint meeting of The Physiological Society and the Italian Physiological Society, University of Liverpool, Liverpool, UK, 2002.

LINZ_0173273

135.   Invited speaker, "New insights into secretory diarrhoeal diseases and cystic fibrosis", International Clinical Congress of Gastroenterology, Gstaad, Switzerland, 2002.

136.   Invited speaker, "Regulation and dysregulation of epithelial function by good and bad bacteria", European Intestinal Transport Group Meeting, Amsterdam, Holland, 2002.

137.   Invited speaker, "Bacterial-epithelial interactions", 12th Annual Workshop, Center for the Study of Inflammatory Bowel Disease, Boston, MA, 2002.

138.   Pivotal role of ErbB receptors and their ligands in physiological functions of the intestinal epithelium, University of Southern California, Los Angeles, CA, 2002.

139.   Visiting Professor, "Role of ErbB receptors and their ligands in regulating functions of the intestinal epithelium," Division of Digestive Diseases, University of Illinois at Chicago, 2003.

140.   Invited speaker, "Epithelial dysfunction in colitis and modulation by the colonic flora." Banff Inflammation Workshop 2003, University of Calgary, Alberta, Canada, 2003.

141.   Invited speaker, "The scientific paper." Workshop on Fellow-to-Faculty Transition Skills, Annual Meeting of the Canadian Association of Gastroenterology, Banff, Alberta, Canada, 2003.

142.   McKenna Memorial Lecturer, "How can we battle the worldwide scourge of diarrhea?" Annual Meeting of the Canadian Association of Gastroenterology, Banff, Alberta, Canada, 2003.

143.   Invited speaker, "Epithelial transport and barrier function in colitis: role of bacterial interactions," Third Annual Workshop on Immunogenetic Mechanisms of Intestinal Inflammation, University of Virginia, Charlottesville, VA, 2003.

144.   Normal and abnormal regulation of electrolyte transport across the intestinal epithelium, Department of Physiology, University of North Carolina at Chapel Hill, NC, 2003.

145.   Visiting Professor, The University of Chicago Committee on Cell Physiology, Chicago, IL, 2003.

146.   Invited speaker, "The oral presentation," APS/ASPET Symposium, Experimental Biology, San Diego, CA, 2003.

147.   Novel mechanisms for regulation of epithelial secretory function: role of growth factors and their receptors. Department of Molecular and Cellular Physiology, College of Medicine, University of Cincinnati, Cincinnati, OH, 2003.

148.   Invited speaker, "Crosstalk between the intestinal epithelium and its microflora; implications for gut function and host defense," British Society for Allergy and Clinical Immunology, University of Nottingham, UK, 2003.

149.   Battles of inner space: how intestinal pathogens survive and thrive via interactions with the epithelium, Institute of Clinical Science, The Queen's University of Belfast, Northern Ireland, UK, 2003.

150.   Invited speaker, "Gender equity studies at the University of California, San Diego," Gender Initiative Office, The Queen's University of Belfast, Northern Ireland, UK, 2003.

151.   Normal and abnormal regulation of intestinal chloride transport: Modulation by friends and foes, Department of Physiology, College of Medicine, University of Arizona, 2003.

152.   Invited speaker, "Manuscript preparation, writing and submission." AGA Academic Skills Workshop, Washington, D.C., 2004.

153.   Invited speaker, "The best of intestinal transport," Annual Meeting of the American Gastroenterological Association, New Orleans, LA, 2004.

154.   Invited speaker, "Interactions of pathogens and probiotics with the intestinal epithelium-mechanisms and consequences," Wageningen Centre for Food Sciences, Wageningen, The Netherlands, 2004.

155.   Invited speaker, "The intestinal epithelial barrier," Gastrointestinal Response to Injury: Canada 2004, Montebello, Quebec, Canada, 2004.

156.   Invited speaker, "Intestinal inflammation and intestinal barrier function: insights into IBD pathogenesis from a mouse model," and "Modulation of intestinal epithelial function by friends

37

LINZ_0173274

and foes: insights into infectious diarrhea and the effects of probiotics." University of Medicine and Dentistry of New Jersey, New Brunswick, New Jersey, 2004.

157. Invited speaker, "Battles of innerspace: the good, the bad and the "bugly," Burnham Science Lecture Series, La Jolla High School, La Jolla, CA, 2004.

158. Invited speaker, "Signaling diversification at the EGFr crossroads- role in epithelial regulation." Department of Pharmacology Seminar Series, School of Medicine, University of California, San Diego, La Jolla, CA, 2005.

159. Invited speaker, "Gender differences in a mouse model of ulcerative colitis - role of estrogen beta receptors." Banff Inflammation Workshop 2005, University of Calgary, Alberta, Canada, 2005.

160. "Gender differences in a model of ulcerative colitis: role of bugs and barriers." Internal Medicine Grand Rounds, Mayo Clinic, Rochester, MN, 2005.

161. Plenary session speaker, "Careers in academic medicine - from tracts to promotions." Academic Skills Workshop, Phoenix, AZ, 2005.

162. Invited speaker, "Signals that regulate anion secretion: are there differences between chloride and bicarbonate?" 10th International Proton Transport Conference, Proton Transport: Cell and Developmental Physiology and Disease. San Diego, CA, 2005.

163. Invited speaker, "The Best of Intestinal Transport," Annual meeting of the American Gastroenterological Association, Chicago, IL, 2005.

164. Panelist, "Trekking the tenure track," Women in Biosciences Conference, La Jolla, CA, 2005.

165. Pivotal role of the epidermal growth factor receptor in controlling transport function in intestinal epithelial cell. University of Arizona, Tucson, AZ, 2005.

166. Bugs, Barriers and Colitis- Do Women have the Edge? Center for Gastrointestinal Biology and Disease, University of North Carolina at Chapel Hill, NC, 2005.

167. Transport and barrier defects in a murine model of colitis, University of California, Riverside, Riverside, CA, 2005.

168. Invited Speaker, "Challenges to the study of *Salmonella* enteritis and typhoid fever," NIAID Workshop on Humanized Mice, Bethesda, MD, 2005.

169. Invited speaker, "Modulation of GI transport by pathogens and probiotics," FASEB Summer Conference on "Gastrointestinal Tract XI: Innovations in GI Research and Therapy, " Snowmass, CO, 2005.

170. Distinguished Invited Speaker, "Signals that regulate transport function of the intestinal epithelium- relevance for health and disease." University of Southern California School of Pharmacy, Department of Pharmaceutical Sciences, Los Angeles, CA, 2005.

171. Invited speaker, KIDDER Seminar, "The EGF receptor: a signaling crossroads in control of intestinal transport function. University of Cincinnati College of Medicine, Cincinnati, OH, 2005.

172. Invited speaker, Research Careers Class, "Life on the dark side: a career at the basic/clinical interface." University of Cincinnati College of Medicine, Cincinnati, OH, 2005.

173. Invited speaker, Atlantic Digestive Diseases Centers Conference, "Mechanisms of probiotic action in intestinal inflammation and infections." Wintergreen, VA, 2006.

174. Plenary session speaker, "Writing a Manuscript-Methods and Results." APS Professional Skills Course: Writing and Reviewing for Journals, Orlando, FL, 2006

175. The EGF receptor: a signaling crossroads in the regulation of epithelial ion transport, College of Biological Sciences, University of California at Davis, Davis, CA, 2006.

176. Invited speaker, "Careers in academic medicine-from tracks to promotions." Academic Skills Workshop, Los Angeles, CA, 2006.

177. Invited speaker, "The gastrointestinal system." La Jolla High School, La Jolla, CA, 2006.

38

LINZ_0173275

178.   Horace W. Davenport Distinguished Lecturer, Gastrointestinal and Liver Section, American Physiological Society, "Friends and foes: The physiology of gut epithelial interactions with luminal bacteria." Experimental Biology Meeting, San Francisco, CA, 2006.

179.   Invited speaker, "Publishing 101: Dos and Don'ts of Publishing in APS Journals", APS Publications Symposium, Experimental Biology Meeting, San Francisco, CA, 2006.

180.   Plenary session speaker, "Writing and reviewing for scientific journals." APS Professional Skills Training Workshop, Englewood, CO, 2006.

181.   Invited speaker, "Opportunities for Professional Development in Clinical Gastroenterology," Annual meeting of the American Gastroenterological Association, Los Angeles, CA, 2006.

182.   Modulation of epithelial function by probiotic bacteria: rationale for effectiveness in intestinal disease. Veteran's Administration, Long Beach, CA, 2006.

183.   Invited speaker, "The EGF receptor; a signaling nexus in regulation of epithelial chloride secretion," Johns Hopkins University School of Medicine, Baltimore, MD, 2006.

184.   Invited speaker, "Positioning yourself for a career in translational research," Research Careers Class, University of Cincinnati, School of Medicine, Cincinnati, OH, 2006.

185.   Invited speaker, "Finding the perfect post-doctoral position," and "Publishing 101: Dos and don'ts of scientific publishing," Annual Biomedical Research Conference for Minority Students, Anaheim, CA, 2006.

186.   Invited speaker, "The EGF receptor -- nexus for signaling information in intestinal epithelial cells," CURE, University of California, Los Angeles, CA, 2007.

187.   Invited speaker, "Careers in Academic Medicine." AGA Institute Academic Skills Workshop, Miami, FL, 2007.

188.   Invited speaker, "Discovering the Broad Opportunities in GI Research: Overview." First Annual AGA Institute Investing in the Future: Attracting MD/PhD students into Gastroenterology, Miami, FL, 2007.

189.   Invited speaker, "Effects on probiotics on gut function and response to illness." Annual meeting of the Canadian Digestive Disease Week, Banff, Alberta, Canada, 2007.

190.   Invited speaker, "Functional consequences of interactions of pathogens and probiotics with the intestinal epithelium." Bilateral Symposium between University of California, San Diego and National Yang-Ming University, Taiwan, 2007.

191.   Royal College of Surgeons in Ireland and the Charitable Infirmary Charitable Trust Prize Lecturer in Molecular Medicine, "The intestinal epithelium as inner frontier: liabilities and benefits of our intimate life with a microbial ecosystem." Dublin, Ireland, 2007.

192.   Invited speaker, Refresher Course in GI Physiology, The American Physiological Society, "New ways of thinking about (and teaching about) intestinal epithelial function," Experimental Biology Meeting, Washington, D.C., 2007.

193.   Invited speaker, "Publishing 101: Dos and don'ts of publishing in APS Journals." Experimental Biology Meeting, Washington, D.C., 2007.

194.   Invited speaker, "Does infectious diarrhea lead to chronic GI disorders?" Pediatric Academic Societies' Annual Meeting, Toronto, Canada, 2007.

195.   Invited speaker, "Getting published: the don'ts that new investigators need to know," Annual meeting of the American Gastroenterological Association, Washington, D.C., 2007.

196.   Invited speaker, "Getting started, getting finished, getting your first paper published." M.D. / Ph.D. Workshop, Keystone, CO, 2007.

197.   Invited Speaker, "Determinants of EGF receptor signaling specificity in the control of intestinal ion transport." PPG Research Conference, University of Illinois at Chicago, 2007.

198.   Invited speaker, "The inner frontier: positive and negative outcomes of interactions of the intestinal epithelium with enteric bacteria." Medical College of Wisconsin, Milwaukee, WI, 2007.

LINZ_0173276

199.   Invited speaker, "Open Access- implications for dissertation publishing," Council of Graduate Schools, Seattle, WA, 2007.

200.   Plenary session speaker, "Writing methods and results sections," and "Authorship," Professional Skills Workshop, The American Physiological Society, Lake Buena Vista, FL, 2008.

201.   Invited speaker, "Discovering the broad opportunities in GI research," Investing in the Future Workshop, American Gastroenterological Association, San Antonio, TX, 2008.

202.   Invited speaker, "Why and how women can excel in biomedical careers," and "Insights into the mechanism of action of probiotics in intestinal infections and inflammation," University of Alberta, Edmonton, Alberta, Canada, 2008.

203.   Invited speaker, "Publishing 101: the Dos and Don'ts of biomedical publishing," Department of Pediatrics, Rady Children's Health Center, San Diego, CA, 2008.

204.   Invited speaker, "Publishing 101: the Dos and Don'ts of biomedical publishing," The University of Nebraska, Omaha, NE, 2008.

205.   Invited speaker, "Navigating negotiations," Experimental Biology Meeting, San Diego, CA, 2008.

206.   Invited speaker, "The EGF receptor: a signaling crossroads that controls the function of intestinal epithelial cells," The University of Tennessee, Memphis, TN, 2008.

207.   Invited speaker, "Modulation of intestinal barrier properties by probiotics- role in reversing colitis," Molecular structure and function of tight junction-from basic mechanisms to clinical manifestations International Congress, Berlin, Germany, 2008.

208.   Invited speaker, "Decoding epithelial signals-critical role for the EGF receptor in controlling transport in the intestine," Frontiers in Physiology Symposium, Copenhagen, Denmark, 2008.

209.   Invited speaker, "Mechanisms of action of probiotics- possible application to the hygiene hypothesis?" Vical, Inc., San Diego, CA, 2008.

210.   Invited speaker, "Getting your work published; telling a compelling story," Joint Conference on Physiological Sciences, Beijing, China, 2008.

211.   Invited speaker, "Decoding the signals that regulate intestinal transport: critical role of the EGF receptor," Department of Cell Physiology and Molecular Biophysics and "Manuscript writing and the review process," Graduate Student Association, Texas Tech University School of Medicine, Lubbock, TX, 2008.

212.   Invited speaker, "The GI epithelium: peacekeeper between opposing forces, collaborator with friendly commensals," Microbial Interactions at Mucosal Surfaces Symposium, University of Michigan, Ann Arbor, MI, 2008.

213.   Plenary session speaker, "Writing methods and results sections," and "Who is the Author?" Professional Skills Workshop, American Physiological Society, Lake Buena Vista, FL, 2009.

214.   Invited speaker, "Discovering the broad opportunities in GI research," and "Getting your work published: the editorial process and review," Academic Skills Workshop: Investing in the Future, American Gastroenterological Association, Phoenix, AZ, 2009.

215.   Invited speaker, "Publishing 101: Do's and Dont's of publishing in APS Journals," Experimental Biology Meeting, New Orleans, LA, 2009.

216.   Invited speaker, "Advances in epithelial transport," Annual meeting of the American Gastroenterological Association, Chicago, IL, 2009.

217.   Invited speaker, "Barriers to gender equity in US biomedical science- the slow drip of the leaky pipeline," Gender Equity Symposium and "Publishing physiological research; integrity and misconduct," Ethics Symposium, IUPS 2009 Congress, Kyoto, Japan, 2009.

218.   Invited speaker, "Perspectives and the issues that confront us," Neuroimmunophysiology of the Gastrointestinal Tract, Banff, Alberta, Canada, 2009.

219.   Plenary session speaker, "Writing methods and results sections," and "Authorship" Professional Skills Workshop, American Physiological Society, Lake Buena Vista, FL, 2010.

40

LINZ_0173277

220. Keynote Speaker, Chancellor's Advisory Committee on the Status of Women Conference, 2010

221. Invited speaker, "Discovering the broad opportunities in GI research," and "Investing in the Future Workshop," Annual meeting of the American Gastroenterological Association, Houston, TX, 2010.

222. Invited speaker, "Finding the perfect post-doctoral position," 7th Annual Yale Bouchet Conference on Diversity in Graduate Education, New Haven, CT, 2010.

223. Invited speaker, "Friends and foes-how probiotic and commensal bacterial protect the intestine from pathogens and inflammation." Graduate Seminar, UC Merced, Merced, CA 2010.

224. Invited speaker, "Publishing 101: Do's and Don'ts of publishing in APS Journals," Experimental Biology Meeting, Anaheim, CA, 2010.

225. Plenary session speaker, "How to select a journal," TAC Symposium, Experimental Biology Meeting, Anaheim, CA 2010.

226. Invited speaker, "Role of the EGF receptor in regulating intestinal transport function in health and disease." University of Zürich, Switzerland, 2010.

227. Invited speaker, "Technical Science Writing for Peer-Reviewed Journals. SACNAS National Conference, Anaheim, CA, 2010.

228. Invited speaker, "Reporting of animal research- issues and pitfalls: An APS perspective," American Association for Laboratory Animal Science (AALAS) Conference, Atlanta, GA, 2010.

229. Invited speaker, "Regulation of intestinal transport function by the EGF receptor in health and disease." Emory University, Atlanta, GA, 2010.

230. Plenary session speaker, "Writing methods and results sections," and "Authorship" Professional Skills Workshop, American Physiological Society, Lake Buena Vista, FL, 2011.

231. Invited speaker, "Pathophysiology of bacterial infections with the intestinal epithelium- crosstalk with friends and foes." International Symposium on Frontiers in Biological Sciences, Cardiff University, Cardiff, Wales, UK, 2011.

232. Invited speaker, "Publishing 101: Do's and Don'ts of publishing in APS Journals," Experimental Biology Meeting, Washington, D.C., 2011.

233. Invited speaker, "Insights into the pathogenesis of *Salmonella* diarrhea." Farncombe Institute Symposium, Ontario, Canada, 2011.

234. Invited speaker, "Common pathways in pathogenesis: clues for potential pharmacologic targets," NIDDK Workshop on Translational Approaches for Pharmacotherapy Development for Acute Diarrhea, Bethesda, Maryland, 2011.

235. Invited speaker, "Modulation of epithelial barrier and transport functions by 'good' and 'bad' bacteria." Keystone Symposium: Malnutrition, Gut-Microbial Interactions and Musocal Immunity to Vaccines, New Delhi, India, 2011.

236. Invited instructor, "Writing and Reviewing for Scientific Journals." Professional Skills Training Live Workshop, American Physiological Society, Lake Buena Vista, FL, 2012.

237. Invited speaker, "The EGF receptor: a signaling crossroads in the control of intestinal epithelial function, The Sabin Research Institute, University of Southern California, 2012.

238. Invited speaker, "Pathophysiology of epithelial barrier and transport functions." 75th Anniversary of Albert Szent-Györgyi's Novel Prize Award Symposium, Szeged, Hungary, 2012.

239. Invited speaker, "Finding the perfect post-doctoral position." Yale Bouchet Conference on Diversity in Graduate Education, New Haven, CT, 2012.

240. Invited speaker, "Publishing 101: Ethical minefields I: plagiarism and data duplication." Experimental Biology Meeting, San Diego, CA, 2012.

241. Bodil Schmidt-Nielsen Award Lecture, "How to believe in others (and other musings on mentoring)." Experimental Biology Meeting, San Diego, CA, 2012.

41

242. Invited speaker, "Crimes and misdemeanors; adventures in the seedy underworld of publication ethics," Cell & Molecular Physiology Section Banquet, Experimental Biology Meeting, San Diego, CA, 2012.

243. Invited speaker, "The Process of beginning, then telling a story," AGA Institute Symposium: Publishing manuscripts: the path from ideas to publication, Annual Meeting of the American Gastroenterological Association, San Diego, CA, 2012.

244. Keynote speaker, UC Student Association Congress, UC San Diego, La Jolla, CA, 2012.

245. Invited speaker, "Getting your work published in the journals of the American Physiological Society and avoiding ethical problems along the way." XLVII Congresso Anual da SBFis, Gramado, Brazil, 2012.

246. Invited speaker, "Promoting success of underrepresented minority students in STEM Ph.D. programs at UC San Diego." DIMAC Session, Council of Graduate Schools Annual Meeting, Washington, D.C., 2012.

247. Plenary session speaker, "Writing methods and results sections," and "Choosing a journal and submitting your manuscript." Professional Skills Workshop, American Physiological Society, Lake Buena Vista, FL, 2013.

248. Invited speaker," Signals that regulate transport and barrier function in the intestinal epithelium," Physiology and Pathophysiology Symposium honoring Ole Petersen, Cardiff University, Cardiff, UK, 2013.

249. Invited speaker, "Tips for success in an academic career." NSERC-CREATE Host-Parasite Interactions Bootcamp, Kananaskis, Alberta, Canada, 2013.

250. Invited speaker, "A personal and societal journey through physiology." The 90th Annual Meeting of the Physiological Society of Japan, Tokyo, Japan, 2013.

251. Invited speaker, "Problems and strategies for engaging young people into science." V Symposium Covian, Ribeirão Preto, Brazil, 2013.

252. Invited speaker, "Pathogenesis of *Salmonella* diarrhea – insights from studies *in vitro* and *in vivo*." Center of Comparative Medicine and Translational Research seminar, North Carolina State University, Raleigh, NC, 2013.

253. Invited speaker, "Avoiding common mistakes and ethical issues in your submission." Publishing for Beginners symposium, International Union of Physiological Sciences (IUPS), Birmingham, England, UK, 2013.

254. Invited speaker, "Physiological consequences of interactions with 'good' and 'bad' bacteria in the gut." John J. Spitzer Lecture Series, Louisiana State University Health Sciences Center, New Orleans, LA, 2013.

255. Keynote speaker, "Physiological consequences of interactions with 'good' and 'bad' bacteria in the gut." Annual Meeting of the Arizona Physiological Society, Phoenix, AZ, 2013.

256. Keynote speaker. "Epithelial biology in the gastrointestinal system: insights into normal physiology and disease pathogens." Joint Themed Meeting in Epithelial & Membrane Transport and Vascular & Smooth Muscle Physiology, The Physiological Society, Dublin, Ireland, 2013.

257. Plenary session speaker, "Authorship," and "Data Fraud and Fabrication." Professional Skills Workshop, American Physiological Society, Lake Buena Vista, FL, 2014.

258. Invited speaker, "Transitioning your PhD expertise to a productive postdoc and beyond," Academic Skills Workshop and "How to help PhD students." MD/PhD Program, American Gastroenterological Association, Coronado, CA, 2014.

259. Invited speaker, "Modulation of intestinal epithelial function by "good" and "bad" bacteria: insights into the mechanisms of infectious diarrhea." University of Calgary, Alberta, Canada, 2014.

260. Commencement Speaker, Advanced Degrees in Interdisciplinary and Biomedical Sciences, University of Arizona, Tucson, AZ, 2014.

LINZ_0173279

261. Invited speaker, "Avoiding common mistakes and ethical issues in your submission." Physiology 2014 Conference, London, U.K., 2014.

262. Invited facilitator, "Hot topic session on dissertation embargoes." Council of Graduate Schools, Summer Workshop, Portland, OR, 2014.

263. Invited speaker, "Before you write" and "Who is the author?" American Physiological Society Writing Course, University of São Paulo, São Paulo, Brazil, 2014.

264. Invited speaker, "Publishing 101: How to get your physiology papers published and avoid ethical minefields along the way." 1st Pan American Congress of Physiological Sciences: Physiology without Borders, Iguassu Falls, Brazil, 2014.

265. Invited speaker, "Advocacy strategies: graduate education and the public good." Concurrent session on advocacy strategies, Council of Graduate Schools Annual Meeting, Washington, D.C., 2014.

266. Plenary session speaker, "Before you write" and "Authorship." Professional Skills Workshop, American Physiological Society, Lake Buena Vista, FL, 2015.

267. Invited speaker, "Reprogramming of intestinal epithelial function by *Salmonella* – role in diarrheal pathogenesis." Division of Gastroenterology and Center for Molecular Studies in Digestive and Liver Diseases' Research Seminar, University of Pennsylvania School of Medicine, Philadelphia, PA, 2015.

268. Invited speaker, "Surviving and thriving in academic medicine (and beyond)." Women in GI Dinner, University of Pennsylvania School of Medicine, Philadelphia, PA, 2015.

269. Invited speaker, "Avoiding common mistakes and ethical issues in your submission." Symposium: Publishing for Beginners, Physiology 2015 Conference, Cardiff, U.K., 2015.

270. Panelist, "Meet the experts," FASEB Summer Conference "Gastrointestinal Tract XVI: GI Homeostasis: The microbiome and the barrier, development and disease," Steamboat Springs, CO, 2015.

271. Invited speaker, "Physiology refresher course," and "Epithelial function and dysfunction in the GI tract: insights into inflammatory and infectious diarrheal states." 13th Inter-medical school physiology quiz, Faculty of Medicine, University of Malaya, Malaysia, 2015.

272. Invited facilitator , "Moving the needle – innovative approaches to infusing diversity in graduate education across a range of disciplines." AGS/AAU Annual Meeting, Emory University, Atlanta, GA, 2015.

273. Invited speaker, "Salmonella impacts intestinal epithelial differentiation: role in diarrheal disease." 15th Annual International Conference on Ulcer Research (ICUR), Ottawa, Ontario, Canada, 2015.

274. Keynote speaker, "Salmonella hijacks epithelial dynamics to cause diarrheal illness." Annual Meeting of Irish Epithelial Physiology Group, Kilkenny, Ireland, 2015.

275. Invited speaker, "Tales from the crypt – understanding the basis of intestinal disease caused by the invasive pathogen, *Salmonella typhimurium*." Lecture and Reception for Professor Madeleine Ennis, Queens University Belfast, Belfast, U.K., 2015.

276. Plenary session speaker, "Before you start to write" and "Authorship." Professional Skills Workshop, American Physiological Society, Lake Buena Vista, FL, 2016.

277. Invited speaker, "What I learned on my sabbatical." Western Epithelial Biology Society 35th Annual Meeting, Avila Beach, CA, 2016.

278. Invited speaker, "Ethical Minefields I: plagiarism and data duplication." Publishing 101 Symposium, Experimental Biology Meeting, San Diego, CA, 2016.

279. Invited speaker, "Negotiation 201: Academia Research." Women in Physiology Symposium, Experimental Biology Meeting, San Diego, CA, 2016.

280. Invited speaker, "Salmonella hijacks epithelial dynamics to cause diarrheal illness." Digestive Disease Research Center, Seminar Series, Vanderbilt University, School of Medicine, 2016.

43

LINZ_0173280

281. Invited Speaker, "Writing and Reviewing for Journals" and "Publication Ethics". American Physiological Society and The Physiological Society Joint Conference, Dublin, Ireland, 2016.

283. Invited speaker, "Avoiding ethical minefields when publishing physiological research." Scandinavian Physiological Society meeting, Oslo, Norway, 2016.

284. Invited speaker, "Pathways to careers for doctoral recipients." Association of American Universities Chief Academic Officers (CAO) meeting, Laguna Beach, CA, 2016.

285. Invited speaker, "Getting your work published in the journals of the American Physiological Society and avoiding ethical problems along the way." International Conference of Physiological Sciences, Beijing, China, 2016

286. Invited speaker, "Interviewing and negotiating for an academic faculty position." Sanford Burnham Prebys Medical Discovery Institute, 2016

287. Keynote speaker, "Physiological consequences of interactions of 'good' and 'bad' bacteria with the intestinal epithelium." 32rd Joint Annual Conference of Biomedical Science (JACBS), National Defense University, Taipei, Taiwan, 2017.

288. Invited speaker, "Getting your work published and avoiding pitfalls along the way – an editor's perspective." Kaoshiung Medical University, Kaoshiung, Taiwan, 2017.

289. Invited speaker, "New insights into the pathophysiology of *Salmonella* diarrhea." National Yang Ming University, Taipei, Taiwan, 2017.

290. Invited speaker, "*Salmonella* hijacks epithelial homeostasis to cause disease." National Taiwan University College of Medicine, Taipei, Taiwan, 2017.

291. Invited speaker, Insights into becoming a chair or dean, annual meeting of the American Gastroenterological Association, Chicago, IL, 2017.

292. Invited speaker, "Biomedical publishing – an editor's perspective." FASEB Summer Conference on "Gastrointestinal Tract XVII: Current Biology of the GI Tract, Mucosa, Microbiota, and Beyond." Steamboat Springs, CO, 2017.

293. Invited speaker, "Getting your work published in physiology journals." IUPS 2017 Congress, Rio de Janeiro, Brazil, 2017.

294. Invited speaker, "Microbiota and Digestive Diseases." Taiwan Digestive Diseases Week, National Taiwan University, Taipei, Taiwan, 2017.

295. Invited speaker, "Cellular and molecular pathogenesis of diarrheal disease induced by *Salmonella enterica* – role of epithelial dynamics." T32 Seminar, University of Florida, Gainesville, FL, 2017.

296. Invited speaker, "Writing Methods and Results" and "Selecting a Journal and Submitting a Manuscript." Professional Skills Workshop, American Physiological Society, Lake Buena Vista, FL, 2018.

297. Keynote speaker, "Basis of diarrhea during infection with non-typhoidal *Salmonella*." Third Conference of the Physiological Society of Nepal, Nepal Medical College, Kathmandu, Nepal, 2018.

298. Invited speaker, "Pathophysiology of intestinal fluid secretion – new insights from enteroid models." Physiology and Pathophysiology 2018: Molecules, Cells, Organs and Systems, Cardiff University, Cardiff, UK, 2018.

299. Invited speaker, "Publishing reproducible research – ensuring that editors, reviewers and readers have confidence in your findings." APS Trainee Symposium, Experimental Biology, San Diego, CA, 2018.

300. Keynote speaker, "Pathogenesis of diarrheal symptoms during infection with non-typhoidal *Salmonella*." Shaffer-Davison Awards Day, University of Calgary, Alberta, Canada, 2018.

301. Invited speaker, "Avoiding common mistakes and ethical issues in your submission." Publishing for Beginners symposium, Europhysiology, London, UK, 2018.

LINZ_0173281

302. Invited Speaker, "Interviewing and negotiating for an academic faculty position." Sanford Burnham Prebys Medical Discovery Institute, La Jolla, CA, 2018.

303. Invited Speaker, "Surviving and thriving in academic medicine" and "Understanding the mechanisms that underlie diarrheal disease in the setting of salmonellosis." University of Illinois at Chicago, 2018.

304. Invited speaker, "Best Practices for Success in Publishing Your Work." Publishing 101 Symposium, Experimental Biology Meeting, Orlando, FL, 2019.

305. Ussing Award Lecture, "Epithelial transport in digestive diseases – mice, monolayers and mechanisms." Experimental Biology Meeting, Orlando, FL, 2019.

306. Invited speaker, "Best practices for structuring your manuscript and displaying your data." Publication Workshop, PANAM Congress for Physiological Sciences, Havana, Cuba, 2019.

307. Invited speaker, "Modulation of epithelial transport and barrier function by commensal and probiotic microorganisms." United European Gastroenterology, Basic Science Course: Epithelial ion transport in the GI tract, University of Pécs, Hungary, 2019.

308. Invited speaker, "Publishing for beginners." Physiology 2019 Annual Conference, Aberdeen, Scotland, UK, 2019.

309. Invited speaker, "Intestinal ion transporters in diarrheal diseases of varying etiologies." Cincinnati Children's Hospital Medical Center, Cincinnati, OH, 2019.


Updated 11/13/19

LINZ_0173282

TAB D

*Curriculum vitae*

## ALEXANDER M. KLIBANOV

**Date and Place of Birth:**   July 15, 1949, in Moscow (Russia)

**Nationality:**   Naturalized U.S. Citizen (1983)

**Education:**
| | |
|---|---|
| 1974 | Ph.D. in Chemical Enzymology, Moscow University |
| 1971 | M.S. in Chemistry, Moscow University |

**Honors:**
| | |
|---|---|
| 2015 | Tau Beta Pi's Leonardo Da Vinci Lecturer, MIT |
| 2007-11 and 2014- | Novartis Chair Endowed Professorship, MIT |
| 2012-13 | Roger and Georges Firmenich Endowed Professorship, MIT |
| 2011 | MIT Biological Engineering Senior Class Faculty Award |
| 2006 | Distinguished GRUM Lecturer in Drug Discovery & Development, University of Montreal (Canada) |
| 2004 | UNAM Distinguished Lecturer, National University of Mexico (Mexico City) |
| 2001 | Walter Enz Lecturer in Pharmaceutical Chemistry, University of Kansas |
| 2001 | Elected a Corresponding Fellow of the Royal Society of Edinburgh (Scotland's National Academy of Science and Letters) |
| 2000 | Merck Distinguished Lecturer, Rutgers University |
| 2000 | Top 20 *Biotechnology & Bioengineering* Papers of the Last Forty Years |
| 1998 | Robert Lutz Lecturer, University of Virginia |
| 1996 | Perkin-Elmer Distinguished Lecturer, University of Pittsburgh |
| 1995 | Elected to the National Academy of Sciences of the U.S.A. |
| 1995 | Nathan O. Kaplan Memorial Lecturer in Biological Chemistry, University of California at San Diego |
| 1994 | R.W. Johnson PRI Lecturer, Pharmaceutical Research Institute |
| 1994 | Warren McCabe Lecturer, North Carolina State University |
| 1993 | Elected to the National Academy of Engineering of the U.S.A. |
| 1993 | Arthur C. Cope Scholar Award of the American Chemical Society |
| 1993 | Biotechnology Divisional Lectureship Award of the Institute of Food Technologists |
| 1992 | Charles Sabat Lecturer, Rutgers University |
| 1992 | Elected a Founding Fellow of the American Institute for Medical and Biological Engineering |
| 1992 | Louis C. Jordy Research Scholar Lecturer, Drew University |
| 1991 | International Enzyme Engineering Award |
| 1991 | Marvin J. Johnson Award of the American Chemical Society |
| 1990 | Monsanto Lecturer, Ohio State University |
| 1990 | NRC Distinguished Lecturer, Academia Sinica (Taiwan) |
| 1989 | Ipatieff Prize of the American Chemical Society |
| 1989 | Backer Lecturer, Groningen University (Holland) |
| 1988 | Dow Lecturer, University of Ottawa (Canada) |
| 1987 | Distinguished Scholar Lecturer, Hope College |
| 1986 | Leo Friend Award of the American Chemical Society |
| 1984 | Who's Who in Frontier Science and Technology |

1

LINZ_0173099

| 1984 | Sohio Lecturer, Case Western Reserve University |
| 1982 | American Men and Women of Science |
| 1981-1983 | Henry L. Doherty Career Development Professorship, MIT |
| 1975 | U.S.S.R. Ministry of Higher Education Prize |

## Professional Experience:

| 2019-present | Novartis Chair Professor Emeritus of Chemistry and Bioengineering, MIT |
| 2014-2019 | Novartis Chair Endowed Professor of Chemistry and Bioengineering, MIT |
| 2012-2013 | Roger and Georges Firmenich Professor of Natural Products Chemistry<br>Department of Chemistry, MIT |
| 2007-2011 | Novartis Chair Endowed Professor of Chemistry and Bioengineering, MIT |
| 2000-2019 | Professor of Bioengineering<br>Department of Biological Engineering, MIT |
| 1988-2019 | Professor of Chemistry<br>Department of Chemistry, MIT |
| 1987-1988 | Professor of Applied Biochemistry<br>Department of Applied Biological Sciences, MIT |
| 1983-1987 | Associate Professor of Applied Biochemistry<br>Department of Applied Biological Sciences (formerly<br>Department of Nutrition and Food Science), MIT |
| 1979-1983 | Assistant Professor of Applied Biochemistry<br>Department of Nutrition and Food Science, MIT |
| 1977-1979 | Postdoctoral Associate, Department of Chemistry<br>University of California at San Diego |
| 1974-1977 | Research Chemist<br>Department of Chemistry, Moscow University |

## Current Journal Editorial/Advisory Boards:

"Biocatalysis and Biotransformation", "Applied Biochemistry and Biotechnology", "Open Chemistry Journal", "Biotechnology Progress", "Biotechnology & Bioengineering", "Microbial Biotechnology", "Open Journal of Pharmacology", "Nanocarriers", "Journal of Antivirals and Antiretrovirals", "Open Access Academic Books in Chemistry", "Journal of Biological Chemistry and Molecular Pharmacology", "Archives of Natural Products and Medicinal Chemistry", "Recent Patents in Biotechnology", "Current Pharmaceutical Biotechnology", and "Archives of Medical Biotechnology", "International Journal of Drug Design, Delivery and Safety"

## Professional Societies:

U.S. National Academy of Sciences, U.S. National Academy of Engineering, American Chemical Society, American Institute for Medical and Biological Engineering

## Current Research Interests:

| Enzyme chemistry and biotechnology | Medicinal and formulation chemistry |

2

LINZ_0173100

Protein drug delivery                    Antimicrobial polymers
Enzymes as stereoselective catalysts in organic syntheses
Stabilization and formulation of macromolecular pharmaceuticals

## Publications:

1.  Varfolomeyev, S.D., Klibanov, A.M., Berezin, I.V.  1971.  Light-initiated enzymic activity caused by photostereoisomerization of *cis*-4-nitrocinnamoyl-α-chymotrypsin. FEBS Lett. 15: 118 -120.

2.  Varfolomeyev, S.D., Klibanov, A.M., Martinek, K., Berezin, I.V.  1972. Light-sensitive catalysts. 4-Nitrocinnamoyl residue as a chromophoric reporter group in the α-chymotrypsin active center. Dokl. Acad. Nauk  SSSR 203: 616-619.

3.  Klibanov, A.M., Samokhin, G.P., Martinek, K., Berezin, I.V.  1974.  Mechanochemistry of catalytic systems.  Regulation by a mechanical action of the enzymatic properties of α-chymotrypsin covalently attached to a nylon fiber.  Dokl. Acad. Nauk SSSR 218: 715-718.

4.  Berezin, I.V., Varfolomeyev, S.D., Klibanov, A.M., Martinek, K.  1974. Light and ultrasonic regulation of α-chymotrypsin catalytic activity.  Proflavin as a light- and sound- sensitive competitive inhibitor.  FEBS Lett. 39: 329-331.

5.  Berezin, I.V., Klibanov, A.M., Martinek, K.  1974.  The mechanochemistry of immobilized enzymes.  How to steer a chemical process at the molecular level by a mechanical device. Biochim. Biophys. Acta 364: 193-199.

6.  Berezin, I.V., Klibanov, A.M., Goldmacher, V.S., Martinek, K.  1974.  Mechanochemistry of catalytic systems.  Regulation by a mechanical action of the enzymatic activity of trypsin entrapped in polyacrylamide gel.  Dokl. Acad. Nauk SSSR 218: 367-370.

7.  Klibanov, A.M., Martinek, K., Berezin, I.V.  1974.  The effect of ultrasound on α-chymotrypsin. A novel approach to studying conformational transitions in active centers of enzymes. Biochemistry SSSR 39: 878-887.

8.  Berezin, I.V., Klibanov, A.M., Klyosov, A.A., Martinek, K., Svedas, V.K.  1975.  The effect of ultrasound as a new method of studying conformational transitions in enzyme active centers. pH- and temperature-induced conformational transitions in the active center of penicillin amidase.  FEBS Lett. 49: 325-328.

9.  Berezin, I.V., Klibanov, A.M., Martinek, K.  1975.  Kinetic and thermodynamic aspects of catalysis by immobilized enzymes.  Russ. Chem. Revs. 44: 17-47.

10.  Martinek, K., Goldmacher, V.S., Klibanov, A.M., Berezin, I.V.  1975.  Denaturing agents (urea, acrylamide) protect enzymes against irreversible thermoinactivation: a study with native and immobilized α-chymotrypsin and trypsin.  FEBS Lett. 51: 152-155.

11.  Martinek, K., Klibanov, A.M., Tchernysheva, A.V., Berezin, I.V.  1975.  The stabilization of α-chymotrypsin by entrapment in polymethacrylate gels.  Dokl. Acad. Nauk SSSR 223: 233-236.

12.  Tchernysheva, A.V., Goldmacher, V.S., Klibanov, A.M., Martinek, K., Berezin, I.V.  1975.  The catalytic activity and thermostability of α-chymotrypsin oligomers entrapped in cross-linked polymeric gels.  Bull. Moscow Univ. 19: 428-431.

3

LINZ_0173101

13.  Tchernysheva, A.V., Martinek, K., Klibanov, A.M., Mevkh, A.T., Berezin, I.V.  1975.  The catalytic properties and thermostability of α-chymotrypsin in different polymethacrylate gels.  Izvestia Acad. Nauk SSSR, Ser. Khim. No.8: 1764-1768.

14.  Klibanov, A.M., Samokhin, G.P., Martinek, K., Berezin, I.V.  1976.  Enzymatic mechano-chemistry: a new approach to studying the mechanism of enzyme action.  Biochim. Biophys. Acta 438: 1-12.

15.  Berezin, I.V., Klibanov, A.M., Samokhin, G.P., Martinek, K.  1976.  Mechanochemistry of immobilized enzymes: a new approach to studies in fundamental enzymology. Regulation by a mechanical device of the catalytic properties of enzymes covalently attached to elastic polymeric supports.  Meth. Enzymol. 44: 558-571.

16.  Berezin, I.V., Klibanov, A.M., Goldmacher, V.S., Martinek, K.  1976.  Mechanochemistry of immobilized enzymes: a new approach to studies in fundamental enzymology. Regulation by a mechanical device of the catalytic activity of enzymes trapped in polyacrylamide gel.  Meth. Enzymol. 44: 571-576.

17.  Klibanov, A.M., Kazanskaya, N.F., Larionova, N.I., Martinek, K., Berezin, I.V.  1976.  A comparative study of the dynamic structures of the active centers of proteolytic enzymes by the ultrasonic method. The effect of ultrasound on α-trypsin, ß-trypsin, and trypsinogen.  J. Bioorg. Chem. (Russ.) 2: 828-836.

18.  Martinek, K., Goldmacher, V.S., Klibanov, A.M., Torchilin, V.P., Smirnov, V.N., Chazov, E.I., Berezin, I.V.  1976.  Thermal stabilization of α-chymotrypsin by covalent attachment to a complementary surface of a polymeric matrix.  Dokl. Acad. Nauk SSSR 228: 1468-1471.

19.  Poglazov, B.F., Samokhin, G.P., Klibanov, A.M., Levitsky, D.I., Martinek, K., Berezin, I.V.  1977.  Mechanochemistry of the myosin molecule.  Dokl. Acad. Nauk SSSR 234: 482-485.

20.  Berezin, I.V., Klibanov, A.M., Samokhin, G.P., Goldmacher, V.S., Martinek, K.  1977.  Mechanosensitive and sound-sensitive systems as chemical amplifiers of weak signals. In: Biomedical Applications of Immobilized Enzymes and Proteins (T.M.S. Chang, ed.), vol. 2, pp. 237-251, Plenum Press, New York.

21.  Klibanov, A.M., Samokhin, G.P., Martinek, K., Berezin, I.V.  1977.  A new mechanochemical method of enzyme immobilization.  Biotechnol. Bioeng. 19: 211-218.

22.  Martinek, K., Klibanov, A.M., Samokhin, G.P., Semenov, A.M., Berezin, I.V.  1977.  Preparative enzymatic synthesis in biphasic water-organic systems.  J. Bioorg. Chem. (Russ.) 3: 696-702.

23.  Klibanov, A.M., Samokhin, G.P., Martinek, K., Berezin, I.V.  1977.  A new approach to preparative enzymatic synthesis.  Biotechnol. Bioeng. 19: 1351-1361.

24.  Martinek, K., Klibanov, A.M., Goldmacher, V.S., Berezin, I.V.  1977.  The principles of enzyme stabilization. I. Increase in thermostability of enzymes covalently bound to a complementary surface of a polymeric support in a multipoint fashion.  Biochim. Biophys. Acta 485: 1-12.

4

LINZ_0173102

25.   Martinek, K., Klibanov, A.M., Goldmacher, V.S., Tchernysheva, A.V., Mozhaev, V.V., Berezin, I.V., Glotov, B.O.  1977.  The principles of enzyme stabilization. II. Increase in thermostability of enzymes as a result of multipoint non-covalent interactions with a polymeric support.  Biochim. Biophys. Acta 485: 13-28.

26.   Torchilin, V.P., Maksimenko, A.V., Smirnov, V.N., Martinek, K., Klibanov, A.M., Berezin, I.V.  1978.  The principles of enzymes stabilization.  III. The effect of the length of intramolecular cross-linking agents on the thermostability of enzymes.  Biochim. Biophys. Acta 522: 277-283.

27.   Samokhin, G.P., Klibanov, A.M., Martinek, K.  1978.  Photochemical immobilization of enzymes.  Bull. Moscow Univ. 19: 433-436.

28.   Poglazov, B.F., Samokhin, G.P., Klibanov, A.M., Levitsky, D.I., Martinek, K., Berezin, I.V.  1978.  The effect of mechanical stretching of myosin rod part (fragment LMM + HMM S-2) on the ATPase activity of myosin.  Biochim. Biophys. Acta 524: 245-253.

29.   Klibanov, A.M., Semenov, A.N., Samokhin, G.P., Martinek, K.  1978.   Enzymatic reactions in water-organic solutions. The criterion for selecting optimal organic co-solvents.  J. Bioorg. Chem. (Russ.) 4: 236-242.

30.   Sinitsyn, A.P., Klibanov, A.M., Klesov, A.A., Martinek, K.  1978.  The dependence of stability of immobilized glycoamylase on the method of immobilization.  Appl. Biochem. Microbiol. (Russ.) 14: 236-242.

31.   Klibanov, A.M., Mozhaev, V.V.  1978.  On the mechanism of irreversible thermoinactivation of enzymes and possibilities for reactivation of "irreversibly" inactivated enzymes.  Biochem. Biophys. Res. Commun.  83: 1012-1017.

32.   Klibanov, A.M., Kaplan, N.O., Kamen, M.D.  1978.  A rationale for stabilization of oxygen-labile enzymes: application to a clostridial hydrogenase.  Proc. Natl. Acad. Sci. USA  75: 3640-3643.

33.   Torchilin, V.P., Maksimenko, A.V., Smirnov, V.N., Berezin, I.V., Klibanov, A.M., Martinek, K.  1979.  The principles of enzyme stabilization. IV. Modification of "key" functional groups in the tertiary structure of proteins.  Biochim. Biophys. Acta 567: 1-11.

34.   Klibanov, A.M., Kaplan, N.O., Kamen, M.D.  1979.  Chelating agents protect hydrogenase against oxygen inactivation.  Biochim. Biophys. Acta 547: 411-416.

35.   Klibanov, A.M.  1979.  Stabilization of enzymes by immobilization.  Anal. Biochem. 93: 1-25.

36.   Klibanov, A.M., Kaplan, N.O., Kamen, M.D.  1980.  Thermal stabilities of membrane-bound, solubilized and artificially immobilized hydrogenase from Chromatium vinosum.  Arch. Biochem. Biophys. 199: 545-549.

37.   Klibanov, A.M., Puglisi, A.V.  1980.  The regeneration of coenzymes using immobilized hydrogenase. Biotechnol. Lett. 2: 445-450.

38.   Klibanov, A.M., Kaplan, N.O., Kamen, M.D.  1980.  Approaches to stabilization of hydrogenase and nitrogenase against oxygen inactivation.  In: Enzyme Engineering V (H.H. Weetall and G.P. Royer, eds.), pp.135-142, Plenum Press, New York.

LINZ_0173103

39.  Klibanov, A.M., Alberti, B.N., Morris, E.D., Felshin, L.M.  1980.  Enzymatic removal of toxic phenols and anilines from waste waters.  J. Appl. Biochem. 2: 414-421.

40.  Khan, S.M., Klibanov, A.M., Kaplan, N.O., Kamen, M.D.  1981.  The effect of electron carriers and other ligands on oxygen stability of clostridial hydrogenase.  Biochim. Biophys. Acta 659: 457-465.

41.  Klibanov, A.M., Morris, E.D.  1981.  Horseradish peroxidase for the removal of carcinogenic aromatic amines from water.  Enzyme Microb. Technol. 3: 119-122.

42.  Klibanov, A.M., Huber, J.  1981.  Application of immobilized hydrogenase for the de-tritiation of water.  Biotechnol. Bioeng. 23: 1537-1551.

43.  Klibanov, A.M., Barta, T.E.  1981.  Protection of immobilized sulfhydryl groups against auto-oxidation by alterations in their microenvironment.  Appl. Biochem. Biotechnol. 6: 201-207.

44.  Alberti, B.N., Klibanov, A.M.  1981.  Enzymatic removal of dissolved aromatics from industrial aqueous effluents.  Biotechnol. Bioeng. Symp. 11: 373-379.

45.  Klibanov, A.M., Berman, Z., Alberti, B.N.  1981.  Preparative hydroxylation of aromatic compounds catalyzed by peroxidase.  J. Am. Chem. Soc. 103: 6263-6264.

46.  Klibanov, A.M., Alberti, B.N., Zale, S.E.  1982.  Enzymatic synthesis of formic acid from $H_2$ and $CO_2$ and production of hydrogen from formic acid.  Biotechnol. Bioeng. 24: 25-36.

47.  Maneepun, S., Klibanov, A.M.  1982.  Stabilization of microbial proteases against autolysis using acylation with dicarboxylic acid anhydrides.  Biotechnol. Bioeng. 24: 483-486.

48.  Klibanov, A.M., Giannousis, P.P.  1982.  Geometrically specific oxidation of ß-arylacroleins catalyzed by xanthine oxidase: the preparative potential.  Biotechnol. Lett. 4: 57-60.

49.  Alberti, B.N., Klibanov, A.M.  1982.  Preparative production of hydroquinone from benzoquinone catalyzed by immobilized glucose oxidase.  Enzyme Microb. Technol. 4: 47-49.

50.  Klibanov, A.M., Siegel, E.H.  1982.  Geometric specificity of porcine liver carboxyl esterase and its application for the production of cis arylacrylic esters.  Enzyme Microb. Technol. 4: 172-174.

51.  Klibanov, A.M., Giannousis, P.P.  1982.  Geometric specificity of alcohol dehydrogenases and its potential for separation of trans and cis isomers of unsaturated aldehydes.  Proc. Natl. Acad. Sci. USA 79: 3462-3465.

52.  Klibanov, A.M., Weare, N.M.  1982.  Oxygen inactivation and stabilization of Azotobacter nitrogenase.  In: From Cyclotrones to Cytochromes (N.O. Kaplan and A.B. Robinson, eds.), pp. 509-516, Academic Press, New York.

53.  Zale, S.E., Klibanov, A.M.  1982.  Application of immobilized hydrogenase to $H_2$ storage in concentrated solutions of methyl viologen.  Appl. Biochem. Biotechnol. 7: 317-323.

54.  Klibanov, A.M., Alberti, B.N., Marletta, M.A.  1982.  Stereospecific oxidation of aliphatic alcohols catalyzed by galactose oxidase.  Biochem. Biophys. Res. Commun. 108: 804-808.

6

LINZ_0173104

55.  Pungor, E., Klibanov, A.M., Cooney, C.L., Weaver, J.C.  1982.   Continuous $^2$HHO determination in $H_2O$ solutions by a computer-controlled mass spectrometer.  Biomed. Mass Spectrom. 9: 181--185.

56.  Klibanov, A.M.  1983.  Unconventional catalytic properties of conventional enzymes: applications in organic chemistry.  In: The Biological Basis of New Developments in Biotechnology (A. Hollaender, A.I. Laskin, and P. Rogers, eds.), pp. 497-518, Plenum Press, New York.

57.  Klibanov, A.M.  1983.  Biotechnological potential of the enzyme hydrogenase.  Process Biochem. 18: 13-16.

58.  Pelsy, G., Klibanov, A.M. 1983.  Remarkable positional (regio-) specificity of xanthine oxidase and some dehydrogenases in the reactions with substituted benzaldehydes.  Biochim. Biophys. Acta 742:  352-357.

59.  Klibanov, A.M.  1983.  Stabilization of enzymes against thermal inactivation.  Adv. Appl. Microbiol. 29: 1-28.

60.  Klibanov, A.M., Chendrasekhar, A., Alberti, B.N.  1983.  Enzymatic separation of *cis* and *trans* isomers of alicyclic alcohols.  Enzyme Microb. Technol. 5: 265-268.

61.  Klibanov, A.M.  1983.  Immobilized enzymes and cells as practical catalysts.  Science 219: 722-727.

62.  Pelsy, G., Klibanov, A.M.  1983.  Preparative separation of α- and ß- naphthols catalyzed by immobilized sulfatase.  Biotechnol. Bioeng. 25: 919-928.

63.  Zale, S.E., Klibanov, A.M.  1983.  On the role of reversible denaturation (unfolding) in the irreversible thermal inactivation of enzymes.  Biotechnol. Bioeng. 25: 2221-2230.

64.  Klibanov, A.M., Tu, T.-M., Scott, K.P.  1983.  Peroxidase-catalyzed removal of phenols from coal conversion wastewaters.  Science 221: 259-261.

65.  Atlow, S.C., Bonadonna-Aparo, L., Klibanov, A.M.  1984.  Dephenolization of industrial wastewaters catalyzed by polyphenol oxidase.  Biotechnol. Bioeng. 26: 599-603.

66.  Cambou, B., Klibanov, A.M.  1984.  Preparative production of optically active esters and alcohols using esterase-catalyzed stereospecific transesterifications in organic media.  J. Am. Chem. Soc. 106: 2687-2692.

67.  Dropsy, E.P., Klibanov, A.M.  1984.  Cholinesterase-catalyzed resolution of D,L-carnitine.  Biotechnol. Bioeng. 26: 911-915.

68.  Cambou, B., Klibanov, A.M.  1984.  Lipase-catalyzed production of optically active acids via asymmetric hydrolysis of esters: effect of the alcohol moiety.  Appl. Biochem. Biotechnol. 9: 255-260.

69.  Zaks, A., Klibanov, A.M.  1984.  Enzymatic catalysis in organic media at 100°C.  Science 224: 1249-1251.

LINZ_0173105

70.     Cambou, B., Klibanov, A.M.  1985.  Comparison of different strategies for the lipase-catalyzed preparative resolution of racemic acids and alcohols: asymmetric hydrolysis, esterification, and transesterification.  Biotechnol. Bioeng. 26: 1449-1454.

71.     Scollar, M.P., Sigal, G., Klibanov, A.M.  1985.  Preparative resolution of D,L-threonine catalyzed by immobilized phosphatase.  Biotechnol. Bioeng. 27: 247-252.

72.     Ahern, T.J., Klibanov, A.M.  1985.  The mechanism of irreversible enzyme inactivation at 100°C.  Science 228: 1280-1284.

73.     Cesti, P., Zaks, A., Klibanov, A.M.  1985.  Preparative regioselective acylation of glycols by enzymatic transesterification in organic solvents.  Appl. Biochem. Biotechnol. 11: 401-407.

74.     Zaks, A., Klibanov, A.M.  1985.  Enzyme-catalyzed processes in organic solvents.  Proc. Natl. Acad. Sci. USA 82: 3192-3196.

75.     Kazandjian, R.Z., Klibanov, A.M.  1985.  Regioselective oxidation of phenols catalyzed by polyphenol oxidase in chloroform.  J. Am. Chem. Soc. 107: 5448-5450.

76.     Kirchner, G., Scollar, M.P., Klibanov, A.M.  1985.  Resolution of racemic mixtures via lipase catalysis in organic solvents.  J. Am. Chem. Soc. 107: 7072-7076.

77.     Lavin, A., Sung, C., Klibanov, A.M., Langer, R.S.  1985.  Enzymatic removal of bilirubin from the blood: a potential treatment of neonatal jaundice.  Science 230: 543-545.

78.     Hammond, D.A., Karel, M., Klibanov, A.M., Krukonis, V.J.  1985.   Enzymatic reactions in supercritical gases.  Appl. Biochem. Biotechnol. 11: 393-400.

79.     Sung, C., Lavin, A., Klibanov, A.M., Langer, R.  1986.  An immobilized enzyme reactor for the treatment of severe jaundice. Trans. Am. Soc. Artif. Intern. Organs. 31: 264-269.

80.     Kazandjian, R.Z., Dordick, J.S., Klibanov, A.M.  1986.  Enzymatic analyses in organic solvents.  Biotechnol. Bioeng. 28: 417-421.

81.     Klibanov, A.M.  1986.  Enzymes that work in organic solvents.  CHEMTECH 16: 354-359.

82.     Dordick, J.S., Klibanov, A.M., Marletta, M.A.  1986.  Horseradish peroxidase-catalyzed hydroxylations: mechanistic studies.  Biochemistry. 25: 2946-2951.

83.     Sung, C., Lavin, A., Klibanov, A.M., Langer, R.  1986.  An immobilized enzyme reactor for the detoxification of bilirubin.  Biotechnol. Bioeng. 28: 1531-1539.

84.     Zaks, A., Klibanov, A.M.  1986.  Substrate specificity of enzymes in organic solvents vs. water is reversed.  J. Am. Chem. Soc. 108: 2767-2768.

85.     Dordick, J.S., Marletta, M.A., Klibanov, A.M.  1986.  Peroxidases depolymerize lignin in organic media but not in water.  Proc. Natl. Acad. Sci. USA 83: 6255-6257.

86.     Zale, S.E., Klibanov, A.M.  1986.  Why does ribonuclease irreversibly inactivate at high temperatures?  Biochemistry 25: 5432-5444.

LINZ_0173106

87.  Grunwald, J., Wirz, B., Scollar, M.P., Klibanov, A.M.  1986.  Asymmetric oxidoreductions catalyzed by alcohol dehydrogenase in organic solvents.  J. Am. Chem. Soc. 108: 6732-6734.

88.  Therisod, M., Klibanov, A.M.  1986.  Facile enzymatic preparation of monoacylated sugars in pyridine.  J. Am. Chem. Soc. 108: 5638-5640.

89.  Boeriu, C.G., Dordick, J.S., Klibanov, A.M.  1986.  Enzymatic reactions in liquid and solid paraffins: application for enzyme-based temperature abuse sensors.  Bio/Technol. 4:  997-999.

90.  Klibanov, A.M., Cambou, B.  1987.  Enzymatic production of optically active compounds in biphasic aqueous-organic systems.  Meth. Enzymol. 136C: 117-137.

91.  Ahern, T.J., Casal, J.I., Petsko, G.A., Klibanov, A.M.  1987.  Control of oligomeric enzyme thermostability by protein engineering.  Proc. Natl. Acad. Sci. USA 84: 675-679.

92.  Shaw, J.F., Klibanov, A.M.  1987.  Preparation of various glucose esters via lipase-catalyzed hydrolysis of glucose pentaacetate.  Biotechnol. Bioeng. 29: 648-651.

93.  Casal, J.I., Ahern, T.J., Davenport, R.C., Petsko, G.A., Klibanov, A.M.  1987.  Subunit interface of triosephosphate isomerase:  site-directed mutagenesis and characterization of the altered enzyme.  Biochemistry 26: 1258-1264.

94.  Dordick, J.S., Marletta, M.A., Klibanov, A.M.  1987.  Polymerization of phenols catalyzed by peroxidase in non-aqueous media.  Biotechnol. Bioeng. 30: 31-36.

95.  Visuri, K., Klibanov, A.M.  1987.  Enzymatic production of high fructose corn syrup (HFCS) containing 55% fructose in aqueous ethanol.  Biotechnol. Bioeng. 30: 917-920.

96.  Margolin, A.L., Crenne, J.-Y., Klibanov, A.M.  1987.  Stereoselective oligomerizations catalyzed by lipase in organic solvents.  Tetrahedron Lett. 28: 1607-1610.

97.  Volkin, D.B., Klibanov, A.M.  1987.  Thermal destruction processes in proteins involving cystine residues.  J. Biol. Chem. 262: 2945-2950.

98.  Therisod, M., Klibanov, A.M.  1987.  Regioselective acylation of secondary hydroxyl groups in sugars catalyzed by lipases in organic solvents.  J. Am. Chem. Soc. 109: 3977-3981.

99.  Ahern, T.J., Klibanov, A.M.  1987.  Analysis of processes causing thermal inactivation of enzymes.  Meth. Biochem. Analysis 33: 91-127.

100.  Margolin, A.L., Klibanov, A.M.  1987.  Peptide synthesis catalyzed by lipases in anhydrous organic solvents.  J. Am. Chem. Soc. 109: 3802-3804.

101.  Barzana, E., Klibanov, A.M., Karel, M.  1987.  Enzyme-catalyzed gas phase reactions.  Appl. Biochem. Biotechnol. 15: 25-34.

102.  Margolin, A.L., Tai, D.-F., Klibanov, A.M.  1987.  Incorporation of D-amino acids into peptides via enzymatic condensation in organic solvents.  J. Am. Chem. Soc. 109: 7885-7887.

9

103.   Chopineau, J., McCafferty, F.D., Therisod, M., Klibanov, A.M.  1988.  Production of biosurfactants from sugar alcohols and vegetable oils catalyzed by lipases in a non-aqueous medium.  Biotechnol. Bioeng. 31: 208-214.

104.   Mullon, C.J.P., Klibanov, A.M., Langer, R.  1988.  Kinetics of soluble bilirubin oxidase and modelling of an immobilized bilirubin oxidase reactor for bilirubin detoxification.  Biotechnol. Bioeng. 31: 536-546.

105.   Riva, S., Chopineau, J., Kieboom, A.P.G., Klibanov, A.M.  1988.   Protease-catalyzed regioselective esterification of sugars and related compounds in anhydrous dimethylformamide. J. Am. Chem. Soc. 110: 584-589.

106.   Tomazic, S.J., Klibanov, A.M.  1988.  Mechanisms of irreversible thermal inactivation of Bacillus α-amylases.  J. Biol. Chem. 263: 3086-3091.

107.   Tomazic, S.J., Klibanov, A.M.  1988.  Why is one Bacillus α-amylase more resistant against irreversible thermoinactivation than another?  J. Biol. Chem. 263: 3092-3096.

108.   Zaks, A., Klibanov, A.M.  1988.  Enzymatic catalysis in non-aqueous solvents.  J. Biol. Chem. 263: 3194-3201.

109.   Riva, S., Klibanov, A.M.  1988.  Enzymo-chemical regioselective oxidation of steroids without oxidoreductases.  J. Am. Chem. Soc. 110: 3291-3295.

110.   Zaks, A., Klibanov, A.M.  1988.  The effect of water on enzyme action in organic media.  J. Biol. Chem. 263: 8017-8021.

111.   Russell, A.J., Klibanov, A.M.  1988.  Inhibitor-induced enzyme activation in organic solvents. J. Biol. Chem. 263: 11624-11626.

112.   Weaver, J.C., Williams, G.B., Klibanov, A.M., Demain, A.L.  1988.  Gel microdroplets: rapid detection and enumeration of individual microorganisms by their metabolic activity. Bio/Technology 6: 1084-1089.

113.   Kitaguchi, H., Tai, D.-F., Klibanov, A.M.  1988.  Enzymatic formation of an isopeptide bond involving the ε-amino group of lysine.  Tetrahedron Lett. 29: 5487-5488.

114.   Sakurai, T., Margolin, A.L., Russell, A.J., Klibanov, A.M.  1988.   Control of enzyme enantio-selectivity by the reaction medium.  J. Am. Chem. Soc. 110: 7236-7237.

115.   Volkin, D.B., Klibanov, A.M.  1989.  Mechanism of thermoinactivation of immobilized glucose isomerase.  Biotechnol. Bioeng. 33: 1104-1111.

116.   Chinsky, N., Margolin, A.L., Klibanov, A.M.  1989.  Chemoselective enzymatic monoacylation of bifunctional compounds.  J. Am. Chem. Soc. 111: 386-388.

117.   Russell, A.J., Trudel, L.J., Skipper, P.L., Groopman, J.D., Tannenbaum, S.R., Klibanov, A.M. 1989.  Antibody-antigen binding in organic solvents.  Biochem. Biophys. Res. Commun. 158: 80-85.

LINZ_0173108

118.   Barzana, E., Karel, M., Klibanov, A.M.  1989.  Enzymatic oxidation of ethanol in the gaseous phase.  Biotechnol. Bioeng. 34: 1178-1185.

119.   Kitaguchi, H., Fitzpatrick, P.A., Huber, J.E., Klibanov, A.M.  1989.  Enzymatic resolution of racemic amines: crucial role of the solvent.  J. Am. Chem. Soc. 111: 3094-3095.

120.   Dorval, B.L., Chow, M., Klibanov, A.M.  1989.  Stabilization of poliovirus against heat inactivation.  Biochem. Biophys. Res. Commun. 159: 1177-1183.

121.   Barzana, E., Klibanov, A.M., Karel, M. 1989.  A colorimetric method for the enzymatic analysis of gases: the determination of ethanol and formaldehyde vapors using solid alcohol oxidase.  Anal. Biochem. 182: 109-115.

122.   Volkin, D.B., Klibanov, A.M. 1989.  Minimizing protein inactivation.  In: Protein Function - A Practical Approach (T.E. Creighton, ed.), pp. 1-24, IRL Press, Oxford.

123.   Klibanov, A.M.  1989.  Enzymatic catalysis in anhydrous organic solvents.  Trends Biochem. Sci. 14: 141-144.

124.   Kanerva, L.T., Klibanov, A.M.  1989.  Hammett analysis of enzyme action in organic solvents.  J. Am. Chem. Soc. 111: 6864-6865.

125.   Burke, P.A., Smith, S.O., Bachovchin, W.W., Klibanov, A.M.  1989.  Demonstration of structural integrity of an enzyme in organic solvents by solid-state NMR.  J. Am. Chem. Soc. 111: 8290-8291.

126.   Kitaguchi, H., Klibanov, A.M.  1989.  Enzymatic peptide synthesis via segment condensation in the presence of water mimics.  J. Am. Chem. Soc. 111: 9272-9273.

127.   Braco, L., Dabulis, K., Klibanov, A.M.  1990.  Design of novel receptors by molecular imprinting of proteins.  Proc. Natl. Acad. Sci. USA 87: 274-277.

128.   Margolin, A.L., Klibanov, A.M.  1990.  Enzymatic synthesis of peptides in anhydrous organic solvents. In: Peptides. Chemistry, Structure and Biology (J.E. Rivier and G.R. Marshall, eds.), pp. 355-359, ESCOM Science Publishers, Leiden.

129.   Dorval, B.L., Chow, M., Klibanov, A.M.  1990.  Lysine and other diamines dramatically stabilize poliovirus against thermoinactivation.  Biotechnol. Bioeng. 35: 1051-1054.

130.   Klibanov, A.M.  1990.  Asymmetric transformations catalyzed by enzymes in organic solvents.  Acc. Chem. Res. 23: 114-120.

131.   Adams, K.A.H., Chung, S.-H., Klibanov, A.M.  1990.  Kinetic isotope effect investigation of enzyme mechanism in organic solvents.  J. Am. Chem. Soc. 112: 9418-9419.

132.   Liu, W.R., Langer, R., Klibanov, A.M.  1991.  Moisture-induced aggregation of lyophilized proteins in the solid state.  Biotechnol. Bioeng. 37: 177-184.

133.   Rubio, E., Fernandez-Mayorales, A., Klibanov, A.M.  1991.  Effect of the solvent on enzyme regioselectivity.  J. Am. Chem. Soc. 113: 695-696.

LINZ_0173109

134.   Chang, N., Hen, S.J., Klibanov, A.M.  1991.  Protein separation and purification in neat dimethyl sulfoxide (DMSO).  Biochem. Biophys. Res. Commun. 176: 1462-1468.

135.   Volkin, D.B., Staubli, A., Langer, R., Klibanov, A.M.  1991.  Enzyme thermoinactivation in anhydrous organic solvents.  Biotechnol. Bioeng. 37: 843-853.

136.   Schulze, B., Klibanov, A.M.  1991.  Inactivation and stabilization of subtilisins in neat organic solvents.  Biotech. Bioeng. 38: 1001-1006.

137.   Fitzpatrick, P.A., Klibanov, A.M.  1991.  How can the solvent affect enzyme enantioselectivity?  J. Am. Chem. Soc. 113: 3166-3171.

138.   Margolin, A.L., Fitzpatrick, P.A., Dubin, P.L., Klibanov, A.M.  1991. Chemo-enzymatic synthesis of optically active (meth)acrylic polymers.  J. Am. Chem. Soc. 113: 4693-4694.

139.   Sluzky, V., Tamada, J.A., Klibanov, A.M., Langer, R.  1991.  Kinetics of insulin aggregation in aqueous solutions upon agitation in the presence of hydrophobic surfaces.  Proc. Natl. Acad. Sci. USA 88: 9377-9381.

140.   Gardossi, L., Bianchi, D., Klibanov, A.M.  1991.  Selective acylation of peptides catalyzed by lipases in organic solvents.  J. Am. Chem. Soc. 113: 6328-6329.

141.   Kitaguchi, H., Ono, M., Itoh, I., Klibanov, A.M.  1991.  Regioselective modification of lysine's amino groups by proteases.  Agric. Biol. Chem. 55: 3067-3073.

142.   Dabulis, K., Klibanov, A.M.  1992.  Molecular imprinting of proteins and other macromolecules resulting in new adsorbents.  Biotechnol. Bioeng. 39: 176-185.

143.   Chang, N., Klibanov, A.M.  1992.  Chromatographic separation of proteins in neat organic solvents.  Biotechnol. Bioeng. 39: 575-578.

144.   Tawaki, S., Klibanov, A.M.  1992.  Inversion of enzyme enantioselectivity mediated by the solvent.  J. Am. Chem. Soc. 114: 1882-1884.

145.   Fitzpatrick, P.A., Ringe, D., Klibanov, A.M.  1992.  Computer-assisted modeling of subtilisin enantioselectivity in organic solvents.  Biotechnol. Bioeng. 40: 735-742.

146.   Sluzky, V., Klibanov, A.M., Langer, R.  1992.  Mechanism of insulin aggregation and stabilization in agitated aqueous solutions.  Biotechnol. Bioeng. 40: 895-903.

147.   Burke, P.A., Griffin, R.G., Klibanov, A.M.  1992.  Solid-state NMR assessment of enzyme active center structure under nonaqueous conditions.  J. Biol. Chem. 267: 20057-20064.

148.   Klyachko, N.L., Klibanov, A.M.  1992.  Oxidation of dibenzothiophene catalyzed by hemoglobin and other hemoproteins in various aqueous-organic media.  Appl. Biochem. Biotechnol. 37: 53-68.

149.   Narayan, V.S., Klibanov, A.M.  1993.  Are water-immiscibility and apolarity of the solvent relevant to enzyme efficiency?  Biotechnol. Bioeng. 41: 390-393.

12

LINZ_0173110

150. Dabulis, K., Klibanov, A.M. 1993. Dramatic enhancement of enzymatic activity in organic solvents by lyoprotectants. Biotechnol. Bioeng. 41: 566-571.

151. Terradas, F., Teston-Henry, M., Fitzpatrick, P.A., Klibanov, A.M. 1993. Marked dependence of enzyme prochiral selectivity on the solvent. J. Am. Chem. Soc. 115: 390-396.

152. Burke, P.A., Griffin, R.G., Klibanov, A.M. 1993. Solid-state NMR investigation of the solvent dependence of tyrosyl ring motion in an enzyme. Biotechnol. Bioeng. 42: 87-94.

153. Wescott, C.R., Klibanov, A.M. 1993. Solvent variation inverts substrate specificity of an enzyme. J. Am. Chem. Soc. 115: 1629-1631.

154. Fitzpatrick, P.A., Steinmetz, A.C.U., Ringe, D., Klibanov, A.M. 1993. Enzyme crystal structure in a neat organic solvent. Proc. Natl. Acad. Sci. USA 90: 8653-8657.

155. Tawaki, S., Klibanov, A.M. 1993. Chemoselectivity of enzymes in anhydrous media is strongly solvent dependent. Biocatalysis 8: 3-19.

156. Klibanov, A.M. 1993. Enzyme catalysis without water. R&D Innovator 2(4): 1-7.

157. Ikeda, I., Klibanov, A.M. 1993. Lipase-catalyzed acylation of sugars solubilized in hydrophobic solvents by complexation. Biotechnol. Bioeng. 42: 788-791.

158. Wescott, C.R., Klibanov, A.M. 1993. Predicting the solvent dependence of enzymatic substrate specificity using semi-empirical thermodynamic calculations. J. Am. Chem. Soc. 115: 10362-10363.

159. Costantino, H.R., Langer, R., Klibanov, A.M. 1994. Moisture-induced aggregation of lyophilized insulin. Pharm. Res. 11: 21-29.

160. Bromberg, L.E., Klibanov, A.M. 1994. Detergent-enabled transport of proteins and nucleic acids through hydrophobic solvents. Proc. Natl. Acad. Sci. USA 91: 143-147.

161. Chin, J.T., Wheeler, S.L., Klibanov, A.M. 1994. On protein solubility in organic solvents. Biotechnol. Bioeng. 44: 140-145.

162. Fitzpatrick, P.A., Ringe, D., Klibanov, A.M. 1994. X-Ray crystal structure of cross-linked subtilisin Carlsberg in water vs. acetonitrile. Biochem. Biophys. Res. Commun. 198: 675-681.

163. Wescott, C.R., Klibanov, A.M. 1994. The solvent dependence of enzyme specificity. Biochim. Biophys. Acta 1206: 1-9.

164. Orsat, B., Drtina, G.J., Williams, M.G., Klibanov, A.M. 1994. Effect of support material and enzyme pretreatment on enantioselectivity of immobilized subtilisin in organic solvents. Biotechnol. Bioeng. 44: 1265-1269.

165. Desai, U.R., Osterhout, J.J., Klibanov, A.M. 1994. Protein structure in the lyophilized state: a hydrogen isotope exchange/NMR study with bovine pancreatic trypsin inhibitor. J. Am. Chem. Soc. 116: 9420-9422.

LINZ_0173111

166.   Costantino, H.R., Langer, R., Klibanov, A.M. 1994.  Solid-phase aggregation of proteins under pharmaceutically relevant conditions.  J. Pharm. Sci. 83: 1662-1669.

167.   Bromberg, L.E., Klibanov, A.M.  1995.  Transport of proteins dissolved in organic solvents across biomimetic membranes.  Proc. Natl. Acad. Sci. USA 92: 1262-1266.

168.   Magner, E., Klibanov, A.M.  1995.  The oxidation of chiral alcohols catalyzed by catalase in organic solvents.  Biotechnol. Bioeng. 46: 175-179.

169.   Desai, U.R., Klibanov, A.M. 1995. Assessing the structural integrity of a lyophilized protein in organic solvents.  J. Am. Chem. Soc. 117: 3940-3945.

170.   Ferrante, A.A., Augliera, J., Lewis, K., Klibanov, A.M.  1995.  Cloning of an organic solvent resistance gene in E. coli: the unexpected role of alkylhydroperoxide reductase.  Proc. Natl. Acad. Sci. USA 92: 7617-7621.

171.   Costantino, H.R., Langer, R., Klibanov, A.M.  1995.  Aggregation of a lyophilized pharmaceutical protein, recombinant human albumin: effect of moisture and stabilization by excipients. Bio/Technology 13: 493-496.

172.   Klibanov, A.M.  1995.  Enzyme memory – What is remembered and why?  Nature 374: 596.

173.   Griebenow, K., Klibanov, A.M.  1995.  Lyophilization-induced changes in the secondary structure of proteins.  Proc. Natl. Acad. Sci. USA 92: 10969-10976.

174.   Costantino, H.R., Griebenow, K., Mishra, P., Langer, R., Klibanov, A.M.  1995.  Fourier-transform infrared (FTIR) spectroscopic investigation of protein stability in the lyophilized form. Biochim. Biophys. Acta 1253: 69-74.

175.   Schwendeman, S.P., Costantino, H.R., Gupta, R.K., Siber, G.R., Klibanov, A.M., Langer, R. 1995.  Stabilization of tetanus and diphtheria toxoids against moisture-induced aggregation. Proc. Natl. Acad. Sci. USA 92: 11234-11238.

176.   Almarsson, O., Klibanov, A.M.  1996.  Remarkable activation of enzymes in nonaqueous media by denaturing organic cosolvents.  Biotechnol. Bioeng. 49: 87-92.

177.   Schwendeman, S.P., Cardamone, M., Klibanov, A.M., Langer, R., Brandon, M.R.  1996. Stability of proteins and their delivery from biodegradable polymer microspheres.  In: Microparticulate Systems for the Delivery of Proteins and Vaccine (S. Cohen and H. Bernstein, eds.), pp. 1-49, M. Dekker, New York.

178.   Louwrier, A., Drtina, G.J., Klibanov, A.M.  1996.  On the issue of interfacial activation of lipase in nonaqueous media.  Biotechnol. Bioeng. 50: 1-5.

179.   Schmitke, J.L., Wescott, C.R., Klibanov, A.M.  1996.  The mechanistic dissection of the plunge in enzymatic activity upon transition from water to anhydrous solvents.  J. Am. Chem. Soc. 118: 3360-3365.

180.   Noritomi, H., Almarsson, O., Barletta, G.L., Klibanov, A.M.  1996.  The influence of the mode of enzyme preparation on enzymatic enantioselectivity in organic solvents and its temperature dependence.  Biotechnol. Bioeng. 51: 95-99.

14

LINZ_0173112

181.  Ke, T., Wescott, C.R., Klibanov, A.M.  1996.  Prediction of the solvent dependence of enzymatic prochiral selectivity by means of structure-based thermodynamic calculations.  J. Am. Chem. Soc. 118: 3366-3374.

182.  Mishra, P., Griebenow, K., Klibanov, A.M.  1996.  Structural basis for the molecular memory of imprinted proteins in anhydrous media.  Biotechnol. Bioeng. 52: 609-614.

183.  Xu, K., Klibanov, A.M.  1996.  pH Control of the catalytic activity of cross-linked enzyme crystals in organic solvents.  J. Am. Chem. Soc. 118: 9815-9819.

184.  Koskinen, A.M.P., Klibanov, A.M., eds. 1996.  Enzymatic Reactions in Organic Media, Blackie Academic & Professional, London.

185.  Wescott, C.R., Noritomi, H., Klibanov, A.M.  1996.  Rational control of enzymatic enantio-selectivity by solvation thermodynamics.  J. Am. Chem. Soc. 118: 10365-10370.

186.  Costantino, H.R., Schwendeman, S.P., Griebenow, K., Klibanov, A.M., Langer, R.  1996.  The secondary structure and aggregation of lyophilized tetanus toxoid.  J. Pharm. Sci. 85: 1290-1293.

187.  Griebenow, K., Klibanov, A.M.  1996.  On protein denaturation in aqueous-organic mixtures but not in pure organic solvents.  J. Am. Chem. Soc. 118: 11695-11700.

188.  Costantino, H.R., Shieh, L., Klibanov, A.M., Langer, R.  1997.  Heterogeneity of serum albumin samples with respect to solid-state aggregation via thiol-disulfide interchange – implications for sustained release from polymers.  J. Controlled Release 44: 255-261.

189.  Costantino, H.R., Griebenow, K., Langer, R., Klibanov, A.M.  1997.  On the "pH memory" of lyophilized compounds containing protein functional groups.  Biotechnol. Bioeng. 53: 345-348.

190.  Schmitke, J.L., Stern, L.J., Klibanov, A.M.  1997.  Crystal structure of subtilisin Carlsberg in anhydrous dioxane and its comparison with those in water and acetonitrile.  Proc. Natl. Acad. Sci. USA 94: 4250-4255.

191.  Griebenow, K., Klibanov, A.M.  1997.  Can conformational changes be responsible for solvent and excipient effects on the catalytic behavior of subtilisin Carlsberg in organic solvents?  Biotechnol. Bioeng. 53: 351-362.

192.  Klibanov, A.M.  1997.  Why are enzymes less active in organic solvents than in water?  Trends Biotechnol. 15: 97-101.

193.  Wescott, C.R., Klibanov, A.M.  1997.  Thermodynamic analysis of the solvent effect on substrate specificity of lyophilized enzymes suspended in organic media.  Biotechnol. Bioeng. 56: 340-344.

194.  Costantino, H.R., Liauw, S., Mitragotri, S., Langer, R., Klibanov, A.M., Sluzky, V.  1997.  The pharmaceutical development of insulin: historical perspectives and future directions.  ACS Symp. Ser. 675: 29-66.

195.  Xu, K., Griebenow, K., Klibanov, A.M.  1997.  Correlation between catalytic activity and secondary structure of subtilisin dissolved in organic solvents.  Biotechnol. Bioeng. 56: 485-491.

15

LINZ_0173113

196.  Rariy, R.V., Klibanov, A.M.  1997.  Correct protein folding in glycerol.  Proc. Natl. Acad. Sci. USA 94: 13520-13523.

197.  Ke, T., Tidor, B., Klibanov, A.M.  1998.  Molecular-modeling calculations of enzymatic enantioselectivity taking hydration into account.  Biotechnol. Bioeng. 57: 741-745.

198.  Costantino, H.R., Schwendeman, S.P., Langer, R., Klibanov, A.M.  1998.  Deterioration of lyophilized pharmaceutical proteins.  Biochemistry (Moscow) 63: 422-429.

199.  Ke, T., Klibanov, A.M.  1998.  On enzymatic activity in organic solvents as a function of enzyme history.  Biotechnol. Bioeng. 57: 746-750.

200.  Luque, S., Ke, T., Klibanov, A.M.  1998.  On the role of transition-state substrate desolvation in enzymatic enantioselectivity in aqueous-organic mixtures.  Biocatalysis Biotrans. 16: 233-248.

201.  Schmitke, J.L., Stern, L.J., Klibanov, A.M.  1998.  Comparison of X-ray crystal structures of an acyl-enzyme intermediate of subtilisin Carlsberg formed in water and in anhydrous acetonitrile.  Proc. Natl. Acad. Sci. USA 95: 12918-12923.

202.  Ke, T., Klibanov, A.M.  1998.  Insights into the solvent dependence of chymotryptic prochiral selectivity.  J. Am. Chem. Soc. 120: 4259-4263.

203.  Schmitke, J.L., Stern, L.J., Klibanov, A.M.  1998.  Organic solvent binding to crystalline subtilisin in mostly aqueous media and in the neat organic solvents.  Biochem. Biophys. Res. Commun. 248: 273-277.

204.  Knubovets, T., Osterhout, J.J., Connolly, P.J., Klibanov, A.M.  1999.  Structure, thermostability, and conformational flexibility of hen egg-white lysozyme dissolved in glycerol.  Proc. Natl. Acad. Sci. USA 96: 1262-1267.

205.  Ke, T., Rariy, R.V., Schmitke, J.L., Klibanov, A.M.  1999.  Computational and experimental examination of the effect of inorganic salts on chymotryptic enantioselectivity in water.  Biocatalysis Biotrans. 17: 81-93.

206.  Rariy, R.V., Klibanov, A.M.  1999.  Protein refolding in predominantly organic media markedly enhanced by common salts.  Biotechnol. Bioeng. 62: 704-710.

207.  Fu, K., Griebenow, K., Hsieh, L., Klibanov, A.M., Langer, R.  1999.  FTIR characterization of the secondary structure of proteins encapsulated within PLGA microspheres. J. Controlled Release 58: 357-366.

208.  Knubovets, T., Osterhout, J.J., Klibanov, A.M.  1999.  Structure of lysozyme dissolved in neat organic solvent as assessed by NMR and CD spectroscopies.  Biotechnol. Bioeng. 63: 242-248.

209.  Ke, T., Klibanov, A.M. 1999.  Markedly enhancing enzymatic enantioselectivity in organic solvents by forming substrate salts.  J. Am. Chem. Soc. 121: 3334-3340.

210.  Dai, L., Klibanov, A.M. 1999.  Striking activation of oxidative enzymes suspended in nonaqueous media.  Proc. Natl. Acad. Sci. USA 96: 9475-9478.

LINZ_0173114

211.  Fu, K., Pack, D.W., Klibanov, A.M., Langer, R. 2000. Visual evidence of acidic environment within degrading poly(lactic-*co*-glycolic acid) (PLGA) microspheres. Pharm. Res. 17: 100-106.

212.  Arredondo, A.R., Dorval, B.L., Klibanov, A.M., Lewis, K. 2000. Rapid immunodetection of *Escherichia coli*. Biotechnol. Lett. 22: 547-550.

213.  Shin, J.-S., Luque, S., Klibanov, A.M. 2000. Improving lipase enantioselectivity in organic solvents by forming substrate salts with chiral agents. Biotechnol. Bioeng. 69: 577-583.

214.  Rariy, R.V., Klibanov, A.M. 2000. On the relationship between enzymatic enantioselectivity in organic solvents and enzyme flexibility. Biocatalysis Biotrans. 18: 401-407.

215.  Bonner, G., Klibanov, A.M. 2000. Structural stability of DNA in nonaqueous solvents. Biotechnol. Bioeng. 68: 339-344.

216.  Klibanov, A.M. 2000. Answering the question "Why did biocatalysis in organic media not take off in the 1930s?". Trends Biotechnol. 18: 85-86.

217.  Burova, T.V., Grinberg, N.V., Grinberg, V. Ya., Rariy, R.V., Klibanov, A.M. 2000. Calorimetric evidence for a native-like conformation of hen egg-white lysozyme dissolved in glycerol. Biochim. Biophys. Acta 1478: 309-317.

218.  Fu, K., Klibanov, A.M., Langer, R. 2000. Protein stability in controlled release systems. Nature Biotechnol. 18: 24-25.

219.  Arntzen, C.J., Dale, B.E., Beachy, R.N., Bemiller, J.N., Burgess, R.R., Gallagher, P., Hardy, R.W.F., Johnson, D.L., Kirk, T.K., Kishore, G.M., Klibanov, A.M., Pierce, J., Shanks, J.V., Wang, D.I.C., Westpheling, J., Zeikus, J.G. 2000. Biobased Industrial Products. National Academy Press, Washington, D.C.

220.  Dai, L., Klibanov, A.M. 2000. Peroxidase-catalyzed asymmetric sulfoxidation in organic solvents *vs.* in water. Biotechnol. Bioeng. 70: 353-357.

221.  Ozawa, S., Klibanov, A.M. 2000. Myoglobin-catalyzed epoxidation of styrene in organic solvents accelerated by bioimprinting. Biotechnol. Lett. 22: 1269-1272.

222.  Wise, D.L., Klibanov, A.M., Langer, R., Mikos, A., Brannon-Peppas, L., Peppas, N.A., Trantolo, D.J., Wnek, G.E., Yaszemski, M.J., Eds. 2000. Handbook of Pharmaceutical Controlled Release Technology. M. Dekker, New York.

223.  Tiller, J.C., Bonner, G., Pan, L.-C., Klibanov, A.M. 2001. Improving biomaterial properties of collagen films by chemical modification. Biotechnol. Bioeng. 73: 246-252.

224.  Tiller, J., Liao, C.-J., Lewis, K., Klibanov, A.M. 2001. Designing surfaces that kill bacteria on contact. Proc. Natl. Acad. Sci. USA 98: 5981-5985.

225.  Mathiowitz, E., Jacob, J.S., Jong, Y.S., Hekal, T.M., Spano, W., Guemonprez, R., Klibanov, A.M., Langer, R. 2001. Novel desiccants based on designed polymeric blends. J. Appl. Polymer Sci. 80: 317-327.

17

LINZ_0173115

226.   Klibanov, A.M.  2001.  Improving enzymes by using them in organic solvents.  Nature 409: 241-246.

227.   Choi, W.S., Krishna Murthy, G.G., Edwards, D.A., Langer, R., Klibanov, A.M.  2001.  Inhalation delivery of proteins from ethanol suspensions.  Proc. Natl. Acad. Sci. USA 98: 11103-11107.

228.   Xie, Y., Das, P.K., Klibanov, A.M.  2001.  Excipients activate peroxidases in specific but not in nonspecific reactions in organic solvents.  Biotechnol. Lett. 23: 1451-1454.

229.   Das, P.K., Caaveiro, J.M.M., Luque, S., Klibanov, A.M.  2002.  Binding of hydrophobic hydroxamic acids enhances peroxidase's stereoselectivity in nonaqueous sulfoxidations.  J. Am. Chem. Soc. 124: 782-787.

230.   Das, P.K., Caaveiro, J.M.M., Luque, S., Klibanov, A.M.  2002.  Asymmetric sulfoxidations mediated by α-chymotrypsin.  Biotechnol. Bioeng. 78: 104-109.

231.   Xie, Y., Das, P.K., Caaveiro, J.M.M., Klibanov, A.M.  2002.  Unexpectedly enhanced stereoselectivity of peroxidase-catalyzed sulfoxidation in branched alcohols.  Biotechnol. Bioeng. 79: 105-111.

232.   Lin, J., Tiller, J.C., Lee, S.B., Lewis, K., Klibanov, A.M.  2002.  Insights into bactericidal action of surface-attached poly(vinyl-N-hexylpyridinium) chains.  Biotechnol. Lett. 24: 801-805.

233.   Tiller, J.C., Lee, S.B., Lewis, K., Klibanov, A.M.  2002.  Polymer surfaces derivatized with poly(vinyl-N-hexylpyridinium) kill airborne and waterborne bacteria.  Biotechnol. Bioeng. 79: 465-471.

234.   Thomas, M., Klibanov, A.M.  2002.  Enhancing polyethylenimine's delivery of plasmid DNA into mammalian cells.  Proc. Natl. Acad. Sci. USA 99: 14640-14645.

235.   Lin, J., Shuyi, Q., Lewis, K., Klibanov, A.M.  2002.  Bactericidal properties of flat surfaces and nanoparticles derivatized with alkylated polyethylenimines.  Biotechnol. Progr. 18: 1082-1086.

236.   Fu, K., Harrell, R., Zinski, K., Um, C., Jaklenec, A., Frazier, J., Lotan, N., Burke, P., Klibanov, A.M., Langer, R.  2003.  A potential approach for decreasing the burst effect of protein from PLGA microspheres.  J. Pharm. Sci. 92: 1582-1591.

237.   Kamiya, N., Klibanov, A.M.  2003.  Controlling the rate of protein release from polyelectrolyte complexes.  Biotechnol. Bioeng. 82: 590-594.

238.   Lin, J., Shuyi, Q., Lewis, K., Klibanov, A.M.  2003. The mechanism of bactericidal and fungicidal activities of textiles covalently modified with alkylated polyethylenimine.  Biotechnol. Bioeng. 83: 168-172.

239.   Thomas, M., Klibanov, A.M.  2003.  Non-viral gene therapy:  polycation-mediated DNA delivery.  Appl. Microbiol. Biotechnol. 62: 27-34.

240.   Klibanov, A.M.  2003.  Asymmetric enzymatic oxidoreductions in organic solvents.  Curr. Opinion Biotechnol. 14: 427-431.

LINZ_0173116

241.   Chakrabarti, R., Klibanov, A.M.  2003.  Nanocrystals modified by peptide nucleic acids (PNAs) for selective self-assembly and DNA detection.  J. Am. Chem. Soc. 125: 12531-12540.

242.   Thomas, M., Klibanov, A.M.  2003.  Conjugation to gold nanoparticles enhances polyethylenimine's transfer of plasmid DNA into mammalian cells.  Proc. Natl. Acad. Sci. USA 100: 9138-9143.

243.   Lin, J., Murthy, S.K., Olsen, B.D., Gleason, K.K., Klibanov, A.M.  2003.  Making thin polymeric materials including fabrics microbicidal and also water-repellent.  Biotechnol. Lett. 25: 1661-1665.

244.   Dzyuba, S.V., Klibanov, A.M.  2003.  Asymmetric thiosulfinations catalyzed by bovine serum albumin and horseradish peroxidase.  Biotechnol. Lett. 25: 1961-1965.

245.   Klibanov, A.M., Schefiliti, J.A.  2004.  On the relationship between conformation and stability in solid pharmaceutical protein formulations.  Biotechnol. Lett. 26: 1103-1106.

246.   Dzyuba, S.V., Klibanov, A.M.  2004.  Stereoselective oxidations and reductions catalyzed by non-redox proteins.  Tetrahedron Asymmetry 15: 2771-2777.

247.   Gelman, F., Lewis, K., Klibanov, A.M.  2004.  Drastically lowering the titer of waterborne bacteriophage PRD1 by exposure to immobilized hydrophobic polycations.  Biotechnol. Lett. 26: 1695-1700.

248.   Thomas, M., Ge, Q., Lu, J.J., Chen, J., Klibanov, A.M.  2005.  Cross-linked small polyethylenimines: while still non-toxic, deliver DNA efficiently to mammalian cells in vitro and in vivo.  Pharm. Res. 22: 373-380.

249.   Sharma, V., Thomas, M., Klibanov, A.M.  2005.  Mechanistic studies on aggregation of polyethylenimine-DNA complexes and its prevention.  Biotechnol. Bioeng. 90: 614-620.

250.   Varga, C.M., Tedford, N.C., Thomas, M., Klibanov, A.M., Griffith, L.G., Lauffenburger, D.A.  2005.  Quantitative comparison of polyethylenimine formulations and adenoviral vectors in terms of intracellular gene delivery processes.  Gene Therapy 12: 1023-1032.

251.   Akinc, A., Thomas, M., Klibanov, A.M., Langer, R.  2005.  Exploring polyethylenimine-mediated DNA transfection and the proton sponge hypothesis.  J. Gene Medicine 7: 657-663.

252.   Milovic, N., Wang, J., Lewis, K., Klibanov, A.M.  2005.  Immobilized N-alkylated polyethylenimine avidly kills bacteria by rupturing cell membranes with no resistance developed.  Biotechnol. Bioeng. 90: 715-722.

253.   Thomas, M., Ge, Q., Lu, J.J., Klibanov, A.M., Chen, J.  2005.  Polycation-mediated delivery of short interfering RNAs for prophylaxis and treatment of influenza virus infection.  Expert Opinion Biol. Therapy 5: 495-505.

254.   Lewis, K., Klibanov, A.M.  2005.  Surpassing nature: rational design of sterile-surface materials.  Trends Biotechnol. 23: 343-348.

255.   Thomas, M., Lu, J.J., Ge, Q., Zhang, C., Chen, J., Klibanov, A.M.  2005.  Full deacylation of polyethylenimine dramatically boosts its gene delivery efficiency and specificity to mouse lung.

19

_Proc. Natl. Acad. Sci. USA_ 102: 5679-5684.

256.   Chakrabarti, R., Klibanov, A.M., Friesner, R.A.  2005.  Computational prediction of native protein ligand-binding and enzyme active site sequences.  _Proc. Natl. Acad. Sci. USA_ 102: 10153-10158.

257.   Chakrabarti, R., Klibanov, A.M., Friesner, R.A.  2005.  Sequence optimization and designability of enzyme active sites.  _Proc. Natl. Acad. Sci. USA_ 102: 12035-12040.

258.   Park, D., Wang, J., Klibanov, A.M.  2006.  One-step, painting-like coating procedures to make surfaces highly and permanently bactericidal.  _Biotechnol. Progr._ 22: 584-589.

259.   Yu, J.-H., Klibanov, A.M.  2006.  Co-lyophilization with D-proline greatly enhances peroxidase's stereoselectivity in a nonaqueous medium.  _Biotechnol. Lett._ 28: 555-558.

260.   Haldar, J., An, D., Alvarez de Cienfuegos, L., Chen, J., Klibanov, A.M.  2006.  Polymeric coatings that inactivate both influenza virus and pathogenic bacteria.  _Proc. Natl. Acad. Sci. USA_ 103: 17667-17671.

261.   Sharma, V.K., Klibanov, A.M.  2007.  Moisture-induced aggregation of lyophilized DNA and its prevention.  _Pharm. Res._ 24: 168-175.

262.   Rojas, A.M., Gonzalez, P.A., Antipov, E., Klibanov, A.M.  2007.  Specificity of a DNA-based (DNAzyme) peroxidative biocatalyst.  _Biotechnol. Lett._ 29: 227-232.

263.   Thomas, M., Lu, J.J., Chen, J., Klibanov, A.M.  2007.  Non-viral siRNA delivery to the lung.  _Adv. Drug Delivery Revs._ 59: 124-133.

264.   Watanabe, W., Thomas, M., Clarke, R., Klibanov, A.M., Langer, R., Katstra, J., Fuller, G.G., Griel, L.C., Fiegel, J., Edwards, D.  2007.  Why inhaling salt water changes what we exhale.  _J. Colloid Interface Sci._ 307: 71-78.

265.   Lipovšek, D., Antipov, E., Armstrong, K.A., Olsen, M.J., Tidor, B., Wittrup, K.D.  2007.  Selection of horseradish peroxidase variants with enhanced enantioselectivity by yeast surface display.  _Chem. Biol._ 14: 1176-1185.

266.   Thomas, M., Lu, J.J., Zhang, C.C., Chen, J., Klibanov, A.M.  2007. Novel superior polycationic vectors for gene delivery prepared by high-throughput synthesis and screening of a combinatorial library. _Pharm. Res._ 24: 1564-1571.

267.   Klibanov, A.M.  2007.  Permanently microbicidal materials coatings.  _J. Mater. Chem._ 17: 2479-2482.

268.   Haldar, J., Weight, A.K., Klibanov, A.M. 2007.  Preparation, application, and testing of permanently antibacterial and antiviral coatings.  _Nature Protocols_ 2: 2412-2417.

269.   Devitt, G., Thomas, M., Klibanov, A.M., Pfeiffer, T., Bosch, V.  2007.  Optimized protocol for the large-scale production of HIV pseudovirions by transient transfection of HEK293T cells with linear fully deacylated polyethylenimine. _J. Virol. Meth._ 146: 298-304.

20

LINZ_0173118

270.   Haldar, J., Chen, J., Tumpey, T.M., Gubareva, L.V., Klibanov, A.M.  2008.  Hydrophobic polycationic coatings inactivate wild-type and zanamivir- and/or oseltamivir- resistant human and avian influenza viruses.  Biotechnol. Lett. 30: 475-479.

271.   Mukherjee, K., Rivera, J.J., Klibanov, A.M.  2008.  Practical aspects of hydrophobic polycationic "bactericidal paints".  Appl. Biochem. Biotechnol. 151: 61-70.

272.   Antipov, E., Cho, A.E., Wittrup, K.D., Klibanov, A.M.  2008.  Highly L- and D- enantioselective variants of horseradish peroxidase discovered by an ultra high-throughput selection method.  Proc. Natl. Acad. Sci. USA 105: 17694-17699.

273.   Singleton, P.A., Chatchavalvanich, S., Fu, P., Xing, J., Birukova, A.A., Fortune, L., Klibanov, A.M., Garcia, J.G.N., Birukov, K.G.  2009.  Akt-mediated transactivation of the $S1P_1$ receptor in caveolin-enriched microdomains regulates endothelial barrier enhancement by oxidized phospholipids.  Circulation Res. 104: 978-986.

274.   Antipov, E., Cho, A.E., Klibanov, A.M.  2009.  How a single-point mutation in horseradish peroxidase markedly enhances enantioselectivity.  J. Am. Chem. Soc. 131: 11155-11160.

275.   Haldar, J., Álvarez de Cienfuegos, L., Tumpey, T.M., Gubareva, L.V., Chen, J., Klibanov, A.M.  Bifunctional polymeric inhibitors of human influenza A viruses.  2010.  Pharm. Res. 27: 259-263.

276.   Agresti, J.J., Antipov, E., Abate, A.R., Ahn, K., Rowat, A.C., Baret, J.-C., Marquez, M., Klibanov, A.M., Griffiths, A.D., Weitz, D.A.  2010.  Ultrahigh-throughput screening in drop-based microfluidics for directed evolution.  Proc. Natl. Acad. Sci. USA 107: 4004-4009.

277.   Fortune, J.A., Wu, B.-I., Klibanov, A.M.  2010.  Radio frequency radiation (RFR) causes no non-thermal damage in enzymes and living cells.  Biotechnol. Progr. 26: 1772-1776.

278.   Wong, S.Y., Li, Q., Veselinovic, J., Kim, B.-S., Klibanov, A.M., Hammond, P.T.  2010.  Bactericidal and virucidal ultrathin films assembled layer by layer from polycationic N-alkylated polyethylenimines and polyanions.  Biomaterials 31: 4079-4087.

279.   Birukova, A.A., Xing, J., Fu, P., Yakubov, B., Dubrovskyi, O., Fortune, J.A., Klibanov, A.M., Birukov, K.G.  2010.  Atrial natriuretic peptide attenuates LPS-induced lung vascular leak: role of PAK1.  Am. J. Physiol. 299: L652-L663.

280.   Wong, S.Y., Moskowitz, J.S., Veselinovic, J., Rosario, R.A., Timachova, K., Blaisse, M.R., Smith, R.C., Klibanov, A.M., Hammond, P.T.  2010.  Dual functional polyelectrolyte multilayer coatings for implants: permanent microbicidal base with controlled release of therapeutic agents.  J. Am. Chem. Soc. 132: 17840-17848.

281.   Du, W., Klibanov, A.M.  2011.  Hydrophobic salts markedly diminish viscosity of concentrated protein solutions.  Biotechnol. Bioeng. 108: 632-636.

282.   Fortune, J.A., Novobrantseva, T., Klibanov, A.M.  2011.  Highly effective gene transfection in vivo by alkylated polyethylenimine.  J. Drug Delivery 2011: 6 pages, doi:10.1155/2011/204058.

283.   Larson, A.M., Hsu, B.B., Rautaray, D., Haldar, J., Chen, J., Klibanov, A.M.  2011.  Hydrophobic polycationic coatings disinfect poliovirus and rotavirus.  Biotechnol. Bioeng. 108: 720-723.

LINZ_0173119

284.   Weight, A.K., Haldar, J., Álvarez de Cienfuegos, L., Tumpey, T.M., Gubareva, L.V., Chen, J., Klibanov, A.M.  2011.  Attachment to a polymer markedly enhances activity of zanamivir against drug-resistant strains of influenza A virus.  J. Pharm. Sci. 100: 831-835.

285.   Hsu, B.B., Klibanov, A.M.  2011.  Light-activated covalent coating of cotton with hydrophobic polycations.  Biomacromolecules 12: 6-9.

286.   Hsu, B.B., Ouyang, J., Wong, S.Y., Hammond, P.T., Klibanov, A.M.  2011.  On structural damage incurred by bacteria upon exposure to hydrophobic polycationic coatings.  Biotechnol. Lett. 33: 411-416.

287.   Fortune, J.A., Klibanov, A.M.  2011.  Attaching anti-ACE monoclonal antibody to polyethylenimine (PEI) does not enhance specificity of in vivo PEI-mediated gene delivery.  Open J. Pharmacol. 1-2: 5 pages.

288.   Onnis-Hayden, A., Hsu, B.B., Klibanov, A.M., Gu, A.Z.  2011.  An antimicrobial polycationic sand filter for water disinfection.  Water Sci. Technol. 63: 1997-2003.

289.   Sharma, A., Tandon, A., Tovey, J.C.K., Gupta, R.R., Robertson, J.D., Fortune, J.A., Klibanov, A.M., Cowden, J.W., Rieger, F.G., Mohan, R.R. 2011. Polyethylenimine-conjugated gold nanoparticles: gene transfer potential and low toxicity in the cornea.  Nanomedicine 7: 505-513.

290.   Hsu, B.B., Wong, S.Y., Hammond, P.T., Chen, J., Klibanov, A.M. 2011. On the mechanism of influenza virus inactivation by immobilized hydrophobic polycations.  Proc. Natl. Acad. Sci. USA 108: 61-66.

291.   Long, F., Gao, C., Shi, H.C., He, M., Zhu, A.N., Klibanov, A.M., Gu, A.Z.  2011.  Reusable evanescent-wave DNA biosensor for a rapid, highly sensitive, and selective detection of mercury ions.  Biosensors Bioelectron. 26: 4018-4023.

292.   Behlau, I., Mukherjee, K., Todani, A., Tisdale, A.S., Cade, F., Wang, L., Leonard, E.M., Zakka, F.R., Gilmore, M.S., Jakobiec, F.A., Dohlman, C.H., Klibanov, A.M. 2011. Biocompatibility and biofilm inhibition of N,N-hexyl,methyl-polyethylenimine bonded to Boston Keratoprosthesis artificial cornea materials.  Biomaterials 32: 8783-8796.

293.   Wong, S.Y., Han, L., Timachova, K., Veselinovic, J., Hyder, M.N., Ortiz, C., Klibanov, A.M., Hammond, P.T.  2012.  Drastically lowered protein adsorption on microbicidal hydrophobic/hydrophilic polyelectrolyte multilayers.  Biomacromolecules: 13: 719-726.

294.   Schaer, T.P., Stewart, S., Hsu, B.B., Klibanov, A.M.  2012.  Hydrophobic polycationic coatings that inhibit biofilms and support bone healing during infection.  Biomaterials 33: 1245-1254.

295.   Nassar, R.A., Brown, E.P., Chen, J., Klibanov, A.M.  2012.  Removing human immunodeficiency virus (HIV) from the blood using immobilized heparin.  Biotechnol. Lett. 34: 853-856.

296.   Larson, A.M., Wang, H., Cao, Y., Jiang, T., Chen, J., Klibanov, A.M.  2012.  Conjugating drug candidates to polymeric chains does not necessarily enhance anti-influenza activity.  J. Pharm. Sci. 101: 3896-3905.

297.   Sharma, A., Rodier, J.T., Tandon, A., Klibanov, A.M., Mohan, R.R.  2012.  Attenuation of corneal myofibroblast development through nanoparticle-mediated soluble transforming growth factor-β

22

LINZ_0173120

type II receptor (sTGFβRII) gene transfer.  Molecular Vision 18: 2598-2607.

298.  Guo, Z., Chen, A., Nassar, R.A., Helk, B., Mueller, C., Tang, Y., Gupta, K., Klibanov, A.M.  2012.  Structure-activity relationship for hydrophobic salts as viscosity-lowering excipients for concentrated aqueous solutions of monoclonal antibodies.  Pharm. Res. 29: 3102-3109.

299.  Grant, E.V., Thomas, M., Fortune, J., Klibanov, A.M., Letvin, N.L.  2012.  Enhancement of plasmid DNA immunogenicity with linear polyethylenimine.  Eur. J. Immunol. 42: 2937-2948.

300.  Lee, C.M., Weight, A.K., Haldar, J., Wang, L., Klibanov, A.M., Chen, J.  2012.  Polymer-attached zanamivir inhibits synergistically both early and late stages of influenza virus infection.  Proc. Natl. Acad. Sci. USA 109: 20385-20390.

301.  Larson, A.M., Oh, H.S., Knipe, D.M., Klibanov, A.M.  2013.  Decreasing herpes simplex viral infectivity in solution by surface-immobilized and suspended N,N-dodecyl,methyl-polyethylenimine.  Pharm. Res. 30: 25-31.

302.  Park, D., Larson, A.M., Klibanov, A.M., Wang, Y.  2013.  Antiviral and antibacterial polyurethanes of various modalities.  Appl. Biochem. Biotechnol. 169: 1134-1146.

303.  Srinivasan, C., Weight, A.K., Bussemer, T., Klibanov, A.M.  2013.  Non-aqueous suspensions of antibodies are much less viscous than equally concentrated aqueous solutions.  Pharm. Res. 30: 1749-1757.

304.  Larson, A.M., Klibanov, A.M.  2013.  Biocidal packaging of pharmaceuticals, foods, and other perishables.  Ann. Rev. Chem. Biomolec. Eng. 4: 171-186.

305.  Gerrard, S.E., Larson, A.M., Klibanov, A.M., Slater, N.K.H., Hanson, C.V., Abrams, B.F., Morris, M.K.  2013.  Reducing infectivity of HIV upon exposure to surfaces coated with N,N-dodecyl,methyl-polyethylenimine.  Biotechnol. Bioeng. 110: 2058-2062.

306.  Larson, A.M., Chen, J., Klibanov, A.M.  2013.  Conjugation to polymeric chains of influenza drugs targeting M2 ion channels partially restores inhibition of drug-resistant mutants.  J. Pharm. Sci. 102: 2450-2459.

307.  Weight, A.K., Belser, J.A., Tumpey, T.M., Chen, J., Klibanov, A.M.  2013.  Zanamivir conjugated to poly-L-glutamine is much more active against influenza viruses in mice and ferrets than the drug itself.  Pharm. Res. 31: 466-474.

308.  Tandon, A., Sharma, A., Rodier, J.T., Klibanov, A.M., Rieger, F.G., Mohan, R.R.  2013.  BMP7 gene transfer via gold nanoparticles into stroma inhibits corneal fibrosis in vivo.  PLOS ONE 8(6): e66434, 1-9.

309.  Liu, H., Kim, Y., Mello, K., Lovaasen, J., Shah, A., Rice, N., Yim, J.H., Pappas, D., Klibanov, A.M.  2014.  Aerosol-assisted plasma deposition of hydrophobic polycations makes surfaces highly antimicrobial.  Appl. Biochem. Biotechnol. 172: 1254-1264.

310.  Zhu, A., Liu, H.K., Long, F., Su, E., Klibanov, A.M.  2015.  Biocidal action of electric current applied to composite membranes containing carbon nanotubes.  Appl. Biochem. Biotechnol. 175: 666-676.

LINZ_0173121

311.   Liu, K., Elkin, I., Chen, J., Klibanov, A.M.  2015.  Why do some immobilized *N*-alkylated polyethylenimines far surpass others in inactivating influenza viruses? Biomacromolecules 16: 351-356.

312.   Su, E., Klibanov, A.M.  2015. Low-transition-temperature mixtures (LTTMs) for dissolving proteins and for drug formulation. Appl. Biochem. Biotechnol. 177: 753-758.

313.   Elkin, I., Weight, A.K., Klibanov, A.M.  2015.  Markedly lowering the viscosity of aqueous solutions of DNA by additives. Int. J. Pharmaceutics 494: 66-72.

314.   Weikart, C.M., Klibanov, A.M., Breeland, A.P., Taha, A.H., Mauer, B.R., Martin, S.  2017. Plasma-treated microplates with enhanced protein recoveries and minimized leachables. J. Lab. Automation 22: 98-105.

315.   Larson, A.M., Weight, A.K., Love, K., Bonificio, A., Wescott, C.R., Klibanov, A.M.  2017. Bulky polar additives that greatly reduce the viscosity of concentrated solutions of therapeutic monoclonal antibodies. J. Pharm. Sci. 106: 1211-1217.

316.   Kumar, A., Klibanov, A.M.  2017.  Viscosity-lowering bulky-salt excipients prevent gelation of protein, but not carbohydrate, solutions. Appl. Biochem. Biotechnol. 182: 1491-1496.

317.   Weight, A.K., Sule, S.V., Bonificio, A.S., Gupta, K., Wescott, C.R., Klibanov, A.M. 2017. Excipients that lower viscosity of concentrated protein solutions by reducing intermolecular interactions. Pharm. Res., submitted.

**Patents:**

1.   Klibanov, A.M., Langer, R.S.  Methods of decreasing the hydrophobicity of fibroblast and other interferons. U.S. Patent No. 4,414,147; November 8, 1983.

2.   Klibanov, A.M., Kirchner, G.  Enzymatic production of optical isomers of 2-halopropionic acids. U.S. Patent No. 4,601,987; July 22, 1986.

3.   Klibanov, A.M.  Removal of combined organic substances from aqueous solutions. U.S. Patent No. 4,623,465; November 18, 1986.

4.   Klibanov, A.M.  Enzymatic resolution of racemic mixtures of hydroxy compounds. U.S. Patent No. 4,659,671; 1987.

5.   Klibanov, A.M., Dordick, J.S.  Enzymatic temperature change indicator. U.S. Patent No. 4,826,762; May 2, 1989.

6.   Dorval, B.L., Denham, L., Klibanov, A.M.  Radial flow assay, delivering membrane, test kit, and methods. U.S. Patent No. 5,547,833; August 20, 1996.

7.   Dorval, B.L., Denham, L., Klibanov, A.M.  Detection reagent, particle, and immunoassay method. U.S. Patent No. 5,561,045; October 1, 1996.

8.   Dorval, B.L., Chow, M., Klibanov, A.M.  Stabilized vaccine compositions. U.S. Patent No. 5,618,539; April 8, 1997. European Patent No. 0 487 632; March 4, 1998.

LINZ_0173122

9. Klibanov, A.M., Lewis, K., Ferrante, A.A., Coyle, C.L., Zylstra, G., Logan, M.S.P., Grossman, M.J. Solvent-resistant microorganisms. U.S. Patent No. 5,807,735; September 15, 1998.

10. Gresser, J.D., Trantolo, D.J., Langer, R., Klibanov, A.M., Wise, D.L. Material for buffered resorbable internal fixation devices and method for making the same. U.S. Patent No. 5,817,328; October 6, 1998.

11. Hekal, I.M., Langer, R.S., Klibanov, A.M., Mathiowitz, E. Monolithic polymer composition having a water absorption material. U.S. Patent No. 6,174,952; January 16, 2001.

12. Gresser, J.D., Trantolo, D.J., Langer, R., Lewandrowski, K.-U., Klibanov, A.M., Wise, D.L. Resorbable interbody spinal fusion devices. U.S. Patent No. 6,241,771; June 5, 2001.

13. Trantolo, D.J., Langer, R., Klibanov, A.M., Wise, D.L.  Buffered resorbable internal fixation devices and methods for making material therefor. U.S. Patent No. 6,419,945; July 16, 2002.

14. Gresser, J.D., Trantolo, D.J., Langer, R., Lewandrowski, K.-U., Klibanov, A.M., Wise, D.L. Method of making biodegradable interbody spinal fusion devices. U.S. Patent No. 6,548,002; April 15, 2003.

15. Klibanov, A.M.  Nonaqueous solutions and suspensions of macromolecules for pulmonary delivery. U.S. Patent No. 6,660,715; December 9, 2003.

16. Tiller, J.C., Lewis, K., Liao, C.-J., Klibanov, A.M.  Antimicrobial polymeric surfaces. U.S. Patent No. 7,151,139; December 19, 2006.

17. Hirsh, J.C., Fleming, A.B., Rariy, R.V., Klibanov, A.M. Abuse-deterrent drug formulations. U.S. Patent No. 7,771,707; August 10, 2010.

18. Hirsh, J.C., Fleming, A.B., Rariy, R.V., Klibanov, A.M. Abuse-deterrent drug formulations. U.S. Patent No. 8,449,909; May 28, 2013.

19. Rariy, R.V., Fleming, A.B., Hirsh, J.C., Klibanov, A.M. Abuse-deterrent pharmaceutical compositions of opioids and other drugs. U.S. Patent No. 8,557,291; October 15, 2013.

20. Hirsh, J., Fleming, A.B., Rariy, R.V., Klibanov, A.M. Abuse-deterrent drug formulations. U.S. Patent No. 8,758,813; June 24, 2014.

21. Hirsh, J.C., Klibanov, A.M., Swager, T.M., Buchwald, S.L., Lo, W.Y., Fleming, Rariy, R.V. Abuse-deterrent pharmaceutical compositions of opioids and other drugs. U.S. Patent No. 9,044,398; June 2, 2015.

22. Schaer, T.P., Stewart, S., Klibanov, A.M. Antibacterial coatings that inhibit biofilm formation on implants. U.S. Patent No. 9,089,407; July 28, 2015.

23. Rariy, R.V., Fleming, A.B., Hirsh, J.C., Klibanov, A.M. Abuse-deterrent pharmaceutical compositions of opioids and other drugs. U.S. Patent No. 9,248,195; February 2, 2016.

24. Rariy, R.V., Fleming, A.B., Hirsh, J., Klibanov, A.M. Abuse-deterrent pharmaceutical compositions of opioids and other drugs. U.S. Patent No. 9,592,200; March 14, 2017.

LINZ_0173123

25.   Schaer, P.T., Hsu, B.B., Stewart, S., Klibanov, A.M. Hydrophobic polycationic coatings that inhibit biofilm formation on orthopedic implants and support healing during infection, pending.

26.   Haldar, J., An, D., Álvarez de Cienfuegos, L., Chen, J., Klibanov, A.M.  Polymeric coatings that inactivate viruses and bacteria. U.S. Patent Appl. Publ. No. 2010/0136072; June 3, 2010.

27.   Pedersen, M., Stanley, M., Gouin, S., Klibanov, A.M, Hsu, B.B. Antimicrobial quat coating on fabrics. PCT Intl. Appl. WO 2012/06561, 2012.

28.   Haldar, J., Alvarez de Cienfuegos, L., Klibanov, A.M., Chen, J. Bi-functional polymer-attached inhibitors of influenza virus. PCT Intl. Appl.WO 2009/032605, 2012.

29.   Klibanov, A.M., Su, E. Neat liquid pharmaceutical formulations. U.S. Patent No. 9,731,026; August 15, 2017.

30.   Hirsh, J.C., Fleming, A.B., Rariy, R.V., Klibanov, A.M. Abuse-deterrent pharmaceutical compositions. U.S. Patent No. 9,763,883; September 19, 2017.

31.   Larson, A.M.,Weight, A.K., Love, K., Crane, A., Langer, R.S., Klibanov, A.M. Liquid pharmaceutical formulations for injection comprising thiamine pyrophosphate 1-(3-aminopropyl)-2-methyl-1H-imidazole and uses thereof. U.S. Patent No. 9,913,905; March 13, 2018.

32.   Larson, A.M., Love, K., Weight, A.K., Crane, A., Langer, R.S., Klibanov, A.M. Liquid pharmaceutical formulations for injection comprising procaine and uses thereof. U.S. Patent No. 9,925,263; March 27, 2018.

33.   Larson, A.M., Love, K., Weight, A.K., Crane, A., Langer, R.S., Klibanov, A.M. Liquid pharmaceutical formulations for injection comprising Yellow 5 Orange G and uses thereof. U.S. Patent No. 10,179,172; March 27, 2018.

**Invited Lectures:**

1.   Gordon Conference on Immobilized Enzymes, Complexes, and Cells (Plymouth, NH). August 1978.

2.   5th International Conference on Enzyme Engineering (Henniker, NH). August 1978.

3.   Miles Laboratories (Elkhart, IN). February 1980.

4.   Gordon Conference on Immobilized Species (Henniker, NH). August 1980.

5.   Novo Laboratories (Wilton, CT). October 1980.

6.   Corning Glass Works Co. (Corning, NY). October 1980.

7.   Stauffer Chemical Co. (Dobbs Ferry, NY). December 1980.

8.   DuPont Experimental Station (Wilmington, DE). January 1981.

9.   Dow Chemical Co. (Wayland, MA). April 1981.

26

LINZ_0173124

10. Cetus Corp. (Berkeley, CA). April 1981.

11. Exxon Research & Engineering Co. (Linden, NJ). April 1981.

12. Meeting of the American Solar Energy Society (Philadelphia, PA). May 1981.

13. 6th International Conference on Enzyme Engineering (Kashikojima, Japan). September 1981.

14. Genex Corp. (Rockville, MD). October 1981.

15. ILP Symposium for Senior Executives (London, England). November 1981.

16. California Institute of Technology (Pasadena, CA). December 1981.

17. Symposium of the American Society for Microbiology (Atlanta, GA). March 1982.

18. Kodak Research Center (Rochester, NY). March 1982.

19. Repligen Corp. (Cambridge, MA). April 1982.

20. Symposium on the Biological Basis of New Developments in Biotechnology (Minneapolis, MN). May 1982.

21. Meeting of the Biochemical Society (Oxford, England). July 1982.

22. Meeting of the American Chemical Society (Kansas City, MO). September 1982.

23. Rotenburger Symposium on Enzyme Technology (Kassel, Germany). September 1982.

24. Genetics Institute (Boston, MA). September 1982.

25. Meeting of the American Institute of Chemical Engineers (Los Angeles, CA). November 1982.

26. G.D. Searle Co. (Chicago, IL). October 1982.

27. Halcon International Research Center (Montvale, NJ). October 1982.

28. International Workshop on Immobilized Enzymes and Cells (Bangkok, Thailand). December 1982.

29. Amoco Research Center (Naperville, IL). January 1983.

30. University College London (London, England). May 1983.

31. International Conference on Biotechnology Biotech '83 (London, England). May 1983.

32. Tufts University Workshop on Immobilized Enzymes and Proteins (Medford, MA). June 1983

27

LINZ_0173125

33. Gordon Conference on Organic Reactions and Processes (New Hampton, NH). July 1983.

34. Symposium "Biocatalysis: New Discoveries and Uses", Meeting of the American Society for Industrial Microbiology (Sarasota, FL). August 1983.

35. Monsanto Co. (St. Louis, MO). September 1983.

36. Pasteur Biosciences '83 Conference (Paris, France). September 1983.

37. 7th International Conference on Enzyme Engineering (White Haven, PA). September 1983.

38. University of Iowa (Iowa City, IA). October 1983.

39. CPC Moffett Technical Center (Summitt-Argo, IL). December 1983.

40. General Foods Co. (Dobbs Ferry, NY). December 1983.

41. U.S. National Bureau of Standards (Gaithersburg, MD). April 1984.

42. Millipore Corp. (Bedford, MA). April 1984.

43. Technical University of Munich (Munich, F.R.G.). May 1984.

44. Danish Academy of Technical Sciences (Copenhagen, Denmark). May 1984.

45. Novo International Biotechnology Symposium (Copenhagen, Denmark). May 1984.

46. CRA Scientific Conference (St. Charles, IL). June 1984.

47. Gordon Conference on Immobilized Species in Biotechnology (Plymouth, NH). August 1984.

48. Meeting of the American Chemical Society (Philadelphia, PA). August 1984.

49. International Biotechnology Conference Biotech '84 (Washington, DC). September 1984.

50. Staley Manufacturing Co. (Decatur, IL). October 1984.

51. Case Western Reserve University (Cleveland, OH). October 1984.

52. IMC Corp. (Terre Haute, IN). October 1984.

53. Syracuse University (Syracuse, NY). November 1984.

54. National University of Mexico (Mexico City, Mexico). November 1984.

55. National Starch & Chemical Corp. (Bridgewater, NJ). November 1984.

56. Mead Corp. (Chillicothe, OH). November 1984.

57. Hebrew University of Jerusalem (Jerusalem, Israel). November 1984.

LINZ_0173126

58.  U.S. Army Chemical R&D Center (Aberdeen Proving Ground, MD). December 1984.

59.  Allied Corp. (Morristown, NJ). December 1984.

60.  Bristol Laboratories (Syracuse, NY). January 1985.

61.  University of Rochester (Rochester, NY). January 1985.

62.  G.D. Searle Co. (Chicago, IL). February 1985.

63.  Wellcome Research Laboratories (Research Triangle Park, NC). February 1985.

64.  UCLA Symposium on Protein Structure, Folding and Design (Keystone, CO). April 1985.

65.  International Conference on Application of Biocatalysts in Organic Synthesis (Noordwijkerhout, Holland). April 1985.

66.  Guido Donegani Research Institute (Novara, Italy). April 1985.

67.  Hoffmann-LaRoche Co. (Basel, Switzerland). April 1985.

68.  Pittsburgh-Cleveland Catalysis Society Meeting (Pittsburgh, PA). May 1985.

69.  Ethyl Corp. (Baton Rouge, LA). May 1985.

70.  Stony Brook Symposium on Protein Engineering (Stony Brook, NY). May 1985.

71.  Amgen Corp. (Thousand Oaks, CA). June 1985.

72.  Gordon Conference on Applied Microbiology (New London, NH). August 1985.

73.  International Congress of Biochemistry (Amsterdam, Holland). August 1985.

74.  IUPAC Congress (Manchester, England). September 1985.

75.  International Enzyme Engineering Conference (Helsingor, Denmark). September 1985.

76.  Biotechnica '85 (Hannover, West Germany). October 1985.

77.  Biotec 85 (Dusseldorf, West Germany). October 1985.

78.  Smith Kline & French Co. (Philadelphia, PA). November 1985.

79.  Exxon Corporate Research (Anandale, NJ). December 1985.

80.  Pennsylvania State University (University Park, PA). December 1985.

81.  Georgetown University (Washington, DC). February 1986.

82.  Columbia University (New York, NY). February 1986.

LINZ_0173127

83. Upjohn Co. (Kalamazoo, MI). February 1986.

84. UNIDO Workshop on Biotechnology (Trieste, Italy). March 1986.

85. Eniricherche (Monterotondo, Italy). March 1986.

86. EEC Biomolecular Engineering Meeting (Compiegne, France). April 1986.

87. ACS Conference on Chemical Aspects of Biotechnology (Gaithersburg, MD). May 1986.

88. Biotech '86 Europe International Conference (London, England). May 1986.

89. IUPAC International Symposium on Organic Chemistry in Technological Perspective (Jerusalem, Israel). June 1986.

90. University of Tel-Aviv (Ramat-Aviv, Israel). June 1986.

91. Annual Meeting of the Canadian Biochemical Society (Guelph, Canada). June 1986.

92. International Symposium on Biologically Engineered Polymers (Cambridge, England). July 1986.

93. TNO Institute of Applied Chemistry (Zeist, The Netherlands). August 1986.

94. IUPAC International Symposium on the Chemistry of Natural Products (The Hague, The Netherlands). August 1986.

95. American Chemical Society National Meeting (Anaheim, CA). September 1986.

96. Catalytica Annual Science and Technology Symposium (San Jose, CA). September 1986.

97. International Conference on Enzyme Engineering (Cambridge, England). September 1986.

98. Ohio State University (Columbus, OH). October 1986.

99. Michigan State University (Lansing, MI). October 1986.

100. Biotechnology Process Engineering Symposium (Cambridge, MA). October 1986.

101. University of Delaware (Newark, DE). November 1986.

102. American Red Cross Blood Research Institute (Bethesda, MD). November 1986.

103. International Symposium on Biocatalysis in Non-Aqueous Solvents (Wageningen, The Netherlands). December 1986.

104. University of Trondheim (Trondheim, Norway). December 1986.

105. Colgate-Palmolive Research Center (Piscataway, NJ). January 1987.

106. International Paper Co. (Tuxedo Park, NY). January 1987.

LINZ_0173128

107. University of Massachusetts (Amherst, MA). February 1987.

108. American Society for Microbiology Biocatalysis Symposium (Atlanta, GA). March 1987.

109. Hope College (Holland, MI). March 1987.

110. Pfizer Corporate Research Center (Groton, CT). April 1987.

111. OBBS Symposium on Protein Engineering (Ottawa, Canada). April 1987.

112. University of Texas (Austin, TX). April 1987.

113. Florida Catalysis Conference (Palm Coast, FL). May 1987.

114. PPG Industries (Barberton, OH). May 1987.

115. Abbott Laboratories (North Chicago, IL). May 1987.

116. American Oil Chemists Society Symposium on Lipases (New Orleans, LA). May 1987.

117. Argonne National Laboratory (Argonne, IL). June 1987.

118. Canadian Chemical Conference (Quebec City, Canada). June 1987.

119. Squibb Co. (New Brunswick, NJ). June 1987.

120. FEBS Annual Meeting (Ljubljana, Yugoslavia). July 1987.

121. L'Oreal Research Institute (Paris, France). July 1987.

122. International Symposium on Biointeractions (Cambridge, England). July 1987.

123. Eli Lilly Co. (Indianapolis, IN). August 1987.

124. Upjohn Co. (Kalamazoo, MI). September 1987.

125. International Enzyme Engineering Conference (Santa Barbara, CA). October 1987.

126. Shell Development Co. (Houston, TX). October 1987.

127. DuPont Experimental Station (Wilmington, DE). October 1987.

128. University of Helsinki (Helsinki, Finland). November 1987.

129. International Conference on Bioreactors and Biotransformations (Gleneagles, Scotland). November 1987.

130. Sandoz Co. (Basel, Switzerland). November 1987.

131. University of Waterloo (Waterloo, Canada). December 1987.

132. Norwegian Biochemical Society Annual Meeting (Bejito, Norway). January 1988.

31

LINZ_0173129

133. Rutgers University (New Brunswick, NJ). February 1988.

134. University of Ottawa (Ottawa, Canada). February 1988.

135. Boston Biomedical Research Institute (Boston, MA). March 1988.

136. Princeton University (Princeton, NJ). March 1988.

137. Royal Society of Chemistry Meeting (Kent, England). April 1988.

138. Stanford University (Stanford, CA). May 1988.

139. University of Graz (Graz, Austria). May 1988.

140. Belgian Organic Chemistry Symposium (Ghent, Belgium). May 1988.

141. Dow Chemical Co. (Midland, MI). May 1988.

142. Michigan State University (Lansing, MI). May 1988.

143. American Chemical Society Meeting (Toronto, Canada). June 1988.

144. Proctor & Gamble Co. (Cincinnati, OH). June 1988.

145. International Congress of Biochemistry (Prague, Czechoslovakia). July 1988.

146. International Biotechnology Symposium (Paris, France). July 1988.

147. Gordon Conference on Catalysis (Newport, RI). August 1988.

148. Conference on Biocatalytic Synthesis of Organic Compounds (Saratoga, NY). August 1988.

149. International Symposium on Thermodynamics Applied to Biological Systems (Santa Margherita, Italy). September 1988.

150. Cornell University (Ithaca, NY). September 1988.

151. Eastman Kodak Co. (Kingsman, TN). September 1988.

152. Symposium on Biotechnology Challenges in the Food Industry (Williamsburg, VA). October 1988.

153. University of California at Irvine (Irvine, CA). October 1988.

154. UCSF Symposium on Protein and Drug Design (San Francisco, CA). October 1988.

155. Boston University (Boston, MA). October 1988.

156. Wayne State University (Detroit, MI). November 1988.

157. Kyoto Symposium on Frontiers in Biocatalysis (Kyoto, Japan). November 1988.

32

LINZ_0173130

158. Rohm & Haas Co. (Spring House, PA). January 1989.

159. Block Drug Co. (Jersey City, NJ). January 1989.

160. State University of New York (Albany, NY). March 1989.

161. Scripps Clinic and Research Foundation (La Jolla, CA). April 1989.

162. Texas A&M University (College Station, TX). May 1989.

163. University of Texas (Austin, TX). May 1989.

164. International Congress of Food Engineering (Cologne, F.R.G.). May 1989.

165. University of Groningen (Groningen, The Netherlands). June 1989.

166. Gordon Conference on Enzymes, Coenzymes, and Metabolic Pathways (Meridan, NH). July 1989.

167. American Peptide Symposium (La Jolla, CA). July 1989.

168. International Symposium on Prospects in Protein Engineering (Haren, The Netherlands). August 1989.

169. Connaught Laboratories (Toronto, Canada). September 1989.

170. University of Georgia (Athens, GA). October 1989.

171. Spanish National Congress of Biochemistry (Alicante, Spain). October 1989.

172. Symposium on Receptor- and Enzyme-Based Drug Design (Chapel Hill, NC). October 1989.

173. Wesleyan University (Middletown, CT). November 1989.

174. University of Wisconsin (Madison, WI). February 1990.

175. Merck Sharp & Dohme Research Laboratories (Rahway, NJ). February 1990.

176. International Symposium on Biochemical Engineering (Stuttgart, F.R.G.). March 1990.

177. University of Geneva (Geneva, Switzerland). March 1990.

178. University of Lausanne (Lausanne, Switzerland). March 1990.

179. University of Bern (Bern, Switzerland). March 1990.

180. University of Fribourg (Fribourg, Switzerland). March 1990.

181. International Conference on Protein Stability (Cambridge, England). March 1990.

33

LINZ_0173131

182. AFRC Institute of Food Research (Reading, England). March 1990.

183. Lehigh University (Bethlehem, PA). April 1990.

184. Biotechnology Research Institute (Montreal, Canada). April 1990.

185. Ohio State University (Columbus, OH). April 1990.

186. Pharmaceutical Manufacturers Association Annual Meeting (St. Louis, MO). April 1990.

187. International Conference on Industrial Use of Enzymes (Chicago, IL). May 1990.

188. Korea Advanced Institute of Science and Technology (Seoul, Korea). June 1990.

189. Academia Sinica and National Taiwan University (Taipei, Taiwan). June 1990.

190. Gordon Conference on Biocatalysis (Plymouth, NH). June 1990.

191. IUPAC Conference on Organic Synthesis (Helsinki, Finland). July 1990.

192. International Conference on Solution Chemistry (Ottawa, Canada). August 1990.

193. Gordon Conference on Biomolecular Recognition (Plymouth, NH).  August 1990.

194. University of Naples (Naples, Italy). September 1990.

195. International Conference on Water and Life (Crans-sur-Sierre, Switzerland). September 1990.

196. International Symposium on Thermodynamic Basis of Protein Structure and Function (Kansas City, MO). October 1990.

197. Johns Hopkins University (Baltimore, MD). October 1990.

198. Institute of Medicine Workshop on Microheterogeneity of Biological Macromolecules (Arlington, VA). November 1990.

199. U.S.-Japan Biotechnology Conference (Honolulu, HI). January 1991.

200. Ciba-Geigy Corp. (Summit, NJ). February 1991.

201. City University of New York (New York, NY). March 1991.

202. Rensselaer Polytechnic Institute (Troy, NY). March 1991.

203. Bristol-Myers Squibb Co. (Wallingford, CT). April 1991.

204. British Biochemical Society Meeting (Reading, England). April 1991.

205. University of California at Berkeley (Berkeley, CA). April 1991.

206. California Institute of Technology (Pasadena, CA). April 1991.

34

207. Merck, Sharp & Dohme Research Laboratories (West Point, PA). May 1991.

208. Bristol-Myers Squibb Research Institute (Princeton, NJ). May 1991.

209. International Conference on Biocatalysis (Orlando, FL). June 1991.

210. U.S. Army Research, Development and Engineering Center (Natick, MA). July 1991.

211. Gordon Conference on Natural Products (Plymouth, NH). July 1991.
212. Lederle-Praxis Biologicals Co. (Sanford, NC). July 1991.

213. International Biochemistry Congress (Jerusalem, Israel). August 1991.

214. American Chemical Society Meeting (New York, NY). August 1991.

215. International Enzyme Engineering Conference (Kona, HI). September 1991.

216. University of Lowell (Lowell, MA). October 1991.

217. Rutgers University (Piscataway, NJ). November 1991.

218. International Symposium on Enzymes in Organic Synthesis (New Delhi, India). January 1992.

219. International BioSymposium Nagoya '92 (Nagoya, Japan). January 1992.

220. International Symposium on Biomolecules in Organic Solvents (Taxco, Mexico). February 1992.

221. Rockefeller University (New York, NY). March 1992.

222. Symposium on Molecular Chirality of the Pharmaceutical Society of Japan (Tokyo, Japan). April 1992.

223. Conference on Enzymes in Organic Chemistry of the Dutch Chemical Society (Wageningen, The Netherlands). April 1992.

224. International Symposium on Bioprocessing of Coal (Clearwater Beach, FL). May 1992.

225. Exxon Workshop on New Leads in Coal Depolymerization (Montgomery, TX). May 1992.

226. Italian Symposium on Biochemical Biotechnology (Capri, Italy). June 1992.

227. Gordon Conference on Biocatalysis (Meriden, NH). July 1992.

228. FEBS Meeting (Dublin, Ireland). August 1992.

229. International Biotechnology Symposium (Washington, DC). August 1992.

230. International Symposium Bio Japan '92 (Yokohama, Japan). August 1992.

231. Texas College of Osteopathic Medicine (Fort Worth, TX). October 1992.

35

LINZ_0173133

232. Rutgers University (Newark, NJ). October 1992.

233. Schering-Plough Co. (Bloomfield, NJ). November 1992.

234. International Symposium ISOPOW-V: *Properties of Water in Foods* (Peniscola, Spain). November 1992.

235. Carlsberg Laboratory (Copenhagen, Denmark). November 1992.

236. International Food Technology Conference (The Hague, The Netherlands). November 1992.

237. Singapore Institute of Standards and Industrial Research (Singapore). November 1992.

238. Drew University (Madison, NJ). December 1992.

239. Northeastern University (Boston, MA). January 1993.

240. Ciba Corning Diagnostics Corp. (Irvine, CA). January 1993.

241. University of Kansas (Lawrence, KS). January 1993.

242. 6th International Symposium on Recent Advances in Drug Delivery Systems (Salt Lake City, UT). February 1993.

243. Pennsylvania State University (University Park, PA). March 1993.

244. Northwestern University (Evanston, IL). March 1993.

245. International Symposium on Technologies for the Production of Enantiomerically Pure Chemicals (Amelia Island, FL). March 1993.

246. Gordon Conference on Bioanalytical Sensors (Ventura, CA). March 1993.

247. Pharmaceutical Manufacturers Association Analytical R&D/Pharmaceutical Development Subsections Joint Annual Meeting (Lake Buena Vista, FL). April 1993.

248. University of Massachusetts Symposium on Breakthrough Technologies: *Paradigms for a New Century* (Amherst, MA). May 1993.

249. Parke-Davis Corp. (Ann Arbor, MI). May 1993.

250. NutraSweet Co. (Mt. Prospect, IL). June 1993.

251. IGT/GRI Workshop on Novel Concepts for the Production of Regio- and Stereospecific Compounds (Chicago, IL). June 1993.

252. Northeast Regional Meeting of the American Chemical Society (Boston, MA). June 1993.

253. Institute of Food Technologists' Biotechnology Meeting (Chicago, IL). July 1993.

254. Annual Meeting of Department of Energy's Biological and Chemical Technology Research Program Principal Investigators (Tiburon, CA). July 1993.

LINZ_0173134

255. Allied-Signal Corp. (Des Plains, IL). July 1993.

256. American Chemical Society Meeting (Chicago, IL). August 1993.

257. University of Illinois at Urbana-Champaign (Urbana, IL). September 1993.

258. International Enzyme Engineering Conference (Deauville, France). September 1993.

259. Queens College (Flushing, NY). November 1993.

260. Exxon Chemical Research Meeting (Galveston, TX). November 1993.

261. Hoffmann-LaRoche Co. (Nutley, NJ). December 1993.

262. U.S.-Japan Symposium on Drug Delivery (Maui, HI). December 1993.

263. North Dakota State University (Fargo, ND). February 1994.

264. Annual Meeting of the American Institute for Medical and Biological Engineering (Washington, DC). March 1994.

265. Rhone-Poulenc Rorer Symposium on Visions in Chemistry (Collegeville, PA). May 1994.

266. International Flavors & Fragrances R&D (Union Beach, NJ). May 1994.

267. Istituto degli Ormoni (Milan, Italy). June 1994.

268. Gordon Conference on Enzymes, Coenzymes, and Metabolic Pathways (Meriden, NH). July 1994.

269. Annual Meeting of Department of Energy's Biological and Chemical Technology Research Program Principal Investigators (Denver, CO). July 1994.

270. William S. Johnson Symposium in Organic Chemistry (Stanford, CA). October 1994.

271. R.W. Johnson Pharmaceutical Research Institute (Spring House, PA). October 1994.

272. International Congress of Biochemical Engineering (Mexico City, Mexico).  October 1994.

273. National University of Mexico (Mexico City, Mexico).  October 1994.

274. DuPont Merck Pharmaceutical Co. (Deepwater, NJ).  December 1994.

275. Symposium on Therapeutic Protein Production and Processing (Cambridge, MA). January 1995.

276 International Symposium on Biocatalysts for Flavor Production, BioFlavour '95 (Dijon, France). February 1995.

277. Institut Pasteur (Paris, France).  February 1995.

278. Florida State University (Tallahassee, FL).  March 1995.

279. Abbott Laboratories (North Chicago, IL).  March 1995.

37

LINZ_0173135

280.  University of Maryland, Baltimore County (Baltimore, MD).  March 1995.

281   University of California at San Diego (La Jolla, CA).  April 1995.

282.  Great Lakes Regional Meeting of the American Chemical Society (LaCrosse, WI). June 1995.

283.  Gordon Conference on Bioorganic Chemistry (Andover, NH).  June 1995.

284.  Annual Meeting of Department of Energy's Biochemical and Chemical Technology Research Principal Investigators (Albuquerque, NM). July 1995.

285.  International Symposium "Biocatalysis-95" (Suzdal, Russia).  August 1995.

286.  International Enzyme Engineering Conference (San Diego, CA).  October 1995.

287.  Symposium on Biomacromolecules: *From 3-D Structure to Applications* (Pasco, WA). October 1995.

288.  Enzymol International Inc. (Columbus, OH).  December 1995.

289.  International Symposium Pacifichem '95 (Honolulu, HI).  December 1995.

290.  3rd U.S.-Japan Symposium on Drug Delivery (Maui, HI).  December 1995.

291.  New England Section of the Society for Industrial Microbiology (Cambridge, MA).  February 1996.

292.  Brown University (Providence, RI).  February 1996.

293.  University of Pittsburgh (Pittsburgh, PA).  February 1996.

294.  Food Research Institute (Reading, England).  March 1996.

295.  International Symposium Chiral USA '96 (Boston, MA).  May 1996.

296.  BP Catalyst Colloquium (Uxbridge, England). June 1996.

297.  International Symposium on Homogeneous Catalysis (Princeton, NJ).  August 1996.

298.  Juan March Foundation's International Workshop on Novel Biocatalysts (Madrid, Spain).  March 1997.

299.  University of Kentucky (Lexington, KY).  April 1997.

300.  Gordon Conference on Organic Reactions and Processes (Henniker, NH).  August 1997.

301.  Novo Nordisk Symposium on Protein Stability (Klampenborg, Denmark).  August 1997.

302.  International Enzyme Engineering Conference (Beijing, China).  October 1997.

303.  Biogen Inc. (Cambridge, MA).  December 1997.

38

LINZ_0173136

304. INBIO Europe'98 Conference on Advances in Industrial Biocatalysis (Amsterdam, The Netherlands).  February 1998.

305. International Symposium on Stability and Stabilization of Biocatalysts (Córdoba, Spain). April 1998.

306. International Symposium on Protein Structure, Stability and Folding: *Fundamental and Medical Aspects* (Moscow, Russia).  June 1998.

307. International Conference on Protein Stabilization (Leeds, England).  June 1998.

308. University of Virginia (Charlottesville, VA).  September 1998.

309. Danish Biotechnology Conference (Vejle, Denmark).  May 1999.

310. International Conference on Biocatalysis and Biotransformation Biotrans '99 (Giardini Naxos, Italy).  September 1999.

311. Annual Meeting of the American Association of Pharmaceutical Scientists (New Orleans, LA). November 1999.

312. Brandeis University (Waltham, MA).  November 1999.

313. Rutgers University (Piscataway, NJ).  March 2000.

314. Chiral USA 2000 Conference (Boston, MA).  May 2000.

315. Land O'Lakes Conference on Solid-State Reactivity in Pharmaceutical Systems (Merrimac, WI).  June 2000.

316. Agouron Pharmaceuticals Inc.  (San Diego, CA).  July 2000.

317. U.S. Patent and Trademark Office Technology Fair (Arlington, VA).  July 2000.

318. 23rd Gulf Coast Chemistry Conference (Pensacola, FL).  September 2000.

319. Avon Products (Suffern, NY).  November 2000.

320. Procter & Gamble Co. (Cincinnati, OH).  November 2000.

321. Flamel Technologies (Venissieux, France).  December 2000.

322. BioVision 2001 International Conference (Lyon, France).  February 2001.

323. 9th Baxter Science and Technology Symposium (Hyland, IL). May 2001.

324. International Symposium on Applications of Enzymes in Chemical and Biological Defense (Orlando, FL).  May 2001.

325. International Conference on Applied Biocatalysis (Trondheim, Norway).  June 2001.

326. PPG Industries (Allison Park, PA).  August 2001.

39

LINZ_0173137

327. University of Kansas (Lawrence, KS).  August 2001.

328. Alkermes Inc. (Cambridge, MA).  October 2001.

329. 6th U.S.-Japan Symposium on Drug Delivery Systems (Maui, HI).  December 2001.

330. Acambis Inc.  (Cambridge, MA).  January 2002.

331. Baxter BioScience Co. (Duarte, CA).  January 2002.

332. International Symposium on Challenges in Drug Discovery and Development in the 21st Century (Kolkata, India).  March 2002.

333. National Institute of Standards and Technology (Gaithersburg, MD).  April 2002.

334. Albany Molecular Research, Inc. (Mt. Prospect, IL).  April 2002.

335. Institute for International Research Conference on Protein and Peptide Formulation Strategies for Drug Development and Delivery (San Francisco, CA).  August 2002.

336. R&D Management Council Meeting of the Technical Association of the Pulp and Paper Industry (Cambridge, MA).  November 2002.

337. DuPont Central R&D Center (Wilmington, DE).  December 2002.

338. *ACTIVEPack* 2003 Conference (Ponte Verde Beach, FL).  February 2003.

339. International Symposium on Industrial Applications of Biocatalysis: *Chemical Development Issues* (Boston, MA).  September 2003.

340. U.S. Army Workshop on Self-Decontaminating Materials and Multifunctional Coatings (Arlington, VA).  October 2003.

341. British Royal Society Meeting on Biocatalysis in Alternative Media (London, England).  December 2003.

342. National Autonomous University of Mexico (Mexico City, Mexico).  March 2004.

343. Healthcare Research Initiative Workshop on the Effect of Radiofrequency Radiation on Pharmaceutical Product Quality (Cambridge, MA).  June 2004.

344. Rensselaer Biotechnology Symposium on Biological Discoveries That Will Change the World (Troy, NY).  September 2004.

345. Barnett International Conference: *The Consequences of Aggregation in Drug Development, Immunology, Quality Control, and Disease Genesis* (Philadelphia, PA).  September 2004.

346. 4th Annual IBC Conference on Formulation Strategies for Protein Therapeutics (Boston, MA).  October 2004.

347. U.S. Army Edgewood Chemical Biological Center (Aberdeen Proving Ground, MD).  August 2005.

LINZ_0173138

348. World Congress on Synthetic Receptors (Salzburg, Austria).  September 2005.

349. International Conference "Celebrating 30 Years of Robert Langer's Science" (Cambridge, MA).  July 2006.

350. University of Montreal (Montréal, Québec, Canada).  October 2006.

351. The Boeing Company Research Center (Everett, WA).  December 2006.

352. Instrumentation Laboratory (Lexington, MA).  December 2006.

353. Acambis Inc. (Cambridge, MA).  January 2007.

354. 6th International Symposium on Industrial Microbiology and Biotechnology (Cambridge, MA).  August 2007.

355. Scientific Conference on Chemical & Biological Defense Research (Timonium, MD).  November 2007.

356. MIT Research and Development Conference (Cambridge, MA).  November 2007.

357. Nanotech '2008 International Conference (Boston, MA). June 2008.

358. Materials Research Society Symposium (Boston, MA).  December 2008.

359. Johnson & Johnson Research Briefing at MIT (Cambridge, MA).  January 2009.

360. 3rd Annual Lyophilization Conference: *Ensuring Optimum Formulations for Pharmaceuticals and Biologics* (Boston, MA).  February 2010.

361. DSM Corporate Research Center (Geleen, The Netherlands).  June 2010.

362. Merck Serono Pharmaceutical Co. (Darmstadt, Germany).  June 2010.

363. NanoFormulations '2010 International Conference (Stockholm, Sweden).  June 2010.

364. Covidien Surgical Devices and Vascular Therapies Divisions (Cambridge, MA).  October 2010.

365. World Lyophilization Summit (Cambridge, MA).  May 2011.

366. Alvogen (Cambridge, MA).  March 2012.

367. Colgate-Palmolive Co. (Cambridge, MA).  April 2012.

368. FDA Parenteral Drug Association Glass Quality Conference (Washington, DC).  June 2012.

369. University of Puerto Rico (Humacao, Puerto Rico).  January 2013.

370. International Conference on Creating and Leveraging Intellectual Property in Developing Countries (Durban, South Africa – *via teleconference*).  November 2013.

LINZ_0173139

371. Northwestern University (Evanston, IL).  April 2015.

372. FDA and Parenteral Drug Association Joint Regulatory Conference (Washington, DC). September 2016.

373. Annual Partnership Opportunities in Drug Delivery (PODD) Conference (Boston, MA). October 2017.

LINZ_0173140

43

LINZ_0173141

EXHIBIT 10

## **DEFENDANTS' LIST OF WITNESSES TO BE CALLED AT TRIAL**

Pursuant to Local Rule 16.3(c), Defendants identify the following witnesses whom they may call live or by deposition at trial.

### **I.   Witnesses Whom Defendants Will Call to Testify Live**

1. Stephen Kent, Ph.D.
2. Jeffrey Barnet, M.D.
3. Pardeep Gupta, Ph.D.

### **II.   Witnesses Who Defendants May Call Live or By Deposition:**

1. Kim Barrett
2. Andrew Chien
3. Angelika Fretzen
4. Ralph Giannella
5. Linda Kunka
6. Caroline Kurtz
7. Shalina Mahajan-Miklos
8. Henry Wolfe
9. Hong Zhao
10. DeForest McDuff

This above list is not a commitment that Defendants will call any particular witness at trial, or a representation that any of the witnesses listed are available or will appear for trial.  If any witness listed as a person who Defendants intend to call to testify in person is unavailable, Defendants reserve the right to offer deposition testimony from such witness in lieu of live examination.  Defendants further reserve the right to introduce testimony through deposition or live examination for any witness that: Plaintiffs identify on their list; for any expert witness that submitted an expert report on behalf of Plaintiffs in this action; or as necessary to establish authenticity or admissibility of any trial exhibit if the authenticity or admissibility of the exhibit is challenged by Plaintiffs. Defendants also reserve the right to call additional witnesses live in

TAB A

## Academic CV & Bibliography
(November 2019)

**Name**:          Stephen Brian Henry KENT

**Address (office)**:

Gordon Center, Room #W406
University of Chicago
929 East 57th Street,
Chicago, IL 60637, USA

**Phone (mobile)** :   +1 415 849 6906
**Email**:          skent@uchicago.edu

## EDUCATION:

| | |
|---|---|
| 1975 | Ph.D., University of California, Berkeley (Organic Chemistry) |
| 1970 | M.Sc., Massey University, Palmerston North, New Zealand (Chemistry/Biochemistry) |
| 1968 | B.Sc., Victoria University of Wellington, New Zealand (Chemistry and Biochemistry, double major) |

## PROFESSIONAL APPOINTMENTS:

| | |
|---|---|
| 2002 - Present | Professor of Chemistry |
| 2001- Present | Professor, Biochemistry & Molecular Biology Institute for Biophysical Dynamics The College The University of Chicago |
| 2003 -2009 | Director, Institute for Biophysical Dynamics The University of Chicago |
| 2000-2001 | Chief Technology Officer |
| 1999-2000 | CEO |
| 1997-2000 | President & Chief Scientist Gryphon Sciences, South San Francisco, California |
| 1991-1996 | Member, Cell Biology Professor, Macromolecular and Cellular Structure and Chemistry The Scripps Research Institute |
| 1989-1990 | Professor and Associate Dean Graduate School of Science and Technology Bond University, Queensland, Australia Joint Director, Burroughs Wellcome-Bond University Research Program (Protease Inhibitor AIDS Drug Development) |

**Stephen Kent  - CV & Bibliography**

| | |
|---|---|
| 1983-1989 | Senior Research Associate<br>Division of Biology<br>California Institute of Technology<br>Pasadena, California |
| 1982 | Director of Protein Chemistry<br>Molecular Genetics Inc., Minnesota |
| 1977-1981 | Assistant Professor<br>Laboratory of R.B. Merrifield<br>The Rockefeller University, New York |
| 1974-1977 | Research Associate<br>Laboratory of R.B. Merrifield<br>The Rockefeller University, New York |

**HONORS:**

| | |
|---|---|
| 2018 | *Inaugural Ernesto Scoffone Award*<br>Italian Peptide Society |
| 2017 | *Prelog Medal*<br>ETH Zurich |
| 2013 | *Leach Medal*<br>Lorne Conference on Protein Structure and Function |
| 2011 | *Bader National Award in Bioorganic Chemistry*<br>American Chemical Society |
| 2010 | *Akabori Memorial Award*<br>Japanese Peptide Society |
| 2010 | *Josef Rudinger Memorial Lecture Award*<br>European Peptide Society |
| 2009 | *R. Bruce Merrifield Award*<br>American Peptide Society |
| 2008 | *Fellow*<br>Royal Society of Chemistry |
| 2006 | *Honorary Fellow*<br>Royal Society of New Zealand |
| 2004 | *Vincent du Vigneaud Award*<br>American Peptide Society |
| 2002 | *E T Kaiser Award*<br>The Protein Society |
| 2000 | *Fellow*<br>American Association for the Advancement of Science |
| 1994 | *Hirschmann National Award in Peptide Chemistry*<br>American Chemical Society |

Stephen Kent  - CV & Bibliography

**ACADEMIC ADVISORY BOARDS (selected)**

| | |
|---|---|
| 2018-2019 | Chair, American Peptide Society Awards |
| 2016-2017 | Chair, American Peptide Society Awards |
| 2001-2004 | Scientific Advisory Board, Institute for Molecular Bioscience, University of Queensland, Australia |
| 1991-1996 | Scientific Advisory Board, The New York Blood Center, New York |
| 1990-1992 | Scientific Advisory Board, National Biomolecular Mass Spectrometry Resource, The Rockefeller University, New York |

## BIBLIOGRAPHY

**Dissertations**

| | |
|---|---|
| M.Sc. | Peptide Sequences by Mass Spectrometry. *Massey University, New Zealand, 1970* |
| Ph.D. | Specific Chemical Modification and $^{13}$C-NMR Properties of the Lysine at the Active Site of Liver Alcohol Dehydrogenase (LADH). *University of California, Berkeley, 1975.* |

## Primary Publications in Refereed Journals

1.  The mass spectra of permethylated acetylpeptides. Hodges R., Kent S.B.H., Richardson B.C. *Biochim Biophys Acta* **257**, 54 (1972).

2.  Formation of non-amidine products in the reaction of primary amines with imido esters.  Browne D.T., Kent S.B.H. *Biochem Biophys Res Comm* **67**, 126 (1975).

3.  Formation of non-amidine products in the chemical modification of horse liver alcohol dehydrogenase with imido esters.  Browne D.T., Kent S.B.H. *Biochem Biophys Res Comm* **67**, 133 (1975).

4.  Preparation of aminomethyl-polystyrene resin by direct amidomethylation. Mitchell A.R., Kent S.B.H., Erickson B.W., Merrifield R.B. *Tetrahedron Lett*, **17**, 3795-98 (1976).

5.  Test for racemization in model peptide synthesis by direct chromatographic separation of the diastereoisomers of the tetrapeptide leucylalanylglycylvaline. Kent S.B.H., Mitchell A.R., Barany G., Merrifield R.B.  *Anal Chem* **50**, 155-159 (1978).

6.  Quantitative determination of D- and L-amino acids:  Reaction with tert-butyloxycarbonyl-L-leucine N-hydroxysuccinimide ester and chromatographic separation as L,D and L,L dipeptides.  Mitchell A.R., Kent S.B.H., Chu I.R., Merrifield R.B. *Anal Chem* **50**, 637 (1978).

7.  A new synthetic route to tert-butyloxycarbonylaminoacyl-4-(oxymethyl)phenylacetamidomethyl-resin, an improved support for solid phase peptide synthesis. Mitchell A.R., Kent S.B.H., Engelhard M., Merrifield R.B. *J. Organic Chem* **43**, 2845-2852 (1978).

8.  Mechanisms and prevention of trifluoroacetylation in solid phase peptide synthesis.  Kent S.B.H., Mitchell A.R., Engelhard M., Merrifield R.B. *Proc Natl Acad Sci USA* **76**, 2180-2184 (1979).

9.  Preparation and properties of tert-butyloxycarbonylaminoacyl-4-(oxymethyl)phenylacetamidomethyl-(Kel F-g-styrene) resin, an insoluble, noncrosslinked support for solid phase peptide synthesis.  Kent S.B.H., Merrifield R.B. *Isr. J Chem* **17**, 243 (1978).

10. Improved synthesis of Boc-aminoacyl-4-oxymethylphenylacetic acids for use in solid phase peptide synthesis.  Tam J.P., Kent S.B.H., Wong T.-W., Merrifield R.B. *Synthesis*, 955 (1979).

Stephen Kent  - CV & Bibliography

11. Properties of swollen polymer networks:  Solvation and swelling of peptide-containing resins in solid phase peptide synthesis.  Sarin V.K., Kent S.B.H., Merrifield R.B. *J Am Chem Soc* **102**, 5463-5470 (1980).

12. Preparation and characterization of a biologically active gastrin derivative modified with an [125]I-labeled imido ester. Praissman M., Praissman L., Kent S.B.H., Berkowitz J.M. *Anal Biochem* **115**, 287 (1981).

13. Quantitative monitoring of solid phase peptide synthesis by the ninhydrin reaction.  Sarin V.K., Kent S.B.H., Tam J.P., Merrifield R.B. *Anal Biochem* **117**, 147-157 (1981).

14. Weak acid-catalysed pyrrolidone carboxylic acid formation from glutamine during solid phase peptide synthesis.  Minimization by rapid coupling.  Dimarchi R.D., Tam J.P., Kent S.B.H., Merrifield R.B. *Int. J Pept Protein Res.* **19**, 88-93 (1982).

15. Specificity of antibodies elicited by a synthetic peptide having a sequence in common with a fragment of a virus protein - the hepatitis B surface antigen. Neurath A.R., Kent S.B.H., Strick N. *Proc Natl Acad Sci USA* **79**, 7871 (1982).

16. A chemical mechanism to account for the artifactual formation of shortened peptides with free alpha-amino groups in solid phase peptide synthesis.  Kent S.B.H., Merrifield R.B., *Int. J Pept Protein Res.* **22**, 57-65 (1983).

17. Protein microsequencing by post-column fluorescent phenylisothiocyanates. L'Italien J.J. and Kent S.B.H. *J Chromatog,* **283**, 149-156 (1984).

18. A microchemical facility for the analysis and synthesis of genes and proteins. Hunkapiller M., Kent S.B.H., Caruthers M., Dreyer W., Firca J., Giffin C., Horvath S.J., Hunkapiller T., Tempst P. and Hood L. *Nature*, **310**, 105-111 (1984).

19. Antibodies to hepatitis B surface antigen (HBsAg) elicited by immunization with a synthetic peptide not linked to protein carriers. Neurath A.R., Kent S.B.H. and Strick N. *J Gen Virology*, **65**, 1009 (1984).

20. Antibody response to two synthetic peptides corresponding to residues 45-68 and 69-79 of the major protein of hepatitis B surface antigen. Neurath A.R., Kent S.B.H. and Strick N. *Virus Research* **1**, 321 (1984).

21. Monoclonal antibodies to hepatitis B surface antigen with anti-a specificity recognize a synthetic peptide analogue (S135-155) with unmodified lysine 141. Neurath A.R., Kent S.B.H. and Strick N. *J Virol Methods*, **9**, 341-346 (1984).

22. Location and chemical synthesis of an immunodominant epitope coded for by the Pre-S region of hepatitis B virus DNA. Neurath A.R., Kent S.B.H. and Strick N., *Science*, **224**, 392-395 (1984).

**Stephen Kent  - CV & Bibliography**

23.     Purification to apparent homogeniety of a factor stimulating the growth of multiple lineages of hemopoietic cells, Clark-Lewis I., Kent S.B.H. and Schrader J.W.  *J Biol Chem*, **259**, 7488-7494 (1984).

24.     Purification and structural studies of a major scrapie prion protein. Prusiner S., Groth D.F., Bolton D.C., Kent S.B.H. and Hood L.  *Cell*, **38**, 127-134 (1984).

25.     Presence of Pre-S gene coded domains in hepatitis B virus (HBV) and their function.  Neurath A.R., Kent S.B.H., Strick N., Taylor P. and Stevens C.E. *Nature*, **315**, 154-156 (1985).

26.     Synthetic efficiency as a function of peptide chain length in solid phase peptide synthesis.  Sarin V.K., Kent S.B.H., Mitchell A.R. and Merrifield R.B. J *Am Chem Soc*, **106**, 7845-7850 (1984).

27.     The Mr 28,000 gap junction proteins from rat heart and liver are different but related. Nicholson B.J., Gros D.B., Kent S.B.H., Hood L.E. and Revel J-P.  *J Biol Chem*, **260**, 6514-6517 (1985).

28.     A cellular gene encodes scrapie PrP 27-30 protein. Oesch B, Westaway D, Walchli M, McKinley M, Barry R.A., Kent, S.B.H., Teplow D, Aebersold R, Tempst P, Hood L, Prusiner S and Weissman C. *Cell*, **40**, 735-746 (1985).

29.     Enhanced immunogenicity of the pre-S domain of hepatitis B surface antigen. Milich D.R., Thornton G.B., Neurath A.R., Kent S.B.H., Michel M., Tiollais P. and Chisari F.V. *Science*, **228**, 1195-1199 (1985).

30.     Expression in E. coli of a cloned DNA sequence encoding the pre-S2 region of hepatitis B virus.  Offensperger W., Wahl S., Neurath A.R., Price P., Strick N., Kent S.B.H. and Christman J.K., Acs G.  *Proc Natl Acad Sci USA,* **82**, 7540-7544 (1985).

31.     Genetic restriction of immune responsiveness to synthetic peptides corresponding to sequences in the pre-S region of the hepatitis B virus envelope gene.  Neurath A.R., Kent S.B.H., Strick N, Stark D and Sproul P. *J Med Virol*, **17**, 119-125 (1985).

32.     Design of hepatitis B vaccines.  Neurath A.R., Kent S.B.H. and Strick N. *Advances in Immunopharmacology*, **3**, 337-345 (1986).

33.     Multiple copy genes: Production and modification of monomeric peptides from large multimeric fusion proteins.  Kempe T., Kent S.B.H., Chow F., Peterson S.M., Sundquist W.I., L'Italien J.J., Harbrecht D., Plunkette D. and Delorbe W.J. *Gene*, **39**, 239-245 (1985).

34.     Identification of a peptide fragment from the carboxyl terminal extension region (E-domain) of rat proinsulin-like growth factor-II.  Hylka V.W., Teplow D.B., Kent S.B.H. and Straus D.S.  *J Biol Chem*, **14**, 417-420 (1985).

35.     Electroblotting onto activated glass: I. high efficiency preparation of proteins from analytical SDS-PAGE gels for direct sequence analysis.  Aebersold R.H., Teplow D.B., Hood L.E. and Kent S.B.H. *J Biol Chem,* **261**, 4229-4238 (1986).

36.     Antibodies to a synthetic peptide from the Pre-S (120-145) region of the hepatitis
        B virus envelope are virus-neutralizing.  Neurath A.R., Kent S.B.H., Prince A.M.,
        Strick N., Brotman B. and Sproul P. *Vaccine*, **4**, 35-37 (1985).

37.     Detection of a rare foetal hemoglobin chain in adult baboons after treatment with
        5-azacytidine.  DeSimone J., Schroeder W.A., Shelton J.B., Shelton J.R., Kent
        S.B.H. and Hood L.E. *Hemoglobin*, **9**, 217-226 (1985).

38.     Automated total chemical synthesis of a protein growth factor for hemopoietic
        cells, interleukin-3.  Clark-Lewis I., Aebersold R.A., Ziltener H., Schrader J.W.,
        Hood L.E. and  Kent S.B.H. *Science*, **231**, 134-139 (1986).

39.     Enzyme-linked immunoassays of pre-S gene coded sequences in hepatitis B
        vaccines.  Neurath A.R., Strick N., Kent S.B.H., Offensberger W., Wahl S. and
        Christman J.K. *J Virol Methods*, **12**, 185-192 (1986).

40.     Detection of antiviral antibodies with predetermined specificity using synthetic
        peptide-beta-lactamase conjugates:  Application to antibodies specific for the pre-
        S region of the hepatitis B virus envelope proteins. Neurath A.R., Kent S.B.H.
        and Strick N. *J Gen Virol*, **67**, 453-461 (1986).

41.     Microscale structure analysis of a high molecular weight, hydrophobic membrane
        glycoprotein fraction with PDGF-dependent kinase activity.  Tempst P., Woo D.,
        Aebersold R., Teplow D., Hood L.E. and Kent S.B.H.
        *J Chromatography,* **359**, 403-412 (1986).

42.     Fluorescence detection in automated DNA sequence analysis.  Smith L.M.,
        Sanders J.Z., Kaiser R.J., Hughes P., Dodd C., Kent S.B.H. and Hood L.E.
        *Nature*, **321**, 674-679 (1986).

43.     Identification and chemical synthesis of a host cell receptor binding site on
        hepatitis B virus.  Neurath A.R., Kent S.B.H., Strick N. and Parker K.  *Cell*, **46**,
        429-436 (1986).

44.     Characterization of monoclonal antibodies specific for the pre-S(2) region of the
        hepatitis B virus envelope proteins.  Neurath A.R., Adamowicz P., Kent S.B.H.,
        Riottot M.M., Strick N., Parker K., Offensperger W., Petit M.A., Wahl S.,
        Budkowska A., Girard M. and Pillot  *J. Molec Immunol*, **23**, 991-997 (1986).

45.     Antipeptide antibodies of predetermined specificity recognize and neutralize the
        bioactivity of the pan-specific hemopoietin interleukin 3.  Ziltener H.J., Clark-Lewis
        I., Hood L.E., Kent S.B., Schrader J.W. *J Immunol*, **138**, 1099-1104 (1986).

46.     Antipeptide antibodies define the N-terminal structure of the natural pan-specific
        hemopoietin interleukin 3. Ziltener H.J., Clark-Lewis I., Fazekas de St. Groth B.,
        Hood L.E.,  Kent S.B.H. and Schrader J.W. *J Immunol*, **138**, 1105-1108 (1986).

Stephen Kent  - CV & Bibliography

47.    Scrapie and cellular prion proteins share polypeptide epitopes.  Barry R.A., Kent
       S.B.H., McKinley M.P., Meyer R.K., DeArmond S.J., Hood L.E. and Prusiner S.B.
       *J Infect Disease*, **153**, 848-854 (1986).

48.    Immune response to the pre-S(1) region of the hepatitis B surface antigen
       (HBsAg): a pre-S(1)-specific T-cell response can bypass nonresponsiveness to
       the pre-S(2) and S regions of HBsAg.  Milich D.R., McLachlan A., Chisari F.V.,
       Neurath A.R., Kent S.B.H. and Thornton G.B. *J Immunol*, **137**, 315-322 (1986).

49.    E-domain peptide of rat pro-insulin-like growth factor II: Validation of a
       radioimmunoassay and measurement in culture media and rat serum.  Hylka
       V.W., Kent S.B.H. and Straus D.S.  *Endocrinology*, **120**, 2050-2058 (1987).

50.    Immunological cross-reactivity between pre-S(2) sequences of the hepatitis B
       virus envelope proteins corresponding to serological subtypes adw2 and ayw.
       Neurath A.R., Kent S.B.H., Adamowicz P., Riottot M.M., Price P., Strick N.,
       Parker K., Petit M.A., Budkowska A., Girard M. and Pilott J.  *Molec Immunol*, **24**,
       561-568 (1987).

51.    Antibodies to synthetic peptides from the pre-S(1) and pre-S(2) regions of one
       subtype of the hepatitis B virus envelope protein recognize all HBV subtypes.
       Neurath A.R., Kent S.B.H., Strick N., Parker K., Courouce A-M, Riottot M.M.,
       Petit M.A., Budkowska A., Girard M. and Pillot J.  *Molec Immunol,* **24**, 975-980
       (1987).

52.    Approaches to subpicomole protein sequencing. Kent S.B.H., Hood L.E.,
       Aebersold R., Teplow D., Smith L., Hines W., Farnsworth V., Cartier P., Hughes
       P. and Dodd C. *Biotechniques*, **5**, 314-321 (1987).

53.    Internal amino acid sequence analysis after in situ protease digestion on
       nitrocellulose of proteins separated by one- or two-dimensional gel
       electrophoresis. Aebersold R.A., Leavitt J., Saavedra R., Hood L.E. and Kent
       S.B.H. *Proc Natl Acad Sci USA*, **84**, 6970-6974 (1987).

54.    Characterization of prion proteins with nonspecific antisera to synthetic peptides.
       Barry R.A., Vincent M.T., Kent S.B.H., Hood L.E. and Prusiner S.B. *J Immunol,*
       **140**, 1188-1193 (1988).

55.    Isolation and characterization of a corticotropin releasing factor-like peptide from
       human placenta. Sasaki A., Liotta A.S., Margioris A.N., Tempst P., Hood L.E.,
       Kent S.B.H. and Krieger D.T. *J Clin Endocrinol and Metab,* **67**, 768-773 (1988).

56.    Role of disulfide bridges in determining the biological activity of interleukin-3.
       Clark-Lewis I., Hood L.E. and   Kent S.B.H. *Proc Natl Acad Sci USA*, **85**, 7897-
       7901 (1988).

57.     Monoclonal antipeptide antibodies recognize interleukin-3 and neutralize its
        bioactivity in vivo. Ziltener H.J., Clark-Lewis I., de St. Groth B.F., Orban P.C.,
        Hood L.E., Kent S.B.H. and Schrader J.W.  *J Immunology*, **140**, 1182-1187
        (1988).

58.     Delineation of contiguous determinants essential for biological functions of the
        pre-S sequence of the hepatitis B virus envelope protein: antigenicity,
        immunogenicity, cell-receptor recognition.  Neurath A.R., Kent S.B.H., Strick N.
        and Parker K.  *Ann Inst Pasteur/Virol*, **139**, 13-38 (1988).

59.     Structure-function studies of human granulocyte-macrophage colony-stimulating
        factor: identification of amino acids required for activity, and an 84-residue active
        fragment.  Clark-Lewis I., Lopez A., Luen B., Vadas M., Schrader J.W., Hood L.E.
        and Kent S.B.H.  *J Immunol*, **141**, 881-889 (1988).

60.     Covalent immobilization of proteins for high sensitivity sequence analysis:
        electroblotting onto chemically-activated glass from SDS-polyacrylamide gels.
        Aebersold R.A., Pipes G.D., Nika H., Hood L.E. and Kent S.B.H. *Biochemistry*,
        **27**, 6860-6867 (1988).

61.     Location and chemical synthesis of a binding site for HIV-1 on the CD4 protein.
        Jameson B.A., Rao P.E., Kong L., Hahn B., Shaw G., Hood L.E. and Kent S.B.H.
        *Science*, **240**, 1335-1339 (1988).

62.     Molecular characterization of plastin: a human leukocyte protein expressed in
        transformed human fibroblasts.  Lin C-S., Aebersold R.H., Kent S.B.H., Varma M.
        and Leavitt J.  *Molecular and Cellular Biology*, **8**, 4659-4668 (1988).

63.     Enzymatic activity of a synthetic 99 residue protein corresponding to the putative
        HIV-1 protease.  Schneider J., Kent S.B.H. *Cell* **54**, 363-368 (1988).

64.     N-terminal and internal sequence determination of microgram amounts of
        proteins separated in immobiline isoelectric focusing gels.  Aebersold R.H., Pipes
        G., Hood L.E. and Kent S.B.H.  *Electrophoresis*, **9**, 520-530 (1988).

65.     Identification of a novel retroviral gene unique to HIV-2 and simian
        immunodeficiency virus SIVMAC.  Kappes J.C., Morrow C.D., Lee S.-W.,
        Jameson B.A., Kent S.B.H., Hood L.E., Shaw G.M., Hahn B.H.  *J. Virol.* **62**,
        3501-3505 (1988).

66.     Antibodies recognizing human serum albumin are not elicited by immunization
        with preS(2) sequences of the hepatitis B virus envelope protein.  Neurath A.R.,
        Strick N., Parker K., Kent S.B.H.  *J. Med. Virol.* **24**, 137-151 (1988).

67.  Chemical synthesis in protein engineering: total synthesis, purification, and covalent structural characterization of a mitogenic protein, human transforming growth factor-α. Woo D. D.-L., Clark-Lewis I., Chait B.T., Kent S.B.H. *Protein. Eng.*, **3**, 29-37 (1989).

68.  Substitutions engineered by chemical synthesis at three conserved sites in mitochondrial cytochrome c: thermodynamic and functional consequences. Wallace C.J.A., Mascagni P., Chait B.T., Collawn J.F., Paterson Y., Proudfoot A.E.I., Kent S.B.H., *J. Biol. Chem.*, **264**, 15199-15209 (1989).

69.  Crystal structure of synthetic HIV-1 protease: conserved fold in retroviral proteases. Wlodawer A., Miller M., Jaskolski M., Sathyanarayana B.K., Baldwin E., Weber I.T., Selk L.M., Clawson L., Schneider J., and Kent, S.B.H. *Science*, **245**, 616-621 (1989).

70.  Structure of a complex of synthetic HIV-1 protease with a substrate-based inhibitor at 2.3Å resolution. Miller M., Schneider J., Sathyanarayana B.K., Toth M.V., Marshall G.R, Clawson L., Selk L., Kent S.B.H.*, Wlodawer A*. *Science*, **246**, 1149-1152 (1989).

71.  Hydroxyethylamine analogues of the p17/p24 substrate cleavage site are tight-binding inhibitors of HIV Protease. Rich D.H., Green J., Toth M.V., Marshall G.R., Kent S.B.H. *J. Med. Chem.* **3**, 1285-1288 (1990).

72.  X-ray crystallographic structure of a complex between synthetic HIV-1 protease and a substrate-based hydroxyethylamine inhibitor. A.L. Swain, M. Miller, J. Green, D.H. Rich, J. Schneider, S.B.H. Kent, A. Wlodawer, *Proc. Natl. Acad. Sci. USA* **87**, 8805-8809 (1990).

73.  Structure at 2.5Å resolution of chemically synthesized HIV-1 protease complexed with a hydroxyethylene-based inhibitor. M. Jaskolski, A.G. Tomasselli, T.K. Sawyer, D.G. Staples, R.L. Heinrikson, J. Schneider, S.B.H. Kent, A. Wlodawer, *Biochemistry* **30**, 1600-1609 (1991).

74.  Inhibition of intercellular adhesion molecule 1-dependent biological activities by a synthetic peptide analog. J.V. Fecondo, S.B.H. Kent, A.W. Boyd, *Proc. Natl. Acad. Sci. US*A **88**, 2879-82 (1991).

75.  Solid phase synthesis of hydroxyethylamine isosteres: synthesis of the potent HIV-1 protease inhibitor JG365. P.F. Alewood, R.J. Dancer, R.I. Brinkworth, S.B.H. Kent, *Tetrahedron. Lett.*, **33**, 977-980 (1992).

76.  Constructing proteins by dovetailing unprotected synthetic peptides: backbone engineered HIV protease. M. Schnölzer, S.B.H. Kent *Science*, **256**, 221-225 (1992).

Stephen Kent  - CV & Bibliography

77.    Ionspray mass spectrometry in peptide synthesis: structural characterization
       of minor by-products in the synthesis of  ACP(65-74).  M. Schnölzer, A.
       Jones, P.F. Alewood, S.B.H. Kent, *Anal. Biochem.* **204**, 335-343 (1992)

78.    Direct observation by electrospray mass spectrometry of a ternary complex
       between the dimeric enzyme HIV protease and a substrate-based inhibitor. M.
       Baca, S.B.H. Kent , *J.Am.Chem.Soc.* **114**, 3992-3993 (1992)

79.    Total chemical synthesis of a D-enzyme: the enantiomers of HIV-1 protease
       demonstrate reciprocal chiral substrate specificity, R.C deLisle Milton, S.C.F.
       Milton, and S.B.H. Kent, *Science*, **256**, 1445-1448 (1992). **Cover** Erratum: (Title
       & Fig. 3 labels)

80.    "In situ" neutralization protocols in Boc-chemistry solid phase peptide synthesis:
       rapid, high yield assembly of difficult sequences. Schnölzer M., Alewood P.,
       Alewood D., Kent S.B.H.,  *Int.J.Pept.Prot.Res.,* **40**, 180-193 (1992).

       *Republished, with commentary & posthumous dedication to R.Bruce Merrifield:*
       "In situ" neutralization protocols in Boc-chemistry solid phase peptide synthesis:
       rapid, high yield assembly of difficult sequences. Schnölzer M., Alewood P.,
       Alewood D., Kent S.B.H., *International Journal of Peptide Research and
       Therapeutics,* **13**, 31–44 (2007).

81.    Weighing naked proteins: practical, high-accuracy mass measurement of
       peptides and proteins, B.T. Chait, S.B.H. Kent, *Science*, **257**, 1885-1894 (1992).

82.    Efficient method for the preparation of peptoids [oligo N-substituted glycines] by
       sub-monomer solid phase synthesis. R. N. Zuckermann, J.M. Kerr, S.B.H. Kent,
       W.H. Moos, *J. Am. Chem. Soc.* **114**, 10646-10647 (1992).

83.    Identification of proteolytic processing sites within  the Gag and Pol polyproteins
       of feline immunodeficiency virus. J. Elder, M. Schnölzer, C.S. Hasselkus-Light, M.
       Henson, D.A. Lerner, T.R. Philips, P.C. Wagaman, S.B.H. Kent, *J. Virology*,. **67**,
       1869-1876 (1993).

84.    Structural engineering of HIV-1 protease with a $\beta$-turn mimic of fixed geometry.
       Baca M., Alewood P., Kent S.B.H., *Protein Science* , **2**, 1085-1091 (1993).

85.    Convenient total synthesis of a 4-Helix TASP molecule by chemoselective
       ligation. Philip E. Dawson, Stephen B.H. Kent, *J.Am.Chem.Soc.*, **115**, 7263-7266
       (1993).

86.    Protein ladder sequencing. B.T. Chait, R.Wang, R. Beavis, S.B.H. Kent ,
       *Science*, **262**, 89-92 (1993).

87.    Catalytic contribution of flap-substrate hydrogen bonds in HIV-1 protease explored by chemical synthesis. Manuel Baca and Stephen B.H. Kent, *Proc. Natl. Acad. Sci. U.S.*, **90**, 11638-42 (1993).

88.    $^1$H NMR determination of the three dimensional structures of mirror image forms of a Leu$^5$ variant of the trypsin inhibitor *Ecballium elaterium* (EETI-II), Katherine J. Nielsen, Dianne Alewood, John Andrews, Stephen B.H. kent, David J. Craik, *Protein Science,* **3**, 291-302 (1994).

89.    Design and chemical synthesis of an artificial neoprotein designed to mimic the cytoplasmic domains of the multichain integrin receptor 2b3a.  T. W. Muir, M. J. Williams, M. H. Ginsberg, S.B.H. Kent, *Biochemistry*, **33**, 7701-7708 (1994).

90.    The primary structure of halocyanin, an archaeal blue copper protein, predicts a lipid anchor for membrane fixation. S. Mattar, B. Schaff, S. Kent, K. Rodewald, D. Oesterhelt, M. Engelhard, *J. Biol. Chem.*, **269**, 14939-945 (1994).

91.    Total chemical synthesis of a folded β-sandwich protein domain: a fibronectin type 3 module. M. Williams, T. Muir, M. Ginsberg, S.B.H. Kent, *J.Am.Chem.Soc*, **116,** 10797-798 (1994).

92.    Detection of synthetic protein isomers & conformers by electrospray mass spectrometry. T. Muir, M. Williams, S.B.H. Kent, *Analytical Biochemistry*, **224,** 100-109 (1995).

93.    Synthesis of proteins by native chemical ligation. Philip E. Dawson, Tom W. Muir, Ian Clark-Lewis, Stephen B.H. Kent, *Science*, **266**, 776-779 (1994).

94.    Chemical ligation of cysteine-containing peptides: synthesis of a 22kDa tethered dimer of HIV-1 protease. Manuel Baca, Tom W. Muir, Martina Schnölzer, Stephen B.H. Kent, *J.Am.Chem.Soc*, **117,** 1881- 87 (1995).

95.    Total chemical synthesis of a unique  transcription factor-related protein: *cMyc-Max*. L.E. Canne, A.R. Ferré-D'Amaré, S.K. Burley, S.B.H. Kent, *J.Am.Chem.Soc*, **117,** 2998-3007 (1995).

96.    A convenient general synthesis of Boc-aminoacyl-thioester resins for use in peptide synthesis. L.E. Canne, S. Walker, S.B.H. Kent, *Tetrahed. Letters*, **36**, 1217-20 (1995)

97.    Kinetic properties of HIV-1 protease produced by total chemical synthesis with cysteine residues replaced by isosteric L-α-amino-*n*-butyric acid. Doug A. Bergman, Dianne Alewood, Paul F. Alewood, John L. Andrews, Ross Brinkworth, Darren Englebretsen, Stephen B.H. Kent, *Letters in Peptide Science,* **2**, 99 (1995).

98**.**   Analysis of the structure of chemically synthesized HIV-1 protease complexed with a hexapeptide inhibitor. Part I: crystallographic refinement of 2Å data. M. Miller, M. Geller, M. Gribskov, S.B.H. Kent, *Proteins (Structure, Function, Genetics),* **27** 184-94 (1997).

99.   Total chemical synthesis and catalytic properties of the enzyme enantiomers D- & L-4-oxalocrotonate tautomerase. M. C. Fitzgerald,  I. Chernushevich, K.G. Standing, S.B.H. Kent, C.P. Whitman, *J.Am.Chem.Soc.*, **117,** 11075-80 (1995).

100.   Mapping protein-protein interactions by affinity-directed mass spectrometry. Y.-M. Zhao, T.W. Muir, S.B.H. Kent, E. Tischer, J. M. Scardina, B.T. Chait, *Proc.Natl.Acad.Sci.U.S.,* **93**, 4020-4024 (1996).

101.   Template-directed chemical ligation of peptides to oligonucleotides. Richard K. Bruick, Philip E. Dawson, Stephen B.H. Kent, Nassim Usman, Gerald F. Joyce, *Chemistry & Biology,* **3** 49-56 (1996).

102.   Probing the oligomeric structure of an enzyme by electrospray ionization time-of-flight mass spectrometry. M. C. Fitzgerald,  I. Chernushevich, K.G. Standing, C.P. Whitman, S.B.H. Kent, *Proc.Natl.Acad.Sci.U.S.,* **93**, 6851-6856 (1996).

103.   Extending the applicability of native chemical ligation. Lynne E. Canne, Steven J. Bark, Stephen B.H. Kent, *J.Am.Chem.Soc.* **118**, 5891-96 (1996).

104.   Ionization states of the catalytic residues in HIV-1 Protease. Ross Smith, Ian M. Brereton, Richard Y. Chai, Stephen B. H. Kent. *Nature Structural Biology,* **3**, 946-950 (1996).

105.   Comparative total synthesis of turkey ovomucoid third domain by both stepwise solid phase peptide synthesis and native chemical ligation. W. Lu, M.A. Qasim, S.B.H. Kent, *J.Am.Chem.Soc.*, **118**, 8518-8523 (1996).

106.   Comparative enzymatic properties of feline immunodeficiency virus and HIV-1 proteinases prepared by total chemical synthesis.   M. Schnölzer, H-R. Rackwitz, G. S. Laco, J. Elder,  S.B.H. Kent, *Virology,* **224**, 268-275 (1996).

107.    Modulation of reactivity in native chemical ligation through the use of thiol additives. P. E. Dawson, M. Churchill, M. R. Ghadiri, S.B.H. Kent. *J.Am.Chem.Soc.,* **119**, 4325-29 (1997).

108.   Probing the chemical basis of binding activity in an SH3 domain by protein signature analysis. Tom W. Muir, Philip E. Dawson, Michael C. Fitzgerald, Stephen B.H. Kent. *Chemistry & Biology,* **3**, 817-825 (1996).

Stephen Kent  - CV & Bibliography

109.   Synthesis of a versatile purification handle for use with Boc chemistry solid phase peptide synthesis. L.E. Canne, R.L. Winston, S.B.H. Kent, *Tetrahedron Lett.,* **38**, 3361-3364 (1997).

110.   Rapid, sensitive structure analysis of oligosaccharides. Yingming Zhao, Stephen B.H. Kent, Brian T. Chait. *Proc.Natl.Acad.Sci.U.S.,* **94**, 1629-33 (1997).

111.   Methods for the chemical synthesis and readout of self-encoded arrays of polypeptide analogues.  P.E. Dawson, M.C. Fitzgerald, T. W. Muir, S.B.H. Kent. *J.Am.Chem.Soc.,*  119, 7917-27 (1997).

112.   Probing intermolecular main chain H-bonding in serine proteinase-protein inhibitor complexes: chemical synthesis of a backbone-engineered turkey ovomucoid third domain. W. Lu, M.A. Qasim, M. Laskowski, Jr., S.B.H. Kent, *Biochemistry*,  **36**, 673-79 (1997).

113.   Total chemical synthesis of enzymatically active human type II secretory phospholipase A2. T.M. Hackeng, C.M. Mounier, C. Bon, P.E. Dawson, J.H. Griffin, S.B.H. Kent, *Proc. Natl. Acad. Sci. USA* **94**, 7845-7850 (1997).

114.   Direct monitoring of organic reactions on polymeric supports. M.R. Carrasco, M.C. Fitzgerald, Y. Oda, S.B.H. Kent, *Tetrahedron Lett.*, **38**, 6331-34 (1997).

115.   Molecular analysis of the feline immunodeficiency virus protease: generation of a novel form of the protease by autoproteolysis and construction of cleavage-resistant proteases.  Laco GS, Fitzgerald MC, Morris GM, Olson AJ, Kent SB, Elder JH, *J Virol.*, **71**, 5505-11 (1997).

116.   Probing the structural basis of the catalytic activity of HIV-1 protease through total chemical protein synthesis. M. Miller, M. Baca, J.K.M. Rao, S. Kent, *J. Molec. Structure (THEOCHEM),* **423,**177-152 (1998).

117.   A continuous fluorometric assay for the FIV protease. M.C. Fitzgerald, G.S. Laco, J.H. Elder, S.B.H. Kent, *Anal. Biochem.*, **254,** 226-30 (1997).

118.   Chemically synthesis of human 'protein S' thrombin-sensitive module and first epidermal growth factor module. T.M. Hackeng, P.E. Dawson, S.B.H. Kent, J.H. Griffin. *Biopolymers,*  **46**, 53-63 (1998).

119.   A novel method for the synthesis of cyclic peptides. Yang Shao, Wuyuan Lu, Stephen B.H. Kent,  *Tetrahedron Lett.,* **39**, 3911-14 (1998).

120.   Total chemical synthesis of bovine pancreatic trypsin inhibitor by native chemical ligation. Wuyuan Lu, Melissa A. Starovasnik, Stephen B.H. Kent, *FEBS Lett*, **429**, 31-35 (1998).

Stephen Kent  - CV & Bibliography

121. Characterization of Agouti-related protein binding to melanocortin receptors. Y-k. Yang, D.A. Thompson, C.J. Dickinson, J. Wilken, G.S. Barsh, S.B.H. Kent, I. Gantz, *Molecular Endocrinology*, **13**, 148-155 (1999).

122. Total chemical synthesis and crystal structure of the potent anti-HIV protein AOP-RANTES. Jill Wilken, David Hoover, Darren A. Thompson, Paul N. Barlow, Helen McSparron, Laurent Picard, Alex Wlodawer, Jacek Lubkowski, Stephen B.H. Kent, *Chemistry & Biology*, **6**, 43-51 (1999).

123. Chemical protein synthesis by solid phase ligation of unprotected peptide segments. Lynne E. Canne, Paolo Botti, Reyna J. Simon, Yijun Chen, Edward A. Dennis, Stephen B.H. Kent, *J.Am.Chem.Soc.,* **121**, 8720-27 (1999).

124. Characterization of the DNA binding properties of the bHLH domain of the transcription factor Deadpan to single and tandem sites. Rachel L. Winston, David P. Millar, Joel M. Gottesfeld, Stephen B.H. Kent, *Biochemistry*, **38**, 5138-46 (1999).

125. NMR structure of a minimized human agouti-related protein prepared by total chemical synthesis. K.A. Bolin, D.J. Anderson, J.A. Trulson, I. Gantz, D.A. Thompson, J. Wilken, S.B.H. Kent, G.L. Milhauser, *FEBS Letters*, **451**, 125-131 (1999).

126. Probing intermolecular backbone H-bonding in serine-proteinase protein-inhibitor complexes.  Wuyuan Lu, Michael Randal, Anthony Kossiakoff, Stephen B.H. Kent, *Chemistry & Biology*, **6**, 419-427 (1999)

127. Design, total chemical synthesis, and binding properties of a $[(N_1$-Me-7-aza)Trp$^{91}$]Ras-binding domain of c-Raf-1. Jens R. Sydor, Christian Herrmann, Stephen B.H. Kent, Roger S. Goody, Martin Engelhard, *Proc. Natl. Acad. Sci. USA*, **96,** 7865-7870 (1999).

128. Total chemical synthesis of the integral membrane protein influenza A virus M2 proton channel: role of its cytoplasmic domain for pore assembly. Gerd G. Kochendoerfer, David Salom, James D. Lear, Stephen B. H. Kent, William F. DeGrado, *Biochemistry,* **38**, 11905-13 (1999).

129. Engineering an unnatural $N^{\alpha}$-Anchored Disulfide into BPTI by Total Chemical Synthesis:  Structural and Functional Consequences, Steven J. Bark, Stephen B. H. Kent, *FEBS Letters,* **460**, 67-76 (1999).

130. Chemical synthesis and spontaneous folding of a multidomain protein: anticoagulant microprotein S. Tilman M. Hackeng, Jose A. Fernandez, Philip E. Dawson, Stephen B.H. Kent, John H. Griffin, *Proc. Natl. Acad. Sci. USA* **97,** *14074-78* (2000).

Stephen Kent  - CV & Bibliography

131.    Fmoc-based synthesis of peptide-[a]thioesters: application to the total chemical synthesis of a glycoprotein by native chemical ligation. Y. Shin, K.A. Winans, B.J. Backes, S.B.H. Kent, J.A. Ellman, C.R. Bertozzi, *J. Am. Chem. Soc.*, **121**, 11684-11689 (1999).

132.    Deciphering the role of the electrostatic interactions involving Gly70 in Eglin C by total chemical protein synthesis. Wei-Yue Lu, Melissa A. Starovasnik, John J. Dwyer, Anthony A. Kossiakoff, Stephen B.H. Kent, Wuyuan Lu, *Biochemistry*, **39**, 3575-84 (2000).

133.    Sexual dimorphism in diverse metazoans is regulated by a novel class of intertwined zinc-finger proteins. L. Zhu, J. Wilken, N. B. Phillips, U. Narendra, G. Chan, S.M. Stratton, S.B. Kent, M.A. Weiss, *Genes & Development,* **14,** 1750-1764 (2000).

134.    Protein backbone engineering through total chemical synthesis: new insight into the mechanism of HIV-1 protease catalysis. Manuel Baca and Stephen B.H. Kent *Tetrahedron*, **56**, 9503-9513 (2000).

135.    A sensitive fluorescence monitor for the detection of activated Ras: Total chemical synthesis of site specifically-labelled Ras-binding domain of c-Raf1 immobilised on a surface. Christian F.W. Becker, Christie L. Hunter, Ralf P. Seidel, Stephen B.H. Kent, Roger S. Goody, and Martin Engelhard, *Chemistry & Biology*, **8**, 243-252 (2001).

136.    Native chemical ligation using removable N[a]-(1-phenyl-2-mercaptoethyl) auxiliaries.  Paolo Botti, Michael R. Carrasco & Stephen B. H. Kent, *Tetrahedron Letters*, **42**,1831–1833 (2001)

137.    Chemical synthesis of lymphotactin: a glycosylated chemokine with a C-terminal mucin-like domain. Lisa A. Marcaurelle, Laura S. Mizoue, Jill Wilken, Lisa Oldham, Stephen B.H. Kent, Tracy M. Handel, Carolyn R. Bertozzi, *Chem. Eur. J.*, **7**, 1129-1132 (2001)

138.    Total synthesis of cytochrome b562 by native chemical ligation using a removable auxiliary. D.W. Low, M.G. Hill, M.R. Carrasco, P. Botti, S.B. Kent, *Proc. Nat. Acad. Sci. USA*, **98**, 6554-9 (2001)

139.    Total chemical synthesis of a functional protein pair: the proto-oncogene hRas and the Ras-binding domain of its effector c-Raf1. Christian F.W. Becker, Christie L. Hunter, Ralf Seidel, Stephen B.H. Kent, Roger S. Goody, Martin Engelhard, *Proc. Nat. Acad. Sci. USA*, **100**, 5075-80 (2003).

140.  Design and chemical synthesis of a homogeneous polymer-modified erythropoiesis protein. Gerd G. Kochendoerfer, Shiah-Yun Chen, Feng Mao, Sonya Cressman, Stacey Traviglia, Haiyan Shao, Christie Hunter, Don Low, Neil Cagle, Maia Carnevali, Vincent Gueriguian, Peter Keogh, Heather Porter, Stephen M. Stratton, M. Con Wiedeke, Jill Wilken, Jie Tang, Jay J. Levy, Les P. Miranda, Milan Crnogorac, Suresh Kalbag, Paolo Botti, Janice Schindler-Horvath, Laura Savatski, John W. Adamson, Ada Kung, Stephen B. H. Kent, James A. Bradburne, *Science*, **299**, 884-887 (2003).

141.  Total chemical synthesis of Crambin. D. Bang, N. Chopra, S.B.H. Kent, *J. Am. Chem. Soc.,* **126**, 1377-83 (2004).

142.  A one-pot chemical synthesis of Crambin. D. Bang, S.B.H. Kent, *Angew. Chem. Int. Ed. Eng.,* **43**, 2534-8 (2004).

143.  Medicinal chemistry applied to a synthetic protein: development of highly potent HIV entry inhibitors. O. Hartley, H. Gaertner, J. Wilken, D. Thompson, R. Fish, A. Ramos, C. Pastore, A. Melotti, F. Cerini, N. Heveker, L. Picard, M. Alizon, D. Mosier, S.B.H. Kent, R. Offord, *Proc. Nat. Acad. Sci. USA*, **101**, 16460-16465 (2004).

144.  His$_6$ tag-assisted chemical protein synthesis. D. Bang, S.B.H. Kent, *Proc. Nat. Acad. Sci. USA*, **102**, 5014-5019 (2005).

145.  Synthetic erythropoietic proteins: tuning biological performance by site-specific polymer attachment. Shiah-Yun Chen, Sonya Cressman, Feng Mao, Haiyan Shao, Donald W. Low, Hal S. Beilan, E. Neil Cagle, Maia Carnevali, Vincent Gueriguian, Peter J. Keogh, Heather Porter, Stephen M. Stratton, 8, M. Con Wiedeke, Laura Savatski, John W. Adamson, Carlos E. Bozzini, Ada Kung, Stephen B.H. Kent, James A. Bradburne, Gerd G. Kochendoerfer, *Chemistry & Biology,* **12**, 371-383 (2005)**.**

146.  Total chemical synthesis and X-ray crystal structure of a protein diastereomer: [D-Gln35]Ubiquitin. Duhee Bang, George I. Makhatadze, Valentina Tereshko, Anthony A. Kossiakoff, Stephen B. Kent, *Angew. Chem. Int. Ed. Eng.,* **44**, 3852-3856 (2005).

147.  Optimizing thiophosphorylation in the presence of competing phosphorylation with MALDI-TOF-MS detection. Laurie L. Parker, Alexander B. Schilling, Stephen J. Kron, Stephen B.H. Kent, *J. Proteome Research*, **4**, 1863-6 (2005)

148.  Dissecting the energetics of protein α-helix C-cap termination through chemical protein synthesis. Duhee Bang, Alexey V. Gribenko, Valentina Tereshko, Anthony A. Kossiakoff, Stephen B. Kent*, George I. Makhatadze*, *Nature Chemical Biology*, **2**, 139-43 (2006). **Cover**

149.  Direct on-resin synthesis of peptide-αthiophenylesters for use in native chemical ligation. Duhee Bang, Brad L. Pentelute, Zachary P. Gates, and Stephen B. Kent, *Organic Letters*, **8**, 1049-52 (2006).

150.  Insights into the mechanism and catalysis of the native chemical ligation reaction. Erik C.B. Johnson, Stephen B.H. Kent, *J. Am. Chem. Soc.,* **128**, 6640-6 (2006).

151.  Studies on the insolubility of a transmembrane peptide from Signal Peptide Peptidase. Erik C.B. Johnson, Stephen B.H. Kent, *J. Am. Chem. Soc.,* **128**, 7140-1 (2006).

152.  Synthesis, stability and optimized photolytic cleavage of 4-methoxy-2-nitrobenzyl backbone-protected peptides. Erik C.B. Johnson and Stephen B.H. Kent, *Chemical Communications*, 1557-9 (2006).

153.  Kinetically-controlled ligation for the convergent chemical synthesis of proteins. Duhee Bang, Brad Pentelute, Stephen B.H. Kent, *Angew Chem Int Ed*, **45**, 3985-3988 (2006). **Cover**

154.  Total chemical synthesis, folding, and assay of a small protein on a water-compatible solid support. Erik C.B. Johnson, Thomas Durek, Stephen B.H. Kent, *Angew Chem Int Ed Eng,* **45**, 3283-7 (2006).

155.  Control of the yeast cell cycle with a photocleavable α-factor analog. Laurie L. Parker, Stephen B. H. Kent, Stephen J. Kron, *Angew Chem Int Ed Eng*, **45**, 6322-5 (2006).

156.  Towards the total chemical synthesis of integral membrane proteins:  a general method for the synthesis of hydrophobic peptide-ᵅthioester building blocks. Erik C.B. Johnson, Stephen B.H. Kent, *Tetrahedron Letters*, **48**, 1795-99 (2007).

157.  An exploratory synthesis of peptide-$^{\alpha}$thioester segments spanning the polypeptide sequence of the δ-opioid receptor, a G protein-coupled receptor. Erik C.B. Johnson, Stephen B.H. Kent, *Biopolymers: Peptide Science*, **88**, 340-9. (2007).

158.  Convergent chemical synthesis and crystal structure of a 203 amino acid 'covalent dimer' HIV-1 protease enzyme molecule. Vladimir Yu. Torbeev, Stephen B. H. Kent,  *Angew Chem Int Ed Eng*, **46**, 1667-70 (2007).

159.  Selective desulfurization of cysteine in the presence of Cys(Acm) in polypeptides obtained by native chemical ligation. Bradley L. Pentelute, Stephen B.H. Kent, *Organic Letters*, **9**, 687-90 (2007).

160.  Total Synthesis by modern chemical ligation methods & high resolution (1.1Å) X-ray structure of ribonuclease A. David J. Boerema, Valentina A. Tereshko, Stephen B. H. Kent, *Biopolymers – Peptide Science*, **90**, 278-286 (2008).

161.  Convergent chemical synthesis and high resolution X-ray structure of human lysozyme. Thomas Durek, Vladimir Yu. Torbeev, Stephen B. H. Kent, *Proc. Natl. Acad. Sci. USA,* **104**, 4846-4851 (2007).

162.  Synthesis of a C-terminal thioester derivative of the lipopeptide Pam2CSKKKK using Fmoc SPPS. Paul W.G.R. Harris, Margaret A. Brimble, Rod Dunbar, Stephen B.H. Kent, *SYNLETT,* 713–16 (2007).

163.  Total chemical synthesis and biophysical characterization of the minimal isoform of the KChIP2 potassium channel regulatory subunit**.** Sudarshan Rajagopal, Stephen B.H. Kent, *Protein Sci*, **16**, 2056-64 (2007).

164.  Biomimetic total chemical synthesis of an HIV-1 protease. Erik C.B. Johnson, Enrico Malito, Yuequan Shen, Dan Rich, Wei-Jen Tang, Stephen B.H. Kent, *J Am Chem Soc*, **129**, 11480-90 (2007).

165.  Insights from atomic-resolution X-ray structures of chemically synthesized HIV-1 protease in complex with inhibitors. Erik C.B. Johnson, Enrico Malito, Yuequan Shen, Brad Pentelute, Dan Rich, Jan Florián, Wei-Jen Tang, Stephen B.H. Kent. *J Molecular Biol,* **373**, 573-86 (2007).

166.  Synthesis of photo-active analogs of a cystine knot trypsin inhibitor protein. Thomas Durek, Junliang Zhang, Chuan He, Stephen B.H. Kent, *Organic Letters*, **9**, 5497-500 (2007).

167.  Comparative properties of insulin-like growth factor 1 (IGF-1) and [Gly7D-Ala]IGF-1 prepared by total chemical synthesis. Youhei Sohma, Brad L. Pentelute, Jonathan Whittaker, Qin-xin Hua, Linda J. Whittaker, Michael A. Weiss, and Stephen B. H. Kent, *Angewandte Chemie Int Ed Engl*, **47**, 1102-1106 (2008).

168.  Mirror image forms of snow flea antifreeze protein prepared by total chemical synthesis have identical antifreeze activities. Brad L. Pentelute, Zachary P. Gates, Jennifer Dashnau, Jane M. Vanderkooi, Stephen B. H. Kent, *J Am Chem Soc*, **130**, 9702-9707 (2008).

169.  X-ray structure of snow flea antifreeze protein determined by racemic crystallization of synthetic protein enantiomers. Brad L. Pentelute, Zachary P. Gates, Valentina Tereshko, Jennifer Dashnau, Jane M. Vanderkooi, Anthony A. Kossiakoff, Stephen B. H. Kent, *J Am Chem Soc*, **130**, 9695-9701 (2008).

170.  Crystal structure of chemically synthesized HIV-1 protease and a ketomethylene isostere inhibitor based on the p2/NC cleavage site. V. Yu. Torbeev, K. Mandal, V. A. Terechko, S. B. H. Kent, *Bioorganic & Medicinal Chemistry Letters*, **18**, 4554-7 (2008).

171.   Dynamics of 'flap' structures in three HIV-1 protease/inhibitor complexes probed by total chemical synthesis and pulse-EPR spectroscopy. Vladimir Yu. Torbeev, H. Raghuraman, Kalyaneswar Mandal, Sanjib Senapati, Eduardo Perozo, Stephen B. H. Kent, *J Am Chem Soc*, **131**, 884-5 (2009).

172.   X-ray structure of native scorpion toxin BmBKTx1 by racemic protein crystallography using direct methods. Kalyaneswar Mandal, Brad L. Pentelute, Valentina Tereshko, Anthony A. Kossiakoff, Stephen B. H. Kent,  *J Am Chem Soc,* **131**, 1362-3 (2009).

173.   Racemic crystallography of synthetic protein enantiomers used to determine the X-ray structure of plectasin by direct methods. Kalyaneswar Mandal, Brad L. Pentelute, Valentina Tereshko, Anthony A. Kossiakoff, Stephen B. H. Kent, *Protein Science,* **18**, 1146-1154 (2009). **Cover**

174.   Role of a salt bridge in the model protein crambin explored by chemical protein synthesis: X-ray structure of a unique protein analogue, [V15A]crambin-alpha-carboxamide. Duhee Bang, Valentina Tereshko, Anthony A. Kossiakoff, Stephen B.H. Kent, *Molecular BioSystems*, **5**, 750 - 756 (2009).

175.   Biomimetic synthesis of lispro insulin via a chemically synthesized 'mini-proinsulin' prepared by oxime-forming ligation. Youhei Sohma, Stephen B. H. Kent, *J Am Chem Soc,* **131,** 16313-8 (2009).

176.   A one-pot approach to neoglycopeptides using orthogonal native chemical ligation and click chemistry. Dong Jun Lee, Kalyaneswar Mandal, Paul W. R. Harris, Margaret A. Brimble, and  Stephen B. H. Kent, *Organic Letters*, **11**, 5270-3 (2009).

177.   Contribution of residue B5 to the folding and function of insulin and IGF-I: constraints and fine tuning in the evolution of a protein family. Youhei Sohma, Qing-xin Hua, Ming Liu, Nelson B. Phillips, Shi-Quan Hu, Jonathan Whittaker, Linda J. Whittaker, Aubree Ng, Charles T. Roberts, Jr., Peter Arvan, Stephen B. H. Kent*, & Michael A. Weiss*, *J Biol Chem*, **285**, 5040-55 (2010).

178.   A semisynthesis platform for investigating structure-function relationships in the N-terminal domain of the anthrax lethal factor. Brad L. Pentelute, Adam P. Barker, Blythe E. Janowiak, Stephen B. H. Kent, R. John Collier, *ACS Chemical Biology*, **5**, 359-64 (2010).

179.   Design and total synthesis of [GluA4(OβThrB30)]insulin ('ester insulin'): a minimal proinsulin surrogate that can be chemically converted into human insulin. Youhei Sohma, Qing-Xin Hua, Jonathan Whittaker, Michael A. Weiss, Stephen B. H. Kent, *Angewandte Chemie Int Ed Engl*, **49**, 5489 - 5493 (2010). **Cover**

**Stephen Kent  - CV & Bibliography**

180.   Synthesis and comparative properties of two amide-generating resin linkers for use in solid phase peptide synthesis. Fang-Kun Deng, Kalyaneswar Mandal, Sam Luisier, Stephen B.H. Kent, *J. Peptide Science*, **16**, 545-550 (2010).

181.   Determination of the X-ray structure of the snake venom protein Omwaprin by total chemical synthesis and racemic protein crystallography. James R. Banigan, Kalyaneswar Mandal, Michael R. Sawaya, Vilasak Thammavongsa, Antoni P. Hendrickx, Olaf Schneewind, Todd O. Yeates, Stephen B. Kent, *Protein Science,* **19**, 1840-1849 (2010).

182.   Total chemical synthesis and X-ray structure of kaliotoxin by racemic protein crystallography. Brad L. Pentelute, Kalyaneswar Mandal, Zachary P. Gates, Michael R. Saway, Todd O. Yeates, Stephen B. H. Kent, *Chem. Commun., 46, 8174 - 8176* (2010).

183.   Total chemical synthesis of human proinsulin. Samuel Luisier, Michal Avital-Shmilovici, Michael A. Weiss, Stephen B.H. Kent, *Chem. Commun.*,  **46,** 8177 – 8179 (2010).

184.   An investigation into the origin of the dramatically reduced reactivity of peptide-prolyl-thioesters in native chemical ligation. Samuel B. Pollock, Stephen B.H. Kent, *Chem. Commun.*, **47**, 2342 – 2344 (2011).

185.   Total chemical synthesis of biologically active vascular endothelial growth factor. Kalyaneswar Mandal, Stephen B.H. Kent, *Angewandte Chem Int Ed,*  **50**, 8029–8033, (2011).

186.   On the role of protein conformational dynamics in the chemical mechanism of HIV-1 protease catalysis. Vladimir Yu. Torbeev, H. Raghuraman, Donald Hamelberg, Marco Tonelli, William M. Westler, Eduardo Perozo & Stephen B. H. Kent, *Proc Natl Acad Sci USA,* **108**, 20982-20987 (2011).

187.   Single-molecule studies of HIV-1 Protease catalysis enabled by chemical protein synthesis. Vladimir Yu. Torbeev, Sua Myong, Taekjip Ha, Stephen B.H. Kent, *Israel J. Chem.,* **51**, 960-967 (2011). **Cover**

188.   Synthesis of tripeptide mimetics based on dihydroquinolinone and benzoxazinone scaffolds. Aline D. de Araujo, Caspar Christensen, Jens Buchardt, Stephen B. H. Kent, Paul F. Alewood, *Chem - Eur Journal*, **17**, 13983-13986 (2011).

189.   Convergent chemical synthesis of [Lys$^{24,38,83}$]human erythropoietin. Suhuai Liu, Brad L. Pentelute, Stephen B. H. Kent, *Angewandte Chem*, **51**, 993-999 (2012).

190.   Single wavelength phasing strategy for quasi-racemic protein crystal diffraction data. Michael Sawaya, Bradley Pentelute, Stephen Kent, Todd Yeates, *Acta Crystallographica Section D*, **68**(Pt 1), 62-8 (2012).

191. Design, total chemical synthesis, and X-ray structure of a protein having a novel linear-loop polypeptide chain topology. Kalyaneswar Mandal, Brad L. Pentelute, Duhee Bang, Zachary P. Gates, Vladimir Yu. Torbeev, Stephen B. H. Kent, *Angewandte Chem Int Ed*, **51**, 1481-1486 (2012).

192. Ionization state of the catalytic dyad Asp25/25' in the HIV-1 protease: NMR studies of site-specifically $^{13}$C labeled HIV-1 protease prepared by total chemical synthesis. Vladimir Yu. Torbeev, Stephen B. H. Kent, *Organic & Biomolecular Chemistry*, **10**, 5887–5891 (2012).

193. Chemical synthesis and X-ray structure of a heterochiral {D-protein antagonist plus VEGF-A} protein complex by racemic crystallography.  Kalyaneswar Mandal, Maruti Uppalapati, Dana Ault-Riché, John Kenney, Joshua Lowitz, Sachdev Sidhu, Stephen B.H. Kent, *Proc Natl Acad Sci USA,* **109**, 14779-14784 (2012).

194. Rapid formal hydrolysis of peptide-$^{\alpha}$thioesters. Zachary P. Gates, Jules Stephan, Dong Jun Lee, Stephen B.H. Kent, *Chem. Commun.*, **49**, 786-788  (2013).

195. Convergent chemical synthesis of ester insulin: determination of the high resolution X-ray structure by racemic protein crystallography. Michal Avital-Shmilovici, Kalyaneswar Mandal, Zachary P. Gates, Nelson Phillips, Michael A. Weiss, Stephen B.H. Kent, *J. Am. Chem. Soc., 135*, 3173–3185 (2013).

196. Total chemical synthesis of fully functional photoactive yellow protein. Wendy R. Gordon, Duhee Bang, Wouter D. Hoff, Stephen B.H. Kent, *Bioorganic & Medicinal Chemistry, 21*, 3436-42 (2013).

197. Native chemical ligation at Asx-Cys, Glx-Cys: chemical synthesis and high resolution X-ray structure of ShK toxin by racemic crystallography. Bobo Dang, Tomoya Kubota, Kalyaneswar Mandal, Francisco Bezanilla, Stephen B.H. Kent, *J. Am. Chem. Soc.*, **135**, 11911-9 (2013).

198. Total chemical synthesis of the enzyme Sortase A$_{\Delta N59}$ with full catalytic activity. Fang-Kun Deng, Liang Zhang, Ya-Ting Wang, Olaf Schneewind, Stephen B. H. Kent, *Angewandte Chem Int Ed*, **53**, 4662-6 (2014).

199. Total chemical syntheses and biological activities of glycosylated and non-glycosylated forms of the chemokines CCL1 and Ser-CCL1. Ryo Okamoto, Kalyaneswar Mandal, Morris Ling, Andrew Luster, Yasuhiro Kajihara, Stephen B. H. Kent, *Angewandte Chem Int Ed*, **53**, 5188-93 (2014).

200. (Quasi-)racemic X-ray structures of glycosylated and non-glycosylated forms of the chemokine Ser-CCL1 prepared by total chemical synthesis. Ryo Okamoto, Kalyaneswar Mandal, Michael R. Sawaya, Yasuhiro Kajihara, Todd O. Yeates Stephen B. H. Kent, *Angewandte Chem Int Ed*, **53**, 5194-8 (2014).

201. Deciphering a molecular mechanism of neonatal diabetes mellitus by the chemical synthesis of a protein diastereomer, [D-Ala[B8]]human proinsulin. Michal Avital-Shmilovici, Jonathan Whittaker, Michael A. Weiss, Stephen B. H. Kent, *J. Biol. Chem.,* **289**, 23683-92 (2014).

202. Total chemical synthesis of biologically active fluorescent dye-labeled Ts1 toxin. Bobo Dang, Tomoya Kubota, Ana M. Correa, Francisco Bezanilla, Stephen B. H. Kent, *Angewandte Chem Int Ed,* **53**, 8970-4 (2014).

203. A functional role of Rv1738 in *Mycobacterium tuberculosis* persistence suggested by racemic protein crystallography. Richard D. Bunker, Kalyaneswar Mandal, Ghader Bashiri, Jessica J. Chaston, Brad Pentelute, J. Shaun Lott, Stephen B. H. Kent*, Edward N. Baker*, *Proc Natl Acad Sci USA,* **112**, 4310-5 (2015).

204. Enhanced solvation of peptides attached to a 'solid-phase' resin: straightforward synthesis of the elastin sequence Pro-Gly-Val-Gly-Val-Pro-Gly-Val-Gly-Val. B. Dang, B. Dhayalan, S.B.H. Kent, *Organic Letters,* **17**, 3521-3 (2015)*.*

205. Efficient total chemical synthesis of $^{13}$C=$^{18}$O isotopomers of human insulin for isotope-edited FTIR. B. Dhayalan, A. Fitzpatrick, K. Mandal, J. Whittaker, M. A. Weiss, A. Tokmakoff,*  S. B. H. Kent*, *ChemBioChem,* **17**, 415-420 (2016).

206. Spontaneous resolution of crystalline insulins from quasi-racemic solutions: Xray structure determination of isotope-labeled ester-insulin and human insulin**.** K. Mandal, B. Dhayalan, M. Avital-Shmilovici, A. Tokmakoff, S.B.H. Kent, *ChemBioChem,* **17**, 421-425 (2016).

207. A potent D-protein antagonist of VEGF-A is non-immunogenic, metabolically stable and longer-circulating *in vivo.* Maruti Uppalapati, Dong Jun Lee, Kalyaneswar Mandal, Hongyan Li, Les P. Miranda, Joshua Lowitz, John Kenney, Jarrett J. Adams, Dana Ault-Riché, Stephen B. H. Kent, Sachdev S. Sidhu, *ACS Chemical Biology,* **11**, 1058-65 (2016).

208. β1 Subunit-Induced Structural Rearrangements of the Ca2+- and Voltage-Activated (BK) Channel.  Juan P Castillo, Jorge E Sánchez-Rodríguez, H Clark Hyde, Cristian A Zaelzer, Daniel Aguayo, Romina V Sepúlveda, Louis Y.P. Luk, Stephen B.H. Kent, Fernando D Gonzalez-Nilo, Francisco Bezanilla, Ramon Latorre, *Proc.Nat.Acad.Sci.,* **113**, E3231-9 (2016).

209. Elucidation of the covalent and tertiary structures of biologically active Ts3 toxin. Bobo Dang, Tomoya Kubota, Kalyaneswar Mandal, Ana M. Correa, Francisco Bezanilla, Stephen B. H. Kent, *Angewandte Chemie Int. Ed.,* **55**, 8639-42 (2016).

Stephen Kent  - CV & Bibliography

210.    Chemical synthesis and enzymatic properties of RNase A analogues designed to enhance second-step catalytic activity. David J. Boerema, Valentina A. Tereshko, JunLiang Zhang, Stephen B. H. Kent, *Org. Biomol. Chem,* **14**, 8804 – 8814 (2016).

211.    Perplexing cooperative folding and stability of a low sequence complexity, poly-proline 2 protein lacking a hydrophobic core. Zachary Gates, Michael C Baxa, Wookyung Yu, Joshua A Riback, Hui Li, Benoit Roux, Stephen Kent, Tobin R Sosnick, *Proc.Nat.Acad.Sci.* 2017;**114**:2241-2246. doi: 10.1073/pnas.1609579114

212.    Obviation of hydrogen fluoride in Boc chemistry solid phase peptide synthesis of peptide-$^{\alpha}$thioesters. Zachary P. Gates, Balamurugan Dhayalan, Stephen B.H. Kent, *Chem. Comm.*, **52**,13979-13982 (2016).

213.    Scope & limitations of Fmoc chemistry SPPS-based approaches to the total synthesis of Insulin Lispro via ester insulin. Balamurugan Dhayalan, Kalyaneswar Mandal, Nischay Rege, Michael A. Weiss, Simon H. Eitel, Thomas Meier, Ralph O. Schoenleber, Stephen B.H. Kent, *Chem. Eur. J.*, **23**, 1709-1716 (2017).

214.    Inversion of Thr and Ile side chain stereochemistry in a protein molecule: impact on the folding, stability, and structure of the ShK toxin protein molecule. Bobo Dang, Tomoya Kubota, Rong Shen, Kalyaneswar Mandal, Francisco Bezanilla, Benoit Roux, Stephen B. H. Kent, *Angewandte Chemie Int. Ed.* 2017;**56**:3324-3328. doi: 10.1002/anie.201612398

215.    Mapping of voltage sensor positions in resting and inactivated mammalian sodium channels by LRET. Tomoya Kubota , Thomas Durek , Bobo Dang , Rocio K. Finol-Urdaneta , David J Craik , Stephen B.H. Kent , Robert J French , Francisco Bezanilla, Ana M Correa, *Proc Natl Acad Sci U S A.* 2017;**114**:E1857-E1865 2017. doi: 10.1073/pnas.1700453114

216.    Reinvestigation of the biological activity of D-allo-ShK protein. Dang B, Chhabra S, Pennington MW, Norton RS, Kent SBH. *J Biol Chem.* 2017; **292**:12599-12605. doi: 10.1074/jbc.M117.793943

217.    Chemical synthesis of an enzyme containing an artificial catalytic apparatus. Vladimir Torbeev, Stephen B.H. Kent. *Aust J Chem* 2019; in press.

**On-Line Web Seminars**

1.    Chemical protein synthesis: total synthesis of proteins for biological research. S.B.H. Kent in Austin, D. (ed.), Chemical Biology: The role of Chemistry in our fundamental understanding of Biology, The Biomedical & Life Sciences Collection, Henry Stewart Talks Ltd, London 2008 (online at http://www.hstalks.com/?t=BL0331277-Kent )

2.    Solid-phase peptide synthesis. S.B.H. Kent in Austin, D. (ed.), Chemical Biology: The role of Chemistry in our fundamental understanding of Biology, The Biomedical & Life Sciences Collection, Henry Stewart Talks Ltd, London (online at http://www.hstalks.com/?t=BL0331751-Kent )

**Perspectives**

1.    Chemical synthesis of peptides and proteins. Kent S.B.H.  *Ann. Rev. Biochem*. **57**, 957-984 (1988).

2.    Chemical synthesis of proteins. Tom Muir, Stephen B.H. Kent, in *Current Opinion in Biotechnology*, **4**, 420-427 (1993).

3.    Protein splicing: occurrence, mechanisms and related phenomena. Yang Shao, Stephen BH Kent, *Chemistry & Biology* **4** : 187-194 (1997).

4.    Chemical protein synthesis. Wilken J, Kent SBH: *Current Opinion in Biotechnology*  **9,** 412-426 (1998).

5     Chemical protein synthesis. Gerd Kochendoerfer, Stephen Kent, *Current Opinion in Chemical Biology,* **3**: 665-671 (1999).

6.    Synthesis of native proteins by chemical ligation. Dawson, P.E., Kent S.B.H. *Ann. Rev. Biochem*. **69**, 925-962 (2000).

7.    Total chemical synthesis of enzymes. Stephen Kent, *J. Peptide Sci.,* **9**, 574-593 (2003). **Cover**

8.    Novel forms of chemical protein diversity in nature and in the laboratory. Stephen B.H. Kent, *Curr. Opinion Biotech.,* **15**, 607–614 (2004).

9.    Total chemical synthesis of proteins. Stephen B.H. Kent, *Chemical Society Reviews*, **38**, 338-51 (2009).

Stephen Kent  - CV & Bibliography

10.     Origin of the chemical ligation concept for the total synthesis of enzymes (proteins). Stephen Kent, *Biopolymers – Peptide Science*, **94**(4), pp. iv-ix (2010).

11.     Through the looking glass – a new world of proteins enabled by chemical synthesis. Stephen Kent, Youhei Sohma, Suhuai Liu, Duhee Bang, Brad Pentelute, Kalyaneswar Mandal, *J. Peptide Sci.,* **18**, 428-36 (2012).

12.     Racemic protein crystallography. Todd O. Yeates, Stephen B.H. Kent, *Ann. Review Biophysics*, **41**, 41–61 (2012).

13.     Bringing the science of proteins into the realm of organic chemistry: total chemical synthesis of SEP (synthetic erythropoiesis protein). Stephen B.H. Kent, *Angew. Chem. Int. Ed.*, **52**, 11988–11996 (2013).

14.     Chemical protein synthesis: inventing synthetic methods to decipher how proteins work. Kent SBH. *Bio Org Med Chem.*, **25**, 4926-4937 (2017). doi: 10.1016/j.bmc.2017.06.020

15.     Racemic & quasi-racemic protein crystallography enabled by chemical protein synthesis. Kent SBH. *Current Opinion in Chemical Biolog*y 2018; **46**:1–9

16.     Novel protein science enabled by total chemical synthesis. Kent SBH. *Protein Science* 2019; **28**:313–328. [Cover]

**Chapters in Books**

1.     New aspects of solid phase peptide synthesis.  Kent S.B.H. in Biomedical Polymers, E. P. Goldberg, Akio Nakajima, eds., Acad. Press, 1980, pp. 213-242.

2.     Fundamental aspects of the Chemical applications of cross linked polymers.  Live D.H., Kent S.B.H., in Elastomers and Rubber Elasticity, J.E. Mark, ed., American Chemical Society Symposia Series, American Chemical Society, Washington, D.C., 1982, pp. 501-515.

3.     Kent, S.B.H., Riemen, M., LeDoux, M., and Merrifield, R.B., in "Methods in Protein Sequence Analysis", M. Elzinga, ed., Humana Press, New Jersey, 1982, pp.205-213

4.     Antigenic structures of human hepatitis viruses.  Neurath A.R., Kent S.B.H. in Immunochemistry of Viruses, M.V.H. Van Regenmortel, A.R. Neurath, eds., Elsevier, Amsterdam, 1985, pp. 325-366.

5.     Synthetic peptides in immunoprophylaxis and diagnosis of hepatitis B.  Neurath A.R., Kent S.B.H., Strick N. in Synthetic Peptides in Biology and Medicine,  K. Alitalo, P. Partanen, A. Vaheri, eds., Elsevier, Amsterdam, 1985, pp. 113-131.

6.  Modern methods for the chemical synthesis of biologically active peptides.  Kent S.B.H., Clark-Lewis I. in Synthetic Peptides in Biology and Medicine, K. Alitalo, P. Partanen, A. Vaheri, eds., Elsevier, Amsterdam, 1985, pp. 29-57.

7.  Practical high performance liquid chromatography of proteins and peptides. Tempst P., Hood L.E., Kent S.B.H. for:  Modern Methods of Plant Analysis: HPLC in Plant Sciences, H.F. Linskens, J.F. Jackson, eds., Springer-Verlag, Heidelberg 5, 1987, 170-208.

8.  Vaccination with synthetic hepatitis B virus peptides.  Neurath A.R., Kent S.B.H., Strick N. in Applied Virology Research, E. Kurstak, R.G. Marusyk, F.A. Murphy, M.H.V. Van Regenmortel, eds., Plenum Press, New York, 1987, pp. 107-128.

9.  Biological role of Pre-S sequences of the hepatitis B virus envelope protein. Neurath A.R., Kent S.B.H., Strick N., Parker K. in Hepadna Viruses, William Robinson, ed., Alan R. Liss, Inc., New York, 1987, pp. 189-203.

10.  Purification of synthetic proteins (total chemical synthesis of human transforming growth factor-alpha).  Woo D. D.-L., Kent S.B.H. in Protein Purification:  Micro to Macro, R. Burgess, ed. (UCLA Symposia on Molecular and Cellular Biology, 68), Alan R. Liss, New York, 1987, pp. 49-73.

11.  (Review)  The Pre-S region of hepadnavirus envelope proteins.  Neurath A.R., Kent S.B.H. in Advances in Virus Research, K. Maramorosh, F.A. Murphy, A.J. Shatkin, eds., Academic Press, New York, 1988, 34, 65-142.

12.  Protein chemistry and the development of diagnostics and therapeutics.  Kent S.B.H., in Proceedings of the Pharmaceutical Manufacturers Association Symposium on Biotechnology and Human Health Care, Washington, D.C., 1988, pp. 43-59.

13.  The chemical synthesis of therapeutic peptides and proteins. Kent S.B.H., Parker K.F., in  Therapeutic Peptides and Proteins: Assessing the New Technologies, D.R. Marshak, D.T. Liu, eds., Cold Spring Harbor Press, New York, 1988, pp. 3-16.

14.  Synthesis, purification and characterization of biologically active peptides.  Clark-Lewis I., Kent S.B.H. in Receptor Biochemistry and Methodology Vol. 14 (J.C. Venter, L.C. Harrison, series eds.) - The use of HPLC in Protein Purification and Characterization, A.R. Kerlavage, vol. ed., Alan R. Liss, Inc., New York, 1989, pp 43-79.

15.  Chemical synthesis approach to the molecular biology of retroviral proteases: Structure-function studies of the HIV-1 and HIV-2 enzymes and their substrates. Kent S.B.H., Schneider J., Clawson L., Selk L., Delahunty C., Chen Q. in Viral Proteinases as Therapeutic Targets, E. Wimmer,  H.G. Krauslich, eds., Cold Spring Harbor Press, New York, 1989, pp. 223-230.

Stephen Kent  - CV & Bibliography

16.    X-ray analysis of the HIV-1 protease and its complexes with inhibitors. M. Miller, A.L. Swain, M. Jaskolski, B.K. Sathyanarayana, G.R. Marshall, D.H. Rich, S.B.H. Kent, A. Wlodawer, In: Retroviral Proteases: Control of Maturation and Morphogenesis, L.H. Pearl, ed., MacMillan Press, 1990, pp.93-106.

17.    Total chemical synthesis of proteins: evolution of solid phase synthetic methods illustrated by total chemical syntheses of the HIV-1 protease. Stephen B.H. Kent, D. Alewood, P. Alewood, M. Baca, A. Jones, M. Schnölzer, in "Innovation & Perspectives in Innovations and Perspectives in Solid Phase Synthesis 1992", R. Epton, ed., Intercept, Andover, U.K., 1992, pp.1-22.

18.    Synthesis of proteins by chemical ligation of unprotected peptide segments: mirror-image enzyme molecules, D- & L-HIV protease analogues. R. deL. Milton, Saskia Milton, Martina Schnölzer, Stephen B.H. Kent, in "Techniques in Protein Chemistry IV", R. Angeletti, ed., Academic Press, New York, 1993, pp. 257-267.

19.    Breaking the Shackles of the Genetic Code: Engineering Retroviral Proteases through Total Chemical Synthesis. Stephen B.H. Kent, Manuel Baca, John Elder, Maria Miller, Raymond Milton, Saskia Milton, Mohan Rao, Martina Schnölzer, in "Aspartyl Proteinsases 1993", K. Takahashi, ed., Plenum, New York, 1994, pp.  -

20.    Total chemical synthesis of proteins.  Michael C. Fitzgerald, & Stephen B.H. Kent, in "Bioorganic Chemistry: Peptides and Proteins", Sidney M. Hecht, ed., Oxford University Press, New York,1998, pp.65-99.

21.    Protein signature analysis: a practical new approach for studying structure-activity relationships in peptides and proteins. T.W. Muir, P.E. Dawson, M.C. Fitzgerald, S.B.H. Kent, in "Methods in Enzymology: Solid Phase Peptide Synthesis", Vol. 289, G.B. Fields, ed., Academic Press, 1997, pp.545-564.

22.    Protein synthesis by chemical ligation of unprotected peptide segments in aqueous solution. T.W. Muir, P.E. Dawson, S.B.H. Kent, in "Methods in Enzymology: Solid Phase Peptide Synthesis", Vol. 289, G.B. Fields, ed., Academic Press, 1997, pp.266-298.

23.    Building proteins through chemistry: total synthesis of protein molecules by chemical ligation of unprotected peptide segments. Stephen B.H. Kent, in "Biological Molecules in Nanotechnology", Stephen C. Lee, ed., IBC Library Series, 1998, pp.75-92.

24.    Chemical protein synthesis: inventing new chemistries to reveal how proteins work (Merrifield Award address). Stephen B.H. Kent, in "Proceedings of the 21st American Peptide Symposium", M. Lebl, ed., Prompt Scientific Publishing, San Diego, CA, 2009, pp.3-8.

25.     Medicinal chemistry applied to the protein molecule - total protein synthesis by native chemical ligation of synthetic peptides. Youhei Sohma, Stephen B.H. Kent, in "Modern Peptide Synthesis Technology and its application to Medicinal Chemistry", Y. Kiso, ed., 2012.

26.     Total chemical protein synthesis for the determination of novel X-ray structures by racemic protein crystallography. Kalyaneswar Mandal & Stephen B.H. Kent , in Advancing Methods for Biomolecular Crystallography (Proceedings of the NATO Conference on Advanced Methods in X-Ray Crystallography), Randy Reid, Alexandre G. Urzhumtsev, Vladimir Y. Lunin, eds., Springer, 2013, pp.11-22.

**Selected Book Reviews, Commentaries, etc.**

1.     (Letter) Determining the 3D structure of HIV-1 protease. S. Kent, GR Marshall, A Wlodawer,  *Science*, **288**,1590 (2000).

2.     [Obituary] Bruce Merrifield (1921–2006). Inventor of solid phase peptide synthesis. *Nature,* **441**, 824 (2006).

Stephen Kent  - CV & Bibliography

## US Patents

[45 issued]

| | |
|---|---|
| 9,285,372 | Methods and compositions for identifying D-peptidic compounds that specifically bind target proteins |
| 8,618,049 | Ester insulin |
| 8,034,900 | Water-soluble thioester and selenoester compounds and method |
| 7,674,881 | Convergent synthesis of proteins by kinetically controlled ligation |
| 7,588,906 | Hydrogels for biomolecule analysis and corresponding method to analyze biomolecules |
| 7,482,425 | Compositions for lipid matrix-assisted chemical ligation |
| 7,408,026 | Synthesis of proteins by native chemical ligation |
| 7,341,874 | Method for detecting post-translation modifications of peptides |
| 7,135,279 | D-receptor compositions and methods of their use |
| 7,118,856 | D-enzyme compositions and methods of their use |
| 7,118,737 | Polymer-modified synthetic proteins |
| 7,094,871 | Solid phase native chemical ligation of unprotected or N-terminal cysteine protected peptides in aqueous solution |
| 7,030,218 | Pseudo native chemical ligation |
| 7,030,217 | Solid phase native chemical ligation of unprotected or N-terminal cysteine protected peptides in aqueous solution |
| 6,977,292 | Nucleophile-stable thioester generating compounds, methods of production and use |
| 6,844,161 | Modular protein libraries and methods of preparation |
| 6,750,061 | Sequence determination of peptides using a mass spectrometer |
| 6,642,357 | Process for preparing modified proteins |
| 6,548,279 | D-enzyme compositions and methods of their use |
| 6,495,314 | Process for characterizing proteins. |
| 6,476,190 | Process for preparing modified proteins. |
| 6,451,543 | Lipid matrix-assisted chemical ligation and synthesis of membrane polypeptides |
| 6,326,468 | Solid phase native chemical ligation of unprotected or n-terminal cysteine protected peptides in aqueous solution |
| 6,307,018 | General chemical ligation |

**Stephen Kent  - CV & Bibliography**

| | |
|---|---|
| 6,271,037 | Method and product for the sequence determination of peptides using a mass spectrometer |
| 6,228,654 | Methods for structure analysis of oligosaccharides |
| 6,184,344 | Synthesis of proteins by native chemical ligation |
| 6,040,133 | D-enzyme compositions and methods of their use |
| 5,977,301 | Synthesis of N-substituted oligomers |
| 5,910,437 | D-enzyme compositions and methods of their use |
| 5,891,993 | Template assembled synthetic protein |
| 5,854,389 | Process for preparing modified proteins |
| 5,831,005 | Synthesis of N-substituted oligomers |
| 5,792,664 | Methods for producing and analyzing biopolymer ladders |
| 5,620,844 | Assays for detecting hepatitis B virus envelope antigens or antibodies thereto and diagnostic test kits for use in performing the assays |
| 5,565,548 | Pre-S gene coded peptide hepatitis B immunogens and synthetic lipid vesicle carriers |
| 5,273,715 | Automated system for providing a sequence of chemicals to a reaction process |
| 5,204,096 | Pre-S gene coded peptide hepatitis B immunogens, vaccines, diagnostics, and synthetic lipid vesicle carriers |
| 5,186,898 | Automated polypeptide synthesis apparatus |
| 5,158,769 | Pre-S gene coded peptide hepatitis B immunogens, vaccines, diagnostics, and synthetic lipid vesicle carriers |
| 4,861,588 | Pre-S gene coded peptide hepatitis B immunogens, vaccines, diagnostics, and synthetic lipid vesicle carriers |
| 4,847,080 | Pre-S gene coded peptide hepatitis B immunogens, vaccines, diagnostics, and synthetic lipide vesicle carriers |
| 4,816,513 | Automated polypeptide synthesis process |
| 4,668,476 | Automated polypeptide synthesis apparatus |
| 4,548,904 | Protein sequencing method |

rebuttal to issues raised in Plaintiffs. Defendants also reserve the right to revise or supplement this list consistent with the Pretrial Order or as otherwise permitted by the Court.

TAB B

# PROFESSIONAL CURRICULUM VITAE

**Name**:                    Stephen B. H. KENT, Ph.D.

**Address  (Work)**
                             Room W406
                             Gordon Center for Integrative Science
                             University of Chicago
                             929 East 57th Street
                             Chicago, Illinois 60637, USA

**Email**:                   skent@uchicago.edu

**Citizenships**:            United States of America
                             New Zealand

## EDUCATION:

| | |
|---|---|
| 1975 | Ph.D., University of California, Berkeley (Organic Chemistry) |
| 1970 | M.Sc., Massey University, New Zealand (Chemistry/Biochemistry, hybrid major) |
| 1968 | B.Sc., Victoria University of Wellington, New Zealand (Chemistry and Biochemistry, double major) |

## ACADEMIC HONORS:

| | |
|---|---|
| 2018 | Scoffone Award Italian Peptide Society |
| 2017 | Prelog Medal ETH, Zurich |
| 2013 | Leach Medal Lorne Conference on Protein Structure & Function |
| 2011 | Bader National Award (Bioorganic Chemistry) American Chemical Society |
| 2010 | Akabori Award Japan Peptide Society |
| 2010 | Josef Rudinger Award European Peptide Society |

| | |
|---|---|
| 2009 | R. Bruce Merrifield Award<br>American Peptide Society |
| 2008 | Fellow, Royal Society of Chemistry |
| 2006 | Honorary Fellow, Royal Society of New Zealand |
| 2004 | Vincent du Vigneaud Award, American Peptide Society |
| 2002 | Kaiser Award, The Protein Society |
| 2000 | Fellow, American Association for the<br>Advancement of Science |
| 1994 | Hirschmann National Award (Peptide Science)<br>American Chemical Society |
| 1968 | Senior University Scholar, Victoria University of Wellington,<br>New Zealand [top graduate in Biochemistry] |

**ADVISORY BOARDS (selected):**

| | |
|---|---|
| 2018/2019 | Chair, American Peptide Society Awards Committee |
| 2016/2017 | Chair, American Peptide Society Awards Committee |
| 2008 - present | Reflexion Pharmaceuticals |
| 2008 | Scientific Advisory Board, CBL Patras Inc. |
| 2007 - 2008 | Scientific Advisory Board, AlChemie-Ethos, Inc. |
| 2005 - 2008 | Scientific Advisory Board, Amylin Pharmaceuticals |
| 2004 - 2005 | Board of the Center for Functional Genomics, Victoria University of<br>Wellington, New Zealand |
| 2003 - 2005 | Scientific Advisory Board, Biosciences Division, Argonne National<br>Laboratory |
| 2001 – 2005 | Scientific Advisory Board, Institute for Molecular Bioscience, The<br>University of Queensland, Australia |
| 2002 - 2005 | Advisory Panel for the NIH Program Project Grant on the MscL ion<br>channel, California Institute of Technology |
| 1991 – 1997 | Scientific Advisory Board, New York Blood Center & Kimball<br>Research Institute |
| 1990 – 1992 | Scientific Advisory Board, National Biomolecular Mass<br>Spectrometry Center, The Rockefeller University; |

**Technical Consulting (selected):**

| | |
|---|---|
| Reflexion Pharmaceuticals | 2008- present; also see below |
| Bachem AG | 2014-2016 |
| Amylin | 2005-2007 |
| Pfizer | 2005 |
| Sepracor | 2005 |
| Gryphon | 1994-2004; also see below |
| Biomeasure | 2002 |
| Ciphergen | 1994-1997; also see below |
| Amgen | 1983-1996 |
| Chiron | 1991-1993 |
| Allied Signal Corporate Research | 1985-1989 |
| Applied Biosystems | 1983-1987 |

# US Patents
[45 issued]

| | |
|---|---|
| 8,618,049 | Ester insulin |
| 8,034,900 | Water-soluble thioester and selenoester compounds and method |
| 7,674,881 | Convergent synthesis of proteins by kinetically controlled ligation |
| 7,588,906 | Hydrogels for biomolecule analysis and corresponding method to analyze biomolecules |
| 7,482,425 | Compositions for lipid matrix-assisted chemical ligation |
| 7,408,026 | Synthesis of proteins by native chemical ligation |
| 7,341,874 | Method for detecting post-translation modifications of peptides |
| 7,135,279 | D-receptor compositions and methods of their use |
| 7,118,856 | D-enzyme compositions and methods of their use |
| 7,118,737 | Polymer-modified synthetic proteins |
| 7,094,871 | Solid phase native chemical ligation of unprotected or N-terminal cysteine protected peptides in aqueous solution7,030,218Pseudo native chemical ligation |
| 7,030,218 | Pseudo native chemical ligation |
| 7,030,217 | Solid phase native chemical ligation of unprotected or N-terminal cysteine protected peptides in aqueous solution |
| 6,977,292 | Nucleophile-stable thioester generating compounds, methods of production and use |
| 6,844,161 | Modular protein libraries and methods of preparation |
| 6,750,061 | Sequence determination of peptides using a mass spectrometer |
| 6,642,357 | Process for preparing modified proteins |
| 6,548,279 | D-enzyme compositions and methods of their use |
| 6,495,314 | Process for characterizing proteins. |
| 6,476,190 | Process for preparing modified proteins. |
| 6,451,543 | Lipid matrix-assisted chemical ligation and synthesis of membrane polypeptides |
| 6,326,468 | Solid phase native chemical ligation of unprotected or n-terminal cysteine protected peptides in aqueous solution |
| 6,307,018 | General chemical ligation |
| 6,271,037 | Method and product for the sequence determination of peptides using a mass spectrometer |

| 6,228,654 | Methods for structure analysis of oligosaccharides |
| 6,184,344 | Synthesis of proteins by native chemical ligation |
| 6,040,133 | D-enzyme compositions and methods of their use |
| 5,977,301 | Synthesis of N-substituted oligomers |
| 5,910,437 | D-enzyme compositions and methods of their use |
| 5,891,993 | Template assembled synthetic protein |
| 5,854,389 | Process for preparing modified proteins |
| 5,831,005 | Synthesis of N-substituted oligomers |
| 5,792,664 | Methods for producing and analyzing biopolymer ladders |
| 5,620,844 | Assays for detecting hepatitis B virus envelope antigens or antibodies thereto and diagnostic test kits for use in performing the assays |
| 5,565,548 | Pre-S gene coded peptide hepatitis B immunogens and synthetic lipid vesicle carriers |
| 5,273,715 | Automated system for providing a sequence of chemicals to a reaction process |
| 5,204,096 | Pre-S gene coded peptide hepatitis B immunogens, vaccines, diagnostics, and synthetic lipid vesicle carriers |
| 5,186,898 | Automated polypeptide synthesis apparatus |
| 5,158,769 | Pre-S gene coded peptide hepatitis B immunogens, vaccines, diagnostics, and synthetic lipid vesicle carriers |
| 4,861,588 | Pre-S gene coded peptide hepatitis B immunogens, vaccines, diagnostics, and synthetic lipid vesicle carriers |
| 4,847,080 | Pre-S gene coded peptide hepatitis B immunogens, vaccines, diagnostics, and synthetic lipide vesicle carriers |
| 4,816,513 | Automated polypeptide synthesis process |
| 4,668,476 | Automated polypeptide synthesis apparatus |
| 4,548,904 | Protein sequencing method |

## PROFESSIONAL APPOINTMENTS:

**2001-**present          **Professor**
                          Department of Chemistry;
                          Department of Biochemistry & Molecular Biology
                          The University of Chicago

Accomplishments:

*Set up, equipped, staffed, and secured $8 millions grant funding for a 10 person
  academic research laboratory
*Created world-leading research program in chemical peptide & protein synthesis - from
  scratch, in less than 18 months (including training new students)
*Trained 9 undergraduate students, 10 Ph.D. students, and 16 post-doctoral fellows
*Published more than 80 scientific papers to date in leading international journals,
  based on work carried out at the University of Chicago

---

**2003-2009**          **Director**
                       Institute for Biophysical Dynamics
                       The University of Chicago

Accomplishments:

*Co-founder of an interdisciplinary graduate program leading to a Ph.D. in Biophysical
  Sciences
*$1 million grant from HHMI for the creation of a new interdisciplinary graduate program
  at the interface of the physical and biological sciences
*$2.5 million grant from NIH/NIBIB for the funding of the new interdisciplinary Graduate
  Program in Biophysical Sciences
*Initiated 'Koshland Science@theInterface' annual scientific conference
*Initiated annual Frederick Seitz Lectureships in interdisciplinary science
*Initiated weekly Interdisciplinary Research Forums
*Appointed 5 Yen Fellows to the Institute
*Institute installed in new $200 million 'Gordon Center for Integrative Science'
*Appointed 2 Assistant Professors, 3 Associate Professors and 4 Full Professors to the
  Institute faculty
*Worked with 8 Departments spanning both the Physical Sciences Division & the
  Biological Sciences Division to recruit outstanding interdisciplinary faculty
*Negotiated committed resources for recruitment of 10 new faculty - for a total of 22
  Institute professorial faculty (approx 200 total Institute personnel)

---

**2008 –**          **Co-Founder**
                    Reflexion Pharmaceuticals, Inc.

---

---

**2007-2012**          **Lead Independent Director**
                       Board of Directors
                       Enzo Biochem (NYSE: ENZ)

---

**1994-2002**          **Director**
                       Board of Directors
                       Gryphon Sciences, Inc.

**2000-2001**          **Chief Technology Officer**
                       Gryphon Sciences
                       South San Francisco, California
Accomplishments:

*Directed the development of 'Synthetic Erythropoiesis Protein' (subsequently licensed
  to Roche Pharmaceuticals for $155 millions in milestone payments plus double digit
  royalties)
*Filed US Patent Applications – 9 issued to date
*Recruited key scientists

**1999-2000**          **President & CEO**
                       Gryphon Sciences
                       South San Francisco, California
Accomplishments:

  *Developed a new Business Plan focused on performance-enhanced protein
    therapeutics.
  *Recapitalized the company.
  *Recruited Friedhelm Blobel, Ph.D., as CEO-designate
  *Recruited James A. Bradburne, Ph.D., as V.P. Strategic Technologies [Bradburne
    was a rising star in Cooley Godward's litigation department; he joined Gryphon
    Sciences on 1st June 1999].
  *Negotiated and closed cash deal with Bayer AG for application of Gryphon's chemical
    protein synthesis technology to certain protein therapeutic targets.

**1997-1998**          **President and Chief Scientist**
                       Gryphon Sciences
                       South San Francisco, California
Accomplishments:

  *   Filed US Patent applications – 6 issued to date
  *   Directed the total chemical synthesis of >100 proteins, based on gene sequence
      data; this resulted in the discovery of novel biology, and in the determination of
      novel crystal and nmr protein molecular structures.

**1998**    Gryphon Sciences' researchers recorded the following 'firsts' under my leadership in 1998:

* Established access to membrane proteins by total chemical synthesis;

* Synthesized a modular protein library based on gene sequence data of a protein family;

* Demonstrated the capabilities of SPCL by the total chemical synthesis of an enzyme in 24 hours.

* Invented and directed the development of 'Solid Phase Protein Synthesis' (SPCL), for the total synthesis of proteins on water-compatible solid supports.

* Synthesized numerous members of a *family* of proteins based on gene sequence data;

* Completed a pilot study for 'genomic' Xray crystallographic structural biology (i.e. experimental structures for *all* members of a family of proteins);

**1997**

* Directed the total synthesis of numerous protein molecules from gene sequence data

* Recruited Ph.D. scientists from Harvard, Columbia, Cornell, Edinburgh, U.C. Berkeley, U. British Columbia, & the California Institute of Technology.

* Invented 'chemical recombination' protein libraries, for the systematic refinement of protein properties.

---

**1994**              **Founder**
                      Gryphon Sciences
Accomplishments:

* Wrote business plan
* Recruited Board members
* Recruited VC and corporate investors
* Recruited CEO
* Raised a total of more than $20 millions in funding.

---

**Founder, Ciphergen Biosystems (1994)    (BOD 1994-1997)**

Accomplishments:

* Wrote business plan
* Recruited Board members (including John Young, President & CEO, Hewlett-Packard Corporation)
* Recruited VC and corporate investors
* Recruited CEO
* Raised a total of more than $20 millions in funding.

---

**1991-1996          Member,**
                          The Scripps Research Institute
                          **Professor,**
                          Macromolecular & Cellular Structure and Chemistry.

Accomplishments:

**\*1996**       'Protein signature analysis' - the first application of combinatorial synthetic chemistry to proteins, utilizing self-encoded arrays of protein analogues.

**\*1994**       Invented 'native chemical ligation', the robust, truly practical method for the reproducible total chemical synthesis of protein molecules.

**\*1992-96**   Total chemical synthesis of >60 proteins, up to 22kDa.

**\*1993**       Invented 'protein ladder sequencing' (with Brian Chait, The Rockefeller University).

**\*1992-93**   Total chemical synthesis of a mirror image 'D- protein' enzyme molecule; crystal structure (with Maria Miller, NCI Frederick) of ligated D-HIV-1 protease.

**\*1992-93**   Pioneered 'backbone engineered proteins', a novel class of protein analogues, for the study of interactions not accessible to any previous protein engineering approach.

**\*1992**       Invented the 'submonomer method', a novel polymer-supported synthetic route to peptoids [poly(N-alkyl)glycines], the first example of non-amino acid unit combinatorial organic synthesis for drug lead generation (as consultant for Chiron Corporation).

**\*1991-92**   Invented and pioneered the application of 'chemical ligation', a radically new approach to the total synthesis of proteins, based on chemoselective reaction of unprotected peptides in aqueous solution.

**1989-1990  Professor & Associate Dean**
Graduate School of Science and Technology
Bond University, Queensland, Australia

**Joint Director**
Burroughs Wellcome-Bond University
Joint Research Program (AIDS Drug Development)

Accomplishments:

**\*** Negotiated $5 million research program for HIV protease inhibitor development.

\*Set up, from scratch, world-leading protein science and drug development (with Peter Andrews) programs

---

**1983-1989              Senior Research Associate**
Division of Biology
California Institute of Technology
Pasadena, California

Accomplishments:

**\*1989**      Total chemical synthesis of crystalline HIV-1 protease; first X-ray structures (with A. Wlodawer, M. Miller, NCI Frederick) of the HIV-1 protease empty & co-crystallized with inhibitors; these data formed the basis for development of the 'protease inhibitor' AIDS therapeutics by structure based drug design.

**\*1983-88**   Directed (under Leroy Hood) biological instrumentation development program at Caltech; managed team that developed automated fluorescent DNA sequencing, the core technology for the original Genome Sequencing Projects.

**\*1982-87** Founding consultant, Applied Biosystems, Inc.: brought to ABI its third product line; directed the development of chemistry and instrumentation for automated peptide synthesis.

**\*1982-87**    Mapped immunodominant B- and T-cell epitopes of Hepatitis B virus; developed synthetic HBV vaccine; elucidated the hepatocyte-binding domain of novel HBV envelope proteins [all with A.R. Neurath, New York Blood Center].

**\*1985**        Negotiated $1.5 million HBV vaccine development license to J&J Pharmaceutical Co.

**\*1985-87**    Pioneered the synthetic protein chemistry approach to the molecular biology of the cytokines IL-3 and GM-CSF.

---

**1982**              **Director of Protein Chemistry**
                      Molecular Genetics, Inc., Minnesota

Accomplishments:

*Set up synthetic peptide research program. Developed synthetic peptide vaccines for
  FMDV used in successful animal trials in South America.

*Developed fundamental insights into the origins of difficult sequences in solid phase
  peptide synthesis. This formed the basis for three generations, in 1984, 1987, and
  1991, of improved methodologies for the stepwise synthesis of peptide chains.

---

**1977-1981**        **Assistant Professor**
                      Laboratory of R.B. Merrifield (Nobel Prize, 1984)
                      The Rockefeller University, New York

Accomplishments:

*Developed a rapid method for the quantitative evaluation of residual unreacted amino
  groups during peptide bond formation in solid phase synthesis.

*Elucidated fundamental physico-chemical principles underlying polymer-supported
  peptide synthesis.

**1974-1977**        **Research Associate**
                      Laboratory of R.B. Merrifield

Accomplishments:

*Elucidated the mechanisms of, and minimized the occurrence of, chronic chemical side
  reactions in stepwise solid phase peptide synthesis.

*Developed (with Alex Mitchell) highly optimized aminoacyl-resins for solid phase
  peptide synthesis.

TAB C

# CURRICULUM VITAE

## PERSONAL DATA

| | |
|---|---|
| Name: | Jeffrey L. Barnett |
| Home address: | 3425 Vintage valley |
| | Ann Arbor, MI 48105 |

## EDUCATION

| | |
|---|---|
| High School: | Waukegan High School |
| | Waukegan, Illinois, 1969-1973 |
| College: | B.S., Washington University |
| | St. Louis, Missouri, 1973-1977 |
| Graduate: | M.D., University of Chicago Pritzker School of Medicine, Chicago, Illinois, 1977-1981 |

## POST GRADUATE TRAINING

| | |
|---|---|
| Internship: | University of Michigan Hospitals |
| | Ann Arbor, Michigan, 1981-1982 |
| Residency: | University of Michigan Hospitals |
| | Ann Arbor, Michigan, 1982-1984 |
| Fellowship: | University of Michigan Hospitals |
| | Ann Arbor, Michigan, 1984-1987 |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| Instructor: | University of Michigan |
| | Internal Medicine, Division of Gastroenterology |
| | Ann Arbor, Michigan, 7/87-6/90 |
| Assistant Professor: | University of Michigan |
| | Internal Medicine, Division of Gastroenterology |
| | Ann Arbor, Michigan, 6/90-9/94 |
| Associate Professor: | University of Michigan |
| | Internal Medicine, Division of Gastroenterology |
| | Ann Arbor, Michigan, 9/94-5/02 |
| Clinical Professor | Private Practice. 2002-present: |
| | Huron Gastroenterology |
| | 5300 Elliott Dr. |
| | Ypsilanti, MI 48197 |
| | 734-434-6262 |

## SCIENTIFIC ACTIVITIES

Ad hoc reviewer in past for U of M Clinical Research Center Pilot Feasibility, NEJM, Gastroenterology, Diabetes, Diabetes Care, Diabetes, Nutrition and Metabolism, Digestive Diseases, American Journal of Medicine, American Journal of Physiology, American Journal of Gastroenterology, J. of Pharm Care in Pain and Symptom Control, J. American Geriatrics Society, Arthritis and Rheumatism

**GRANT SUPPORT**
Multiple in past at University of Michigan Medical Center—not listed

**CERTIFICATION AND LICENSURE**
Diplomate:  National Board of Medical Examiners, 1982
Diplomate:  American Board of Internal Medicine, 1984 (License. #4301045556).
Board Certified - Gastroenterology, 1988
State of Michigan License, 1981

**HONORS AND AWARDS**
Phi Beta Kappa:  Washington University, 1977
Graduation with highest honors:  Washington University, 1977
Recipient Young Investigators Award:  American Motility Society, October 1986
Recipient Clinical Research Award: American College of Gastroenterology, Sept. 1986
Top Ten Instructor in M1 ICS Course, 1991
Selected- "Best Doctors in America" listing (1996-1999), listing (2005-2018). Best Doctors, Inc.
Selected- Top Docs listing Hour Detroit magazine 2007, 2008, 2011, 2015

**HURON GASTROENTEROLOGY**
Medical Director-Center for Digestive Care- 5 room Ambulatory Endoscopy Center 2004-present
Physician Director- St Joseph Mercy Hospital Endoscopy Unit 2007-2016

**MEMBERSHIPS IN PROFESSIONAL SOCIETIES**
American College of Physicians, 1986, Fellowship 1995-present
American Motility Society, 1986
American Gastroenterological Association, 1987-present
Detroit Gastrointestinal Society, 1988
  Secretary-Treasurer 1993; Vice President 1994; President 1995
American Society for Gastrointestinal Endoscopy, 1990-present
Crohn's and Colitis Foundation, 1990
Midwest Gut Club, 1990
American College of Gastroenterology, 1991, Fellowship 2000-present
Michigan Society of Gastrointestinal Endoscopy 1992
  Board of Directors 1995 - 1996
  Secretary-Treasurer 1996 - 1998
  Vice President 1998 - 1999
  President 2000 - 2001

**TEACHING ACTIVITIES**
Past- University of Michigan Medical Center
Academic preceptor:
  2nd year medical students 1985-86, 88-89
  2nd year medical students physical examination course 1990
  3rd year medical students 1984-86
  3rd year medical students oral exam 1989-93
  4th year dental students 1985
  Preclinical 1st year medical student preceptor 1991-93
      Clarence Waiyat 1991
      David Cooke 1992
  Special medical wards preceptor 3rd year student 1993
  Preceptor/mentor 3rd year medical student - George Moore 1997

Rounding activities:
    3rd year medical student teaching during Medicine rounds 1 mo/year 1987-96
    4th year medical student and GI fellow teaching during GI rounds 2-3 mos/year 1987-96

Clinic activities
    4th year medical student and GI fellow teaching 1/2 day/week GI clinic 1987-98

Endoscopy activities
    GI endoscopy - GI fellows teaching 1 day/week 1987-2002
    ERCP endoscopy - GI fellows teaching 1 days/week 1987-2002

Other activities
    Weekly clinical conference preceptor - GI fellows 1988 -2002
    Basic science GI lectures 1987 -1995
    Journal club preceptor - GI fellows 1987 - 2002
    GI clinical/endoscopy orientation lectures - GI fellows 1987 -2002
    GI Clinical/summer lecture series - GI fellows 1987 -2002
    Endoscopy journal club lectures - 1992 -2002
    Grand Rounds, noon conferences – Dept. of Internal Medicine – 1987 -2002

Medical student lectures:  (ICS 501-601)
    1st, 2nd, 3rd year medical students- multiple-1987 -1996

Advances in Internal Medicine - Annual Course, Lectures
    Chronic constipation 1988
    Approach to the irritable bowel syndrome 1989
    Evaluation and management of fecal incontinence 1991
    Anorectal disease - diagnosis and management 1992
    Approach to the patient with diarrhea 1993
    Anorectal disorders 1996
    Endoscopic management of GI bleeding 1997
    Screening for GI Cancer 1998
    Evaluation of dysphagia 1999

### St Joseph Mercy Hospital

    Miscellaneous-visiting fellows ERCP, local residents, local med students

### Invited Lectures
    Multiple- not listed

## COMMITTEES AND ADMINISTRATIVE SERVICES
### University of Michigan Medical Center
    PEN Steering Committee, 1987-
    Advances in Internal Medicine - Course Planning Committee, 1988-.
    Liver Transplantation Committee, 1988-1993.
    Director Weekly Clinical GI Conference, 1987-
    Laser Safety Office, 1989-
    Director Monthly GI Radiology Conference 1989-94.
    Director YAG Laser Program, 1990-2002
    Director Gastroenterology Physiology Laboratory, 1990-94.
    Gastroenterology Education Committee, 1990-1999
    Director Gastroenterology Education Committee, 1996-1999
    Director Gastroenterology Division Fellow's Evaluation Committee, 1991-2002

Medical Procedures Unit Publicity and Dedication Committee, 1991.
Internal Medicine MSP Executive Committee, 1992-1994
Director, Annual "DDW Wrap-Up" Course, 1994-2002
Gastroenterology Division QA Director, 1994-2001
Associate Director Medical Procedures Unit, 1995-2002
Departmental Education Committee, 1995-1996
Observation Case Task Force, 1996
MPU/GI Clinic Call-back Committee, 1996
Livonia Satellite Project, 1996-1998
HomeMed Research Committee, 1996-1998
Hospital Conscious Sedation Committee, 1998
Director, National "DDW Wrap-up Course", 2000, 2001

# BIBLIOGRAPHY

Completed Publications in Scientific Journals

Peer Reviewed

1.  Barnett JL, Wilson JAP: Alcoholic pancreatitis and parotitis:  Utility of lipase and urinary amylase clearance determinations. South Med J 1986; 79:832-835.

2.  Barnett JL, Elta G: Bacterial peritonitis following endoscopic variceal sclerotherapy.  Gastrointest Endosc 1987; 33(4):316.

3.  Barnett JL, Owyang C: Serum glucose concentration as a modulator of interdigestive gastric motility.  Gastroenterology 1988; 94:739-744.

4.  Johnson TL, Barnett JL, Appelman HD, Nostrant TT: Candida hepatitis: Histopathologic diagnosis.  Am J Surg Path 1988; 12(9):716-720.

5.  Barnett JL, Scheiman JM and Elta GH: The cystic duct remnant: an unusual case of a biliary intraluminal filling defect.  Am J Gastro 1988; 83:1189-1191.

6.  Barnett JL, Behler EM, Appelman HD, Elta GH: Campylobacter pylori is not associated with gastroparesis.  Dig Dis Sci 1989; 34:1677-1680.

7.  Elta GH, Murphy R, Behler EM, Barnett JL, Nostrant TT, Kern S, Appelman H: Campylobacter pylori in patients with dyspeptic symptoms and endoscopic evidence of erosion(s).  Am J Gastro 1989; 84:643-646.

8.  Dressman JB, Berardi RR, Dermentzogolou LC, Russell TL, Schmaltz SP, Barnett JL, Jarvenpara KM: Upper gastrointestinal (GI) pH in healthy men and women.  Pharm Res 1990; 7:756-761.

9.  Turgeon DK, Barnett JL: Meckel's diverticulum: a clinical review.  Am J Gastro 1990; 85:777-781.

10.  Barnett JL, Eisenman R, Nostrant TT, Elta GH.  Witzel pneumatic dilation for achalasia:  safety and long-term efficacy. Gastrointest Endosc 1990; 36:482-485.

11.  Oberle RL, Chen TS, Lloyd C, Barnett JL, Owyang C, Meyer J, Amidon GL.  The influence of the interdigestive migrating myoelectric complex on the gastric emptying of liquids.  Gastroenterology 1990; 99:1275-1282.

12.  Arrindell EL, Trobe JD, Sieving PA, Barnett JL.  Pupillary and electroretinographic abnormalities in a family with neuronal intranuclear hyaline inclusion disease.  Arch Ophthalmol 1991; 109:373-8.

13.  Eckhauser F, Raper S, Knol J, Mulholland M, Elta G, Barnett J, Nostrant TT, Sonda P, Wang S.  Extracorporeal lithotripsy is an important adjunct in the nonoperative management of retained or recurrent common duct stones.  Archives Surg 1991; 126:7;829-835.

14. Guynn TP, Eckhauser FE, Knol JA, Raper SE, Mulholland MW, Nostrant TT, Elta GH, Barnett JL.  Injection sclerotherapy-induced esophageal strictures.  Risk factors and prognosis.  Am Surg 1991; 57:567-571.

15. Barnett JL, McDonnell WM, Appelman HD, Dobbins WO.  Familial visceral neuropathy with neuronal intranuclear inclusions: Diagnosis by rectal biopsy.  Gastroenterology 1992; 102:684-691.

16. Barnett JL, Moseley RH, Appelman HD.  Familial septal cirrhosis.  Gastroenterology 1992; 102:674-678.

17. Elta GH, Barnett JL, Ellis JH, Ackermann R, Wahl R.  Delayed biliary drainage is common in asymptomatic post-cholecystectomy volunteers.  Gastrointest Endosc 1992; 38:435-439.

18. Russell TL, Berardi RR, Barnett JL, Dermentazoglu LC, Jarvenpaa KM, Schmaltz SP, Dressmann JB.  Upper gastrointestinal pH in seventy-nine healthy elderly north american men and women.  Pharmaceutical Research 1993; 40:187-196.

19. Dressman JB, Adair CH, Barnett JL, Berardi RR, Dunn-Kucharski VA, Jarvenpaa KM, Parr DD, Sowle CA, Swidan SZ, Tobey SW, Reppas C.  High molecular weight hydroxypropylmethylcellulose - a cholesterol-lowering agent.  Arch Intern Med 1993; 153:1345-1353.

20. Reppas C, Adair CH, Barnett JL, Berardi RR, DuRoss D, Swidan DZ, Thill PF, Tobey SW, Dressman JB.  High viscosity hydroxypropylmethylcellulose reduces postprandial blood glucose concentrations in NIDDM patients.  Diabetes Res Clin Pract 1993; 22:61-69.

21. Elta G, Barnett JL.  Meperidine need not be proscribed during sphincter of Oddi manometry.  Gastrointest Endosc 1994; 40:7-9.

22. Russell TL, Barnett JL, Berardi RR, O'Sullivan TL, Dressman JB.  pH related changes in the absorption of dipyridamole in the elderly.  Pharmaceutical Research 1994; 11:136-143.

23. Barnett JL, Knol J.  The use of a novel "adoptable" baby cholangioscope:  Diagnosis of a biliary papillary adenoma.  Gastrointest Endosc 1995; 41:70-72.

24. Lown KS, Kolars JC, Thummel KE, Barnett JL, Kunzel KL, Wrighton SA, Watkins PB.  Interpatient heterogeneity in expression of CYP3A4 and CYP3A5 in small bowel: lack of prediction by the erythromycin breath test.  Drug Metab and Dispos 1994: 22:947-955.

25. Brown, KA, Carpenter S, Barnett JL, Williams D.  Proximal migration of a biliary stent:  Treatment by combined percutaneous/endoscopic approach.  Gastrointest Endosc 1995; 41:611-612.

26. Elta GH, Scheiman JM, Barnett JL, Nostrant TT, Behler EM, Crause I, Appelman HD.  Long-term follow-up of Helicobacter pylori treatment in non-ulcer dyspepsia patients.  Am J Gastro 1995; 90:1089-1093.

27. Henderson JM, Barnett JL, Behler EM, Crause I, Elta GH, Nostrant TT, Turgeon DK.  Single day divided dose oral sodium phosphate laxative vs. intestinal lavage as a preparation for colonoscopy:  efficacy and patient tolerance.  Gastrointest Endosc 1995; 42:238-243.

28. Henderson LM, Brewer GJ, Dressman JB, Swidan SZ, DuRoss DJ, Adair CH, Barnett JL, Berardi RR.  Effect of intragastric pH on the absorption of oral zinc acetate and zinc oxide in young healthy volunteers.  J Parenter and Enteral Nutr 1995; 19:393-397.

29. Swidan SZ, Reppas C, Barnett JL, Greenwood DE, Tallman AM, Tobey SW, Dressman JB.  Ability of two comestible formulations of hydroxypropylmethylcellulose to lower serum cholesterol concentrations.  European J of Pharm Sciences 1996; 4:239-245.

30. Fontana RJ, Barnett JL.  Jejunostomy tube placement in refractory diabetic gastroparesis: a retrospective review.  Am J Gastro 1996; 91:2174-2178.

31. Henderson LM, Brewer GJ, Dressman JB, DuRose DJ, Swidan SZ, Adair CH, Barnett JL, Berardi RR.  Use of zinc tolerance test and 24-hour urinary zinc content to assess oral zinc absorption.  J Am Coll Nutr 1996; 15(1):79-83.

32. Goff JS, Barnett JL, Pelke T, Appelman HD.  Collagenous colitis:  histopathology and clinical course.  Am J Gastro 1997;92:57-60.

33.  Takamatsu N, Welage LS, Idkaidek, NM, Liu DY, Lee PI, Hayashi Y, Rhie JK, Lennernas H, Barnett JL, Shah VP, Lesko L, Amidon, GL.  Human intestinal permeability of piroxicam, propranolol, phenylalanine and PEG 400 determined by jejunal perfusion.  Pharm Research 1997; 14:1127-1132.

34.  Chey WD, Fisher L, Elta GH, Barnett JL, Nostrant T, Delvalle J, Hasler WL, Scheiman JM.  Bismuth subsalicylate instead of metronidazole with lansoprazole and clarithromycin for H-pylori infection: a randomized trial.  Am J Gastro 1997; 92:1483-6.

35.  Greenson JK, Stein RA, Carpenter SL, Barnett JL.  The clinical significance of focal active colitis.  Hum Pathol 1997; 28:729-33.

36.  Elta GH, Barnett JL, Brown KA.  Pure cut electrocautery current for sphincterotomy causes less post-procedure pancreatitis than blended current.  Gastrointest Endosc 1998; 47:149-153.

37.  Rhie JK, Hayashi Y, Welage LS, Frens J, Wald RJ, Barnett JL, Amidon GE, Putcha L, Amidon GL.  Drug marker absorption in relation to pellet size, gastric motility and viscous meals in humans.  Pharm Res 1998; 2:233-238.

38. Barnett JL.  Vascular ectasia of the gastric antrum.  Images in Clinical Medicine.  NEJM 1998; 339:166.

39. Chey WD, Fisher L, Barnett J, Delvalle J, Elta GH, Hasler WL, Nostrant T, Palaniapan J, Scheiman.  Low – versus high dose azithromycin triple therapy for Helicobacter pylori infection.  Aliment Pharmacol Ther 1998; 12:1253-1267.

40.  Castell DD, Sigmund C, Patterson D, Lambert R, Hasner D, Clyde C, Zeldis, J.  CIS-USA- 52 Investigator Group. Cisapride 20 mg b.i.d. provides symptomatic relief of heartburn and related symptoms of chronic mild to moderate gastroesophageal reflux disease. Am J Gastro 1998;93:547-52.

41.  Patterson D, Abell T, Rothstein R, Koch K, Barnett JL.  A double-blind multicenter comparison of domperidone and metoclopramide in the treatment of diabetic patients with symptoms of gastroparesis.  Am J Gastro 1999; 94:1230-1234.

42.  Lieberman AP, Trojanowski JQ, Leonard DGB, Chen K, Barnett JL, Leverenz J, Robitaille Y, Malandrini A, Fischbeck KH.  Ataxin 1 and Ataxin 3 in neuronal intranuclear inclusion disease. Ann Neurol, 1999; 46:271-3.

43.  Kim B, Barnett JL, Kleer CG, Appelman HD.  Endoscopic and histologic patchiness in treated ulcerative colitis. Am J Gastro 1999; 94:3258-62.

44.  Wille RT, Barnett JL, Chey WD, Scheiman JM, Elta GH.  Routine droperidol pre-mediation improves sedation for ERCP.  Gastrointest Endosc 2000;52:362-6.

45.  Gorelick AB, Cannon ME, Barnett JL, Chey, WD, Scheiman JM, Elta GH. First cut, then blend: an electrocautery technique affecting sphincterotomy outcome. Gastrointest Endosc 2001:33(11);976-980.

46.  Hornbuckle K and Barnett JL.  The diagnosis and work-up of the patient with gastroparesis.  J Clini Gastroenterol 2000:30(2):117-124.

47.  Wille RT, Chaffee BW, Ryan ML, Elta GH, Walter V, Barnett JL.  Pharmacoeconomic evaluation of flumazenil for routine outpatient esophagogastroduodenoscopy. Gastrointest Endosc 2000:282-287.

48.  Rabine JC and Barnett JL.  Management of the patient with gastroparesis.  J Clin Gastroenterol 2001;32(1):11-18.

49.  Takamatsu N, Kim O, Welage LS, Idkaidek NM, Hayashi Y, Barnett JL, Yamamoto R, Lipka E, Lennernas H, Hussain A, Lesko L, Amidon GL. Human jejunal permeability of two polar drugs: cimetidine and ranitidine. Pharmaceutical Research 2001:18(6):742-744.

50.  Scheiman JM, Carlos R, Barnett JL, Elta GH, Nostrant TT, Chey WD, Francis I, Nandi PS. Can endoscopic ultrasound (EUS) or magnetic resonance cholangiopancreatopgraphy replace ERCP in patients with suspected biliary disease? A prospective trial and cost analysis. Am J Gastroenterol 2001;96:2900-4.

51.  Gorelick AB, Inadomi JM, Barnett JL. Unsedated small-caliber EGD: less expensive and time consuming than conventional EGD. J Clin Gastro 2001:33(3);210-4.

52.   Takamatsu N, Welage LS, Hayashi Y, Yamamoto R, Barnett JL, Shah VP, Lesko LJ, Chandrasekharan R, Amidon GL. Variability in cimetidine absorption and plasma double peaks following oral administration in the fasted state in humans:correlation with antral gastric motility. Eur J of Pharm Biopharm 2002:53;37-47.

53.   Sun D, Lennernas H, Welage LS, Barnett JL, Landowski CP, Foster D, Fleisher D, Lee KD, Amidon GL. Comparison of human duodenum and Caco-2 gene expression profiles for 12,000 gene sequences tags and correlation with permeability of 26 drugs. Pharm Res. 2002 Oct;19(10):1400-16.

54.   Van Leeuwen K., Geiger JD, Barnett JL, Coran AG, Teitelbaum, DH.  Stooling and manometric findings after primary pullthroughs in Hirschprung's disease: perineal versus abdominal approaches. J Pediatr Surg. 2002 Sep;37(9):1321-5.

55.   Choe SY, Neudeck BL, Welage LS, Amidon GE, Barnett JL, Amidon GL.  Novel method to assess gastric emptying in humans: the pellet gastric emptying test.  Eur J of Pharm Sci 2001:14(4);347-53.

56.   Quallich LG, Stern MA, Rich M, Chey WD, Barnett JL, Elta GH. Bile duct crystals do not contribute to sphincter of Oddi dysfunction. Gastrointest Endosc 2002;55:163-66.

57.   Barnett JL. Endoscopic management of biliary disease. Curr Opin Gastroenterol. 2002 May;18(3):378-82.

58.   Bansal R, Nostrant TT, Scheiman JM, Koshy S, Barnett JL, Elta GH, Chey WD.  Intrasphincteric botulinum toxin versus pneumatic balloon dilation for treatment of primary achalasia.  J Clin Gastroenterol. 2003 Mar;36(3):209-14.

59.   Landowski CP, Sun D, Foster DR, Menon SS, Barnett JL, Welage LS, Ramachandran C, Amidon GL. Gene expression in the human intestine and correlation with oral valacyclovir pharmacokinetic parameters.  J Pharmacol Exp Ther. 2003 Aug;306(2):778-86.

60.   Sherman S, Blaut U, Watkins JL, Barnett JL, Freeman M, Geenen J, Ryan M, Parker H, Johanson J, Fogel EL, Silverman W, Kulwinder SD, Aliperti G, Yakshe P, Uzer M, Jones W, Goff J, Earle D, Lehman GA. Does prophylactic steroid administration reduce the risk and severity of post-ERCP pancreatitis: randomized prospective multicenter study. Gastrointest Endosc. 2003 Jul;58(1):23-9.

61.   Cheng CL, Sherman S, Watkins JL, Barnett J, Freeman M, Geenen J, et al.  Risk factors for post-ERCP pancreatitis: A prospective  multicenter study.  Am J Gastroenterol 2006;101:139-47

62.   Deenadayalu VP, Blaut U, Watkins JL, Barnett J, Freeman M,  Geenen J, et al.  Does obesity confer an increased risk and/or more severe course of post ERCP pancreatitis?  J Clin Gastroenterol 2008; 42 : 1103-9.

63.   Almalouf P, Shehab TM, Daniel AM, Robinson EA, Barnett JL. Therapeutic hydrogen peroxide enema causing severe acute colitis. Int J Colorectal Dis. 2008 Nov;23(11):1139-40.

Non-Peer Reviewed

1.   Nostrant TT, Barnett JL.  Peptic ulcer disease - New developments.  Comp Ther 1989; 15:45-51.

2.   Barnett JL, Nostrant TT.  Management of irritable bowel syndrome.  Mod Med 1989; 57:100-113.

3.   Barnett JL.  Practical use of the Witzel pneumatic balloon dilator for achalasia.  Endoscopy Review 1991; 8:20-24.

4.   Barnett JL.  Evaluation and management of fecal incontinence.  Michigan Postgraduate Review 1991; 8:84-90.

5.   Barnett JL.  Taking care of constipation.  Diabetes Forecast 1992; 45:25-27.

6.   Barnett JL.  Cholangitis and endoscopic drainage - Hepatology Elsewhere.  Hepatology 1992; 16:1302-1303.

7.   Barnett, JL.  Will the nausea ever end?  Diabetes Forecast 1997; 50:30-36.

8.   Barnett, JL.  Gut Reactions II.  Diabetes Forecast 1997; 50:26-29.

9.   Barnett JL, Robinson M. Optimizing acid-suppression therapy. Managed Care (supplement) 2001:10;17-21.

Book Chapters

1.  Barnett JL, Snape WJ: Approach to the patient with constipation.  In: Kelley WN (ed).  Textbook of Internal Medicine.  Philadelphia: J.B. Lippincott, 1989; pp 680-683.

2.  Barnett JL, Snape WJ: Motor disorders of the gastrointestinal tract.  In: Kelley WN (ed).  Textbook of Internal Medicine.  Philadelphia: J.B. Lippincott, 1989; pp 513-519.

3.  Barnett JL, Raper S.  Anorectal disease. In: Yamada T (ed).  Textbook of Gastroenterology.  Philadelphia:  JB Lippincott, 1990; pp 1813-1835.

4.  Barnett JL.  Approach to the patient with constipation.  In:  Kelley WN (ed).  Textbook of Internal Medicine 2nd edition.  Philadelphia:  J.B. Lippincott, 1992; pp 629-632..

5.  Nostrant TT, Barnett JL.  Intestinal bloating and gas.  In:  Taylor RB (ed).  Difficult Diagnosis 2  Philadelphia:  W.B. Saunders Co, 1992; pp 274-280.

6.  Barnett JL, Raper S.  Anorectal disease. In: Yamada T (ed).  Atlas of Gastroenterology.  Philadelphia:  JB Lippincott, 1992; pp 295-300.

7.  Barnett JL. Colon. In:  Yamada T, Kolars JC (eds.).  Textbook of Gastroenterology: Self-Assessment Review.  Philadelphia: JB Lippincott, 1993; pp 69-94.

8.  Barnett JL, Vinik A.  Gastrointestinal disturbances in the diabetic patient.  In:  Lebovitz HE (ed).  Therapy for Diabetes Mellitus and Related Disorders.  Alexandria:  American Diabetes Assn, 1991; pp 279-287, new edition 1994.

9.  Barnett JL, Raper S.  Anorectal disease.  In:  Yamada T (ed).  Textbook of Gastroenterology 2nd edition.  Philadelphia:  JB Lippincott, 1995; pp 2027-2050.

10.  Barnett JL. Diseases of the anus. In: Boland CR (volume ed).  Colon, Rectum and Anus Vol. 2; Gastroenterology and Hepatology.  Comprehensive Visual Reference.  Feldman M (series ed).  Philadelphia: Current Medicine, 1996; pp 6.2-6.11.

11.  Barnett JL.  Esophageal carcinoma:  palliation with intubation and laser.  In:  Orringer MB, Zuidema GD (eds).  Shackelford's Surgery of the Alimentary Tract, 4th ed.  Philadelphia:  WB Saunders Co, 1996; pp 358-368.

12.  Barnett JL. Approach to the patient with constipation and fecal incontinence.  In:  Kelley WN (ed).  Textbook of Internal Medicine, 3rd edition.  Philadelphia:  JB Lippincott, 1996; 632-637.

13.  Barnett JL.  Medical management of colorectal Crohn's disease.  In:  Yamada, T (ed).  Current Opinion in Gastroenterology.  Large Intestine.  1996, 12(1): pp 26-31.

14.  Barnett JL.  Colon.  In:  Yamada T, Hasler WL.  Textbook of Gastroenterology:  Self-Assessment Review. 2nd edition.  Philadelphia: JB Lippincott, 1996; pp 87-128.

15.  Barnett JL, Owyang C.  Chronic pancreatitis:  medical management.  In:  Howard JM, et. al. (eds).  Surgical Diseases of the Pancreas.  3rd edition., Baltimore, Md; Williams and Wilkins, 1998; pp 335-341.

16. Barnett JL.  Anorectal Disease.  In: Yamada T. (ed.).  Textbook of Gastroenterology 3rd Edition.  Philadelphia JB Lippincott, 1999; 2083-2106.

17. Barnett JL.  Approach to the patient with constipation, fecal incontinence and gas.  In: Kelley WN. (ed.).  Textbook of Internal Medicine, 4th ed. Philadelphia JB Lippincott, 2000; pp 755-763.

18. Barnett JL. Colon. In Yamada T, Chey WD. Textbook of Gastroenterology: Self Assessment Review, 3rd ed. Philadelphia JB Lippincott, 2000; pp 49-72.

19.  Knol JA, Barnett JL, Eckhauser FE.  Endoscopy and endoscopic surgery in hepatobiliary and pancreatic disease. In: Turcotte JG (ed). Surgery of the Ailmentary Tract, 5th ed., Vol. 3, Philadelphia WB Saunders Co., 2000 (submitted).

20.  Barnett JL. Anorectal disease. In Yamada (ed). Textbook of Gastroenterology, 4th ed, Philadelphia JB Lippincott, 2001 (submitted).

21.  Quallich, L, Barnett JL, Radiation proctopathy and anorectal diseases. In: Wu, G (ed). Acute Gastrointestinal Bleeding: Diagnosis and Treatment (submitted 2001).

Book Editor/Consultant

1.  Berardi RR, Barnett JL. Digestive disease course book. CMR Institute. Minneapolis, MN 1998. (4th ed., 5th ed).

2. Barnett JL, Teasley-Strausberg K. Nutrition: Wellness and disease. CMR Institute. Minneapolis, MN 1998-2009.

3. Tietze KJ, Barnett JL.  Human body, pathology and treatment.  CMR Institute.  Minneapolis, MN 1999-2008.


Abstracts and Presentations

1.  Barnett JL, Wilson JAP: Alcoholic pancreatitis and hyperamylasemia.  American College of Physicians, Regional Meeting, Michigan Chapter, October 1984.  (ACP poster presentation)

2.  Barnett JL, Owyang C: Serum glucose concentration as a modulator of gastric motility. Gastroenterology 1986; 90:1710.  (AMS poster presentation)

3.  Barnett JL, Johnson T, Falk GW, Nostrant T, Appelman H: Hepatic candidiasis: Antemortem diagnosis.  Gastroenterology 1986; 90:1710.  (AGA poster presentation)

4.  Wilson JAP, Barnett JL: Massive hemorrhage in Crohn's disease: Role for nonsurgical management.  Gastroenterology 1986; 90:1693.

5.  Barnett JL, Behler EM, Appelman HD, Elta GH: Campylobacter pylori is not associated with gastroparesis.  Gastroenterology 1988; 94:A23.  (AGA poster presentation)

6.  Montbriand JR, Tietze C, Barnett JL, Owyang C, Nostrant TT: Regulation of postprandial spontaneous lower esophageal sphincter relaxations in normal subjects.  Gastroenterology 1988; 94:A309.  (AGA poster presentation)

7.  Murphy R, Behler EM, Appelman HD, Barnett JL, Elta GH: Four year follow-up of gastroduodenitis and its association with campylobacter pylori.  Gastroenterology 1988; 94:A317.  (AGA poster presentation)

8.  Oberle RL, Chen TS, Lloyd C, Amidon GL, Barnett JL, Owyang C, Meyer J: The influence of the interdigestive migrating motor complex on gastric emptying of liquids.  Gastroenterology 1988; 94:A328.  (AGA poster presentation)

9.  Oberle RL, Chen TS, Lloyd C, Amidon GL, Barnett JL, Owyang C, Meyer J: The effect of the interdigestive migrating myoelectric complex (IMMC) on the oral absorption of cimetidine.  Amer Assoc Pharm Sci 1988.

10.  Felman R, Barnett JL, Vinik A: Diabetic gastroparesis: Features and complications associated with delayed gastric emptying.  American College of Physicians, Regional Meeting, Michigan Chapter, Sept. 1988 and Gastroenterology 1990; 98:A350.  (Poster presentations).

11.  Barnett JL, Flint A, Moseley RH, Nostrant TT, Lucey MR, Fleckenstein JK, Appelman HD: Hepatotoxicity of methotrexate therapy in psoriasis.  Hepatology, June 1989.

12.  Malinoff HL, Barnett JL, Juni JE, Gross MD, Shapiro B: Measurement of postprandial augmentation of hepatic portal blood flow in man.  American Federation of Clinical Research, November 1989.  (Poster presentation).

13.  Eckhauser F, Raper S, Knol J, Mulholland M, Elta G, Barnett JL, Nostrant T, Sonda P, Wang S:  Extracorporeal lithotripsy is an important adjunct in the nonoperative management of retained or recurrent common duct stones.  AGA, Spring 1990.

14.  Eisenman R, Elta G, Nostrant T, Barnett JL:  Witzel pneumatic dilation for achalasia:  safety and long-term efficacy.  Gastrointestinal Endoscopy 1990; 36:195.

15.  Barnett JL, McDonnell WM, Appelman HD, Dobbins WO:  Familial visceral neuropathy:  diagnosis by rectal biopsy.  Gastroenterology 1990; 98:A325.  (AGA poster presentation).

16. Perez AM, Maksym CJ, Barnett JL.  Rechallenging the gut in a long-term TPN recipient:  A case report.  American Society for Parenteral and Enteral Nutrition, 1990.  (Poster presentation).

17. Russell TL, Barnett JL, Berardi RR, Dermentzoglou LC, Dressman JB, Schmaltz SP.  Incidence of elevated gastric pH in 80 healthy, older subjects ($\geq$65 years).  American Assn of Pharm Scientists, 1991.  (Poster presentation).

18. Elta GH, Barnett JL, Ellis J, Ackermann R, Wahl R.  Delayed biliary drainage is common in asymptomatic post-cholecystectomy normals.  Gastroenterology 1991; 100:A314.  (AGA oral presentation).

19. Gracie WA, Morse J, Barnett JL, Ransohoff DF.  The natural history of silent gallstones:  Extended follow-up at the University of Michigan screening program.  Gastroenterology 1991; 100:A317.  (AGA oral presentation).

20. Russell T, Berardi R, Dressman J, Barnett JL.  Gastric emptying of liquids is delayed in achlorhydric, healthy, older subjects.  American College of Gastroenterology 1991.  (Poster presentation).

21. Badhwar M, Barnett JL, Elta GH, Nostrant TT.  Effects of witzel dilatation on esophageal wave forms in patients with achalasia:  Correlation with treatment response.  American College of Physicians 1991.  (Poster presentation).

22. Elta G, Barnett J, Scheiman J, Nostrant T, Behler E, Loeffler K, Appelman H.  The effect of treatment for helicobacter pylori on non-ulcer dyspepsia symptoms.  Gastroenterology 1992;102:A63.  (Poster presentation).

23. Oberle RL, Chen TS, Lloyd C, Barnett JL, Owyang C, Meyer J, Amidon GL.  Cimetidine shortens the interdigestive gastric motility cycle in healthy subjects.  Gastroenterology 1992;102:A494.  (Poster presentation).

24. Oberle RL, Chen TS, Lloyd C, Barnett JL, Owyang C, Meyer J, Amidon GL.  Cimetidine shortens the interdigestive gastric motility cycle in healthy subjects. Gastroenterology 1992;102:A494. (Poster presentation).

25. Judge TA, Soudah HC, Barnett JL.  Is bacterial overgrowth associated with diabetic gastroparesis?  American College of Gastroenterology 1992:87:1262.  (Poster presentation).

26. Elta G, Barnett JL.  Meperidine need not be proscribed during sphincter of Oddi manometry.  Gastrointes Endosc 1993:39:313.  (Poster presentation).

27. Lown KS, Kolars JC, Barnett JL, Schmiedlin-Ren P, Turgeon DK, Watkins PB.  The erythromycin breath test predicts enterocyte phenotype of P450IIIA4 (CYP3A4) in patients.  Gastroenterology 1993:104:A945.  (Poster presentation).

28. Patterson D, Abell T, Rothstein RD, Koch K, Barnett J, Long J.  A double-blind multicenter comparison of domperidone and metoclopramide in the treatment of symptomatic diabetic gastroparesis.  The World Congresses of Gastroenterology 1994.

29. Henderson JM, Barnett JL, Elta GH, Nostrant TT, Turgeon DK.  Single day oral sodium phosphate laxative preparation for colonoscopy vs. intestinal lavage:  efficacy and patient tolerance.  Gastrointest Endosc 1994.  (Poster presentation)

30. Rhie JK, Hayaski Y, Welage LS, Barnett JL, Wald RJ, Amidon GE, Lakshmi P, Amidon GL.  The relationship between gastric motility and plasma level profiles of enteric coated caffeine and acetaminophen pellets in humans.  Pharmaceutics Graduate Student Research Meeting 1994.  (Poster presentation)

31. Rhie JK, Hayaski Y, Welage LS, Barnett JL, Wald RJ, Amidon GE, Lakshmi P, Amidon GL.  The effect of meal viscosity on the gastric emptying of 0.71 mm caffeine and 3.6 mm acetaminophen enteric coated pellets in humans.  American Association of Pharmaceutical Scientists 9th Annual Meeting and Exposition 1994.  (Poster presentation)

32. Peppercorn M, Das K, Elson C, Geraci R, Robinson M, Rubin A, Salzberg B, Wruble L, Dude L, Rountree L, Broutman L and Multicenter Study Group (Barnett JL).  Zileuton, a 5-lipoxygenase inhibitor, in the treatment of active ulcerative colitis:  a double-blind, placebo controlled trial.  Gastroenterology 1994;A751.

33. Bansal R, Scheiman JM, Barnett JL, Elta GH, Nostrant TT.  Intrasphincteric injection of botulinum toxin for achalasia.  Gastrointestinal Endoscopy 1995;41:A5.

34. Bansal R, Scheiman JM, Barnett JL, Nostrant TT.  A randomized trial of witzel pneumatic dilation vs. intrasphincteric injection of botulinum toxin for achalasia.  Gastrointestinal Endoscopy 1995;108:A52.  (Oral presentation)

35.  Goff JS, Barnett JL, Pelke T, Appelman HD.  Collagenous colitis:  natural history and clinical remission rates.  Gastroenterology 1995;108:A824.  (Poster presentation)

36.  Fontana RJ, Barnett JL.  Severe refractory diabetic gastroparesis.  What is the utility of jejunostomy tube placement?  A long-term retrospective review of 26 patients.  Gastroenterology 1995;108:A599.  (Oral presentation)

37.  Stern RA, Carpenter SL, Barnett JL, Greenson JK.   The clinical significance of focal active colitis.   Gastroenterology 1995;108:A922.  (Poster presentation)

38.  Elta GH, Barnett JL, Brown KA.  Pure cut electrocautery current for sphincterotomy causes less post-procedure pancreatitis than blended current.  Gastrointestinal Endoscopy 1995;41:A400.  (Poster presentation)

39.  Sherman S, Lehman G, Earle D, Watkins J, Freeman M, Parker H, Ryan M, Barnett J, Johanson J, Geenen J, Silverman W, Yakshe P, Slivka A, Flueckiger J, Uzer M, Goff J, Dua K, Aliperti G, Jones W.  Does prophylactic steroid administration reduce the frequency and severity of post-ERCP pancreatitis?  Randomized prospective multicenter study. Gastrointest Endosc 1996;43:320.

40.  Bansal R, Koshy S, Scheiman JM, Barnett JL, Nostrant TT.  Interim analysis of a randomized trial of witzel pneumatic dilation vs. intrasphincteric injection of botulinum toxin (botox) for achalasia.  Gastroenterology 1996;110:A56 (poster presentation).

41.  Chey WD, Murthy UK, Linscheer WG, Weisenfeld B, Bennett T, Barnett J, Elta GH, Hasler W, Nostrant T, Scheiman JM.  A comparison between 4 different commercially available serology tests for helicobacter pylori.  Gastroenterology 1996;110:A80 (poster presentation).

42.  Wille RT, Chaffee BW, Walter V, Elta G, Barnett JL.  Pharmacoeconomic evaluation of flumazenil for routine outpatient esophagogastroduodenoscopy.  Gastrointest Endosc 1997; 45(4):AB58.

43.  Wille RT, Barnett JL, Elta G.  Long-term outcome after endoscopic sphincterotomy (ES) in patients with sphincter of oddi dysfunction (SOD). Gastrointest Endosc, 1997;45(4):AB152.

44.  Wille RT, Barnett JL, Chey WD, Scheiman JM, Elta G.  Randomized controlled trial of droperidol as routine premedication for endoscopic retrograde cholangiopancreatography.  Gastrointest Endosc 1997; 45(4):AB153.

45.  Sherman S, Lehman G, Earle D, Watkins J, Barnett J, Johanson J, Freeman M, Geenen J, Ryan M, Parker H, Lazaridis E, Flueckiger J, Silverman W, Dua K, Aliperti G, Yakshe P, Uzer M, Jones W, Goff J.  Does obesity increase the incidence and severity of post-ERCP pancreatitis?  Gastrointest Endosc, 1997;45(4):AB164.

46.  Sherman S, Lehman G, Earle D, Watkins J, Barnett J, Johanson J, Freeman M, Geenen J, Ryan M, Parker H, Lazaridis E, Fogel E, Flueckiger J, Silverman W, Dua K, Aliperti G, Yakshe P, Uzer M, Jones W, Goff J.  Does prophylactic oral steroid administration reduce the frequency and severity of post-ERCP pancreatitis?  Gastrointest Endosc 1997; 45(4):AB165.

47.  Canto M, Chak A, Sivak MV, Pollack BJ, Elta G, Barnett JL, Kochman M, Long W, Ginsberg G, Bedford R, Khandelwal M, McGarrity T, Damianos A, Wassef W, Zfass A, Foxx-Orrenstein A, Dabezies M.  Acquisition of cognitive and technical competence in ERCP: a prospective multicenter study.  Gastrointest Endosc, 1997;45(4):AB46.

48.  Sherman S, Lehman G, Freeman M, Earle D, Watkins J, Barnett J, Johanson J, Geenen J, Ryan M, Parker H, Lazaridis E, Flueckiger J, Silverman W, Dua K, Aliperti G, Yakshe P, Uzer M, Jones W, Goff J.  Risk factors for post-ERCP pancreatitis: a prospective multicenter study.  Am J Gastro, 1997;92:1639.

49.  Canto M, Chak A, Sivak MV, Pollack BJ, Elta G, Barnett JL, Kochman M, Long W, Ginsberg G, Bedford R, Khandelwal M, McGarrity T, Damianos A, Wassef W, Zfass A, Foxx-Orrenstein A, Dabezies M.  Outcome of training in diagnostic and therapeutic ERCP: a prospective multicenter study.  Gastrointest Endosc, 1997;45(4):AB46.

50.  Lehman G, Sherman S, Geenen J, Tarnasky P, Goldberg M, Kruse A, Aliperti G, Barnett JL, Elta GH, Howell D, Goff J, Gottlieb K, Howard T, Madura J, Hawes R.  ERCP findings in mucinous/cystic tumors of the pancreas - a multicenter series.  Gastrointest Endosc, 1997;45(4):AB161.

51.  Lehman G, Sherman S, Barnett JL, Tarnasky P, Howell D, Aliperti G, Goff J, Hamelman L, Fraiberg E, Yakshe P, Elta GH.  Intraductal tissue sampling in mucinous and cystic tumors of the pancreas.  Gastrointest Endosc, 1997;45(4):AB161.

52. Sherman S, Lehman G, Earle D, Watkins J, Barnett JL, Johanson J, Freeman M, Geenen J, Ryan M, Parker H, Lazaridis E, Flueckiger J, Silverman W, Dua K, Aliperti G, Yakshe P, Uzer M, Jones W, Goff J. Risk factors for post-ERCP pancreatitis: a prospective multicenter study. Gastrointest Endosc, 1997;45(4):AB165 (poster presentation).

53. Chey WD, Fisher L, Elta G, Barnett JL, Nostrant T, Delvalle J, Hasler W, Scheiman. One week, BID therapy for H. pylori: a randomized comparison of two strategies. Gastroenterology, 1997;112(4):AB87.

54. Chey WD, Linscheer W, Barnett JL, Elta G, Fisher L, Nostrant T, Scheiman J, Zawadski A, Fayyad A, Murthy U. A comparison of 2 commercially available fingerstick whole blood antibody tests for H. pylori. Gastroenterology, 1998;114:A90-91.

55. Chey WD, Fisher L, Barnett JL, Delvalle J, Elta G, Nostrant T, Palaniappan J, Scheiman J. Triple therapy with low versus high dose azithromycin to treat H. pylori infection. Gastroenterology, 1998;114:A91.

56. Sherman S, Lehman G, Freeman M, Watkins J, Barnett JL, Fogel E, Johanson J, Geenen J, Ryan M, Parker H, Lazaridis E, Flueckiger J, Silverman W, Dua K, Aliperti G, Yakshe P, Uzer M, Jones W, Goff J. Risk factors for post-ERCP pancreatitis: a prospective multicenter study. Gastroenterology, 1998;114:A497.

57. Kim B, Barnett JL, Kleer CG, Appelman HD. Endoscopic and histologic patchiness in treated ulcerative colitis. Am J Gastro, 1998;93:A328.

58. Jednak MA, Barnett JL, Schieman JM, Elta GH. A randomized trial of needle knife fistulotomy versus needle knife precut sphincterotomy for biliary access. Gastrointest Endosc, 1999;49:AB216.

59. Nandi PS, Barnett JL, Nostrant TT. A prospective, blinded comparison of EUS and MRCP with ERCP in patients with suspected extrahepatic biliary disease. Gastrointest Endosc, 1999;49:AB95.

60. Nandi PS, Barnett JL, Scheiman J, Elta, GH. Endoscopic ultrasound (EUS) is the most cost-effective initial method of evaluating patients with suspected choledocholithiasis. Gastrointest Endosc, 1999;116:A83.

61. Stern M, Barnett JL, Elta GH. Do bile duct crystals contribute to post-cholecystectomy syndrome? Gastrointest Endosc, 1999;49:AB185.

62. Kalayci C, Schmaltz J, Howell D, Barnett JL, Yakshe P, Howard T, Sherman S. Intraductal tissue sampling in mucin-secreting and cystic tumors of the pancreas – a multicenter series. Gastrointest Endosc, 1999;49:AB57.

63. Kim B, Barnett JL. Prevalence of lymphocytic colitis (LC) and collangeous colitis (CC) in patients with unexplained diarrhea and normal endoscopy: a prospective study. Gastroenterology 2000; 118:A1127.

64. Gorelick AB, Barnett JL, Chey WD, Elta GH. A novel method to reduce post-ERCP pancreatitis in patients with sphincter of oddi dysfunction: botulinum toxin injection of the residual pancreatic sphincter. Gastrointest Endosc, 2000;51:AB239.

65. Gorelick AB, Inadomi JM, Barnett JL. Small caliber esophagogastroduodenoscopy without sedation: less expensive and less time consuming than conventional endoscopy. Gastro Endosc, 2000;51:AB135 (oral presentation).

66. Devereaux BM, Olsson M, Rerknimitr R, Phillips SD, Lehman GA, Barnett JL, Troiano F, Vargo JJ, Goldberg M. A multicenter series of mucinous/cystic tumors of the pancreas: ERCP findings. Gastro Endosc, 2000;51:AB187 (poster).

67. Anderson MA, Barnett JL, Chey WD, Elta GH. SF-12 analysis of patients with suspected SOD dysfunction. Gastrointest Endosc 2000;51:AB197 (poster).

68. Sherman S, Lehman GA, Geenen J, Chuttani R, Kozarek RA, Pribble J, Elliott L, Souza S, Evaluation of recombinant human platelet-activating factor acetylhydrolase (RPAF-AH) for reducing the incidence and severity of post-ERCP acute pancreatitis (AP). Gastrointest Endosc 2000;51:AB67 (poster).

69. Lo WYF, Barnett JL, Appelman HD. Why aren't reflux-type squamous changes next to Barrett's mucosa more common. US and Canadian Academy of Pathology.

70. Biliary sphincterotomy - comparing standard pure cut/blend cautery to the ERBE endocut technique. Digestive Disease Week 2001.

71. Patient tolerance to unsedated transnasal endoscopy comparing the 6 mm and 5.3 mm endoscopes. Digestive Disease Week 2001.

72. Sun D, Lennernas H, Welage LS, Barnett JL, Lardowski CP, Foster D, Fleisher D, Lee K, Amidon GL. In vivo/in vitro intestinal drug permeability correlations of intestinal transporter expression (submitted to AAPS).

73. Gorelick AB, Barnett JL, Chey WD, Anderson MA, Elta GH. A study to botulinum toxin injection into the residual pancreatic sphincter after biliary sphincterotomy in patients with sphincter of Oddi dysfunction Gastro Endosc, 2001;53:5 AB94.

74. Quallich LG, Stern MA, Rich M, Chey WD, Barnett JL, Elta GH. Bile duct crystals do not contribute to post-cholecystectomy Gastrointest Endosc, 2001;53:5 AB94.


Audio-Visual Educational Materials

1. Barnett JL.  Diseases of the anus.  In:  Boland CR (volume ed).  Colon, Rectum and Anus Vol. 2; Gastroenterology and Hepatology.  Comprehensive Visual Reference.  Feldman M (series ed).  Philadelphia:  Current Medicine, 1996; pp 6.2-6.11.

2. Barnett JL, Horn JR, Katzeff HL, Lazzara R.  Current concepts in prokinetic therapy.  Panel discussion. Videotape. Medicom of Princeton, Inc.  Princeton, NJ 1998.

3. Barnett JL. The dyspeptic patient: a therapeutic approach. Videotape.  Medicom of Princeton, Inc.  Princeton, NJ 1998.

4. Barnett JL.  Screening for GI cancer.  Audio-Digest tape.  General Surgery 1998;45:20.

5. Barnett JL. Miscellaneous clinical issues–DDW Wrap-up. Audio-Digest tape. Gastroenterology 1999; 13:06.

6. Barnett JL.  GERD and its complications.  Focus on acid suppression.  Videotape.  Medicom of Princeton Inc., Princeton, NJ 1999.

7. Barnett JL. Diagnosis and treatment of ulcers and screening for colon cancer. Audio-digest tape. Internal Medicine 2000; 47:02.

8. Barnett JL. GERD: what to do about it?  Audio-digest tape. Internal Medicine 2000; 47:08.

9. Barnett JL. GI diseases in the elderly. Audio-digest tape. Gastroenterology 2000; 14:11.

10. Barnett JL. Esophageal disease update. Audio-digest tape. Gastroenterology 2001; 15:12.

# TAB D

**Curriculum Vitae**

**Pardeep K. Gupta**

University of the Sciences in Philadelphia          Home Address:
600 South Forty-third Street                       240 Oxford Road
Philadelphia PA 19104                              West Chester, PA 19380
215-895-1141 (work)                                610-344-0994 (home)
email: p.gupta@usciences.edu                       484-678-8579 (cell)

## Education

**University of Wisconsin, Madison, WI**
**Ph.D.** (Major: Pharmaceutics; Minor: Physical Chemistry)          1990
Thesis Title:          Processing of Liquids and Solids

                       by the Fasted Canine Stomach
Research Advisor:      Joseph R. Robinson

**University of the Sciences in Philadelphia, Philadelphia, PA**
**M.S.** (Medicinal Chemistry)          1984
Thesis Title:          Binding of Digoxin on Activated Charcoal
Research Advisor:      Grafton D. Chase

**Panjab University, Chandigarh, India**
**M. Pharm.** (Pharmaceutical Chemistry)          1981
Thesis Title:          Isolation and Characterization of Non-nitrogenous

                       Sterols in *Strychnos Nuxvomica*
Research Advisor:      Vijay K. Kapoor

**Panjab University, Chandigarh, India**
**B. Pharm.** (Major: Pharmacy)          1979

## Experience

**Academic (Teaching)**
**2014-present** Professor of Pharmaceutics and Burroughs Wellcome Endowed Chair, Director of Industrial Pharmacy Laboratory, Department of Pharmaceutical Sciences.  Philadelphia College of Pharmacy, University of the Sciences in Philadelphia.  Teaching responsibilities: Pharmaceutical Solutions, Drug Diffusion, Controlled Drug Delivery, Pharmaceutical Rate Processes, Drug Stability

**1996-2014** Associate Professor of Pharmacy at Philadelphia College of Pharmacy, University of the Sciences in Philadelphia.  Teaching responsibilities: Pharmaceutical Solutions, Drug Diffusion, Controlled Drug Delivery, Pharmaceutical Rate Processes, Drug Stability

**1990-1996** Assistant Professor of Pharmacy at University of the Sciences in Philadelphia. Teaching responsibilities: Pharmaceutical Solutions, Drug Diffusion, Controlled Drug Delivery, Pharmaceutical Rate Processes, Drug Stability

**1984-1990** Teaching assistant at the School of Pharmacy, University of Wisconsin-Madison. Courses taught-Biopharmaceutics, Drug Delivery Systems, and Industrial Pharmacy

**1982-1984** Teaching assistant at the University of the Sciences in Philadelphia
Courses taught-Radioisotopes and Radiochemistry, Advanced Analytical Techniques, and Chromatography

**1979-1981** Teaching assistant at the Panjab University, India.  Courses taught-Pharmaceutical Analysis

**Honors:**
**1979-1981** Junior Research Fellowship at the Panjab University, India
**1981-1982** Senior Research Fellowship at the Panjab University, India
**1987-1988** Best Teaching Assistant Award at University of Wisconsin-Madison
**2002-2003** Outstanding student advisor of the year at USciences
**2014-2015** Researcher of the year by Philadelphia Business Journal

**Affiliations:**

- American Association for the Advancement of Science
- American Chemical Society
- American Association of Pharmaceutical Scientists
- Rho Chi Pharmaceutical Honor Society
- Sigma Xi Research Society
- Controlled Release Society

**Technical Expert:**

1. Recognized by the Philadelphia Business Journal as Educator/Researcher of the year for annual innovation awards, 2014.

2. Served as a technical expert on patent litigation/anti-trust cases on formulations and stability for the following law firms.

   - Husch Blackwell
   - Jenner and Block
   - Keker and Van Nest
   - Stern, Kessler, Goldstein and fox

- Kenyon and Kenyon
- Goodmans LLP
- Heim, Payne & Chorush, L.L.P.

3. Interviewed by the Philadelphia Inquirer for an article on effect of body temperature on drug release from transdermal systems.  Contributed a diagram of a transdermal system to the article published in the Inquirer on March 5, 2006.

*Dawn Fallik INQUIRER STAFF WRITER*
**PUBLICATION: Philadelphia Inquirer, The (PA)**

**SECTION: NATIONAL**
**DATE: March 5, 2006**

**EDITION: CITY-D**

**Caption: LAURENCE KESTERSON / Inquirer Staff Photographer**
**A transdermal patch on the back of a patient delivers birth-control medication. In 2004, two teenagers died while wearing this kind of birth control.**
**DIAGRAM**
**How Transdermal Patches Work (SOURCE: Dr. Pardeep Gupta, University of the Sciences in Philadelphia; CYNTHIA GREER / Inquirer Staff)**
**CHART**
**Problem Patches - These five medications are among the top patches reported to the FDA linked to serious medical incidents. (Data analysis by Dawn Fallik; CYNTHIA GREER / Inquirer Staff Artist)**


**Editorial Positions on Books and Journals:**

1. Served as section editor for two sections (Pharmaceutical Chemistry, and Pharmaceutical Testing, Analysis and Control), Remington-The Science and Practice of Pharmacy, 21st edition (Publication date: January 2005).
2. Served as member of the scientific advisory board on the Indian Journal of Pharmaceutical Education, 1997-2001.


**Consultant Positions:**

Served as consultant to the following companies/organizations:

- Center for Professional Advancement, New Jersey, 2000-present
- Terumo Heart, Michigan, 2005-2011
- Phasebio Inc., North Carolina, 2008-present
- Hylo Technologies, 2011-present
- Pharmaceutical Manufacturers Association (PMA), Washington, DC, 1992-1993.
- B. Braun Inc., Bethelhem, PA, 1990-1994.
- Biosyn Inc., Philadelphia, PA, 1992-1994.
- BioRexis Pharmaceuticals, PA 1999-2005

**Book Reviews:**
Reviewed book titled "Drug Stability for Pharmaceutical Scientists" by Thorsteinn Loftsson for publications by Elsevier publishing company, 2012.

**Journal Reviewer Position:**
Served as a reviewer for the following journals.

- Journal of Pharmaceutical Sciences
- International Journal of Pharmaceutics
- Reviewed 30 abstracts for the annual AAPS meeting for PDD section.
- Journal of Pharmaceutical Polymers
- Iranian Polymer Journal
- Journal of Biomaterial Applications
- Served as co-chair of the PDD section of AAPS for 2008

**External Reviewer:**
- Served as external program reviewer for the Pharmaceutical Product Development program at West Chester University, PA, 2005.
- Served as external assessor for dossier of a candidate for promotion from assistant professor to associate professor at University Sains Malaysia, Penang, Malaysia, 2014
- Served as external examiner for Ph.D. dissertation of 2 students at the National Institute of Pharmaceutical Education and Research, and at the Punjab Technical University, India, 2013-2014.

**Pharmacy License:**
Active pharmacist license in State of Pennsylvania, USA (license number RP039716L).

**External Courses Taught:**

1. Taught courses for the Center for Professional Advancement on the topic of "Drug Stability and Shelf-life".  This course is offered to industry participants 3-4 times a year in New Jersey, California, Amsterdam and Dublin.  This course has been taught for the past 12 years to approximately 2000 participants from industry from 50 different countries.

2. Taught invited courses on drug stability in pharmaceutical companies in Unites States, Switzerland, Italy, Romania, Brazil and Netherlands.  The companies include Merck, Abbott, Guidant, Coty, Ranbaxy, BMS, Schering, Chiesi and J&J.

**Patents:**

4

**Pardeep K. Gupta**, Geetha Goparaju and Xiumin Cui, Trans-membrane Peptide-mediated Gene Delivery-full patent application filed in September 2012.

**Pardeep K. Gupta** and Snehal Atwe, Fragments of Growth Hormone Binding Protein, Patent Number 10383919.

**Pardeep K. Gupta** and Vaishnavi Parikh, Polymer Compositions for Storage and Release of Polypeptides-provisional patent application filed March 2019.

**Book chapters and other publications:**

**Pardeep K. Gupta**, Solutions and Phase Equilibria, Chapter 28, Remington-The Science and Practice of Pharmacy, 22nd Edition.  Editor-Loyd V. Allen, 2011.

**Pardeep K. Gupta**, Inorganic Pharmaceutical Chemistry, Chapter 5, Remington-The Science and Practice of Pharmacy, 22nd Edition.  Editor-Loyd V. Allen, 2011.

**Pardeep K. Gupta**, Solutions and Phase Equilibria, Chapter 16, Remington-The Science and Practice of Pharmacy, 20th Edition.  Editor-Alfonso R. Gennaro, 2000.

Mandip Singh and **Pardeep Gupta**, Reorienting pharmacy education for future challenges in pharmacy practice, research and industry needs. University institute of pharmaceutical sciences, India, 2007.

**Pardeep K. Gupta**, Solutions and Phase Equilibria, Chapter 16, Remington-The Science and Practice of Pharmacy, 21st Edition.  Editor-Randy Hendrickson, 2005.

**Pardeep K. Gupta**, Drug Nomenclature United States Adopted Names, Chapter 28, Remington-The Science and Practice of Pharmacy, 21st Edition.  Editor-Randy Hendrickson, 2005.

**Pardeep K. Gupta,** Clyde Ofner and Roger Schnaare, Emulsions as Pharmaceutical Systems, FMC Tutorial Book, 1996.

**Pardeep K. Gupta** and Joseph R. Robinson, Oral Drug Delivery, in: Treatise on Controlled Release Technology, Agis Kydonieus (chief ed.), Marcel Dekker Inc., New York, 1990.

**Pardeep K. Gupta**, Sau-Hung S. Leung and Joseph R. Robinson, Bioadhesives/Mucoadhesives in Drug Delivery to the Gastrointestinal Tract, in: Bioadhesive Drug Delivery Systems, Lenaerts and Gurny (eds) CRC Press, Inc., Florida, 1989.

**Research Publications:**

Vaishnavi Parikh and **Pardeep K. Gupta.**  Structural stability of recombinant human growth hormone (r-hGH) as a function of polymer surface properties, *Pharm. Res*, 2018.

Geetha N. Goparaju [and] **Pardeep K. Gupta.**  Design of amphiphilic oligopeptides as models for fine tuning peptide assembly with plasmid DNA, *Drug Discoveries and Therapeutics*, 2014; 8(4): 165-172.

Geetha N. Goparaju, Michael F. Bruist, C. Satishchandran and **Pardeep K. Gupta.**  Influence of N-terminal hydrophobicity of cationic peptides on thermodynamics of their interaction with plasmid DNA, *Chemical Biology and Drug Design*, 2009; 73: 502–510.

Geetha N. Goparaju, C. Satishchandran, **Pardeep K. Gupta.** The effect of the structure of small cationic peptides on the characteristics of peptide-DNA complexes, *International Journal of Pharmaceutics* 369 (2009) 162–169.

Anchalee An Aii and **Pardeep K. Gupta**, Effect of arginine and hydroxypropyl cellulose as stabilizers on the physical stability of high drug loading nanosuspensions of a poorly soluble compound, *Int. J. Pharm.*, 351: 282-288 (2008).

**Pardeep K. Gupta** and Joseph R. Robinson, Effect of Volume and Viscosity of Coadministered Fluid on Gastrointestinal Distribution of Small Particles, *Int. J. Pharm.,*  125: 185-193 (1995).

Budhi A. Simon, Howard Ando and **Pardeep K. Gupta**, Circulation Time and Body Distribution of 14-C Labeled Amino Modified Polystyrene Nanoparticles in Mice, *J. Pharm. Sci.*, 84(10): 1249-1253 (1995).

David B. Lebo and **Pardeep K. Gupta**, Modulation of Membrane Cholesterol Content in Cultured LLC-PK1 Cells, *Int. J. Pharm.*, 125: 1-5 (1995).

Budhi A. Simon, Howard Ando and **Pardeep K. Gupta**, Circulation Time and Body Distribution of Protein-A Coated Amino Modified Polystyrene Nanoparticles in Mice, *Int. J. Pharm.*, 121: 233-237 (1995).

**Pardeep K. Gupta** and John G. Nikelly, Multidimensional Chromatography Using a Single Detector in Capillary GC, *Anal. Chem.,* 63: 1264-1270 (1991).

**Pardeep K. Gupta**, Processing of Liquids and Solids by The Fasted Canine Stomach, Ph.D. Thesis, University of Wisconsin, 1990.

**Pardeep K. Gupta** and Joseph R. Robinson, Gastric Emptying of Liquids in the Fasted Dog, *Int. J. Pharm.* 43: 45-52 (1988).

**Pardeep K. Gupta** and John G. Nikelly, Determination of UV-transparent Compounds by Liquid Chromatography using the UV Detector, *J. High Res. Chrom. & Chrom. Comm.* 1986 pp 572-576.

**Pardeep K. Gupta** and John G. Nikelly, A Pneumatic Pulse Dampener for Liquid Chromatography, *J. High Res. Chrom. & Chrom. Comm.* 1985 pp 177-180.

**Research Abstracts:**

Alice Park and **Pardeep K. Gupta**, Effect of Surface Modification of Biodegradable Poly(Lactic-Co-Glycolic Acid) Nanoparticles on Surface-Protein Interaction, Annual AAPS Meeting, San Diego, 2014.

Manik A. Parikh and **Pardeep K. Gupta**, Interaction of r-hGH with Functionalized PLGA Microspheres, AAPS Northeast Regional Discussion Group (NERDG) Annual Meeting, 2014.

Snehal Atwe and **Pardeep K. Gupta.** Interaction of recombinant Human Growth Hormone with Albumin-coated Nanoparticles. The 40th Annual Meeting & Exposition of the Controlled Release Society, 2013, Honolulu, Hawaii.

S.Atwe and **P. Gupta.** Development of Albumin-coated Nanoparticle Carrier systems for Human Growth Hormone. The 39th Annual Meeting & Exposition of the Controlled Release Society, 2012, Quebec City, Canada.

Tammy Yoxtheimer, **Pardeep Gupta**, and Gagan Kaushal. Development and validation of various methods for the determination of enantiomeric purity of D-Cycloserine. American Association of Pharmaceutical Scientists meeting 2012, Chicago, IL.

Snehal Atwe and **Pardeep K. Gupta.** Characterization of covalently immobilized albumin on the surfaces of polymeric nanoparticles. American Association of Pharmaceutical Scientists meeting 2011, Washington DC.

Snehal Atwe and **Pardeep K. Gupta.** Chemical conjugation strategies for protein immobilization on model nanoparticles. American Association of Pharmaceutical Scientists meeting 2010, New Orleans, LA.

Edgar Torres and **Pardeep K. Gupta.** Study of Ion Trap Mobility Spectrometry (ITMS) for PAT Applications (Phase 3.) American Association of Pharmaceutical Scientists meeting 2009, Los Angeles, CA.

Jian Yin and **Pardeep K Gupta.** Preparation of Bovine Serum Albumin Covalent-Bound Amino Polystyrene Nanoparticles as a Human Growth Hormone Carrier. American Association of Pharmaceutical Scientists meeting 2010, San Francisco, CA.

Gagan Kaushal and **Pardeep Gupta**. Adsorption of Recombinant Human Growth Hormone onto PLGA Particles: Effect of Competing Proteins and Surfactants. CRS Annual Meeting 2009, Denmark.

Xiumin Cui, and **Pardeep K. Gupta**. Delivery of the Complexes of Amphiphilic Peptide and Plasmid DNA Associated with Glycoprotein Asialofetuin to Hepatocytes. American Association of Pharmaceutical Scientists Annual Biotechnology Meeting, 2009, Seattle, WA.

Preeti G. Desai, **Pardeep K.  Gupta.**  Calorimetric Studies of the Interaction of Recombinant Human Growth Hormone (rhGH) with a Hydrophobic Surface. American Association of Pharmaceutical Scientists Annual Biotechnology Meeting, 2009, Seattle, WA.

Association of Pharmaceutical Scientists meeting 2009, Los Angeles, CA.

Gagan Kaushal and **Pardeep K. Gupta.** Study of the Effect of Competing Proteins on Adsorption of (r-hGH) on Zwitterionic Polystyrene Nanoparticles. American Association of Pharmaceutical Scientists meeting 2009, Los Angeles, CA.

Xiumin Cui and **Pardeep K. Gupta**. Characterization of the Complexes of Amphiphilic Peptides and Plasmid DNA. American Association of Pharmaceutical Scientists meeting 2008, Toronto, Canada.

Geetha Goparaju, Satish Chandran and Pardeep **K. Gupta.** Study of Electrokinetic and Particle Size Changes in DNA-Peptide Complexes. American Association of Pharmaceutical Scientists meeting 2008, Toronto, Canada.

Ken Yin, Gagan Kaushal, and **Pardeep Gupta**. Study of the Interaction of Human Growth Hormone (hGH) with Various Proteins in Solution. American Association of Pharmaceutical Scientists meeting 2008 GA.

Anchalee Ain-ai and **Pardeep K. Gupta**. Effect of Arginine Hydrochloride as a Stabilizer on the Physical Stability of Naproxen Nanosuspensions. American Association of Pharmaceutical Scientists meeting 2008, Toronto, Canada.

Edgar Torres and **Pardeep K. Gupta.** Study of Ion Trap Mobility Spectrometry (ITMS) for PAT Applications (Phase 2) American Association of Pharmaceutical Scientists meeting 2008, Toronto, Canada.

Preeti G. Desai, **Pardeep K. Gupta.** Fluorimetric Investigation of the Interaction of Recombinant Human Growth Hormone (rhGH) Adsorbed on to Polystyrene Nano-particles. American Association of Pharmaceutical Scientists meeting 2008, Toronto, Canada.

Edgar Torres and **Pardeep Gupta.** Study of Ion Trap Mobility Spectrometry (ITMS) as a PAT Application. American Association of Pharmaceutical Scientists meeting 2008, Toronto, Canada.

Geetha Goparaju, Satish Chandran and Pardeep **K. Gupta**. Thermodynamic characterization of pDNA with TAT-PTD and modified TAT-PTD. American Association of Pharmaceutical Scientists meeting 2008, Toronto, Canada.

Ching-fang Hsiung and **Pardeep K. Gupta.** Glucose Uptake Study of TATPTD-Insulin Conjugates. American Association of Pharmaceutical Scientists meeting 2008, Toronto, Canada.

Geetha Goparaju, Satish Chandran and **Pardeep K. Gupta.** Small Amphiphilic Peptides as Non-viral Gene Delivery Vectors. American Association of Pharmaceutical Scientists meeting 2008, Toronto, Canada.

Geetha Goparaju, Satish Chandran, Xiumin Cui and **Pardeep K. Gupta**. Amphiphilic Peptide Mediated Gene Transfer to Hepatocytes. American Association of Pharmaceutical Scientists meeting 2007, San Diego, CA.

Edgar Torres and **Pardeep K. Gupta**. Study of Ion Trap Mobility Spectrometry (ITMS) as a PAT Application. American Association of Pharmaceutical Scientists meeting 2007, San Diego, CA.

Preeti G. Desai, **Pardeep K. Gupta.** Fluorescence Studies of the Interaction of Recombinant Human Growth Hormone (r-hGH) to Polystyrene Nano-particles. American Association of Pharmaceutical Scientists meeting 2007, San Diego, CA.

Ching-fang Hsiung, **Pardeep K. Gupta**. Synthesis and characterization of glutaraldehyde linked Insulin-TATPTD conjugate. American Association of Pharmaceutical Scientists meeting 2007, San Diego, CA.

Ching-fang Hsiung and **Pardeep K. Gupta**. Synthesis and Characterization of Glutaraldehyde Linked Insulin-TATPTD Conjugate. American Association of Pharmaceutical Scientists meeting 2007, San Diego, CA.

Preeti G. Desai and **Pardeep K. Gupta.** Study of Particle Size and Electrokinetic Changes in Binding of Recombinant Human Growth Hormone (r-hGH) to Negatively and Positively Charged Polystyrene Nano-particles. American Association of Pharmaceutical Scientists Annual Biotechnology Meeting, 2006, Boston, MA.

Ching-fang Hsiung, **Pardeep K. Gupta**. Bioactivity Study of Tat-Insulin Conjugates Using HPAC Cell Line. Presented at the 2005 American Association of Pharmaceutical Scientists meeting in Nashville, TN.

Anchalee Ain-ai and **Pardeep K Gupta.** Electrokinetic Properties of High Drug Loading Naproxen Nano-suspensions Under Different pH Conditions: Effect of Arginine (Arg) and Hydroxy propyl Cellulose (HPC). Presented at the 2005 American Association of Pharmaceutical Scientists meeting in Nashville, TN.

Preeti G. Desai, Rajeshwar Motheram, and **Pardeep K. Gupta**. Thermodynamic Characterization of Interaction of Recombinant Human Growth Hormone (r-hGH) with Negatively Charged Polystyrene Particles. Presented at the 2005 American Association of Pharmaceutical Scientists meeting in Nashville, TN.

Anchalee Ain-ai and **Pardeep K. Gupta**. The Use of Arginine as a Stabilizer for Nano-Suspensions of Naproxen: Study of the Effect of the Stabilizers, Buffer, and the Zeta Potential on the Nanosuspensions Stability. Presented at the 2005 American Association of Pharmaceutical Scientists meeting in Nashville, TN.

Weijun Ren and **Pardeep Gupta**. Permeability and Uptake of Insulin-TAT-peptide Conjugates to Caco-2 Cell Monolayers. Presented at the 2004 American Association of Pharmaceutical Scientists meeting in Baltimore, MD.

Weijun Ren and **Pardeep Gupta**. Synthesis and Study of TAT PTD-Insulin Conjugate in Enterocyte-like Caco-2 Cells. Presented at the 2004 American Association of Pharmaceutical Scientists meeting in Baltimore, MD.

Anchalee Ain-ai and **Pardeep K. Gupta**. The Use of Arginine as a Stabilizer for Nano-Suspensions of Naproxen: Study of the Effect of the Dissolution Rate and the Zeta Potential on the Nanosuspensions Stability. Presented at the 2004 American Association of Pharmaceutical Scientists meeting in Baltimore, MD.

Anchalee An Aii and **Pardeep Gupta**. Study of arginine and its peptides as a stabilizer for nano-suspensions of poorly soluble drugs. Presented at the 2004 American Association of Pharmaceutical Scientists meeting in Baltimore, MD.

Raj Motheram and **Pardeep Gupta**. Behavior of Recombinant Human Growth Hormone (r-hGH) at Solid/Liquid Interfaces: Study of the Effect of Solution pH on Adsorption of (r-hGH) onto Negatively and Positively Charged Polystyrene Latex Particles. Presented at the 2004 American Association of Pharmaceutical Scientists meeting in Baltimore, MD.

Ye Zhu and **Pardeep Gupta**. Evaluation of TAT-PTD and its Derivatives as Permeability Enhancers. Presented at the 2004 American Association of Pharmaceutical Scientists meeting in Baltimore, MD.

Raj Motheram and **Pardeep Gupta**. Behavior of Recombinant Human Growth Hormone (r-hGH) at Solid/Liquid Interfaces: Modulation of Adsorption Characteristics of r-hGH onto Positively and Negatively Charged Polystyrene Latex Particles by Change of Ionic Strength and Dielectric Constant of the Solvent Medium. Presented at the 2004 American Association of Pharmaceutical Scientists meeting in Baltimore, MD.

Anchalee Ain-ai, **Pardeep Gupta.** Study of arginine peptides as stabilizers of naproxen nano-suspensions. Presented at the 2003 American Association of Pharmaceutical Scientists meeting in Salt Lake City, UT.

Ye Zhu and **Pardeep Gupta**. Effect of TAT-PTD Derivatives on TEER of Caco-2 Cell Monolayer., Presented at the 2003 American Association of Pharmaceutical Scientists meeting in Salt Lake City, Utah.

Anchalee Ain-Ai and **Pardeep Gupta**. Study of arginine peptides as stabilizers of naproxen nano-suspensions. Presented at the 2002 American Association of Pharmaceutical Scientists meeting in Toronto, Canada.

Weijun Ren and **Pardeep Gupta**. Synthesis of Insulin-peptide Conjugate and Study of it Binding to Lipid Bilayers. Presented at the 2002 American Association of Pharmaceutical Scientists meeting in Toronto, Canada.

Ye Zhu and **Pardeep Gupta**. Effect of TAT-PTD Derivatives on Permeability of Caco-2 Cell Monolayer. Presented at the 2002 American Association of Pharmaceutical Scientists meeting in Toronto, Canada.

Weijun Ren and **Pardeep Gupta**. Effect of Peptide Charge on its Binding and Permeation Across Lipid Bilayers, Presented at the American Association of Pharmaceutical Scientists meeting, 2001, Denver, CO.

Damayanti Patel and **Pardeep K. Gupta.** Effect of the Peptide Charge on Permeation of Met-Leu-Phe across MDCK Cell Monolayer. American Association of Pharmaceutical Scientists meeting, November 1998, San Francisco, CA.

B. A. Alizadeh and **Pardeep K. Gupta**.  Study the Effect of Nature of Charge on Permeation of Lipophilic Peptides through Lipid Bilayers. May 29-31, 1998, Graduate Research Association of Pharmaceutics, 18th Annual Meeting (GRASP), Clark, NJ.

B. A. Alizadeh and **P. K. Gupta**. The Effect of Charge on permeation of Hydrophobic Peptides across Lipid Bilayer. March 12, 1998, Philadelphia Pharmaceutical Forum (PPF) Poster Night, Philadelphia, PA.

B. A. Alizadeh and **P. K. Gupta**.  Interaction of Small Peptides with Egg Lecithin Vesicles. 1997, Philadelphia Pharmaceutical Forum (PPF) Poster Night, Philadelphia, PA.

Damayanti Patel and **Pardeep K. Gupta**. Study of Degradation of Chemotactic Peptides by MDCK monolayers. American Association of Pharmaceutical Scientists meeting, November 1997, Boston, MA.

Behnam Abdolalizadeh and **Pardeep K. Gupta**. Study of the Kinetics of Release of Hydrophobic Peptides from Egg Phosphatidylcholine Membranes. American Association of Pharmaceutical Scientists meeting, November 1997, Boston, MA.

Behnam Abdolalizadeh and **Pardeep K. Gupta**. Study of the Interaction of Hydrophobic Peptides with Egg Phosphatidylcholine Membranes. GRASP meeting, October 1997, New Jersey.

Damayanti Patel, David B. Lebo, and **Pardeep K. Gupta**. Protection of N-derivatized Chemotactic Peptide from Degradation by LLC-PK1 Cells. American Association of Pharmaceutical Scientists meeting, October 1996, Seattle, Washington.

Damayanti Patel, David B. Lebo, and **Pardeep K. Gupta**. Transport of Chemotactic Peptides in LLC-PK1 Cell Monolayers. American Association of Pharmaceutical Scientists meeting, October 1996, Seattle, Washington.

David B. Lebo and **Pardeep K. Gupta**, Effect of Membrane Cholesterol on p-aminohippurate transport in LLC-PK1 cells, Eastern Regional Meeting, June 1996 New Brunswick, NJ.

David B. Lebo and **Pardeep K. Gupta**. Effect of Membrane Fluidity on Drug Transport in LLC-PK1 cells. American Association of Pharmaceutical Scientists meeting, October 1996, Seattle, Washington.

Behnam Abdolalizadeh and **Pardeep K. Gupta**. Study of the Interaction of Hydrophobic Peptides with Egg Phosphatidylcholine Membranes, American Association of Pharmaceutical Scientists meeting, October 1996, Seattle, Washington.

David B. Lebo and **Pardeep K. Gupta**. The Thermotropic Analysis of LLC-PK1 Cell Membranes After Cholesterol Treatment. American Association of Pharmaceutical Scientists meeting, November 1995, Miami Beach, Florida.

David B. Lebo and **Pardeep K. Gupta.** Effect of membrane fluidity on uptake of p-aminohippurate (PAH) in cultured LLC-PK1 cells. Annual Graduate Research Association of Students in Pharmaceutics, June 1994, Rutgers University, New Jersey.

David B. Lebo and **Pardeep K. Gupta**. The dosing of LLC-PK1 cell using a cholesterol-polyvinylpyrrolidone-albumin complex. American Association of Pharmaceutical Scientists meeting, November 1994, San Diego, California.

Budhi H. Simon, Howard Y. Ando and **Pardeep K. Gupta.** Preparation and characterization of labeled protein-A coated amino modified nanoparticle.  American Association of Pharmaceutical Scientists meeting, November 1994, San Diego, California.

David B. Lebo and **Pardeep K. Gupta.** The Effect of Cell Membrane Fluidity on Transport of p-Aminohippurate in LLC-Pt-1 Cells. Annual Graduate Research Association of Students in Pharmaceutics, June 1993, New Brunswick, New Jersey.

David B. Lebo and **Pardeep K. Gupta**. The Effect of Cell Membrane Fluidity on Transport of p-Aminohippurate in LLC-Pt-1 Cells. Annual Graduate Research Association of Students in Pharmaceutics, June 1993, New Brunswick, New Jersey.

Budhi H. Simon, Howard Y. Ando and **Pardeep K. Gupta**. Circulation Times and Body Distribution of 14C-labeled Aminopolystyrene Nanoparticles in Mice. American Association of Pharmaceutical Scientists meeting, November 1993, Orlando, Florida.

Budhi H. Simon, Howard Y. Ando and **Pardeep K. Gupta**. Study of Circulation Time of Protein-A Coated 14C-Labeled Aminopolystyrene Nanoparticles in Mice. American Association of Pharmaceutical Scientists meeting, November 1993, Orlando, Florida.

Trisha Murphy and **Pardeep K. Gupta**. Use of biological Amphiphiles as Buffer Additives in the Analysis of Peptides by Capillary Electrophoresis. American Association of Pharmaceutical Scientists meeting, November 1992, San Antonio, Texas.

John G. Nikelly and **Pardeep K. Gupta.** The Effect of Pre-columns on the Sample Capacity of GC Capillary Columns, Zimeng Yang, Annual Pittsburgh Conference, March 1992, New Orleans Louisiana.

**Pardeep K. Gupta** and John G. Nikelly. Evaluation of Chromophore Buffers For Indirect Detection in CE. 3rd Annual Conference on Capillary Electrophoresis, June 1991, Frederick, Maryland.

**Pardeep K. Gupta** and John G. Nikelly. Parallel Column Gas Chromatography Using a Single Detector. ACS National Meeting, September, 1990, Washington, D.C.

**Pardeep K. Gupta** and Joseph R. Robinson. Effect of Co-administered Liquid on Gastric Emptying of Particles in the Fasted Dog. American Association of Pharmaceutical Scientists meeting, November, 1989, Atlanta, Georgia.

**Pardeep K. Gupta** and Joseph R. Robinson. Gastric Emptying of Liquids in the Fasted Dog. American Association of Pharmaceutical Scientists meeting, November, 1986, Washington D.C.

**Pardeep K. Gupta**. HPLC Analysis of Alcohols and Carbohydrates Using UV Detector. Annual Indian Pharmaceutical Congress Meeting, December, 1985, New Delhi, India.

TAB E



November 2019

# DeForest McDuff, Ph.D.

DeForest McDuff, Ph.D. is an expert in applied business economics with extensive experience in consulting, finance, and economic research.  Dr. McDuff provides economic expertise in a variety of areas in litigation and business consulting, including economic damages, lost profits, reasonable royalty, intellectual property (including patents, trade secrets, trademarks, and other IP rights), commercial success, licensing, negotiation, antitrust, competition, financial analysis, and valuation.

Dr. McDuff's business consulting experience ranges from start-ups to Fortune 500 companies to professional sports teams, and includes licensing, valuation, negotiation, pricing, business design, product launches, strategic decision-making, government regulation, and a range of other topics. His expert witness experience includes expert analysis and/or testimony on more than 75 expert reports and declarations, 50 depositions, and 15 trials in a diverse range of courts across the country.  His expert opinions have been relied upon and cited by clients, courts, and government agencies across the United States.

Dr. McDuff earned his Ph.D. in Economics from Princeton University.  At Princeton, Dr. McDuff received a National Science Foundation Graduate Research Fellowship (awarded to 25 graduate students in economics nationwide each year) for his academic research in financial economics and applied microeconomics.  He has published research in several peer-reviewed academic journals and in widely reviewed industry publications.  Dr. McDuff graduated *summa cum laude* with undergraduate degrees in economics and mathematics from the University of Maryland.

Insight Economics                              DeForest McDuff
177 Huntington Ave, 17th Floor                 617-917-5551
Boston, MA 02115                               deforest@InsightEconomics.com



## Education

Ph.D. in Economics, Princeton University, 2009.

M.A. in Economics, Princeton University, 2006.

B.A. in Economics, University of Maryland, College Park, *summa cum laude*, 2004.

B.S. in Mathematics, University of Maryland, College Park, *summa cum laude*, 2004.

## Professional Experience

Insight Economics, LLC (www.insighteconomics.com).  Boston MA.  Co-Founder and Partner.  2017 to present.

Integrity Seminars, LLC (www.integrityseminar.org, formerly Academic Integrity Seminar).  Boston MA.  Co-Founder and Partner.  2006 to present.

Intensity Corporation (formerly Quant Economics).  San Diego CA and Boston MA.  Economist from 2009 to 2012, Senior Economist from 2012 to 2013, Vice President from 2013 to 2017, Head of Boston Office from 2015 to 2017.

JPMorgan Chase & Co.  New York NY.  Trading Analyst.  2006 to 2007.

Princeton University.  Princeton NJ.  Economic Research Assistant.  2004 to 2006.

Academic Referee.  Review of Economics and Statistics; Journal of Urban Economics; Economics of Education Review; Journal of Housing Economics; Journal of Real Estate Economics and Finance.

## Professional Memberships

American Economic Association (AEA).

Licensing Executives Society (LES).



## Publications

McDuff, DeForest and Nathan Koterba: "Formal Fridays: 60+ Strategies for Standing Out & Getting Promoted," (2018) *CreateSpace Publishing*.

McDuff, DeForest, Gary Pavela, and Donald McCabe: "Updated: Ten Principles of Academic Integrity for Faculty," (2017) *IS Newsletter*.

McDuff, DeForest, Ryan Andrews, and Matthew Brundage: "Thinking Economically About Commercial Success," (2017) *Landslide*, Volume 9, Number 4, 37-40.

McDuff, DeForest: "Splitting the Atom: Economic Methodologies for Profit Sharing in Reasonable Royalty Analysis," (2016) *les Nouvelles* June 2016, 70-73.

McDuff, DeForest and Daryl Fairweather: "Measuring Marketing: Using Content Analysis to Evaluate Relative Value in Valuation and Reasonable Royalty Analysis," (2016) *les Nouvelles*. June 2016, 88-93.

McDuff, DeForest, Ryan Sullivan, and Justin Skinner: "Downgrade to 'Neutral': A Diminishing Role of the Georgia-Pacific Factors in Reasonable Royalty Analyses," (2015) *les Nouvelles* 50(3), 134-137.  Licensing Executives Society Article of the Month: March 2016.

McDuff, DeForest and Ryan Sullivan: "AstraZeneca and Damages In 'At-Risk' Generic Drug Launches," April 28, 2015, *Law360*.

McDuff, DeForest and Justin Skinner: "Reasonable Royalties: All About that Base … Or That Rate," December 18, 2014, *Law360*.

McDuff, DeForest, Susan McDuff, Jennifer Farace, Carolyn Kelley, Maria Sovoia, and Jess Mandel: "Evaluating a Grading Change at UCSD School of Medicine: Pass/Fail Grading is Associated with Decreased Performance on Preclinical Exams but Unchanged Performance on USMLE Step 1 Scores" (2014) *BioMed Central Medical Education* 14:127.

McDuff, DeForest and Justin Skinner: "Apple v. Motorola May Help Defenders of Daubert Challenges" with Justin Skinner, May 21, 2014, *Law360*.

McDuff, DeForest: "Home Price Risk, Local Market Shocks, and Index Hedging," (2012) *The Journal of Real Estate Finance and Economics* 45(1), 212–237.

McDuff, DeForest: "Demand Substitution Across U.S. Cities: Observable Similarity and Home Price Correlation," (2011) *Journal of Urban Economics* 70(1), 1–14.

McDuff, DeForest: "Quality, Tuition, and Applications to In-State Public Colleges," (2007) *Economics of Education Review* 26(4), 433–449.

McDuff, DeForest: "Analyzing Income and Happiness: The Effects of Placing Too Much Emphasis on Income in a Job" (2005), Princeton manuscript.



## Speaking Engagements

"Price Optimization in E-Commerce," Presenter, Global Big Data Conference, Boston MA, 2016.

"Damages Whirlwind: Navigating Reasonable Royalties in 2015," Presenter, Boston Patent Law Association, Boston MA, 2015.

"Asset Valuation and Patent Monetization: A Review of Valuation Methods and Transaction Structures," Presenter, Law Seminars International, San Francisco CA, 2015.

"Jury Trials for At-Risk Generic Launches," Presenter, Continuing Legal Education, Los Angeles CA, 2015.

"Careers for PhDs in Start-ups," Panelist, University of California at San Diego, San Diego CA, 2014.

"How to Prove Reasonable Royalty in Patent Damages," Panelist, The Knowledge Congress, San Diego CA, 2013.

"Careers in Economics and Finance," Presenter, University of California at San Diego, San Diego CA, 2010.

"Home Price Risk, Local Market Shocks, and Index Hedging," Presenter, National Bureau of Economic Research, Boston MA, 2008.

## Awards

National Science Foundation Graduate Research Fellowship.  Awarded to 25 graduate students in economics nationwide each year, Princeton University.

Princeton University Graduate Research Fellowship.  Full tuition fellowship and stipend for graduate research, Princeton University.

Towbes Teaching Prize for Outstanding Teaching.  Awarded to top 4 teaching assistants in the economics department each semester, Princeton University.

Dillard Prize.  Awarded to top undergraduate in economics, University of Maryland.



## Expert Testimony

1. *Sanofi-Aventis Us LLC, Sanofi-Aventis Deutschland GMBH, And Sanofi Winthrop Industrie, Biocon Limited, Biocon Research Ltd., Biocon S.A., Biocon Sdn. Bhd. v. Mylan GMBH, Mylan Inc., Mylan Pharmaceuticals Inc., Mylan NV, And Mylan Pharmaceuticals Inc.*, United States District Court, District of New Jersey, Case No. 17-cv-09105-SRC-CLW. Expert report, deposition, and trial testimony. Evaluation of commercial success related to Lantus Vial and Lantus SoloStar (insulin glargine) for the treatment of diabetes.

2. In the Inter Partes Review of U.S. Patent 8,679,069; 8,992,486; 9,526,844; 9,604,008; 8,992,486 (*Mylan Pharmaceuticals Inc. and Pfizer Inc. v. Sanofi-Aventis Deutschland GMBH*), United States Patent and Trademark Office, Patent Trial and Appeal Board, IPR2018-01670, IPR2018-01678, IPR2018-01680, IPR2018-01682, IPR2018-01684, IPR2019-00122. Expert declaration and deposition. Evaluation of commercial success related to Lantus SoloStar (insulin glargine) for the treatment of diabetes.

3. *Align Technology, Inc. v. Strauss Diamond Instruments, Inc.*, United States District Court, Northern District of California, Case No. 18-cv-06663-TSH. Expert report. Evaluation of trademark infringement, false advertising, unfair competition, and other claims related to dental imaging products.

4. *L.A. International Corp., Manhattan Wholesalers Inc., Excel Wholesale Distributors Inc., Value Distributor, Inc., Border Cash & Carry, Inc., AKR Corporation, U.S. Wholesale Outlet & Distribution, Inc.; Sanoor, Inc. (D/B/A L.A. Top Distributor); Pittsburg Wholesale Grocers, Inc.; And Pacific Groservice, Inc. v. Prestige Brands Holdings, Inc. And Medtech Products Inc.* United States District Court, Central District of California, Case No. 18-cv-06809-MWF-MRW. Expert report, deposition, and trial testimony. Evaluation of restitution and antitrust damages related to price discrimination for consumer health care products.

5. *ON Semiconductor Corporation, et al. v. Power Integrations, Inc.* United States District Court, Northern District of California, San Jose Division, Case Nos. 17-cv-03189-BLF, 16-cv-06371-BLF. Expert report and deposition. Evaluation of parent infringement including reasonable royalty damages related to electronics and semiconductor products.

6. *Bristol-Myers Squibb Company and Pfizer Inc. v. Aurobindo Pharma USA, Inc. and Aurobindo Pharma Ltd., Sigmapharm Laboratories, LLC, Unichem Laboratories, Ltd., and Zydus Pharmaceuticals (USA), Inc.* United States District Court, District of Delaware, Case No. 17-cv-00374. Expert report and deposition. Evaluation of secondary considerations related to Eliquis (apixaban) for the treatment of deep vein thrombosis, pulmonary embolism, and stroke prevention in nonvalvular atrial fibrillation.

7. *Millennium Pharmaceuticals, Inc. v. Apotex Corp., Apotex, Inc., Hospira, Inc., Zydus Pharmaceuticals (USA) Inc., Cadila Healthcare Ltd.* United States District Court, District of Delaware, Case No. 13-cv-01874. Expert report and deposition. Evaluation of secondary



considerations related to Velcade (bortezomib) for the treatment of multiple myeloma and mantle cell lymphoma.

8. *US Wholesale Outlet & Distribution, Inc., Trepco Imports & Distribution, Ltd., L.A. International Corporation, California Wholesale, YNY International Inc., Eashou, Inc. dba San Diego Cash and Carry, Sanoor, Inc. dba L.A. Top Distributor v. Living Essentials, LLC and Innovation Ventures, LLC.* United States District Court, Central District of California, Case No. 2:18-cv-1077. Expert report and deposition. Evaluation of restitution and antitrust damages related to price discrimination for food and beverage products.

9. *Allergan Sales, LLC; Forest Laboratories Holdings, Ltd.; Allergan USA, Inc.; and Ironwood Pharmaceuticals, Inc. V. Teva Pharmaceuticals USA, Inc. and Sandoz Inc.* United States District Court, District of Delaware, Case No. 16-1114-RGA. Expert report and deposition. Evaluation of secondary considerations including commercial success, long-felt need, skepticism, and copying related to Linzess (linaclotide) for the treatment of irritable bowel syndrome.

10. *Stayma Consulting Services, LLC v. Teligent, Inc.* American Arbitration Association. Expert report. Evaluation of business harm related to pharmaceuticals products.

11. *Orexo AB and Orexo US, Inc. v. Actavis Elizabeth LLC, Actavis Pharma, Inc., Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries, Ltd.* United States District Court, District of Delaware, Case No. 17-00205-CFC. Expert report, deposition, and trial testimony. Evaluation of patent infringement including reasonable royalty related to pharmaceuticals.

12. *Sumitomo Dainippon Pharma Co., Ltd. and Sunovion Pharmaceuticals Inc. v. Emcure Pharmaceuticals Ltd., Aurobindo Pharma Ltd., Dr. Reddy's Laboratories, Ltd., Dr. Reddy's Laboratories, Inc., Lupin Ltd., Sun Pharma Global Fze, Accord Healthcare Inc., Amneal Pharmaceuticals, LLC, Invagen Pharmaceuticals, Inc., Torrent Pharmaceuticals Ltd., Zydus Pharmaceuticals (USA) Inc.* United States District Court, Central District of California, Case No. 2:18-cv-02065-SRC-CLW, 2:18-cv-02620-SRC-CLW. Expert report and deposition. Evaluation of commercial success related to Latuda (lurasidone) for the treatment of schizophrenia and bipolar disorders.

13. *Carl Zeiss AG & ASML Netherlands B.V. v. Nikon Corporation, Sendai Nikon Corporation, and Nikon Inc.* United States District Court, Central District of California, Case No. 2:17-cv-07083-RGK-MRW. Expert report, deposition, and trial testimony. Evaluation of patent infringement including reasonable royalty related to digital cameras.

14. In the Inter Partes Review of U.S. Patent 7,476,652 and 7,713,930 (*Mylan Pharmaceuticals Inc., v. Sanofi-Aventis Deutschland GMBH*), United States Patent and Trademark Office, Patent Trial and Appeal Board, IPR2017-01526 and IPR2017-01528. Expert declaration and deposition. Evaluation of commercial success related to Lantus Vial (insulin glargine) for the treatment of diabetes.



15. *Carl Zeiss AG & ASML Netherlands B.V. v. Nikon Corporation, Sendai Nikon Corporation, and Nikon Inc.* United States District Court, Central District of California, Case No. 2:17-cv-03221-RGK-MRW. Expert report, deposition, and trial testimony. Evaluation of patent infringement including reasonable royalty related to digital cameras.

16. *Merck Sharp & Dohme Corp., Cubist Pharmaceuticals LLC, Optimer Pharmaceuticals LLC MSD Investment Holdings (Ireland), and MSD International GMBH v. Actavis Laboratories Fl, Inc., Actavis Pharma, Inc., and Actavis Inc.* United States District Court of New Jersey, Case No. 2:15-cv-06941-WHW-CLW. Expert report. Evaluation of commercial success of Dificid (fidaxomicin) for the treatment of *Clostridium difficile*-associated diarrhea.

17. *Gilead Sciences, Inc. v. Mylan Pharmaceuticals Inc.* United States District Court of Delaware, Case No. 16-cv-00192-RGA. Expert report and deposition. Evaluation of commercial success related to Tybost, Evotaz, Prezcobix, Stribild, and Genvoya for the treatment of HIV.

18. *Immunex Corporation, Amgen Manufacturing, Limited, and Hoffmann-LA Roche Inc., v. Sandoz Inc., Sandoz International GMBH, and Sandoz GMBH*. United States District Court of New Jersey, Case No. 2:16-cv-01118-CCC-MF. Expert reports (x2), deposition, and trial testimony. Evaluation of indications for and commercial success of Enbrel (etanercept) for the treatment of rheumatoid arthritis, psoriasis, and other indications.

19. *United Therapeutics Corporation and Supernus Pharmaceuticals, Inc., v. Actavis Laboratories FL, Inc.* United States District Court of New Jersey, Case No. 3:16-cv-01816-PGS-PHG. Expert report. Evaluation of commercial success related to Orenitram (treprostinil) for the treatment of pulmonary arterial hypertension.

20. *Cipla Ltd. v. Sunovion Pharmaceuticals Inc.*, United States District Court of Delaware, Case No. 15-cv-00424-LPS. Expert reports (x2) and deposition. Evaluation of patent infringement including reasonable royalty related to Xopenex HFA (levalbuterol tartrate) for the treatment of bronchospasm.

21. *Cave Consulting Group, Inc. v. Truven Health Analytics Inc.*, United States District Court, Northern District of California, San Francisco Division, Case No. 3:15-cv-02117-SI. Expert report. Evaluation of patent infringement including reasonable royalty related to healthcare analytics software products.

22. *In the Inter Partes Review of U.S. Patent 9,358,240 (United Therapeutics Corporation v. Watson Laboratories, Inc.)*, United States Patent and Trademark Office, Patent Trial and Appeal Board, IPR2017-10621; In the Inter Partes Review of U.S. Patent 9,339,507, United States Patent and Trademark Office, Patent Trial and Appeal Board, IPR2017-10622. Expert declarations (x2) and deposition. Evaluation of commercial success related to Tyvaso (treprostinil) for the treatment of pulmonary arterial hypertension.

23. *United Therapeutics Corporation v. Watson Laboratories, Inc.* United States District Court of New Jersey, Case No. 3:15-cv-05723. Expert report and deposition. Evaluation of



commercial success related to Tyvaso (treprostinil) for the treatment of pulmonary arterial hypertension.

24. *In the Inter Partes Review of U.S. Patent 6,881,745 (Merck Sharp & Dogme Corp. vs. Mayne Pharma International PTY Ltd.).* United States Patent and Trademark Office, Patent Trial and Appeal Board, IPR2016-01186. Expert declaration and deposition. Evaluation of commercial success related to Noxafil (posaconazole) for the treatment of fungal infections.

25. *Sanofi-Aventis U.S. LLC, Aventis Pharma S.A. and Sanofi v. Fresenius Kabi USA, LLC, Accord Healthcare, Inc., BPI Labs, LLC, Belcher Pharmaceuticals, LLC, Apotex Corp., Apotex, Inc., Breckenridge Pharmaceutical, Inc., Mylan Laboratories Ltd., Actavis LLC, Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories, Ltd., Glenmark Pharmaceuticals, Inc., USA, and Glenmark Pharmaceuticals Ltd*. United States District Court, District of New Jersey, Case Nos. 3:14-cv-07869; 3:14-cv-08082; 3:15-cv-02631; 3:14-cv-08079; 3:15-cv-02520; 3:14-cv-08081; 3:15-cv-02521; 3:15-cv-00287; 3:15-cv-01835; 3:15-cv-00289; 3:15-cv-01836; 3:15-cv-00290; 3:15-cv-03392; 3:15-cv-00776; 3:15-cv-03107; 3:15-cv-02522; and 3:15-cv-02523. Expert report, deposition, and trial testimony. Evaluation of commercial success related to Jevtana (cabazitaxel) for the treatment of prostate cancer.

26. *Carucel Investments, L.P. v. Novatel Wireless, Inc., AT&T Mobility, LLC, and Verizon Communications, Inc.* United States District Court, Southern District of California, Case No. 3:16-cv-00118. Expert reports (x2), deposition, and trial. Evaluation of patent infringement including reasonable royalty related to telecommunications for MiFi devices.

27. *Vivus, Inc. v. Actavis Laboratories, FL, Inc.* United States District Court, District of New Jersey, Case No. 2:14-cv-03786; *Vivus, Inc. v. Dr. Reddy's Laboratories, S.A., and Dr. Reddy's Laboratories, Inc.*, United States District Court, District of New Jersey, Case No. 2:15-cv-02693-SRC-CLW. Expert reports (x2) and deposition. Evaluation of commercial success related to Qsymia (phentermine and topiramate) for the treatment of obesity.

28. *ABC Distributing, Inc., Elite Wholesale, Inc., Tonic Wholesale, Inc. dba Ace Wholesale v. Living Essentials, LLC and Innovation Ventures, LLC*. United States District Court, Central District of California, Case No. 1:14-cv-00395. Expert reports (x2) and depositions (x2). Evaluation of class action restitution and antitrust damages related to price discrimination for food and beverage products.

29. *Gilead Sciences, Inc. and Royalty Pharma Collection Trust v. Watson Laboratories, Inc. and SigmaPharm Laboratories, LLC.* United States District Court, District of New Jersey, Case No. 1:15-cv-02350. Expert report and deposition. Evaluation of commercial success related to Letairis (ambrisentan) for the treatment of pulmonary arterial hypertension.

30. *In the Inter Partes Review of U.S. Patent RE38,551 E1 (UCB, Inc., UCB Biopharma SPRL, Research Corporation Technologies, Inc., and Harris FRC Corporation v. Mylan Pharmaceuticals, Inc.).* United States Patent and Trademark Office, Patent Trial and Appeal



Board, IPR2016-00204. Expert declaration and deposition. Evaluation of commercial success related to Vimpat (lacosamide) for the treatment of epilepsy.

31. *GlaxoSmithKline LLC, SmithKline Beecham (Cork) Limited v. Glenmark Pharmaceutical Inc., USA.* United States District Court, District of Delaware, Case No. 1:14-cv-00877. Expert reports (x2) and deposition. Evaluation of patent infringement including lost profits, reasonable royalty, and commercial success related to Coreg (carvedilol) for the treatment of congestive heart failure.

32. *In the Inter Partes Review of U.S. Patent RE44,186 (AstraZeneca AB v. Mylan Pharmaceuticals Inc., Wockhardt Bio AG, Teva Pharmaceuticals USA Inc., and Aurobindo Pharma U.S.A. Inc.).* United States Patent and Trademark Office, Patent Trial and Appeal Board, IPR2015-01340. Expert declaration and deposition. Evaluation of commercial success related to Onglyza (saxagliptin) and Kombiglyze (saxagliptin and metformin HCI extended-release) for the treatment of type 2 diabetes.

33. *Pfizer Inc., Wyeth LLC, Pfizer Pharmaceuticals LLC, PF Prism C.V., and Pfizer Manufacturing Holdings LLC v. Mylan Laboratories Limited*. United States District Court, District of Delaware, Case No. 1:15-cv-00026. Expert report and deposition. Evaluation of commercial success related to Tygacil (tigecycline) for the treatment of infections.

34. *Pfizer Inc., and UCB Pharma GmBH v. Mylan Pharmaceuticals, Inc.* United States District Court, District of Delaware, Case No. 1:15-cv-00079. Expert reports (x2), deposition, and trial testimony. Evaluation of commercial success related to Toviaz (fesoterodine) for the treatment of overactive bladder.

35. *DNA Genotek, Inc. v. Spectrum Solutions LLC and Spectrum DNA.* United States District Court, Southern District of California, Case No. 3:16-cv-01544. Expert declaration and deposition. Evaluation of economic harm related to genetic testing kits.

36. *Acorda Therapeutics, Inc. and Alkermes Pharma Ireland Limited v. Aurobindo Pharma USA Inc., Alkem Laboratories Ltd., Roxane Laboratories, Inc., Accord Healthcare Inc., Mylan Pharmaceuticals Inc., Teva Pharmaceuticals USA Inc., Apotex Corp., and Apotex Inc.* United States District Court, District of Delaware, Case No. 1:14-cv-00882 (consolidated). Expert report, deposition, and trial. Evaluation of commercial success related to Ampyra (4-aminopyridine) for the treatment of multiple sclerosis.

37. *Eli Lilly and Company, Eli Lilly Exports S.A., and Acrux DDS Pty Ltd. v. Watson Laboratories, Inc., Actavis, Inc., and Actavis Pharma, Inc*. United States District Court, Southern District of Indiana, Case No. 1:13-cv-01799. Expert reports (x2). Evaluation of irreparable harm related to Axiron (testosterone) for the treatment of male hypogonadism.

38. *Art Cohen (individually and on behalf of all others similarly situated) v. Donald J. Trump.* United States District Court, Southern District of California, Case No. 3:13-cv-02519. Expert



report and deposition. Evaluation of class action damages related to RICO allegations related for alleged misrepresentations regarding Trump University.

39. *Orexo AB and Orexo US, Inc. v. Actavis Elizabeth LLC.* United States District Court, District of Delaware, Case No. 1:14-cv-00829. Expert report and deposition. Evaluation of commercial success related to Zubsolv (buprenorphine and naloxone) for the treatment of opioid dependence.

40. *In the Inter Partes Review of U.S. Patent Nos. 6,858,650; 7,384,980; 7,855,230; 7,985,772; and 8,338,478 (Pfizer Inc., and UCB Pharma GmBH v. Mylan Pharmaceuticals, Inc.).* United States Patent and Trademark Office, Patent Trial and Appeal Board, IPR2016-00510; IPR2016-06136; IPR2016-01665; and IPR2016-01596. Expert declaration. Evaluation of commercial success related to Toviaz (fesoterodine) for the treatment of overactive bladder.

41. *Sanofi and Sanofi-Aventis U.S., LLC v. Glenmark Generics Inc., USA, Glenmark Pharmaceuticals Limited, Watson Laboratories Inc., Alkem Laboratories Ltd., First Time US Generics LLC, Sun Pharma Global FZE, Sun Pharmaceutical Industries, Ltd., Alembic Pharmaceuticals Limited, and Sandoz Inc.* United States District Court, District of Delaware, Case No. 1:14-cv-00264. Expert report, deposition and trial. Evaluation of commercial success related to Multaq (dronedarone) for the treatment of atrial fibrillation.

42. *NCR Corporation v. Documotion Research, Inc.* United States District Court, District of Delaware, Case No. 1:14-cv-00395. Expert report and deposition. Evaluation of patent infringement including lost profits and reasonable royalty for food and beverage labeling products.

43. *In the Inter Partes Review of U.S. Patent No. 8,822,438 (Janssen Oncology, Inc. v. Amerigen Pharmaceuticals Limited).* United States Patent and Trademark Office, Patent Trial and Appeal Board, IPR2016-00286. Expert declarations (x2) and deposition (x2). Evaluation of commercial success related to Zytiga (abiraterone) and the treatment of prostate cancer.

44. *CH2O, Inc. v. Meras Engineering, Inc., Houweling's Nurseries Oxnard, Inc., HNL Holdings, Ltd., Houweling Utah Operations, Inc., and Houweling's Nurseries, Ltd*. United States District Court, Central District of California, Case No. 2:13-cv-08418. Expert report, deposition, declaration, and trial. Evaluation of patent infringement including lost profits and reasonable royalty for patent infringement related to agricultural technology.

45. *TrendSettah USA Inc. and Trend Settah, Inc. v. Swisher International, Inc.* United States District Court, Central District of California, Case No. 8:14-cv-01664. Expert report, declaration, deposition, and trial. Evaluation of antitrust liability and damages, including evaluation of market definition, market power, monopolization, and damages related to tobacco products.



46. *Lights Out Holdings, LLC and Shawne Merriman v. Nike, Inc.* United States District Court, Southern District of California, Case No. 3:14-cv-00872. Expert report and deposition. Evaluation of trademark infringement and false endorsement related to athletic apparel.

47. *Enzo Life Sciences, Inc. v. Abbott Laboratories and Abbott Molecular, Inc.* United States District Court, District of Delaware, Case No. 1:12-cv-00274. Expert reports (x4) and deposition. Evaluation of patent infringement including economic prejudice and reasonable royalties related to molecular diagnostics.

48. *Merck Sharp & Dohme B.V. v. Warner Chilcott Company, LLC and Warner Chilcott (US), LLC.* United States District Court, District of Delaware, Case No. 1:13-cv-02088. Expert report, deposition, and trial. Evaluation of commercial success related to NuvaRing (estonogestrel/ethinyl estradiol) and contraception products.

49. *DNA Genotek, Inc. v. Spectrum DNA, Spectrum Solutions, LLC, and Spectrum Packaging, LLC.* United States District Court, District of Delaware, Case No. 1:15-cv-00661. Expert declaration and deposition. Evaluation of patent infringement including economic harm related to genetic testing kits.

50. *Eisai Co., Ltd., and Novartis Pharma AG v. Glenmark Pharmaceuticals Ltd., Glenmark Generics Ltd., Glenmark Generics Inc., USA, Hetero Labs LTD., Hetro USA, Inc., Lupin Ltd., Lupin Pharmaceuticals, Inc., Mylan Pharmaceuticals Inc., and Roxane Laboratories, Inc.* United States District Court, District of Delaware, Case Nos. 13-1279-LPS; 13-1280-LPS; 13-1281-LPS; 13-1282-LPS; 13-1284-LPS. Expert report and deposition. Evaluation of commercial success related to Banzel (rufinamide) for the treatment of epilepsy.

51. *UCB, Inc., UCB Biopharma SPRL, Research Corporation Technologies, Inc., and Harris FRC Corporation v. Accord Healthcare, Inc., Intas Pharmaceuticals, Ltd., Alembic Pharmaceuticals, Ltd., Alembic Pharma Limited, Amneal Pharmaceuticals, LLC, Amneal Pharmaceuticals of New York, LLC, Apotex Corp., Apotex, Inc., Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., Breckenridge Pharmaceutical, Inc., Vennoot Pharmaceuticals, LLC, Hetero USA, Inc., Hetero Labs Limited, Mylan Pharmaceuticals, Inc., Mylan, Inc., Sandoz, Inc., Sun Pharma Global FZE, Sun Pharmaceuticals Industries Ltd., Watson Laboratories, Inc.-Florida, Watson Pharma, Inc., Actavis, Inc., Zydus Pharmaceuticals (USA), Inc., and Cadila Healthcare Ltd. dba Zydus Cadila.* United States District Court, District of Delaware, Case No. 1:13-cv-01206. Expert report, deposition, and trial. Evaluation of commercial success related to Vimpat (lacosamide) for the treatment of epilepsy.

52. *Omega Patents, LLC v. CalAmp Corp.* United States District Court, Middle District of Florida, Case No. 6:13-cv-1950. Expert report and deposition. Evaluation of patent infringement including reasonable royalty related to vehicle tracker devices on automobiles.

53. *Tessera, Inc. v. UTAC (Taiwan) Corporation.* United States District Court, Northern District of California, Case No. 5:10-cv-04435. Expert report, deposition, and declaration.



Evaluation of breach of contract damages including lost royalties and prejudgment interest related to semiconductor packaging.

54. *nQueue, Inc. v. Control Systems (USA) Inc.* United States District Court, Central District of California, Case No. 8:12-cv-01365-BPO-RNBx. Expert report. Evaluation of patent infringement including reasonable royalty related to expense tracking systems for multi-function copy devices.

55. *Kevin O'Halloran v. Harris Corporation and RPX Corporation.* United States Bankruptcy Court, Middle District of Florida, Case No. 8:13-ap-00571. Expert report, deposition testimony, and trial testimony. Evaluation of patent valuation including patent portfolios, valuation, and valuation context related to telecommunications technologies.

56. *UCB, Inc. and UCB Manufacturing, Inc. v. Teva Pharmaceuticals USA, Inc.* United States District Court, Northern District of Georgia, Case No. 12-cv-04420-CAP. Expert reports (x2), deposition testimony (x2), and hearing testimony. Evaluation of patent infringement including lost profits, reasonable royalty, and commercial success related to Metadate CD (methylphenidate hydrochloride) for the treatment of ADHD.

57. *In re: Victoria J. Wagner (Debtor Victoria J. Wagner v. Trustee Leonard J. Ackerman).* United States Bankruptcy Court, Southern District of California, Case No. 13-06596-MM7. Expert declaration. Evaluation of labor and employment including analysis of expenditures, living standards, taxation.

58. *Invensas Corp. v. Renesas Electronics Corp.* United States District Court, District of Delaware, Case No. 11-cv-00448-GMS. Expert report. Evaluation of patent infringement including reasonable royalty related to semiconductor packaging.

59. *In re Sanitec Industries, Inc, Debtor; Sanitec Industries, Inc. v. Micro-Waste Corp., et al. and related claims.* United States District Court, Central District of California, Western Division, Case No. 09-cv-03488-PA. Expert report. Evaluation of breach of contract, false advertising, unfair competition, trademark infringement related to hospital microwave disinfection units.

60. *Aqua-Lung America, Inc. v. American Underwater Products, Inc., d/b/a Oceanic and Two Forty Deuce.* United States District Court, Northern District of California, Case No. 5:07-cv-02346-RS. Expert report and deposition testimony. Evaluation of patent infringement and trade secret misappropriation including lost profits, reasonable royalty, and unjust enrichment related to scuba diving equipment.

# EXHIBIT 11

**Allergan Sales, LLC, et al. v. Teva Pharmaceuticals USA, Inc., et al.**
C.A. 16-1114 (RGA)

*ANGELIKA FRETZEN, PHD*
**August 16, 2018**

| PLAINTIFFS' DESIGNATIONS AND DEFENDANTS' OBJECTIONS | | DEFENDANTS' COUNTER-DESIGNATIONS AND PLAINTIFFS' OBJECTIONS | |
|---|---|---|---|
| **Designation Pages: Line #s** | **Defendants' Objections** | **Designation Pages: Line #s** | **Plaintiffs' Objections** |
| 7:11-13 | | 7:14-17 | |
| 10:11-19 | | 9:8-10 | |
| 21:16-24 | F, R, SP, U, H | 15:4-7 | |
| 23:18-25 | F, R, PK, SP, U, H, I | 15:19 – 16:12 | |
| 24:2-5 | F, R, PK, SP, U, H, I | 18:19 – 19:10 | |
| 25:17-25 | F, R, PK, SP, U, H, I | 21:25 – 23:17 | |
| 26:2-3 | F, R, PK, SP, U, H, I | 31:2-18 | |
| 47:20-23 | F, R, SP, U, H | 32:6-21 | MR, MT, P |
| 58:11-15 | F, R | 33:6-13 | |
| 64:11-25 | F, R, U, H, I | 34:3-18 | |
| 65:2-6 | F, R, U, H, I | 38:6-12 | |
| 69:13-25 | F, R, PK, U, H, I | 39:9-25 | MR, MT, I |
| 70:2 | F, R, PK, U, H, I | 40:18 – 41:2 | MR, MT, I |
| 71:4-7 | F, R, PK, SP, U, H, I | 41:6-21 | MR, MT, I |
| 71:9-13 | F, R, PK, SP, U, H, I | 42:4-6 | |
| 83:18-25 | F, R, U, H, I | 42:11 – 44:3 | MR, MT, I |
| 84:2-4 | F, R, U, H, I | 44:10 – 47:8 | |
| 86:11-24 | F, R, SP, U, H | 47:12-19 | |
| 96:5-12 | F, R, U, H | 47:24 – 48:15 | |
| 96:25 | F, R, PK, U, H, I | 65:7-17 | |
| 97:2 | F, R, PK, U, H, I | 66:4-22 | |

| PLAINTIFFS' DESIGNATIONS AND DEFENDANTS' OBJECTIONS | | DEFENDANTS' COUNTER-DESIGNATIONS AND PLAINTIFFS' OBJECTIONS | |
|---|---|---|---|
| Designation Pages: Line #s | Defendants' Objections | Designation Pages: Line #s | Plaintiffs' Objections |
| 97:4-9 | F, R, PK, SP, U, H | 67:24 – 68:19 | |
| 97:11-14 | F, R, PK, SP, U, H | 70:10-21 | |
| 100:20-25 | F, R, U, H, I | 74:3-22 | |
| 101:2-11 | F, R, U, H, I | 80:9-23 | |
| 126:10-14 | F, R, U, I | 81:23-25 | |
| 128:10-13 | F, R, U, H | 82:3-10 | |
| 128:17-20 | F, R, U, H | 84:5-6 | |
| 135:20-25 | F, R, SP, U, H, I | 84:8-23 | |
| 136:2 | F, R, SP, U, H, I | 85:2-6 | |
| 141:6-15 | F, R, U | 87:25 | I |
| 144:9-25 | F, R, U, H, I | 89:8-12 | |
| 145:2-13 | F, R, U, H, I | 90:3 – 91:2 | |
| 155:12-24 | F, R, U | 105:21-22 | |
| 160:17-25 | F, R, SP, U, H, I | 106:2-9 | |
| 161:2-6 | F, R, SP, U, H, I | 107:23 – 108:19 | |
| 164:18-25 | F, R, SP, U, H, I | 110:4 – 112:2 | |
| 165:2-11 | F, R, SP, U, H, I | 112:25 – 113:7 | |
| 171:15-17 | F, R, PK, U, H | 114:6-7 | |
| 172:11-14 | F, R, U | 114:10-11 | |
| 178:24-25 | F, R, U, H, I | 122:3-18 | |
| 179:2-11 | F, R, U, H, I | 124:20 – 125:15 | |
| 180:16-17 | F, R, U, H | 126:6-9 | |
| 180:19-25 | F, R, U, H, I | 126:22 – 127:7 | |
| 181: 2-3 | F, R, U, H, I | 127:11-14 | |
| 181:5-6 | F, R, U, H | 127:21 – 128:9 | |
| 181:9-17 | F, R, PK, SP, U, H | 128:14-16 | |

| PLAINTIFFS' DESIGNATIONS AND DEFENDANTS' OBJECTIONS | | DEFENDANTS' COUNTER-DESIGNATIONS AND PLAINTIFFS' OBJECTIONS | |
|---|---|---|---|
| Designation Pages: Line #s | Defendants' Objections | Designation Pages: Line #s | Plaintiffs' Objections |
| 236:3-14 | F, R, SP, U, H | 128:21 – 129:20 | |
| 243:11-15 | F, R, U | 129:23 – 130:3 | |
| 244:9-17 | F, R, U, H | 135:16-19 | |
| 258:19-25 | F, R, U, H, I | 136:3-18 | |
| 259:2 | F, R, U, H, I | 138:7-15 | |
| 259:7-11 | F, R, U, H | 140:10 – 141:5 | |
| | | 145:14 – 146:2 | |
| | | 146:22-24 | |
| | | 147:6-7 | |
| | | 155:8-11 | |
| | | 155:25 – 157:20 | |
| | | 158:11-19 | |
| | | 158:23 – 159:3 | |
| | | 160:8-12 | |
| | | 161:7-10 | |
| | | 161:13 – 162:15 | |
| | | 162:18-23 | |
| | | 163:2-23 | |
| | | 164:2-17 | |
| | | 165:20-23 | |
| | | 166:20 – 167:4 | |
| | | 169:16 – 170:16 | |
| | | 171:10-14 | |
| | | 170:18 – 172:10 | |
| | | 172:15 – 173:14 | |
| | | 174:12 – 175:7 | |

| PLAINTIFFS' DESIGNATIONS AND DEFENDANTS' OBJECTIONS | | DEFENDANTS' COUNTER-DESIGNATIONS AND PLAINTIFFS' OBJECTIONS | |
|---|---|---|---|
| Designation Pages: Line #s | Defendants' Objections | Designation Pages: Line #s | Plaintiffs' Objections |
| | | 175:10 – 176:6 | |
| | | 176:10-12 | |
| | | 177:17-19 | |
| | | 177:22-25 | |
| | | 178:4-23 | |
| | | 180:8-15 | |
| | | 181:18-21 | |
| | | 181:23 – 183:8 | |
| | | 183:20-23 | |
| | | 183:25 – 184:11 | |
| | | 193:6-17 | |
| | | 194:17 – 196:7 | |
| | | 196:13-21 | |
| | | 197:16-23 | |
| | | 197:25 | |
| | | 213:8 – 214:2 | |
| | | 214:20 – 215:12 | |
| | | 215:15 – 216:15 | |
| | | 219:23 – 220:9 | |
| | | 220:21 – 221:24 | |
| | | 222:17 – 223:19 | |
| | | 224:19 – 226:3 | |
| | | 230:7-13 | |
| | | 230:17 | |
| | | 231:23 – 232:21 | |
| | | 232:24 – 233:11 | |

| PLAINTIFFS' DESIGNATIONS AND DEFENDANTS' OBJECTIONS | | DEFENDANTS' COUNTER-DESIGNATIONS AND PLAINTIFFS' OBJECTIONS | |
|---|---|---|---|
| Designation Pages: Line #s | Defendants' Objections | Designation Pages: Line #s | Plaintiffs' Objections |
| | | 233:14-23 | |
| | | 243:7-10 | |
| | | 243:16 – 244:2 | |
| | | 244:4-7 | |
| | | 247:8-20 | |
| | | 247:23 – 248:6 | |
| | | 248:8 – 250:20 | |
| | | 250:22 – 251:18 | |
| | | 252:7-13 | |
| | | 252:17-23 | |
| | | 252:25 – 253:2 | |
| | | 258:12-18 | |
| | | 259:3-6 | |
| | | 266:3 – 267:4 | |
| | | 267:7-21 | |
| | | 273:25 – 274:3 | |
| | | 274:5-7 | |
| | | 274:9-12 | |
| | | 274:14-18 | |
| | | 276:17 – 277:3 | |
| | | 278:11-13 | |
| | | 278:16-17 | LA |
| | | 279:4-5 | |
| | | 279:7-22 | |
| | | 279:24-25 | |
| | | 285:18-22 | |

| PLAINTIFFS' DESIGNATIONS AND DEFENDANTS' OBJECTIONS | | DEFENDANTS' COUNTER-DESIGNATIONS AND PLAINTIFFS' OBJECTIONS | |
|---|---|---|---|
| Designation Pages: Line #s | Defendants' Objections | Designation Pages: Line #s | Plaintiffs' Objections |
| | | 286:4-20 | |
| | | 287:4-8 | |
| | | 293:5-9 | |

**Allergan Sales, LLC, et al. v. Teva Pharmaceuticals USA, Inc., et al.**
C.A. 16-1114 (RGA)

*CAROLINE KURTZ*
**September 7, 2018**

| PLAINTIFFS' DESIGNATIONS AND DEFENDANTS' OBJECTIONS | | DEFENDANTS' COUNTER-DESIGNATIONS AND PLAINTIFFS' OBJECTIONS | |
|---|---|---|---|
| Designation Pages: Line #s | Defendants' Objections | Designation Pages: Line #s | Plaintiffs' Objections |
| 9:24-25 | I | 32:10-18, 33:19-34:12 | I |
| 10:2 | | | |
| 13:16-22 | I | 14:7-15 | |
| 15:5-21 | I | 17:2-18 | |
| 22:3-25 | I, PK, IE, O, H, F | 23:6-8, 23:11-12, 64:8-13, 67:9-18, 136:9-21, 149:16-150:5, 150:7-10, 151:16-152:8, 160:2-3, 161:5-13, 162:16-163:11 | NE (as to 136:9-21)<br><br>MT, I (as to 149:25-150:5, 150:7-10) |
| 23:2-5 | I, PK, IE, O, H, F | 23:6-8, 23:11-12, 64:8-13, 67:9-18, 136:9-21, 149:16-150:5, 150:7-10, 151:16-152:8, 160:2-3, 161:5-13, 162:16-163:11 | NE (as to 136:9-21)<br><br>MT, I (as to 149:25-150:5, 150:7-10) |
| 70:8-20 | F, IE, O, H, I | 71:22-73:4, 73:22-74:2, 74:6-9, 149:16-150:5, 150:7-10, 151:16-152:8 | MTI, I (as to 149:25-150:5, 150:7-10) |
| 84:19-25 | I, O, IE, LC | 85:7-11 | |
| 85:2-6 | I, O, IE, LC | 85:7-11 | |
| 89:3-7 | H, I | 89:18-90:14 | |
| 95:3-10 | I, H, IE, O, U | 94:19-25, 104:4-23 | |
| 110:6-25 | I, IE, O, H, U | 109:5-110:5, 111:22-112:7, 114:4-9, 114:21-23 | MT, I (as to 112:4-7) |

| PLAINTIFFS' DESIGNATIONS AND DEFENDANTS' OBJECTIONS | | DEFENDANTS' COUNTER-DESIGNATIONS AND PLAINTIFFS' OBJECTIONS | |
|---|---|---|---|
| **Designation Pages: Line #s** | **Defendants' Objections** | **Designation Pages: Line #s** | **Plaintiffs' Objections** |
| 111:2-21 | I, IE, O, H, U | 109:5-110:5, 111:22-112:7, 114:4-9, 114:21-23 | MT, I (as to 112:4-7) |
| 198:24-25 | IE, O, H, U, R, I | 25:4-15, 202:14-19, 202:24-203:2 | MT, P, I (as to 25:4-15) |
| 199:2-25 | IE, O, H, U, R, I | 25:4-15, 202:14-19, 202:24-203:2 | MT, P, I (as to 25:4-15) |
| 200:2-25 | IE, O, H, U, R, I | 25:4-15, 202:14-19, 202:24-203:2 | MT, P, I (as to 25:4-15) |
| 201:2-11 | IE, O, H, U, R, I | 25:4-15, 202:14-19, 202:24-203:2 | MT, P, I (as to 25:4-15) |
| 205:23-25 | R, U, IE, O, H, I, PK | 148:12-149:10, 209:19-22 | |
| 206:2-25 | R, U, IE, O, H, I, PK | 148:12-149:10, 209:19-22 | |
| 207:2-25 | R, U, IE, O, H, I, PK | 148:12-149:10, 209:19-22 | |
| 208:2-24 | R, U, IE, O, H, I, PK | 148:12-149:10, 209:19-22 | |
| 212:3-19 | H, R, U, I | 107:5-7, 107:9-108:5 | R I (as to 107:7) |

**Allergan Sales, LLC, et al. v. Teva Pharmaceuticals USA, Inc., et al.**
C.A. 16-1114 (RGA)

*LAWRENCE H. BLOCK, PH.D.*
**March 9, 2019**

| PLAINTIFFS' DESIGNATIONS AND DEFENDANTS' OBJECTIONS | | DEFENDANTS' COUNTER-DESIGNATIONS AND PLAINTIFFS' OBJECTIONS | |
|---|---|---|---|
| Designation Pages: Line #s | Defendants' Objections | Designation Pages: Line #s | Plaintiffs' Objections |
| 7:18-22 | | | |
| 14:11-20 | | | |
| 16:18-21 | R | | |
| 34:11-16 | I, U | 34:17-21; 34:23-25; 35:2-25; 36:2-7; 36:10-17 | H, P |
| 54:22-25 | I, U, R, AA, NR | 55:2-6; 55:9-11 | H, P |
| 100:23-25 | | | |
| 101:2-6 | | | |
| 102:18-25 | I, U, R, AA, NR, L | 103:7-17 | H |
| 108:6-9 | I, U, R, AA, L | 107:21-24; 108:3-4; 108:10-25; 109:2-20 | H, P |
| 116:8-11 | I, U, R, L | 115:9-24 | H |
| 124:10-14 | I, U, R, L | 124:3-9; 125:11-17 | H |
| 128:13-18 | I, U, AA, R, L | 129:3-5; 129:8; 129:11-14 | H, P |
| 128:21-24 | I, U, AA, R, L | 129:3-5; 129:8; 129:11-14 | H, P |
| 132:8-17 | I, U, AA, R, NR, L | 74:3-9; 74:12-18; 74:20-25; 75:2; 75:4-11; 76:5-9; 76:11-16; 76:18-21; 76:24-25; 77:4-5; 77:9-15; 131:24-25; 132:2-7; 133:3-13; 133:25; 134:2-6 | H, P |

1

| PLAINTIFFS' DESIGNATIONS AND DEFENDANTS' OBJECTIONS | | DEFENDANTS' COUNTER-DESIGNATIONS AND PLAINTIFFS' OBJECTIONS | |
|---|---|---|---|
| Designation Pages: Line #s | Defendants' Objections | Designation Pages: Line #s | Plaintiffs' Objections |
| 132:19-22 | I, U, AA, R, NR, L | 74:3-9; 74:12-18; 74:20-25; 75:2; 75:4-11; 76:5-9; 76:11-16; 76:18-21; 76:24-25; 77:4-5; 77:9-15; 131:24-25; 132:2-7; 133:3-13; 133:25; 134:2-6 | H, P |
| 133:16-24 | I, U, R, NR, L | 133:3-13; 133:25; 134:2-6 | H, P |
| 166:3-25 | U, R, NR, L | | |
| 167:2 | U, R, NR, L | | |
| 169:8-20 | I, U, L, H | 167:16-25 | |
| 170:7-16 | U, L, H | | |
| 171:16-25 | I, U, R, L | 172:6-12; 172:15-17 | H, P |
| 172:2-5 | I, U, R, L | 172:6-12; 172:15-17 | H, P |
| 173:20-25 | | | |
| 174:2-3 | | | |
| 174:16-22 | I, U, R, L | 175:5-19; 176:7-16 | H, P |
| 179:16-20 | I, U, L | 179:21-24; 180:2-5 | H, P |
| 194:20-24 | I, U, AA, NR, L | 190:20-25; 191:2-7; 194:5-12; 194:15-17;195:14-15; 195:18-19 | H, P |
| 195:3-8 | I, U, AA, NR, L | 190:20-25; 191:2-7; 194:5-12; 194:15-17;195:14-15; 195:18-19 | H, P |
| 195:11-12 | I, U, AA, NR, L | 190:20-25; 191:2-7; 194:5-12; 194:15-17;195:14-15; 195:18-19 | H, P |
| 195:21-25 | I, U, AA, NR, L | 190:20-25; 191:2-7; 194:5-12; 194:15-17;195:14-15; 195:18-19 | H, P |
| 196:2-3 | I, U, AA, NR, L | 190:20-25; 191:2-7; 194:5-12; 194:15-17;195:14-15; 195:18-19 | H, P |

| PLAINTIFFS' DESIGNATIONS AND DEFENDANTS' OBJECTIONS | | DEFENDANTS' COUNTER-DESIGNATIONS AND PLAINTIFFS' OBJECTIONS | |
|---|---|---|---|
| Designation Pages: Line #s | Defendants' Objections | Designation Pages: Line #s | Plaintiffs' Objections |
| 196:6-7 | I, U, AA, NR, L | 190:20-25; 191:2-7; 194:5-12; 194:15-17;195:14-15; 195:18-19 | H, P |
| 208:25 | I, U, NR, L | 207:16-25; 208:2-24; 210:17-18; 210:21-25; 211:2-5 | H, P |
| 209:2-6 | I, U, AA, NR, L | 207:16-25; 208:2-24; 210:17-18; 210:21-25; 211:2-5 | H, P |
| 211:7-22 | I, U | 214:2-5; 214:8-10 | H, P |
| 220:24-25 | I, U, AA, NR | 220:4-11; 220:18-23 | H, P |
| 221:2-12 | I, U, AA, NR | 220:4-11; 220:18-23 | H, P |
| 234:2-16 | I, U, AA, R, L | 232:13-18; 232:24-25; 233:2-5 | H, P |

3

**Allergan Sales, LLC, et al. v. Teva Pharmaceuticals USA, Inc., et al.**
C.A. 16-1114 (RGA)

***BERNARD DOMNIC***
**August 28, 2018**

| PLAINTIFFS' DESIGNATIONS AND DEFENDANTS' OBJECTIONS | | DEFENDANTS' COUNTER-DESIGNATIONS AND PLAINTIFFS' OBJECTIONS | |
|---|---|---|---|
| Designation Pages: Line #s | Defendants' Objections | Designation Pages: Line #s | Plaintiffs' Objections |
| 11:13-18 | | | |
| 12:2-8 | | | |
| 60:2-3 | F, U, V | | |
| 60:10-11 | F, U, V | | |
| 69:5-12 | | | |
| 79:13-19 | F, L, U, V | | |
| 80:25 | BTS, CP, L, LC, U, V | | |
| 81:2-5 | BTS, CP, L, LC, U, V | | |
| 108:23-25 | F, L | | |
| 109:7-11 | | | |
| 117:3-8 | I, MIS, U, DSFI | 117:9, 117:11-13 | H, P |

**Allergan Sales, LLC, et al. v. Teva Pharmaceuticals USA, Inc., et al.**
C.A. 16-1114 (RGA)

*PARAG SHAH*
**August 30, 2018**

| PLAINTIFFS' DESIGNATIONS AND DEFENDANTS' OBJECTIONS | | DEFENDANTS' COUNTER-DESIGNATIONS AND PLAINTIFFS' OBJECTIONS | |
|---|---|---|---|
| **Designation Pages: Line #s** | **Defendants' Objections** | **Designation Pages: Line #s** | **Plaintiffs' Objections** |
| 7:15-18 | | | |
| 8:6-8 | | | |
| 13:6-10 | | 14:10-25; 15:2-7 | |
| | | 32:12-20 | |
| 45:19-20 | H, I, F, R | 45:21-22 | H, P |
| 46:24-25 | F, R | | |
| 47:2-5 | F, R | | |
| 52:6-9 | F, R, SP, U | | |
| 56:24-25 | F, R, SP, U | | |
| 57:2-7 | F, R, SP, U | | |
| 61:6-15 | F, R, SP, U | | |
| 62:16-19 | F, R, SP, U | | |
| 63:5-6 | H, F, R | | |
| 63:19-24 | F, R, SP, U | | |
| 69:17-25 | F, R, SP, U | | |
| 70:2-4 | F, R, SP, U | | |
| 95:2-3 | H, F, R, U | | |
| 95:22-25 | F, R, SP, U | | |
| 96:2-4 | F, R, SP, U | | |
| 98:9-15 | F, R, SP, U, H, I | 98:20-25; 99:2-4 | H, F, P |
| 133:4-6 | F | | |
| 133:25 | F, R | | |

1

| PLAINTIFFS' DESIGNATIONS AND DEFENDANTS' OBJECTIONS | | DEFENDANTS' COUNTER-DESIGNATIONS AND PLAINTIFFS' OBJECTIONS | |
|---|---|---|---|
| Designation Pages: Line #s | Defendants' Objections | Designation Pages: Line #s | Plaintiffs' Objections |
| 134:2-13 | F, R | 179:9-14 | |
| | | 184:5-9 | |
| | | 184:13-25; 185:2-10 | |
| | | 185:12-25; 186:2-16 | |
| | | 190:16-25; 191:2-5 | |
| | | 191:15-24 | |
| | | 192:7-13 | |

**Allergan Sales, LLC, et al. v. Teva Pharmaceuticals USA, Inc., et al.**
C.A. 16-1114 (RGA)

*MELISSA HENRY*
**August 21, 2018**

| PLAINTIFFS' DESIGNATIONS AND DEFENDANTS' OBJECTIONS | | DEFENDANTS' COUNTER-DESIGNATIONS AND PLAINTIFFS' OBJECTIONS | |
|---|---|---|---|
| Designation Pages: Line #s | Defendants' Objections | Designation Pages: Line #s | Plaintiffs' Objections |
| 6:16-18 | | 13:14-16 | |
| 8:25 | | 13:18-25 | |
| 9:2-5 | | 14:2-4 | H, P |
| 40:3-8 | F, PK, R, SP, U | 15:6-9 | H, P |
| 40:22-24 | F, PK, R, SP, U, V | 39:7-9 | H, P, MT (as to 39:7-9, 39:12) |
| 116:5-11 | R, U | 39:12-19 | |
| 116:18-21 | R, U | 41:25 | H, P |
| 144:8-11 | R, U | 42:2 | |
| 144:18-24 | R, U | 42:6-9 | |
| 150:3-4 | F, PK, R, SP, U, H | 116:12-14 | H, P |
| 150:7-16 | F, PK, R, SP, U, H | 150:5-6 | H, P, MR |
| 151:10-13 | F, PK, R, SP, U, H | 151:14-19 | |
| 153:3-10 | F, PK, R, SP, U, H | 151:23-25 | |
| 153:14 | F, PK, R, SP, U, H | 152:5 | |
| | | 153:15-17 | |
| | | 153:20-23 | |
| | | 154:2-4 | |
| | | 154:12-21 | |
| | | 158:17-25 | H, P |
| | | 159:2-9 | |
| | | 160:15-17 | |
| | | 160:20 | |

1

| PLAINTIFFS' DESIGNATIONS AND DEFENDANTS' OBJECTIONS | | DEFENDANTS' COUNTER-DESIGNATIONS AND PLAINTIFFS' OBJECTIONS | |
|---|---|---|---|
| Designation Pages: Line #s | Defendants' Objections | Designation Pages: Line #s | Plaintiffs' Objections |
| | | 179:21-24 | |
| | | 182:21-25 | |
| | | 183:2-11 | |

**Allergan Sales, LLC, et al. v. Teva Pharmaceuticals USA, Inc., et al.**
C.A. 16-1114 (RGA)

*KINJAL (RICKY) SUCHAK*
**September 14, 2018**

| PLAINTIFFS' DESIGNATIONS AND DEFENDANTS' OBJECTIONS | | DEFENDANTS' COUNTER-DESIGNATIONS AND PLAINTIFFS' OBJECTIONS | |
|---|---|---|---|
| Designation Pages: Line #s | Defendants' Objections | Designation Pages: Line #s | Plaintiffs' Objections |
| 9:4-8 | | 73:17-23 | H, I (as to 73:17-23), MT, P |
| 9:16-17 | | 74:2 | |
| 9:20-21 | | 74:4-23 | |
| 73:2-13 | F, PK, R, SP, U, F, H | 75:6-8 | |
| 105:23-25 | F, PK, R, SP, U, F, H | 75:15-17 | |
| 106:2-6 | F, PK, R, SP, U, F, H | 75:24-25 | |
| 115:13-19 | F, PK, R, SP, U, F, H | 76:2 | |
| | | 76:5 | |
| | | 107:4-7 | H, MT, P |
| | | 108:6-15 | |
| | | 109:24-25 | |
| | | 110:3-4 | |
| | | 163:23-24 | H, P |
| | | 163:4 | |

**Designations**

| Obj. | Description |
|------|-------------|
| AA | Asked and answered; Fed. R. Evid. 611(a) |
| BE | Best evidence; Fed. R. Evid. 1002 |
| BTS | Beyond the scope of examination or of 30(b)(6) topic; Fed. R. Evid. 611, Fed. R. Civ. P. 30(b)(6) |
| CP | Compound question |
| CU | Misleading, Confusing and/or Cumulative/Waste of time; Fed. R. Evid. 403 |
| F | No foundation or assumes facts not in evidence; Fed. R. Evid. 104, 602, 703, 901 |
| H | Hearsay if offered for the truth of the matter asserted; Fed. R. Evid. 801, 802, 803, 805 |
| I | Incomplete designation; Fed. R. Evid. 106, 403 |
| IC | Improper counter designation |
| L | Leading; Fed. R. Evid. 611(c) |
| LAW | Lawyer argument or colloquy |
| LC | Legal conclusion; Fed. R. Evid. 701 |
| MIS | Mischaracterization of testimony or evidence |
| O | Unqualified opinion testimony; Fed. R. Evid. 701, 703 |
| OB | Attorney objection improperly designated |
| P | Privileged; Fed. R. Evid. 501, Fed. R. Civ. P. 26(b)(3), (4) |
| PK | Lack of personal knowledge; Fed. R. Evid. 602 |
| R | Not relevant; Fed. R. Evid. 401, 402 |
| SP | Speculation, Fed. R. Evid. 602, 701, 702 |
| T | Improper use of deposition at trial; Fed. R. Civ. P. 32 |
| U | Unfairly prejudicial, misleading, confusing, and/or cumulative/waste of time; Fed. R. Evid. 403 |
| V | Vague or ambiguous; Fed. R. Evid. 611(a) |
| OV | Overbroad |
| DSFI | Document speaks for itself |
| NAR | Calls for a narrative |
| NR | Non-responsive answer |
| MS | Motion to strike |
| PE | Parol evidence |
| IE | Improper expert testimony |

**Plaintiffs' Objection Key**

| Objection Code | Objection |
|---|---|
| AAA | Asked and answered |
| AF | Assumes facts not in evidence |
| ARG | Argumentative |
| CLC | Calls for a legal conclusion |
| CS | Calls for speculation |
| DUP of [xx] | Duplicate exhibit |
| ER | Expert report or expert opinion |
| F | Lacks Foundation |
| H | Hearsay |
| I | Incomplete / FRE 106 |
| IC | Illegible copy |
| LA | Legal argument |
| MR | Misstates record |
| MT | Misstates testimony |
| NA | Not authenticated |
| NB | No Bates range or incorrect Bates range |
| NE | Not evidence |
| NP | Exhibit not provided |
| NPK | No personal knowledge |
| NTD | Not timely disclosed |
| NTP | Not timely produced |
| P | Prejudice, confusion, waste of time, misleading |
| R | Relevance |
| SET | Seeks expert testimony |
| V | Vague |

# EXHIBIT 12

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Barrett, Kim (March 14, 2019) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 10:14-10:16 | | | |
| 12:19-13:7 | | | |
| 13:16-14:8 | | | |
| 15:16-15:25 | | | |
| 16:13-16:24 | | | |
| 17:13-17:15 | | | |
| 17:21-17:22 | | | |
| 17:24-17:25 | | | |
| 18:2-18:4 | | | |
| 18:6-18:9 | | Errata 18:8 | |
| 18:11-18:12 | | | |
| 18:14-18:16 | | | |
| 18:18-18:20 | | | |
| 18:22-19:8 | | | |
| 19:10-20:7 | | | |
| 20:9-20:12 | | Errata 20:11 | |
| 20:14-20:15 | | | |
| 20:17-20:22 | | | |
| 20:24-21:4 | | | |
| 21:5-21:13 | | | |
| 21:15-21:17 | | | |
| 22:5-22:11 | | | |
| 22:13-22:15 | | | |
| 22:17-22:20 | I | 22:21-23 | |
| 24:18-24:20 | | | |
| 25:17-25:24 | | | |
| 26:18-26:19 | | | |
| 26:22-26:25 | | | |
| 27:2-27:10 | I | Errata 27:9 | |
| 32:2-32:6 | | | |
| 32:8-32:8 | | | |
| 32:12-32:17 | | | |
| 32:19-32:21 | | | |
| 32:23-32:25 | | | |
| 33:3-33:5 | I | | |
| 33:11-33:11 | | | |
| 33:13-33:21 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Barrett, Kim (March 14, 2019) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 34:14-34:23 | | Errata 34:16 | |
| 35:11-36:13 | | | |
| 37:13-37:15 | | | |
| 37:16-37:18 | | | |
| 37:20-38:3 | | | |
| 39:2-39:7 | | | |
| 39:15-39:18 | | | |
| 40:5-40:16 | | 40:17-41:4, 41:8-11 | SP, T |
| 42:1-42:7 | | 41:19-25 | SP, T |
| 44:20-45:5 | | | |
| 48:8-48:11 | | 49:13-16, 49:18-50:1 | NR, T T |
| 51:2-51:2 | | | |
| 51:6-51:13 | | | |
| 52:23-52:24 | I | 52:20-22 | T |
| 53:1-53:2 | | 242:24-243:15 | IC, MIS, T |
| 53:14-53:15 | | | |
| 53:17-53:18 | | | |
| 53:20-54:5 | | | |
| 54:21-54:25 | | | |
| 59:6-59:15 | | 59:17-20 | T |
| 59:16-59:16 | | | |
| 59:21-60:5 | | | |
| 61:13-61:16 | | | |
| 61:19-61:21 | | | |
| 61:24-62:10 | | 63:15-16, | IC, T |
| 63:9-63:9 | | 63:18 | IC, T |
| 63:11-63:13 | | | |
| 64:15-64:16 | | | |
| 64:18-64:18 | | | |
| 64:24-65:7 | | | |
| 65:14-65:14 | | | |
| 66:2-66:10 | | 66:11-13, 66:15-18 | NR, T NR ,T |
| 68:14-68:18 | | | |
| 68:19-68:22 | | | |
| 68:23-69:18 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Barrett, Kim (March 14, 2019) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 69:20-69:24 | | | |
| 70:10-70:11 | | | |
| 70:12-70:19 | | | |
| 78:22-79:3 | | | |
| 79:9-79:12 | | | |
| 80:22-81:4 | | | |
| 81:8-81:9 | | | |
| 82:14-82:16 | | | |
| 82:18-82:18 | | | |
| 82:20-82:23 | | | |
| 83:6-83:10 | | | |
| 83:12-83:13 | | | |
| 83:15-83:23 | | | |
| 84:5-84:12 | | | |
| 87:19-87:21 | | | |
| 88:8-88:10 | | | |
| 88:14-90:4 | | | |
| 90:18-90:22 | I | 90:24 | MIS, T |
| 97:12-97:17 | | | |
| 101:20-101:22 | | | |
| 101:24-102:2 | | | |
| 102:5-102:9 | | Errata 102:8 | |
| 102:11-102:17 | | | |
| 105:21-105:21 | | | |
| 105:23-106:10 | | 106:11-17 | T |
| 106:18-106:19 | | | |
| 106:21-106:22 | | | |
| 108:3-108:4 | | | |
| 108:9-108:20 | | | |
| 108:21-109:15 | | | |
| 109:21-109:23 | I | 109:24-25 | U, T |
| 110:1-110:11 | I | Errata 110:11 110:12-13 | NR, SP, R, T |
| 110:14-111:9 | | | |
| 111:11-111:12 | | | |
| 111:15-111:15 | | | |
| 111:17-111:18 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Barrett, Kim (March 14, 2019) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 112:7-112:8 | | | |
| 112:13-112:23 | | | |
| 113:6-113:12 | | | |
| 113:14-113:15 | | | |
| 113:17-114:7 | | 114:8, | MIS, SP, T |
| | I | 114:10-12, | MIS, SP, T |
| 114:14-114:16 | | 114:17-21 | NR, R, PK, T |
| 114:22-115:5 | | | |
| 115:8-115:11 | | | |
| 115:16-115:19 | | | |
| 115:20-116:5 | | | |
| 116:6-116:8 | | | |
| 116:10-116:12 | | | |
| 117:5-117:8 | | | |
| 117:13-118:5 | I | 118:7-10 | NR, R, T |
| 118:14-119:4 | | | |
| 121:7-121:10 | | 121:11-19 | MIS, T |
| 124:4-124:19 | I | Errata 124:18 125:6- | |
| 125:1-125:5 | I | 9 | T |
| 127:14-128:11 | | | |
| 128:12-128:15 | | | |
| 129:13-129:20 | | | |
| 129:23-130:16 | | | |
| 132:10-132:10 | | | |
| 133:6-133:8 | | | |
| 135:4-135:16 | | | |
| 136:13-136:15 | | 135:17-23, 135:25- | F, O, SP, MIS, IC, T |
| | | 136:2 | F, O, SP, MIS, IC, T |
| | | 136:21-22, 136:24- | F, O, SP, MIS, IC, T |
| | | 137:1, 137:3-5, | |
| 136:17-136:19 | | 137:7-12, 137:14-22 | |
| 139:6-139:8 | | 139:9-10 | T |
| 139:19-139:24 | | | |
| 140:21-141:1 | | 141:2-15, 141:22- | T |
| 141:16-141:21 | | 142:4 | T |
| 142:5-142:17 | I | 142:18-24 | T |
| 143:12-143:14 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Barrett, Kim (March 14, 2019) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 143:16-143:17 | | | |
| 143:19-143:19 | | | |
| 143:21-144:4 | | | |
| 144:6-144:9 | | | |
| 144:21-145:3 | | 144:13-19, 145:6-18 | SP, F, T |
| 146:24-147:10 | | | |
| 148:8-148:22 | | | |
| 148:25-149:19 | | | |
| 150:1-150:3 | | | |
| 150:8-150:19 | | | |
| 150:22-150:23 | | | |
| 151:1-151:4 | | | |
| 152:12-152:18 | | 152:19-153:3 | F, SP, MIS, T |
| 153:4-153:8 | | | |
| 153:10-153:21 | | | |
| 153:22-153:25 | | | |
| 154:9-154:13 | | | |
| 154:15-154:16 | | | |
| 154:18-154:19 | | | |
| 158:22-159:4 | | 159:5-6, 159:8-10 | T T |
| 159:14-159:21 | | | |
| 159:23-159:25 | | | |
| 160:17-160:18 | | | |
| 161:3-161:17 | | | |
| 161:23-161:24 | | | |
| 162:1-162:2 | | | |
| 162:4-162:6 | | | |
| 162:19-163:3 | | | |
| 163:15-164:4 | | | |
| 164:16-164:17 | | | |
| 164:19-164:19 | I | | |
| 165:2-165:16 | | | |
| 166:3-166:11 | | | |
| 167:15-170:2 | | | |
| 170:10-170:24 | | | |
| 171:1-171:2 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Barrett, Kim (March 14, 2019) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 171:4-171:5 | | | |
| 171:7-171:11 | | | |
| 171:13-171:21 | | | |
| 171:25-172:16 | | | |
| 173:22-174:8 | I | | |
| 174:12-174:14 | | | |
| 175:2-175:3 | | | |
| 175:5-175:13 | | | |
| 178:2-178:10 | | Errata 178:5 178:11-12, 178:15-16 | T T, SP, F, MIS, |
| 179:2-179:8 | | 175:18-25, 176:6-12 178:18-19, 178:21-24 179:18-20 | IC, T |
| 179:11-179:17 | I | | IC, MIS, T |
| 179:21-180:8 | | | IC, T |
| 180:12-180:19 | | | SP, T |
| 181:19-181:23 | | | SP, T |
| 181:25-181:25 | | | |
| 182:2-182:8 | | | |
| 186:22-186:24 | I | 187:1-2 | NR, SP, T |
| 187:4-187:7 | | | |
| 187:8-187:11 | | | |
| 187:12-187:21 | | | |
| 187:22-187:24 | | | |
| 191:13-191:14 | | | |
| 191:16-191:17 | | | |
| 191:19-191:23 | | | |
| 193:1-193:6 | | 192:15-16, 192:18-19 | MIS, T |
| 194:23-194:24 | I | Errata 194:20 | |
| 195:5-195:7 | | | |
| 195:9-195:10 | | | |
| 195:12-195:14 | | | |
| 196:8-196:25 | | | |
| 197:2-197:5 | | | |
| 198:21-199:9 | | Errata 199:2 | |
| 200:9-201:16 | | 201:17-19, 201:21-24 | T |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Barrett, Kim (March 14, 2019) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 202:20-202:20 | I | 202:21-25 | T |
| 203:11-203:22 | | | |
| 205:22-205:25 | | 205:19-21 | NR, T |
| 208:2-208:16 | | 210:11-16 | T |
| 213:8-214:17 | | 211:2-6 | NR, T |
| 215:20-216:19 | | 211:8-16<br>211:21-25<br>212:8-16<br>215:4-19, 216:20-217:11 | NR, T<br>F, SP, MIS, T<br>MIS, F, SP, T<br>F, SP, MIS, NR T |
| 218:6-218:9 | | | |
| 218:15-218:18 | | | |
| 220:13-220:22 | | 220:23-221:5 | MIS, F, SP, T<br>F, SP, MIS, NR T .<br>T |
| 221:13-221:19 | | | |
| 227:11-227:14 | Scope | | |
| 227:16-227:18 | | | |
| 227:20-227:23 | | | |
| 227:25-228:1 | | | |
| 229:18-229:21 | CLC; R; P | | |
| 229:24-230:6 | | | |
| 230:8-230:17 | | | |
| 230:19-230:24 | | | |
| 231:9-231:12 | | | |
| 231:19-232:9 | | 232:10-17, 232:22-233:1 | T |
| 232:18-232:21 | | | T |
| 233:4-233:10 | | 233:16-21 | IC, NR, T |
| 233:22-234:2 | | 234:3-6 | V, NR, T |
| 235:22-235:22 | | | |
| 235:24-236:1 | | | |
| 239:3-239:7 | | 237:6-238:7<br>239:8-13,<br>239:15-240:12,<br>241:11-242:4, | CU, IC, MI, SP, U, DSFI, T |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Barrett, Kim (March 14, 2019) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 245:6-245:10 | | 243:16-244:18 | CU, IC, MI, SP, U, DSFI, T T |
| 245:13-245:25 | | 246:1-247:16, 247:18 | CU, IC, MI, SP, U, DSFI, T |
| 248:9-248:13 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Chien, Andrew (September 20, 2018) | | | |
|---|---|---|---|
| Defendants' Affirmative Designations | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counter Designations |
| 6:23-7:2 | | | |
| 7:13-7:18 | I | | |
| 7:22-7:24 | | | |
| 9:13-10:7 | | | |
| 10:20-11:3 | | | |
| 11:7-11:11 | | | |
| 11:12-11:15 | | | |
| 11:16-12:4 | | | |
| 12:24-13:6 | | | |
| 13:20-15:14 | | | |
| 15:15-16:10 | | 59:2-60:11, 65:3-15, 67:18-68:2 | IC, I |
| 16:25-17:7 | | | |
| 17:11-17:22 | | | |
| 18:11-18:17 | I | | |
| 18:18-19:6 | | | |
| 19:7-20:9 | | | |
| 20:13-21:3 | | | |
| 21:8-22:8 | | | |
| 22:9-22:14 | | | |
| 22:22-23:17 | | | |
| 23:18-23:23 | | | |
| 24:10-25:2 | I | | |
| 25:3-26:4 | | Errata 26:3 | |
| 26:16-26:25 | | | |
| 29:10-29:12 | | | |
| 32:17-32:23 | | | |
| 32:24-33:7 | | | |
| 33:23-34:6 | | | |
| 34:14-34:20 | | | |
| 35:8-35:13 | | | |
| 35:14-35:18 | | | |
| 36:4-36:8 | | | |
| 36:11-36:11 | | | |
| 36:13-36:14 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Chien, Andrew (September 20, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 36:17-36:22 | | | |
| 36:23-36:25 | | | |
| 37:4-37:8 | | | |
| 37:9-37:10 | | | |
| 37:13-37:15 | | | |
| 37:16-37:18 | | | |
| 37:21-37:22 | | | |
| 37:23-38:4 | | | |
| 38:7-38:8 | | | |
| 38:9-38:11 | | | |
| 38:12-38:16 | | | |
| 38:17-38:21 | | | |
| 38:22-39:10 | | | |
| 39:11-39:14 | | | |
| 39:15-39:22 | | | |
| 49:5-49:11 | | | |
| 50:20-51:3 | | | |
| 52:9-52:13 | | | |
| 52:14-52:25 | | | |
| 53:2-53:19 | | | |
| 59:2-60:11 | | | |
| 60:13-60:14 | | | |
| 61:16-61:21 | | | |
| 63:15-63:23 | | | |
| 63:24-64:7 | | | |
| 65:3-65:10 | | | |
| 65:11-65:15 | | | |
| 66:4-66:15 | | | |
| 66:16-66:20 | | | |
| 67:3-67:7 | | | |
| 67:8-67:17 | | | |
| 67:18-67:23 | | | |
| 67:24-68:2 | | | |
| 68:3-68:6 | | | |
| 68:14-68:17 | | | |
| 68:18-69:7 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Chien, Andrew (September 20, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 69:8-69:12 | | | |
| 77:22-78:5 | F, NPK | | |
| 78:8-78:11 | | | |
| 79:17-79:24 | | | |
| 79:25-80:5 | F, NPK | | |
| 81:25-82:4 | | | |
| 83:4-83:10 | | | |
| 84:12-84:19 | | | |
| 84:20-84:25 | | | |
| 85:2-85:6 | F, NPK | | |
| 85:11-85:14 | | | |
| 85:15-85:21 | | | |
| 85:25-85:25 | | | |
| 86:6-86:15 | | | |
| 86:16-87:5 | | | |
| 87:6-87:15 | | | |
| 87:21-87:25 | | | |
| 88:6-88:16 | | | |
| 88:17-89:3 | MR | | |
| 89:6-89:7 | | | |
| 89:8-89:17 | | | |
| 89:18-89:22 | F, NPK | | |
| 90:2-90:3 | | | |
| 91:12-91:14 | | | |
| 91:15-91:18 | | | |
| 91:19-91:21 | | | |
| 91:22-91:24 | | | |
| 91:25-92:3 | | | |
| 92:11-92:13 | | | |
| 92:14-92:18 | | | |
| 92:19-92:21 | | | |
| 92:22-92:24 | | | |
| 92:25-93:4 | | | |
| 93:10-94:2 | | | |
| 94:3-94:20 | | | |
| 94:21-95:10 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Chien, Andrew (September 20, 2018) | | | |
|---|---|---|---|
| Defendants' Affirmative Designations | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counter Designations |
| 96:20-97:3 | | | |
| 97:24-98:6 | MR | | |
| 98:9-98:13 | | | |
| 98:14-98:19 | | | |
| 98:22-98:25 | | | |
| 117:9-118:7 | | | |
| 118:8-118:16 | | | |
| 118:17-118:18 | | | |
| 118:21-118:22 | | | |
| 118:24-119:5 | | | |
| 119:6-119:10 | | 120:4-6 | IC, I |
| 119:11-119:22 | | | IC, I |
| 123:17-124:7 | | | IC, I |
| 124:15-124:19 | | | |
| 124:20-124:24 | | | |
| 125:20-126:2 | | | |
| 129:6-129:9 | F, NPK | | |
| 129:13-129:17 | | | |
| 140:25-141:5 | | | |
| 141:6-141:8 | | | |
| 142:8-143:4 | R, P | | |
| 143:5-143:13 | | | |
| 144:3-144:8 | | | |
| 144:11-144:15 | | | |
| 144:16-144:20 | | | |
| 145:2-145:8 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Currie, Mark G. (August 8, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 13:6-13:11 | | | |
| 14:5-14:12 | | | |
| 19:16-19:25 | | | |
| 20:2-20:17 | | | |
| 21:12-21:25 | | | |
| 22:2-22:6 | | | |
| 22:10-22:25 | | | |
| 23:2-23:25 | | | |
| 24:2-24:6 | | | |
| 25:3-25:14 | | | |
| 26:18-26:25 | | | |
| 27:2-27:9 | | | |
| 29:15-29:25 | | | |
| 30:2-30:5 | MT, MR, I | 30:6-25 | OB, I |
| 31:11-31:23 | | | |
| 32:3-32:25 | | Errata 32:14-15 | |
| 33:2-33:25 | | | |
| 34:2-34:4 | | | |
| 34:6-34:25 | | | |
| 35:2-35:20 | | | |
| 35:22-35:23 | | | |
| 36:3-36:9 | | | |
| 37:3-37:5 | | | |
| 37:8-37:25 | | | |
| 38:2-38:8 | MR, I, P (38:6-8) | | |
| 38:12-38:25 | | | |
| 39:2-39:22 | | | |
| 40:17-40:25 | | | |
| 41:2-41:15 | | | |
| 42:14-42:16 | | | |
| 44:6-44:24 | | | |
| 45:6-45:7 | | | |
| 45:11-45:25 | | | |
| 46:2-46:10 | MR, I, P (46:8-10) | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Currie, Mark G. (August 8, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 46:12-46:25 | | | |
| 47:2-47:22 | | | |
| 48:5-48:25 | | | |
| 49:2-49:25 | | | |
| 50:6-50:15 | | | |
| 51:23-51:25 | | | |
| 52:2-52:25 | | | |
| 53:2-53:6 | | | |
| 53:17-53:21 | | | |
| 54:2-54:25 | | | |
| 55:2-55:14 | | | |
| 56:3-56:25 | | | |
| 57:2-57:25 | | | |
| 58:2-58:3 | | | |
| 59:3-59:22 | | | |
| 60:20-60:21 | | | |
| 60:24-60:25 | | | |
| 61:2-61:2 | | | |
| 61:20-61:25 | | | |
| 62:2-62:25 | | | |
| 63:2-63:25 | | | |
| 64:2-64:25 | | Errata 64:3 | |
| 65:2-65:25 | | | |
| 66:2-66:22 | | | |
| 67:4-67:25 | | | |
| 68:2-68:21 | | | |
| 69:15-69:25 | | | |
| 70:2-70:25 | | | |
| 71:2-71:25 | | Errata 71:12 | |
| 72:2-72:25 | | | |
| 73:2-73:25 | | Errata 73:14 | |
| 74:2-74:25 | | | |
| 75:5-75:25 | | | |
| 76:2-76:25 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Currie, Mark G. (August 8, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 77:2-77:7 | | | |
| 77:9-77:16 | | | |
| 78:8-78:13 | | | |
| 79:14-79:17 | | | |
| 80:6-80:25 | | | |
| 81:2-81:11 | | | |
| 81:17-81:25 | | | |
| 82:2-82:25 | | | |
| 83:2-83:9 | | | |
| 83:14-83:25 | | | |
| 84:2-84:14 | | | |
| 84:16-84:18 | | | |
| 84:22-84:25 | | | |
| 85:2-85:22 | | | |
| 90:16-90:25 | | | |
| 91:4-91:20 | | | |
| 93:5-93:25 | | | |
| 95:3-95:25 | | | |
| 96:2-96:18 | | | |
| 97:14-97:25 | | | |
| 98:2-98:25 | | | |
| 99:2-99:17 | | | u |
| 101:3-101:7 | I | 101:8-11 | V, U, CU, O, IE |
| 101:12-101:25 | | | |
| 102:2-102:25 | | | |
| 103:2-103:16 | | | |
| 104:17-104:25 | | | |
| 105:2-105:25 | | | |
| 106:2-106:21 | | | |
| 110:18-110:23 | | | |
| 111:12-111:16 | | | |
| 116:11-116:25 | | | |
| 117:2-117:25 | | | |
| 118:2-118:4 | I | 118:5-25, 119:2 | NR, R, CU, U, O, IE, IC |
| 119:16-119:25 | | | |
| 120:2-120:25 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Currie, Mark G. (August 8, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 122:6-122:10 | | | |
| 122:14-122:25 | | Errata 122:22-23 | |
| 123:2-123:6 | I | 123:7-24 | R, CU, U, IE, O |
| 126:22-126:23 | | | |
| 127:24-127:25 | | | |
| 128:2-128:25 | | | |
| 129:2-129:25 | | | |
| 130:2-130:13 | | | |
| 131:7-131:9 | | | |
| 131:13-131:25 | | | |
| 132:2-132:2 | I | 132:20-25, 133:2-25, 134:2-21 | NR, H, R, CU, U, IE, O, IC |
| 132:11-132:19 | | | |
| 136:7-136:11 | | | |
| 136:13-136:25 | | | |
| 137:2-137:25 | | | |
| 138:2-138:14 | | | |
| 139:3-139:25 | | | |
| 140:2-140:25 | | | |
| 141:2-141:25 | | | |
| 142:2-142:24 | | | |
| 145:9-145:13 | | | |
| 145:17-145:25 | | | |
| 146:2-146:25 | | | |
| 147:2-147:25 | | | |
| 148:2-148:25 | | | |
| 149:4-149:25 | | | |
| 150:2-150:25 | | | |
| 151:2-151:25 | | | |
| 152:2-152:24 | | | |
| 154:5-154:25 | | | |
| 155:2-155:21 | | | |
| 160:7-160:25 | | | |
| 161:2-161:25 | | | |
| 162:2-162:4 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Currie, Mark G. (August 8, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 175:9-175:25 | I, P | 175:2-5 | |
| 176:2-176:15 | | | |
| 177:20-177:25 | | | |
| 178:2-178:25 | | | |
| 179:2-179:6 | I, P | 179:7-10 | |
| 179:11-179:25 | | | |
| 180:2-180:25 | | Errata 180:23-24 | |
| 181:2-181:25 | | | |
| 182:2-182:25 | | Errata 182:25 | |
| 183:2-183:25 | | Errata 183:22 | |
| 184:2-184:25 | | | |
| 185:2-185:18 | | | |
| 186:2-186:18 | | | |
| 192:20-192:25 | | | |
| 193:2-193:25 | | | |
| 202:23-202:25 | | | |
| 203:2-203:25 | | | |
| 204:7-204:25 | | | |
| 205:2-205:24 | | | |
| 211:16-211:25 | | | |
| 212:2-212:10 | | | |
| 213:20-213:25 | | | |
| 214:2-214:25 | | | |
| 215:2-215:21 | | Errata 215:3-4 | |
| 222:14-222:25 | | | |
| 223:2-223:25 | | | |
| 224:2-224:13 | | | |
| 228:8-228:10 | | | |
| 228:14-228:25 | | | |
| 229:2-229:9 | | | |
| 229:24-229:25 | | | |
| 230:2-230:25 | | | |
| 231:2-231:17 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Currie, Mark G. (August 8, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 231:21-231:25 | AF, P, MT (231:16-17) | | |
| 232:2-232:19 | | | |
| 239:20-239:25 | | | |
| 240:2-240:2 | | | |
| 242:19-242:25 | | | |
| 243:9-243:12 | | | |
| 243:24-243:25 | | | |
| 244:2-244:25 | | | |
| 245:2-245:2 | | | |
| 245:10-245:13 | | | |
| 247:9-247:25 | | | |
| 248:2-248:25 | | | |
| 249:2-249:2 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Fretzen, Angelika (August 16, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 6:7-6:8 | | | |
| 6:22-6:23 | | | |
| 7:2-7:8 | | | |
| 7:11-7:17 | | | |
| 9:8-9:10 | | 10:10-19 | F, I |
| 15:4-15:7 | | | |
| 15:19-16:12 | | | |
| 18:19-19:10 | | | |
| 21:22-23:5 | | 21:16-24 | F, R, SP, U, H |
| 23:18-24:5 | | 23:18-25, 24:2-5 | F, R, PK, SP, U, H |
| 25:17-26:3 | | 25:17-25, 26:2-3 | F, R, PK, SP, U, H |
| 31:2-31:18 | | | |
| 32:6-32:21 | MR, MT, P | 32:22-33:3, Errata Sheet 32:20-21 | OB |
| 33:6-33:13 | | | |
| 34:3-34:18 | | | |
| 38:6-38:12 | | | |
| 39:9-39:25 | MR, MT, I | 40:2-17 | OB |
| 40:18-41:2 | MR, MT, I | 41:3-5 | OB |
| 41:6-41:21 | MR, MT, I | 42:7-10 | OB |
| 42:4-42:6 | | | |
| 42:11-43:7 | | | |
| 43:8-44:3 | MR, MT, I | 44:4-8 | OB |
| 44:10-47:8 | | | |
| 47:12-48:15 | | 49:3-10 | |
| 65:7-65:17 | | 58:11-15 64:11-25, 65:2-6, 65:18-25, 66:2-3 | F, R, U, H, PK |
| 66:4-66:16 | | | |
| 66:17-66:22 | | | |
| 67:24-68:19 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Fretzen, Angelika (August 16, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 69:13-70:2 | | 69:13-25, 70:2 | F, R, PK, U, H |
| 70:10-70:21 | | 71:4-7, 71:9-13 | F, R, PK, SP, U, H, I |
| 74:3-74:22 | | 75:6-9, 75:11-15 | F, R, U, H |
| 80:9-80:23 | | | |
| 81:23-81:25 | | | |
| 82:3-82:10 | | | |
| 84:5-84:6 | | 83:18-25, 84:2-4 | F, R, U, H |
| 84:8-84:23 | | | |
| 85:2-85:6 | | | |
| 86:25-86:25 | | 86:11-24 | F, R, U, H |
| 89:8-89:12 | | | |
| 90:3-91:2 | | 96:5-12, 96:25, 97:2, 97:4-9, 97:11-14, 100:20-25, 101:2-11 | F, R, PK, U, H, SP |
| 105:21-105:22 | | | |
| 106:2-106:9 | | | |
| 107:23-108:19 | | 108:20-25, 109:2-10 | F, R, U, H |
| 110:4-110:16 | | 110:4-111:21 | |
| 110:17-112:2 | | | |
| 112:25-113:7 | | | |
| 114:6-114:7 | | 114:12-15, 114:17-23 | F, R, U, H, SP |
| 114:10-114:11 | | | |
| 122:3-122:18 | | | |
| 124:20-124:23 | | | |
| 124:24-125:15 | | 125:18-25, 126:2-3 | F, R, U, H |
| 126:6-126:14 | | | |
| 126:22-127:7 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Fretzen, Angelika (August 16, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 127:11-127:14 | | 127:15-20 | F, R, U, H |
| 127:21-128:9 | | | |
| 128:10-129:20 | | 128:10-13, 128:17-20 | |
| 129:23-130:3 | | 130:4-8, 130:11-14 | F, R, U, H, PK |
| 135:16-136:18 | | 135:20-25, 136:2 | |
| 138:7-138:15 | | | |
| 140:10-140:25 | | | |
| 141:2-141:15 | | 141:6-15 | |
| 144:9-145:13 | | 144:9-25, 145:2-13 | |
| 145:14-146:2 | | | |
| 146:22-146:24 | | 146:3-21 | F, R, U, H |
| 147:6-147:7 | | | |
| 155:8-155:24 | | 155:12-24 | |
| 155:25-157:20 | | | |
| 158:11-158:19 | | | |
| 158:23-159:3 | | | |
| 160:8-160:12 | | | |
| 160:14-161:6 | | 160:17-25, 161:2-6 | |
| 161:7-161:10 | | | |
| 161:13-162:15 | | | |
| 162:18-162:23 | | | |
| 163:2-163:3 | | | |
| 163:4-163:23 | | | |
| 164:2-164:17 | | | |
| 164:18-165:2 | | 164:18-25, 165:2-11 | F, R, SP, U, H |
| 165:20-165:23 | | | |
| 166:20-167:4 | | | |
| 169:16-170:11 | | | |
| 170:12-170:16 | | | |
| 171:10-172:10 | | | |
| 172:11-172:17 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Fretzen, Angelika (August 16, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 172:18-173:14 | | | |
| 174:12-175:7 | | | |
| 175:10-176:6 | | | |
| 176:10-176:12 | | 176:13-14, 176:16-25, 177:2-9 | F, R, U, H |
| 177:17-177:19 | | | |
| 177:22-177:25 | | | |
| 178:4-178:9 | | 178:24-25, 179:2-11 | F, R, U, H |
| 178:10-178:23 | | | |
| 180:8-180:17 | | 180:16-17, 180:19-25, 181:2-3, 181:5-6, 181:9-17 | F, R, PK, SP, U, H |
| 180:19-180:23 | | | |
| 181:18-181:21 | | | |
| 181:23-182:3 | | | |
| 182:4-182:25 | | | |
| 183:2-183:8 | | | |
| 183:20-183:23 | | | |
| 183:25-184:11 | | | |
| 193:6-193:17 | | | |
| 194:17-196:7 | | | |
| 196:13-196:21 | | | |
| 197:16-197:23 | | | |
| 197:25-197:25 | | | |
| 213:8-214:2 | | | |
| 214:20-215:12 | | | |
| 215:15-216:15 | | | |
| 219:23-220:9 | | | |
| 220:21-221:8 | | | |
| 221:9-221:24 | | | |
| 222:17-223:9 | | | |
| 223:10-223:19 | | | |
| 224:19-225:21 | | | |
| 225:22-226:3 | | | |
| 230:7-230:13 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| **Fretzen, Angelika (August 16, 2018)** | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 230:17-230:17 | I | 227:23-25, 228:3-9, 230:25, 231:2-21 | F, R, U, H |
| 231:23-232:21 | | | |
| 232:24-233:9 | | | |
| 233:10-233:11 | | | |
| 233:14-233:16 | | | |
| 233:17-233:23 | | 236:3-14 | F, R, SP, U, H |
| 243:7-244:2 | | | |
| 244:4-244:7 | | 244:9-17 | F, R, U, H |
| 247:8-247:20 | | | |
| 247:23-247:25 | | | |
| 248:2-248:6 | | | |
| 248:8-248:23 | | | |
| 248:24-249:22 | | | |
| 249:24-250:19 | | | |
| 250:20-250:20 | | | |
| 250:22-250:25 | | | |
| 251:2-251:18 | | | |
| 252:7-252:13 | | | |
| 252:17-252:23 | | | |
| 252:25-253:2 | | | |
| 258:12-259:11 | | 259:12-25, 260:2-12 | F, R, U, H |
| 266:3-266:24 | | | |
| 266:25-267:4 | | | |
| 267:7-267:21 | | | |
| 273:25-274:3 | | | |
| 274:5-274:7 | | | |
| 274:9-274:12 | | | |
| 274:14-274:18 | | | |
| 276:17-277:3 | | | |
| 278:11-278:13 | | | |
| 278:16-278:17 | LA | | |
| 279:4-279:5 | | | |
| 279:7-279:22 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Fretzen, Angelika (August 16, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 279:24-279:25 | | | |
| 285:18-285:22 | | | |
| 286:4-286:20 | | | |
| 287:4-287:8 | | 287:9-12, 287:16-25, 288:2-8 | F, R, U, H, PK |
| 293:5-293:9 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Giannella, Ralph (September 14, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 5:23-5:24 | | | |
| 6:14-6:17 | | | |
| 8:14-8:16 | | | |
| 9:12-9:14 | | | |
| 12:9-12:14 | | | |
| 12:22-13:6 | | | |
| 15:2-15:7 | | | |
| 15:8-15:9 | | | |
| 15:11-15:11 | | | |
| 15:18-15:19 | | | |
| 15:22-15:24 | | | |
| 16:11-16:12 | I, CLC | | |
| 16:15-16:15 | | | |
| 16:16-16:17 | CLC | | |
| 16:19-16:19 | | | |
| 18:17-18:20 | SET | | |
| 19:6-19:7 | | | |
| 19:8-19:12 | | | |
| 19:20-20:2 | | | |
| 20:4-20:12 | | | |
| 22:4-22:17 | | 24:13-16 | I, SP, U |
| 25:5-25:10 | | | |
| 25:14-25:21 | SET (as to 25:19-21) | 24:13-16 | I, SP, U |
| 25:24-26:2 | SET | | |
| 26:3-26:7 | | | |
| 26:10-26:10 | | | |
| 26:11-26:13 | | | |
| 30:6-30:8 | SET | | |
| 30:9-30:10 | | | |
| 30:13-30:13 | | | |
| 30:14-30:15 | | | |
| 30:18-30:24 | | | |
| 30:25-31:8 | | | |
| 31:20-31:25 | | | |
| 32:2-32:8 | | | |
| 32:14-32:18 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Giannella, Ralph (September 14, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 32:19-33:24 | | 146:5-17, | IC |
| 33:25-34:2 | | 146:24-147:2, | IC, V, SP |
| 34:14-34:17 | | 147:4-11, | IC, V, SP |
| 34:18-34:21 | | 147:12-148:6, | IC, V, SP, L |
| 36:2-36:4 | | 148:20-23 | IC |
| 36:7-36:21 | | | |
| 37:12-37:15 | | | |
| 37:19-37:21 | | 37:9-11, | U |
| 37:21-37:24 | | 38:14-15, | U |
| 38:8-38:13 | | 38:18 | U |
| 39:22-39:23 | | 146:5-17, | IC |
| 39:25-40:2 | | 146:24-147:2, | IC, V, SP |
| 40:3-41:7 | | 147:4-11, | IC, V, SP |
| 41:11-41:13 | | 147:12-148:6, | IC, V, SP, L |
| 41:21-42:5 | | 148:20-23 | IC |
| 42:7-42:7 | | | |
| 42:14-42:18 | | | |
| 42:18-42:19 | | | |
| 43:13-43:22 | | | |
| 43:23-44:5 | | | |
| 44:8-44:12 | | | |
| 44:18-45:4 | | | |
| 45:5-45:7 | | | |
| 45:10-45:11 | | | |
| 45:16-45:20 | | | |
| 45:22-45:22 | | | |
| 46:5-46:18 | | | |
| 51:16-51:22 | | | |
| 55:17-55:25 | | | |
| 56:2-56:9 | | | |
| 56:12-56:17 | | | |
| 56:18-56:19 | I | | |
| 57:7-57:17 | SET | | |
| 57:20-57:25 | | | |
| 58:4-58:10 | | | |
| 58:13-58:16 | | | |
| 58:18-58:19 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Giannella, Ralph (September 14, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 58:23-58:25 | | | |
| 59:4-59:5 | | | |
| 68:17-68:19 | SET | | |
| 68:22-68:22 | | | |
| 69:3-69:4 | | | |
| 69:7-69:9 | | | |
| 69:10-69:11 | | | |
| 69:14-69:14 | | | |
| 69:15-69:15 | | | |
| 69:17-69:18 | | | |
| 73:8-73:14 | | | |
| 73:21-74:2 | | | |
| 74:8-74:9 | | | |
| 74:16-74:17 | SET | | |
| 74:20-74:20 | | | |
| 75:15-75:18 | F, SET | | |
| 75:21-76:16 | | | |
| 78:23-79:12 | | 79:13-16, | NR, U |
| 79:21-80:13 | | 79:18-20, 148:3-6, 148:20-23 | NR, U IC, V, SP, L IC |
| 82:18-82:25 | | | |
| 83:3-83:6 | | | |
| 83:7-83:21 | | | |
| 83:22-84:7 | | | |
| 84:12-84:13 | | | |
| 84:16-84:17 | | | |
| 84:24-85:23 | F, SET (as to 85:16-23) | 83:15-16, 83:22-84:2 | I |
| 86:5-86:6 | F, SET | | |
| 86:9-86:9 | | | |
| 87:11-87:18 | I, F, SET | | |
| 88:15-88:19 | F, SET | | |
| 88:22-89:2 | | | |
| 89:6-89:9 | | | |
| 89:12-89:12 | | | |
| 89:13-90:5 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Giannella, Ralph (September 14, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 92:10-92:13 | SET | | |
| 92:16-92:16 | F, SET | | |
| 93:22-94:6 | | | |
| 94:10-94:14 | | | |
| 94:16-94:21 | | | |
| 95:2-95:3 | | | |
| 95:4-95:13 | | | |
| 95:16-96:14 | | | |
| 96:17-96:17 | | | |
| 96:18-96:23 | | | |
| 96:25-96:25 | | | |
| 97:14-97:16 | | | |
| 97:19-98:4 | | | |
| 98:5-98:19 | F, SET | 98:15-16 | I |
| 98:22-98:24 | | | |
| 101:14-101:25 | | | |
| 102:2-102:2 | | | |
| 102:10-102:13 | | | |
| 102:16-102:23 | F, SET | 102:21-23 | |
| 103:3-103:9 | | | |
| 104:11-105:4 | | | |
| 105:7-105:7 | | | |
| 105:14-105:21 | | | |
| 105:24-105:24 | | | |
| 105:25-106:10 | | | |
| 106:12-106:13 | | | |
| 109:23-110:22 | F, SET (as to 110:21-22) | 146:5-13 | IC |
| 110:25-110:25 | F, SET | | |
| 111:2-111:3 | | | |
| 111:6-111:6 | | | |
| 111:7-111:7 | | | |
| 111:10-111:10 | | | |
| 111:11-111:12 | | | |
| 111:15-111:18 | | | |
| 112:12-113:5 | | | |
| 113:8-113:10 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Giannella, Ralph (September 14, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 113:13-113:15 | | | |
| 113:20-113:24 | | | |
| 114:3-114:19 | | | |
| 115:4-115:5 | | | |
| 115:8-115:8 | | | |
| 115:9-115:12 | | | |
| 116:2-116:15 | | | |
| 116:16-117:4 | | | |
| 117:6-117:23 | | | |
| 117:24-117:25 | | | |
| 118:3-118:3 | | | |
| 118:4-118:8 | | | |
| 118:25-119:8 | | 146:5-13 | IC |
| 121:7-121:8 | CLC | | |
| 121:11-121:11 | | | |
| 121:12-121:21 | | | |
| 122:14-122:24 | | | |
| 123:6-123:12 | | | |
| 123:18-123:20 | | | |
| 123:23-124:9 | MR | 124:13-14 | |
| 124:16-124:21 | | | |
| 124:22-124:22 | | | |
| 124:23-125:5 | | | |
| 125:8-125:8 | | | |
| 125:21-125:22 | | | |
| 125:25-126:3 | | | |
| 126:5-126:6 | | | |
| 126:9-126:24 | | | |
| 127:3-127:25 | | 128:14-16, | SP, PK, NR |
| 128:24-128:25 | | 128:18-19, | SP, PK, NR |
| 129:2-129:2 | | 146:5-13 | IC |
| 133:17-133:19 | F, SET | | |
| 133:22-133:23 | | | |
| 133:24-134:11 | | | |
| 134:12-134:14 | F, SET | | |
| 134:17-134:17 | | | |
| 134:18-134:25 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Giannella, Ralph (September 14, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 135:2-135:5 | F, SET | | |
| 135:9-135:10 | | | |
| 142:7-142:17 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Kunka, Linda (September 26, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 6:16-6:19 | | Errata 6:16 | |
| 8:5-8:8 | I | | |
| 14:5-14:8 | | | |
| 14:9-14:16 | | | |
| 15:4-15:16 | | | |
| 15:17-15:24 | | | |
| 15:25-16:6 | | | |
| 17:2-17:12 | I | | |
| 17:14-17:22 | | | |
| 20:3-20:22 | | | |
| 21:4-21:13 | | | |
| 21:23-22:2 | | | |
| 22:8-22:19 | | | |
| 23:7-23:10 | | | |
| 23:11-23:22 | | | |
| 24:10-24:17 | | | |
| 24:18-25:10 | | | |
| 25:19-25:25 | | | |
| 26:2-26:13 | | | |
| 27:2-27:15 | | | |
| 27:16-28:2 | | | |
| 28:9-28:9 | | | |
| 28:13-28:19 | | 28:20-25, 29:8-11 | CU, IC |
| 29:12-30:2 | | | |
| 30:3-30:4 | | | |
| 30:5-30:17 | | | |
| 31:9-31:12 | | | |
| 31:13-31:24 | | | |
| 33:4-33:21 | | | |
| 34:2-34:2 | | | |
| 38:23-39:8 | | | |
| 39:9-39:11 | | | |
| 41:9-41:12 | R, P, F, NPK | | |
| 41:15-41:16 | | | |
| 41:22-41:22 | I | | |
| 42:3-42:9 | R, P, F, NPK | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Kunka, Linda (September 26, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 43:5-43:8 | | | |
| 43:13-43:13 | | | |
| 43:14-43:16 | | | |
| 47:14-47:16 | | | |
| 47:17-47:21 | | | |
| 72:2-72:15 | R, P, NPK | | |
| 72:16-72:24 | | | |
| 73:5-73:14 | | | |
| 75:21-76:22 | | | |
| 78:7-78:16 | | | |
| 79:5-79:9 | | | |
| 79:10-79:12 | | | |
| 79:17-80:12 | | | |
| 84:12-84:14 | | | |
| 87:4-87:25 | | | |
| 88:2-88:16 | | | |
| 88:17-88:18 | | | |
| 89:3-89:6 | | | |
| 89:23-90:18 | | | |
| 90:22-90:23 | | | |
| 93:24-94:4 | | | |
| 94:7-94:16 | | | |
| 101:1-101:11 | | | |
| 101:14-101:14 | | | |
| 101:18-101:24 | | | |
| 112:13-112:17 | | | |
| 112:19-112:21 | | | |
| 113:12-113:18 | | | |
| 113:22-113:25 | | | |
| 114:21-114:24 | | | |
| 115:5-115:6 | | | |
| 115:7-115:9 | | | |
| 115:12-115:13 | | | |
| 115:14-115:16 | | | |
| 115:21-115:21 | | | |
| 115:22-115:25 | | | |
| 116:2-116:4 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Kunka, Linda (September 26, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 116:9-116:13 | | | |
| 116:14-116:20 | | | |
| 116:21-116:24 | | | |
| 117:5-117:17 | | | |
| 117:25-118:7 | | | |
| 121:8-121:11 | | | |
| 121:14-121:18 | | | |
| 121:19-122:3 | | | |
| 122:6-122:13 | | | |
| 123:12-123:16 | CS | | |
| 123:20-123:25 | | | |
| 126:2-126:8 | | | |
| 127:3-127:5 | I | | |
| 127:11-127:13 | | | |
| 129:23-130:2 | CS | | |
| 130:7-130:12 | | | |
| 131:3-131:6 | | | |
| 131:12-131:22 | | | |
| 140:13-140:19 | | | |
| 140:20-140:22 | | | |
| 141:3-141:4 | | | |
| 141:10-141:13 | | | |
| 141:16-141:20 | | | |
| 142:4-142:10 | | | |
| 150:19-150:22 | | | |
| 152:8-152:11 | | | |
| 152:12-152:23 | I | | |
| 153:13-153:20 | | Errata 153:16 | |
| 153:21-154:7 | | | |
| 154:8-154:12 | | | |
| 154:18-155:2 | | | |
| 155:3-155:7 | | | |
| 159:5-160:5 | I | | |
| 160:6-160:18 | | | |
| 160:20-160:22 | I | | |
| 161:3-161:4 | | | |
| 161:5-161:8 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Kunka, Linda (September 26, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 161:11-161:11 | | | |
| 161:16-161:18 | F | 161:21-22 | IC |
| 161:23-161:25 | | | IC |
| 162:4-162:5 | | | IC |
| 165:18-165:22 | | | |
| 165:23-166:8 | | | |
| 166:11-166:17 | | | |
| 166:20-166:23 | R, P | 167:2-4 | IC |
| 167:10-168:6 | | | IC |
| 168:7-168:20 | | | IC |
| 168:22-169:2 | I, R, P | | IC |
| 169:7-169:15 | R, P | | IC |
| 169:19-169:19 | | | IC |
| 169:20-169:22 | | | |
| 170:3-170:5 | | | |
| 170:7-170:7 | I | | |
| 170:12-170:12 | | | |
| 173:5-173:7 | R, P | | |
| 173:10-173:11 | | | |
| 173:12-173:15 | | | |
| 173:17-173:17 | | | |
| 173:18-173:22 | | | |
| 174:7-174:11 | | | |
| 175:6-175:9 | R, P, F | 175:11-14 | IC |
| 175:15-176:7 | | | IC |
| 176:12-176:15 | | | IC |
| 176:23-176:25 | | | IC |
| 177:4-177:5 | | | IC |
| 177:8-177:20 | | | IC |
| 177:23-177:23 | | | IC |
| 179:24-180:3 | R, P, F | 180:7-9 | IC |
| 180:10-180:14 | | | IC |
| 187:3-187:18 | R, P | | |
| 187:23-187:24 | | | |
| 187:25-188:5 | | | |
| 188:9-188:10 | | | |
| 188:14-188:17 | I, R, P | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Kunka, Linda (September 26, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 188:21-188:24 | R, P, F | | |
| 188:25-189:11 | | | |
| 189:15-189:15 | | | |
| 189:16-189:20 | | | |
| 189:24-189:24 | | | |
| 189:25-190:5 | | | |
| 190:11-190:12 | | 190:13-18, 190:20, 190:24-191:2 | |
| 190:13-190:18 | | | |
| 190:20-190:20 | | | |
| 190:24-191:2 | | | |
| 191:3-191:7 | | | |
| 191:10-191:11 | | | |
| 191:13-191:16 | R, P, F, NPK | 191:19, 191:25 | IC |
| 192:2-192:4 | | | IC |
| 192:8-192:9 | | | IC |
| 192:12-192:13 | | | IC |
| 192:16-192:16 | R, P, F, NPK | 194:6-8 | IC |
| 193:12-193:13 | | | IC |
| 193:17-193:17 | | | IC |
| 193:21-193:23 | | | IC |
| 194:9-194:10 | | | IC |
| 194:14-194:18 | | | IC |
| 194:19-194:20 | | | IC |
| 194:24-194:25 | | | IC |
| 195:3-195:13 | | | IC |
| 196:2-196:4 | | | IC |
| 196:6-196:8 | | | IC |
| 196:9-196:12 | | | IC |
| 196:16-196:18 | R, P, F, NPK | 196:21-23 | IC |
| 196:24-197:3 | | | IC |
| 203:16-203:18 | R, P, F, NPK | 203:19-20 | IC |
| 203:22-204:12 | | | IC |
| 208:22-208:24 | | | |
| 209:4-209:6 | | | |
| 210:7-210:13 | R, P, F, NPK | 196:21-23 | IC |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Kunka, Linda (September 26, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 213:25-214:20 | | | IC |
| 214:24-215:3 | | | |
| 215:5-215:19 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Kurtz, Caroline (September 7, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 11:24-12:3 | | 9:24-25, 10:2 | |
| 13:16-13:22 | | | |
| 14:7-14:15 | | | |
| 15:9-15:21 | | 15:5-8 | R, U |
| 17:2-17:18 | | | |
| 20:3-20:8 | | | |
| 22:6-22:25 | | | |
| 23:2-23:8 | | 22:3-5 | R, U |
| 23:11-23:12 | | | |
| 25:4-25:15 | I | 25:16-25, 26:2-3 | |
| 32:10-32:18 | | | |
| 33:19-34:12 | | | |
| 56:7-56:12 | | | |
| 58:5-58:25 | | | |
| 59:2-59:25 | | | |
| 60:2-60:25 | | | |
| 61:2-61:4 | | | |
| 64:8-64:13 | | | |
| 64:24-64:25 | | | |
| 65:2-65:5 | | | |
| 67:9-67:18 | | 67:19-25, 68:2-7, 70:8-20 | F, R, U, H, IE, O |
| 72:12-72:25 | | | |
| 73:2-73:4 | | 73:5-21 | F, R, U, H, IE, O |
| 73:22-73:25 | | | |
| 74:2-74:2 | | | |
| 74:6-74:9 | | | |
| 84:19-84:25 | | | |
| 85:2-85:11 | | | |
| 86:7-86:15 | | | |
| 86:21-86:25 | | | |
| 87:2-87:9 | | 89:3-7 | R, U, H |
| 89:18-89:25 | | | |
| 90:2-90:14 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Kurtz, Caroline (September 7, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 94:19-94:25 | | 95:3-10 | R, H, IE, O, U |
| 96:5-96:9 | I | 96:10-13 | |
| 96:14-96:15 | | | |
| 97:23-97:25 | | | |
| 98:2-98:11 | I | 98:12-22 | R, H, IE, O, U |
| 101:2-101:25 | | | |
| 102:2-102:17 | | | |
| 104:4-104:23 | | | |
| 107:5-107:7 | | | |
| 107:9-107:25 | | | |
| 108:2-108:5 | | | |
| 109:5-109:25 | | | |
| 110:2-110:5 | | 110:6-25, 111:2-21 | IE, O, H, U |
| 111:22-111:25 | | | |
| 112:2-112:7 | I | 112:8-9 | |
| 112:10-112:25 | | | |
| 113:2-113:6 | | | |
| 114:4-114:9 | | | |
| 114:21-114:23 | | | |
| 126:2-126:18 | | | |
| 137:9-137:21 | | | |
| 142:25-142:25 | | | |
| 143:2-143:24 | | | |
| 144:10-144:17 | | | |
| 144:18-145:3 | | | |
| 145:4-145:14 | | | |
| 148:3-148:6 | | | |
| 148:12-148:25 | | | |
| 149:2-149:10 | | | |
| 149:16-149:25 | | | |
| 150:2-150:5 | | | |
| 150:7-150:10 | I | 150:11-12 | |
| 151:16-152:8 | | | |
| 160:2-160:3 | | | |
| 161:5-161:13 | | | |
| 162:16-162:25 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Kurtz, Caroline (September 7, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 163:2-163:11 | | | |
| 167:25-167:25 | | | |
| 168:2-168:5 | | | |
| 168:13-168:19 | | | |
| 197:5-197:21 | | 198:24-25, 199:2-25, 200:2-25, 201:2-11 | R, U, IE, O, H |
| 202:14-202:19 | | | |
| 202:24-202:25 | | | |
| 203:2-203:2 | | | |
| 205:14-205:20 | | 205:23-25, 206:2-25, 207:2-25, 208:2-24, 212:3-19 | R, U, IE, O, H, PK |
| 209:19-209:22 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Mahajan-Miklos, Shalina (September 13, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections[1]** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 18:9-19:21 | | | |
| 24:5-24:13 | | | |
| 25:20-25:23 | | | |
| 38:6-38:9 | I | 37:23-25, 38:3-4, 38:10-13 | SP, O, MIS, IC, I, F |
| 43:12-43:19 | R | | |
| 58:20-59:3 | I | 60:20-61:3, 61:6-9 | |
| 59:5-59:6 | I | | |
| 59:8-59:10 | I | | |
| 60:1-60:19 | I | | |
| 61:10-61:11 | I, SET | | |

---

[1]  Plaintiffs object to the entirety of Defendants' affirmative designations from the deposition of Dr. Mahajan-Miklos.  Defendants stipulated at that deposition that they would not use the testimony of Dr. Mahajan-Miklos in any way if Plaintiffs did not rely on her as a witness at trial. (*See* Depo. Tr. at 62:17-63:18, 64:4-10.)  Plaintiffs have not identified Dr. Mahajan-Miklos as a trial witness (PTO Ex. 9 (Plaintiffs' Witness List)) and have not designated any of her deposition testimony in their affirmative case.  (PTO Ex. 11 (Plaintiffs' Deposition Designations).)  To the extent that the Court permits Defendants to rely on any deposition testimony of Dr. Mahajan-Miklos at trial, Plaintiffs reserve the right to rely on our specific objections and counter-designations and also to identify additional objections and counter-designations.

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Wolfe, Henry (September 27, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 5:21-5:23 | | | |
| 6:15-6:17 | | | |
| 6:19-6:25 | | | |
| 8:19-9:2 | | | |
| 14:9-14:22 | | | |
| 18:8-18:18 | | | |
| 18:19-18:21 | | | |
| 18:23-19:4 | | | |
| 21:22-21:25 | | | |
| 22:3-22:6 | | | |
| 23:7-24:14 | | | |
| 39:18-39:21 | | 44:12-15, 44:18, | R, CU, U, PK, H, O, IC |
| 39:24-39:25 | | 44:20-25, 45:3-6, | R, CU, U, PK, H, O, IC |
| 40:2-41:12 | | 45:9-10, 45:12-15, | R, CU, U, PK, H, O, IC |
| 41:13-42:21 | | 45:17-18, 45:20, | R, CU, U, PK, H, O, IC |
| 42:25-43:8 | | 45:23-25, 46:2-3 | R, CU, U, PK, H, O, IC |
| 46:5-46:19 | | | R, CU, U, PK, H, , O, IC |
| 49:19-49:21 | CLC | | |
| 49:24-50:11 | CLC (49:24-50:4) | | |
| 52:8-52:10 | | | |
| 52:13-52:21 | | | |
| 54:3-54:5 | | | |
| 55:11-55:13 | | | |
| 55:16-55:16 | | | |
| 55:18-55:20 | | | |
| 55:22-55:23 | | | |
| 55:25-56:3 | | | |
| 56:4-56:4 | | | |
| 56:5-56:8 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Wolfe, Henry (September 27, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 56:10-56:10 | | | |
| 56:12-56:15 | | | |
| 56:17-56:18 | | | |
| 58:8-59:14 | | | |
| 60:12-60:15 | | | |
| 60:21-61:15 | | | |
| 61:16-62:3 | | | |
| 62:11-62:12 | | | |
| 62:15-62:16 | | | |
| 63:2-63:4 | | | |
| 63:7-63:19 | | | |
| 63:22-64:2 | | | |
| 64:4-64:5 | | | |
| 64:8-64:20 | | | |
| 64:22-65:4 | | | |
| 65:22-66:5 | | | |
| 66:7-66:12 | | | |
| 67:4-67:8 | | | |
| 67:10-67:22 | | | |
| 67:24-67:24 | | | |
| 68:2-68:4 | | | |
| 68:6-68:13 | | | |
| 68:15-68:19 | | | |
| 70:20-71:5 | | | |
| 71:8-71:15 | | | |
| 71:17-72:10 | | | |
| 72:15-72:17 | | | |
| 72:19-72:19 | | | |
| 73:2-73:12 | | | |
| 73:14-73:21 | | | |
| 73:24-74:9 | | | |
| 74:12-74:18 | | | |
| 74:20-75:2 | | | |
| 75:4-75:7 | | | |
| 75:10-75:15 | | | |
| 75:17-75:18 | | | |
| 79:5-79:11 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Wolfe, Henry (September 27, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 79:14-79:17 | | | |
| 80:9-80:25 | | | |
| 81:2-81:13 | | | |
| 81:14-81:19 | | | |
| 81:20-82:2 | | | |
| 82:11-82:17 | | | |
| 83:2-83:3 | | | |
| 83:5-83:8 | | | |
| 83:10-83:13 | | 85:7-19, | R, CU, U, PK, IC |
| 83:15-83:20 | SET (83:19-20) | 86:18-23, | R, CU, U, PK, IC |
| 83:23-83:23 | SET | 86:25, 87:2 | R, CU, U, PK, IC |
| 84:4-84:8 | I, SET | 83:25, 84:2 | |
| 84:10-84:14 | SET | 85:7-19, | R, CU, U, PK, IC |
| 84:17-84:19 | SET | 86:18-23, 86:25, 87:2 | R, CU, U, PK, IC |
| 87:9-87:16 | | | |
| 87:18-87:24 | | | |
| 88:2-88:2 | | | |
| 88:5-88:12 | | | |
| 88:16-88:18 | | | |
| 88:21-89:2 | | | |
| 89:9-89:10 | | | |
| 89:11-90:4 | | | |
| 90:6-90:12 | | | |
| 90:15-90:17 | | | |
| 91:14-92:11 | | | |
| 92:13-93:4 | | | |
| 93:6-94:3 | | | |
| 94:6-94:21 | | | |
| 100:7-100:18 | | 100:19-23 | R, CU, U |
| 100:24-100:25 | | | |
| 102:14-103:14 | | | |
| 103:15-104:20 | | | |
| 104:22-105:3 | | | |
| 105:4-105:7 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Wolfe, Henry (September 27, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 105:8-105:10 | | | |
| 105:16-105:18 | | | |
| 105:20-105:23 | | | |
| 106:10-106:12 | | | |
| 106:13-106:20 | | 106:21-25, 107:2-8 | |
| 111:11-111:14 | I | 111:16-17 | |
| 111:19-111:24 | | 111:25, 112:2-4, 112:7 | R, CU, U, PK, IC |
| 112:9-112:18 | | | |
| 112:20-112:25 | | | |
| 113:8-113:14 | | | |
| 113:16-114:4 | | | |
| 114:6-114:16 | SET (114:14-16) | | |
| 114:19-114:20 | SET | | |
| 118:9-118:15 | | | |
| 118:17-119:5 | | | |
| 119:15-120:11 | | | |
| 120:12-120:21 | | | |
| 120:24-121:6 | | | |
| 121:8-121:17 | I | 121:19 | |
| 121:21-121:23 | | | |
| 122:2-122:9 | | | |
| 122:20-123:6 | | | |
| 123:7-123:18 | | | |
| 123:23-124:15 | SET (124:3-6, 124: 9-15); NE (124:7-8) | | |
| 124:18-124:18 | SET | | |
| 124:21-125:3 | SET | | |
| 125:5-125:15 | | | |
| 125:16-125:22 | | | |
| 125:24-127:17 | | | |
| 127:23-128:5 | | | |
| 128:12-128:24 | | | |
| 129:15-129:20 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Wolfe, Henry (September 27, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 132:12-132:13 | | | |
| 132:16-132:23 | | | |
| 133:3-133:8 | | | |
| 133:11-133:12 | | | |
| 133:14-133:24 | | | |
| 134:3-134:17 | | | |
| 135:10-135:12 | SET | | |
| 135:15-135:22 | SET | | |
| 136:17-136:21 | | | |
| 137:4-137:9 | | | |
| 137:11-137:20 | | | |
| 140:12-140:20 | | | |
| 140:21-140:23 | | | |
| 140:25-141:3 | | | |
| 141:5-141:7 | | | |
| 141:9-141:9 | | | |
| 141:11-141:15 | | | |
| 141:19-141:19 | | | |
| 141:21-141:22 | | | |
| 142:4-142:5 | | | |
| 142:8-142:9 | | | |
| 146:14-146:19 | | 146:20-22, 146:24-25, 147:2 | R, CU, U |
| 147:4-147:6 | SET | | |
| 147:9-147:10 | SET | | |
| 147:12-147:13 | SET | | |
| 147:16-147:17 | SET | | |
| 147:19-147:23 | SET | | |
| 147:23-147:25 | SET | | |
| 148:5-148:8 | SET | | |
| 150:11-150:16 | I, SET | 150:4-7 | |
| 150:18-150:19 | SET | | |
| 150:22-150:22 | SET | | |
| 151:18-151:20 | SET | | |
| 151:25-152:2 | SET | | |
| 152:8-152:11 | SET | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Wolfe, Henry (September 27, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 152:13-152:16 | SET | | |
| 152:19-152:22 | SET | | |
| 156:8-156:13 | SET | | |
| 156:17-156:18 | SET | | |
| 156:21-156:22 | SET | | |
| 156:24-157:3 | SET | | |
| 157:7-157:17 | SET | | |
| 157:18-157:25 | | | |
| 158:3-159:5 | | | |
| 159:8-159:8 | | | |
| 159:10-160:10 | | | |
| 160:14-160:18 | | | |
| 160:21-161:2 | | | |
| 161:6-161:20 | | | |
| 161:24-162:7 | | | |
| 162:9-162:15 | | | |
| 162:16-162:20 | | | |
| 162:22-164:16 | I | | |
| 165:3-165:8 | I | | |
| 166:10-166:15 | | | |
| 166:22-167:23 | | 168:10-12 | I |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Zhao, Hong (August 23, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 6:21-6:25 | | | |
| 7:2-7:2 | | | |
| 7:5-7:6 | | | |
| 13:10-13:18 | | | |
| 30:3-30:25 | | | |
| 31:2-31:7 | | | |
| 33:4-33:19 | I | 33:20 | |
| 33:25-33:25 | | | |
| 34:2-34:7 | | | |
| 35:2-35:4 | | | |
| 35:7-35:13 | | | |
| 35:19-35:25 | | | |
| 36:2-36:5 | I, MT | 36:13-17 | |
| 36:23-36:25 | | | |
| 37:2-37:9 | | | |
| 39:18-39:22 | | | |
| 40:2-40:3 | MT | Errata (40:2-3) | |
| 42:3-42:7 | | | |
| 43:20-43:25 | | | |
| 44:2-44:8 | | | |
| 44:16-44:16 | | | |
| 44:19-44:24 | | | |
| 45:3-45:4 | | | |
| 45:15-45:23 | | | |
| 46:2-46:25 | | | |
| 47:2-47:5 | | | |
| 49:5-49:9 | | | |
| 49:11-49:12 | | | |
| 49:15-49:17 | | | |
| 50:18-50:20 | | | |
| 50:22-50:25 | | | |
| 51:2-51:4 | | | |
| 51:6-51:6 | | | |
| 59:4-59:7 | | | |
| 59:10-59:12 | I | 59:13-15 | |
| 59:19-59:23 | I, MT | 59:25 | |
| 60:2-60:6 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Zhao, Hong (August 23, 2018) | | | |
|---|---|---|---|
| Defendants' Affirmative Designations | Plaintiffs' Objections | Plaintiffs' Counter Designations | Defendants' Objections to Plaintiffs' Counter Designations |
| 60:10-60:15 | | | |
| 60:20-60:21 | | | |
| 74:5-74:13 | | | |
| 74:15-74:20 | | | |
| 74:23-74:25 | I | 75:2, 75:4-11 | F, R, U, H |
| 76:8-76:10 | | | |
| 78:7-78:9 | | | |
| 78:12-78:15 | | | |
| 78:17-78:21 | | | |
| 78:23-78:25 | | | |
| 79:2-79:2 | | | |
| 79:4-79:5 | | | |
| 79:10-79:11 | | | |
| 79:13-79:15 | | | |
| 81:2-81:3 | | | |
| 81:13-81:16 | | | |
| 83:15-83:23 | | | |
| 83:25-83:25 | | | |
| 85:11-85:13 | I | 85:8-10 | |
| 85:16-85:18 | | | |
| 86:10-86:24 | | | |
| 89:19-89:25 | | | |
| 90:2-90:12 | | | |
| 90:25-90:25 | | | |
| 91:2-91:19 | P (90:25, 91:2-12) | | |
| 94:23-94:25 | | | |
| 95:2-95:6 | | | |
| 95:8-95:12 | I | 95:13 | |
| 95:23-95:25 | | | |
| 96:6-96:9 | | | |
| 96:12-96:13 | | | |
| 96:17-96:25 | | | |
| 97:2-97:2 | | | |
| 97:8-97:21 | | | |
| 99:10-99:25 | | | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

| Zhao, Hong (August 23, 2018) | | | |
|---|---|---|---|
| **Defendants' Affirmative Designations** | **Plaintiffs' Objections** | **Plaintiffs' Counter Designations** | **Defendants' Objections to Plaintiffs' Counter Designations** |
| 100:2-100:23 | | | |
| 101:22-101:25 | | | |
| 102:2-102:20 | | | |
| 103:8-103:21 | | | |
| 129:8-129:9 | | | |
| 129:12-129:12 | I, MT | 129:11 | R, U |
| 129:14-129:17 | | | |
| 141:24-141:25 | | | |
| 142:3-142:13 | | | |
| 151:6-151:25 | | | |
| 152:2-152:11 | | | |
| 152:23-152:25 | | | |
| 153:2-153:2 | | | |
| 153:5-153:6 | | | |
| 154:3-154:20 | | | |
| 155:4-155:20 | | | |

**Plaintiffs' Objection Key**

| Objection Code | Objection |
|---|---|
| AAA | Asked and answered |
| AF | Assumes facts not in evidence |
| ARG | Argumentative |
| CLC | Calls for a legal conclusion |
| CS | Calls for speculation |
| DUP of [xx] | Duplicate exhibit |
| ER | Expert report or expert opinion |
| F | Lacks Foundation |
| H | Hearsay |
| I | Incomplete / FRE 106 |
| IC | Illegible copy |
| LA | Legal argument |
| MR | Misstates record |
| MT | Misstates testimony |
| NA | Not authenticated |
| NB | No Bates range or incorrect Bates range |
| NE | Not evidence |
| NP | Exhibit not provided |
| NPK | No personal knowledge |
| NTD | Not timely disclosed |
| NTP | Not timely produced |
| P | Prejudice, confusion, waste of time, misleading |
| R | Relevance |
| SET | Seeks expert testimony |
| V | Vague |

# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALLERGAN SALES, LLC, FOREST )
LABORATORIES HOLDINGS, LTD., )
ALLERGAN USA, INC., and IRONWOOD )
PHARMACEUTICALS, INC. )
                                     )
         Plaintiffs, )   C.A. No. 16-1114 (RGA)
                                       )   Consolidated
      v. )
                                         )
TEVA PHARMACEUTICALS USA, INC. )
and SANDOZ INC. )
                                       )
         Defendants. )
                                       )

**PRETRIAL ORDER EXHIBIT 13:**
**PLAINTIFFS' STATEMENT OF INTENDED PROOFS**

Pursuant to Local Rule 16.3(c)(8), Plaintiffs Allergan Sales, LLC, Forest Laboratories Holdings, Ltd., Allergan USA, Inc., (collectively, "Allergan") and Ironwood Pharmaceuticals, Inc. ("Ironwood") (Allergan and Ironwood, collectively, "Plaintiffs") submit the following brief statement of the primary matters that Plaintiffs intend to prove at trial. Plaintiffs reserve the right to provide additional proof to rebut any proof offered by Defendants Teva Pharmaceuticals USA, Inc. ("Teva") and/or Sandoz Inc. ("Sandoz") (Teva and Sandoz, collectively, "Defendants") before or during trial, in response to any rulings by the Court, or for any other good cause. Plaintiffs reserve the right to supplement or amend this statement to fairly respond to any new issues that Defendants may raise. By including an issue herein, Plaintiffs do not assume the burden of proof or production with respect to that issue. Plaintiffs incorporate by reference their expert reports and expert deposition testimony in support of any proof to be presented by expert testimony.[1]

## I.      NO INVALIDITY BASED ON 35 U.S.C. § 103

1.      Plaintiffs will show that the Defendants cannot prove, by the required clear and convincing evidence, that any of the following asserted claims of the Patents-in-Suit are invalid under 35 U.S.C. § 103 over the references and/or combinations of references relied upon by Defendants as alleged prior art:

- Claims 2, 9, 33, 37, 39, 43, and 44 of the '036 patent;

- Claims 3 and 6 of the '727 patent;

- Claims 2, 4, and 14 of the '947 patent;

- Claims 1 and 2 of the '526 patent;

---

[1]  Plaintiffs rely on the parties' stipulations reflected in D.I. 279 as proof of, *inter alia*, their ownership and right to enforce the Patents-in-Suit and Defendants' infringement of the asserted claims of those patents.  (*See* D.I. 279.)

- Claims 1-2 and 7-8 of the '573 patent; and,

- Claims 1, 16, 17, 20, and 21 of the '628 patent.

2.      Plaintiffs will also show that objective indicia of nonobviousness, including but not limited to skepticism, unexpected results, long-felt but unsolved need, failure of others, acquiescence/licensing, teaching away, and praise, further demonstrate that the asserted claims of the '036 patent, the '727 patent, the '947 patent, and the '526 patent would not have been obvious in view of the alleged prior art.

3.      Plaintiffs will also show that objective indicia of nonobviousness, including but not limited to skepticism, unexpected results, failure of others, acquiescence/licensing, teaching away, and copying, further demonstrate that the asserted claims of the '573 patent and the '628 patent would not have been obvious in view of the alleged prior art.

## II.     <u>NO INVALIDITY BASED ON 35 U.S.C. § 112, ¶ 1 (WRITTEN DESCRIPTION)</u>

4.      Plaintiffs will show that the Defendants cannot prove, by the required clear and convincing evidence, that any of the asserted claims of the following Patents-in-Suit are invalid under 35 U.S.C. § 112, ¶ 1 for lack of adequate written description:

- Claims 2, 9, 33, 37, 39, 43, and 44 of the '036 patent;

- Claims 3 and 6 of the '727 patent; and,

- Claims 2, 4, and 14 of the '947 patent.

## III.    <u>NO INVALIDITY BASED ON 35 U.S.C. § 112, ¶ 1 (ENABLEMENT)</u>

5.      Plaintiffs will show that the Defendants cannot prove, by the required clear and convincing evidence, that any of claims 33, 37, 39, 43, and 44 of the '036 patent are invalid under 35 U.S.C. § 112, ¶ 1 for lack of enablement.

## IV.     <u>DAMAGES, REMEDIES, AND RELIEF</u>

6.      Plaintiffs will show they are entitled to all of the relief sought in their operative

Complaints and Answers to Defendants' counterclaims, including a permanent injunction against Defendants, under §§ 271(e)(4)(A), §§ 271(e)(4)(B), and/or otherwise.  (C.A. No. 16-114 (RGA), D.I. 1, D.I. 29, D.I. 31, D.I. 174; C.A. No. 18-198 (RGA), D.I. 1.)

A.   **With Respect to Defendant Teva**

7.   Plaintiffs request the following relief from the Court with respect to Teva's ANDA No. 209568 and the proposed Teva generic linaclotide capsules (145 µg and 290 µg):

   a) An order that each of the asserted claims of the Patents-in-Suit is infringed and not invalid;

   b) That, pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval of Teva's ANDA No. 209568 shall not be earlier than the expiration date of the last to expire of the '036 patent, the '727 patent, the '947 patent, the '526 patent, the '573 patent, and the '628 patent, including any extensions or exclusivities; and,

   c) That Teva, its officers, agents, servants, and employees, and those persons in active concert or participation with any of them, are preliminarily and permanently enjoined from commercially manufacturing, using, offering for sale, or selling in the United States, or importing into the United States, the proposed Teva generic linaclotide capsules (145 µg and 290 µg), and any other product that infringes or induces or contributes to the infringement of the '036 patent, the '727 patent, the '947 patent, the '526 patent, the '573 patent, and the '628 patent, prior to the expiration date of the last to expire of those patents, including any extensions or exclusivities.

8.   Plaintiffs request the following relief from the Court with respect to Teva's ANDA No. 211255 and the proposed Teva generic linaclotide capsules (72 µg):

3

a)  An order that each of the asserted claims of the Patents-in-Suit is infringed and not invalid;

b)  That, pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval of Teva's ANDA No. 211255 shall not be earlier than the expiration date of the last to expire of the '036 patent, the '727 patent, the '947 patent, and the '526 patent, including any extensions or exclusivities; and,

c)  That Teva, its officers, agents, servants, and employees, and those persons in active concert or participation with any of them, are preliminarily and permanently enjoined from commercially manufacturing, using, offering for sale, or selling in the United States, or importing into the United States, the proposed Teva generic linaclotide capsules (72 µg), and any other product that infringes or induces or contributes to the infringement of the '036 patent, the '727 patent, the '947 patent, and the '526 patent, prior to the expiration date of the last to expire of those patents, including any extensions or exclusivities.

9.      Plaintiffs also reserve the right to seek monetary damages if the Teva generic linaclotide capsules (72 µg, 145 µg, and/or 290 µg) are manufactured, used, sold, or offered for sale in the United States, or imported into the United States, prior to the expiration date of any of the applicable Patents-in-Suit.

10.      That Plaintiffs be awarded such other and further relief as this Court deems just and proper.

**B.      With Respect to Defendant Sandoz**

11.      Plaintiffs request the following relief from the Court with respect to Sandoz's ANDA No. 209630 and the proposed Sandoz generic linaclotide capsules (145 µg and 290 µg):

    a) An order that each of the asserted claims of the Patents-in-Suit is infringed and not invalid;

    b) That, pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval of Sandoz's ANDA No. 209630 shall not be earlier than the expiration date of the last to expire of the '036 patent, the '727 patent, the '947 patent, the '526 patent, the '573 patent, and the '628 patent, including any extensions or exclusivities; and,

    c) That Sandoz, its officers, agents, servants, and employees, and those persons in active concert or participation with any of them, are preliminarily and permanently enjoined from commercially manufacturing, using, offering for sale, or selling in the United States, or importing into the United States, the proposed Sandoz generic linaclotide capsules (145 µg and 290 µg), and any other product that infringes or induces or contributes to the infringement of the '036 patent, the '727 patent, the '947 patent, the '526 patent, the '573 patent, and the '628 patent, prior to the expiration date of the last to expire of those patents, including any extensions or exclusivities.

12.    Plaintiffs reserve the right to seek monetary damages if the Sandoz generic linaclotide capsules (145 µg and/or 290 µg) are manufactured, used, sold, or offered for sale in the United States, or imported into the United States, prior to the expiration date of any of the applicable Patents-in-Suit.

13.    That Plaintiffs be awarded such other and further relief as this Court deems just and proper.

## V.    __EXCEPTIONAL CASE__

14.    Plaintiffs will prove, by a preponderance of the evidence, that this is an exceptional case under 35 U.S.C. § 285 with respect to Teva and Sandoz.

15.     To the extent necessary, Plaintiffs will rebut Defendants' allegation that they are entitled to attorneys' fees under 35 U.S.C. § 285.

# EXHIBIT 14

**EXHIBIT 14 TO THE JOINT PRETRIAL ORDER**

**DEFENDANTS' STATEMENT OF INTENDED PROOFS**

Defendants respectfully submit this brief statement of what they intend to prove at trial with respect to their defenses and counterclaims. This statement is not intended to be exhaustive, and Defendants reserve the right to prove any matters identified in the pleadings, fact and expert discovery, and any of the accompanying statements of facts and legal issues to be litigated at trial. With respect to proof to be presented by expert testimony, Defendants incorporate by reference the reports of Defendants' expert witnesses addressing the issues identified below.

Defendants reserve the right to prove or respond to any issues of fact or law set forth in Defendants' Statement of Issues of Fact and Defendants' Statement of Issues of Law. Defendants further reserve the right to amend and/or supplement this statement to the extent necessary to respond to issues raised by Plaintiffs, and to rebut any alleged proof(s) offered by Plaintiffs before and during trial, in response to rulings by the Court, or for any other reason.

## II.  WRITTEN DESCRIPTION

1.  Defendants will prove by clear and convincing evidence that asserted claims 2, 9, 33, 37, 39, 43, and 44 of the '036 patent, claims 3 and 6 of the '727, and claims 2, 4, and 14 of the '947 patent are invalid under 35 U.S.C. § 112, ¶ 1 for lack of a written description.  In particular, the asserted claims do not specify the disulfide bonds that provide the peptide with its molecular formation, and thus a person of ordinary skill in the art (POSA) would understand that the asserted claims encompass peptides having three disulfide bonds, two disulfide bonds, one disulfide bond, no disulfide bonds, and variations having alternative covalent cross-links. However, the specification of the '036 patent, the '727 patent and the '947 patent do not convey to a POSA that the inventors were in possession of the full scope of the claimed invention as of any priority date asserted by Plaintiffs.

## III.    ENABLEMENT

2.      Defendants will prove by clear and convincing evidence that asserted claims 33, 37, 39, 43, and 44 of the '036 patent are invalid under 35 U.S.C. § 112, ¶ 1 for lack of enablement because the specification of the '036 patent does not enable a POSA to use the full scope of the claimed methods of treatment without undue experimentation.  In particular, the specification of the '036 patent does not teach a POSA how to treat patients with IBS, IBS-C, chronic constipation, and idiopathic constipation by administering "an effective amount" of a pharmaceutical composition containing a peptide consisting of the amino acid sequence: Cys Cys Glu Tyr Cys Cys Asn Pro Ala Cys Thr Gly Cys Tyr (SEQ ID NO:31), including peptides having three disulfide bonds, two disulfide bonds, one disulfide bond, no disulfide bonds, and variations having alternative covalent cross-links, without undue experimentation.

## IV.    OBVIOUSNESS

### A.    The '036 Patent

3.      Defendants will prove by clear and convincing evidence that subject matter encompassed by asserted claims 2, 9, 33, 37, 39, 43, and 44 of the '036 patent are invalid under 35 U.S.C. § 103(a), because they would have been obvious as of the effective priority date in view of the prior art, including the '097 Patent,[1] the '670 patent,[2] the '101 patent,[3] the '888 patent,[4] the '931 patent,[5] 2002 PDR,[6] Aimoto,[7] Albano,[8] Appel,[9] Aye-Kyaw 1995,[10] Baillie,[11]

---

[1] U.S. Patent No. 5,969,097 (DTX-109).

[2] U.S. Patent No. 5,489,670 (DTX-022).

[3] U.S. Patent No. 5,554,101(DTX-132).

[4] U.S. Patent No. 5,518,888 (DTX-023).

[5] U.S. Patent No. 4,545,931 (DTX-021).

[6] PHYSICIANS' DESK REFERENCE 1007 (56th Ed. 2002) (DTX-169).

2

Beltowski,[12] Burks 1994,[13] Camilleri 2000,[14] Camilleri 2001,[15] Carpick 1991,[16] Carpick 1993,[17]

Chang 2002,[18] Cohen 1986,[19] Cohen 1988,[20] Cohen 1989,[21] Cohen 1990,[22] Cohen & Giannella

---

[7] Aimoto et al., *Chemical Synthesis of a Highly Potent and Heat-stable Analog of an Enterotoxin Produced by a Human Strain of Enterotoxigenic Escherichia coli*, 112(1) BIOCHEM. BIOPHY. RES. COMMUN.32 (1983) (DTX-028).

[8] Albano et al., *Structural and Functional Features of Modified Heat-Stable Toxins Produced by Enteropathogenic Klebsiella Cells*, 48(5) PEDIATRIC RES. 685 (2000) (DTX-026).

[9] Appel, *Chymotrypsin: Molecular and Catalytic Properties*, 19 CLINICAL BIOCHEM. 317 (1986) (DTX-027).

[10] Aye-Kyaw et al., *Intracellular Distribution of Radio-labelled Enterotoxigenic Escherichia coli Heat-Stable Toxin (STa) in the Intestine of Suckling Rat*, 13(4) J. DIARRHOEAL DIS. RES. 232 (1995) (DTX-115).

[11] Baillie, *Drug Metabolites in Safety Testing*, 182 TOXICOLOGY & APPLIED PHARMACOLOGY 188 (2002) (DTX-163).

[12] Beltowski*, Guanylin and Related Peptides*, 52(3) J. PHYSIOLOGY & PHARMACOLOGY 351 (2001) (DTX-133).

[13] Thomas F. Burks, *Gastrointestinal Drugs*, HUMAN PHARMACOLOGY: MOLECULAR TO CLINICAL, 801–14 (2d ed. 1994) (DTX-152).

[14] Camilleri et al., *Efficacy and Safety of Alosetron in Women with Irritable Bowel Syndrome: A Randomised, Placebo-Controlled Trial*, 355 LANCET 1035 (Mar. 2000) (DTX-030).

[15] M. Camilleri, *Review Article: Tegasorod*, 15 ALIMENT PHARMACOL. THER. 277 (2001) (DTX-164).

[16] Carpick et al., *Structural Characterization of Functionally Important Regions of the Escherichia coli Heat-Stable Enterotoxin STlb*, 30 BIOCHEMISTRY 4803 (1991) (DTX-031).

[17] Carpick et al., *The Escherichia coli Heat-Stable Enterotoxin is a Long-Lived Superagonist of Guanvlin*, 61(11) INFECTION & IMMUNITY 4710 (1993) (DTX-032).

[18] Chang et al., *Evolving Pathophysiological Model of Functional Gastrointestinal Disorders: Implications for Treatment*, Suppl. 587 EUR. J. SURG. 3 (2002) (DTX-366).

[19] Mitchell B. Cohen et al., *The Immature Rat Small Intestine Exhibits an Increased Sensitivity and Response to Escherichia coli Heat-Stable Enterotoxin*, 20(6) PEDIATRIC RESEARCH 555 (1986) (DTX-343).

[20] Mitchell B. Cohen et al., *Age-Related Differences in Receptors for Escherichia coli Heat-Stable Enterotoxin in the Small and Large Intestine of Children*, 94(2) GASTROENTEROLOGY 367 (1988) (DTX-346).

[21] Mitchell B. Cohen et al., *Differences in Jejunal and Ileal Response to E. Coli Enterotoxin: Possible Mechanisms*, 257 (1) AM. J. PHYSIOLOGY-GASTROINTESTINAL & LIVER PHYSIOLOGY G118 (Jul. 1989) (DTX-345).

1992,[23] Cuppoletti 2002,[24] Dahm & Jones,[25] Dahoff,[26] Drossman 1999,[27] Dürr,[28] Eberle,[29] Evans

1988,[30] Ewe,[31] Forte,[32] Gariépy I,[33] Gariépy II,[34] Gariépy and Scchoolnik,[35] Giannella,[36]

---

[22] Cohen et al., *E. Coli Heat-Stable Enterotoxin (STa) Induced Secretion: Differences Between Adult Rat Jejunum and Ileum Correlate with Differences in Metabolic Fate of STa*, 7 ADVANCES IN RES. ON CHOLERA & RELATED DIARRHEAS 99 (DTX-344).

[23] Mitchell B. Cohen and Ralph A. Giannella, *Jejunal Toxin Inactivation Regulates Susceptibility of the Immature Rat to STa*, 102(2) GASTROENTEROLOGY 1988 (1992) (DTX-348).

[24] Cuppoletti et al., *Recombinant and Native Intestinal Cell ClC-2 C - Channels Are Activated by RU-0211*, 122(4) (1 Suppl.) GASTROENTEROLOGY A-538 (2002) (DTX-372).

[25] Dahm & Jones, *Rat Jejunum Controls Luminal Thiol-Risulfide Redox*, AM. SOC. NUTRITIONAL SCI'S 2739 (2000) (DTX-110).

[26] Dayhoff et al., *A Model of Evolutionary Change in Proteins*, ATLAS OF PROTEIN SEQUENCE & STRUCTURE 345–52 (1978) (DTX-351).

[27] Drossman, *The Functional Gastrointestinal Disorders and the ROME II Process*, 45(Suppl. II) GUT II1-II5 (1999) (DTX-139).

[28] Dürr et al., Fecal *Chymotrypsin: Study on Some Characteristics of the Enzyme*, 17 DIGESTION 396 (1978) (DTX-154).

[29] Eberle et al., *Rapid Oxidation in Vitro of Endogenous and Exogenous Glutathione in Bile of Rats*, 256(5) J. BIOLOGICAL CHEMISTRY 2115 (Mar. 10, 1981) (DTX-111).

[30] Evans et al., *Measurement of Gastrointestinal pH Profiles in Normal Ambulant Human Subjects*, 29 GUT 1035 (1988) (DTX-140).

[31] Ewe, *Intestinal Transport in Constipation and Diarrhea*, 36:Suppl. 1 PHARMACOLOGY 73 (1988) (DTX-036).

[32] Forte, *Guanylin Regulatory Peptides: Structures, Biological Activities Mediated by Cyclic GMP and Pathobiology*, 81 REGULATORY PEPTIDES 25 (1999) (DTX-112).

[33] Gariépy et al., *Structure of the Toxic Domain of the Escherichia coli Heat-Stable Enterotoxin ST I*, 25 BIOCHEMISTRY 7854 (1986) (DTX-039).

[34] Gariépy et al., *Importance of Disulfide Bridges in the Structure and Activity of Escherichia coli Enterotoxin ST1b*, 84 PROC. NATL. ACAD. SCI. USA 8907 (1987) (DTX-040).

[35] Gariépy and Schoolnik, *Design of a Photoreactive Analogue of the Escherichia Coli Heat-Stable Enterotoxin Stib: Use in Identifying Its Receptor on Rat Brush Border Membranes*, 83 PROC. NATL. ACAD. SCI. USA 483 (Jan. 1986) (DTX-041).

[36] Giannella, *Escherichia coli Heat-stable Enterotoxins, Guanylins, and Their Receptors: What Are They and What Do They Do?*, 125(2) J. LABORATORY & CLINICAL MED. 173 (1995) (DTX-042).

Greenberg 1983,[37] Greenberg 1997,[38] the Handbook of Natural Toxins,[39] Hamra 1996,[40] Hamra

1997,[41] Hirayama,[42] Hasegawa,[43] Hruby,[44] Ikemura,[45] Johanson 2002,[46] Ladunga,[47] Lloyd-

Williams,[48] Lu,[49] Marx,[50] McCole 2002,[51] Mezoff 1992,[52] Nakazoto,[53] Niu,[54] Poulopoulou,[55]

[37] Greenberg et al., *Reduction of the Secretory Response to Escherichia coli Heat-Stable Enterotoxin by Thiol and Disulfide Compounds*, 41(1) INFECTION & IMMUNITY 174 (1983) (DTX-113).

[38] Greenberg et al., *Comparison of Effects of Uroguanylin, Guanylin and Escherichia coli Heat-Enterotoxin STa in Mouse Intestine and Kidney*, 45(5) J INV. MEDICINE 276 (1997) (DTX-043).

[39] T. Hirayama, *Heat-Stable Enterotoxin of Escherichia coli*, BACTERIAL TOXINS AND VIRULENCE FACTORS IN DISEASE 281–96 (Joel Moss et al. eds., 1995) (DTX-044).

[40] Hamra et al., *Prouroguanylin and Proguanylin: Purification from Colon, Structure, and Modulation of Bioactivity by Proteases*, 107(1) ENDOCRINOLOGY 257 (1996) (DTX-391).

[41] Hamra et al., *Regulation of Intestinal Uroguanylinyguanylin Receptor-Mediated Responses by Mucosal Acidity*, 94 PHARMACOLOGY 2705 (1997) (DTX-378).

[42] Hirayama et al., *Heat-Stable Enterotoxin of Escherichia Coli*, in 145 HANDBOOK OF EXP. PHARMACOLOGY, BACTERIAL PROTEIN TOXINS 577–93 (K. Aktories & I. Just eds., 2000) (DTX-114).

[43] Hasegawa et al., *Identification of a Binding Region on Escherichia coli Heat-stable Enterotoxin to Intestinal Guanylyl Cyclase C*, 4(1) LETTERS IN PEPTIDE SCI. 1 (1997) (DTX-045).

[44] Hruby, *Designing Peptide Receptor Agonists and Antagonists*, 1(11) NATURE REVIEW DRUG DISCOVERY 847 (Nov. 2002) (DTX-123).

[45] Ikemura et al., *Heat-stable Enterotoxin (STh) of Human Enterotoxigenic Escherichia coli (Strain SK-I). Structure-activity Relationship*, 57 BULL. CHEM. SOC. JPN. 2550 (1984) (DTX-046).

[46] Johanson et al., *Efficacy and Safety of a Novel Compound, RU-0211, for the Treatment of Constipation*, Suppl. 122(4) GASTROENTEROLOGY A-315 (2002) (DTX-365).

[47] Ladunga et al., *Amino Acid Substitutions Preserve Protein Folding By Conserving Steric and Hydrophobicity Properties*, 10(3) PROTEIN ENG'G 187–96 (1997) (DTX-352).

[48] Lloyd-Williams et al., CHEMICAL APPROACHES TO THE SYNTHESIS OF PEPTIDES AND PROTEINS 19-93, 209-36 (1997) (DTX-047).

[49] Wuyuan Lu et al., *Binding of Amino Acid Side-chains to S1 Cavities of Serine Proteinases*, 266 J. MOL. BIOL. 441 (1997) (DTX-126).

[50] Marx et al., *One Peptide, Two Topologies: Structure and Interconversion Dynamics of Human Uroguanylin Isomers*, 52 J. PEPT. RES. 229 (1998) (DTX-389).

Qian,[56] Rabenstein,[57] Ratnaike 1998,[58] Remington 2000,[59] Rome II,[60] Roussel 1992,[61] Sack

1972,[62] Sack 1980,[63] Sato,[64] Schellenberger 1991,[65] Schellenberger 1994,[66] Schiller 2001,[67]

---

[51] McCole et al., *Transactivation of the Epidermal Growth Factor Receptor in Colonic Epithelial Cells by Carbachol Requires Extracellular Release of Transforming Growth Factor-α*, 277 J. BIOL. CHEM. 42603 (2002) (DTX-330).

[52] Mezoff et al., *Escherichia coli Enterotoxin (STa) Bind to Receptors, Stimulate Guanyl Cyclase, and Impairs Absorption in Rat Colon*, 102(3) GASTROENTEROLOGY 816 (1992) (DTX-347).

[53] Nakazoto, *Guanylin Family: New Intestinal Peptides Regulating Electrolyte and Water Homeostasis*, 36 J. GASTOENTEROLOGY 219 (2001) (DTX-049).

[54] Niu et al., *FDA Perspective on Peptide Formulation and Stability Issues*, 87 J. PHARMACEUTICAL SCI. 1331 (1998) (DTX-051).

[55] Poulopoulou et al., *Extracellular 3',5' Cyclic Guanosine Monophosphate Inhibits Kainate-Activated Responses in Cultured Mouse Cerebellar Neurons*, 286 J. PHARMACOLOGY & EXPERIMENTAL THERAPEUTICS 99 (1998) (DTX-159).

[56] Qian et al., *Expression of GC-C, A Receptor-Guanylate Cyclase, and Its Endogenous Ligands Uroguanylin and Guanylin along the Rostrocaudal Axis of the Intestine*, 141(9) ENDOCRINOLOGY 3210 (2000) (DTX-134).

[57] Rabenstein et al., *Kinetics and Equilibria of the Formation and Reduction of the Disulfide Bonds in Arginine-Vasopressin and Oxytocin by Thiol/Disulfide Interchange with Glutathione and Cysteine*, 59 J. ORG. CHEM. 4223 (1994) (DTX-160).

[58] Ratnaike et al., *Mechanisms of Drug-Induced Diarrhea in the Elderly*, 13 DRUG AGING 245 (1998) (DTX-142).

[59] REMINGTON: THE SCIENCE AND PRACTICE OF PHARMACY (Alfonso R. Gennaro ed., 20th ed. 2000) (DTX-052).

[60] Drossman, ROME II: THE FUNCTIONAL GASTROINTESTINAL DISORDERS: DIAGNOSIS, PATHOPHYSIOLOGY AND TREATMENT: A MULTINATIONAL CONSENSUS (2d ed. 2000) (DTX-143).

[61] Roussel et al., *Myoelectric Activity of the Small Intestine in Enterotoxin-Induced Diarrhea of Calves*, 53:7 AM. J. VET. RES. 1145 (July 1992) (DTX-053).

[62] Sack et al., *Gastric Acidity in Cholera and Noncholera Diarrhea*, 47 BULL. WORLD HEALTH ORG. 31 (1972) (DTX-144).

[63] Sack, *Enterotoxigenic Escherichia coli: Identification and Characterization*, 142(2) J. OF INFECTIOUS DISEASES 279 (Aug. 1980) (DTX-116).

[64] Sato et al., *Structural Characteristics for Biological Activity of Heat-Stable Enterotoxin Produced by Enterotoxigenic Escherichia coli*, 33 BIOCHEMISTRY 8641 (1994) (DTX-054).

[65] Schellenberger et al., *The Specificity of Chymotrypsin, a Statistical Analysis of Hydrolysis Data*, 199 EUR. J. BIOCHEM. 623 (1991) (DTX-131).

Shimonishi,[68] Schmidt,[69] Shailubhai,[70] Shailubhai '266 publication,[71] the Shailubhai '628 publication,[72] Silberstein,[73] Tabb,[74] White,[75] Wolfe,[76] Woodworth,[77] Yoshimura,[78] and/or the 2002 Zelnorm Package Insert.

4.    Defendants intend to prove that a person of ordinary skill in the art would have been motivated to combine these prior art references so as to render asserted claims 2, 9, 33, 37, 39, 43, and 44 of the '036 patent obvious.

---

[66] Schellenberger et al., Role of the S' Subsites in Serine Protease Catalysis, 33 Biochemistry 4251 (1994) (DTX-161).

[67] Schiller, *Review Article: The Therapy of Constipation*, 15 ALIMENT PHARMACOL. THER. 749 (2001) (DTX-056).

[68] Shimonishi et al., *Mode of Disulfide Bond Formation of a Heat-Stable Enterotoxin (STh) Produced by a Human Strain of Enterotoxigenic Escherichia coli*, 215 FEBS LETTERS 165 (1987) (DTX-058).

[69] Schmidt, *Dose-finding Studies in Clinical Drug Development*, 34 EUR. J. CLIN. PHARMACOL. 15 (1988) (DTX-137).

[70] Shailubhai, *Therapeutic Applications of Guanylate Cyclase-C Receptor Agonists*, 6 CURRENT OPINION DRUG DISCOVERY DEV. 261 (2002) (DTX-057).

[71] WO 01/25266 A1 (DTX-024).

[72] U.S. Patent Application Publication No. 2003/0073628 Al (DTX-025).

[73] Silberstein et al., *Botulinum Toxin Type A as a Migraine Preventive Treatment*, 40 HEADACHE 445 (2000) (DTX-055).

[74] Tabb et al., *Characterization of p-Azidophenylalanine as a System L Substrate and a Photoaffinity Probe*, 45 FEDERATION PROC. 1940 (1986) (DTX-060).

[75] FMOC SOLID PHASE PEPTIDE SYNTHESIS, A PRACTICAL APPROACH 9-114, 9-13 (Weng C. Chan & Peter D. White eds., 2000) (DTX-135).

[76] Wolfe et al., *A Comparative Molecular Field Analysis (COMFA) of the Structural Determinants of Heat-Stable Enterotoxins Mediating Activation of Guanylyl Cyclase C*, 45 J. MEDICINAL CHEMISTRY 1731 (2002) (DTX-061).

[77] Woodworth et al., *Recombinant Fusion Toxins – A New Class of Targeted Biologic Therapeutics*, in IMMUNOCONJUGATE THERAPY OF HEMATOLOGIC MALIGNANCIES 145–160 (Steven T. Rosen & Timothy M. Kuzel eds., 1993) (DTX-062).

[78] Yoshimura et al., *Essential Structure for Full Enterotoxigenic Activity of Heat-Stable Enterotoxin Produced by Enterotoxigenic Escherichia coli*, 181 FEBS LETTERS 138 (1985) (DTX-063).

5.      Defendants will establish that based on these prior art disclosures the person of ordinary skill in the art possessed a reasonable expectation of success in obtaining the subject matter encompassed by asserted claims 2, 9, 33, 37, 39, 43, and 44 of the '036 patent.

6.      Defendants will also prove that, for the reasons stated in detail in Defendants' Statement of Disputed Facts, none of Plaintiffs' alleged secondary considerations weighs in favor of non-obviousness of any of asserted claims 2, 9, 33, 37, 39, 43, and 44 of the '036 patent.

7.      Defendants will establish that Plaintiffs have not met their burden of showing the existence of any secondary considerations of non-obviousness with respect to asserted claims 2, 9, 33, 37, 39, 43, and 44 of the '036 patent.

**B.      The '727 Patent**

8.      Defendants will prove by clear and convincing evidence that subject matter encompassed by asserted claims 3 and 6 of the '727 patent are invalid under 35 U.S.C. § 103(a), because they would have been obvious as of the effective priority date in view of the prior art, including the prior art referenced in Section IV(A) above.

**C.      The '947 Patent**

9.      Defendants will prove by clear and convincing evidence that subject matter encompassed by asserted claims 2, 4, and 14 of the '947 patent are invalid under 35 U.S.C. § 103(a), because they would have been obvious as of the effective priority date in view of the prior art, including the prior art referenced in Section IV(A) above.

**D.      The '526 Patent**

10.      Defendants will prove by clear and convincing evidence that subject matter encompassed by asserted claims 1 and 2 of the '526 patent are invalid under 35 U.S.C. § 103(a),

because they would have been obvious as of the effective priority date in view of the prior art,

including the prior art referenced in Section IV(A) above.

### E.    The '573 Patent

11.    Defendants will prove by clear and convincing evidence that subject matter

encompassed by asserted claims 1, 2, 7, and 8 of the '573 patent are invalid under 35 U.S.C. §

103(a), because they would have been obvious as of the effective priority date in view of the

prior art, including the Adensunloye '106 patent,[79] Aimoto 1983,[80] Andresen 2007,[81] Andresen

2008,[82] the Bentz '393 publication,[83] Capelle 2007,[84] Carpenter 2002,[85] the Chan '788 patent,[86]

Chen 1999,[87] the Cini '298 patent,[88] Cleland 1993,[89] Crowley 1999,[90] the Currie '811

---

[79] U.S. Patent No. 5,874,106 (DTX-151).

[80] Aimoto et al., *Chemical Synthesis of a Highly Potent and Heat-stable Analog of Enterotoxin Produced by a Human Strain of Enterotoxigenic Escherichia Coli*, 112 BIOCHEMICAL & BIOPHYSICAL RES. COMM. 320 (1983) (DTX-028).

[81] Andresen et al., *Effect of 5 Days Linaclotide on Transit and Bowel Function in Females with Constipation-Predominant Irritable Bowel Syndrome*, 133(3) GASTROENTEROLOGY 761 (2007) (DTX-328).

[82] Andresen et al., *Linaclotide Acetate*, 33(7) DRUGS OF THE FUTURE 570 (July 2008) (DTX-073).

[83] International Publication No. WO 04/039392 A2 (DTX-276).

[84] Capelle, *High Throughput Screening of Protein Formulation Stability*, 65 EUR. J. PHARMACEUTICS & BIOPHARMACEUTICS 131 (2007) (DTX-148).

[85] RATIONAL DESIGN OF STABLE PROTEIN FORMULATIONS (John F. Carpenter et al., eds., 2002) (DTX-293).

[86] U.S. Patent No. 6,383,788 (DTX-067).

[87] Chen et al., *Influence of Calcium Ions on the Structure and Stability of Recombinant Human Deoxyribonuclease I in the Aqueous Lyophilized States*, 88(4) J. PHARMAC. SCI. 477 (1999) (DTX-075).

[88] U.S. Patent No. 5,130,298 (DTX-068).

[89] Cleland et al., *The Development of Stable Protein Formulations: A Close Look at Protein Aggregation, Deamidation, and Oxidation*, 10(4) CRITICAL REV. THERAPEUTIC DRUG CARRIER SYST. 307 (1993) (DTX-034).

[90] Crowley, *Excipients as Stabilizers*, 2(6) PSIT 237 (1999) (DTX-076).

publication,[91] del Barrio 2006,[92] DiFeo 2003,[93] FDA Guidance 1994,[94] Glinski 1999,[95] Harris

2007,[96] HPE 2006,[97] Hu 2001,[98] the Iwata '433 publication,[99] Lacy 2006,[100] Learoyd 2006,[101] Li

2006,[102] Manning 1989,[103] the Marra '248 publication,[104] Matubayasi 2002,[105] Metz 2004,[106]

---

[91] U.S. Patent Application Publication No. 2005/0020811 A1 (DTX-066).

[92] del Barrio et al., *Simultaneous Determination of Formic Acid and Formaldehyde in Pharmaceutical Excipients Using Headspace GC/MS*, 41 J. PHARM. BIOMED. ANALYSIS 738 (2006) (DTX-100).

[93] DiFeo, *Drug Product Development: A Technical Review of Chemistry, Manufacturing, and Controls Information for the Support of Pharmaceutical Compound Licensing Activities*, 29(9) DRUG DEV. & INDUS. PHARMACY 939 (2003) (DTX-165).

[94] The Food and Drug Administration's "Guidance for Industry for the Submission of Chemistry, Manufacturing, and Controls Information for Synthetic Peptide Substances" (1994) (DTX-077).

[95] Glinski et al., *Surface Properties of Aqueous Solutions of L-Leucine*, 84 CHEMISTRY 99 (2000) (DTX-446).

[96] Harris et al., *Drug Evaluation: Linaclotide, a New Direction in the Treatment of Irritable Bowel Syndrome and Chronic Constipation*, 9(4) CURRENT OPINION MOLECULAR THERAPEUTICS 403 (2007) (DTX-079).

[97] HANDBOOK OF PHARMACEUTICAL EXCIPIENTS (Rowe, R.C. et al., eds., 5th ed. 2006) (DTX-078).

[98] Hu et al., *β-Sheet Structure Formation of Proteins in Solid State as Revealed by Circular Dichroism Spectroscopy*, 62(1) BIOPOLYMERS 15 (2001) (DTX-215).

[99] EP 1559433 A1 (DTX-146).

[100] Lacy, *ACG 2006 – Evaluation and Treatment of IBS and Chronic Constipation*, MEDSCAPE GASTROENTEROLOGY, available at www.medscape.com (2006) (DTX-082).

[101] Learoyd, *Chitosan-Based Spray-Dried Respirable Powders for Sustained Delivery of Terbutaline Sulfate*, 68 EUR. J. PHARMACEUTICS & BIOPHARMACEUTICS 224 (2008) (DTX-447).

[102] Z. Li et al., *Detection and Quantification of Low-Molecular-Weight Aldehydes in Pharmaceutical Excipients by Headspace Gas Chromatography*, 1104 J. CHROMATOGRAPHY A 1 (2006) (DTX-084).

[103] Manning et al., *Stability of Protein Pharmaceuticals*, 6(11) PHARMA. RES. 903 (1989) (DTX-048).

[104] International Publication No. WO 02/26248 A1 (DTX-069).

[105] Matubayasi et al., *Thermodynamic Quantities of Surface Formation of Aqueous Electrolyte Solutions*, 250 J. COLLOID & INTERFACE SCI. 431 (2002) (DTX-448).

[106] Metz et al., *Identification of Formaldehyde-Induced Modifications in Proteins: Reactions with Model Peptides*, 279 J. BIOL. CHEM. 6235 (2004) (DTX-105).

Microbia Press Release 2006,[107] Microbia Press Release 2007,[108] Microbia Press Release 2008,[109] Motheram 2007,[110] Ozaki 1991,[111] Raula 2007,[112] the Rehder '326 publication,[113] Remington 2000,[114] Remington 2006,[115] Sato 1994,[116] Senderoff 1994,[117] Shaheen 2007,[118] the Sørensen '278 patent,[119] the Sørensen '858 patent,[120] Szenczi 2006,[121] USP 23,[122] Volkin 1997,[123] the Wahren '418 publication,[124] and/or the Yanagawa '336 publication.[125]

---

[107] "Linaclotide Shown to Improve Symptoms of Chronic Constipation in Phase 2A Study," a Press Release by Microbia, published on Oct. 24, 2006 (DTX-085).

[108] "Microbia Announces Positive Phase 2 Results for its Investigational Compound Linaclotide," a Press Release by Microbia, published on May 21, 2007 (DTX-086).

[109] "Microbia and Forest Laboratories Announce Preliminary Results of Linaclotide Phase 2B Studies," a Press Release by Microbia, published on March 4, 2008 (DTX-087).

[110] Motheram, *Behavior of Recombinant Human Growth Hormone at Solid / Liquid Interfaces*, University of the Sciences in Philadelphia (Mar. 2007) (Dissertation) (DTX-451).

[111] Ozaki et al., *Molecular Structure of the Toxic Domain of Heat-stable Enterotoxin Produced by a Pathogenic Strain of Excherichia Coli*, 266(9) J. BIOLOGICAL CHEM. 5934 (1991) (DTX-606).

[112] Raula et al., *Study of the Dispersion Behaviour of L-Leucine Containing Microparticles Synthesized with an Aerosol Flow Reactor Metho*, 177 POWDER TECH. 125 (2007) (DTX-449).

[113] U.S. Patent Application Publication No. 2008/0124326 A1 (DTX-070).

[114] REMINGTON: THE SCIENCE AND PRACTICE OF PHARMACY (Gennaro A. ed., Lippincott Williams & Wilkins, 20th ed. 2000) (DTX-052).

[115] REMINGTON: THE SCIENCE AND PRACTICE OF PHARMACY (Troy et al., eds., Lippincott Williams & Wilkins, 21st ed. 2006) (DTX-088).

[116] Sato et al., S*tructural Characteristics for Biological Activity of Heat Stable Enterotoxin Produced by Enterotoxigenic Escherichia coli*, 33(29) BIOCHEMISTRY 8641 (1994) (DTX-054).

[117] Senderoff et al., *Aqueous Stability of Human Epidermal Growth Factor 1-48*, 11(12) PHARMA. RES. 1712 (1994) (DTX-089).

[118] Shaheen, *Best of DDW 2007, Highlights from Digestive Disease Week and the 108th Annual Meeting of the American Gastroenterological Association Institute, May 19-24, 2007, Washington D.C.*, 3(8) GASTROENTEROLOGY & HEPATOLOGY 620 (2007) (DTX-090).

[119] U.S. Patent No. 5,654,278 (DTX-064).

[120] U.S. Patent No. 6,022,858 (DTX-071).

[121] Szenczi et al., *The Effect of Solvent Environment on the Conformation and Stability of Human Polyclonal IgG in Solution*, 34 BIOLOGICALS 5 (2006) (DTX-450).

12.     Defendants intend to prove that a person of ordinary skill in the art would have been motivated to combine these prior art references so as to render asserted claims 1, 2, 7, and 8 of the '573 patent obvious.

13.     Defendants will establish that based on these prior art disclosures the person of ordinary skill in the art possessed a reasonable expectation of success in obtaining the subject matter encompassed by asserted claims 1, 2, 7, and 8 of the '573 patent.

14.     Defendants will also prove that, for the reasons stated in detail in Defendants' Statement of Disputed Facts, none of Plaintiffs' alleged secondary considerations weighs in favor of non-obviousness of any of asserted c claims 1, 2, 7, and 8 of the '573 patent.

15.     Defendants will establish that Plaintiffs have not met their burden of showing the existence of any secondary considerations of non-obviousness with respect to asserted claims 1, 2, 7, and 8 of the '573 patent.

## F.     The '628 Patent

16.     Defendants will prove by clear and convincing evidence that subject matter encompassed by asserted claims 1, 16, 17, 20, and 21 of the '628 patent are invalid under 35 U.S.C. § 103(a), because they would have been obvious as of the effective priority date in view of the prior art, including the prior art referenced in Section IV(E) above.

---

[122] "The United States Pharmacopeia (USP 23): The National Formulary (NF18)" (1995) (DTX-092).

[123] Volkin et al., *Degradative Covalent Reactions Important to Protein Stability*, 8 MOLECULAR BIOTECH. 105 (1997) (DTX-094).

[124] WO 2006/088418 (DTX-166).

[125] EP 0943336 A1 (DTX-065).

### G.    Secondary Considerations

17.    Plaintiffs bear the burden of production to show that there is a nexus between any alleged objective indicia of non-obviousness and the claims of the '036, '727, '947, '526, '573, and/or '628 patents asserted against Defendants. To the extent Plaintiffs' evidence is admissible,[126] Defendants will, to the extent necessary, introduce evidence to rebut Plaintiffs' evidence regarding any nexus between any alleged objective indicia of non-obviousness and the claimed subject matter of the '036, '727, '947, '526, '573, and/or '628 patents.

18.    Plaintiffs bear the burden to show that any objective indicia of non-obviousness, including but not limited to long-felt need, copying, acquiescence, failure of others, skepticism, unexpected results, and industry praise, demonstrate that the inventions of the '036, '727, '947, '526, '573, and/or '628 patents would not have been obvious. Defendants will, to the extent necessary, introduce evidence to rebut Plaintiffs' evidence regarding any objective indicia of non-obviousness and demonstrate that the inventions of the '036, '727, '947, '526, '573, and '628 patents would have been obvious.

## V.    RELIEF

19.    Defendants will present evidence in support of their request for a declaration under 28 U.S.C. § 2201 that the asserted claims of the '036, '727, '947, '526, '573, and/or '628 patents are invalid under 35 U.S.C § 103(a).

20.    Defendants will present evidence in support of their request for a declaration under 28 U.S.C. § 2201 that claims 2, 9, 33, 37, 39, 43, and 44 of the '036 patent, claims 3 and 6 of the '727, and claims 2, 4, and 14 of the '947 patent are invalid under 35 U.S.C. § 112, ¶ 1 for lack of a written description.

---

[126] Defendants' Motion *in Limine* seeks to limit the Plaintiffs' assertion of secondary considerations to be commensurate with the scope of Plaintiffs' disclosures during fact and expert discovery.

21.     Defendants will present evidence in support of their request for a declaration under 28 U.S.C. § 2201 that asserted claims 33, 37, 39, 43, and 44 of the '036 patent are invalid under 35 U.S.C § 112, ¶ 1 for lack of enablement.

# EXHIBIT 15

TAB A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ALLERGAN USA, INC. and IRONWOOD PHARMACEUTICALS, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 16-1114 (RGA) CONSOLIDATED |
| TEVA PHARMACEUTICALS USA, INC. and SANDOZ INC., | ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFFS' MOTION *IN LIMINE*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Peter J. Armenio, P.C.
Robert B. Wilson
Anne S. Toker
Krista M. Rycroft
Allyson Parks
Laura L. Fairneny
Sky Adams
Christopher P. Hill
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue
New York, NY  10010
(212) 849-7000

Gregory A. Morris
Vikram A. Mathrani
Simeon G. Papacostas
HONIGMAN LLP
155 North Wacker Drive, Suite 3100
Chicago, IL  60606
(312) 701-9300

November 26, 2019

Pursuant to Fed. R. Evid. 402 and 403, Plaintiffs Allergan Sales, LLC, Forest Laboratories Holdings, Ltd., Allergan USA, Inc., (collectively, "Allergan") and Ironwood Pharmaceuticals, Inc. ("Ironwood") (Allergan and Ironwood, collectively, "Plaintiffs") move to preclude Defendants from proffering any claim construction or interpretation of claim terms other than the "plain meaning" or "ordinary and customary meaning of the claims."  The parties had the opportunity to identify terms for claim construction (D.I. 44, at ¶7), and neither side identified any claim terms or phrases for construction by the Court.  D.I. 110.  The ordinary and customary meaning therefore governs; any other proffered claim construction is irrelevant and prejudicial.

It is black letter patent law that "the words of a claim 'are generally given their ordinary and customary meaning.'"  *Phillips v. AWH Corp.*, 415 F.3d 1303, 1312-13 (Fed. Cir. 2005) (en banc) (citations omitted).  The ordinary and customary meaning of a claim term "is the meaning that the term would have to a person of ordinary skill in the art at the time of the invention, i.e., as of the effective filing date of the patent application." *Id*. at 1313.  "In some cases, the ordinary meaning of claim language as understood by a person of skill in the art may be readily apparent even to lay judges." *Id*. at 1314.  This is one of those cases.

Pursuant to the Scheduling Order, the parties were to "exchange a list of those claim term(s)/phrase(s) that they believe need construction and their proposed claim construction of those term(s)/phrase(s)."  D.I. 44, at ¶7.  None of the Defendants identified any such terms or phrases.  D.I. 110.  In doing so, Defendants waived their right to seek to change the meaning of the claims.  *See, e.g., Abbott Labs. v. Syntron Bioresearch, Inc.*, 334 F.3d 1343, 1357 (Fed. Cir. 2003) (finding waiver where request for proposed claim construction that differed from the ordinary meaning was not raised in the district court before trial).  Under *Phillips*, if no claim construction proceeding is needed to clarify the claim scope, the ordinary and customary

meaning of the claims controls. *Phillips*, 415 F.3d at 1312. Even if Defendants' decision not to identify any claim terms for construction were not a tacit acknowledgment that the claims should be given their ordinary or customary meaning (which it is), the parties expressly applied the ordinary and customary meaning to the claim terms of the patents-in-suit when Defendants stipulated to infringement of the asserted claims. D.I. 279, at ¶¶4-12.

Thus, in order to avoid any potential issues at trial, Plaintiffs proposed including a straightforward stipulation in the Joint Pretrial Order:  ***neither side*** may proffer any claim construction other than ordinary and customary meaning.  Ex. 1, 11/22/2019 Email from K. Rycroft.  The parties, however, did not agree to the appropriate language for the stipulation. That failure to reach agreement, however, should not permit Defendants to proffer any other claim construction at trial.  Indeed, this Court has repeatedly precluded parties from doing just that. *E.g., Hologic, Inc. v. Minerva Surgical, Inc.*, 1:15-cv-1031, 2018 WL 3348998, at *6 (D. Del. Jul. 6, 2018) (granting, in relevant part, motion *in limine* seeking to preclude a party "from adducing evidence on or arguing positions inconsistent with the court's claim construction"); *Enova Tech. Corp. v. Initio Corp.*, No. 10-04-LPS, 2013 WL 12156023, at *1 (D. Del. Jan. 31, 2013) (granting motion *in limine* "seeking to exclude testimony and argument inconsistent with the Court's claim construction").

For the reasons set forth above, Plaintiffs respectfully request that the Court preclude Defendants from proffering any claim construction or interpretation of claim terms other than plain and ordinary meaning.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Peter J. Armenio, P.C.
Robert B. Wilson
Anne S. Toker
Krista M. Rycroft
Allyson Parks
Laura L. Fairneny
Sky Adams
Christopher P. Hill
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue
New York, NY  10010
(212) 849-7000

Gregory A. Morris
Vikram A. Mathrani
Simeon G. Papacostas
HONIGMAN LLP
155 North Wacker Drive, Suite 3100
Chicago, IL  60606
(312) 701-9300

November 26, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2019, copies of the foregoing were caused to be

served upon the following in the manner indicated:

John W. Shaw, Esquire                                    *VIA ELECTRONIC MAIL*
Karen E. Keller, Esquire
Andrew E. Russell, Esquire
David M. Fry, Esquire
SHAW KELLER LLP
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

George C. Lombardi, Esquire                             *VIA ELECTRONIC MAIL*
Samuel S. Park, Esquire
Christopher B. Essig, Esquire
Bryce A. Cooper, Esquire
Jason Z. Pesick, Esquire
Loren G. Rene, Esquire
Ivan M. Poullaos, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

Noorossadat Torabi, Esquire                             *VIA ELECTRONIC MAIL*
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA  94025
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

Sharon Lin, Esquire                                     *VIA ELECTRONIC MAIL*
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20006
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

John C. Phillips, Jr., Esquire                          *VIA ELECTRONIC MAIL*
David A. Bilson, Esquire
PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE  19806
*Attorneys for Defendant Sandoz Inc.*

William A. Rakoczy, Esquire                         *VIA ELECTRONIC MAIL*
Paul J. Molino, Esquire
Deanne M. Mazzochi, Esquire
Jeffery A. Marx, Esquire
Kevin P. Burke, Esquire
Lauren M. Lesko, Esquire
Cynthia H. Sun, Esquire
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL  60654
*Attorneys for Defendant Sandoz Inc.*


/s/ *Jeremy A. Tigan*
_____
Jeremy A. Tigan (#5239)

# EXHIBIT 1

| | |
|---|---|
| **From:** | Krista M. Rycroft |
| **Sent:** | Friday, November 22, 2019 3:31 PM |
| **To:** | Jeff A. Marx; 'Pesick, Jason Z.'; Cooper, Bryce A.; Cynthia H. Sun; Essig, Christopher B.; Poullaos, Ivan M.; Torabi PhD, Noori; Rene, Loren G.; 'kkeller@shawkeller.com'; David Fry (dfry@shawkeller.com); Jack Phillips (jcp@pgmhlaw.com); 'David A. Bilson (dab@pgmhlaw.com)'; Lin, Sharon; William A. Rakoczy; Paul J. Molino; Deanne M. Mazzochi; Kevin P. Burke |
| **Cc:** | QE-Linzess; Jack Blumenfeld; Jeremy A. Tigan (jtigan@mnat.com); Gregory A. Morris, Ph.D. - Honigman Miller Schwartz and Cohn LLP (gmorris@honigman.com); Simeon G. Papacostas - Honigman Miller Schwartz and Cohn LLP (spapacostas@honigman.com); Mathrani, Vikram A. |
| **Subject:** | RE: Allergan et al v. Teva et al, 16-cv-01114-RGA (D. Del.) - Nov. 14 Meet and Confer |

Counsel:

This serves as follow-up to today's meet and confer call regarding potential motions *in limine* and the PTO.

As Plaintiff' counsel indicated during the call, if Defendants agree to the stipulations in Paragraphs 75 and 76 of the proposed PTO shell exchanged on November 19, or some reasonable modification thereof, that would address Plaintiffs' concerns and avoid the need for Plaintiffs to file a motion *in limine*.  Because Defendants' responses to the PTO shell are not due until December 5 and opening briefs for motions *in limine* are due November 26, please let us know by close of business today (or Monday morning if you need more time) whether Defendants agree with the language in proposed Paragraphs 75 and 76 of the PTO or a reasonable modification thereof.  For convenience, this language is repeated below:

> 75. The parties shall be precluded from proffering expert opinions or testimony not timely disclosed pursuant to Fed. R. Civ. P. 26.

> 76. The parties shall be precluded proffering any evidence or argument based on a claim construction or interpretation of claim terms other than the "plain meaning" or "ordinary and customary meaning of the claims." (*See*, *e.g.*, D.I. 110; D.I. 279, ¶¶ 4-12).

With respect to Defendants' potential motion *in limine* relating to secondary considerations of nonobviousness of the Formulation Patents, Plaintiffs agreed to provide citations to Plaintiffs' interrogatory response and Plaintiffs' witness testimony supporting failure of others and skepticism.  We will do so by Monday morning.

Finally, Defendants' PTO sections include dozens of pieces of alleged prior art for their 103 defenses.  As Plaintiffs explained, by including so many prior art references in Defendants' current PTO sections, Plaintiffs do not believe that Defendants have properly disclosed what defenses they will actually present at trial.  Thus, Plaintiffs requested that Defendants identify which references and prior art combinations Defendants will actually rely upon at trial.  Plaintiffs appreciate Defendants' apparent willingness during the meet and confer to consider expressly identifying (1) which disclosed prior art references Defendants may rely upon generally to show the state of the art as of the applicable priority dates versus (2) the disclosed prior art references that Defendants will rely upon for their obviousness combinations.   We look forward to that identification by the Defendants before finalizing the PTO for submission on December 17.  As discussed, Plaintiffs will raise this issue with the Court during the Pretrial Conference unless the parties can resolve this issue beforehand.

Regards,

Krista

---

**From:** Jeff A. Marx [mailto:jmarx@rmmslegal.com]
**Sent:** Thursday, November 21, 2019 6:48 PM
**To:** Krista M. Rycroft <kristarycroft@quinnemanuel.com>; 'Pesick, Jason Z.' <JPesick@winston.com>; Cooper, Bryce A. <BCooper@winston.com>; Cynthia H. Sun <CSun@rmmslegal.com>; Essig, Christopher B. <CEssig@winston.com>; Poullaos, Ivan M. <IPoullao@winston.com>; Torabi PhD, Noori <NTorabi@winston.com>; Rene, Loren G. <LRene@winston.com>; 'kkeller@shawkeller.com' <kkeller@shawkeller.com>; David Fry (dfry@shawkeller.com) <dfry@shawkeller.com>; Jack Phillips (jcp@pgmhlaw.com) <jcp@pgmhlaw.com>; 'David A. Bilson (dab@pgmhlaw.com)' <dab@pgmhlaw.com>; Lin, Sharon <SLin@winston.com>; William A. Rakoczy <wrakoczy@rmmslegal.com>; Paul J. Molino <paul@rmmslegal.com>; Deanne M. Mazzochi <DMazzochi@rmmslegal.com>; Kevin P. Burke <KBurke@rmmslegal.com>
**Cc:** QE-Linzess <qe-linzess@quinnemanuel.com>; Jack Blumenfeld <jblumenfeld@mnat.com>; Jeremy A. Tigan (jtigan@mnat.com) <jtigan@mnat.com>; Gregory A. Morris, Ph.D. - Honigman Miller Schwartz and Cohn LLP (gmorris@honigman.com) <gmorris@honigman.com>; Simeon G. Papacostas - Honigman Miller Schwartz and Cohn LLP (spapacostas@honigman.com) <spapacostas@honigman.com>; Mathrani, Vikram A. <VMathrani@honigman.com>
**Subject:** RE: Allergan et al v. Teva et al, 16-cv-01114-RGA (D. Del.) - Nov. 14 Meet and Confer

---

**[EXTERNAL EMAIL]**

---

Krista,
Confirming the 10am ET meet and confer. Thanks.

**JEFF A. MARX | PARTNER**
JMARX@RMMSLEGAL.COM
DIRECT | 312.222.6308
OFFICE | 312.527.2157



**SIX WEST HUBBARD STREET | CHICAGO IL 60654**
WWW.RMMSLEGAL.COM

This email message and any attachments are being sent by Rakoczy Molino Mazzochi Siwik LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately by replying to this message, and destroy all copies of this message and any attachments. Thank you.

**From:** Krista M. Rycroft [mailto:kristarycroft@quinnemanuel.com]
**Sent:** Thursday, November 21, 2019 12:12 PM
**To:** Jeff A. Marx; 'Pesick, Jason Z.'; Cooper, Bryce A.; Cynthia H. Sun; Essig, Christopher B.; Poullaos, Ivan M.; Torabi PhD, Noori; Rene, Loren G.; 'kkeller@shawkeller.com'; David Fry (dfry@shawkeller.com); Jack Phillips (jcp@pgmhlaw.com); 'David A. Bilson (dab@pgmhlaw.com)'; Lin, Sharon; William A. Rakoczy; Paul J. Molino; Deanne M. Mazzochi; Kevin P. Burke
**Cc:** QE-Linzess; Jack Blumenfeld; Jeremy A. Tigan (jtigan@mnat.com); Gregory A. Morris, Ph.D. - Honigman Miller Schwartz and Cohn LLP (gmorris@honigman.com); Simeon G. Papacostas - Honigman Miller Schwartz and Cohn LLP (spapacostas@honigman.com); Mathrani, Vikram A.
**Subject:** RE: Allergan et al v. Teva et al, 16-cv-01114-RGA (D. Del.) - Nov. 14 Meet and Confer

Jeff:

Plaintiffs are not available at your suggested time of 11 am ET, but are available at 10 am ET tomorrow.  Please confirm that Defendants agree to the 10 am ET time.  We can use the following call-in information:

> +1-213-306-3065
> Code: 929 279 302

Thanks,
Krista

---

**From:** Jeff A. Marx [mailto:jmarx@rmmslegal.com]
**Sent:** Wednesday, November 20, 2019 2:48 PM
**To:** Krista M. Rycroft <kristarycroft@quinnemanuel.com>; 'Pesick, Jason Z.' <JPesick@winston.com>; Cooper, Bryce A. <BCooper@winston.com>; Cynthia H. Sun <CSun@rmmslegal.com>; Essig, Christopher B. <CEssig@winston.com>; Poullaos, Ivan M. <IPoullao@winston.com>; Torabi PhD, Noori <NTorabi@winston.com>; Rene, Loren G. <LRene@winston.com>; 'kkeller@shawkeller.com' <kkeller@shawkeller.com>; David Fry (dfry@shawkeller.com) <dfry@shawkeller.com>; Jack Phillips (jcp@pgmhlaw.com) <jcp@pgmhlaw.com>; 'David A. Bilson (dab@pgmhlaw.com)' <dab@pgmhlaw.com>; Lin, Sharon <SLin@winston.com>; William A. Rakoczy <wrakoczy@rmmslegal.com>; Paul J. Molino <paul@rmmslegal.com>; Deanne M. Mazzochi <DMazzochi@rmmslegal.com>; Kevin P. Burke <KBurke@rmmslegal.com>
**Cc:** QE-Linzess <qe-linzess@quinnemanuel.com>; Jack Blumenfeld <jblumenfeld@mnat.com>; Jeremy A. Tigan (jtigan@mnat.com) <jtigan@mnat.com>; Gregory A. Morris, Ph.D. - Honigman Miller Schwartz and Cohn LLP (gmorris@honigman.com) <gmorris@honigman.com>; Simeon G. Papacostas - Honigman Miller Schwartz and Cohn LLP (spapacostas@honigman.com) <spapacostas@honigman.com>; Mathrani, Vikram A. <VMathrani@honigman.com>
**Subject:** RE: Allergan et al v. Teva et al, 16-cv-01114-RGA (D. Del.) - Nov. 14 Meet and Confer

> [EXTERNAL EMAIL]

---

Krista,
Are Plaintiffs available for a meet and confer on Friday, Nov. 22? I'll tentatively propose 11am ET.

Best,
Jeff

**JEFF A. MARX | PARTNER**
JMARX@RMMSLEGAL.COM
DIRECT | 312.222.6308
OFFICE | 312.527.2157



SIX WEST HUBBARD STREET | CHICAGO IL 60654
WWW.RMMSLEGAL.COM

3

This email message and any attachments are being sent by Rakoczy Molino Mazzochi
Siwik LLP, are confidential, and may be privileged. If you are not the intended recipient,
please notify us immediately by replying to this message, and destroy all copies of this
message and any attachments. Thank you.

**From:** Krista M. Rycroft [mailto:kristarycroft@quinnemanuel.com]
**Sent:** Monday, November 18, 2019 2:50 PM
**To:** 'Pesick, Jason Z.'; Cooper, Bryce A.; Jeff A. Marx; Cynthia H. Sun; Essig, Christopher B.; Poullaos, Ivan M.; Torabi PhD, Noori; Rene, Loren G.; 'kkeller@shawkeller.com'; David Fry (dfry@shawkeller.com); Jack Phillips (jcp@pgmhlaw.com); 'David A. Bilson (dab@pgmhlaw.com)'; Lin, Sharon; William A. Rakoczy; Paul J. Molino
**Cc:** QE-Linzess; Jack Blumenfeld; Jeremy A. Tigan (jtigan@mnat.com); Gregory A. Morris, Ph.D. - Honigman Miller Schwartz and Cohn LLP (gmorris@honigman.com); Simeon G. Papacostas - Honigman Miller Schwartz and Cohn LLP (spapacostas@honigman.com); Mathrani, Vikram A.
**Subject:** RE: Allergan et al v. Teva et al, 16-cv-01114-RGA (D. Del.) - Nov. 14 Meet and Confer

Counsel:

Following-up on the November 14 meet and confer, Plaintiffs have previously provided a substantive response to Interrogatory No. 2 and Defendants never filed a motion to compel for additional information.  Defendants had the opportunity to depose Plaintiffs' fact and expert witnesses according to the case schedule, and Defendants are aware of the information in their own produced documents. Plaintiffs' draft sections of the PTO to be exchanged tomorrow—including the statement of contested facts—will also include the specific indicia of nonobviousness that Plaintiffs will rely upon at trial for the Formulation Patents.  We trust that those PTO sections will resolve any issue that Defendants may have with respect to the issue but we remain open to discussing the issue further, if necessary, in an attempt to avoid wasting time with an unnecessary motion *in limine*.

Regards,
Krista

**From:** Krista M. Rycroft
**Sent:** Wednesday, November 13, 2019 2:06 PM
**To:** 'Pesick, Jason Z.' <JPesick@winston.com>; Cooper, Bryce A. <BCooper@winston.com>; 'Jeff A. Marx' <jmarx@rmmslegal.com>; Cynthia H. Sun <CSun@rmmslegal.com>; Essig, Christopher B. <CEssig@winston.com>; Poullaos, Ivan M. <IPoullao@winston.com>; Torabi PhD, Noori <NTorabi@winston.com>; Rene, Loren G. <LRene@winston.com>; 'kkeller@shawkeller.com' <kkeller@shawkeller.com>; David Fry (dfry@shawkeller.com) <dfry@shawkeller.com>; Jack Phillips (jcp@pgmhlaw.com) <jcp@pgmhlaw.com>; 'David A. Bilson (dab@pgmhlaw.com)' <dab@pgmhlaw.com>; Lin, Sharon <SLin@winston.com>; Rakoczy - William A. Rakoczy (wrakoczy@rmmslegal.com) <wrakoczy@rmmslegal.com>; Paul J. Molino <paul@rmmslegal.com>
**Cc:** QE-Linzess <qe-linzess@quinnemanuel.com>; Jack B. Blumenfeld (jblumenfeld@mnat.com) <jblumenfeld@mnat.com>; Jeremy A. Tigan (jtigan@mnat.com) <jtigan@mnat.com>; Gregory A. Morris, Ph.D. - Honigman Miller Schwartz and Cohn LLP (gmorris@honigman.com) <gmorris@honigman.com>; Simeon G. Papacostas - Honigman Miller Schwartz and Cohn LLP (spapacostas@honigman.com) <spapacostas@honigman.com>; Mathrani, Vikram A. <VMathrani@honigman.com>
**Subject:** RE: Allergan et al v. Teva et al, 16-cv-01114-RGA (D. Del.) - Nov. 14 Meet and Confer

Jason:

Let's schedule the meet and confer for 3:30 pm ET tomorrow.  Please use the following call-in information:

> +1-213-306-3065
> Code: 929 279 302

Thanks,
Krista

---

**From:** Pesick, Jason Z. [mailto:JPesick@winston.com]
**Sent:** Wednesday, November 13, 2019 9:51 AM
**To:** Krista M. Rycroft <kristarycroft@quinnemanuel.com>; Cooper, Bryce A. <BCooper@winston.com>; 'Jeff A. Marx'
<jmarx@rmmslegal.com>; Cynthia H. Sun <CSun@rmmslegal.com>; Essig, Christopher B. <CEssig@winston.com>;
Poullaos, Ivan M. <IPoullao@winston.com>; Torabi PhD, Noori <NTorabi@winston.com>; Rene, Loren G.
<LRene@winston.com>; 'kkeller@shawkeller.com' <kkeller@shawkeller.com>; David Fry (dfry@shawkeller.com)
<dfry@shawkeller.com>; Jack Phillips (jcp@pgmhlaw.com) <jcp@pgmhlaw.com>; 'David A. Bilson (dab@pgmhlaw.com)'
<dab@pgmhlaw.com>; Lin, Sharon <SLin@winston.com>; Rakoczy - William A. Rakoczy (wrakoczy@rmmslegal.com)
<wrakoczy@rmmslegal.com>; Paul J. Molino <paul@rmmslegal.com>
**Cc:** QE-Linzess <qe-linzess@quinnemanuel.com>; Jack B. Blumenfeld (jblumenfeld@mnat.com)
<jblumenfeld@mnat.com>; Jeremy A. Tigan (jtigan@mnat.com) <jtigan@mnat.com>; Gregory A. Morris, Ph.D. -
Honigman Miller Schwartz and Cohn LLP (gmorris@honigman.com) <gmorris@honigman.com>; Simeon G. Papacostas -
Honigman Miller Schwartz and Cohn LLP (spapacostas@honigman.com) <spapacostas@honigman.com>; Mathrani,
Vikram A. <VMathrani@honigman.com>
**Subject:** RE: Allergan et al v. Teva et al, 16-cv-01114-RGA (D. Del.) - Nov. 12, 5 pm ET PTO Exchange

[EXTERNAL EMAIL]

---

Krista,

Defendants are generally available to meet and confer during the timeframe you suggested.

Best,
Jason

**Jason Z. Pesick**
Winston & Strawn LLP
D: +1 312-558-3266
winston.com



---

**From:** Krista M. Rycroft <kristarycroft@quinnemanuel.com>
**Sent:** Tuesday, November 12, 2019 4:01 PM
**To:** Cooper, Bryce A. <BCooper@winston.com>; 'Jeff A. Marx' <jmarx@rmmslegal.com>; Cynthia H. Sun
<CSun@rmmslegal.com>; Essig, Christopher B. <CEssig@winston.com>; Poullaos, Ivan M. <IPoullao@winston.com>;
Torabi PhD, Noori <NTorabi@winston.com>; Rene, Loren G. <LRene@winston.com>; 'kkeller@shawkeller.com'
<kkeller@shawkeller.com>; David Fry (dfry@shawkeller.com) <dfry@shawkeller.com>; Jack Phillips (jcp@pgmhlaw.com)
<jcp@pgmhlaw.com>; 'David A. Bilson (dab@pgmhlaw.com)' <dab@pgmhlaw.com>; Lin, Sharon <SLin@winston.com>;
Rakoczy - William A. Rakoczy (wrakoczy@rmmslegal.com) <wrakoczy@rmmslegal.com>; Paul J. Molino
<paul@rmmslegal.com>; Pesick, Jason Z. <JPesick@winston.com>
**Cc:** QE-Linzess <qe-linzess@quinnemanuel.com>; Jack B. Blumenfeld (jblumenfeld@mnat.com)
<jblumenfeld@mnat.com>; Jeremy A. Tigan (jtigan@mnat.com) <jtigan@mnat.com>; Gregory A. Morris, Ph.D. -
Honigman Miller Schwartz and Cohn LLP (gmorris@honigman.com) <gmorris@honigman.com>; Simeon G. Papacostas -
Honigman Miller Schwartz and Cohn LLP (spapacostas@honigman.com) <spapacostas@honigman.com>; Mathrani,

Vikram A. <VMathrani@honigman.com>
**Subject:** Allergan et al v. Teva et al, 16-cv-01114-RGA (D. Del.) - Nov. 12, 5 pm ET PTO Exchange

Counsel:

"Will Call" Witnesses
Without waiving the right to call additional witnesses at trial, consistent with the parties' agreement to exchange informal lists of "will call" witnesses today for the purpose of narrowing potential deposition designations that may be exchanged later in the schedule, and pursuant to the parties' agreement to exchange formal witness lists on November 19, 2019 that may include both "will call" and "may call" witnesses pursuant to L.R. 16.3(c)(7) (*see* email exchange between K. Rycroft and J. Pesick dated Oct. 31-Nov. 4, 2019), Plaintiffs identify the following individuals that will be called at trial:

1. Mark Currie, Ph.D.
2. Lin Chang, M.D.
3. William DeGrado, Ph.D.
4. Alexander M. Klibanov, Ph.D.

If any witness listed as a person who Plaintiffs intend to call to testify in person is unavailable, Plaintiffs reserve the right to offer deposition testimony from such witness in lieu of live examination.  Plaintiffs reserve the right to identify additional witnesses on November 19 pursuant to L.R. 16.3(c)(7) and the parties' agreement. Plaintiffs further reserve the right to introduce testimony through deposition or live examination for any witness that Defendants Teva Pharmaceuticals USA, Inc. ("Teva") and/or Sandoz Inc. ("Sandoz") (Teva and Sandoz, collectively, "Defendants") identify on Defendants' list; for any expert witness that submitted an expert report on behalf of Defendants in this action; or as necessary to establish authenticity or admissibility of any trial exhibit if the authenticity or admissibility of the exhibit is challenged by Defendants.

Anticipated Motions *in Limine*
Without waiving the right to identify and serve additional motions *in limine*, and consistent with the parties' agreement to exchange lists of anticipated motions *in limine* today for the purpose of narrowing potential issues to be raised with the Court, Plaintiffs identify the following anticipated motions:

1. Preclude Defendants from proffering expert opinions or testimony not timely disclosed pursuant to Fed. R. Civ. P. 26 and Fed. R. Evid. 403.
2. Preclude Defendants from proffering any claim construction or interpretation of claim terms other than the "plain meaning" or "ordinary and customary meaning of the claims" pursuant to Fed. R. Evid. 402 and 403.  (*See*, *e.g.*, D.I. 110; D.I. 279, ¶¶ 4-12.)

Plaintiffs reserve the right to identify and serve additional motions *in limine* in response to any motion *in limine* identified by Defendants.  Plaintiffs also reserve the right to identify and serve additional motions *in limine* in response to any issues or conflicts that arise, for example, during the exchange of information for submitting the Pretrial Order or at trial.

With respect to the November 14 meet and confer, Plaintiffs are generally available from 1-4 pm ET.  Please let us know when Defendants are available within that time frame and we will circulate a call-in number.

Regards,
Krista

**Krista M. Rycroft**
*Of Counsel*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7461 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
kristarycroft@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

TAB B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| FOREST LABORATORIES, LLC et al.<br><br>          Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, Inc., and<br>SANDOZ, INC.,<br><br>          Defendants. | C.A. No. 1:16-cv-01114-RGA |

## DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE*

SHAW KELLER LLP
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com

Of Counsel:

George C. Lombardi
Christopher B. Essig
Ivan M. Poullaos
Jason Z. Pesick
Nathan R. Gilbert
Courtney S. Block
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600

Noorossadat Torabi
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
(650) 858-6500

Sharon Lin

PHILLIPS, GOLDMAN, MCLAUGHLIN &
HALL, P.A.
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

Of Counsel:

William A. Rakoczy
Deanne M. Mazzochi
Jeffery A. Marx
Kevin P. Burke
Cynthia H. Sun
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
(312) 222-6304

*Attorneys for Defendant Sandoz Inc.*

WINSTON & STRAWN LLP
1700 K ST NW
Washington, DC 20006
(202) 282-5000

*Attorneys for Defendant Teva*
*Pharmaceuticals USA Inc.*

Plaintiffs' motion improperly seeks to limit the Court's ability to comply with the law by deciding what the "plain and ordinary meaning" of any claim term is, in the event that an as-yet uncontemplated disagreement becomes apparent at trial. Defendants simply ask that the language in the pretrial order reflect what the law is, instead of attempting to tie the Court's hands.

## BACKGROUND

Defendants agree with Plaintiffs that the "plain and ordinary meaning" of all claim terms applies in this case. The critical issue is that the potential exists for disputes to come to light regarding what that plain and ordinary meaning is—issues that neither party has yet recognized. In fact, the Court itself may raise an issue of claim construction that did not occur to the parties previously. In such a case, the law requires the Court to resolve the issue. Defendants believe the pretrial order should permit the Court to comply with the law, instead of unnecessarily restricting the Court's ability to do so.

As Plaintiffs correctly explained, they proposed a stipulation that "[t]he parties shall be precluded from offering any evidence or argument based on a claim construction or interpretation of claim terms other than the 'plain meaning' or 'ordinary and customary meaning of the claims.'" In response, Defendants proposed their own language to document the agreement, but in a way that is consistent with the law:

> The parties have so far not encountered any claim construction or interpretation issues requiring the Court's resolution, and the parties do not currently expect to have any. Accordingly, the parties have agreed that the claims carry their "plain meaning" or "ordinary and customary meaning." (*See*, *e.g*., D.I. 110; D.I. 279, ¶¶ 4–12). The parties do not waive their right to raise any disputes that may arise at a later time, or to address any issues related to claim construction that the Court raises.

Plaintiffs simply rejected this proposal and submitted their motion *in limine*. It should be denied.

1

**ARGUMENT**

When a dispute regarding claim construction arises, the court "must resolve that dispute," *O2 Micro Int'l Ltd. v. Beyond Innovation Tech. Co.*, 521 F.3d 1351, 1360 (Fed. Cir. 2008). The Court "has considerable latitude in determining when to resolve issues of claim construction," including at trial. *CytoLogix Corp. v. Ventana Med. Sys., Inc.*, 424 F.3d 1168, 1172 (Fed. Cir. 2005); *see also Sofamor Danek Grp., Inc. v. DePuy-Motech, Inc.*, 74 F.3d 1216, 1221 (Fed. Cir. 1996) ("*Markman* does not obligate the trial judge to conclusively interpret claims at an early stage in a case. A trial court may exercise its discretion to interpret the claims at a time when the parties have presented a full picture of the claimed invention and prior art").

In *CytoLogix*, the parties agreed not to hold a *Markman* hearing, resulting in claim construction taking place at the close of evidence. The Federal Circuit said that "[t]his was not erroneous since we have held that the district court has considerable latitude in determining when to resolve issues of claim construction." 424 F.3d at 1172; *Jack Guttman, Inc. v. Kopykake Enterprises, Inc.*, 302 F.3d 1352, 1361 (Fed. Cir. 2002) ("District courts may engage in a rolling claim construction, in which the court revisits and alters its interpretation of the claim terms as its understanding of the technology evolves.").

Sometimes, disputes regarding claim construction arise unexpectedly. "This is not an uncommon occurrence," as the Federal Circuit has noted. *GE Lighting Solutions, LLC v. Agilight, Inc.*, 750 F.3d 1304, 1310 (Fed. Cir. 2014). "[P]arties in patent cases frequently stipulate to a construction or the court construes a term, only to have their dispute evolve to a point where they realize that a further construction is necessary." *Id.* In *GE Lighting*, the parties had stipulated to the construction of a term, but another dispute arose, requiring additional claim construction at summary judgment. *Id.*

Plaintiffs' case law is irrelevant, and the quotations that Plaintiffs cite address situations in which parties improperly try to get a second bite at the claim construction apple by proposing constructions that conflict with the Court's claim construction decision.  That is not the case here.  Rather, this is a situation in which a question of claim construction may arise following the early stages of a case.  For example, Plaintiffs cite to *Abbott Laboratories v. Syntron Bioresearch, Inc.*, but in that case, the Federal Circuit held that Syntron had waived the right to argue for a particular claim construction *on appeal* because it did not pursue that construction before the trial court.  334 F.3d 1343, 1357 (Fed. Cir. 2003).   Similarly, in *Hologic, Inc. v. Minerva Surgical, Inc.*, the court construed the claims following briefing and argument, and Minerva agreed "that it [did] not plan to reargue claim construction or take positions inconsistent with the claim construction order."  2018 WL 3348998, at *6 (D. Del. July 9, 2018); *see also Enova Tech. Corp. v. Initio Corp.*, 2013 WL 12156023, at *1 (D. Del. Jan. 31, 2013) (granting motion in limine seeking to exclude testimony and argument inconsistent with claim construction order).

Here, by contrast, the parties agree that the claims should be given their plain and ordinary meaning.  However, Plaintiffs would foreclose the Court from inquiring into what that meaning is, should such a question arise.  Plaintiffs' motion is unnecessary and improper because no party has raised any potential claim construction dispute.  As Plaintiffs state in their motion, this issue only arose because the parties could not agree on language to include in the pretrial order.  (Ps' MIL at 2).  Defendants agree that no party has raised a claim construction dispute or advanced constructions that differ from the plain and ordinary meaning.  Defendants simply request that the Court not foreclose itself and the parties from considering the plain and ordinary meaning of relevant claim terms should an unanticipated issue of their meaning arise.

The Court should deny Plaintiffs' misdirected Motion *in Limine*.

3

TAB C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ALLERGAN USA, INC., and IRONWOOD PHARMACEUTICALS, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 16-1114 (RGA) Consolidated |
| v. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC. and SANDOZ INC., | ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION *IN LIMINE*

OF COUNSEL:

Peter J. Armenio, P.C.
Robert B. Wilson
Anne S. Toker
Laura L. Fairneny
Krista M. Rycroft
Sky Adams
Christopher P. Hill
Allyson Parks
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue
New York, NY 10010
(212) 849-7000

Gregory A. Morris
Vikram A. Mathrani
Simeon G. Papacostas
HONIGMAN LLP
155 North Wacker Drive, Suite 3100
Chicago, IL 60606
(312) 701-9300

December 16, 2019

MORRIS, NICHOLS, ARSHT &TUNNELL LLP
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiffs*

Defendants seem to agree "that the 'plain and ordinary meaning' of all claim terms applies in this case." (Opp. at 1.) But instead of consenting to a stipulation preventing the parties from submitting evidence contrary to this meaning, Defendants seek to reserve an alleged "right to raise any disputes that may arise at a later time" with respect to claim construction. (*Id*.)

Defendants have no such right. The time for Defendants to propose a new claim construction is over and neither party requested that the Court apply a non-plain and ordinary meaning construction to any of the claim terms. As this Court has stated, "[a]t trial, parties may introduce evidence as to the plain and ordinary meaning of terms not construed by the Court to one skilled in the art, so long as the evidence does not amount to arguing claim construction." *Ferring Pharm. Inc. v. PAR Pharm., Inc.*, No. 15-173-RGA, 2016 WL 6471246, at *1 (D. Del. Oct. 28, 2016) (internal quotations omitted). Defendants' effort to prop the door open for themselves to raise an untimely, non-plain meaning claim construction should be denied.

None of Defendants' cited cases require this Court to hear a new claim construction dispute at this late date. In each of Defendants' cases, one or both parties identified a claim construction issue well before trial. In contrast, the Defendants here never raised a claim construction issue and purportedly do not currently plan to raise one. (*See* Opp. at 1.)

In a final effort to support their position, Defendants argue that Plaintiffs' motion will "foreclose the Court from inquiring into what that [plain and ordinary] meaning is, should such a question arise." (Opp. at 3.) But that argument misstates Plaintiffs' motion. It also conflates evidence that is probative of the plain meaning of a claim term with evidence that contradicts that plain meaning. Plaintiffs only seek to exclude the latter and establish the ground rule that neither party can seek a claim construction (or present evidence in support of a claim construction) at this late stage that is contrary to the plain and ordinary meaning of the claims.

1

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Peter J. Armenio, P.C.
Robert B. Wilson
Anne S. Toker
Krista M. Rycroft
Allyson Parks
Laura L. Fairneny
Sky Adams
Christopher P. Hill
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue
New York, NY  10010
(212) 849-7000

Gregory A. Morris
Vikram A. Mathrani
Simeon G. Papacostas
HONIGMAN LLP
155 North Wacker Drive, Suite 3100
Chicago, IL  60606
(312) 701-9300

December 16, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2019, copies of the foregoing were caused to be served upon the following in the manner indicated:

John W. Shaw, Esquire                                         *VIA ELECTRONIC MAIL*
Karen E. Keller, Esquire
Andrew E. Russell, Esquire
David M. Fry, Esquire
SHAW KELLER LLP
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

George C. Lombardi, Esquire                                  *VIA ELECTRONIC MAIL*
Samuel S. Park, Esquire
Christopher B. Essig, Esquire
Bryce A. Cooper, Esquire
Jason Z. Pesick, Esquire
Loren G. Rene, Esquire
Ivan M. Poullaos, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

Noorossadat Torabi, Esquire                                  *VIA ELECTRONIC MAIL*
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA  94025
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

Sharon Lin, Esquire                                          *VIA ELECTRONIC MAIL*
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20006
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

John C. Phillips, Jr., Esquire                               *VIA ELECTRONIC MAIL*
David A. Bilson, Esquire
PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE  19806
*Attorneys for Defendant Sandoz Inc.*

William A. Rakoczy, Esquire                                   *VIA ELECTRONIC MAIL*
Paul J. Molino, Esquire
Deanne M. Mazzochi, Esquire
Jeffery A. Marx, Esquire
Kevin P. Burke, Esquire
Lauren M. Lesko, Esquire
Cynthia H. Sun, Esquire
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL  60654
*Attorneys for Defendant Sandoz Inc.*


/s/ *Jeremy A. Tigan*
_____
Jeremy A. Tigan (#5239)

EXHIBIT 16

# TAB A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

FOREST LABORATORIES, LLC et al.

    Plaintiffs,

v.

TEVA PHARMACEUTICALS USA, Inc., and
SANDOZ, INC.,

    Defendants.

C.A. No. 1:16-cv-01114-RGA

## DEFENDANTS' MOTION *IN LIMINE* TO LIMIT PLAINTIFFS' ASSERTION OF SECONDARY CONSIDERATIONS OF NONOBVIOUSNESS

SHAW KELLER LLP
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com

Of Counsel:

George C. Lombardi
Christopher B. Essig
Ivan M. Poullaos
Jason Z. Pesick
Nathan R. Gilbert
Courtney S. Block
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600

Noorossadat Torabi
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
(650) 858-6500

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

Of Counsel:

William A. Rakoczy
Deanne M. Mazzochi
Jeffery A. Marx
Kevin P. Burke
Cynthia H. Sun
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
(312) 222-6304

*Attorneys for Defendant Sandoz Inc.*

Sharon Lin
WINSTON & STRAWN LLP
1700 K ST NW
Washington, DC 20006
(202) 282-5000

*Attorneys for Defendants Teva*
*Pharmaceuticals USA Inc.*

Defendants respectfully move under Fed. R. Civ. P. 26 and 37 and Federal Rule of Evidence 703 to preclude Plaintiffs from asserting the secondary consideration of "teaching away" with respect to U.S. Patent Nos. 8,748,573 and 8,802,628 (together, "the Formulation Patents").

## BACKGROUND

Plaintiffs have for the first time in this case, revealed their intent to rely on a brand new, not previously disclosed, argument—one that Plaintiffs easily could have disclosed earlier. Specifically, in the context of putting together the parties' Pretrial Order, Plaintiffs disclosed for the first time their intent to argue that the prior art "taught away" from using the ingredients calcium and leucine in the claimed linaclotide formulation. (Pretrial Order Exhibit 2 at 4–5). Not only have Plaintiffs never disclosed this theory before, they essentially acknowledge their argument is brand new by claiming in a footnote that it was Defendants' expert who disclosed Plaintiffs' argument. (*Id.* at 4 n. 2.) This alleged disclosure came during the expert's deposition when he answered questions posed by Plaintiffs' counsel that made no reference to "teaching away." That is not sufficient and does not qualify as a disclosure that gives Defendants the ability to respond.[1]

There are two sets of patents in this case: the so-called "Compound Patents" relating to the chemical composition of a molecule linaclotide; and the later-issuing "Formulation Patents" relating to a particular pharmaceutical formulation containing linaclotide. Through fact and expert discovery, Defendants repeatedly sought Plaintiffs' theories for why those patents are not invalid. In particular, Defendants asked Plaintiffs to identify any allegations of "secondary considerations of nonobviousness" that they would be relying on, and the reasons that each consideration applied to each set of patents. On September 17, 2018, Plaintiffs served interrogatory responses, which

---

[1] Plaintiffs' statement is also wrong. Nowhere did Dr. Gupta opine that the prior art "taught away" from the claimed invention. Also, on Nov. 26, Plaintiffs further expanded the alleged evidence to include prior art, which they plainly could have properly disclosed.

1

included, contentions on secondary considerations.  (Ex. 1, Plfs' Suppl. Rog. Resp. No. 2 at 13-49).

Plaintiffs disclosed (among others) an argument that the prior art "taught away" from the alleged

inventions claimed in the "Compound Patents."  (*Id.* at 27-45.)  Plaintiffs asserted that "the prior art

generally and specifically taught away from research based on ST peptides, STcore and/or developing

a G-CC agonist for the treatment of patients suffering from IBS-c or CIC."  (*Id.* at 44.)  Notably,

Plaintiffs' "teaching away" argument was limited to showing why the Compound Patents claiming

linaclotide would not have been obvious.  Plaintiffs did not disclose any such "teaching away"

argument for the Formulation Patents.  (*Id.*)  And Plaintiffs certainly disclosed no theory that the prior

art taught away from the inclusion of calcium and leucine in a linaclotide formulation.

Months later, on January 18, 2019, Plaintiffs' sole expert related to the Formulation Patents,

Dr. Klibanov, served an expert report offering his opinions on Plaintiffs' alleged secondary

considerations of nonobviousness.  Dr. Klibanov's only secondary consideration opinion related to

certain alleged "unexpected results" realized by the claimed formulation.  (Ex. 2, Klibanov Rebuttal

Report ¶¶ 198-202.)[2]  Plaintiffs never further supplemented their written interrogatory responses, and

when Dr. Klibanov submitted his supplemental expert report, he again limited his secondary

considerations opinions to "unexpected results."  (Ex. 5, Klibanov Supp. Report ¶¶ 107–12.)

Nowhere does he offer an opinion that the prior art taught away from the inclusion of calcium and

leucine in a linaclotide formulation, and Plaintiffs have pointed to no such disclosure.

Now, on the eve of trial, after all expert discovery has been conducted, while the parties are

preparing the Pretrial Order, and more than a year after their supplemental interrogatory disclosures,

Plaintiffs have indicated their intent to assert a "teaching away" argument with respect to the

---

[2] In contrast, Plaintiffs' experts relating to the **Compound** Patents, Dr. DeGrado and Dr. Chang, disclosed secondary considerations opinions relating to teaching away, long-felt need, failure of others, unexpected results, and praise.  (Ex. 3, Chang Report ¶¶ 118-121; Ex. 4, DeGrado Report ¶ 224).

Formulation Patents.  Plaintiffs' improper disclosure has prejudiced Defendants' ability to mount a defense (including rebuttal expert opinions) against Plaintiffs' untimely disclosures, especially given that Plaintiffs' could have disclosed this theory at the outset of the case.

## ARGUMENT

Plaintiffs should be precluded from asserting the secondary consideration of "teaching away" as it relates to the Formulation Patents because they failed to timely disclose any such argument.  The Federal Rules require timely response to, and supplementation of, interrogatories and other forms of discovery.  *See, e.g.*, Fed. R. Civ. P. 26(e).  The penalty for failing to timely disclose and supplement is that "the party is not allowed to use that information . . . to supply evidence . . . at a trial, unless the failure was substantially justified or harmless."  Fed. R. Civ. P. 37(c)(1).  If a party breaches its duty to supplement without good cause, the Court must "consider whether exclusion . . . is appropriate under Federal Rule of Civil Procedure 37."  *St. Clair Intellectual Prop. Consultants, Inc. v. Matsushita Elec. Indus. Co.*, C.A. No. 1436-LPS, 2012 WL 1015993, at *7 (D. Del. Mar. 26, 2012); *see also Fisher v. Baltimore Life Ins. Co.*, 235 F.R.D. 617, 628 (N.D. W. Va. 2006) ("[T]he point of interrogatories is to obtain a party's admissions and contentions under oath and to narrow the issues in the case.") (quotation omitted).  Here, Plaintiffs' late disclosure is far from harmless.

Defendants are prejudiced because neither they nor their experts had any reason to consider or rebut Plaintiffs' new argument. Further, Plaintiffs' vague, new, and untimely disclosures on this topic (spanning a few lines in a footnote in the pretrial order) leave the door open to other evidence, and Plaintiffs have in fact intimated that they will rely on even more unidentified evidence for their new argument.  The time for disclosures of case theories was during discovery over a year ago.  Plaintiffs did not do so.  Accordingly, the Court should preclude Plaintiffs from asserting or offering testimony supporting the assertion of "teaching away" as to the Formulation Patents.

# EXHIBIT 1
# REDACTED IN
# ITS ENTIRETY

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ALLERGAN USA, INC. and IRONWOOD PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. and SANDOZ INC., <br><br> Defendants. | C.A. No. 16-1114 (RGA) CONSOLIDATED <br><br> *Includes Information Designated As Highly Confidential – Subject to Protective Order* |

**REBUTTAL EXPERT REPORT OF PROFESSOR ALEXANDER M. KLIBANOV**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# TABLE OF CONTENTS

I.      BACKGROUND AND EXPERIENCE ............................................................................1

    A.      Qualifications ...............................................................................................................1

    B.      Materials considered ....................................................................................................3

    C.      Summary of my rebuttal opinions................................................................................4

II.     THE LEGAL STANDARDS.............................................................................................5

    A.      A person of ordinary skill in the art.............................................................................5

    B.      The standard for obviousness.......................................................................................6

    C.      The standard for enablement........................................................................................7

III.    BACKGROUND: STABLE PEPTIDE FORMULATION ...............................................8

    A.      Developing a shelf-stable peptide formulation is a complex and
           unpredictable process ...................................................................................................8

    B.      To succeed in developing a shelf-stable peptide formulation, one must
           understand the peptide's degradation pathways and their relative roles ...............12

    C.      Even with an understanding of a peptide's degradation pathways and their
           relative roles, developing a shelf-stable peptide formulation is difficult and
           unpredictable, requiring extensive testing and analysis........................................16

IV.     THE CHALLENGES OF DEVELOPING A SOLID STABLE FORMULATION
       OF LINACLOTIDE.........................................................................................................18

    A.      Linaclotide is a complex peptide that would have presented significant
           challenges to a formulator...........................................................................................18

    B.      Linaclotide's degradation pathways and their relative roles are unique and
           would have been unpredictable...................................................................................19

    C.      The development of the LINZESS® 145 and 290 µg formulations......................21

V.      THE ASSERTED CLAIMS OF THE FORMULATION PATENTS ..............................27

VI.     DR. BLOCK'S OBVIOUSNESS OPINION IS FLAWED AND BASED ON
       HINDSIGHT....................................................................................................................28

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

A.     Dr. Block fails to establish a motivation to formulate linaclotide into the claimed solid stable compositions comprising $Ca^{2+}$ and leucine ..........................28

    1.    Dr. Block's approach of identifying and seeking to eliminate linaclotide's potential degradation pathways is flawed and evidences hindsight ....................................................................................28

        a.    Using hindsight, Dr. Block arbitrarily compiles a list of four "common" potential peptide degradation pathways applicable to linaclotide and ignores numerous others .................28

        b.    Dr. Block again relies on hindsight to narrow his list of potential peptide degradation pathways from four to three ..........31

        c.    Dr. Block uses hindsight when he assumes that his three potential peptide degradation pathways would actually operate to degrade linaclotide .........................................32

        d.    Dr. Block's analysis fails to account for the relative importance of linaclotide's degradation pathways ........................33

    2.    Dr. Block's selection of leucine as an additive evidences hindsight bias ................................................................................................34

        a.    Dr. Block's rationale for selecting leucine based on eliminating the "expected" deamidation and formaldehyde-mediated degradation pathways evidences hindsight bias .............34

        b.    Dr. Block fails to articulate any chemistry-based reason why leucine would eliminate deamidation ....................................35

        c.    Formaldehyde's "expected" role in causing degradation of linaclotide would have dissuaded a POSA from using excipients that contain it .................................................35

        d.    Dr. Block incorrectly states that leucine was a "well-known" excipient routinely used in pharmaceutical formulations ...............................................................36

        e.    Even assuming a desire to eliminate the deamidation and formaldehyde-mediated degradation pathways, there were numerous alternatives available to a POSA ...................................37

        f.    Dr. Block fails to establish that his cited references would have guided a POSA to select leucine ...........................................39

            (1)    *Sorensen '278* ....................................................39

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

(2)    *Metz 2004* ................................................................40

(3)    *Del Barrio 2006* .......................................................41

(4)    *Li 2006* ...................................................................42

(5)    *Adesunloye '106* .....................................................43

(6)    *Iwata '433* ...............................................................44

3.    Dr. Block's selection of $Ca^{2+}$ as an additive evidences hindsight bias ................................................................................46

    a.    Dr. Block's immediate focus on deamidation, aggregation, and degradation during storage and after oral administration evidences hindsight bias .......................................46

    b.    Even assuming a desire to eliminate the deamidation and aggregation pathways, there were numerous alternatives available to a POSA ......................................................47

    c.    Dr. Block fails to establish that his cited references would have guided a POSA to select $Ca^{2+}$..................................49

        (1)    *Rehder '326* ............................................................49

        (2)    *Sorensen '858* ........................................................51

        (3)    *Cleland 1993* ..........................................................51

        (4)    *Bentz '392* ..............................................................52

        (5)    *Chan '788* ...............................................................53

        (6)    *Chen 1999* ..............................................................54

        (7)    *Marra '248* ..............................................................55

        (8)    *Yanagawa '336*........................................................56

        (9)    *Cini '298*.................................................................57

4.    Dr. Block fails to establish the motivation for a POSA to combine $Ca^{2+}$ and leucine as additives to obtain the claimed solid stable linaclotide compositions ......................................................58

    a.    Under Dr. Block's approach, combining $Ca^{2+}$ and leucine would have had redundant effects on linaclotide's stability...........58

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

b.     None of Dr. Block's cited references teaches or suggests a reason to combine $Ca^{2+}$ and leucine................................................60

c.     Innumerable possible combinations of excipients were available to a POSA at the time of the invention...........................62

d.     Dr. Block incorrectly assumes that determination of the claimed ratios of $Ca^{2+}$ and leucine for linaclotide would have been routine ..........................................................................65

5.     Dr. Block fails to prove that a POSA would have had a reasonable expectation of successfully arriving at the claimed solid stable linaclotide compositions ............................................................68

B.     Dr. Block ignores Allergan and Ironwood's development work, which confirms the unpredictability and complexity of making a solid stable formulation of linaclotide ....................................................................71

VII.     UNEXPECTED RESULTS SUPPORT THE NONOBVIOUSNESS OF THE FORMULATION PATENTS...........................................................................72

VIII.     DR. BLOCK HAS FAILED TO PROVIDE A REASONED BASIS FOR HIS NON-ENABLEMENT OPINION ......................................................................73

IX.     CONCLUSION.................................................................................................74

X.     TRIAL/HEARING EXHIBITS .......................................................................74

XI.     SUPPLEMENTATION OF OPINIONS .........................................................74

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

## I.        BACKGROUND AND EXPERIENCE

1.        I, Alexander M. Klibanov, Ph.D., hereby present the following expert witness report.  If called to testify at trial in the above-captioned matter, I may testify with regard to the opinions and bases set forth below.

### A.        Qualifications

2.        I am a Professor of Chemistry and Bioengineering at the Massachusetts Institute of Technology ("M.I.T."), where I have been teaching and conducting research for over 39 years. I currently hold the Novartis Endowed Chair Professorship, which I also held from 2007 to 2011.

3.        I obtained an M.S. degree in Chemistry in 1971 and a Ph.D. degree in Chemical Enzymology in 1974, both from Moscow University in Russia.  Between 1974 and 1977, I worked as a Research Chemist at Moscow University's Department of Chemistry.  In 1977, following my immigration to the United States, I was a Post-Doctoral Associate in the Department of Chemistry at the University of California in San Diego from 1977 to 1979.

4.        In 1979, I joined the faculty at M.I.T.  From 1979 to 1988, I was an Assistant Professor, then an Associate Professor, and thereafter a Full Professor of Applied Biochemistry in the Department of Applied Biological Sciences (formerly the Department of Nutrition and Food Science).  From 1988 to 2007, I was a Professor of Chemistry in the Department of Chemistry.  Since 2000, I am also a Professor of Bioengineering in the Department of Biological Engineering.  I held the Roger and Georges Firmenich Endowed Chair Professorship in Chemistry from 2012 to 2014.

5.        Over the last 47-plus years as a practicing chemist, I have extensively researched, published, taught, and lectured in many areas of biological, medicinal, protein, and pharmaceutical formulation chemistry.

6.        I have been awarded numerous prestigious professional honors for my work.  For

example, I was elected to the U.S. National Academy of Sciences, a distinction considered among the highest honors that can be given to an American scientist.  I was also elected to the U.S. National Academy of Engineering, a distinction considered among the highest honors that can be given to an American engineer.  In addition, I have received the Arthur C. Cope Scholar Award, the Marvin J. Johnson Award, the Ipatieff Prize, and the Leo Friend Award, all from the American Chemical Society, as well as the International Enzyme Engineering Prize.  I am a Founding Fellow of the American Institute for Medical and Biological Engineering and a Corresponding Fellow of the Royal Society of Edinburgh, which is Scotland's National Academy of Science and Letters.

7.      I currently serve on the Editorial Boards of over a dozen scientific journals, including "Open Journal of Pharmacology," "Applied Biochemistry and Biotechnology," "Nanocarriers," "Journal of Biological Chemistry and Molecular Pharmacology," "Recent Patents in Biotechnology," "Current Pharmaceutical Biotechnology," "Archives of Medical Biotechnology," "International Journal of Drug Design, Delivery and Safety," and "Medicinal Chemistry."

8.      I have published over 315 scientific papers in various chemical disciplines, including protein stability and stabilization, as well as drug formulation and delivery.  I am a named inventor of 25 issued United States patents and of a number of pending patent applications.  Several of those patents specifically concern both solid and liquid pharmaceutical dosage forms, as well as stabilization of polypeptide-based therapeutic agents.

9.      I have given over 370 invited lectures at professional conferences, universities, and corporations all over the world, many of them dealing with formulation, stability, stabilization, delivery, and evaluation of biologically active compounds, including proteins and

peptides.

10.     In addition to my research and teaching activities at M.I.T., I have consulted widely for pharmaceutical, medical diagnostics, biotechnology, and medical device companies. My consulting work has been on behalf of both innovator and generic pharmaceutical companies.

11.     I have founded six pharmaceutical companies and have been on the scientific advisory boards and/or boards of directors of those companies, as well as of many others.  A number of these entrepreneurial, consulting, advisory, and directorship activities have dealt with the formulation (including excipient selection), stability, stabilization, administration, and pharmacological evaluation of protein and peptide-based therapeutic agents.

12.     I expect to testify at trial regarding my background, qualifications, and experience relevant to the issues in this action.

13.     Attached as **Exhibit A** is my *curriculum vitae* which summarizes my background and credentials and also includes a list of my publications.

**B.     Materials considered**

14.     My opinions herein are based on my general professional knowledge and experience of 47-plus years as a practicing chemist, especially those in the areas of biological, medicinal, protein, and pharmaceutical formulation chemistry.  My opinions are also informed by documents and information that I have considered during the preparation of this expert report, including U.S. Patent Nos. 8,748,573 ("the '573 patent") and 8,802,628 ("the '628 patent") (collectively, "the Formulation Patents"), their prosecution histories, and the Opening Expert Report of Lawrence H. Block, Ph.D., FAPRS, FAAPS ("Opening Block Report" or "Block") dated November 9, 2018.  A list of all materials I have considered is attached as **Exhibit B** and/or cited in this report and the appendices thereto.

15.     I reserve the right to rely upon any additional information or materials that may be provided to me, that are relied upon by any of Defendants' experts or other witnesses, or that are developed prior to, or at, trial.

**C.     Summary of my rebuttal opinions**

16.     The following is a brief summary of the main opinions I intend to offer in this case.  It is not intended as a recitation of the scope of opinions I will offer or the bases of these opinions.  Those are found in the fuller statements set forth in detail in this report.

17.     The asserted claims 1-4, 7, and 8 of the '573 patent and the asserted claims 1-5, 16, 17, 20, and 21 of the '628 patent are ***not*** invalid.  In other words, ***none*** of the references that Dr. Block cites in his report, either alone or in combination, render the asserted claims obvious.

18.     Dr. Block's analysis relies on flawed assumptions and hindsight.  Dr. Block first identifies references containing $Ca^{2+}$ or leucine based on the teachings of the Formulation Patents.  Then he opines that a person of ordinary skill in the art ("POSA") would have arbitrarily focused on eliminating only the degradation pathways discussed in those hindsight-selected references.  Not only is Dr. Block's narrow focus the product of impermissible hindsight, but it is also based on misstatements regarding the science of peptide degradation.  He compounds those errors by ignoring other potential ways to stabilize peptides available to a POSA.

19.     A POSA would ***not*** have combined the teachings of Dr. Block's asserted references because there was no motivation to do so.  Moreover, even if those references were combined, they would still ***not*** have motivated a POSA to formulate linaclotide into the claimed solid stable compositions.

20.     Furthermore, a POSA would ***not*** have had a reasonable expectation that adding $Ca^{2+}$ and leucine would result in the claimed solid stable linaclotide compositions.

21.     Also, Dr. Block ignores the real-world evidence showing the difficulty of formulating a solid stable linaclotide formulation.  This evidence further shows the non-obviousness of the claimed inventions, and had Dr. Block properly considered it, the evidence would have guarded against his use of hindsight.

22.     In addition, unexpected results further support the nonobviousness of the Formulation Patents' inventions.

23.     Finally, Dr. Block has failed to provide support for his opinion that the asserted claims of the Formulation Patents are not enabled.

## II.     THE LEGAL STANDARDS

24.     Since I am not a lawyer, counsel for Plaintiffs ("counsel") has explained to me the legal principles outlined below.

### A.     A person of ordinary skill in the art

25.     The Court views a patent from the perspective of a POSA.  A POSA is someone with the requisite training and skill in the field of the invention (but not the highest expertise) who is presumed to be familiar with all relevant and publicly available prior art at the time of the invention.

26.     In defining a POSA, I have been instructed by counsel to consider: (1) the education level of the inventors of the patents-in-suit; (2) the type of problems encountered in the art; (3) prior art solutions to the problem; (4) the rapidity with which innovations were made; (5) the sophistication of the technology; and (6) the education level of active workers in the field.

27.     Based on my review of the Formulation Patents, the pertinent art for those patents is the field of drug formulation, development, and/or use of therapeutic agents, including potential treatments for gastrointestinal ("GI") disorders.  It is my opinion that a POSA for each of the asserted claims of the Formulation Patents would have had (i) an M.D. degree and/or a

Ph.D. degree in pharmacology, biology (or a sub-discipline thereof), chemistry (or a sub-discipline thereof), chemical engineering (or a sub-discipline thereof), or a related discipline, along with one to two years of experience in pharmaceutical formulations, or (ii) a Master's degree in the aforementioned disciplines along with four to five years of experience in pharmaceutical formulations, or (iii) a Bachelor's degree in the aforementioned disciplines along with six to seven years of experience in pharmaceutical formulations.[1]

28.     The earliest priority date for the '628 patent is August 15, 2008, and the earliest priority date for the '573 patent is August 6, 2009.  (*See, e.g*., '628 patent, at 1; '573 patent, at 1.) For each respective patent, those dates represent the relevant time of the invention for purposes of assessing the knowledge of a POSA.  The opinions expressed in this report are the same regardless of which of the two priority dates is used.

### B.     The standard for obviousness

29.     A United States patent, once issued, is presumed valid.  A challenger carries the burden of proving invalidity of an issued patent by clear and convincing evidence.

30.     In order for a patent claim to be found invalid due to obviousness, the differences between the prior art and the patent claim must be such that the claimed subject matter as a whole would have been obvious to a POSA.  In certain circumstances, a patent claim may be found invalid for obviousness by a combination of prior art references or by a prior art reference combined with the knowledge of a POSA.  In determining whether a claim is invalid for obviousness, the following factors are considered: (1) scope and content of the prior art; (2) the differences between the claim at issue and the prior art; (3) the level of ordinary skill in the

---

[1] I have reviewed Dr. Block's proposed definition of a POSA.  (Block, ¶¶ 119-120.)  The opinions expressed in this report would be the same even if I used Dr. Block's POSA definition.

pertinent art; and (4) the presence of certain objective considerations of nonobviousness.

31.     Obviousness is determined at the time of the invention (not the date of application or litigation) and any judgment as to obviousness must be made without reliance on hindsight. It is wrong to use the Formulation Patents as a guide through multiple prior art references, combining the right references in the right way so as to achieve the result of the asserted claims of the Formulation Patents.

32.     A patent cannot be invalidated for obviousness if it combines prior art in a nonobvious way. The burden falls on the patent challenger to show by clear and convincing evidence that a POSA would have had a reason to attempt to combine the prior art references to make the claimed composition and would have had a reasonable expectation of success in doing so.

33.     In order to show obviousness, facts must be provided showing how specific references could be combined, which combination of elements would yield a predictable result, and how the combinations would operate. Similarly, motivation to combine must be shown specifically for the asserted combinations of elements from the specific references.

34.     Even if all claim elements are disclosed in the asserted prior art references, it would not be obvious to combine the prior art references if the separate elements from the prior art references would have to be used for a different purpose to achieve the result of the claim.

35.     Objective indicia of nonobviousness, or "secondary considerations," can include evidence of unexpected results. When present, these objective indicia must be considered in making the determination regarding obviousness.

**C.     The standard for enablement**

36.     A patent specification satisfies the enablement requirement if it teaches a POSA how to make and use the claimed invention without undue experimentation. This requirement is

met when at the time of the filing of the application a POSA, having read the specification, could practice the invention without undue experimentation. Whether undue experimentation is required is not a single, simple, factual determination, but rather is a conclusion reached by weighing many factors outlined in the next paragraph. A specification need not disclose what is well known in the art.

37. The following factors may be considered when determining whether a disclosure requires undue experimentation: (1) the quantity of experimentation necessary, (2) the amount of direction or guidance presented, (3) the presence or absence of working examples, (4) the nature of the invention, (5) the state of the prior art, (6) the relative skill of those in the art, (7) the predictability or unpredictability of the art, and (8) the breadth of the claims. These factors are illustrative, but not mandatory. What is relevant depends on the facts, and although experimentation must not be undue, a reasonable amount of routine experimentation required to practice a claimed invention does not violate the enablement requirement.

## III. BACKGROUND: STABLE PEPTIDE FORMULATION

### A. Developing a shelf-stable peptide formulation is a complex and unpredictable process

38. One of the major challenges in developing a successful pharmaceutical protein or peptide therapeutic, such as linaclotide, is creating a formulation that is shelf-stable. Shelf-stability requires that, for a sufficient length of time prior to administration, *i.e.*, during manufacturing, storing, and distributing the drug, the protein or peptide not appreciably undergo deleterious physical or chemical degradation reactions. That was true as of 2008-2009, and remains true today. A lack of adequate stability can lead to, among other things, drastically diminished efficacy and adverse immune responses in the patient.

39. Based on my professional experience, it is an arduous task — and there is no

reasonable certainty — that a POSA, at the time of the invention (and even today), when provided with a new therapeutic protein or peptide such as linaclotide, would be able to develop a suitably stable pharmaceutical composition to make it commercially viable or pharmaceutically useful.  My experience in this regard is supported by the relevant literature available, as illustrated by several representative scholarly reviews discussed below.

40.     A 2002 treatise by *Carpenter* explains that numerous factors influence the stability of a therapeutic protein or peptide, such that the development of a suitable pharmaceutical composition in each new specific case presents its own unique challenge. (RATIONAL DESIGN OF STABLE PROTEIN FORMULATIONS: THEORY AND PRACTICE (John F. Carpenter & Mark C. Manning, eds., 2002) ("*Carpenter 2002*").)  *Carpenter 2002* explains that "[t]he exquisite sensitivity of protein structure, function, and stability to the primary sequence does not readily lend itself to a generic approach for protein formulation." (*Carpenter 2002*, at 185-186.)  "Even for closely related proteins, the relative stability and major pathways for degradation might be quite different."  (*Id.*)  In other words, there is no "one size fits all" approach to protein or peptide stabilization.

41.     *Capelle 2007*, a review article relied on by Dr. Block, states that "[p]roteins are complex molecules and especially smaller proteins and peptides can have a large number of possible conformations."  (M. Capelle *et al.*, *High Throughput Screening of Protein Formulation Stability: Practical Considerations*, 65 EUR. J. PHARM. BIOPHARM. 131, 133 (2007) ("*Capelle 2007*").)  For example, *Capelle 2007* further explains that "there are no general stabilization approaches for proteins and that for each protein a customized formulation needs to be developed."  (*Id.*, at 132.)  *Senderoff 1994*, another article relied on by Dr. Block, states that "[p]roteins are inherently unstable molecules[], which present unique difficulties in their

purification, formulation, storage, and delivery." (R. Senderoff *et al.*, *Aqueous Stability of Human Epidermal Growth Factor 1-48*, 11 PHARM. RES. 1712, 1712 (1994) ("*Senderoff 1994*").)

42.     For each of the many other causes of protein or peptide instability, there are likewise numerous influencing factors, such that a likelihood of achieving success would have been unknown.  For example, *Capelle 2007* states that "[t]he formulation of protein drugs is a difficult and time-consuming process, mainly due to the complexity of protein structure and the very specific physical and chemical properties involved." (*Capelle 2007*, at Abstract.)

43.     Antibodies are some of the most common and commercially-important types of therapeutic proteins.  Yet another review article in a peer-reviewed journal, *Wang 2007*, explains: "[A]ntibodies, like other proteins, may generate a variety of degradants during production, processing, and storage both in liquid and solid states.  Their tendency to generate such degradants depends very much on individual sequence, pI [*i.e.*, the isoelectric point], hydrophobicity, and carbohydrate content." (W. Wang *et al.*, *Antibody Structure, Instability, and Formulation*, 96 J. PHARM. SCI. 1, 14 (2007) ("*Wang 2007*").)  Notably, however, as a class, antibodies are more uniform and usually more stable than other therapeutic proteins or peptides. *Wang 2007* discloses that "[t]he available stability data in the literature and the information on the commercial antibody products suggest that antibody formulation seems challenging but relatively manageable, compared to other protein drugs." (*Id.*, at 21.)  Nevertheless, *Wang 2007* stresses that "one formulation excipient stabilizing a specific antibody may not be suitable for another because of the differences in their sequence." (*Id.*, at 14.)

44.     A 2006 review article by *Daugherty* explains: "A priori, one might assume that by finding a stable formulation for one of these antibody drugs, that such a formulation would be good for most if not all, similar antibodies.  If this were borne out by experience, there would be

no need for a review such as this.  Instead, each antibody seems to have a unique personality related to its requirements for stability." (*See* A. Daugherty *et al.*, *Formulation and Delivery Issues for Monoclonal Antibody Therapeutics*, 58 ADV. DRUG DELIV. REV. 686, 690 (2006) ("*Daugherty 2006*").)  These statements about antibodies would have been at least as applicable and valid with respect to pharmaceutical proteins and peptides in general, as a POSA would have recognized at the time of the invention here.

45.     A pharmaceutical formulator, faced with the task of developing a stable pharmaceutical composition containing a protein or peptide such as linaclotide, would need to consider numerous variables.  One of the most important variables is the unique degradation pathways of a given protein or peptide and each pathway's relative level of importance.  (*See, e.g.*, *Carpenter 2002*, at 185; *Capelle 2007*, at 131; *Senderoff 1994*, at 1720; D. Volkin *et al.*, *Degradative Covalent Reactions Important to Protein Stability*, 8 MOLECULAR BIOTECH. 105, 119 (1997) ("*Volkin 1997*").)  Once these degradation pathways are identified, a POSA would have needed to identify which stabilizing excipients to include in the formulation, the amounts of each one, and other conditions (*i.e.*, pH).  A POSA would have also considered numerous formulation variables including, for example, pH, stabilizers, solubilizers, antioxidants, buffers, tonicity modifiers, and bulking agents.  (*Carpenter 2002*, at 13-14; *see also Capelle 2007*, at 133.)

46.     Additionally, a POSA would not have known what formulation components would have had a stabilizing effect on a particular peptide, let alone in what amounts.  There were numerous potential peptide-stabilizing excipients available.  (*See* below ¶¶ 108-112, 135-137, 176-181.)  A POSA would have been aware that the stabilizing effects of each excipient could vary greatly.  Therefore, a POSA would have understood that, in general, the conditions found to be effective for stabilizing one peptide would not necessarily be predictive of how to

stabilize another peptide.  (*See, e.g.*, J. Cleland *et al.*, *The Development of Stable Protein Formulations: A Close Look at Protein Aggregation, Deamidation, and Oxidation*, 10 CRIT. REV. THER. DRUG CARRIER SYST. 307, 359 (1993) ("*Cleland 1993*"); *Capelle 2007*, at 132.)

47.     Further complicating the analysis, as would have been understood by a POSA, the components and parameters of a pharmaceutical formulation do not work in isolation but instead are interdependent upon one another.  Accordingly, changing one or more of these variables can profoundly affect both the stability of the peptide in the formulation and the overall viability of the formulation as a therapeutically effective composition.  This is generally true whether a POSA adds, omits, or changes the amount of a component present in a potential formulation. Thus, developing a suitable formulation of a therapeutic peptide such as linaclotide would have been (and remains today) a complex balancing act involving the consideration of each parameter in light of the formulation as a whole, rather than in isolation.  For example, *Cleland 1993*, relied upon by Dr. Block, explains: "[I]t may not be possible to choose a formulation that results in the lowest rate of each of the [degradation] reactions.  Instead, conditions are often chosen such that all reaction rates are minimized as much as possible.  The effects of protein degradation such as deamidation or oxidation cannot be predicted *a priori* and have to be determined for each protein."  (*Cleland 1993*, at 359.)

### B.     To succeed in developing a shelf-stable peptide formulation, one must understand the peptide's degradation pathways and their relative roles

48.     To develop a stable peptide formulation, a POSA would have started by analyzing the specific peptide to be formulated, including all relevant information available about the peptide.  A POSA would have experimentally investigated the peptide's chemical and physical properties in its unformulated state, including its individual degradation pathways and their relative contributions at various conditions.  As explained by *Carpenter 2002*, such pre-

formulation studies to determine "the relative importance of various degradation pathways and [for] elucidation of instability mechanisms for a given protein are essential." (*Carpenter 2002*, at 185.) I agree with Dr. Block that "[t]he prior art taught rational strategies for developing a stable peptide or protein formulation." (Block ¶ 90; *see also* Block, ¶ 184 (*citing Volkin 1997*, at 106 ("'The purification and formulation of [therapeutic peptides and proteins] requires an understanding of the causes and mechanisms of inactivation in order to develop rational strategies for their stabilization.'")).) Therefore, a POSA would have recognized that in order to develop a stable peptide formulation, that person would need to engage in studies to determine the effect of these factors, both individually and in combination, for the particular peptide being formulated.

49.     Dr. Block agrees.  He states that "understanding a protein or peptide's stability at a molecular level was important for preparing stable protein or peptide formulations." (Block, ¶ 91.)  His statement further acknowledges that each protein or peptide is unique.  Consequently, the various references that Dr. Block cites regarding vastly different peptides would not have been *per se* helpful to a POSA trying to stabilize a solid linaclotide formulation.  This stabilization is an arduous, time-intensive, and expensive undertaking, and the results are unpredictable before such experiments are actually conducted, in part, because each protein or peptide has unique properties and characteristics, including its degradation pathways.

50.     I agree with Dr. Block that the amino acid sequence dictates the causes and mechanisms of instability of a protein or a peptide.  (*See, e.g.*, *id.*, ¶ 93.)  The amino acid sequence determines how a protein or a peptide folds to assume its three-dimensional shape (*i.e.*, secondary and tertiary structure).  It is the three-dimensional shape of a protein or a peptide as a whole that largely determines its stability to degradative processes, such as oxidation and

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

deamidation.  (*See, e.g.*, *Carpenter 2002*, at 86 ("We hypothesize that both hydrolysis and oxidation reactions in proteins are, to some degree, sensitive to the overall conformation of the molecule."); *see also id.*, at 89 ("One would expect higher order structure to affect the proximity of functional groups relative to the labile Asn residue…could also inhibit or accelerate the rate of deamidation by influencing the local environment of the Asn residue and the stability of the transition state intermediates in the deamidation pathway….").)  A POSA would have understood that simply looking at a particular amino acid residue of a protein or a peptide in isolation and ignoring the rest of the molecule would ***not*** be the proper way to analyze it.  Thus, the mere presence of certain amino acid residues in a protein or a peptide, by itself, would not allow a POSA to predict the molecule's actual susceptibility to various degradative processes.  Because distinct peptides are unique in their amino acid sequence, a reference discussing a particular peptide would ***not*** have given a POSA a reasonable expectation of success in developing a solid stable formulation of another peptide, such as linaclotide.

51.      A POSA also would have understood that peptides and proteins have numerous potential degradation pathways.  (*See* below ¶ 94.)  There can be well over a dozen distinct degradation pathways for any given peptide.  Merely identifying all of them is extremely difficult.  But it is even more difficult to determine which of those degradation pathways are most impactful for the instability of a given peptide.  (*Carpenter 2002*, at 7-8.)

52.      To that end, *Carpenter 2002* explained that the "determination of the relative importance of various degradation pathways" is essential.  (*Id.*, at 185.)  This hierarchy of degradation pathways is a complicated function of the peptide itself, excipients, and environmental factors.  Varying the excipients, for example, may reduce some degradation pathways but exacerbate others. (*See, e.g.*, *Cleland 1993*, at 358-359; *see* above ¶¶ 47, 48.)  This

intricate interplay between the roles of various components and parameters must be taken into account when performing real-world peptide formulation development.

53.     A POSA also would have understood that peptide degradation reactions are highly dependent on external conditions.  (*Carpenter 2002*, at 7-8; *see also* Block, ¶ 187, *Volkin 1997*, at 120; *Capelle 2007*, at 133; *Senderoff 1994*, at 1712.)  For example, peptide degradation reactions greatly accelerate as the temperature is raised.  That means that attempting to formulate a peptide to be stable at room temperature is a very different and generally more arduous endeavor than attempting to formulate the same peptide to be stored in a refrigerator.  The temperature difference will affect each of the many degradation pathways of a peptide.  And the temperature effect will not be uniform, but rather each pathway will experience a unique effect.  As such, a peptide may be (and often is) sufficiently stable at refrigerated conditions but become unstable at room temperature.  This matters because it is highly preferable to have sufficient stability at room temperature.  A formulator that has successfully controlled certain degradation pathways under one set of conditions (*e.g.*, under refrigeration) would know that the same approach would not be expected to work under a different set of conditions (*e.g.*, at room temperature).  (*Carpenter 2002*, at 7-8.)

54.     Degradation pathways and their relative roles are highly unpredictable because they are specific to, and dependent upon, individual peptides and experimental conditions. *Carpenter 2002* noted that "[e]ven for closely related proteins, the relative stability and major pathways for degradation might be quite different."  (*Id.*, at 185-186; *see also Block*, ¶ 187; *Volkin 1997*, at 120.)  That is equally true for the rate-limiting deleterious reaction of any given peptide, which is the most important contributor to a peptide's instability under a particular set of conditions.  Degradation pathways and their relative roles simply cannot be predicted in advance

without experimentation.

55.     For example, moisture content might have a marked effect on certain peptide degradation pathways (*e.g.*, peptide-bond hydrolysis and deamidation) but have little impact on others (*e.g.*, oxidation).  Likewise, factors that accelerate the oxidation pathway (*e.g.*, $O_2$ level or the presence of peroxides) might have no appreciable effect on the rate of peptide-bond hydrolysis and deamidation.  There are endless iterations and combinations that could affect the different peptide degradation pathways, the rate-limiting degradation pathway, and thus, the overall degradation of the peptide.  (*See, e.g.*, *Cleland 1993*, at 358-359.)  Therefore, the effective stabilization strategy, such as for increasing a peptide drug's shelf-life, also would have been unpredictable.

56.     A POSA would have needed to develop and carry out a number of instability tests to identify the peptide's specific degradation pathways, as well as their relative roles, as a function of experimental conditions.  Indeed, a POSA would have had to conduct various pre-formulation "accelerated" stability studies in which the peptide would be subjected to "stress" conditions (*e.g.*, elevated temperature and humidity).  (*See, e.g.*, *Carpenter 2002*, at 5-6, 193-194; *Capelle 2007*, at 132-133.)  A POSA would have then investigated how variations in these conditions affect peptide structure, activity, and impurities, among other characteristics, using appropriate biochemical and biophysical techniques.

### C.     Even with an understanding of a peptide's degradation pathways and their relative roles, developing a shelf-stable peptide formulation is difficult and unpredictable, requiring extensive testing and analysis

57.     Based on information gathered from examining a peptide of interest and its degradation pathways, a POSA then would have to prepare multiple formulations for testing.  Such testing would assess various instability hypotheses, with the researcher's ultimate goal of finding potential approaches to stabilizing the peptide.  For example, a POSA would have needed

to identify certain pharmaceutically acceptable excipients and their concentrations that would be useful for slowing rate-limiting degradation pathways specific to the peptide. (*Carpenter 2002*, at 11-17.) As explained below, there was a large number of potentially stabilizing excipients and concentrations of those excipients available to a POSA. (*See* below ¶¶ 108-112, 135-137, 176-181.) A POSA would have also attempted to keep the number of excipients needed to stabilize the peptide to a minimum to the extent possible. (*See* above ¶ 52.) For example, excipients can be incompatible with the drug and/or other excipients in the pharmaceutical composition, which could lead to a deleterious effect on the drug product's performance. (*See, e.g., Carpenter 2002*, at 21; U.S. Patent Application Publication No. 2008/0124326 A1 ("*Rehder '326*"), at [0005], [0011].) Due to the risk of incompatibility, a POSA would ***not*** have liberally added excipients to prevent every potential type of degradation. A POSA would only be motivated to address and correct known degradation problems.

58.     A POSA would have to initially test these preliminary formulations in stressed or accelerated conditions to learn how the formulation would perform upon storage. If the POSA observed a time-dependent peptide deterioration, that person would then need to identify its main causes and the corresponding mechanisms. After identifying the rate-limiting peptide degradation pathway — a substantial research project in itself — a POSA could have then attempted to inhibit that pathway and test the resultant experimental formulations under accelerated storage conditions. (*Carpenter 2002*, at 5-8.) A POSA would not have had any guarantee of success at this stage and might have to change formulations or approaches or even abandon the project if the results were not promising.

59.     A POSA then would have conducted stability studies of the promising test formulations (if any) under actual desired storage conditions, *i.e.*, at room temperature and for a

period of 18 months to three years.  (*Capelle 2007*, at 132.)  Every time a test formulation was thereafter changed, regardless of the reason for the change, the stability study would have to be redone.  (*Carpenter 2002*, at 15-16.)

60.     Accordingly, developing and assessing test formulations of peptides is a complicated and uncertain process performed over many months, and ultimately years, because formulations are tested and then ultimately abandoned if they are not satisfactory.  Likewise, formulations are often iteratively refined if they appear promising.  A POSA would have been required to harness extensive peptide-specific knowledge, gleaned from the pre-formulation studies and characterization of degradants, and then use it to experimentally determine which of the numerous possible ingredient and parameter combinations would be promising for the peptide being formulated.  (*Id.*, at 7-8.)  This would have been a major, labor-intensive, and highly-unpredictable undertaking.

## IV.   THE CHALLENGES OF DEVELOPING A SOLID STABLE FORMULATION OF LINACLOTIDE

### A.     Linaclotide is a complex peptide that would have presented significant challenges to a formulator

61.     Linaclotide is a 14-amino acid peptide (also called a tetradecapeptide) with the following chemical structure that uses the conventional 3-letter abbreviations for the constituent amino acids:



(Kunka Dep. Ex. 5 (Package Insert for Linzess® Capsules), ¶ 11.)

62.     A POSA would have appreciated that linaclotide has three disulfide bonds:

between the Cys 1 and Cys 6 positions, the Cys 2 and Cys 10 positions, and the Cys 5 and

Cys 13 positions, giving it a unique three-dimensional shape and functionality.  As of 2008-

2009, however, very little information relating to degradation behavior of linaclotide was

publicly available, let alone the crucial knowledge regarding the specific degradation pathways,

their relative roles, and their relevance that would have been needed to formulate linaclotide into

a stable solid composition.

63.     Accordingly, a POSA would have needed to engage in extensive characterization

of linaclotide, as well as its potential degradants, and conduct thorough pre-formulation studies.

(*See* above ¶¶ 48-56.)  Only then could a POSA begin rationally creating test formulations of

linaclotide.  And finally a POSA would have needed to conduct substantial experimental studies

of test formulations under accelerated conditions and also under actual storage conditions.

> **B.     Linaclotide's degradation pathways and their relative roles are unique and
> would have been unpredictable**

64.     A given peptide could have well over a dozen potential degradation pathways.

(*See* above ¶ 51, *see* below ¶ 94.)  The inventors of the Formulation Patents, as a result of their

extensive work to formulate a room-temperature-stable solid linaclotide formulation for oral

administration, discovered and then focused on eliminating three specific degradation pathways

occurring in solid linaclotide formulations.  This information is not disclosed by any prior art

reference cited by Dr. Block, but rather, it is disclosed in the Formulation Patents themselves.

65.     One degradation pathway described in the Formulation Patents involves

formation of a hydrolysis product where the $Asn^7$ residue of linaclotide is replaced by $Asp^7$.

(*See, e.g.*, '628 patent, at 4:27-51; '573 patent, at 13:17-28.)  This degradation pathway is

commonly referred to as deamidation.

66.     A second degradation pathway described in the Formulation Patents involves

formation of a formaldehyde imine product (a Schiff's base) at the α–amino group of the N-terminal Cys[1] residue of linaclotide.[2]  (*See, e.g.*, '628 patent, at 4:52-5:9; '573 patent, at 14:16-27.)  Finding a major degradation pathway that involved formaldehyde would have been highly unusual because formaldehyde, being a known human carcinogen, would not be deliberately added to a pharmaceutical formulation.  (*See* U.S. Patent No. 5,705,537 ("*Hartman '537*"), at 1:19-20.)  The inventors' discovery of this unusual degradation pathway underscores the difficulty and unpredictability that a POSA would have encountered when developing a stable formulation of a peptide such as linaclotide.

67.     A third degradation pathway described in the Formulation Patents involves the formation of an unusual sulfoxide-like linaclotide oxidation product through the insertion of an oxygen atom into at least one of the six sulfur atoms present in the three disulfide bridges of linaclotide.  (*See, e.g.*, '628 patent, at 5:10-31; '573 patent, at 15:20-36.)

68.     It was a significant and unpredictable discovery that the inventors of the Formulation Patents determined that these three particular degradation pathways played a primary role in the instability of linaclotide.  Many other degradation reactions could have played a significant role in the instability of linaclotide, either instead of or in addition to, those three uncovered deleterious processes.  (*See* above ¶¶ 65-67.)  But they do not.  And there would have been no way to predict in advance — without actual experimental studies involving linaclotide formulations — that the deamidation, formaldehyde imine product formation (Cys[1]-IMD), and cystine sulfur oxidation would have been the main drivers of linaclotide instability.

---



(*See, e.g.*, Fretzen Dep. Tr., at 97:19-98:5; Fretzen Decl., ¶¶ 15-16.)

69.     Moreover, the inventors of the Formulation Patents further discovered that linaclotide deteriorates to the formaldehyde imine by-product at a faster rate than through either the oxidation or deamidation processes, indicating that the formaldehyde imine degradation pathway is the rate-limiting degradation pathway.  For instance, Examples 10 and 11 of Table 7 of the '628 patent (*i.e.*, no additives) show diminished linaclotide purity values after 6 months at accelerated-storage conditions (40 °C / 75% RH) and reveal that formation of the formaldehyde imine is the biggest contributor to the instability.  ('628 patent, at 22:60-23:35.)

70.     Given the myriad of alternative scenarios and the lack of general knowledge (or publicly-available information) regarding the storage degradation of linaclotide, a POSA would not have been able to predict that the formaldehyde imine formation would be not only a significant deleterious reaction for linaclotide but would actually be the rate-limiting linaclotide degradation pathway.  Similarly, a POSA would not have known or been able to predict in advance that the Asn hydrolysis (deamidation) pathway would have been slower than the disulfide oxidation pathway.  (*Id.*, at Table 7.)

### C.     The development of the LINZESS® 145 and 290 µg formulations

71.     During the prosecution of the Formulation Patents, Allergan and Ironwood submitted a declaration by inventor Dr. Angelika Fretzen that described the real-world obstacles that the inventors encountered in developing a room-temperature-stable solid formulation of linaclotide for oral administration.  (Fretzen Dep. Ex. 25 ("Fretzen Decl."); LINZ_0020809-830.)

72.     As Dr. Fretzen stated in her declaration, there was "only one other [FDA-approved] peptide therapeutic [before Linzess] (desmopressin acetate, also known as DDAVP) that is orally delivered in the solid form."  (Fretzen Decl., ¶ 9.)  The literature that I am aware of supports that characterization.  (*See, e.g.*, A. Lewis & J. Richard, Challenges in the Delivery of Peptide Drugs:  An Industry Perspective, 6 THER. DELIV. 149, 156 (2015); Drugs@FDA Entry

for NDA 019955 (DDAVP® tablets), Drugs@FDA,

https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=0

19955 (last visited January 14, 2019).)[3]

_____

3 It is my understanding that Neoral® and Sandimmune® (*i.e.*, cyclosporine) are soft gelatin capsules (*see, e.g.*, Neoral® (cyclosporine) [package insert], East Hanover, NJ: Novartis Pharmaceuticals Corp., 2005; Sandimmune® (cyclosporine) [package insert], East Hanover, NJ: Novartis Pharmaceuticals Corp., 2006), and that Vancocin® (*i.e.*, vancomycin) is a "matrix gel" (*see, e.g.*, Vancocin® HCl (vancomycin hydrochloride capsules) [package insert], Indianapolis, IN: Eli Lilly and Co., 2003; Vancomycin Hydrochloride Capsules [product monograph], Toronto, ON: Fresenius Kabi Canada Ltd., 2017.)  It is also my understanding that Colomycin (*i.e.*, colistimethate sodium) is only FDA-approved for injection (as Coly-Mycin M®) (*see, e.g.*, Drugs@FDA Entry for NDA 050108 (Coly-Mycin M® for injection), Drugs@FDA, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=0 50108 (last visited January 14, 2019)) and a related product, Coly-Mycin S® (colistin sulfate) was approved as an oral suspension but was discontinued (*see, e.g.*, Drugs@FDA Entry for NDA 050355 (Coly-Mycin S® oral suspension), Drugs@FDA, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=0 50355 (last visited January 14, 2019)).  It is also my understanding that Cytorest® (*i.e.*, cytochrome c), Cachexon® (*i.e.*, glutathione), Ceredist®/Ceredist® OD (*i.e.*, taltirelin hydrate), and Anginovag® (*i.e.*, tyrothricin) have not been approved by the FDA.  (*See, e.g.*, Product Names Beginning with "C," Drugs@FDA, page 7, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=browseByLetter.page&produc tLetter=C (last visited January 14, 2019); Product Names Beginning with "C," Drugs@FDA, page 1, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=browseByLetter.page&produc tLetter=C (last visited January 14, 2019); Product Names Beginning with "C," Drugs@FDA, pages 2-3, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=browseByLetter.page&produc tLetter=C (last visited January 14, 2019); Product Names Beginning with "A," Drugs@FDA, page 5, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=browseByLetter.page&produc tLetter=A (last visited January 14, 2019); Product Names Beginning with "C," Drugs@FDA, page 7,  https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=browseByLetter.page&pro ductLetter=C (last visited January 14, 2019); Product Names Beginning with "G," Drugs@FDA, page 1, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=browseByLetter.page&produc tLetter=G (last visited January 14, 2019); Product Names Beginning with "T," Drugs@FDA, page 1, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=browseByLetter.page&produc tLetter=T (last visited January 14, 2019); Product Names Beginning with "T," Drugs@FDA, page 6,

73.     Dr. Fretzen explained that, in 2003, Ironwood (then called Microbia) invented linaclotide.  Because linaclotide "quickly degraded at room temperature" in pre-clinical experiments, it was reconstituted just before use or, alternatively, was formulated as an aqueous solution, frozen, and stored as such, and then thawed just before use.  (Fretzen Decl., ¶ 6.) Linaclotide as used in Phase I, IIa, and IIb clinical trials was stored as a frozen solution, or as a frozen lyophilized powder, or as a refrigerated capsule formulation.  The inventors realized, however, "that linaclotide could not be conveniently delivered to pharmacies and on to patients if it had to be refrigerated or frozen" prior to use.  (*Id.*)

74.     The search for a formulation of linaclotide that was stable at room temperature "took approximately three years."  (*Id.*, ¶ 7.)  Dr. Fretzen reported that her team experienced many setbacks along the way and was not sure that it was even possible to create such a formulation.  They conducted numerous experiments outlined below in order to develop a room-temperature-shelf-stable linaclotide formulation.  (*Id.*, ¶ 7.)

75.     For example, the inventors conducted a study with linaclotide tablets containing various excipients, including "silicified MCC [*i.e.*, microcrystalline cellulose] (Prosolv HD90), MCC (Avicel PH-112) and starch 1500," as well as Avicel PH-102 and Mg stearate, both with and without "Opadry as the coating serving as a potential moisture barrier."  (*Id.*, ¶ 11.)  But the results were not promising.  All such "tablets showed a considerable loss in linaclotide content" and "lacked the desired stability properties."  (*Id.*)

76.     The inventors then decided to undertake "[a]n extensive excipient compatibility study [] with a wide range of 29 different excipients."  (*Id.*, ¶ 12.)  Yet those extensive studies

---

https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=T (last visited January 14, 2019).)

did not yield promising results either.  "[N]one of the excipients consistently stabilized linaclotide," and "[i]n fact, some of the excipients exacerbated linaclotide's degradation."  (*Id*.)

77.     In a subsequent study, the inventors incorporated the results of the excipient compatibility study to formulate and test additional linaclotide tablets.  But even though the excipients and their combinations were expressly selected based on the results of the excipient compatibility study, "none of the resulting tablets showed encouraging stability," let alone the desired long-term stability of at least 18 months.  (*Id*., ¶ 13.)

78.     Dr. Fretzen reported: "[In subsequent studies] a series of 20 additives and 3 protective coatings were evaluated with regard to their effect on the stability of linaclotide in a capsule formulation.  Additives were added to a spraying solution containing linaclotide, hydrochloric acid and a binder, which then was layered onto microcrystalline cellulose" to produce linaclotide beads.  (*Id.*, ¶ 14.)  "The linaclotide beads were filled into hard gelatin capsules," packaged in containers with a desiccant, and then "placed on stability [studies] at 25°C/60%RH, 30°C/65%RH, and 40°C/75%RH."  (*Id.*)

79.     One of the many additives that the inventors tested was the salt calcium chloride dihydrate ($CaCl_2 \cdot 2H_2O$), which was discovered to provide a strong stabilizing effect on linaclotide.  It "appeared to limit the degree of oxidation of linaclotide and slightly decreased the formation of a linaclotide-related impurity $Cys^1$-Imidazolidinone ($Cys^1$-IMD)…."  (*Id.*, ¶ 15.)  Notably, $CaCl_2 \cdot 2H_2O$ "did not appear to have any effect on hydrolysis [*i.e.*, deamidation]" of linaclotide.  (*Id.*)

80.     The inventors also tested the effects of another one of the many additives, L-leucine, on linaclotide.  They discovered that, while L-leucine "strongly decreased the formation of $Cys^1$-IMD," it also disappointingly "increased the hydrolysis of linaclotide (conversion of

$Asn^7$ to $Asp^7$)...." (*Id.*)

81.     But in combining calcium chloride dihydrate and L-leucine in linaclotide formulations, the inventors discovered that the combination of these two excipients surprisingly provided a strong stabilizing effect on linaclotide. (*Id.*, ¶ 16.)  The inventors carried out a detailed analysis of the degradation pathways for linaclotide and found that the "oxidation products, asparagine hydrolysis, oxidative deamination at the N-terminus of linaclotide and $Cys^1$-Imidazolidinone ($Cys^1$-IMD) formation were limited in the presence of $CaCl_2 \cdot 2H_2O$ and L-leucine." (*Id.*)

82.     The inventors then found that "[u]nexpectedly … compared to the effects of calcium cations and leucine as single additives, the combination of calcium cations and leucine caused a synergistic stabilizing effect." (*Id.*, ¶ 17.)  They also discovered "that calcium cations limited the hydrolysis of asparagine to aspartic acid that was observed to increase in the presence of leucine alone."  The inventors concluded that "[t]he fact that leucine, when used as a single additive, <u>increases</u> the hydrolysis of $Asn^7$ to $Asp^7$ in linaclotide further demonstrates the unpredictability of formulating peptides." (*Id.* (underlining in original).)

83.     Dr. Fretzen reported: "During the course of these experiments and the many failures we experienced, it was not clear whether it would be possible to develop a room temperature stable solid oral dosage form of linaclotide.  But after conducting extensive experiments and in-depth evaluations of different degradation pathways, we found that the combination of certain cations and amino acids, particularly the combination of leucine and calcium cations, permitted us to make a solid oral formulation of linaclotide that was stable at room temperature for a long period." (*Id.*, ¶ 18.)

84.     Ironwood and Allergan's extensive development efforts ultimately resulted in the

Formulation Patents and their commercial embodiments, the LINZESS® products.  (Kunka Dep. Ex. 5.)  The '628 patent discloses that "[t]he linaclotide formulations described herein are stable and have a sufficient shelf life for manufacturing, storing, and distributing the drug."  ('628 patent, at Abstract.)  The '628 patent also discloses that the formulations are "solid" and "suitable for oral administration." (*Id.*, at 1:58-59.)  The '628 patent further discloses that "there is a need to have a solid linaclotide formulation that is stable at room temperature for at least 12 months" and that "formulations described herein are expected to have a shelf life of at least 12 months at room temperature storage conditions (e.g., 25° C./60% relative humidity (RH))." (*Id.*, at 1:53-54, 1:59-2:3.)  Likewise, the '573 patent describes "[s]table formulations of linaclotide." ('573 patent, at 1:64.)[4]  The Fretzen Declaration, submitted during the prosecution of the '573 patent, states that the claimed combination of additives "enabled [the inventors] to make a solid oral dosage form of linaclotide that is stable for at least 18 months at room temperature."  (Fretzen Decl., ¶ 7.)

85.     Linaclotide is the active pharmaceutical ingredient (API) in LINZESS®, a therapeutic drug intended to treat patients suffering from chronic idiopathic constipation (145 µg and 290 µg dosage strengths) and irritable bowel syndrome with constipation (290 µg dosage strength).  Ironwood and Allergan launched LINZESS® in the United States after the FDA granted approval for their New Drug Application ("NDA"), No. 202-811, on August 30, 2012.  The 145 µg and the 290 µg unit dosage forms of LINZESS® contain calcium chloride dihydrate and L-leucine.  (Kunka Dep. Ex. 5, ¶ 11.)

---

[4] I agree with Dr. Block that the "[a]sserted [c]laims of the '573 patent and the '628 patent are generally directed to a solid stable formulation comprising linaclotide, $Ca^{2+}$, and leucine" and methods of treatment thereof.  (*See, e.g.*, Block, ¶¶ 44, 314.)

## V.     THE ASSERTED CLAIMS OF THE FORMULATION PATENTS

86.     Plaintiffs have asserted claims 1-4, 7, and 8 of the '573 patent and claims 1-5, 16,

17, 20, and 21 of the '628 patent against Defendants.

87.     As examples, asserted claims 1 and 16 of the '628 patent are reproduced below:

Claim 1: A solid pharmaceutical composition for oral administration comprising a pharmaceutically acceptable carrier, linaclotide, a $Ca^{2+}$ cation and leucine, wherein linaclotide has the amino acid sequence Cys Cys Glu Tyr Cys Cys Asn Pro Ala Cys Thr Gly Cys Tyr (SEQ ID NO:1) and activates the guanylate cyclase C (GC-C) receptor.

Claim 16: The solid pharmaceutical composition according to claim **1**, wherein an assay value for linaclotide in a unit dosage form determined on a weight/weight basis decreases by less than 10%, after (a) 18 months of storage of the pharmaceutical composition at 25° C. at 60% relative humidity in a sealed container containing a desiccant or (b) 6 months of storage of the pharmaceutical composition at 40° C. at 75% relative humidity in a sealed container containing a desiccant.

88.     As an example, asserted claim 1 of the '573 patent is reproduced below:

Claim 1: A method of treating chronic constipation or constipation-predominant irritable bowel syndrome in a patient in need thereof, comprising administering to the patient an oral, solid pharmaceutical dosage form comprising:

between 100 µg and 300 µg of a peptide consisting of the amino acid sequence $Cys_1$ $Cys_2$ $Glu_3$ $Tyr_4$ $Cys_5$ $Cys_6$ $Asn_7$ $Pro_8$ $Ala_9$ $Cys_{10}$ $Thr_{11}$ $Gly_{12}$ $Cys_{13}$ $Tyr_{14}$ (SEQ ID NO:1) or a pharmaceutically acceptable salt thereof, wherein the peptide includes disulfide bonds between $Cys_1$ and $Cys_6$, $Cys_2$ and $Cys_{10}$, and $Cys_5$ and $Cys_{13}$;

leucine in a molar ratio of leucine to the peptide between 40:1 and 20:1; and

$Ca^{2+}$ or a salt thereof in a molar ratio of $Ca^{2+}$ [to] the peptide between 70:1 and 50:1.

## VI.   DR. BLOCK'S OBVIOUSNESS OPINION IS FLAWED AND BASED ON HINDSIGHT

### A.   Dr. Block fails to establish a motivation to formulate linaclotide into the claimed solid stable compositions comprising $Ca^{2+}$ and leucine

#### 1.   Dr. Block's approach of identifying and seeking to eliminate linaclotide's potential degradation pathways is flawed and evidences hindsight

##### a.   Using hindsight, Dr. Block arbitrarily compiles a list of four "common" potential peptide degradation pathways applicable to linaclotide and ignores numerous others

89.     Dr. Block begins his obviousness analysis by looking for references disclosing

$Ca^{2+}$ and leucine — the two additives claimed in the Formulation Patents.  But that approach is

clearly based on Dr. Block's knowledge of the claimed invention, and therefore, it is

impermissible hindsight.  Dr. Block then focuses on the degradation pathways discussed in those

references because he argues they would have been "known to commonly affect therapeutic

proteins and peptides."  (Block, ¶ 94.)  In doing so, Dr. Block lists just four potential degradation

pathways that would have been "expected" to affect linaclotide: (1) Asn hydrolysis

(deamidation),[5] (2) oxidation of cystine amino acid side chain(s), (3) covalent or non-covalent

aggregation, and (4) N-methyl derivative formation via reaction with formaldehyde.  (*Id.*, ¶¶ 94-

106, 329-353.)  Dr. Block's first step in selecting this limited list of four degradation pathways

---

[5] Dr. Block opines that a POSA would have been motivated by *FDA Guidance 1994* to minimize linaclotide's degradation during storage.  (Block, ¶¶ 327-328 (*citing* The Food and Drug Administration's "Guidance for Industry for the Submission of Chemistry, Manufacturing, and Controls Information for Synthetic Peptide Substances" (1994) at 7, 12 ("*FDA Guidance 1994*").)  Dr. Block states that the FDA requires the removal of contaminants, including deamidation products, when purifying therapeutic peptides.  (*See* Block, ¶¶ 286-290, 327.)  *FDA Guidance 1994*'s disclosure concerns drug APIs, not peptide formulations.  Further, the reference does not disclose any methods for stabilizing peptides in a pharmaceutical formulation.  A POSA would not have had a reasonable expectation of success based on *FDA Guidance 1994* that a solid room temperature formulation of linaclotide could be achieved.

for linaclotide is not based on the knowledge of a POSA; rather, it is based on impermissible hindsight.

90.      First, Dr. Block fails to point to any evidence in the prior art that a POSA would focus on formaldehyde-mediated degradation as a "common" pathway that could affect linaclotide.  (*Id.*, ¶¶ 94, 104-106.)  To the contrary, the reaction of primary amino groups with formaldehyde was (and still is) an uncommon degradation pathway in pharmaceuticals, including peptide-based ones, at least because it requires the presence of formaldehyde-producing excipients.  (*See* above ¶ 66.) ███████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████

███████████████  (Fretzen Dep. Tr., at 236:6-13.)

91.      Moreover, the references that Dr. Block himself cited regarding general peptide and protein instability are silent about formaldehyde-mediated degradation.  For example, Dr. Block states that *Manning 1989* discloses "chemical reactions known to affect proteins and peptides," but *Manning 1989* says nothing about formaldehyde-mediated degradation pathways.  (Block, ¶¶ 159-168 (*citing* M.C. Manning *et al.*, *Stability of Protein Pharmaceuticals*, 6 PHARM. RES. 903 (1989) ("*Manning 1989*")).)  Similarly, Dr. Block explains that *Cleland 1993* contains an "overview" of protein degradation pathways, yet *Cleland 1993* too is silent on formaldehyde-mediated degradation.  (*Id.*, ¶¶ 169-179.)  Likewise, Dr. Block states that *Volkin 1997* discusses "mechanisms of [peptide and protein] inactivation," but *Volkin 1997* does not mention formaldehyde-based degradation.  (*Id.*, ¶¶ 183-188.)  This silence contradicts Dr. Block's claim

that formaldehyde-mediated degradation would have been known to a POSA as a "common" pathway affecting linaclotide.

92.     Dr. Block also fails to identify any reason specific to linaclotide (nor can I think of any) that would have led a POSA to suspect formaldehyde-mediated degradation.  (*See, e.g.,* below ¶¶ 104, 105, 116-132.)  Indeed, Dr. Block's focus on formaldehyde-mediated degradation appears to only have come from the disclosures of the Formulation Patents themselves.  That is impermissible hindsight.

93.     Second, Dr. Block's opinion that "[o]xidation of the cysteine amino acid side chain" is one of four "common" degradation pathways that would have been applicable to linaclotide is quite remarkable.  (Block, ¶¶ 80, 329, 349-351.)  As Dr. Block acknowledges elsewhere in his report, linaclotide does not possess cysteine side chains, and instead, "the cysteine residues in linaclotide are linked by *cystine* disulfide bonds."  (*Id.*, ¶ 351 (emphasis added).)  Thus, Dr. Block's focus on "[o]xidation of the cysteine amino acid side chain" of linaclotide is misplaced.  (*Id.*, ¶¶ 80, 329.)

94.     Third, Dr. Block's hindsight-based list of four "common" degradation pathways also fails to account for many additional potential peptide degradation pathways discussed in his own references.  A POSA seeking to develop a stable solid peptide formulation would have understood that many other degradation pathways beyond Dr. Block's arbitrary list of four could potentially be at play (and indeed more impactful) and that it would have been improper and scientifically unsound to ignore all others.  I list below just some of the numerous categories of degradation pathways identified in Dr. Block's cited references that a POSA could have

explored[6]:

- Hydrolysis/cleavage of peptide bonds (*see, e.g.*, *Manning 1989*, at Abstract; *Volkin 1997*, at Abstract, 106-107, 109; *Cleland 1993*, at 326; *Capelle 2007*, at 132)

- Various oxidation reactions involving disulfide bonds aside from sulfoxide formation (*see, e.g.*, *Manning 1989*, at Abstract; *Volkin 1997*, at 113, 115; *Cleland 1993*, at 343, 345-346; *Capelle 2007*, at 132)

- Racemization of amino acid residues (*see, e.g.*, *Manning 1989*, at Abstract, 908)

- Beta-elimination of disulfide bonds (*see, e.g.*, *id.*, at Abstract, 909)

- Aggregation, both covalent and noncovalent (*see, e.g.*, *id.*, at Abstract, 910; *Cleland 1993*, at Abstract; *Capelle 2007*, at 133)

- Adsorption to surfaces (*see, e.g.*, *Manning 1989*, at Abstract, 910)

- Cystine reduction, as well as disulfide interchange (*see, e.g.*, *Volkin 1997*, at Abstract, 111; *Manning 1989*, at 904, 908)

- Photodegradation (*see, e.g.*, *Volkin 1997*, at 115)

- Glycation and carbamylation (*see, e.g.*, *id.*, at Abstract, 117)

### b. Dr. Block again relies on hindsight to narrow his list of potential peptide degradation pathways from four to three

95. After erroneously raising the "[o]xidation of the cysteine amino acid side chain" as a potential degradation pathway for linaclotide in the first place, Dr. Block relies on

---

6 Each of these categories of potential degradation pathways contains many individual potential degradation pathways. For example, *Carpenter 2002* explains: "The reactive species than can cause oxidative damage could come from one of several sources. Different oxidants will attack different sites on the protein, producing a specific set of decomposition products." (*Carpenter 2002*, at 93.) Therefore, the oxidation category includes many degradation reactions.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

impermissible hindsight to eliminate all other types of oxidation from consideration as well. (Block, ¶¶ 315, 329-348, 351-353.)  He makes the misguided assumption that linaclotide's cystine disulfide bonds would have been "the stable end product in an oxidative reaction."  (*Id.*, ¶ 351.)  *Cleland 1993* is far less absolute than Dr. Block contends, stating that the cystine disulfide is "much less susceptible to reaction with mild oxidants (such as $H_2O_2$) than either methionine or cysteine, and so is often found as the stable end product in an oxidative reaction." (*Cleland 1993*, at 345.)  Furthermore, *Cleland 1993* explains that "[e]xceptions to this have been reported" and even notes that certain reaction conditions are "known to oxidize cystine."  (*Id.*)

96.     These inconclusive teachings demonstrate the difficulty in trying to predict the degradation pathways for proteins and peptides and would not have persuaded a POSA to eliminate oxidation of cystine residues from a list of potential linaclotide degradation pathways. And even if a POSA had done so, that POSA would have been wrong.  The Formulation Patent inventors discovered that oxidation of a cystine's sulfur atom is one of the three main causes of linaclotide instability.  (*See, e.g.*, '628 patent, at 22:25-56, Fig. 1, 22:57-23:36; 24:55-25:23.)

97.     Dr. Block's failure to consider other potential oxidation reactions that he raises in his report is likewise without basis.  For example, the Block report states that Tyr oxidation could have been a potential peptide degradation pathway.  (Block, ¶ 98.)  Inexplicably, however, even after raising the issue, Dr. Block never explains why a POSA would not have considered Tyr oxidation as a potential degradation pathway for linaclotide.

> **c.     Dr. Block uses hindsight when he assumes that his three potential peptide degradation pathways would actually operate to degrade linaclotide**

98.     Dr. Block again employs hindsight when he assumes that his hand-picked list of three predicted degradation pathways would, in fact, affect linaclotide.  He fails to identify any way, absent extensive experimentation, that a POSA could have predicted whether those were

actually influential degradation pathways for linaclotide and whether others were not.

99.    Moreover, a POSA following Dr. Block's approach to predicting linaclotide's

degradation pathways would have been wrong.  For example, Dr. Block contends that a POSA

would have expected that covalent and non-covalent aggregation contribute to linaclotide

degradation in a solid formulation.  (Block, ¶¶ 340-348.) ██████████████████████████

██████████████████████████████████████████████████████████████████████

████████████████    (Fretzen Dep. Tr., at 228:3-9, 231:15-16.)

> **d.    Dr. Block's analysis fails to account for the relative importance
> of linaclotide's degradation pathways**

100.    Dr. Block's analysis fails to even consider, much less account for, (a) the relative

contributions of linaclotide's degradation pathways and (b) the importance of identifying the

rate-limiting (*i.e.*, most responsible for the overall instability of linaclotide) degradation pathway.

(*See, e.g.*, above ¶¶ 48-56.)  Without this understanding, a POSA would have likely focused

attention on eliminating a degradation pathway that had little or no effect on the overall

instability of linaclotide, while ignoring the rate-limiting degradation pathway.  As discussed

above, a POSA would have appreciated that linaclotide's degradation pathways are a complicated

function of multiple overlapping factors, including the nature of the peptide itself, the excipients

chosen, and environmental factors.  (*See, e.g.,* above ¶¶ 48-56; *Carpenter 2002*, at 185-186.)  A

POSA would have also understood that varying the excipients or conditions that reduce some

degradation pathways may nonetheless adversely affect others.  (*See, e.g.,* above ¶ 52; *Cleland*

*1993*, at 358-359.)  Given these intricate factors, a POSA would have had no way to predict in

advance the relative contributions of linaclotide's degradation pathways, much less the rate-

limiting pathway, without significant experimentation.

101.    Dr. Block's flawed approach contradicts the stabilization strategy employed in his

own cited references, such as U.S. Patent No. 5,654,278 ("*Sorensen '278*") and U.S. Patent No. 6,383,788 ("*Chan '788*").  *Sorensen '278* begins by ranking the relative contributions of the degradation pathways for human growth hormone ("hGH"), stating that "*[t]he predominant* degradation reactions of hGH are 1) deamidation by direct hydrolysis…and 2) oxidation of the methionine residues…." (*Sorensen '278*, at 1:46-66 (emphasis added).)  *Sorensen '278* further characterizes the various forms of hGH degradants by their relative impacts, *i.e.*, as "major" and "minor."  (*Id.*, at 1:66-2:3.)  *Sorensen '278* then uses this information to devise a strategy to stabilize hGH.  Likewise, *Chan* '788 states that "[t]he major route of degradation for rhDNase is deamidation." (*Chan '788*, at 9:52-53; Block, ¶ 258.)  Thus, *Sorensen '278* and *Chan '788* support the premise that a POSA would have known that it is critical to understand the relative contributions of linaclotide's degradation pathways in order to map out a strategy to eliminate them.  Dr. Block's hindsight-based analysis, which ignores the relative contributions of linaclotide's degradation pathways altogether, is at best incomplete.

### 2. Dr. Block's selection of leucine as an additive evidences hindsight bias

#### a. Dr. Block's rationale for selecting leucine based on eliminating the "expected" deamidation and formaldehyde-mediated degradation pathways evidences hindsight bias

102. Dr. Block uses hindsight to select two potential degradation pathways that he opines a POSA would have attempted to eliminate by treatment with "an amino acid (such as leucine)": 1) Asn deamidation and 2) formaldehyde-mediated degradation.  (Block, ¶ 401.)  Even assuming (incorrectly) that these reactions were occurring, a POSA would not have known whether either was rate-limiting.  If these degradation pathways were not rate-limiting, eliminating them would not have appreciably affected the overall stability of linaclotide.  (*See, e.g.,* above ¶¶ 54-55.)  Furthermore, even assuming that a POSA would have known that deamidation and formaldehyde-mediated degradation were rate-limiting (or major) degradation

pathways, Dr. Block ignores numerous alternative potential stabilizing techniques discussed in his own cited references.  (*See, e.g.,* below ¶¶ 108-112.)

### b.   Dr. Block fails to articulate any chemistry-based reason why leucine would eliminate deamidation

103.    Dr. Block fails to articulate any valid scientific basis (nor do I see any) for his opinion that a POSA would have selected leucine as a means to eliminate deamidation of linaclotide's $Asn^7$ residue.  Dr. Block's opinion is based entirely on one reference: *Sorensen '278.* (*See, e.g.*, Block, ¶¶ 109, 357-364.)  But, as explained below, *Sorensen '278* at most would have suggested to a POSA that phosphate buffer destabilizes hGH and that avoiding a phosphate buffer could potentially decrease deamidation.  (*See* below ¶ 113.)  Indeed, *Cleland 1993* — extensively cited by Dr. Block — confirms that phosphate was known to increase deamidation. (*See, e.g.*, *Cleland 1993*, at 338-339; Block, ¶ 175 ("Cleland 1993 notes that '[a]s early as 1942, researchers observed that deamidation was markedly dependent on buffer anion,' and much faster rates were observed when, for example, a phosphate buffer was used.").)  Moreover, Dr. Block ignores that the inventors of the Formulation Patents found that leucine, when added to linaclotide on its own, actually ***increased*** hydrolysis of $Asn^7$ to $Asp^7$.  (Fretzen Decl., ¶ 15.)

### c.   Formaldehyde's "expected" role in causing degradation of linaclotide would have dissuaded a POSA from using excipients that contain it

104.    Even assuming (incorrectly) that Dr. Block was correct that a POSA would have been concerned with formaldehyde reacting with linaclotide, it defies logic why a POSA would have chosen to formulate linaclotide with an excipient that is a formaldehyde source.  (Block, ¶ 337.)  Notably, Dr. Block does not contend that it is impossible to eliminate sources of formaldehyde in therapeutic formulations.  While he states that formaldehyde may be present in "many pharmaceutical materials, including components of packaging," Dr. Block does not argue

that formaldehyde is present in all such materials or packaging or that it is impossible to use materials that contain no formaldehyde.  (*Id.*, ¶ 336.)

105.    In fact, Dr. Block's own cited references confirm that a POSA would have avoided formaldehyde-emitting materials had it been suspected as a drug-destabilizing factor. For example, *Li 2006* explains that many excipients were available that did not release formaldehyde.  (Z. Li *et al.*, *Detection and Quantification of Low-Molecular-Weight Aldehydes in Pharmaceutical Excipients by Headspace Gas Chromatography*, 1104 J. CHROMATOGR. A 1, 7-8 (2006) ("*Li 2006*").)  And *Del Barrio 2006* teaches that "[e]xcipients [like those forming formaldehyde] that react chemically with the drug and result in an increase in the levels of degradation products are typically not used for further formulation development."  (M. del Barrio *et al.*, *Simultaneous Determination of Formic Acid and Formaldehyde in Pharmaceutical Excipients Using Headspace GC/MS*, 41 J. PHARM. BIOMED. ANAL. 738, 738 (2006) ("*Del Barrio 2006*").)

### d.    Dr. Block incorrectly states that leucine was a "well-known" excipient routinely used in pharmaceutical formulations

106.    Dr. Block opines that leucine was a "well-known" excipient routinely used in pharmaceutical formulations.  (Block, ¶¶ 114, 410.)  But he fails to cite to a single reference in support of this incorrect assertion and the references that he does cite confirm the opposite. None of the general peptide and protein stability references Dr. Block relies on — despite having extensive discussion about deamidation — mentions leucine.  For example, *Manning 1989*, *Cleland 1993*, *Volkin 1997*, and *Capelle 2007* are all silent on leucine.  (*Id.*, ¶¶ 115, 159-179, 183-188; *Capelle 2007*.)

107.    Only two of the references that Dr. Block's relies on for his obviousness opinion

about deamidation and formaldehyde-mediated degradation even mention leucine.[7]  (Block, ¶¶ 357-382.)  The first reference, *Sorensen '278*, provides no scientific basis for using leucine in a solid linaclotide formulation.  (*See* below ¶¶ 113-115.)  Also, *Sorensen '278* was before the PTO during prosecution of the Formulation Patents.  The PTO examiners cited and considered *Sorensen '278*, and nevertheless, they allowed the Formulation Patents over that reference.  (*See* below p. 39 fn. 8.)  The second reference, U.S. Patent No. 5,874,106 ("*Adesunloye '106*") is about reducing crosslinking in a gelatin shell, ***not*** peptide stabilization.  (*See* below ¶¶ 125-128.)

> e.  **Even assuming a desire to eliminate the deamidation and formaldehyde-mediated degradation pathways, there were numerous alternatives available to a POSA**

108.    Even assuming that a POSA would have imprudently formulated linaclotide with formaldehyde-releasing materials, Dr. Block fails to explain why a POSA would have ignored the many methods for eliminating formaldehyde recited in his own cited references.  For example, EP 1559433 A1 ("*Iwata '433*") states that the effects of aldehydes can be alleviated by proteins, such as gelatin, collagen, albumin, casein, and protamine.  (*Iwata '433*, at [0018], [0022].)  Selection of any of those or similar stabilizers instead of leucine would have resulted in a formulation that is not the claimed invention.

109.    In addition, *Iwata '433* states that aldehydes can be scavenged by amines in general, including aminosugars (*e.g.*, N-acetylgalactosamine, N-acetylglucosamine, galactosamine, and glucosamine), a polymer of an aminosugar, (*e.g.*, chitin, chitosan, chitooligosaccharide), amino acids (*e.g.*, alanine, arginine, lysine, hydroxylysine, ornithine,

---

[7] Dr. Block contends that *Hartman '537* teaches that "amino acids, such as leucine, reduce emission of free formaldehyde from a foamed resin." (Block, ¶ 379 fn. 16.)  But *Hartman '537* concerns phenolic foams which "can be used as insulation." (*Hartman '537*, at 1:40.)  Dr. Block fails to connect the formaldehyde scavenging in *Hartman '537* to any peptide, let alone specifically to linaclotide.

glutamine, aspartic acid, citrulline), polymers of amino acids, alkylamines (*e.g.*, straight chain or branched chain alkylamine having 1-6 carbon atoms), and hydroxyalkylamines. (*Id.*, at [0018]-[0021].)

110.    Notably, *Iwata '433* discloses many thousands of amines, including several amino acids, but it does ***not*** name leucine. Even assuming (incorrectly) that a POSA would have been motivated to select an amino acid scavenger based on *Iwata '433*, that POSA would have chosen lysine because it is specifically disclosed and because it has two primary amino ($NH_2$) groups per molecule *versus* leucine's one. And a POSA would have known that it is these $NH_2$ groups that react with, and scavenge, formaldehyde. Likewise, a POSA would have selected alanine (disclosed in *Iwata '433*) over leucine (not disclosed in *Iwata '433*) because it has a higher aqueous solubility and lower molecular weight than leucine. These beneficial characteristics likely explain why *Iwata '433* selected amino acids, such as alanine, arginine, lysine, and hydroxylysine, rather than leucine, as formaldehyde scavengers. (*Id.*, at [0021].)

111.    Likewise, even assuming (incorrectly) that a POSA would have sought to eliminate $Asn^7$ deamidation, Dr. Block fails to consider other potential options disclosed in his cited references evidences hindsight bias. For example, *Cleland 1993* recommends experimenting with buffers and salts as excipients. (*Cleland 1993*, at 338-339.) The number of salts, buffers, excipients, and combinations thereof that a POSA could have potentially tested would have been thousands upon thousands.

112.    Furthermore, Dr. Block opines that a divalent metal cation can reduce deamidation. (*See* Block, ¶¶ 365-376.) Yet Dr. Block fails to explain why a POSA would have also needed to rely on leucine if that POSA had confidence — as Dr. Block opines — that a divalent metal cation would reduce deamidation.

### f.    Dr. Block fails to establish that his cited references would have guided a POSA to select leucine

### (1)    *Sorensen '278*[8]

113.    Dr. Block's opinion that *Sorensen '278* would have motivated a POSA to add leucine to eliminate the degradation of linaclotide by way of the deamidation of Asn[7] is both misguided and based on hindsight.  *Sorensen '278* concerns a formulation of hGH — a protein comprising 191 amino acid residues (about 14 times larger than linaclotide).  (*Sorensen '278*, at 1:16-19.)  In his flawed analysis, Dr. Block relies on an example of *Sorensen '278* that he states demonstrates that "the addition of leucine to a composition comprising human growth hormone reduces deamidation of human growth hormone by 25-30% *compared to the use of phosphate buffer*."  (Block, ¶ 360 (emphasis added).)  But the passage relied on by Dr. Block supports a different conclusion: that a phosphate buffer would not be a good choice for preparing a stable aqueous hGH formulation because it is less stable than an aqueous hGH formulation containing leucine instead.  A POSA would not have concluded from *Sorensen '278* that leucine would provide a particular advantage in stabilizing hGH.  Notably, in the example cited by Dr. Block, leucine was also tested against histidine and found to provide no additional stabilizing effect relative to that amino acid.  (*Sorensen '278*, at 6:14-53.)  In addition, *Cleland 1993* — repeatedly cited by Dr. Block — confirms that phosphate was known to increase deamidation.  (*Cleland 1993*, at 338-339; Block, ¶ 175; *see* above ¶ 103.)  The fact remains that Dr. Block does not offer any chemistry-based rationale (nor can I think of any) for how leucine would reduce deamidation of hGH or any other protein or peptide.

---

[8] *Sorensen '278* was before the PTO during prosecution of the Formulation Patents.  The PTO examiners considered and cited *Sorensen '278* and allowed the Formulation Patents over that reference.  (*See, e.g.*, LINZ_0007360-0010296, at 0007652-654, 0008957-959, 0010235; LINZ_0010320-0013218 at 0010526-529, 0013140-141.)

114.    Moreover, the example of *Sorensen '278* cited by Dr. Block concerns hGH stabilization in an aqueous solution.  (*Sorensen '278*, at 6:14-53.)  Teachings about formulating in aqueous environments are not directly transferable to solid formulations, much less for markedly distinct APIs.  Many deleterious reactions, such as Asn deamidation, occur because of water present in aqueous environments, which would be drastically diminished in a solid formulation.  Dr. Block himself recognizes this fact.  (*See, e.g.*, Block, ¶ 374.)  Therefore, a POSA would not have had a reasonable expectation that *Sorensen '278*'s techniques to stabilize hGH in aqueous environments could be applied to create a stable solid formulation of linaclotide.

115.    In addition, A POSA would have realized that hGH has its own specific mechanisms of instability and degradation profile that is unique to its three dimensional structure.  (*See* above ¶ 50.)  A POSA would not have been able to predict in advance whether linaclotide would be affected in the same way as hGH under the conditions discussed in *Sorensen '278*.  Moreover, a POSA who had applied Dr. Block's reasoning to use leucine as a stabilizer for linaclotide to eliminate deamidation based on *Sorensen '278* would have been heading down the wrong path.  Indeed, the inventors of the Formulation Patents found that leucine, when added to linaclotide on its own, actually ***increased*** the rate of hydrolysis of Asn[7] to Asp[7].  (Fretzen Decl., ¶ 15.)

**(2)    *Metz 2004***

116.    Dr. Block cites *Metz 2004* to support his hindsight-based opinion that a POSA would have "expected" that linaclotide would degrade through reaction of its N-terminal amino group with formaldehyde.[9]  (Block, ¶ 377 (*citing* M. Metz *et al.*, *Identification of Formaldehyde-*

---

9



(Block, ¶ 377 fn. 15.)

*Induced Modifications in Proteins: Reactions with Model Peptides*, 279 J. BIOL. CHEM. 6235

(2004) ("*Metz 2004*")).)   In my opinion, however, *Metz 2004*, which states generally that

"[f]ormaldehyde is a well known cross-linking agent that can inactivate, stabilize, or immobilize

proteins," does not provide any teachings that would render the claimed formulations of

linaclotide obvious.  (*Metz 2004*, at 6235.)

117.    *Metz 2004* does not disclose that formaldehyde either exists in pharmaceutical

excipients or would have caused pharmaceuticals to become unstable.  On the contrary, *Metz*

*2004* actually states the opposite, disclosing that formaldehyde can stabilize proteins by

crosslinking them.  (*Id.*, at 6235.)  Further, I disagree that formaldehyde-induced degradation of

peptide-based APIs was commonly encountered as an influential degradation pathway in the

pharmaceutical industry.  (*See* above ¶¶ 90-91.)

118.    Nothing in *Metz 2004* — involving the reaction of 24 peptides (none structurally

related to linaclotide) with an excess of formaldehyde — would allow a POSA to reasonably

predict whether any of the reactions reported therein would occur with linaclotide.  Indeed, *Metz*

*2004* states that peptides in general could "undergo a great diversity of chemical modifications"

upon treatment with formaldehyde, and the modifications, if they occurred, would "depend[] on

their [*i.e.*, peptide's] sequence."  (*Metz 2004*, at 6242.)  And *Metz 2004* does not mention any

way to eliminate protein degradation by formaldehyde, let alone by adding leucine or any other

excipient.

### (3)    *Del Barrio 2006*

---

█████████████████████████████████████████████████████

████████████████████████████  (Fretzen Dep. Tr., at 232:24-233:3 (emphasis added);
LINZ_NDA0001823-832.)  Thus, this rationalization does not support Dr. Block's opinion about
what a POSA would have expected ***at the time of the invention*** of the Formulation Patents.

119.     Dr. Block contends that *Del Barrio 2006* would have motivated a POSA to reduce formaldehyde-mediated degradation when formulating linaclotide.  (Block, ¶ 378 (*citing Del Barrio 2006*, at 738).)  *Del Barrio 2006* reports the development of a sensitive analytical technique for measuring traces of formaldehyde and related compounds in pharmaceutical excipients.  According to *Del Barrio 2006*, "[e]xcipients that react chemically with the drug and result in an increase in the levels of degradation product are typically not used for further development."  (*Del Barrio 2006*, at 738.)  Indeed, the authors of *Del Barrio 2006* sought to detect traces of formaldehyde and related compounds in pharmaceutical excipients ***so that they could avoid such excipients***.  (*Id.*)  Thus, a POSA concerned that formaldehyde contained in a specific excipient would react with linaclotide causing instability (*e.g.*, discovered by using *Del Barrio 2006*'s methodology) would have simply ***avoided*** using that excipient and would have instead used an excipient not liable to formaldehyde formation.

120.     Dr. Block relies on *Del Barrio 2006*'s statement that "[f]ormaldehyde is a common residual impurity in many excipients such as polysorbate, povidone and polyethylene glycol 300" as supporting his obviousness opinion.  (Block, ¶ 378 (*citing Del Barrio 2006*, at 738).)  But Dr. Block fails to explain why the presence of formaldehyde in some pharmaceutical excipients would lead a POSA to conclude without using hindsight that a formulation of linaclotide would likely contain it as well.

121.     Moreover, *Del Barrio 2006* does not discuss the formulation of proteins or peptides at all, much less linaclotide.  Nor does *Del Barrio 2006* disclose any additives, let alone leucine in particular, to eliminate formaldehyde-mediated degradation.

### (4)     *Li 2006*

122.     The focus of *Li 2006* is similar to that of *Del Barrio 2006*, except that it addresses the analytical detection of numerous aldehydes (not just formaldehyde) that may be present as

trace impurities in certain pharmaceutical excipients.  (*See, e.g.*, *Li 2006*, at 1, 9.)  *Li 2006* states

that "a timely evaluation of [the aldehyde's] presence in excipients during formulation design is

essential to avoid unexpected drug stability problems in later stages of drug development."  (*Id.*,

at 1.)  Thus, a POSA concerned that formaldehyde may be present in a specific excipient (*e.g.*,

discovered by using *Li 2006*'s analytical methods) would simply have avoided using that

excipient and instead used a formaldehyde-free excipient.

123.    Notably, *Li 2006* reports that many pharmaceutical excipients do not contain

formaldehyde or other aldehydes.  (*Li 2006*, at 7-8.)  Thus, Dr. Block fails to explain why a

POSA would have imprudently used the excipients determined by *Li 2006* to contain

formaldehyde when formulating a stable linaclotide composition, especially when many other

excipients containing no formaldehyde were identified.

124.    Moreover, *Li 2006* does not discuss the formulation of proteins or peptides at all,

much less linaclotide.  *Li 2006* also does not disclose any additives, let alone leucine specifically,

to eliminate formaldehyde-mediated degradation.

### (5)    *Adesunloye '106*

125.    Dr. Block contends that *Adesunloye '106* supports his opinion that a POSA would

have been motivated to use an amino acid "as an additive [that] can act as a formaldehyde

scavenger in a pharmaceutical formulation [to stabilize linaclotide]."  (Block, ¶ 379.)

*Adesunloye '106* discloses "a method of reducing crosslinking in [the] gelatin [shell of] capsules"

that may be caused by carbonyl compounds, including formaldehyde.  (*Adesunloye '106*, at

Abstract, 2:17-33.)  *Adesunloye '106*'s "method of reducing crosslinking in the gelatin shell of a

filled gelatin capsule [involves] incorporating an amino acid ***and*** a carboxylic acid into the

capsule filling."  (*Id.*, at 1:8-11 (emphasis added).)

126.    Dr. Block fails to explain why a POSA formulating linaclotide would have been

concerned with eliminating crosslinking in the gelatin shell of a capsule filled with linaclotide or why linaclotide would have been necessarily formulated as a capsule in the first place.  None of Dr. Block's cited references support his hindsight-based assumption that a POSA would have focused on a capsule formulation and ignored other more common solid dosage forms, such as tablets.

127.    Moreover, the APIs disclosed in *Adesunloye '106* — hydrochlorothiazide, triamterene, gemfibrozil, chloramphenicol, etodolac, piroxicam, nifedipine, tetracycline, diphenhydramine, hydroflumethiazide, and rifampin — are all very different from linaclotide. They are not even peptides.  Accordingly, *Adesunloye '106* would not have provided guidance to a POSA seeking to develop a room-temperature-stable solid linaclotide formulation. (*Adesunloye '106*, at 2:65-3:4.)

128.    Even assuming (incorrectly) that a POSA decided to follow the methods used in *Adesunloye '106* to stop crosslinking in a gelatin capsule filled with linaclotide, Dr. Block fails to explain why a POSA would have focused immediately on leucine among a list of over 20 other amino acids and their salts disclosed in *Adesunloye '106*.  (*Id*., at 4:58-63.)  Indeed, the only amino acid actually used in the examples of *Adesunloye '106*'s was glycine.  Even assuming (incorrectly) that an amine scavenger would have been desired, a POSA would not have considered leucine to be a better choice.  (*See* above ¶ 108.)

### (6)    *Iwata '433*

129.    Dr. Block's opinion that *Iwata '433* would have motivated a POSA formulating linaclotide to use leucine to combat destabilization by aldehydes is misguided.  According to Dr. Block, *Iwata '433* discloses compositions (1) containing "aldehyde-like substances" and (2) "compris[ing] a low-molecular-weight active substance the stability of which is impaired by the effects of aldehydes, and a stabilizer having an amine structure and being capable of absorbing

aldehydes."  (*Iwata '433*, at [0001]; *see also* Block, ¶ 380.)

130.    Dr. Block's opinion rests on the flawed assumption that a POSA would have been concerned with eliminating "aldehyde-like substances" in a linaclotide formulation in the first place.  (Block, ¶¶ 380-382; *see also* above ¶¶ 104, 105, 119, 122.)  However, a POSA concerned about the effects of formaldehyde or other aldehydes would have formulated linaclotide using ingredients that do not contain or form them.  (*See* above ¶¶ 104, 105, 119, 122.)

131.    Moreover, Dr. Block fails to take into account that *Iwata '433* relates to "low-molecular weight active substance[s]" — not an API like linaclotide having a molecular weight of over 1,500 daltons.  (*See*, *e.g.*, Kunka Dep. Ex. 5, ¶ 11 ("[linaclotide's] molecular weight is 1526.8").)  Indeed, *Iwata '433* does not disclose any formulation with a peptide as an API, much less one formulated with linaclotide.  The APIs mentioned in *Iwata '433* are: dopamine, methyldopa, norepinephrine, baclofen, hydralazine, epinephrine, isoproterenol, nadolol, tulobuterol, ephedrine, phenylephrine, etilefrine, propranolol, and [3-[(2R)-[[(2R)-(3-chlorophenyl)-2-hydroxyethyl]amino]propyl]-1H-indol-7-yloxy]acetic acid, as well as their esters.  (*Iwata '433*, at 5:1-5.)  These low-molecular-weight drugs vastly differ from linaclotide structurally and would not have been instructive to a POSA seeking to develop a stable oral linaclotide formulation.  (*See* above ¶ 50.)

132.    Even assuming (incorrectly) that a POSA would have chosen to formulate linaclotide with an amine based on *Iwata '433*, Dr. Block fails to justify why a POSA would have chosen leucine.  *Iwata '433* discloses a vast array of amines, such as aminosugars and their alcohols, amino acids (*e.g.*, alanine, arginine, lysine, hydroxylysine, ornithine, polymers of amino acids), alkylamines, proteins, and amine-containing ion-exchange resins.  (*Iwata '433*, at [0018]-[0025].)  Notably, however, *Iwata '433* does not disclose leucine.  The only real

explanation for Dr. Block's selection of leucine is that he is looking backwards with knowledge of the inventions of the Formulation Patents — the definition of hindsight.

### 3.    Dr. Block's selection of $Ca^{2+}$ as an additive evidences hindsight bias

#### a.    Dr. Block's immediate focus on deamidation, aggregation, and degradation during storage and after oral administration evidences hindsight bias

133.    Dr. Block uses hindsight to construct a list of two potential degradation pathways for linaclotide that he opines a POSA would have attempted to eliminate by treatment with "[a] divalent cation (such as $Ca^{2+}$)": 1) Asn deamidation and 2) aggregation.  (Block, ¶ 401.)  Even assuming (incorrectly) that these two reactions were occurring, a POSA would not have known if either of them was rate-limiting.  If these degradation pathways were not rate-limiting pathways, eliminating them would not have appreciably affected the overall stability of linaclotide.  (*See* above ¶¶ 54-55.)  Furthermore, even assuming that a POSA would have known that deamidation and aggregation were rate-limiting (or at least major) degradation pathways, Dr. Block engages in hindsight by ignoring numerous alternative potential stabilizing techniques disclosed in his own cited references.  (*See* below ¶¶ 135-137.)

134.    Dr. Block also opines that a POSA formulating linaclotide would have selected "[a] divalent cation (such as $Ca^{2+}$)…[t]o reduce linaclotide degradation during storage, and after oral administration."  (Block, ¶ 401.)[10]  This general pronouncement appears to be nothing more than a hindsight recitation of the goals of EP 0943336 A1 ("*Yanagawa '336*") — a reference that does not even mention linaclotide, much less provide a rationale for how a POSA would have

---

[10] Dr. Block cites *HPE 2006* but offers no explanation of how it relates to his opinions. (Block, ¶ 208 (*citing* HANDBOOK OF PHARMACEUTICAL EXCIPIENTS (R.C. Rowe *et al.*, eds., 2006) ("*HPE 2006*").)  Should Dr. Block be allowed to supplement his opinions on *HPE 2006*, I reserve the right to supplement my opinions expressed here, including via live testimony.

attempted to stabilize a peptide, such as linaclotide.  A POSA would have focused on identifying the specific degradation pathways involved and then would have attempted to minimize those with a particular emphasis on eliminating the rate-limiting deleterious reaction.  (*See* above ¶¶ 48-60.)  Moreover, I disagree with Dr. Block's opinion that a POSA seeking to develop a room-temperature-stable solid formulation of linaclotide would have been concerned with protection from degradation after oral administration.  The Formulation Patents are directed to solid linaclotide compositions that are stable during storage prior to oral administration, ***not*** following it.

**b.      Even assuming a desire to eliminate the deamidation and aggregation pathways, there were numerous alternatives available to a POSA**

135.      Even assuming Dr. Block's hindsight opinion that a POSA would have sought to eliminate the "expected" $Asn^7$ deamidation and aggregation degradation pathways was correct, Dr. Block's laser focus on $Ca^{2+}$ out of numerous potential options evidences additional hindsight.[11]  Many potential methods of stabilizing proteins and peptides were known, including

---

[11] Dr. Block mischaracterizes Dr. Fretzen's deposition testimony when he states that she "admitted that prior art literature taught calcium chloride prevents dimer formation."  (Block, ¶ 391, fn. 18.)  Dr. Fretzen never actually made that statement.  ████████████████████

████████████████████████████████████████████████████████████████████

(Fretzen Dep Tr., at 164:18-165:23; IW_LINZ_00000272.)  ███████████████████████

████████████████████████████████████████  (Fretzen Dep. Tr. at, 213:10-20; Fretzen Dep. Ex. 17; H. Costantino *et al.*, *Solid-Phase Aggregation of Proteins under Pharmaceutically Relevant Conditions*, 83 J. PHARM. SCI. 1662 (1994) ("*Costantino Pharm. Sci. 1994*").)  This reference would not have motivated a POSA with a reasonable expectation of success to add a calcium compound to stabilize linaclotide.  It does not even mention calcium compounds.  ██████████████████████████████████  (*See, e.g.*, Fretzen Dep. Tr., at 157:4-158:19.)  I am an author of *Costantino Pharm. Res. 1994* that discloses the investigation of transition metals to lower the formation of free thiols that may play a role in insulin aggregation.  (H. Costantino *et al.*, *Moisture-Induced Aggregation of Lyophilized Insulin*, 11 PHARM. RES. 21 (1994) ("*Costantino Pharm. Res. 1994*").)  But *Costantino Pharm.*

methods to reduce deamidation.  (*See, e.g.,* above ¶¶ 108-111.)  Additionally, many potential methods of stabilizing proteins and peptides to reduce aggregation were known.  For example, *Cleland 1993* recommends using sugars, surfactants, and cyclodextrins towards that end. (*Cleland 1993*, at 308, 317, 322.)  The number of sugars, surfactants, cyclodextrins, and other excipients that a POSA could have potentially tested, and the potential combinations thereof, would lead to numerous formulations that do ***not*** contain $Ca^{2+}$.

136.    Even assuming (incorrectly) that a POSA would have chosen to stabilize linaclotide using a metal cation salt, Dr. Block fails to explain why a POSA would have immediately focused on a $Ca^{2+}$ compound instead of the many other metal cations that were readily available.[12]  When referring to $Ca^{2+}$, Dr. Block uses the expression "[a] divalent cation (such as $Ca^{2+}$)," acknowledging that other acceptable divalent cations would have been alternative choices.  (Block, ¶ 401.)  Dr. Block's own cited references also disclose many other metal cation compounds that are used as stabilizers, but he provides no reasoned basis to support

---

*Res. 1994* would ***not*** have suggested to a POSA that "calcium chloride prevents dimer formation" in insulin formulations.  To the contrary, it actually states the opposite, that "[a]s a negative control, $CaCl_2$ was added to one formulation, which had no influence on insulin aggregation in the solid state."  (*Id*. at 26.)  Thus, *Costantino Pharm. Res. 1994*, if anything, would have taught away from using $Ca^{2+}$ to stabilize linaclotide against aggregation.  Further, insulin is structurally different from linaclotide, and a POSA would not have had a reasonable expectation of success that the techniques of *Costantino Pharm. Res. 1994* for stabilizing insulin could be effectively applied to formulate linaclotide.

[12] Dr. Block opines that *Tajima 1976* teaches using $Ca^{2+}$ as a stabilizer instead of $Zn^{2+}$. (Block, ¶ 111, fn. 10 (*citing* M. Tajima *et al.*, *Role of Calcium Ions in the Thermostability of Thermolysin and* Bacillus subtilis var. amylosacchariticus *Neutral Protease*, 64 EUR. J. BIOCHEM. 243 (1976) ("*Tajima 1976*")).)  But *Tajima 1976* reports on the ***thermo***stability of two proteolytic enzymes that are much larger than linaclotide and lack disulfide bonds, whereas linaclotide has three of them.  (*Tajima 1976*, at 243.)  Furthermore, Dr. Block neglects to mention that each protease in *Tajima 1976* has four separate specific $Ca^{2+}$ binding sites, whereas there was no evidence for ***any*** $Ca^{2+}$ binding sites in linaclotide.  (*Id.*)  A POSA would have had no reasonable expectation that *Tajima 1976*'s disclosure concerning thermostability of the proteases could be successfully applied to achieve the storage stability of a pharmaceutical formulation, let alone one containing linaclotide.

his opinion that a POSA would have selected $Ca^{2+}$ to stabilize linaclotide.  (*See* below ¶¶ 138-163.)

137.    Moreover, Dr. Block fails to explain why a POSA would have needed to look to $Ca^{2+}$ to further reduce linaclotide's "expected" deamidation in light of his other opinion that leucine would already have been "expected" to reduce deamidation. (*See* Block, ¶¶ 357-364.)

### c.    Dr. Block fails to establish that his cited references would have guided a POSA to select $Ca^{2+}$

#### (1)    *Rehder '326*

138.    Dr. Block offers the hindsight-based opinion that *Rehder '326* would have motivated a POSA to seek to reduce the rate of $Asn^7$ hydrolysis for linaclotide.  (Block, ¶ 367.) To the extent that *Rehder '326*'s techniques relate to the stabilization of polypeptides in aqueous environments,[13] they would not have given a POSA a reasonable expectation of success in developing a stable solid formulation of linaclotide.  (*See* above ¶ 114.)

139.    Furthermore, a POSA would not have had a reasonable expectation of success in borrowing techniques used for structurally unrelated polypeptides that likely possess a different set of influential instability mechanisms.  *Rehder '326* is directed to the "immunoglobulin superfamily of polypeptides, growth factors, cytokines, cell signaling molecules and hormones," with a specific focus on antibodies (that are some 100 times larger than linaclotide).  (*Rehder '326*, at [0118].)  *Rehder '326* describes the "[i]nclusion of divalent cations [as] particularly useful in larger polypeptides having complex structures…."  (*Id.*, at

---

[13] Dr. Block mischaracterizes Dr. Fretzen's deposition testimony to argue that intravenous ("IV") formulations such as those disclosed in *Rehder '326* would have been generally relevant to a POSA.  (*See, e.g.*, Block, ¶ 373 fn.13.) ███████████████ ████████████████████████████████████████████ (Fretzen Dep. Tr., at 160:23-25.)

[0080].)  In contrast, linaclotide is only a tetradecapeptide, and hence it would not be considered to be a "larger polypeptide[]."  (*Id.*)

140.    *Rehder '326* confirms that a POSA would not have reasonably expected that the techniques used to stabilize one protein or polypeptide could be successfully applied to another. For example, *Rehder '326* cautions that "[b]ecause of the number and diversity of different reactions that can result in protein instability[,] the composition of components in a formulation can significantly affect the extent of protein degradation and, consequently, the safety and efficacy of the therapeutic."  (*Id.*, at [0011].)  *Rehder '326* further explains that the "[s]tructural complexity of biological pharmaceuticals such as proteins make[s] them susceptible to various processes that result in structural and functional instability as well as loss of safety."  (*Id.*, at [0005].)  Thus, a POSA would not have had a reasonable expectation that the techniques of *Rehder '326* for formulating antibody-type polypeptides could be effectively applied to formulate linaclotide.

141.    Even assuming (incorrectly) that a POSA was motivated to use a divalent metal cation based on *Rehder '326*, Dr. Block provides no reason to specifically select $Ca^{2+}$ from the list of over fifteen divalent metal cations disclosed in the publication (*e.g.*, $Ca^{2+}$, $Zn^{2+}$, $Mn^{2+}$, $Mg^{2+}$, $Fe^{2+}$, $Co^{2+}$, $Ni^{2+}$, $Cu^{2+}$, $Sc^{2+}$, $Ti^{2+}$, $V^{2+}$, $Cr^{2+}$, $Ga^{2+}$, $Ge^{2+}$, and $Se^{2+}$, as well as their combinations).  (*See, e.g., id.*, at [0057], [0084].)

142.    Dr. Block also overlooks the fact that stability was only tested in *Rehder '326* for 4 months and, moreover, that the claims of *Rehder '326* call only for "at least 80% stability for up to two months…"  (*Id.*, at [0249]-[0265], claim 1.)  Teachings about these relatively short-term and modest stabilities in aqueous solutions would not have given a POSA a reasonable expectation that it would be possible to develop a solid linaclotide formulation that possesses

stability at room temperature for 18 months.

### (2)    *Sorensen '858*

143.    Dr. Block contends that U.S. Patent No. 6,022,858 ("*Sorensen '858*") would have motivated a POSA to use $Ca^{2+}$ to reduce the deamidation of linaclotide.  (*See, e.g.*, Block, ¶ 373.) *Sorensen '858* is directed to "[a] pharmaceutical formulation comprising a growth hormone pretreated with zinc and optionally lysine or calcium ions [that] shows very high stability against deamidation, oxidation, and cleavage of peptide bonds."  (*Sorensen '858*, at Abstract.)  *Sorensen '858* involves compositions having hGH — a protein unrelated to, and 10-fold larger than, linaclotide, which contains multiple Asn residues.  Therefore, a POSA would not have had a reasonable expectation that *Sorensen '858*'s approaches for stabilizing hGH would be useful in developing a stable linaclotide formulation.  (*See* above ¶¶ 50, 115.)

144.    Moreover, the example in *Sorensen '858* only tested formulations in solution for 7 days at 37 °C. (*Sorensen '858*, at 7:1-8:23.)  *Sorensen '858* also states that the formulation should be stable in a lyophilized state "for about one month and additionally for one month in a reconstituted [liquid] state[.]"  (*Id.*, at 2:54-57.)  A POSA would not have been able to reasonably predict based on these very different parameters measured in *Sorensen '858* whether it would be possible to develop a solid linaclotide formulation that possessed stability at room temperature for as long as 18 months.

### (3)    *Cleland 1993*

145.    Dr. Block's opinion that *Cleland 1993* would have motivated a POSA to decrease the deamidation of linaclotide by adding a "hygroscopic excipient, such as calcium chloride" is

misguided.  (Block, ¶¶ 374-375 (discussing *Cleland 1993*, at 340).)[14,15]  *Cleland 1993* does not

even mention $CaCl_2$ in its discussion of deamidation, much less that it is a "hygroscopic

excipient." (*Cleland 1993*, at 326-341.)  The only way Dr. Block is able to select $CaCl_2$ from

*Cleland 1993* is through hindsight.

### (4)    *Bentz '392*

146.    Dr. Block opines that International Publication No. WO 04/039392 A2 ("*Bentz*

*'392*") would have motivated a POSA to seek to eliminate aggregation and to reduce

dimerization in formulations of linaclotide.  (Block, ¶¶ 383-384.)  But a POSA would not have

been able to predict in advance whether aggregation or dimerization would affect linaclotide

formulations, much less known whether it was a major degradation pathway.  (*See* above ¶¶ 50-

51, 99.)

147.    Furthermore, *Bentz '392* concerns an implantable device for delivery of a peptide

belonging to the family of Pituitary Adenylate Cyclase Polypeptide (PACAP) and glucagon-like

peptides.  (*Bentz '392*, at [0002], [0040].)  PACAP and glucagon are unrelated to, and over twice

---

[14] Dr. Block incorrectly states that "Dr. Fretzen admitted that calcium chloride was known to be useful in reducing moisture related to degradation."  (Block, ¶ 375 fn. 14.) ███████

████████████████████████████████████████████████ (Fretzen Dep. Tr., at 162:4-163:3.)

[15] Dr. Block also relies on *Crowley 1999* in support of his opinion that a POSA would have been motivated to add $Ca^{2+}$ to a solid linaclotide formulation to reduce the rate of linaclotide hydrolysis.  (*See, e.g.,* Block, ¶ 375 (*citing* P. Crowley, *Excipients as Stabilizers*, 2 PHARM. SCI. TECHNOL. TODAY 237 (1999) ("*Crowley 1999*")).)  As discussed above, a POSA would not have been able to predict without considerable experimentation whether hydrolysis was a major degradation pathway for linaclotide.  (*See, e.g.,* above ¶ 68.)  Even assuming (incorrectly) that a POSA had focused on using a hygroscopic excipient to reduce linaclotide hydrolysis based on *Crowley 1999*, that POSA would have been motivated to use talcum, and not calcium chloride.  *Crowley 1999* discloses a rank order assessing the "desiccating capability of excipients."  Notably, calcium chloride is absent from the rank order.  (*Crowley 1999*, at 238.)

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

the size of, linaclotide.  Peptide instability is unpredictable, and the techniques used to reduce the aggregation of one peptide generally would not be expected to work on another.  (*See above* ¶¶ 38-60.)  *Bentz '392* confirms this by disclosing that the degradation products of PACAP are "covalent dimers, dimer-OAc and PACAP-OAc adducts," none of which would have expected to form in an analogous manner with linaclotide.  (*Bentz '392* at [0042].)  If a POSA had followed Dr. Block's reasoning and sought to reduce the degradation of linaclotide through aggregation based on *Bentz '392*, that person would have been heading down the wrong path.  The inventors of the Formulation Patents found that aggregation was ***not*** a major degradation pathway in linaclotide formulations.  (*See above* ¶ 99.)

### (5)    *Chan '788*

148.    Dr. Block contends that *Chan '788* would have motivated a POSA to seek to eliminate degradation of linaclotide due to aggregation.  (Block, ¶ 389.)  Citing *Chan '788*, Dr. Block states that "calcium ions prevented aggregation [of DNase] ***by specifically binding to the DNase.***"  (Block, ¶ 389 (emphasis added).)  But he does not provide any evidence (nor am I aware of any) that calcium ions would bind to linaclotide.  Based on this marked distinction alone, a POSA would have been dissuaded from considering that strategy.

149.    In addition, DNase is a structurally unrelated protein 20 times the size of linaclotide.  (*Chan '788*, at 1:23-26.)  Accordingly, a POSA would not have reasonably expected the techniques used in *Chan '788* could be successfully applied to linaclotide.  (*See above* ¶¶ 38-60.)

150.    Furthermore, *Chan '788* concerns stabilization of proteins in aqueous, not in solid, formulations.  (*See, e.g.*, Block ¶ 257 ("Chan '788 patent teaches liquid solutions, suitable for pharmaceutical administration, comprising deoxyribonuclease (DNase)….").)  A POSA would not have reasonably expected that a set of conditions that stabilized a protein in a liquid

formulation also would have worked in the context of a solid formulation.  (*See, e.g.,* above ¶ 114; *Chan '788*, at 9:18-19.)  Additionally, aggregation was not found to be a major degradation pathway for linaclotide formulations, and therefore, a POSA seeking solutions to stop linaclotide aggregation would have been heading down the wrong path.  (*See* above ¶ 99.)

### (6)      *Chen 1999*

151.    Dr. Block opines that *Chen 1999* would have motivated a POSA to use $Ca^{2+}$ to prevent aggregation.  (Block, ¶ 390 (*citing* B. Chen *et al.*, *Influence of Calcium Ions on the Structure and Stability of Recombinant Human Deoxyribonuclease I in the Aqueous and Lyophilized States*, 88 J. PHARM. SCI. 477 (1999) ("*Chen 1999*")).)  The very first sentence of *Chen 1999* states that "[i]t has been established that divalent metal cations, particularly $Ca^{2+}$, play an important role in the structure and function of deoxyribonuclease I (DNase)."  (*Chen 1999*, at 477.)  *Chen 1999* also states that, in the specific case of rhDNAse, "the stabilizing influence of calcium is due to some ***specific effect (e.g., binding)*** rather than mediated by influence on the $T_g$ of the system."  (*Id.*, at 481 (emphasis added).)  Thus, a POSA formulating linaclotide would have been dissuaded from relying on *Chen 1999* because there would have been no reasonable basis for expecting that divalent metal cations play a similarly "important role in the structure or function" of linaclotide.

152.    Additionally, *Chen 1999* concerns the human enzyme rhDNase (where "rh" stands for "recombinant human"), which as stated above, is vastly different from linaclotide.  A POSA would not have expected that the techniques used to stabilize this protein would also work for linaclotide.  Furthermore, aggregation was not found to be a major degradation pathway for linaclotide formulations, and therefore, a POSA who sought to eliminate aggregation in formulating linaclotide based on *Chen 1999* would have been heading down the wrong path. (*See* above ¶ 99.)

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

(7)   *Marra '248*

153.   Dr. Block contends that International Publication No. WO 02/26248 A1 ("*Marra '248*") would have motivated a POSA to include divalent metal cations in a solid oral linaclotide formulation, based on its disclosure that $Zn^{2+}$, $Mg^{2+}$, and $Ca^{2+}$ all reduce the rate of conantonkin degradation.  (Block, ¶¶ 392-395.)  Dr. Block ignores that the conantonkins of *Marra '248* are structurally distinct from linaclotide and "do not normally contain disulfide residues."  (*Marra '248*, at 2:4-5.)  Linaclotide, on the other hand, contains three disulfide bonds.  Notably, the divalent metal ions of *Marra* '248 act by "stabilizing the structure of conantonkins…."  (*Id.*, 2:31-3:1.)  Dr. Block provides no support for the premise that a divalent metal ion would bind to, or stabilize the structure of, linaclotide in a similar manner.  And a POSA would have had no reasonable expectation that it would do so.

154.   A POSA would not have reasonably expected that teachings about the degradation of one peptide could be successfully applied to another peptide.  (*See* above ¶¶ 38-60.)  For example, the conantonkins of *Marra '248* could not undergo degradation via disulfide oxidation (since they "do not normally contain disulfide residues"), while that deleterious reaction was found by the inventors of the Formulation Patents to be partly responsible for linaclotide degradation.  (*See* above ¶ 67.)

155.   Moreover, the delivery route for the proposed therapy contemplated by *Marra '248* is via an aqueous conantonkin solution through an infusion pump.  A POSA seeking to develop a solid oral linaclotide formulation would not have relied on such a reference.  (*Marra '248*, at 2:19-25; *see* above ¶ 114.)

156.   Dr. Block's reliance on *Marra '248* for describing shelf-stable formulations is also flawed because *Marra '248* achieves a shelf-life of only 51 days (at 37° C) when using $Ca^{2+}$ as a stabilizer.  (*Id.*, at 2:20-25, 8:1-4.)  This set of stability conditions is different than those of the

Formulation Patents, which require a solid linaclotide formulation stable at room temperature for 18 months.  (*See, e.g.*, '628 patent, at claims 16, 17.)  A POSA would not have reasonably expected that a longer shelf life could be achieved for linaclotide based on the results disclosed in *Marra '248*.

157.    Additionally, *Marra '248* discloses that (a) tests performed on a conantonkin formulation containing $Mg^{2+}$ had a 55% longer shelf-life of 79 days (*Marra '248*, at 8:1-4) and (b) $Zn^{2+}$ was found to be more effective than both $Ca^{2+}$ and other divalent cations in accelerated stability experiments.  (*Id.*, at 17:16-29.)  Thus, even assuming (incorrectly) that a POSA was persuaded by *Marra '248* to use a divalent metal cation in a linaclotide formulation, that person would have been motivated to use $Mg^{2+}$ or $Zn^{2+}$, rather than $Ca^{2+}$.

### (8)    *Yanagawa '336*

158.    Dr. Block contends that *Yanagawa '336* would have motivated a POSA to use "a calcium compound" to increase the "stability of a protein or peptide drug in the GI tract of patients."  (Block, ¶¶ 397-400.)  But he fails to articulate how using an enteric coated dosage form to protect peptides from gastric proteases would assist a POSA seeking to increase linaclotide's shelf-stability.  (*Yanagawa '336*, at [0024].)  To the contrary, *Yanagawa '336* would have been irrelevant.

159.    Further, *Yanagawa '336*'s shelf-stability tests involving compositions containing insulin, calcium carbonate (as a carrier), and gelatin only lasted up to a month.  And *Yanagawa '336* used gelatin — not a calcium compound — as a stabilizer.  (*Id.*, at [0084]-[0090].) Moreover, none of the proteins and peptides disclosed in *Yanagawa '336*, including calcitonin, insulin, parathyroid hormone, hGH, luteinizing hormone-releasing hormone, and gonadotropin-releasing hormone are structurally similar to linaclotide.  (*Id.*, at [0002].)  A POSA would not have expected that the techniques used to stabilize these proteins and peptides would also work

for linaclotide.  (*See* above ¶¶ 38-60.)  Furthermore, even assuming (incorrectly) that a POSA was motivated to use a metal cation based on the teaching of *Yanagawa '336*, Dr. Block ignores that many other metal cations, including aluminum, magnesium, silicon, iron, and zinc are also expressly disclosed in *Yanagawa '336*.  (*Id.*, at [0013].)

### (9)    *Cini '298*

160.    Dr. Block opines that U.S. Patent No. 5,130,298 ("*Cini '298*") would have motivated a POSA to use metal cations to prevent degradation of linclotide.  (Block, ¶¶ 405-406, 410.)  While he contends that *Cini '298* discloses stabilization of epidermal growth factor (EGF), *Cini '298* does not disclose how a metal cation acts to stabilize the structure of the EGF protein.  Therefore, a POSA would not have reasonably expected that linaclotide could be stabilized in the same way.  (*Cini '298*, at Abstract.)

161.    Moreover, EGF, a 53-amino acid polypeptide, is very different from, and about four times the size of, linaclotide.  Thus, a POSA would not have reasonably expected that the disclosure of *Cini '298* could be successfully applied to formulating linaclotide.  (*See* above ¶¶ 38-60.)

162.    In addition, Dr. Block states that "*Cini '298*…teaches that the metal cation can be selected from the group comprising zinc, magnesium, and calcium."  (Block, ¶¶ 405-406.)  In doing so, he ignores numerous other metals disclosed by *Cini '298*, such as cadmium, nickel, tin, potassium, and lithium.  (*Cini '298*, at 4:6-8.)  Notably, all of the examples in *Cini '298* comprise zinc, while none comprise calcium.  (*Id.*, at 6:50-8:29.)  If anything, a POSA following *Cini '298* would have been motivated to select zinc (the preferred embodiment).  (*Id.*, at 1:63-64.)

163.    Furthermore, Dr. Block fails to address the fact that the examples in *Cini '298* test stability of EGF in aqueous solution and for only up to 28 days.  (*Id.*, at 6:51-68.)  For the same reasons as described previously, such stability tests would not have been informative to a POSA

seeking to develop a solid linaclotide formulation that is shelf-stable for 18 months.  (*See, e.g.*, above ¶¶ 142, 144, 156; '628 patent, at claims 16, 17.)

### 4. Dr. Block fails to establish the motivation for a POSA to combine $Ca^{2+}$ and leucine as additives to obtain the claimed solid stable linaclotide compositions

#### a. Under Dr. Block's approach, combining $Ca^{2+}$ and leucine would have had redundant effects on linaclotide's stability

164.    Dr. Block opines that a POSA would have combined an "amino acid (such as leucine)" and "[a] divalent cation (such as $Ca^{2+}$)" to improve the stability of a solid linaclotide formulation.  (Block, ¶¶ 401-403.)  This opinion is unsupported and based on hindsight.  None of the references that Dr. Block relies on throughout his report teach or suggest combining leucine and $Ca^{2+}$ to stabilize any peptide, let alone specifically linaclotide.[16,17]

165.    Because there is no motivation to combine leucine and $Ca^{2+}$ in the prior art, Dr. Block is forced to take a different approach in an attempt to justify adding both leucine and $Ca^{2+}$ to stabilize a linaclotide formulation.  He focuses on reducing further an already narrow list of degradation pathways of linaclotide that he arbitrarily selects.  (Block, ¶ 401.)  He then posits that a POSA would have in mind that list of hand-picked degradation pathways (which, as

---

[16] Dr. Block cites *USP 23* but offers no explanation of how it relates to his opinions. (Block, ¶¶ 291-294, 311 (*citing* The United States Pharmacopeia (USP 23): The National Formulary (NF18) (1995) ("*USP 23*").)  The cited reference does not disclose methods for stabilizing peptides in a pharmaceutical formulation.  (*Id.* at 1942-1943.)  Should Dr. Block articulate an opinion on *USP 23*, I reserve the right to provide a response.

[17] Dr. Block cites *Remington 2000* but offers no explanation of how it relates to his opinions concerning the Formulation Patents.  (Block, ¶¶ 295-299, 311 (*citing* REMINGTON: THE SCIENCE AND PRACTICE OF PHARMACY (A. Gennaro, ed., 2000) ("*Remington 2000*").)  The cited reference does not disclose methods for stabilizing peptides in a pharmaceutical formulation. (*Id.* at 1-47.)  A POSA would not have had a reasonable expectation of success based on *Remington 2000* that a solid room-temperature-stable formulation of linaclotide could be achieved.  Should Dr. Block provide an opinion on *Remington 2000*, I reserve the right to respond.

discussed above, already suffers from impermissible hindsight), and then would have chosen

individual excipients to reduce degradation from each of those pathways.  (S*ee, e.g.*, *id.*; *see*

above ¶ 89.)

166.    Not only is that approach also hindsight-based, it also undermines all of Dr.

Block's subsequent assertions.  (*See, e.g.*, above ¶¶ 102, 133.)  As a general matter, a POSA

would have sought to eliminate redundant ingredients and, therefore, would have reduced the

number of excipients in a linaclotide formulation to the extent possible.  Absent a compelling

reason to do so, a POSA would not use any more excipients than necessary.  (*See, e.g.*, above

¶¶ 52, 57.)

167.    Dr. Block's opinion that a POSA would have been motivated to use both $Ca^{2+}$ and

leucine together for the specific purpose of reducing the rate of $Asn^7$ deamidation is unsupported.

Dr. Block does not identify any reference where both leucine and $Ca^{2+}$ are used together for the

same purpose of reducing deamidation (or for any other reason).  And he does not contend that

either $Ca^{2+}$ or leucine is insufficient on its own for reducing deamidation.  Dr. Block also fails to

give any reason why, if one excipient was effective at reducing deamidation, a POSA would

have wanted to add a second excipient that would also reduce deamidation.  A POSA would be

motivated to do the opposite — using as few excipients as possible to achieve a desired result.

(*See, e.g.*, above ¶¶ 52, 57.)  Consequently, a POSA would *not* have been motivated to use $Ca^{2+}$

and leucine together to reduce deamidation.

168.    Relying on Dr. Fretzen's deposition testimony, Dr. Block opines that "addressing

different degradation pathways" would improve the overall stability of linaclotide.  (Block, ¶

403, fn. 19.) ██████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████   (*Id.*; Fretzen Dep. Tr., at 249:12-17.)  By contrast, Dr. Block advocates using both $Ca^{2+}$ and leucine to address the ***same*** degradation pathway of Asn deamidation, which is misguided and not consistent with what a POSA would have done.  (*See, e.g.*, above ¶ 166.)

169.    Dr. Block also contends that leucine can be used to act as a formaldehyde scavenger, while $Ca^{2+}$ can be used to reduce deamidation, aggregation, or general degradation during storage or after oral administration.  (Block, ¶ 401.)  But that opinion is both unsupported and incorrect.  A POSA would only have needed a formaldehyde scavenger if formaldehyde was actually present in the formulation.  (*See* above ¶¶ 52, 57, 104-105.)  If a POSA was concerned with the deleterious effects of formaldehyde, that person would have simply formulated linaclotide without a formaldehyde source and, therefore, would not have needed to use a formaldehyde scavenger in a linaclotide formulation.  Even under Dr. Block's faulty framework, because $Ca^{2+}$ alone could have reduced deamidation and because a formaldehyde scavenger would not have been required, a POSA would have had no reason to also add leucine to a linaclotide formulation.

**b.    None of Dr. Block's cited references teaches or suggests a reason to combine $Ca^{2+}$ and leucine**

170.    Because no single reference provides any reason to combine leucine and $Ca^{2+}$, Dr. Block turns to two general references — *Cini '298* and *Rehder '326*.  Both of them focus on using divalent metal cations for stabilizing pharmaceutical formulations and only discuss amino acids as part of a large list of potential excipients.  (*See* Block, ¶¶ 405-409 (discussing *Cini '298* and *Rehder '326*).)  Neither reference provides motivation to combine leucine and $Ca^{2+}$, let alone for the specific purpose of stabilizing linaclotide, and Dr. Block fails to articulate how they would do so.

171.    A POSA seeking to develop a solid linaclotide formulation would not even look

to *Cini '298*, which focuses on stabilizing an ***aqueous*** solution of EGF with a zinc cation, as a reason to use $Ca^{2+}$ on its own.  (*See* above ¶¶ 160-163.)

172.    Even assuming (incorrectly) that a POSA would have selected a calcium cation based on *Cini '298*, there is no motivation in *Cini '298* to combine that $Ca^{2+}$ with leucine.  Still, Dr. Block attempts to rely on *Cini '298*'s limited disclosure that "glycine, leucine, and poly-amino acids, may further increase the stability of EGF" by lowering the dielectric constant of the solution in order to demonstrate that a POSA would have selected leucine as an additional excipient.  (Block, ¶ 407.)  But a POSA would have recognized that the dielectric constant of an aqueous solution is irrelevant to developing a solid, stable linaclotide formulation.

173.    Even assuming further that a POSA would have expected that decreasing the dielectric constant actually would have had a stabilizing effect on linaclotide, that person would still have had no reason to select leucine from the numerous excipients in the lengthy and open-ended list disclosed in *Cini '298*.  (*Cini '298*, at 6:16-27.)  *Cini '298* does not provide any teaching or suggestion to use leucine, let alone any motivation to combine it specifically with $Ca^{2+}$.

174.    Dr. Block's reliance on *Rehder '326* to argue that "additional excipients," such as amino acids, can be added to pharmaceutical formulations is similarly misguided and based on impermissible hindsight.  (Block, ¶ 409.)  The so-called "additional excipients" disclosed in *Rehder '326* comprise a long and open-ended list of a wide variety of potential excipients.  (*Rehder '326*, at [0061].)  While amino acids are mentioned generally among many other types of excipients, *Rehder '326* finds other categories of excipients, *i.e.*, not amino acids, to be "[p]articularly useful."  (*Id.*)  Additionally, even though the amino acids glycine, methionine, and glutamic acid are specifically listed, leucine is conspicuously not.  (*Id.*)  Moreover, *Rehder '326*

does not explain any function or purpose served by these amino acids, or even why a POSA would have been motivated to use amino acids in a formulation at all.  In addition, none of the examples in *Rehder '326* combine $Ca^{2+}$ with any amino acid, let alone with leucine specifically. (*Id.*, at [0249]-[0263].)  Therefore, *Rehder '326* provides no reason for a POSA to combine leucine with $Ca^{2+}$.

175.    To summarize, Dr. Block cites nothing in the references on which he relies that would motivate a POSA to combine leucine and $Ca^{2+}$.

### c.    Innumerable possible combinations of excipients were available to a POSA at the time of the invention

176.    There were a large number of individual excipients available to a POSA to try as potential stabilizers, and Dr. Block's identification of $Ca^{2+}$ and leucine out of that long list is squarely based on hindsight rather than on motivation from the prior art.  (*See* above ¶¶ 108-112, 135-137.)  He fails to account for the innumerable possible combinations of stabilizing excipients to test.

177.    Even the articles on which Dr. Block himself relies show the enormous numbers of possible combinations of excipients that were available to a POSA at the time of the invention.  (*See* above ¶¶ 108-112, 135-137.)  For example, in *Capelle 2007*, Table 1 contains a list of "commonly used excipients in protein formulations."  (*Capelle 2007*, at 134.)  That list alone contains over 60 different examples of ***common*** (*i.e.*, not including less common) excipients, and several of those contain further subcategories of excipients (*e.g.*, the "poloxamer 20/40/80" subcategory expressly includes three distinct surfactants: poloxamer 20, poloxamer 40, and poloxamer 80; likewise, the "cyclodextrins" subcategory encompasses at least three distinct commercially available cyclic sugars: α-cyclodextrin, β-cyclodextrin, and γ-cyclodextrin).  (*Id.*)  Just with that list alone and even ignoring the subcategories, assuming

combinations of two excipients, $60 \times 59$ possible combinations (*i.e.*, over 3,500) could exist. Assuming combinations of three excipients, $60 \times 59 \times 58$ combinations (*i.e.*, over 200,000) could exist. And so on. Accounting for the subcategories within the list would further greatly multiply the number of possible combinations. Notably, however, this list of "commonly used excipients" ***does not contain leucine***. That means that a POSA attempting to experiment with all the possible combinations of excipients starting with the list in *Capelle 2007* might have run thousands upon thousands of tests and would still never have arrived at the combination of $Ca^{2+}$ and leucine claimed in the Formulation Patents.

178.    Dr. Block fails to address the issue of the number of combinations of potentially stabilizing excipients that would lead to a myriad of additional possible options for stabilizing linaclotide. Furthermore, he ignores altogether the use of different concentrations of such excipients, which would further dramatically multiply the number of tests for a POSA to run. Notably, *Cleland 1993*, relied upon by Dr. Block, teaches that a POSA could have combined excipients at varying quantities, adding yet another layer of experiments to formulation studies. (*Cleland 1993*, at 321 ("a combination of excipients is often used to take advantage of characteristics of each excipient.").)

179.    A POSA could have used different concentrations and combinations of excipients depending on the nature and the number of degradation pathways to be tested. Simply put, absent additional information (unavailable to a POSA in the case of linaclotide), there would have been no way for a POSA to reasonably predict what excipients and their combinations and amounts would have worked, much less would have been optimal, in any given situation.

180.    In addition, potential stabilizing approaches could have been combined with each other in many ways. Individual excipients could have been employed together at different

concentrations and under various environmental conditions.  The overall number of permutations and combinations available to a POSA would have been many thousands.

181.    Dr. Block's opinion that a POSA could have "routinely tested the stabilizing effects of various excipients and combinations thereof" using "high-throughput screening techniques" is unrealistic and misguided.  (Block, ¶ 115.)  He fails to account for the sheer number of combinations and permutations of stabilizing excipients to be tested that, when combined with the need to test each formulation for up to 18 months and the unpredictability of the ultimate outcome, would have made such experimentation anything but routine.  (*See* above ¶¶ 176-180.)  Moreover, *Capelle 2007*, on which Dr. Block relies for his high-throughput screening opinion, states that "high-throughput screening techniques…***will become*** an important asset for the development of stable pharmaceutical drug formulations," thereby indicating their aspirational rather than existing nature.  (*Capelle 2007*, at 144 (emphasis added).)  Indeed, *Capelle 2007* also asserts that "several analytical techniques are discussed ***with potential use*** in high throughput protein formulation studies."  (*Id.*, at 134 (emphasis added).)  In fact, *Capelle 2007* affirms that "[a]t present, protein formulation in the pharmaceutical industry is generally a slow process and will benefit from a fast formulation screening approach."  (*Id.*, at 132.)  Thus, as *Capelle 2007* confirms, the use of such high-throughput methods were not readily available to

a POSA at the time, but rather were still in development for "potential" future uses.[18,19]  (*Id.*, at 134.)

### d. Dr. Block incorrectly assumes that determination of the claimed ratios of $Ca^{2+}$ and leucine for linaclotide would have been routine

182.    Dr. Block asserts that the molar ratio of $Ca^{2+}$ to leucine to linaclotide of claim 21 of the '628 patent is obvious over the prior art.  (Block, ¶¶ 426-445.)  I disagree for the following reasons.

183.    As an initial matter, Dr. Block's opinion depends on the arbitrary assumption that a POSA is starting off with the combination of $Ca^{2+}$ and leucine.  However, as discussed previously, it would not have been obvious to a POSA to combine these two specific excipients in the particular way set forth in the claimed invention.  (*See* above ¶¶ 164-181.)  Without the starting combination, a POSA could not have conceivably arrived at the claimed ratios.

---

[18] Assessing the stability of peptide formulations would have required analytical testing by HPLC as disclosed in detail, for example, in the Formulation Patents.  (*See, e.g.*, '628 patent, at 22:23-56.)  HPLC would have been time-intensive, and such analysis would have been a bottleneck to testing the innumerable potential combinations of peptide formulations.  (*See, e.g., id.*, at 22:36-43 ("Elution of linaclotide and its related substances is accomplished with a gradient from 0% to 47% MPB [where "MP" stands for "mobile phase"] in 28 minutes followed by a ramp to 100% MPB in 4 minutes with a 5 minute hold at 100% MPB to wash the column.  Re-equilibration of the column is performed by returning to 0% MPB in 1 minute followed by a 10 minute hold at 100% MPA."); *see* above ¶¶ 176-180.)

[19] Dr. Block states that *Remington 2006* teaches that "90% of labeled potency generally is recognized as the minimum acceptable potency level" and that a POSA would have been motivated to optimize the linaclotide solid formulation so that it retains that potency over a disclosed period of time and at certain conditions, for example, 6 months at accelerated conditions.  (Block, ¶¶ 453-456 (*citing* REMINGTON: THE SCIENCE AND PRACTICE OF PHARMACY 1025-1026 (D.B. Troy *et al.*, eds., 2006) ("*Remington 2006*").)  But *Remington 2006* provides no guidance on how a POSA would accomplish these goals.  Therefore, *Remington 2006* would not have provided a POSA with a reasonable expectation of successfully developing a solid formulation of linaclotide stable at accelerated storage conditions for 6 months or at room temperature for 18 months.  (*See, e.g.*, '628 patent, at claims 16, 17.)

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

184.     Moreover, Dr. Block's analysis is flawed in that he attempts to combine three different references: one disclosing the molar ratio of leucine to a protein that is not linaclotide (*Sorensen '278*) and the other two disclosing the molar ratios of $Ca^{2+}$ to different proteins that are not linaclotide (*Yanagawa '336*, and *Marra '248*).  (Block, ¶¶ 426-445.)  But *Sorensen '278* suggests only that a phosphate buffer would not be a good choice for preparing a stable aqueous hGH solution — not that leucine would provide a particular advantage in stabilizing hGH, rendering any molar ratio in that reference concerning leucine irrelevant to a POSA targeting linaclotide.  (*See* above ¶ 113.)  Likewise, *Yanagawa '336* discloses using an enteric-coated dosage form to protect physiological activity of peptides (unrelated to linaclotide) from gastric proteases — not to increase shelf stability.  (*See* above ¶¶ 158-159.)  And *Marra '248* concerns delivery of aqueous conantonkin solution through an infusion pump.  (*See* above ¶¶ 153-157.)  Therefore, these references would ***not*** have motivated a POSA to use $Ca^{2+}$ or leucine together, let alone at any given ratio.

185.     Even assuming that a POSA (incorrectly) would have looked to *Sorensen '278*, *Yanagawa '336*, and *Marra '248* for their use of leucine and $Ca^{2+}$ as stabilizers, that person would not have had a reasonable expectation that any of the molar ratios disclosed in those references could be applied to stabilize linaclotide.  Each of those references concerns proteins that are unrelated to linaclotide and would not have motivated a POSA to use any particular ratio of leucine or $Ca^{2+}$ in a linaclotide formulation.

186.     Moreover, there was no motivation for a POSA to combine the disclosures in *Sorensen '278*, *Yanagawa '336*, or *Marra '248*.  Those disparate teachings are unrelated.  Dr. Block fails to support his misguided opinion that a POSA would look at individual ratios of leucine to one protein and $Ca^{2+}$ to another protein and combine those disclosures from

unconnected references.  None of the references disclose any information to a POSA about what ratios of $Ca^{2+}$ and leucine to use together and what ratios to use to stabilize linaclotide.

187.    In addition, the ranges of ratios in each of those references are so large and disparate that they would have provided no guidance to a POSA about the ratios of leucine and $Ca^{2+}$ that would have been effective in stabilizing linaclotide.  For example, Dr. Block states that *Sorensen '278* discloses adding leucine at a molar ratio of 5.6:1 to 56:1.  (Block, ¶¶ 428-430.) This 10-fold range would not have provided a POSA with any guidance about the correct molar ratio of leucine to use with linaclotide.[20]  Similarly, Dr. Block states that *Yanagawa '336* discloses a molar ratio of $Ca^{2+}$ to a protein "of between 30.4:1 to $2.6 \times 10^5$:1," and *Marra '248* discloses a molar ratio of $Ca^{2+}$ to a protein "of between 2.5:1 to 100:1."  (*See id.*, ¶¶ 437, 441.) These broad (40-fold to over 8,000-fold) ranges would have provided a POSA with no useful guidance about the correct molar ratio of $Ca^{2+}$ to use with linaclotide.[21]

188.    Dr. Block makes similar arguments for the molar ratio and weight percent elements of the asserted claims of the '573 patent.  (*See* Block, ¶¶ 466-484, 490-499, 504-514.) They are likewise without merit.  (*See* above ¶¶ 182-187.)  Additionally, the weight percent ranges of linaclotide, leucine, and $Ca^{2+}$ that Dr. Block cites as being disclosed by *Yanagawa '336* (protein at 0.005% to 30% by weight, *i.e.*, a 6,000-fold range), *Marra '248* (active ingredient at

---

[20] For the same reasons, I disagree that *Hepner 2005* supports Dr. Block's opinions. (*See, e.g.*, Block ¶ 428 fn. 21; F. Hepner *et al.*, *Mass Spectrometrical Analysis of Recombinant Human Growth Hormone (Genotropin®) Reveals Amino Acid Substitutions in 2% of the Expressed Protein*, 3 PROTEOME SCI. 1, 2 (2005) ("*Hepner 2005*").)

[21] Dr. Block repeatedly refers to Design of Experiment (DOE) as a method to optimize ratios of different excipients in a formulation. (*See, e.g.*, Block, ¶¶ 473 fn. 28, 483 fn. 30, 498 fn. 31.) ████████████████████████████ (Fretzen Dep. Tr., at 193:7-17.)  A POSA would only have employed DOE following extensive experimentation and after already arriving at the precise combination of excipients in a formulation.  But Dr. Block's selecting the combination of leucine and $Ca^{2+}$ is pure hindsight.  (*See* above ¶¶ 164-181.)

0.01% to 10% by weight (*i.e.*, a 1,000-fold range), calcium chloride at 0.0018% to 0.072% and 1.81% to 72% by weight (*i.e.*, a 40-fold range)), and *Sorensen '278* (leucine at 0.024% to 24% by weight, *i.e.*, a 1,000-fold range) are so broad that they would have provided a POSA with no meaningful guidance about the quantity of ingredients needed to formulate a stable linaclotide composition.  (*See* Block, ¶¶ 490-499.)[22]

### 5. Dr. Block fails to prove that a POSA would have had a reasonable expectation of successfully arriving at the claimed solid stable linaclotide compositions

189.   Even assuming (incorrectly) that Dr. Block's analysis based on hindsight is tenable, he does not cite any evidence to show that a POSA would have had a reasonable expectation of success in creating a shelf stable formulation of linaclotide.  Nor does Dr. Block account for the significant evidence showing that a POSA, armed with the prior art, would not have had a reasonable expectation of successfully arriving at the claimed invention.  Dr. Block ignores the contrary teachings of the documents he cites, the intricate and unknown nature of the degradation pathways to be tackled, the lack of public information critical to understanding the linaclotide instability, and the limits of the knowledge of a POSA at the time of the invention. (*See, e.g.,* above ¶¶ 38-188.)  In my opinion, for many of the reasons discussed throughout this report, a POSA seeking to formulate a solid stable linaclotide composition at the time of the invention would not have had a reasonable expectation of succeeding.

---

[22] Additionally, Dr. Block refers to *Adesunloye '106* as disclosing inclusion of an amino acid at 0.1 to 25 percent.  (*See* Block, ¶ 495.)  However, this reference would not have provided a POSA with any guidance about how to stabilize a linaclotide composition.  (*See* above ¶¶ 125-128.)  Also, Dr. Block fails to explain why a POSA would have focused immediately on leucine within a list of over 20 other amino acids and their mixtures disclosed in *Adesunloye '106*.  (*See* above ¶ 128.)  Furthermore, the range of 0.1 to 25 percent by weight in *Adesunloye '106* is so broad (250 fold) that it would not have provided a POSA with any useful guidance about quantity of amino acid to use in a linaclotide composition.

190.     First, at the time of the invention, a POSA would have had no information about linaclotide's degradation pathways, let alone knowledge of the major ones.  (*See* above, ¶¶ 64-70.)  A POSA thus would have been faced with having to start from scratch to characterize linaclotide's instability.  And because there was no accepted general approach to protein formulation, the POSA would have had to generate a novel customized approach.  (*See, e.g.,* above ¶¶ 38-56.)  In doing so, the POSA would have had to: (i) identify linaclotide's degradation pathways; (ii) identify which of those degradation pathways had the most significant effect; and (iii) ascertain how the degradation pathways affected each other.  Each requirement was in and of itself a daunting process, with no guidance and no reasonable expectation of success.  (*See* above ¶¶ 48-56.)  Dr. Block's cited references disclose numerous potential degradation pathways that a POSA would not have been able to rule out without significant experimentation.  (*See, e.g.,* above ¶ 94.)  A POSA would have had no reasonable expectation of success in identifying the exact degradation pathways that operate for linaclotide, much less the major pathways, and how they depend on each other.  (*See, e.g.,* above ¶¶ 95-101.)

191.     Second, even if a POSA had identified linaclotide's major degradation pathways, that POSA would still have to sufficiently eliminate them to arrive at the claimed solid stable compositions.  (*See* above ¶¶ 57-60.)  But that too was daunting and unknown.  (*Id.*)  It would have required trying to eliminate specific degradation pathways by selecting the right combination of excipients, out of thousands upon thousands of potential combinations, without also exacerbating other degradation pathways at the same time.  (*See* above ¶¶ 108-112, 135-137, 176-181.)  A POSA would have been trying combination after combination out of many thousands of possible choices, without any indication of which parameters were critical and with no direction as to which of those combinations is likely to be successful.  (*See* above ¶¶ 108-112,

135-137, 176-181.)  Knowledge that a formulation excipient worked to stabilize one protein would not have given a POSA a reasonable expectation that it would work to stabilize a different protein or peptide.  (*See, e.g.*, above ¶¶ 43-44.)  On top of that, in the process of trying to identify a combination of excipients out of the many thousands of possibilities, a POSA would also be faced with having to identify which concentration(s) of each excipient would work, thus magnifying the uncertainty and requiring additional significant experimentation.  It would have been unreasonable, under those circumstances, for a POSA to expect to have successfully arrived at the claimed invention.

192.    Third, without the benefit of hindsight, a POSA would not have known, and could not have known, that the combination of $Ca^{2+}$ and leucine would have led to unexpected results.  As discussed below, the inventors found that the combination of $Ca^{2+}$ and leucine provided unexpected stabilizing effects on linaclotide's three main degradation pathways: disulfide oxidation, $Asn^7$ deamidation, and formation of $Cys^1$-IMD.  (*See* below ¶ 200.)  Thus, even if a POSA would have had some knowledge of the major degradation pathways, and an understanding of which excipients could have been used to reduce or eliminate those pathways, that POSA would not have had a reasonable expectation of success of arriving at the claimed combination of $Ca^{2+}$ and leucine because the POSA would not have expected the surprisingly beneficial stabilizing effects of that combination.[23]

193.    Fourth, even if a POSA were to identify a combination of excipients that exhibited suppression of the degradation pathways of linaclotide, there would have been no

---

[23] I disagree with Dr. Block that ascertaining the stabilizing effects of additives would have been routine.  (Block, ¶ 404 fn. 20.) ████████████████████████
████████████████████████████████████████████████████████
████████████████     (Fretzen Dep. Tr., at 69:13-71:13.)

guarantee that such a combination would have been sufficiently stable to be commercially viable or pharmaceutically useful.  As discussed above, a commercially viable formulation would need to be shelf-stable for at least eighteen months.  (*See, e.g.*, above ¶¶ 59, 142, 144, 156, 163; *see also, e.g.*, '628 patent, at claims 16, 17.)

194.    For each of these individual reasons, let alone taking them in combination, a POSA at the time of the invention, with full knowledge of the prior art, would ***not*** have had a reasonable expectation of successfully arriving at the claimed invention.

### B.    Dr. Block ignores Allergan and Ironwood's development work, which confirms the unpredictability and complexity of making a solid stable formulation of linaclotide

195.    As explained above, Allergan and Ironwood researchers spent approximately three years and experienced numerous setbacks while attempting to develop a room-temperature-stable solid oral linaclotide formulation.  (*See, e.g.*, above ¶¶ 71-83; Fretzen Decl., ¶¶ 7, 11-18.) Those real-world efforts and obstacles are described in detail by inventor Dr. Angelika Fretzen in a declaration she submitted during prosecution of the '573 patent.  (Fretzen Decl., ¶¶ 7, 11-18.) This extensive work, fraught with many failures along the way, confirms the unpredictability and complexity of making a solid stable formulation of linaclotide.[24]

---

[24] To support his incorrect and hindsight-based opinion that a POSA would have expected combining $Ca^{2+}$ and leucine to further improve the stability of a solid formulation of linaclotide compared to each excipient individually, Dr. Block mischaracterizes Dr. Fretzen's testimony.  (Block, ¶ 403 fn. 19.) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Fretzen Dep. Tr., at 249:5-22.) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (*See id.*; IW_LINZ_00819338-396, at 390.) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (*Compare, e.g.*, Fretzen Dep. Tr., at 249:5-22 with Block, ¶ 403 fn. 19.)

196.    For example, the inventors of the Formulation Patents found that although leucine

reduced the formaldehyde imine degradation pathway, it also surprisingly accelerated the Asn

deamidation pathway.  (*See* above ¶ 80.)  A POSA would have had no way of predicting or

accounting for this unintended and undesirable effect.

197.    Dr. Block ignores this real-world evidence, which further undermines his opinion

that the claimed inventions of the Formulation Patents would have been obvious to a POSA at

the time of the invention.

## VII.    UNEXPECTED RESULTS SUPPORT THE NONOBVIOUSNESS OF THE FORMULATION PATENTS

198.    I understand from counsel that unexpected results must be considered in assessing

obviousness because it is objective evidence of non-obviousness.

199.    As discussed previously, the inventors of the Formulation Patents tested, among

many other things, the effects of $Ca^{2+}$ on linaclotide, the effects of leucine on linaclotide, and the

effects of the combination of $Ca^{2+}$ and leucine on linaclotide.  (*See* above ¶¶ 79-82.)  The

inventors found that the combination of $Ca^{2+}$ and leucine provided unexpected and remarkable

stabilizing effects on all of linaclotide's three main degradation pathways: disulfide oxidation,

$Asn^7$ deamidation, and formation of $Cys^1$-IMD.

200.    As Dr. Fretzen explained, $Ca^{2+}$ "appeared to limit the degree of oxidation of

linaclotide and slightly decreased the formation of a linaclotide-related impurity $Cys^1$-

Imidazolidinone ($Cys^1$-IMD)" but had no appreciable effect on deamidation.  (Fretzen Decl., ¶

15.)  The inventors further found that leucine "strongly decreased the formation of $Cys^1$-IMD"

but "increased the hydrolysis of linaclotide (conversion of $Asn^7$ to $Asp^7$)."  (*Id.*)  And the

inventors also found that the combination of $Ca^{2+}$ and leucine unexpectedly limited all three

degradation products, thereby providing a "strong[] stabilizing effect on linaclotide."  (*Id.*, ¶ 16.)

Dr. Fretzen stated that "compared to the effects of calcium cations and leucine as single additives, the combination of calcium cations and leucine caused a synergistic stabilizing effect." (*Id.*, ¶ 17.)  She further explained that "calcium cations limited the hydrolysis of asparagine to aspartic acid that was observed to increase in the presence of leucine alone," even though $Ca^{2+}$ alone did not appear to have any effect on hydrolysis.  (*Id.*)

201.     In view of (i) that $Ca^{2+}$ had no effect on the deamidation of linaclotide when used on its own, and (ii) that leucine increased the deamidation of linaclotide when used on its own, it was unexpected that the combination of $Ca^{2+}$ and leucine decreased the deamidation rate of linaclotide.

202.     Thus, contrary to Dr. Block's opinion, a POSA would ***not*** have reasonably expected the combination of $Ca^{2+}$ and leucine to give rise to the much improved stabilizing effects in linaclotide.

## VIII.   DR. BLOCK HAS FAILED TO PROVIDE A REASONED BASIS FOR HIS NON-ENABLEMENT OPINION

203.     Dr. Block states that claims 1-4 and 7-8 of the '573 patent and claims 1, 3-5, 16, 17, and 21 of the '628 patent are invalid for lack of enablement.  (Block, ¶ 518.)  But his assertion in this regard is unsupported and conclusory.

204.     Remarkably, Dr. Block's entire "enablement" analysis is contained in a single sentence: "[P]atent data shows [*sic*] that…$CaSO_4-2H_2O$, calcium alginate, and $CaHPO_4$ increased the hydrolysis degradation," such that the "full claim scope of these asserted claims include $Ca^{2+}$ cations that do not stabilize linaclotide."  (*Id*., ¶ 519.)  Dr. Block provides only a single citation to Tables 14 & 16B of the '628 patent, and he does not reference the specification of the '573 patent at all.

205.     Therefore, Dr. Block's opinion is not the result of reasoned analysis.  Although

elsewhere in his report Dr. Block recites the factors that may be considered when evaluating enablement, he fails to apply any of those factors.  (*Compare id.*, ¶¶ 41-42, *with* ¶¶ 518-519.) For example, he fails to explain why a POSA reading the specifications of the Formulation Patents could not practice the claimed invention without undue experimentation.  Should Dr. Block be allowed to supplement his non-enablement opinion, I reserve the right to supplement my opinions expressed here, including via live testimony.

## IX.   CONCLUSION

206.    To sum up, I believe that Dr. Block has failed to prove by clear and convincing evidence that the asserted claims of the Formulation Patents are invalid.

## X.   TRIAL/HEARING EXHIBITS

207.    I may rely on visual aids and demonstratives that illustrate the bases of my opinions herein.  These visual aids and demonstrative exhibits may include interrogatory responses, deposition testimony and exhibits, scientific articles, charts, photographs, diagrams, videos, and animated or computer-generated videos.  I have not yet prepared any exhibits for use at trial as a summary, or in support, of the opinions expressed in this report, but I expect to do so in accordance with the Court's scheduling orders.

## XI.   SUPPLEMENTATION OF OPINIONS

208.    I reserve the right to supplement or amend my opinions in light of any critique of my report, alternative evidence or opinions advanced by, or on behalf of, any Defendant, as well as additional evidence, testimony, discovery, or other information that may be provided to me after the date of this report.  In addition, I may be asked to consider and testify about issues that may be raised by Defendants' fact witnesses and technical experts at trial or in their reports.  It may also be necessary for me to modify or to supplement my opinions as a result of ongoing expert discovery, Court rulings, testimony at trial, or ongoing studies and investigations.

Dated:  January 17, 2019

Alexander M. Klibanov, Ph.D.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ALLERGAN USA, INC., and IRONWOOD PHARMACEUTICALS, INC. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 16-1114 (RGA) Consolidated |
| TEVA PHARMACEUTICALS USA, INC. and SANDOZ INC. | ) ) ) | |
| Defendants. | ) ) | |

## <u>REBUTTAL EXPERT REPORT OF LIN CHANG, M.D.</u>

# TABLE OF CONTENTS

**Page**

I.     INTRODUCTION ...................................................................................................1

II.    BACKGROUND AND QUALIFICATIONS ......................................................1

III.   MATERIALS CONSIDERED ............................................................................3

IV.    SUMMARY OF OPINIONS ...............................................................................4

V.     LEGAL FRAMEWORK FOR MY OPINIONS..................................................5

       A.    Obviousness .............................................................................................5

       B.    Level of Ordinary Skill in the Art............................................................7

VI.    THE PATENTS ....................................................................................................8

       A.    The '036 Patent........................................................................................10

       B.    The '727 Patent........................................................................................10

       C.    The '947 Patent........................................................................................11

       D.    The '526 Patent........................................................................................11

VII.   THE BIOLOGY AND PATHOPHYSIOLOGY OF IBS AND CIC ...............12

       A.    Characteristics and Diagnosis of IBS ....................................................14

       B.    Characteristics and Diagnosis of CIC ....................................................17

VIII.  COSTS TO SOCIETY OF IBS IN THE LATE 1990s AND EARLY 2000s ..................18

IX.    IN 2003, A PERSON OF ORDINARY SKILL IN THE ART WOULD NOT
       HAVE LOOKED TO THE GC-C RECEPTOR AS A POTENTIAL TARGET
       FOR DRUG DEVELOPMENT FOR IBS-C OR CIC........................................19

       A.    My 2002 Publication on Functional Gastrointestinal Disorders............20

       B.    The AGA Slideset ...................................................................................21

X.     THE EFFICACY OF LINZESS IN TREATING THE PAIN ASSOCIATED
       WITH IBS-C WAS WHOLLY UNEXPECTED ...............................................28

XI.    UNSUCCESSFUL ATTEMPTS TO DEVELOP THERAPEUTICS FOR IBS-C
       AND CIC ............................................................................................................29

i

XII.    OBJECTIVE INDICIA OF NONOBVIOUSNESS ...........................................................30

XIII.   TRIAL EXHIBITS..........................................................................................................31

XIV.    SUPPLEMENTAL OR AMENDED OPINION ................................................................31

XV.     OTHER EXPERT TESTIMONY .....................................................................................31

XVI.    COMPENSATION ..........................................................................................................31

I.  **INTRODUCTION**

1.      I have been retained by Plaintiffs Allergan Sales, LLC, Forest Laboratories Holdings, Ltd., Allergan USA, Inc., and Ironwood Pharmaceuticals, Inc. to serve as an expert in this case.  I expect to testify at trial regarding the subject matter and opinions set forth in this report, if asked about those matters by the Court or the parties' attorneys.

II.  **BACKGROUND AND QUALIFICATIONS**

2.      I earned my medical degree from the UCLA School of Medicine and completed an internship and residency in internal medicine at Harbor-UCLA Medical Center.

3.      I completed my gastroenterology fellowship training at the UCLA affiliated training program in gastroenterology.

4.      My clinical expertise is in functional gastrointestinal disorders, which include irritable bowel syndrome (IBS), chronic constipation, and functional dyspepsia.  I have had a specialty practice comprised of functional GI disorders for over 20 years.  I regularly prescribe Linzess to my patients as a treatment for IBS-C and chronic constipation.

5.      I am vice-chief of the Vatche and Tamar Manoukian Division of Digestive Diseases at UCLA.

6.      I have been the co-director since 1997 of the G Oppenheimer Center for Neurobiology of Stress and Resilience ("CNSR") at UCLA.  I am the co-director and a primary investigator of the CNSR's NIH Specialized Centers of Research (SCOR) grant studying the role of sex and stress on brain-gut mechanisms underlying IBS.  I have been doing NIH-funded research in functional GI disorders since 1993.  My research focuses on the pathophysiology of IBS related to stress, sex differences, genetic and epigenetic factors, neuroendocrine alterations, and gut microbiome and the treatment of IBS.  I have been the principal investigator of multiple clinical trials for IBS.

1

7.      I am a recipient of the Janssen Award in Gastroenterology for Basic or Clinical Research and the AGA Distinguished Clinician Award.

8.      I have authored more than 100 original research articles, 55 review articles, and 20 book chapters.

9.       I frequently speak at national and international meetings and am active in professional organizations.  I have given over 400 lectures on functional GI disorders.  I have also been invited to be a visiting professor at multiple institutions, including the Mayo Clinic, the University of Washington, the University of Michigan, Yale University, Vanderbilt University, New York University, Mount Sinai, and Baylor College of Medicine, including as a named special visiting professor.

10.      I am a member of the Rome Foundation Board of Directors.  The Rome Foundation is the leading academic organization for functional GI disorders with respect to diagnostic criteria and outcomes.  We also review pathophysiology, and a variety of other topics in functional gastroenterology.  The leaders in functional gastrointestinal disorders have all been involved with the Rome Foundation.  The FDA currently uses the primary outcome measures based on the diagnostic criteria for IBS-C (reduction in pain and improvement in bowel habits).

11.      I served as a council member and as President of the American Neurogastroenterology and Motility Society (ANMS).  The ANMS is the only neurogastroenterology and motility society in North America.  The ANMS runs educational courses and training programs and develops patient education materials.

12.      I am a fellow of the American Gastroenterological Association (AGA) and American College of Gastroenterology (ACG) and a member of the Society for Neuroscience.  I am currently on the AGA governing board.  I served on the AGA Council.  I was also the course

director of the AGA and the ACG postgraduate course.  The AGA and ACG are the leading GI societies in the United States.

13.     I have served as an advisor for the International Foundation for Functional GI Disorders (IFFGD).  The IFFGD is the main patient-focused organization for functional GI disorders that provides education for patients and their families.

14.     I serve on the American Board of Internal Medicine GI Committee.  They develop the questions for the GI certification and re-certification exams.

15.     I am a member of the NIH Clinical, Integrative and Molecular Gastroenterology Study Section, and FDA GI Advisory Committee.

16.     I am currently the associate editor of the AGA Journal, Clinical Gastroenterology and Hepatology.  I also served as associate editor of the ACG Journal, American Journal of Gastroenterology.  These are the two leading clinical GI journals.

17.     At UCLA, I am the program director of the GI Fellowship Program.

18.     I have mentored numerous visiting scientists, medical fellows, medical residents, and medical students.

19.     I have also served on multiple advisory boards for industry related to functional bowel disorders.

20.     I expect to testify at trial regarding my background, qualifications, and experience relevant to the issues in this action.

21.     Attached as Exhibit 1 is my *curriculum vitae* which summarizes my background, credentials, and includes a list of my publications.

## III.    MATERIALS CONSIDERED

22.     My opinions are based on my general knowledge and extensive experience in the area of functional gastrointestinal disorders.  My opinions are also based on documents and

3

information that I have considered during the preparation of this report.  I have also considered the November 9, 2018 report submitted by Dr. Jeffrey L. Barnett, M.D., as well as the documents and information cited in that report.

23.     A list of all materials I have considered is attached as Exhibit 2 and/or cited in this report.

24.     I reserve the right to rely upon any additional information or materials that may be provided to me, that are relied upon by any of Defendants' experts or other witnesses, or that are developed prior to or at trial.

## IV.     <u>SUMMARY OF OPINIONS</u>

25.     I have been asked by Plaintiffs Allergan Sales, LLC, Forest Laboratories Holdings, Ltd., Allergan USA, Inc., and Ironwood Pharmaceuticals, Inc. to respond to the report of Dr. Jeffrey L. Barnett, M.D.  In particular, I have been asked to discuss development of new treatments for functional digestive disorders such as IBS-C (irritable bowel syndrome with constipation) and CIC (chronic idiopathic constipation).  My opinions may be summarized as follows:

26.     In 2003, a person of ordinary skill in the art would not have looked to GC-C receptors as a potential therapeutic target for IBS-C or CIC.

27.     The efficacy of Linzess in significantly improving abdominal pain associated with IBS-C was wholly unexpected.

28.     Before 2003 and afterward, there have been a number of unsuccessful efforts to develop effective and safe treatments for IBS and CIC.

29.     Several objective indicia support the nonobviousness of the patents-in-suit, including teaching away, long felt need, failure of others, unexpected results, and praise from others.

4

30.     To the extent Dr. Barnett opines that Linzess or its use would have been obvious to a person of ordinary skill in the art in 2003, I disagree with any such opinion.

## V.     LEGAL FRAMEWORK FOR MY OPINIONS

31.     For purposes of this report, I have been informed by Plaintiffs' counsel about certain aspects of the law that are relevant to my analysis and opinions.

32.     I understand that the claims of an issued U.S. patent are presumed valid.  I further understand that the burden of proving a patent invalid is on the defendant who raises patent invalidity as an affirmative defense in a patent case.

33.     I understand that "prior art" generally includes public information, public knowledge, and public acts that occur before an application for a patent was filed.  Prior art also includes certain patents, publications, journals, Internet publications, systems, and products.

### A.     Obviousness

34.     I understand that a United States patent, once issued, is presumed valid.  I also understand that a challenger carries the burden of proving invalidity of an issued patent by clear and convincing evidence.

35.     I also understand that in order for a patent claim to be found invalid due to obviousness, the differences between the prior art and the patent claim must be such that the claimed subject matter as a whole would have been obvious to a person of ordinary skill in the art.  I understand that in certain circumstances, a patent claim may be found invalid for obviousness by a combination of prior art references or by a prior art reference combined with the knowledge of a person of ordinary skill in the art.  In determining whether a claim is invalid for obviousness, I understand that the following factors are considered: (1) scope and content of the prior art; (2) the differences between the claim at issue and the prior art; (3) the level of ordinary skill in the pertinent art; and (4) the presence of certain objective considerations of

5

nonobviousness.

36.     I understand that obviousness is determined at the time of the invention, not the date of litigation, and any judgment as to obviousness must be made without reliance on hindsight.  I understand that it is wrong to use the patents-in-suit as a guide through multiple prior art references, combining the right references in the right way so as to achieve the result of the asserted claims of the patents-in-suit.

37.     I understand that a patent cannot be invalidated for obviousness if it combines prior art in a nonobvious way.  I further understand that when the prior art teaches away from a particular combination, the discovery of a successful means of combining the prior art is more likely to be nonobvious.  I understand that a reference may be said to teach away when a person of ordinary skill in the art, upon reading the reference, would be discouraged from following the path set out in the reference, or would be led in a different direction from the path that was taken by the patentee.  I also understand that the burden falls on the patent challenger to show by clear and convincing evidence that a person of ordinary skill in the art would have had reason to attempt to combine the prior art references to make the composition and would have had a reasonable expectation of success in doing so.

38.     I understand that in order to show obviousness, facts must be provided showing how specific references could be combined, which combination of elements would yield a predictable result, and how the combinations would operate.  Similarly, I understand that teaching, suggestion, or motivation to combine must be shown specifically for the asserted combinations of elements from the specific references.

39.     I understand that even if all claim elements are disclosed in the asserted prior art references, it would not be obvious to combine the prior art references if the separate elements

from the prior art references would have to be used for a different purpose to achieve the result of the claim.

40.      I understand that asserted prior art references that were available for a long time prior to the claimed invention without any attempts to modify or combine the prior art references to achieve the patented result suggests a lack of motivation to combine.  I understand that this factor may also be evaluated in terms of objective indicia of nonobviousness, which I further discuss below.

41.      I have been informed that objective indicia of nonobviousness, or "secondary considerations," can include evidence of unexpected results, skepticism, long-felt but unresolved need, and the failure of others.  I understand that objective indicia of nonobviousness are important checks against the trap of "hindsight bias," because knowing that the inventor succeeded in making the patented invention, a fact finder might develop a hunch that the claimed invention was obvious, and then construct a selective version of the facts to confirm the hunch.  Thus, I understand that reading into the prior art the teachings of the invention at issue is also improper.  I further understand that objective indicia may often be the most probative and cogent evidence of nonobviousness, and that when present, these objective indicia must be considered in making the determination regarding obviousness.

**B.**      **Level of Ordinary Skill in the Art**

42.      I understand that the Court views the patents-in-suit from the perspective of one of ordinary skill in the art.  I understand that the person of ordinary skill is someone with the requisite training and skill, but not necessarily the highest expertise, in the field of the invention.

43.       In defining a person of ordinary skill, I was asked to consider:  (1) the education level of the inventors of the patents-in-suit; (2) the type of problems encountered in the art; (3) prior art solutions to the problem; (4) the rapidity with which innovations are made; (5) the

sophistication of the technology; and (6) the education level of active workers in the field.

44.     The pertinent art for the '036 patent, '947 patent, '526 patent, and '727 patents, as shown by the description in the specification and the claims, is the field of research, development, and/or use of pharmaceutical therapeutics, including potential treatments for gastrointestinal disorders.

45.     It is my opinion that the person of ordinary skill in the art of these patents as of the date of invention for each of the asserted claims would have had an M.D. and/or a Ph.D. in pharmacology, biology or a sub-discipline thereof, chemistry or a sub-discipline thereof, or chemical engineering or a sub-discipline thereof, or related disciplines, along with one to two years of experience in those areas.  Alternatively, a person of ordinary skill in the art would have had a Master's Degree in pharmacology, biology or a sub-discipline thereof, chemistry or a sub-discipline thereof, or chemical engineering or a sub-discipline thereof, or related disciplines, along with four to five years of experience in those areas.  Alternatively, a person of ordinary skill in the art would have had a Bachelor's Degree in pharmacology, biology or a sub-discipline thereof, chemistry or a sub-discipline thereof, or chemical engineering or a sub-discipline thereof, or related disciplines, along with six to seven years of experience in those areas.[1]

## VI.     **THE PATENTS**

46.     I have been asked to consider four of the asserted patents in this case:  U.S. Patent Nos. 7,304,036 ("the '036 patent") (Exhibit 3), 7,371,727 ("the '727 patent") (Exhibit 4), 7,704,947 ("the '947 patent") (Exhibit 5), and 8,080,526 ("the '526 patent") (Exhibit 6).  I have

---

[1]   I understand that Defendants' experts have offered different levels of education and experience than I have for a person of ordinary skill in the art for the '036, '727, '947, and '526 patents.  All of my opinions as set forth in this report remain the same regardless of which level of ordinary skill the Court adopts.

been informed that Plaintiffs have asserted the following claims against the Defendants in this

case:

'036 Patent:  Claims 2, 9, 33, 37, 39, 43, and 44;

'727 Patent:  Claims 3 and 6;

'947 Patent:  Claims 2, 4, and 14;

'526 Patent:  Claims 1 and 2.

47.     I understand the '036 patent and '727 patents have similar specifications, and

claim priority to an application filed January 28, 2003.

48.     I understand that the '526 and '947 patents share the same specification and claim

priority to an application filed January 28, 2003.

49.     I understand that the '036, '727, '947, and '526 patents generally describe

pharmaceutical compositions and methods for treating IBS and other gastrointestinal disorders

and conditions.  (*See, e.g.*, Exhibit 3, '036 patent at 2:11-13.)  I further understand that the '036,

'727, '947, and '526 patents describe compositions that feature peptides that activate the

guanylate cyclase C (GC-C) receptor.  (*See, e.g.*, Exhibit 3, '036 patent at 2:23-25.)  I further

understand that the '036, '727, '947, and '526 patents state that these peptides are also useful

because, in the case of IBS and other gastrointestinal disorders, they can decrease gastrointestinal

pain or visceral pain.  (*See, e.g.*, Exhibit 3, '036 patent at 2:35-38.)

50.     I further understand that these patents describe peptides that have some sequence

similarity to ST peptides, but include amino acid changes and/or additions that improve

functionality.  (*See, e.g.*, Exhibit 3, '036 patent, 7:13-15.)

51.     I understand that the asserted claims of the '036, '727, '947, and '526 patents in

this case include composition claims, method of treatment claims, and method of making claims.

9

## A.    <u>The '036 Patent</u>

52.     I understand the '036 patent claims priority to three provisional applications, U.S.

Application No. 60/443,098, filed on January 28, 2003; U.S. Application No. 60/471,288, filed

on May 15, 2003; and U.S. Application No. 60/519,460, filed on November 12, 2003.  This

claim of priority is made through the '036 patent's parent application, of which the '036 patent is

a continuation in part, Application No. 10/766,735, filed on January 28, 2004.

53.     As one example, claim 2 of the '036 patent is reproduced below.

- Claim 2:  A purified peptide consisting of the amino acid sequence:  Cys Cys Glu Tyr Cys Cys Asn Pro Ala Cys Thr Gly Cys Tyr (SEQ ID NO:31).

(Exhibit 3, '036 patent at 107:49-51.)

## B.    <u>The '727 Patent</u>

54.     I understand the '727 patent claims priority to three provisional applications, U.S.

Application No. 60/443,098, filed on January 28, 2003; U.S. Application No. 60/471,288, filed

on May 15, 2003; and U.S. Application No. 60/519,460, filed on November 12, 2003.  This

claim of priority is made through the '727 patent's parent application, Application No.

10/845,895, filed on May 14, 2004, of which the '727 patent is a continuation in part.  That

application is a continuation in part of Application No. 10/796,719 (which issued as the '036

patent), filed on March 9, 2004, which is a continuation in part of Application No. 10/766,735,

filed on January 28, 2004, which claims priority to the provisional applications identified above.

55.     As one example, claim 3 of the '727 patent, and claim 1, from which it depends,

are reproduced below:

- Claim 1:  A method for preparing a purified peptide comprising SEQ ID NO:3, the method comprising:  (a) chemically synthesizing a peptide comprising the amino acid sequence of SEQ ID NO:3; and (b) purifying the peptide.

- Claim 3:  The method of Claim 1 wherein the peptide consists of the amino acid sequence of SEQ ID NO:3.

10

(Exhibit 4, '727 patent at 65:46-50, 53-54.)

**C.    The '947 Patent**

56.    I understand the '947 patent claims priority to three provisional applications, U.S.

Application No. 60/443,098, filed on January 28, 2003; U.S. Application No. 60/471,288, filed

on May 15, 2003; and U.S. Application No. 60/519,460, filed on November 12, 2003.  This

claim of priority is made through the '727 patent's parent application, Application No.

10/766,735, filed on January 28, 2004, of which the '947 patent is a divisional.

57.    As one example, claim 2 of the '947 patent, along with claim 1 from which it

depends, are reproduced below:

- Claim 1:  A polypeptide comprising the amino acid sequence Cys Cys Glu Xaa
  Cys Cys Asn Pro Ala Cys Thr Gly Cys Tyr wherein Xaa is selected from Phe, Trp
  or Tyr (SEQ ID NO:125) or a pharmaceutically acceptable salt thereof.

- Claim 2:  The polypeptide of claim 1 consisting of the amino acid sequence Cys
  Cys Glu Xaa Cys Cys Asn Pro Ala Cys Thr Gly Cys Tyr wherein Xaa is selected
  from Phe, Trp or Tyr (SEQ ID NO:125).

(Exhibit 5, '947 patent at 85:16-23.)

**D.    The '526 Patent**

58.    I understand the '526 patent claims priority to three provisional applications, U.S.

Application No. 60/443,098, filed on January 28, 2003; U.S. Application No. 60/471,288, filed

on May 15, 2003; and U.S. Application No. 60/519,460, filed on November 12, 2003.  This

claim of priority is made through the '727 patent's parent application, Application No.

11/930,696 (which issued as the '947 patent), filed on January 28, 2004.  That application is a

divisional of Application No. 10/766,735, filed on January 28, 2004, which claims priority to the

provisional applications identified above.

59.    As one example, claim 1 of the '526 patent is reproduced below:

- Claim 1:  A peptide consisting of the amino acid sequence

Cys6 Cys7 Glu8 Tyr9 Cys10Cys11 Asn12 Pro13 Ala14 Cys15 Thr16 Gly17 Cys1 8 Tyr19 (SEQ ID NO: 31), wherein disulfide bonds are present between $Cys_6$-$Cys_{11}$, $Cys_7$-$Cys_{15}$, and $Cys_{10}$-$Cys_{18}$.

(Exhibit 6, '526 patent at 83:21-25.)

60.     I understand that the sequence of linaclotide is H-Cys-Cys-Glu-Tyr-Cys-Cys-Asn-Pro-Ala-Cys-Thr-Gly-Cys-Tyr-OH and that it is a GC-C receptor agonist.  (Exhibit 7, Linzess Prescribing Information at Section 12. 1 (LINZ_0023418 at LINZ0023425).)

## VII.    THE BIOLOGY AND PATHOPHYSIOLOGY OF IBS AND CIC

61.     Functional bowel disorders ("FBDs") such as IBS and CIC are highly prevalent disorders found worldwide.  (Exhibit 8, Lacy *et al*., *Bowel Disorder*, 150 GASTROENTEROLOGY 1393-1407 (2016) ("Lacy") at p. 1393.)  IBS and CIC are multifactorial complex conditions that are diagnosed by symptom criteria because there is no objective reliable diagnostic test or marker.  (Exhibit 9, Videlock and Chang, *Irritable bowel syndrome*, Chap. 75, pp. 1495-1521, *Yamada's Textbook of Gastroenterology* (6th ed. 2015) ("Videlock") at p. 1499, 1507; Exhibit 10, Cash *et al.*, *Update On The Management Of Adults With Chronic Idiopathic Constipation*, 56(2) SUPPLEMENT TO THE JOURNAL OF FAMILY PRACTICE S13-S20 (2007) ("Cash") at S13.)  Most treatments, at best, are effective only in subgroup of patients.  No pharmacologic treatment has been shown to be effective in all patients.

62.     These disorders have the potential to affect all members of society, regardless of age, sex, race, creed, color, or socioeconomic status.  (Exhibit 8, Lacy at p. 1393.)  FBDs impose a negative economic impact to the global health care system in addition to reducing quality of life.  (Exhibit 8, Lacy at p. 1393.)

63.     FBDs are a spectrum of chronic gastrointestinal (GI) disorders characterized by predominant symptoms or signs of abdominal pain, bloating, distention, and/or bowel habit abnormalities (e.g., constipation, diarrhea, or mixed constipation and diarrhea).  (Exhibit 8, Lacy

at p. 1393.)

64.     FBDs can be distinguished from other GI disorders based on chronicity (greater than or equal to 6 months of symptoms at the time of presentation), current activity (symptoms present within the last 3 months), frequency (symptoms present, on average, at least 1 day per week), and the absence of obvious anatomic or physiologic abnormalities identified by routine diagnostic examinations, as deemed clinically appropriate.  (Exhibit 8, Lacy at p. 1393.)

65.     The FBDs can be generally classified into five distinct categories:  (1) irritable bowel syndrome (IBS), (2) functional constipation (FC), (3) functional diarrhea (FDr), (4) functional abdominal bloating/distention, and (5) unspecified FBD.  (Exhibit 8, Lacy at p. 1393.)

66.     The Rome criteria are the most commonly used criteria employed in clinical research for diagnosis of FBDs.  There have been four different versions of the Rome criteria published and I have been involved in drafting and creating Rome III and IV educational documents and Rome IV criteria for IBS and functional constipation (also known as chronic idiopathic constipation).  *See* Exhibit 8, Lacy (Rome IV); Exhibit 11, Longstreth *et al*., *Functional Bowel Disorders*, 130 GASTROENTEROLOGY 1480-1491 (2006) (Rome III); Exhibit 12, Drossman, *The Functional Gastrointestinal Disorders And The Rome II Process*, 45 (Supp II) GUT II1-II5 (1999) (discussing change to Rome II).

67.     As I discuss further below, under the Rome criteria, pain is a key component of IBS-C  (Exhibit 8, Lacy at p. 1395.)  It has been increasingly recognized that IBS-C and functional constipation ("FC"), also known as chronic idiopathic constipation ("CIC"), are disorders on a continuous spectrum.  For example, while the Rome III criteria did not include pain as a possible symptom of FC/CIC, the Rome IV criteria state:  "Patients with FC should not meet IBS criteria, ***although abdominal pain*** and/or bloating ***may be present*** but are not

predominant symptoms."  (Exhibit 8, Lacy at 1399 (emphasis added).)  The Rome IV criteria

expressly discuss this change from Rome III regarding the criteria for FC/CIC:

> Rationale for Changes From Previous Criteria
> The following points highlight notable changes from the Rome III criteria.
> ***It is now specified that abdominal pain*** and/or bloating ***may be present*** but are
> not predominant symptoms (ie, the patient does not meet criteria for IBS).  ***This
> supports the concept that FC and IBS-C are disorders that exist on a
> continuous spectrum.***

(Exhibit 8, Lacy at p. 1400 (emphases added).)

### A.     Characteristics and Diagnosis of IBS

68.     IBS is one of the most common FBDs in the United States.  (Exhibit 13, Tillisch

and Chang, *Diagnosis And Treatment of Irritable Bowel Syndrome: State Of The Art*, 7 CURRENT

GASTROENTEROLOGY REPORTS 249-256 (2005) ("Tillisch") at 249).  It is a GI disorder that is

characterized by recurrent abdominal pain associated with defecation or a change in bowel

habits.  (Exhibit 8, Lacy at p. 1393.)  Abdominal pain must be present for a diagnosis of IBS.

(Exhibit 8, Lacy at p. 1395; *see also* Exhibit 9, Videlock at p. 1495.)

69.     Patients with IBS have impaired quality of life, increased rates of disability, and

more frequent work absenteeism than the healthy population.  (Exhibit 8, Lacy at p. 1397.)  In

addition to symptoms such as chronic pain, bloating and distention, fecal urgency, or

incontinence, IBS patients often have comorbid extraintestinal symptoms of fatigue, impaired

sleep, depression, and anxiety.  (*See, e.g.,* Exhibit 9, Videlock at p. 1497.)

70.     IBS is classified into three main subtypes according to the predominant disorder

in bowel habits:  IBS-C, IBS-D, and IBS-M.  (Exhibit 8, Lacy at p. 1395.)  Patients who meet

diagnostic criteria for IBS but whose bowel habits cannot be accurately categorized into one of

the three groups should be categorized as having IBS unclassified, though this group is not

prevalent.  (Exhibit 8, Lacy at p. 1395.)

71.     The pathophysiology of IBS is complex, and our understanding of it is still far from complete.  (Exhibit 8, Lacy at p. 1397; Exhibit 9, Videlock at p. 1499.)  Factors that increase the risk of developing IBS include genetic, environmental, and psychosocial factors.  (Exhibit 8, Lacy at p. 1397.)   Factors that trigger the onset or exacerbation of IBS symptoms include prior gastroenteritis, food intolerances, chronic stress, diverticulitis, and surgery.  (Exhibit 8, Lacy at p. 1397.)   The resulting pathophysiologic mechanisms are variable and patient independent, and include altered GI motility, visceral hyperalgesia, increased intestinal permeability, immune activation, altered microbiota, and disturbances in brain-gut function.  (Exhibit 8, Lacy at p. 1397.)

72.     Gut sensation and function is influenced by the state and activity of multiple domains, including the gut lumen, mucosa, enteric nervous system (ENS), and central nervous system (CNS), as well as communication between these domains.  (Exhibit 9, Videlock at p. 1499.)  A unifying theory in the pathogenesis of IBS and other FBDs is that there is a dysregulation in the complex interplay among these domains that results in altered sensation and motility.  (Exhibit 9, Videlock at p. 1499.)

73.     Mechanical, chemical, and other stimuli are detected in the gut by primary afferent neurons, which are extrinsic, intrinsic, or intestinofugal.  (Exhibit 9, Videlock at p. 1499.)  The primary nociceptors in the colon and rectum are the spinal primary afferent neurons.  (Exhibit 9, Videlock at p. 1499.)  The process of increased sensitivity of primary afferent neurons is referred to as peripheral sensitization, and it can occur via mediators released by various cell types including platelets, lymphocytes, mast cells, and epithelial cells, and may also occur via alterations in second messenger systems or changes in gene expression.  (Exhibit 9, Videlock at p. 1499.)

74.     Spinal primary afferent neurons have cell bodies in the dorsal root ganglion. (Exhibit 9, Videlock at p. 1499.)  Their central processes synapse in the dorsal horn, and input is conveyed along the ipsilateral dorsal column to the contralateral ventroposterolateral nucleus of the thalamus.  (Exhibit 9, Videlock at p. 1499.)  The CNS can modulate the response to visceral input and can change the responsiveness of reflexes controlling gut function in response to input from visceral afferents.  (Exhibit 9, Videlock at p. 1499.)  The degree to which input results in conscious sensation can also be moderated.  (Exhibit 9, Videlock at p. 1499.)  For example, injury or inflammation, in addition to increasing sensitivity of primary afferent neurons, can change the sensitivity of central circuits.  (Exhibit 9, Videlock at p. 1499.)  This central sensitization leads to decreased thresholds for sensation and increased responsiveness.  (Exhibit 9, Videlock at p. 1499.)

75.     Enhanced perception of visceral stimuli can occur in IBS patients either as a result of greater sensitivity of visceral afferent pathways or as central amplification of visceral afferent input.  (Exhibit 9, Videlock at p. 1499.)  This phenomenon may represent dysfunction in any, or even a combination of, the components involved in gut sensation, including signal transmission from the gut, signal transmission to the CNS, and modulation and processing of sensation by the CNS.  (Exhibit 9, Videlock at p. 1499.)

76.     Enhanced visceral perception is a reproducible finding in a significant subset of patients with IBS.  (Exhibit 9, Videlock at p. 1499.)  Increased visceral perception is based on having decreased pressure thresholds to pain and other sensations, and/or increased sensory ratings and viscerosomatic referral areas to barostat distension.  (Exhibit 9, Videlock at p. 1499.)  It has been confirmed in many studies, with demonstrated reproducibility between centers, though there is high intraindividual variation.  (Exhibit 9, Videlock at p. 1499.)

16

77.     Central sensitization is hypothesized to occur at both the spinal cord and brain level.  (Exhibit 9, Videlock at p. 1500.)  The important brain regions can be grouped into those associated with visceral sensation (in healthy controls as well), those involved in endogenous pain modulation, and those involved in emotional circuits.  (Exhibit 9, Videlock at p. 1500.)  Studies have shown that patients without enhanced visceral perception, despite having similar symptoms to patients with enhanced perception, have brain activation patterns that are more similar to healthy controls.  (Exhibit 9, Videlock at p. 1500.)  In addition to changes in brain activity, changes in brain structure have been associated with IBS.  These changes include thinning of the ACC, insula, and thalamus and reduced density of the prefrontal cortex (PFC).  (Exhibit 9, Videlock at p. 1500.)

### B.     Characteristics and Diagnosis of CIC

78.     Chronic constipation is a highly prevalent, multisymptom GI condition that is associated with significant morbidity, reduced quality of life, and substantial effects on socioeconomics.  (Exhibit 10, Cash at S13.)  Although most patients with chronic constipation ("CC") try traditional therapies before consulting a physician, dissatisfaction with lifestyle interventions and OTC medications prompt them to seek medical help.  (Exhibit 10, Cash at p. S19.)

79.     Constipation is a symptom of many diseases.  (Exhibit 10, Cash at p. S15.)  When constipation is caused by another disease, it is referred to as "secondary."  (Exhibit 10, Cash at p. S15.)  Secondary CC may result from endocrine and metabolic diseases (*i.e.*, diabetes, hypothyroidism, hypercalcemia, and hypokalemia), neurologic disorders (*i.e.*, peripheral or autonomic neuropathy, multiple sclerosis, and chronic pseudo-obstruction), and collagen-vascular diseases (*e.g.*, progressive systemic sclerosis).  Long-term use of specific drugs also may lead to secondary CC.  (Exhibit 10, Cash at p. S15.)

80.     When there is no known underlying disorder, CC is termed "primary" or "idiopathic."  (Exhibit 10, Cash at p. S15.)  The pathophysiology of idiopathic CC, also known as chronic idiopathic constipation or CIC, is thought to involve behavioral, endocrine, and neurogenic processes.  (Exhibit 10, Cash at p. S15.)

81.     CIC is an FBD with symptoms of difficult, infrequent, or incomplete defecation predominate.  (Exhibit 8, Lacy at p. 1399.)  Although patients with CIC do not meet the full IBS-C criteria, abdominal pain and/or bloating may be present.  (Exhibit 8, Lacy at p. 1399.)

## VIII.   COSTS TO SOCIETY OF IBS IN THE LATE 1990s AND EARLY 2000s

82.     IBS-C and CIC are common worldwide conditions.  There are also high indirect costs associated with loss of work productivity.  IBS is also associated with impaired quality of life.  Many patients report a lack of satisfactory treatment for IBS and CIC.

83.     IBS is a multi-determined disorder in which genetic factors may play a role in the onset or clinical expression of the disorder.  (*See, e.g.*, Exhibit 9, Videlock at p. 1505.)  Genetic factors may influence the individual's susceptibility to inflammation and sensitization via polymorphisms involving cytokine producing alleles or serotonin (5HT) transporter function.  (*See, e.g.*, Exhibit 9, Videlock at p. 1505.)  There may also be genetic influences on CNS regulatory pathways determining pain sensitivity and stress responsiveness.  (*See, e.g.*, Exhibit 9, Videlock at p. 1505.)  The latter may be related to the frequent association of more severe types of IBS with affective disorders including anxiety, post traumatic stress disorder, and depression.  (*See, e.g.*, Exhibit 9, Videlock at pp. 1502-1505.)

84.     In 1998, the estimated prevalence of IBS in the United States was 15,396,000 cases.  (Exhibit 14, Sandler *et al.*, *The Burden of Selected Digestive Diseases in the United States*, 122 GASTROENTEROLOGY 1500-1511 (2002) ("Sandler") at p. 1504.)  That year, patients made about 87,000 visits to doctors and hospitals seeking treatment for IBS.  (Exhibit 14,

Sandler at p. 1505.)

85.     Studies estimated the total costs associated with these IBS cases to be more than

$1.5 billion annually, including direct costs of $848 million in hospital facility costs, $228

million in office visits, $149 million in inpatient physician services, $80 million in medication,

$35 million in hospital outpatient department, and $13 million in visits to the emergency room.

(Exhibit 14, Sandler at p. 1505.)  Indirect costs, estimated at $205 million, included lost

workdays from IBS-related healthcare visits, and lost workdays resulting from the illness itself.

(Exhibit 14, Sandler at p. 1504.)

86.     By 2000, studies estimated the total cost of IBS to be more than $1.6 billion

annually.  (*See, e.g*., Exhibit 14, Sandler at p. 1507.)

## IX.     IN 2003, A PERSON OF ORDINARY SKILL IN THE ART WOULD NOT HAVE LOOKED TO THE GC-C RECEPTOR AS A POTENTIAL TARGET FOR DRUG DEVELOPMENT FOR IBS-C OR CIC

87.     At the time of the invention of Linzess, a person of ordinary skill in the art would

not have looked to the GC-C receptor as a target for drug development in the field of IBS-C or

constipation, including CIC.  As I discuss in detail below, the field was very focused on

serotonin pathways as approaches for developing therapies for these conditions.  Zelnorm, a drug

that modulated the serotonin pathway, seemed efficacious, and appeared to work via a

mechanism that made sense to those of us in the field as a way to treat pain.

88.     Moreover, a person of ordinary skill in the art at the relevant time would not have

considered using ST as a therapeutic for IBS-C and CIC.  People in the field at the relevant time

were not thinking about or talking about inducing diarrheal states to treat conditions such as CIC

and IBS-C.  In fact, the safety of treatments for functional bowel disorders was considered

primary at the time.  As I discuss below, in 2000, alosetron was withdrawn from the market as a

result of serious safety issues, and the field was aware that safety was an extremely significant

concern for anyone seeking to develop treatments for FBDs such as IBS-C.  As a result, people in the field at the time would not have wanted to treat one serious gastrointestinal condition, IBS-C or CIC, by inducing a different one – diarrhea.  Diarrhea was known to be a "very important problem for human health, causing the death of many people, especially infants and children, each year . . . ."  (Exhibit 15, Hirayama, *Heat-Stable Enterotoxin of Escherichia coli*, in HANDBOOK OF NATURAL TOXINS Vol 8, 12:281-296 (Anthony Tu ed., 1995) ("Handbook of Natural Toxins") at p. 281.)

### A.    My 2002 Publication on Functional Gastrointestinal Disorders

89.    In 2002, some colleagues and I published an article entitled, "Evolving Pathophysiological Model of Functional Gastrointestinal Disorders:  Implications for Treatment," in *The European Journal of Surgery*.  (Exhibit 16, Mayer *et al.*, *Evolving Pathophysiological Model of Functional Gastrointestinal Disorders:  Implications for Treatment*, Suppl. 587 EUR. J. SURG. 3-9 (2002) ("Mayer").)  This article discussed both pathways that had already been successfully targeted for drug development for conditions such as IBS-C and CIC, and also discussed evolving targets for drug discovery for such conditions. Yet we never mentioned the GC-C receptor as a potential target, let alone the ST peptide as a potential GC-C receptor agonist on which to base a drug.

90.    In this article, we discussed newly developing animal models for functional visceral disorders affecting the gastrointestinal and urogenital tracts.  Based on these new animal models, we evaluated plausible targets for future drug development both in the periphery and in the central nervous system.

91.    We discussed both receptor systems that had already been targeted successfully for drug development (serotonin receptor subtypes), as well as evolving targets (neurokinin receptors, CRF receptors, somatostatin receptors).

92.     For treatment of IBS-D, we discussed alosetron, a drug that was already on the market, and cilansetron (both $5-HT_3$ receptor agonists), which was in development, as promising therapies.  We also discussed tegaserod ($5-HT_4$ receptor agonist) as another promising therapy for IBS-C and constipation.

93.     Nonetheless, we noted that it was unlikely that a purely peripheral agent would have a major effect on extrinsic visceral afferent fibers involved in visceral pain transmission.

94.     We discussed one of the somatostatin receptors ($SST_2$) as an attractive target for the development of drugs for IBS.  We also discussed neurokinin receptors within the enteric nervous system, the spinal cord, and within the emotional motor system, as attractive therapeutic targets for development of drugs for IBS with potential beneficial effects on both visceral hypersensitivity and increased motility responses.  We discussed some of our own preliminary data suggesting that short term treatment with an NK-1 antagonist in patients with IBS reduces the emotional responses of patients to a noxious-visceral stimulus.

95.     We also discussed the corticotropin-releasing factor-1 receptor as a plausible target to improve gastrointestinal motility and alleviate pain in IBS.

96.     As I mentioned above, in this entire article, we never once mentioned GC-C receptors as plausible, or even possible, targets for drug development for IBS or CIC.  Nor did we discuss ST peptides as GC-C agonists on which to base a therapeutic drug.  The absence of any such discussion demonstrates that neither GC-C receptors nor ST peptides were being considered by those of us in the field as therapeutic targets for drug development for conditions such as IBS-C and CIC.

**B.     The AGA Slideset**

97.     At around the same time we published this article, the AGA put an educational slideset together on IBS for educational and training purposes for all AGA members, including

21

international members.  These slidesets are developed by leading IBS experts.  I believe that Dr. Douglas Drossman led the development of this particular slideset.

98.     Dr. Drossman asked me to develop the slides on the ascending and descending visceral pain pathways.  (Exhibit 17, AGA Educational Slide Set on IBS at Slides 69 and 70.)  I discuss these slides in detail below.

99.     Slide 69 shows a diagram of the ascending pain pathways.  The figure depicts the principal afferent nociceptive pathways that originate from the colon, project to the spinal cord and then ascend to the thalamus, and include the spinothalamic, spinoreticular, and spinomesencephalic tracts (white labels).  The spinothalamic tract (pathway on right) terminates in the medial thalamus (green synapse on left in thalamus) that contains the parafascicular (Pf) nucleus, and also terminates in the posterior thalamus (green synapse on right in thalamus) that contains the VPL/VPM nuclei (nuclei not labelled).  Thalamocortical fibers then project to the somatosensory cortex (blue label).  The spinothalamic pathway is important for sensory discrimination and localization of visceral and somatic stimuli.



(Exhibit 17, AGA Educational Slide Set on IBS at Slide 69.)

100.     The spinoreticular tract (middle pathway) conducts sensory information from the spinal cord to the reticular formation in the brainstem.  The reticular formation has almost no information about where on the body surface noxious stimulation occurs and is mainly involved in the reflexive, affective, and motivational properties of such stimulation.  The reticulothalamic tract projects from the dorsal and caudal medullary reticular formation (dorsal reticular nucleus – DRN) to the medial thalamus.  The spinomesencephalic tract pathway (on the left) ascends the spinal cord with fibers to various regions in the brain stem, including the periaqueductal grey, locus coeruleus, and dorsal reticular nucleus in the medulla (small green arrows in midbrain). Thalamocortical projections from the medial thalamus transmit sensory input to different areas of the brain such as the cingulate cortex and insula which are involved with the processing of noxious visceral and somatic information (green arrows more rostral in brain).

23

101.     The brain regions innervated by these pathways that are activated in response to painful colorectal stimuli include the thalamus, anterior insula, amygdala, and anterior cingulate cortex.  The latter region is comprised of two components, perigenual ACC (pACC) and midcingulate cortex (MCC), with the former involved in affect and the latter in behavioral response modification. Other pathways for transmission of noxious visceral stimuli (such as the dorsal column pathway) exist, but are not shown on this slide.

102.     Slide 70 shows a diagram of the descending pain pathways.  The figure depicts principal components of descending pain modulatory pathways that are activated in response to a painful visceral stimulus such as noxious balloon distension of the colon.  Ponto-medullary networks including the periaqueductal gray (PAG), rostral ventral medulla (RVM), and the raphe nuclei are modulated by inputs from the anterior cingulate cortex (ACC), amygdala, and other cortical regions (yellow descending pathways).  The major descending pain inhibitory pathways are mediated via the opioidergic, serotonergic, and noradrenergic systems (schematic as gold descending pathways).  These pathways modulate pain transmission at the level of the dorsal horn of the spinal cord.

24



(Exhibit 17, AGA Educational Slide Set on IBS at Slide 70.)

     103.    The slideset also discussed potential targets for IBS, as shown below:



(Exhibit 17, AGA Educational Slide Set on IBS at Slide 97.)

104.    Here, the AGA identified potential targets for treatment in irritable bowel syndrome as including the central nervous system or pain perception, altered motility or secretion, and altered sensation.  The AGA referred to the image above as demonstrating the classes of medications that were either known to have effects on these different targets or were being investigated for their potential effects on the different targets.  The location of each class of drugs within the triangle illustrates the putative site of action on the three major mechanisms involved in the pathophysiology of irritable bowel syndrome.

105.    The following slide was also part of the AGA slideset:



(Exhibit 17, AGA Educational Slide Set on IBS at Slide 98.)

106.    The AGA slideset stated that new therapeutic options in the treatment of irritable bowel syndrome include CCK antagonists, antidepressants, 5-HT$_3$ antagonists, neurokinin antagonists, 5-HT$_4$ agonists, kappa opioids, and α-2 adrenergic agonists.  The slideset discussed tegaserod at length, outlining its mechanism of action.

107.    Notably, the slideset did not mention GC-C receptors as a potential therapeutic target for IBS, or ST peptides as potential GC-C agonists on which to base a drug.  The absence of any such discussion further supports my opinion that people in the field at the time were not considering the GC-C pathway or ST peptides as targets for treatment of conditions such as IBS-C and CIC.

27

## X.   THE EFFICACY OF LINZESS IN TREATING THE PAIN ASSOCIATED WITH IBS-C WAS WHOLLY UNEXPECTED

108.    As I have discussed, treating pain, the hallmark of IBS-C, was, and still is, considered a critical component of any therapy for IBS-C.

109.    I remember that when the first clinical data for treatment of pain by Linzess came out, the expert advisors were impressed.  The data on Amitiza's effect on pain and tegaserod's effect on pain were not as impressive.

110.    I remember that the group developing Linzess at Ironwood very carefully and thoroughly assessed the symptom patterns in patients and how to best measure efficacy for a treatment for IBS-C and CIC.  At that time, people were using adequate relief to measure efficacy.  In 2006, I organized a Rome Foundation meeting on endpoints for functional GI disorders and invited industry, experts in the field, clinicians, and the FDA.  At that meeting, the FDA came up with interim endpoints for IBS to re-start clinical trials for IBS.  As I described above, those endpoints are still in use today and are based on the "Rome criteria," *i.e.*, abdominal pain and altered bowel habits.

111.    People in the field at the time were surprised by the efficacy of Linzess in treating pain (*see, e.g.*, Exhibit 7, Linzess Prescribing Information at Section 12.1 (LINZ_0023418 at LINZ_0023425)) because it modified secretions through activation of the GC-C receptor – a pathway not understood at the time to be involved in gastrointestinal pain pathways.  Moreover, it was surprising that the efficacy data for Linzess appeared to be superior to those of tegaserod, a serotonin 5-HT$_4$ receptor agonist, which was thought to work on pain pathways and would have been expected to treat pain associated with IBS-C.

# XI.   UNSUCCESSFUL ATTEMPTS TO DEVELOP THERAPEUTICS FOR IBS-C AND CIC

112.    Before Linzess, there was a real need for agents to treat IBS-C and CIC that could be taken every day to alleviate the symptoms, particularly to reduce the pain associated with IBS-C.

113.    Over the counter laxatives can cause cramping and other side effects.  They do not help reduce pain and, in fact, can cause pain.

114.    As far as prescription medications for IBS and CIC, there had been a history of failures of these therapies.  A number of marketed compounds had either limited efficacy or significant toxicity, or both, associated with them.  I discuss specific examples below.

115.    Cisapride:  Cisapride was a gastroprokinetic agent that increased motility.  It was a serotonin 5-HT$_4$ receptor agonist.  Approved in 1993, it was voluntarily withdrawn from the market by the manufacturer on July 14, 2000 because it produced severe cardiac side effects, including cardiac arrhythmias.  (Exhibit 18, Zalewski, *Cisapride Withdrawal Requires Alternative Therapy*, 3:2 CLEVELAND CLINIC PHARMACOTHERAPY UPDATE (May/June 2000), http://www.clevelandclinicmeded.com/medicalpubs/pharmacy/mayjune2000/cisapride.htm (last visited 1/5/2019).)

116.    Alosetron:  Alosetron is a serotonin 5-HT$_3$ receptor blocker or antagonist that slowed motility.  Alosetron was approved February 9, 2000.  Over the next few months, it produced extreme constipation, impaction, and ischemic colitis in some patients.  It was withdrawn from the market voluntarily by the manufacturer on November 28, 2000.  On June 7, 2002, the FDA approved its return to the market under restricted marketing to treat only women with severe diarrhea-predominant IBS.  (Exhibit 19, *Alosetron - withdrawn: severe adverse reactions*, Essential Drugs in Brief No. 003-2001: REGULATORY MATTERS (2001),

29

http://apps.who.int/medicinedocs/en/p/printable.html (last visited 1/5/2019).)

117.    Tegaserod (Zelnorm): Tegaserod was a serotonin 5-HT$_4$ receptor agonist used to

treat IBS-C and constipation, including CIC.  Approved in 2002, it was removed from the market

in 2007 because the FDA was concerned about cardiovascular adverse effects.  (Exhibit 20, FDA

Public Health Advisory: Tegaserod maleate (marketed as Zelnorm) (March, 30, 2017)

(LINZ_0107088).)  On October 17, 2018 the FDA's Gastrointestinal Drugs Advisory Committee

of the FDA voted to recommend that Zelnorm be approved for the treatment of IBS-C in women.

The FDA has not yet made a final decision to follow or not to follow that recommendation.

## XII.    OBJECTIVE INDICIA OF NONOBVIOUSNESS

118.    As I mentioned above, I have been informed that objective indicia of

nonobviousness, or "secondary considerations" include teaching away, evidence of long felt

need, failure of others, unexpected results, and praise by others.  In my opinion, at least these

objective indicia of nonobviousness are present here.

119.    As I discussed above, as shown by my 2002 paper and the AGA slideset, the art in

the field taught people of skill at the relevant time to pursue pathways such as the serotonin

pathway to develop treatments for conditions such as IBS-C and CIC, and did not teach those of

skill in the art to consider pathways such as the GC-C receptor pathway or ST peptides as

approaches to develop these treatments (teaching away).

120.    As I also discussed above, by 2002, the costs to society of IBS were substantial.

As shown in my 2002 article and in the AGA slideset, people in the field at the time were

actively looking for new safe and effective treatments for conditions such as IBS-C and CIC, to

address this substantial unmet need (long-felt need).  In addition, as I also discussed above, a

number of marketed compounds proved to have either limited efficacy or significant toxicity or

both (failure of others).  As I further discussed above, the efficacy of linaclotide on pain was

30

wholly unexpected (unexpected results).  In my opinion these factors support the nonobviousness of the patents-in-suit.

121.    I have found linaclotide to be a safe and effective therapy for IBS-C and CIC in my clinical practice.  I prescribe this medication more frequently than the other prescription medications for IBS-C and CIC due to its efficacy (praise by others).

## XIII.   TRIAL EXHIBITS

122.    I may utilize any of the documents cited and/or listed herein as exhibits at any hearing or trial in this litigation.  I may further prepare and use exhibits that summarize portions of my testimony, or key terms or concepts presented therein, at any hearing or trial in this litigation.

## XIV.   SUPPLEMENTAL OR AMENDED OPINION

123.    I reserve the right to modify or supplement my opinions, or the bases for my opinions, in response to the opinions expressed by Defendants' expert(s), after the Court issues its claim constructions, and/or in light of additional evidence or testimony brought to my attention after the date of my signature below.

## XV.   OTHER EXPERT TESTIMONY

124.    I have not testified as an expert, at trial or by deposition, in the preceding four years.

## XVI.   COMPENSATION

125.    I am being compensated for my work in this matter at my customary rate of $600 per hour plus expenses.  My compensation is in no way tied to the outcome of this matter or the content of this report.

DATED:  January 17, 2019

_____
Lin Chang, M.D.

# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ALLERGAN USA, INC., and IRONWOOD PHARMACEUTICALS, INC. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 16-1114 (RGA) Consolidated |
| TEVA PHARMACEUTICALS USA, INC. and SANDOZ INC. | ) ) ) | |
| Defendants. | ) | |

## <u>REBUTTAL EXPERT REPORT OF WILLIAM DEGRADO, PH.D.</u>

## <u>TABLE OF CONTENTS</u>

<u>Page</u>

I.      INTRODUCTION ...................................................................................................... 1

II.     BACKGROUND AND QUALIFICATIONS ............................................................... 1

III.    MATERIALS CONSIDERED .................................................................................... 4

IV.     SUMMARY OF OPINIONS ...................................................................................... 4

V.      LEGAL FRAMEWORK FOR MY OPINIONS .......................................................... 6

    A.   Level of Ordinary Skill in the Art .......................................................................... 6

    B.   Obviousness ........................................................................................................... 7

    C.   Written Description ................................................................................................ 9

    D.   Enablement .......................................................................................................... 10

VI.     THE PATENTS ........................................................................................................ 11

    A.   The '036 Patent .................................................................................................... 12

    B.   The '727 Patent .................................................................................................... 13

    C.   The '947 Patent .................................................................................................... 13

    D.   The '526 Patent .................................................................................................... 14

VII.    A POSA WOULD NOT HAVE TARGETED GC-C TO DEVELOP A TREATMENT
       FOR IBS-C AND CIC ............................................................................................. 15

VIII.   A POSA WOULD NOT HAVE SELECTED ST CORE AS A LEAD COMPOUND ... 16

    A.   A POSA Would Have Been Very Concerned About Toxicity ...................................... 17

    B.   The Literature on ST at the Relevant Time Was Incomplete and Contradictory ........... 18

    C.   A POSA Would Have Started With Guanylin or Uroguanylin as a Lead Compound
        Rather than ST or ST Core ................................................................................... 25

IX.     A POSA WOULD NOT HAVE SOUGHT TO INSERT A PROTEOLYTIC
      CLEAVAGE SITE INTO ST CORE ......................................................................... 30

    A.   A POSA Would Not Have Sought to Shorten the Lifetime of ST Core Through
        Addition of a Proteolytic Cleavage Site ................................................................. 30

B.    A POSA Would Not Have Sought to Insert a Chymotrypsin Cleavage Site into ST Core 33

X.    A POSA WOULD NOT HAVE SUBSTITUTED TYROSINE FOR LEUCINE AT THE 9 POSITION OF ST CORE ........................................................................................ 34

A.    A POSA Would Not Have Believed the 9 Position of ST to Be Accessible to Chymotrypsin Cleavage ................................................................................. 34

B.    A POSA Would Not Have Preferred the N-Terminal Region to the C-Terminal Region As a Location for a Putative Proteolytic Site ................................................. 42

C.    A POSA Would Not Have Understood Tyr to be Preferred Over Phe or Trp as Chymotrypsin Cleavage Sites ........................................................................ 46

D.    A POSA Would Not Have Understood Tyr and Leu to Have Similar Hydrophilicity .. 49

XI.    NO REASONABLE EXPECTATION OF SUCCESS .................................................... 62

A.    No Reasonable Expectation of Success Using the Toxic ST Core Peptide As a Lead Compound ................................................................................................... 63

B.    No Reasonable Expectation of Success Substituting in a Putative Chymotrypsin Site at Position 9 ................................................................................................... 65

XII.    OBJECTIVE INDICIA OF NONOBVIOUSNESS ....................................................... 67

XIII.    THE CLAIMS ARE SUFFICIENTLY DESCRIBED .................................................... 67

A.    Claims 2 and 9 of the '036 Patent ...................................................................... 68

B.    Claims 33, 37, 39, 43, and 44 of the '036 Patent .................................................. 71

C.    The Asserted Claims of the '727 Patent ............................................................... 71

D.    The Asserted Claims of the '947 Patent ............................................................... 74

XIV.    THE CLAIMS ARE ENABLED ................................................................................ 76

A.    Factor 1:  Quantity of Experimentation Necessary ................................................ 80

B.    Factors 2 and 3:  Amount of Direction Presented/Presence of Working Examples ....... 81

C.    Factors 4 and 5:  Nature of the Invention/State of the Prior Art ............................... 81

D.    Factor 6:  Relative Skill in the Art ..................................................................... 82

E.    Factor 7:  Predictability of the Art ..................................................................... 83

    F.     Factor 8:  Breadth of the Claims..........................................................................................83

XV.    TRIAL EXHIBITS...........................................................................................................83

XVI.    SUPPLEMENTAL OR AMENDED OPINION ...............................................................84

XVII.    OTHER EXPERT TESTIMONY ....................................................................................84

XVIII.   COMPENSATION ..........................................................................................................84

## I.    <u>INTRODUCTION</u>

1.      I have been retained by plaintiffs Allergan Sales, LLC, Forest Laboratories

Holdings, Ltd., Allergan USA, Inc., and Ironwood Pharmaceuticals, Inc. to serve as an expert in

this case.  I expect to testify at trial regarding the subject matter and opinions set forth in this

report, if asked about those matters by the Court or the parties' attorneys.

## II.    <u>BACKGROUND AND QUALIFICATIONS</u>

2.      I am a Professor in the Department of Pharmaceutical Chemistry, University of

California San Francisco.

3.      I obtained a Bachelor's Degree in Chemistry from Kalamazoo College in 1977.  I

obtained a Ph.D. in Chemistry from the University of Chicago in 1981.  My Ph.D. work focused

largely on toxic peptides, including the small disulfide-rich peptide apamine, as well as the

cytotoxic peptide melittin.

4.      I spent 15 years in industry (DuPont Central Research, DuPont Pharma, DuPont

Merck Pharmaceutical Company), reaching the level of Senior Director of Medicinal Chemistry.

My group was composed of about 30 chemists who ultimately developed several molecules that

reached clinical trials.

5.      I serve on scientific advisory boards for companies involved in peptide-related

drug development, including ADRx, Alzheon, Amai, Daiichi Sankyo (Chair of SAB for joint

effort with UCSF in the Institute for Neurodegeneration), Longevity, Pliant, and Cytegen.

6.      In my laboratory, we study the structural characterization of membrane proteins

and de novo protein design in order to understand biological processes relevant to human disease

and to develop novel therapeutics.

7.      One primary research interest is *de novo* design, in which one designs proteins

beginning from first principles. This approach critically tests our understanding of protein

1

folding and function, while also laying the groundwork for the design of proteins and biomimetic polymers with properties not seen in nature.

8.      We have studied the structures and functions of a number of pharmacologically interesting systems, including:

- We were the first to introduce cyclic disulfide bonded peptide libraries on phage;

- Signal transduction of integrins;

- Small molecule peptide and peptide mimetic inhibitors (including disulfide bonded peptides) of integrins resulting in molecules that reached clinical trials.  I also was one of the scientific founders of Pliant Therapeutics, which has raised over $100 million to develop integrin antagonists;

- Antimicrobial host-defense peptides (defensin, a disulfide-rich peptide) mimics, which show considerable promise for treating antibiotic-resistant infections and are in development having successfully completed Phase II clinical trials;

- Molecules that target protein structures critical to the pathogenesis of HIV and Alzheimer's disease;

- Structure of the M2 proton channel from the influenza A virus.

9.      We have been at the forefront of using chemical, biophysical, and computational methods to tackle key problems in biological systems.  For example, rapidly occurring mutations within HIV and influenza viruses are rendering existing treatments ineffective and could possibly lead to a pandemic.  Similarly, the increasing prevalence of drug-resistant bacterial infections require the development of novel points of attack to have any recourse against these infections. With the aging of the baby boomer population, age-related neurodegenerative diseases like Alzheimer's disease are becoming more prevalent, and fast action in understanding disease pathogenesis and developing effective therapeutics is desperately needed.  My lab draws on expertise in a diverse set of basic science technologies to combat these current health crises.

10.      Our lab leverages structural data to rationally design proteins and small molecules. The Protein Data Bank (PDB) provides a rich source of structural information on

2

proteins and ligand binding sites.  In the last few years, few new globular protein folds have been

discovered, suggesting we have exhaustively sampled them.  Thus, we can confidently mine

these structures for common motifs to incorporate into our designed proteins and protein-ligand

interactions, using computational tools.  However, fewer membrane protein structures are

available in the PDB.  We are studying several transmembrane proteins and designing new ones

in hopes of adding to this small but growing body of knowledge.

11.    I have published over 350 articles in peer reviewed journals.

12.    I have received the major awards given by the American Peptide Society

including The du Vigneaud Award (1988), The Makineni Award (2009), and The Merrifield

Award (2003).

13.    From the Protein Society I have received the Protein Society Young Investigator

Award (1989) as well as their most senior award, the Stein and Moore Award (2015).

14.    From the American Chemical Society, I have received the Eli Lilly Award in

Biological Chemistry (1992), the Ralph F. Hirschmann Award in Peptide Chemistry (2008), The

Cope Scholar Award (2018), and The Murray Goodman Memorial Prize (2017).

15.    My honors also include election to the National Academy of Sciences (1999), the

National Academy of Inventors (2014), and the American Association for the Advancement of

Arts and Sciences (1998).

16.    I currently serve, have served, or have been appointed to serve on the editorial

boards of 20 journals, including Biopolymers Peptide Research, Protein Engineering,

Proceedings of the National Academy of Sciences (PNAS), Cell Structure, Journal of Peptide

Research (Associate Editor), Journal of the American Chemical Society (JACS), and Proteins

(Founding Editor).

3

17.     I was President of the Protein Society and was a member of the Council of the Peptide Society.

18.     I have taught a number of topics and lectures in medicinal chemistry courses at University of Pennsylvania, and the UCSF School of Pharmacy.  I also taught a class on peptide and protein chemistry at the University of Pennsylvania.

19.     I expect to testify at trial regarding my background, qualifications, and experience relevant to the issues in this action.

20.     Attached as Exhibit 1 is my curriculum vitae which summarizes my background, credentials, and includes a list of my publications.

## III.   MATERIALS CONSIDERED

21.     My opinions are based on my general knowledge and extensive experience in the area of protein structure and function including the rational design of drugs for human use.  My opinions are also based on documents and information that I have considered during the preparation of this report.  I have also considered the November 2, 2018 report submitted by Dr. Stephen Kent, as well as the documents and information cited in that report.

22.     A list of all materials I have considered is attached as Exhibit 2 and/or cited in this report.

23.     I reserve the right to rely upon any additional information or materials that may be provided to me, that are relied upon by any of Defendants' experts or other witnesses, or that are developed prior to or at trial.

## IV.   SUMMARY OF OPINIONS

24.     I have been asked by Plaintiffs Allergan Sales, LLC, Forest Laboratories Holdings, Ltd., Allergan USA, Inc., and Ironwood Pharmaceuticals, Inc. to respond to the report of Dr. Kent.  My opinions may be summarized as follows:

4

25.     A person of ordinary skill ( or "POSA") at the relevant time would not have targeted the GC-C receptor or the GC-C receptor pathway for drug development for a treatment for IBS-C and CIC.  A POSA would most likely have looked to the serotonin pathway for drug development targets.

26.     A POSA at the relevant time would not have sought to develop a treatment for IBS-C or CIC based on ST or ST Core, a toxic peptide from enterotoxigenic bacteria that causes severe diarrhea.  A person of ordinary skill seeking to develop a drug for human use would have tried to minimize every avenue for potential risk.  If a POSA at the relevant time sought to develop a drug to bind to the GC-C receptor, that person would have chosen instead to develop a drug based on one of the endogenous ligands, guanylin or uroguanylin, known to bind to that receptor.

27.     If for some reason a POSA sought to develop a drug based on a toxic ST peptide, that person would not have sought to shorten the lifetime of ST by introducing a proteolytic cleavage site.

28.     If for some reason a POSA sought to insert a proteolytic cleavage site into an ST peptide, that person would not have chosen to replace the leucine at the 9 position with tyrosine as the location for this putative chymotrypsin cleavage site.

29.     Several objective indicia support the nonobviousness of the patents-in-suit, including teaching away and unexpected results.

30.     For the reasons set out above, it is my opinion that claims 2, 9, 33, 37, 39, 43, and 44 of the '036 Patent, claims 3 and 6 of the '727 Patent, claims 2, 4, and 14 of the '947 Patent, and claims 1 and 2 of the '526 Patent would not have been obvious to a person of ordinary skill in the art at the time of the invention.

31.     In my opinion, the specifications of the patents clearly convey to a POSA at the relevant time that the inventors were in possession of the claimed inventions and the asserted clams in the patent-in-suit are sufficiently described.

32.     In my opinion, claims 33, 37, 39, 43, and 44 of the '036 patent are enabled because the patent allows a POSA to practice the claimed invention without undue experimentation given the guidance provided in the patent.

## V.     **LEGAL FRAMEWORK FOR MY OPINIONS**

33.     For purposes of this report, I have been informed by Plaintiffs' counsel about certain aspects of the law that are relevant to my analysis and opinions.

34.     I understand that the claims of an issued U.S. patent are presumed valid.  I further understand that the burden of proving a patent invalid is on the defendant who raises patent invalidity as an affirmative defense in a patent case.

35.     I understand that "prior art" generally includes public information, public knowledge, and public acts that occur before an application for a patent was filed.  Prior art also includes certain patents, publications, journals, Internet publications, systems, and products.

### A.     **Level of Ordinary Skill in the Art**

36.     I understand that the claims and specification of a patent are addressed to and intended to be read by the person of ordinary skill in the art to which the patent pertains, or which the patent is most nearly connected, at the time of the filing of the patent application.  I further understand that the question whether a patent claim is obvious is to be determined from the perspective of the person of ordinary skill.

37.     It is my opinion that the pertinent art for the patents I am considering is the field of research and development of peptide drugs for use in gastrointestinal disorders.

38.     It is also my opinion that that the person of ordinary skill in the art of the patents I

am considering as of the date of invention for each of the asserted claims would have had an M.D. or a Ph.D. in pharmacology, molecular biology, structural biology, biology, biochemistry, medicinal chemistry, chemistry, or chemical engineering, along with one to two years of experience in those areas.  Alternatively, a person of ordinary skill in the art would have had a Master's Degree in pharmacology, molecular biology, structural biology, biology, biochemistry, medicinal chemistry, chemistry, or chemical engineering, along with four to five years of extensive research experience in those areas.  Alternatively, a person of ordinary skill in the art would have had a Bachelor's Degree in pharmacology, molecular biology, structural biology, biology, biochemistry, medicinal chemistry, chemistry, or chemical engineering, along with six to seven years of extensive research experience in those areas.[1]

### B.      Obviousness

39.      I understand that a United States patent, once issued, is presumed valid.  I also understand that a challenger carries the burden of proving invalidity of an issued patent by clear and convincing evidence.

40.      I also understand that in order for a patent claim to be found invalid due to obviousness, the differences between the prior art and the patent claim must be such that the claimed subject matter as a whole would have been obvious to a person of ordinary skill in the art.  I understand that in certain circumstances, a patent claim may be found invalid for obviousness by a combination of prior art references or by a prior art reference combined with the knowledge of a person of ordinary skill in the art.  In determining whether a claim is invalid for obviousness, I understand that the following factors are considered: (1) scope and content of

---

[1]   I have reviewed Dr. Kent's proposed definition of a POSA.  (Kent Rep. at ¶¶ 102-103.) The opinions expressed in this report would be the same even if I used Dr. Kent's definition.

the prior art; (2) the differences between the claim at issue and the prior art; (3) the level of ordinary skill in the pertinent art; and (4) the presence of certain objective considerations of nonobviousness.

41.     I understand that obviousness is determined at the time of the invention, not the date of litigation, and any judgment as to obviousness must be made without reliance on hindsight.  I understand that it is wrong to use the patents-in-suit as a guide through multiple prior art references, combining the right references in the right way so as to achieve the result of the asserted claims of the patents-in-suit.

42.     I understand that a patent cannot be invalidated for obviousness if it combines prior art in a nonobvious way.  I further understand that when the prior art teaches away from a particular combination, the discovery of a successful means of combining the prior art is more likely to be nonobvious.  I understand that a reference may be said to teach away when a person of ordinary skill in the art, upon reading the reference, would be discouraged from following the path set out in the reference, or would be led in a different direction from the path that was taken by the patentee.  I also understand that the burden falls on the patent challenger to show by clear and convincing evidence that a person of ordinary skill in the art would have had reason to attempt to combine the prior art references to make the composition and would have had a reasonable expectation of success in doing so.

43.     I understand that in order to show obviousness, facts must be provided showing how specific references could be combined, which combination of elements would yield a predictable result, and how the combinations would operate.  Similarly, I understand that teaching, suggestion, or motivation to combine must be shown specifically for the asserted combinations of elements from the specific references.

8

44.     I understand that even if all claim elements are disclosed in the asserted prior art references, it would not be obvious to combine the prior art references if the separate elements from the prior art references would have to be used for a different purpose to achieve the result of the claim.

45.     I understand that asserted prior art references that were available for a long time prior to the claimed invention without any attempts to modify or combine the prior art references to achieve the patented result suggests a lack of motivation to combine.  I understand that this factor may also be evaluated in terms of objective indicia of nonobviousness, which I further discuss below.

46.     I have been informed that objective indicia of nonobviousness, or "secondary considerations," can include evidence of unexpected results, skepticism, long-felt but unresolved need, and the failure of others.  I understand that objective indicia of nonobviousness are important checks against the trap of "hindsight bias," because knowing that the inventor succeeded in making the patented invention, a fact finder might develop a "hunch" that the claimed invention was obvious, and then construct a selective version of the facts to confirm the hunch.  Thus, I understand that reading into the prior art the teachings of the invention at issue is also improper.  I further understand that objective indicia may often be the most probative and cogent evidence of nonobviousness, and that when present, these objective indicia must be considered in making the determination regarding obviousness.

### C.     Written Description

47.     I understand that a patent specification satisfies the written description requirement if it describes the claimed invention in sufficient detail that a person of ordinary skill in the art can reasonably conclude that the inventor had possession of the claimed invention.

48.     I understand that, in the chemical and biochemical fields, the written description

9

requirement is satisfied if the patent discloses sufficiently detailed, relevant identifying

characteristics, *i.e.*, complete or partial structure, other physical and/or chemical properties,

functional characteristics when coupled with a known or disclosed correlation between function

and structure, or some combination of such characteristics.  I further understand that a claim is

sufficiently described if the specification discloses relevant identifying characteristics that

distinguish the claimed compound from other compounds.

### D.     Enablement

49.     I understand that a patent specification satisfies the enablement requirement if it

teaches a person of ordinary skill in the art how to make and use the claimed invention without

undue experimentation.  I understand that this requirement is met when at the time of the filing

of the application a person of ordinary skill in the art, having read the specification, could

practice the invention without undue experimentation.  I also understand that whether undue

experimentation is required is not a single, simple factual determination, but rather is a

conclusion reached by weighing many factors.  I also understand that a specification need not

disclose what is well known in the art.

50.     I understand that the following factors may be considered when determining if a

disclosure requires undue experimentation:  (1) the quantity of experimentation necessary, (2)

the amount of direction or guidance presented, (3) the presence or absence of working examples,

(4) the nature of the invention, (5) the state of the prior art, (6) the relative skill of those in the

art, (7) the predictability or unpredictability of the art, and (8) the breadth of the claims.  I

understand that these factors are illustrative but not mandatory.  I further understand that what is

relevant depends on the facts, and although experimentation must not be undue, a reasonable

amount of experimentation required to practice a claimed invention does not violate the

enablement requirement.

## VI.    **THE PATENTS**

51.     I have been asked to consider four of the asserted patents in this case:  U.S. Patent Nos. 7,304,036 ("the '036 patent") (Exhibit 3), 7,371,727 ("the '727 patent") (Exhibit 4), 7,704,947 ("the '947 patent") (Exhibit 5), and 8,080,526 ("the '526 patent") (Exhibit 6).  I have been informed that Plaintiffs have asserted the following claims against the Defendants in this case:

- ▪    '036 Patent:  Claims 2, 9, 33, 37, 39, 43, and 44;

- ▪    '727 Patent:  Claims 3 and 6;

- ▪    '947 Patent:  Claims 2, 4, and 14;

- ▪    '526 Patent:  Claims 1 and 2.

52.     I understand the '036 patent and '727 patents have similar specifications, and claim priority to an application filed January 28, 2003.[2]

53.     I understand that the '526 and '947 patents share the same specification and claim priority to an application filed January 28, 2003.

54.     I understand that the '036, '727, '947, and '526 patents generally describe pharmaceutical compositions and methods for treating IBS and other gastrointestinal disorders and conditions.  (Exhibit 3, '036 patent at 2:11-13.)

55.     I further understand that the '036, '727, '947, and '526 patents describe compositions that feature peptides that activate the guanylate cyclase C (GC-C) receptor.  (Exhibit 3, '036 patent at 2:23-25.)  I further understand that the '036, '727, '947, and '526 patents state that these peptides are also useful because, in the case of IBS and other gastrointestinal disorders, they can decrease gastrointestinal pain or visceral pain.  (Exhibit 3, '036 patent at 2:35-

11

38.)

56.     I further understand that these patents describe peptides that have some sequence similarity to ST peptides, but include amino acid changes and/or additions that improve functionality.  (Exhibit 3, '036 patent, 7:13-15.)

57.     I further understand that the patents state that the peptides of the invention, like the bacterial ST peptides, have six cysteine residues.  (Exhibit 3, '036 patent, 24:15-16.)  The patents state that these six cysteine residues form three disulfide bonds in the mature and active form of the peptide.  (Exhibit 3, '036 patent, 24:16-17.)

58.     I further understand that the patents state that "[i]f the six cysteine residues are identified, from the amino to carboxy terminus of the peptide, as A, B, C, D, E, and F, then the disulfide bonds form as follows:  A-D, B-E, and C-F."  (Exhibit 3, '036 patent, 24:18-20.)

59.     I further understand that the patents state that "[c]ertain of the peptides of the invention include a potentially functional chymotrypsin cleavage site, *e.g*., a Trp, Tyr or Phe located between either Cys B and Cys D or between Cys E and Cys F."  (Exhibit 3, '036 patent, 24:22-25.)

60.     I understand that the asserted claims of the '036, '727, '947, and '526 patents in this case include composition claims, method of treatment claims, and method of making claims.

**A.     The '036 Patent**

61.     I understand the '036 patent claims priority to three provisional applications, U.S. Application No. 60/443,098, filed on January 28, 2003; U.S. Application No. 60/471,288, filed on May 15, 2003; and U.S. Application No. 60/519,460, filed on November 12, 2003.  This

---

[2]   Even if Defendants are correct and the asserted claims are entitled only to the latest priority date for any of the patents-in-suit, my opinions would not change.

claim of priority is made through the '036 patent's parent application, of which the '036 patent is

a continuation in part, Application No. 10/766,735, filed on January 28, 2004.

62.     As one example, claim 2 of the '036 patent is reproduced below:

Claim 2:  A purified peptide consisting of the amino acid sequence:  Cys Cys Glu
          Tyr Cys Cys Asn Pro Ala Cys Thr Gly Cys Tyr (SEQ ID NO:31).

(Exhibit 3, '036 patent at 107:49-51.)

**B.     The '727 Patent**

63.     I understand the '727 patent claims priority to three provisional applications, U.S.

Application No. 60/443,098, filed on January 28, 2003; U.S. Application No. 60/471,288, filed

on May 15, 2003; and U.S. Application No. 60/519,460, filed on November 12, 2003.  This

claim of priority is made through the '727 patent's parent application, Application No.

10/845,895, filed on May 14, 2004, of which the '727 patent is a continuation in part.  That

application is a continuation in part of Application No. 10/796,719 (which issued as the '036

patent), filed on March 9, 2004, which is a continuation in part of Application No. 10/766,735,

filed on January 28, 2004, which claims priority to the provisional applications identified above.

64.     As one example, claim 3 of the '727 patent is reproduced below, along with claim

1, from which claim 3 depends:

Claim 1:  A method for preparing a purified peptide comprising SEQ ID NO:3,
          the method comprising:  (a) chemically synthesizing a peptide
          comprising the amino acid sequence of SEQ ID NO:3; and (b)
          purifying the peptide.

Claim 3:  The method of Claim 1 wherein the peptide consists of the amino acid
          sequence of SEQ ID NO:3.

(Exhibit 4, '727 patent at 65:46-50, 53-54.)

**C.     The '947 Patent**

65.     I understand the '947 patent claims priority to three provisional applications, U.S.

Application No. 60/443,098, filed on January 28, 2003; U.S. Application No. 60/471,288, filed

on May 15, 2003; and U.S. Application No. 60/519,460, filed on November 12, 2003.  This

claim of priority is made through the '727 patent's parent application, Application No.

10/766,735, filed on January 28, 2004, of which the '947 patent is a divisional.

66.     As one example, claim 2 of the '947 patent is reproduced below (along with claim

1, from which claim 2 depends):

> Claim 1:  A polypeptide comprising the amino acid sequence Cys Cys Glu Xaa
> Cys Cys Asn Pro Ala Cys Thr Gly Cys Tyr wherein Xaa is selected
> from Phe, Trp or Tyr (SEQ ID NO:125) or a pharmaceutically
> acceptable salt thereof.

> Claim 2:  The polypeptide of claim 1 consisting of the amino acid sequence Cys
> Cys Glu Xaa Cys Cys Asn Pro Ala Cys Thr Gly Cys Tyr wherein Xaa
> is selected from Phe, Trp or Tyr (SEQ ID NO:125).

(Exhibit 5, '947 patent at 85:16-23.)

**D.     The '526 Patent**

67.     I understand the '526 patent claims priority to three provisional applications, U.S.

Application No. 60/443,098, filed on January 28, 2003; U.S. Application No. 60/471,288, filed

on May 15, 2003; and U.S. Application No. 60/519,460, filed on November 12, 2003.  This

claim of priority is made through the '727 patent's parent application, Application No.

11/930,696 (which issued as the '947 patent), filed on January 28, 2004.  That application is a

divisional of Application No. 10/766,735, filed on January 28, 2004, which claims priority to the

provisional applications identified above.

68.     As one example, claim 1 of the '527 patent is reproduced below:

> Claim 1:  A peptide consisting of the amino acid sequence
> Cys6 Cys7 Glu8 Tyr9 Cys10Cys11 Asn12 Pro13 Ala14 Cys15 Thr16 G
> ly17 Cys18 Tyr19 (SEQ ID NO: 31), wherein disulfide bonds are
> present between Cys6-Cys11, Cys7-Cys15, and Cys10-Cys18.

(Exhibit 6, '526 patent at 83:21-25.)

69.     I understand that the sequence of linaclotide is H-Cys-Cys-Glu-Tyr-Cys-Cys-Asn-Pro-Ala-Cys-Thr-Gly-Cys-Tyr-OH and that it is a GC-C receptor agonist.  (Exhibit 7, Linzess Prescribing Information at Section 12. 1 (LINZ_0023418 at LINZ0023425).)

## VII.  <u>A POSA WOULD NOT HAVE TARGETED GC-C TO DEVELOP A TREATMENT FOR IBS-C AND CIC</u>

70.     I disagree with Dr. Kent that a POSA would have started with GC-C as a target to develop a new treatment for IBS-C or CIC at the time of the invention.  I have reviewed the expert report of Dr. Kim Barrett, which sets out that a POSA at the relevant time would not have been looking to modulate secretions as a therapy for CIC or IBS-C and would not have selected GC-C as a target for drug development.  (Barrett Rep., ¶¶ 57-92)  Dr. Barrett further explains that even if a POSA at the relevant time were looking to modulate secretions as a treatment for CIC or IBS-C, such a POSA would not have attempted to do so indirectly, by targeting GC-C, but would have attempted to do so directly, through other channels such as CFTR.  (Barrett Rep., ¶ 80)  I find Dr. Barrett's report persuasive and reliable and I have no reason to disagree with the opinions she has set out therein.

71.     I agree with Dr. Barrett that a POSA would have investigated a diversity of pro-kinetic agents, such as agents that targeted the serotonin pathway and hormones. (Barrett Rep., ¶¶ 71-72)  I further agree with Dr. Barrett that a POSA seeking to develop new therapies for IBS-C or CIC at the relevant time would have been aware that serotonin receptor agonists such as Zelnorm were already on the market for these conditions.  (*See, e.g.*, Barrett Rep., ¶ 70; Exhibit 8, Zelnorm Approval Letter (LINZ_0104789).)  A POSA would have further been aware that at the relevant time, the pharmaceutical industry had been largely focused on small molecule drugs, such as Zelnorm, and had only a scant history with proteins or peptides as therapeutics.

72.     A POSA at the relevant time would therefore have first sought to improve on

drugs such as Zelnorm, for example, by maximizing potency and by minimizing any possible off-target activity.  A POSA would not have looked to develop a peptide therapeutic that worked in a completely different pathway by a completely different mechanism.

73.     A POSA would also have considered whether a mixed serotonin receptor agonist/antagonist would have improved the efficacy of drugs such as Zelnorm.  Increasing the specificity of the drug for a particular receptor would have been understood by a POSA to reduce the potential for adverse effects from the drug.

74.     At the time, Zelnorm was approved only for twice daily dosing and needed to be taken before meals.  (Exhibit 9, Zelnorm Package Insert at Dosage and Administration (LINZ_0105608 at 612, 617).)  A POSA therefore would also have considered developing an analog of a drug such as Zelnorm for once-daily dosing that did not need to be taken at a specific time relative to the ingestion of food.

75.     Dr. Kent argues that a POSA would have been motivated to start with GC-C receptors as a therapeutic target for IBS-C and CIC as the result of work carried out by Dr. Mark Currie on the endogenous ligands, guanylin and uroguanylin.  (Kent Rep. at ¶¶ 237-240.)  But Dr. Barrett points out that although Dr. Currie, an expert in this area, had investigated guanylin and uroguanylin, the lack of ongoing research would have dissuaded a POSA from looking at these endogenous ligands as possible treatments for constipation.  (Barrett Rep., ¶ 60)  I have no reason to disagree with Dr. Barrett and find her report persuasive.

## VIII.   A POSA WOULD NOT HAVE SELECTED ST CORE AS A LEAD COMPOUND

76.     From my extensive experience working in drug development, including at the time of the invention, it is my opinion that a POSA would not have attempted to develop a treatment for IBS-C or CIC based on toxic ST peptides at the time of the invention.  In particular, I have been part of drug development teams in industry composed of chemists and biologists,

16

where we worked closely together to explore potential targets and design effective screens to identify drug candidates based on those targets.

77.     Dr. Kent argues that a POSA, after beginning with the GC-C receptor as a target, would have selected ST core as a lead compound for drug development.[3]  Even if a person of ordinary skill would have chosen to target the GC-C receptor for development of a therapeutic to treat IBS-C and CIC, which I do not believe based on Dr. Barrett's expert report, I nonetheless disagree with Dr. Kent that the POSA would have selected ST core for a number of reasons.

## A.     A POSA Would Have Been Very Concerned About Toxicity

78.     First and foremost, a POSA would have been very concerned about the toxicity of a drug based on an ST peptide.  In my opinion, the inventors took quite a leap of faith that an agent capable of causing severe diarrhea could be useful as the basis for a human therapeutic.

79.     It has been my experience that the average drug developer worries about every possible avenue of risk, particularly every risk that a putative drug will ultimately be shown not to be safe for patients.

80.     A toxin such as an ST peptide would be expected to have a very small therapeutic window (if any), which would pose a major concern for a person of ordinary skill.  It would therefore have made much more sense to have started with the endogenous ligands.

81.     Therefore, a drug developer would not have chosen an ST peptide as a lead compound, let alone ST core, which a POSA would have understood to be more toxic than full length ST.  (Exhibit 10, Aimoto *et al.*, *Chemical Synthesis of a Highly Potent and Heat-stable Analog of an Enterotoxin Produced by a Human Strain of Enterotoxigenic* Escherichia coli, 112:1 BIOCHEM. BIOPHY. RES. COMMUN. 320-326 (1983) ("Aimoto") at p. 321.)

---

[3]   I note that Dr. Kent refers to ST core as "STh(6-19)."

17

82.     As I discuss further below, if a person of ordinary skill in the art at the relevant

time was attempting to make a treatment based on a GC-C receptor agonist, the endogenous

ligands, guanylin and uroguanylin, would have provided natural starting compounds.  These

ligands were known to activate the GC-C receptor and would not have posed the same toxicity

concerns as ST peptides.  These compounds also might have provided a much larger potential

therapeutic window than ST peptides.

83.     Dr. Kent suggests that a POSA would not have been concerned about the toxicity

of ST peptides because according to Dr. Kent they were known to produce "short-lived hyper-

secretion."  (Kent Rep. at ¶ 247.)  Data from publications such as Aimoto suggest that the

duration of action of ST peptides *in vivo* is about 9-10 hours.  I do not agree that such a duration

of action would be considered by a POSA to be "short-lived" or that it would alleviate concerns

about toxicity.

84.     Also, a POSA would worry about achieving a reasonable efficacy/safety ratio for

a compound that is clearly very toxic.  Typically, drug developers try to stay within the

therapeutic window for a drug, meaning the range of concentrations between the minimum toxic

concentration and the minimum effective concentration.  (Exhibit 19, Knittel and Zavod, *Drug

Design and Relationship of Functional Groups to Pharmacologic Activity*, in FOYE'S PRINCIPLES

OF MEDICINAL CHEMISTRY (Williams and Lemke eds., 5th Ed. 2002) ("Lemke") at 156.)

Threading the needle between efficacy and safety is never an easy thing, but becomes more

problematic when trying to achieve efficacy with an agent that has potential toxicity *and* a

duration of action of less than 24 hours.

**B.     The Literature on ST at the Relevant Time Was Incomplete and
         Contradictory**

85.     Dr. Kent argues that a POSA would have started with ST core (STh(6-19)) as a

18

lead compound because ST peptides "had been extensively studied and the structure activity relationship of this peptide was relatively well characterized."  (Kent Rep. at ¶¶ 241-46.)  I disagree with Dr. Kent in several respects.

86.     First, I disagree that the structure-activity relationship of ST peptides was well characterized in the literature at the relevant time.  On the contrary, it is my opinion that the literature on which Dr. Kent relies provided at best incomplete and contradictory information about the structure-activity relationship of ST peptides.

87.     For example, Dr. Kent states that the asparagine (Asn, N) that resides in the central region of the ST core was known to interact directly with the receptor.  (Kent Rep. at ¶ 242.)  Dr. Kent relies on the Hasegawa reference to support this statement.  I disagree with Dr. Kent's argument in several respects.

88.     First, the Hasegawa reference reports the results of experiments in which an amino acid analog, p-azido-phenylalanine ("Pap"), was substituted in at various positions in ST core, as follows:



Fig 1. Primary structures of STp and the synthetic analogs. Ec-STp and Ec-STh are produced by enterotoxigenic *E. coli* of porcine [6] and human [24], respectively. Vm-ST and NAG-ST are elaborated by *Vibrio mimicus* [25] and *Vibrio cholerae* non-O1 [26], respectively.

(Exhibit 11, Hasegawa *et al.*, *Identification of a binding region on* Escherichia coli *heat-stable enterotoxin to intestinal guanylyl cyclase C*, 4:1 LETTERS IN PEPTIDE SCIENCE 1-11 (1997) ("Hasegawa") at p. 2.)  The resulting mutant ST peptides were assayed for their ability to bind to the GC-C receptor in *in vitro* assays.

89.     While it is true that in one assay, the mutant with Pap substituted at the Asn[11]

position cross-linked to the GC-C receptor, indicating a potential interaction, other data in the Hasegawa paper make it difficult to draw a firm conclusion about the role of $Asn^{11}$ in receptor binding.

90.     In particular, the receptor-binding activity of the variant with the Pap analog substituted at the $Asn^{11}$ position decreased by only about 10-fold as compared to the native, or wild-type, ST peptide.  (*See* Exhibit 11, Hasegawa at p. 8, Fig. 6.)  Therefore, because (1) mutation of $Asn^{11}$ to Pap did not abolish receptor-binding in this assay, which would be expected if $Asn^{11}$ were critical for receptor binding, and (2) binding potency does not equate to *in vivo* efficacy in mouse models as shown in Carpick 1991 (also cited by Dr. Kent in a different context), a POSA would not be certain what conclusion could be drawn from the data in Hasegawa showing cross linking of Pap at this position to the receptor.  Overall, the data presented in Hasegawa indicate that $Asn^{11}$ is not critical for binding of ST to the GC-C receptor.

91.     In addition, Hasegawa's experiments were limited to receptor binding assays, and did not look at activity *in vivo*.  Also, the modification using the synthetic Pap residue is not equivalent to substitution of a Tyr into the peptide.  A POSA would understand that the azido group on Pap is chemically different and behaves differently from the OH group on Tyr.

92.     Dr. Kent also relies on the Handbook of Natural Toxins to support his argument regarding the importance of what he calls "the central binding region" to biological activity of ST peptides.  (Kent Rep. at ¶ 256.)  Dr. Kent defines the "central binding region" as $Asn(N)^{12}$-$Cys(C)^{15}$.  I note that the numbering convention for the ST peptides can be variable – so that what Dr. Kent refers to as "$Asn(N)^{12}$" is sometimes referred to as "$Asn^{11}$," as it is in the Hasegawa reference.

93.     The Handbook of Natural Toxins data show that various replacements at the Asn[11] site have various effects on activity.  In particular, replacing Asn[11] (numbered as Asn[12] in the Handbook numbering scheme) with Val, Ala, Phe, Ser, or Gly has relatively little effect on activity:  "Replacement by neutral amino acids, such as alanine, phenylalanine, serine, and glycine, influenced enterotoxic activity relatively little compared to replacement by basic amino acids such as arginine and lysine."  (Exhibit 12, Hirayama, Heat-Stable Enterotoxin of Escherichia coli, in HANDBOOK OF NATURAL TOXINS Vol 8, 12:281-296 (Anthony Tu ed., 1995) ("Handbook of Natural Toxins") at p. 283.)

94.     Dr. Kent also relies on the Carpick 1991 (Exhibit 13, Carpick and Gariepy, Structural Characterization of Functionally Important Regions of the Escherichia coli Heat-Stable Enterotoxin STIb, 30 BIOCHEMISTRY 4803-4809 (1991) ("Carpick 1991")) reference for his argument that amino acid replacements at positions outside the central binding region showed moderate to slight reductions in biological activity.  (Kent Rep. at ¶ 256.)  But in my opinion, the Carpick 1991 reference describes a dissection between binding and efficacy that would not lead a POSA to avoid mutations in the central binding region.

95.     For example, Table 1 of Carpick 1991, is reproduced below:

| Table I: Summary of Biological Properties of STIb(6–18) Analogues[a] | | | | | |
|---|---|---|---|---|---|
| analogue | $K_i$ (M) | relative binding affinity (RA) | $ED_{50}$ (mol) | relative enterotoxicity (RE) | RA:RE |
| STIb(6–18) | $(4.1 \pm 1.5) \times 10^{-9}$ | 1.0 | $5 \times 10^{-12}$ | 1.0 | 1.0 |
| A[8]STIb(6–18) | $(1.1 \pm 1.0) \times 10^{-7}$ | 0.04 | $10^{-11}$ | 0.5 | 0.08 |
| P[8]STIb(6–18) | $(2.2 \pm 1.0) \times 10^{-8}$ | 0.2 | $10^{-11}$ | 0.5 | 0.4 |
| A[9]STIb(6–18) | $(7.8 \pm 2.0) \times 10^{-8}$ | 0.05 | $2 \times 10^{-11}$ | 0.25 | 0.2 |
| K[9]STIb(6–18) | $(5.0 \pm 2.0) \times 10^{-8}$ | 0.08 | $3 \times 10^{-11}$ | 0.2 | 0.4 |
| A[12]STIb(6–18) | | 0 | ND | ND | |
| A[13]STIb(6–18) | $(2.1 \pm 1.0) \times 10^{-8}$ | 0.2 | $2 \times 10^{-11}$ | 0.25 | 0.8 |
| G[14]STIb(6–18) | $(1.0 \pm 0.5) \times 10^{-7}$ | 0.04 | $5 \times 10^{-11}$ | 0.1 | 0.4 |
| dA[14]STIb(6–18) | $(3.3 \pm 1.0) \times 10^{-7}$ | 0.01 | $3 \times 10^{-10}$ | 0.02 | 0.5 |
| A[17]STIb(6–18) | $(2.1 \pm 2.0) \times 10^{-8}$ | 0.2 | $5 \times 10^{-12}$ | 1.0 | 0.2 |
| A[16]STIb(6–15) | | 0 | ND | ND | |

[a] Inhibition constants ($K_i$) were calculated from a Scatchard analysis of data presented in Figure 3.  Binding affinity and enterotoxicity are expressed relative to STIb(6–18).  $ED_{50}$, analogue dose in infant mice resulting in a half-maximal increase in the gut-to-carcass ratio.  RA:RE, ratio of the relative binding affinity (from $K_i$) to the relative toxicity in mice.  The analogues A[12]STIb(6–18) and A[16]STIb(6–15) showed no inhibition of binding of $^{125}I$-Y[4]STIb(4–18) to intestinal cells.  ND, not determined.

(Exhibit 13, Carpick 1991 at p. 4805.)

21

96.     I note that different publications number the amino acids in the ST peptide

sequences differently.  Sequence numbering in this paper is:  C6-C7-E8-L9-C10-C11-N12-P13-

A14-C15-T16-G17-C18-Y19:



(Exhibit 13, Carpick 1991 at p. 4804.)

97.     Table 1 of Carpick 1991 shows relative binding affinities and relative

enterotoxicities of various mutants.  But the relative binding affinity (RA) and relative

enterotoxicity (RE) do not always align.  As a result, the RA:RE ratios frequently differ

substantially from 1.0:  the lowest ratio is 0.08, and several ratios are 0.4 or less.  In fact, the

ratio for the Gly substitution at the Ala 14 position, one of the positions that Dr. Kent identifies

as critical for ST function, is only 0.4, indicating that in this assay, this particular mutant was

considerably more enterotoxic than its binding affinity for the receptor would indicate.  While its

binding affinity was only 4% that of native ST, its enterotoxicity was 10% of the native ST.

98.     It is therefore my opinion that a POSA would not understand Carpick 1991 to

indicate that substitutions should not be made in the central region.  In fact, if a POSA were

seeking to target the GC-C receptor (which I do not believe a POSA would have done) by using

ST as a lead compound (which I also do not believe a POSA would have done), a modified ST

peptide with 10% of the toxicity of the native ST might seem as appropriate as any other lead

compound based on ST.  Therefore, even if a POSA had targeted the GC-C receptor, and even if

a POSA had used ST as a lead compound, based on Carpick 1991, a POSA would have

considered making substitutions in the core binding region.

99.     Moreover, the Wolfe reference (Exhibit 14, Wolfe and Waldman, *A Comparative Molecular Field Analysis (COMFA) of the Structural Determinants of Heat-Stable Enterotoxins Mediating Activation of Guanylyl Cyclase C*, 45 J. MED. CHEM. 1731-1734 (2002) ("Wolfe")), which Dr. Kent relies on for a different argument, contradicts Dr. Kent's argument about the importance of the $Asn^{11}$ residue.  The Wolfe reference reports results from the creation of a model to predict structure-function relationships for the ST peptide.  In order to "train" the model, the authors extracted data from a number of published studies of various mutants of ST, as shown in Table 1:

**Table 1.** Training Set of STa (5−17) Analogues Used To Generate the COMFA Model[a]

| ST (5-17) analogue | observed p(nMED) | predicted p(nMED) |
|---|---|---|
| $Phe^{13}Thr^{15}$ | 8.32 | 7.95 |
| $D\text{-}Cys^6$ | 8.62 | 8.90 |
| $Ile^{13}Thr^{15}$ | 9.01 | 9.45 |
| $D\text{-}Cys^{14}$ | 9.28 | 9.52 |
| $Gly^{12}$ | 9.60 | 9.47 |
| $Gly^{11}Thr^{15}$ | 11.00 | 11.73 |
| $Lys^8$ | 11.52 | 11.66 |
| $Gln^7Thr^{15}$ | 11.68 | 11.34 |
| $Mpr^5Asp^7Val^8$ | 11.73 | 12.20 |
| $Ala^8$ | 11.77 | 11.14 |
| $D\text{-}Cys^{17}$ | 11.77 | 12.04 |
| $Mpr^5Gly^{13}$ | 11.92 | 11.83 |
| $Ala^{11}$ | 11.92 | 11.86 |
| $Ala^{12}$ | 11.92 | 11.99 |
| $Gly^{13}$ | 11.92 | 12.14 |
| $Ala^7$ | 12.22 | 11.96 |
| $D\text{-}Cys^5Asp^7Val^8$ | 12.27 | 12.75 |
| $Mpr^5$ | 12.52 | 12.08 |
| $D\text{-}Cys^5$ | 12.52 | 12.30 |
| $D\text{-}Cys^5Ile^8Phe^{15}$ | 12.52 | 12.24 |
| $D\text{-}Cys^5Thr^{15}$ | 12.74 | 12.23 |

[a] $q^2 = 0.708$; $R^2_{bs} = 0.95$; $R^2_{nv} = 0.930$; $F = 117.56$; SEE = 0.53; SD = 0.145, two principal components.

(Exhibit 14, Wolfe at p. 1732.)  Sequence numbering in the Wolfe paper is:  C5-C6-E7-L8-C9-C10-N11-P12-A13-C14-T15-G16-C17-Y18.  (Exhibit 14, Wolfe at p. 1732.)  According to Wolfe Table 1, mutations at the $Asn^{11}$ position, such as the "$Ala^{11}$" mutant and the "$Gly^{11}Thr^{15}$" mutant, did not abolish the activity of the peptide and in fact, caused only a small perturbation in activity.

100.    And while the analysis in the Wolfe paper identifies multiple other amino acids in the peptide as important for contacting the receptor, there is no such discussion of $Asn^{11}$.  For

example, the Wolfe reference states:

> The COMFA model predicts that the backbone of $Cys^5$-$Cys^6$-$Glu^7$-$Leu^8$ adopts a conformation that tightly interacts with a hydrophobic region of GC-C to achieve maximum potency (Figure 3). Within this region, the receptor appears to makes intimate contact with the peptide backbone and the $\beta$ carbons of $Cys^5$ and $Cys^6$, as well as the alkyl side chains of $Glu^7$ and $Leu^8$.

(Exhibit 14, Wolfe at p. 1732.)

101.    Notably, Dr. Kent does not discuss the Wolfe paper in this part of his argument.

In general, and as I discuss further below, Dr. Kent appears to select data and quotations from

various papers to support a given conclusion, rather than providing a balanced view of the field,

as would be understood by a POSA reviewing the literature at the relevant time.  A POSA would

have been aware of the data in balance, and would not have been able to conclude anything

definitive about the role of $Asn^{11}$ in ST binding to the receptor or activity.

102.    Moreover, the Sato reference, which Dr. Kent addresses only briefly, would not

have provided guidance or motivation to a POSA to avoid mutations in the central (Asn-Pro-Ala

(NPA)) region.  The Sato reference states that substitutions in the NPA region with negatively or

positively charged residues would be disfavored:

> The substitution of $Asn_{11}$ in STp by a charged amino acid residue such as Asp, Glu, Arg, or Lys causes about 100-l000-fold decrease in the toxic activity (Okamoto *et al*., 1988; Takeda *et al*., 1991), whereas its replacement by Val does not affect the activity (Takeda *et al*., 199l).  Removal of the side chain of $Pro_{12}$ (replacement by Gly) causes considerable decrease in both the binding affinity and the enterotoxicity (Waldman *et al*., 1989), but other substitutions at this residue result in only moderate reduction of the toxicity; for instance, replacement of Pro12 by Val or Ala causes only 3- or 4-fold decrease in the enterotoxicity (Carpick & Gariepy, 1991; Takeda *et al*., 1991).

(Exhibit 15, Sato *et al*., *Structural Characteristics for Biological Activity of Heat-Stable*

*Enterotoxin Produced by Enterotoxigenic* Escherichia coli*: X-ray Crystallography of Weakly*

*Toxic and Nontoxic Analogs*, 33 BIOCHEMISTRY 8641-8650 (1994) ("Sato") at p. 8649.)

Therefore, to the extent that a POSA was considering substituting a Tyr at an internal position in

24

ST to introduce a chymotrypsin cleavage site, Sato would not have discouraged introduction of such a site at the NPA region – Tyr is not a charged residue and is not one of the residues that Sato lists as potentially problematic in that region.

103.     A sequence alignment of ST with guanylin and uroguanylin also does not support Dr. Kent's arguments that the NPA region would have been avoided as a possible location for introduction of a chymotrypsin cleavage site, to the extent a POSA sought to introduce one.  As shown in the sequence alignment below, guanylin, an agonist of the GC-C receptor, lacks the NPA site, suggesting that this site can be modified without destroying activity.

*Figure 1. The primary structures of the Escherichia coli heat-stable enterotoxin STa, guanylin, and uroguanylin. The amino acid sequences are from references.[6-10,12-14] \*Not shown are additional residues on the amino-terminus of STa that are NSS for STa-h (isolated originally from humans) and NT for STa-p (isolated originally from swine).[3]*

**Uroguanylin**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Opossum | Q | E | D | C | E | L | C | I | N | V | A | C | T | G | C |
| Human | N | D | D | C | E | L | C | V | N | V | A | C | T | G | C | L |
| Rat | T | D | E | C | E | L | C | I | N | V | A | C | T | G | C |

**Guanylin**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Opossum | S | H | T | C | E | I | C | A | F | A | A | C | A | G | C |
| Human | P | G | T | C | E | I | C | A | Y | A | A | C | T | G | C |
| Mouse/Rat | P | N | T | C | E | I | C | A | Y | A | A | C | T | G | C |

*E. coli* STa-h\*   N  Y  C  C  E  L  C  C  N  P  A  C  A  G  C  Y

*E. coli* STa-p\*   F  Y  C  C  E  L  C  C  N  P  A  C  T  G  C  Y

(Exhibit 16, Greenberg *et al.*, *Comparison of Effects of Uroguanylin, Guanylin, and Escherichia coli Heat-Stable Enterotoxin STa in Mouse Intestine and Kidney:  Evidence that Uroguanylin is an Intestinal Natriuretic Hormone*, 45:5 J. OF INVESTIGATIVE MEDICINE 276-283 (1997) ("Greenberg 1997") at p. 277.)

**C.     A POSA Would Have Started With Guanylin or Uroguanylin as a Lead Compound Rather than ST or ST Core**

104.     In my opinion, if a POSA had chosen GC-C as a therapeutic target, which I do not

believe, a POSA would have chosen one of the endogenous ligands, guanylin or uroguanylin, rather than ST core, as a lead compound, given the toxicity concerns with ST and ST core that I discussed above.

105.    Even if Dr. Kent were correct, which I do not believe he is, that there was coherent structure-activity information in the literature about ST core, there was also structure-activity information about guanylin.  In fact, a structure of guanylin was published in 1994. (Exhibit 15, Sato at p. 8642.)  A structure for uroguanylin was published in 1998. (Exhibit 17, Marx *et al.*, *One Peptide, Two Topologies: Structure and Interconversion Dynamics of Human Uroguanylin Isomers*, 52 J. PEPT. RES. 229-240 (1998) ("Marx").)

106.    Dr. Kent argues that a POSA would have selected ST over guanylin or uroguanylin because "unlike guanylin and uroguanylin, ST peptides were known to have pH-independent activity."  (Kent Rep. at ¶ 243.)

107.    I disagree with Dr. Kent.  As a preliminary matter, I rely on Dr. Barrett's discussion in her report that the activities of these peptides at varying pH would not have led a POSA to select ST over guanylin or uroguanylin,  (Barrett Rep, at ¶¶ 101-104)

108.    Moreover, to the extent that a POSA sought a pH independent lead compound, the POSA would have been aware of literature reporting that removal of two amino acids (Asp and Glu) at the N-terminus of uroguanylin largely eliminated its responsiveness to pH changes, while maintaining activity across a wide pH range.  (Exhibit 18, Hamra *et al.*, *Regulation of intestinal uroguanylinyguanylin receptor-mediated responses by mucosal acidity*, 94 Pharmacology 2705-2710 (1997) ("Hamra 1997") at p. 2709, Fig. 5.)  In fact, the peptide with these two acidic amino acids deleted was somewhat more potent at alkaline pH than at acidic pH.  (Exhibit 18, Hamra 1997 at pp. 2708-2709.)  Thus, there was good evidence that the pH responsiveness of

uroguanylin could be modulated at will.

109.    Dr. Kent further argues that a POSA would have chosen a lead compound with higher potency over a lead compound with lower potency.  (Kent Rep. at ¶ 244.)  It is important to be careful when we use terms such as "potency" to define the effect we are referring to.  One possible definition of "potency" is in relation to the dose response curve, *i.e.*, what is the $IC_{50}$, the concentration at which half (50%) maximal effect is observed.  The other definition of potency relates to the size of the maximal effect the compound produces in a signaling or efficacy assay.

110.    In my opinion, Dr. Kent is oversimplifying the drug discovery problem here.  In my opinion, a POSA would seek high receptor binding affinity but only partial agonism at the receptor.  (Exhibit 19, Lemke at 17.)  In other words, a POSA would have sought a lead compound with a maximal response less than that of ST on the receptor.  In this way, you could saturate the receptor without causing unacceptable toxicity through overstimulation of a biological response to the compound or without worrying about causing an overdose.  I refer to that as a "partial agonist," meaning a muted maximal response.

111.    Dr. Kent cites to the Greenberg 1997 reference to argue that a POSA would have chosen ST over guanylin or uroguanylin, based on the following figure:



**Figure 2.** *Opossum uroguanylin activity in the suckling mouse assay was compared to the activity of STa enterotoxin. There were 4 or 5 mice per point and each point is the mean ± standard error of the mean.*

112.    Dr. Kent points to the apparent lack of activity of guanylin in this assay.  But the Greenberg reference states expressly that the lack of activity of guanylin in this assay is the result of digestion by chymotrypsin proteases.  Specifically, the Greenberg reference describes experiments in which proteases were not present, and also experiments where proteases were present but protease inhibitors were added.  In both cases, guanylin showed ability to stimulate fluid secretion at about the same levels as uroguanylin.  (Exhibit 16, Greenberg 1997 at pp. 279-280.)  The Greenberg reference concludes that "[t]he results suggest that the decrease or lack of in vivo potency of guanylin is caused by inactivation of guanylin by proteases."  (Exhibit 16, Greenberg 1997 at p. 279.)

113.    Moreover, the potency of guanylin on the receptor is significant, as measured by its ability to stimulate cGMP by binding to the GC-C receptor in the intestinal loop assay. (Exhibit 16, Greenberg 1997 at p. 280, Fig. 5.)

114.    In my opinion, Dr. Kent is inconsistent in arguing, first, that a POSA would not select guanylin as a lead compound because it is susceptible to proteolytic cleavage by chymotrypsin, and then, in a later part of his report (Kent Rep. at ¶¶ 247-248), argue that a POSA would select ST core as a lead compound and then insert a chymotrypsin site to decrease potency.  In my opinion, even if a POSA had targeted the GC-C receptor, a POSA would have started with guanylin or uroguanylin as a lead compound and, in the case of guanylin, worked to improve its resistance to proteolytic cleavage.  Along these lines, a POSA would have understood that guanylin has a chymotrypsin site, while uroguanylin does not, as indicated in Figure 1 from the Greenberg reference:

*Figure 1. The primary structures of the* Escherichia coli *heat-stable enterotoxin STa, guanylin, and uroguanylin. The amino acid sequences are from references.[6-10,12-14] *Not shown are additional residues on the amino-terminus of STa that are NSS for STa-h (isolated originally from humans) and NT for STa-p (isolated originally from swine).[3]*

**Uroguanylin**

| Opossum | Q | E | D | C | E | L | C | I | N | V | A | C | T | G | C |   |
| Human   | N | D | D | C | E | L | C | V | N | V | A | C | T | G | C | L |
| Rat     | T | D | E | C | E | L | C | I | N | V | A | C | T | G | C |   |

**Guanylin**

| Opossum   | S | H | T | C | E | I | C | A | F | A | A | C | A | G | C |
| Human     | P | G | T | C | E | I | C | A | Y | A | A | C | T | G | C |
| Mouse/Rat | P | N | T | C | E | I | C | A | Y | A | A | C | T | G | C |

| *E. coli* STa-h* | N | Y | C | C | E | L | C | C | N | P | A | C | A | G | C | Y |
| *E. coli* STa-p* | F | Y | C | C | E | L | C | C | N | P | A | C | T | G | C | Y |

(Exhibit 16, Greenberg 1997 at p. 277 (rectangular box added).)

115.    As can be seen from the sequence alignment in Figure 1 of Greenberg, all forms of guanylin have a chymotrypsin cleavage site (Y or F) in the middle of the peptide (indicated by black box), while uroguanylin lacks any such chymotrypsin cleavage site, and has an Asn residue at that location.  (*See* Exhibit 20, Forte, *Guanylin regulatory peptides:  structures, biological*

*activities mediated by cyclic GMP and pathobiology*, 81 REGULATORY PEPTIDES 25-39 (1999)

("Forte") at p. 27 ("The asparagine makes uroguanylin and ST peptides quite resistant to attack

by chymotrypsin, while guanylin is readily cleaved and inactivated by hydrolysis of peptide

bonds COOH-terminal to the tyrosine or phenylalanine residues of guanylin.").)

116.    In summary, if a POSA sought to target the GC-C receptor, which I do not believe

would have been the case, I believe that the POSA would have begun with the endogenous

ligands and modified them to try to develop a therapeutic,  For example, possible starting points

for a POSA would have been mutation of the chymotrypsin site in guanylin to render it resistant

to proteolytic cleavage and/or mutation of uroguanylin to alter its potency and activity at varying

pH.

117.    Dr. Kent further argues that a POSA would have selected the ST core as a lead

compound as a result of its thermal stability.  (Kent Rep. at ¶ 245.)  I disagree with Dr. Kent for

several reasons.  First, while STh(6-19) is more stable than longer versions of the peptide, it

should be realized that all of the peptides were in fact extremely stable at physiological

temperature (37 °C) and that the degradation that was observed occurred only at elevated

temperature (100 °C, boiling water).  (Exhibit 10, Aimoto at p. 324.)

118.    Second, to the extent that a POSA sought heat stability for the lead compound, a

POSA would have known that the heat stability of uroguanylin could be increased by truncating

the peptide sequence.

## IX.    A POSA WOULD NOT HAVE SOUGHT TO INSERT A PROTEOLYTIC CLEAVAGE SITE INTO ST CORE

119.    Dr. Kent argues that a POSA would have been motivated to modify ST core to

add a Tyr as a proteolytic cleavage site.  I disagree for a number of reasons.

### A.    A POSA Would Not Have Sought to Shorten the Lifetime of ST Core Through Addition of a Proteolytic Cleavage Site

120.    Dr. Kent argues that a POSA at the relevant time would have been motivated to insert a proteolytic cleavage site "to facilitate the peptide's inactivation and degradation."  (Kent Rep. at ¶ 248.)  I disagree.

121.    First, Dr. Kent's arguments are again internally inconsistent.  Dr. Kent states both that "ST peptides were known to produce 'short-lived hypersecretion' in the intestine," (*see, e.g.*, Exhibit 21, Cohen and Giannella, *Jejunal Toxin Inactivation Regulates Susceptibility of the Immature Rat to STa*, 102 GASTROENTEROLOGY 1988–1996 (1992) ("Cohen & Giannella") at Fig. 1) and that they were known to be "'long-lived superagonists of guanylin' because they are not susceptible to proteolytic degradation like guanylin."  (*See, e.g.*, Exhibit 22, Carpick and Gariepy, *The Escherichia coli Heat-Stable Enterotoxin Is a Long-Lived Superagonist of Guanylin*, 61:11 INFECTION AND IMMUNITY 4710-4715 (1993) ("Carpick 1993") at 4710; Kent Rep. at ¶ 247.)  Dr. Kent does not acknowledge the contradiction in these statements.

122.    In fact, there was no clear consensus in the literature at the relevant time about the definition of "short" vs. "long," because the authors of the references Dr. Kent relies on were not thinking in terms of therapeutics.  The data from Aimoto are instructive:



Fig. 4.  Time courses of fluid accumulation caused by native $ST_h$ (●), synthetic $ST_h$ (△), synthetic $ST_h(6-19)$ (▲), and phosphate buffer saline (○) in suckling mice.  $3^hMU$ of each ST was administered to suckling mice.  Values are means of six determinations.

(Exhibit 10, Aimoto at p. 324, Fig. 4.)

123.    We see from Aimoto that the onset of action of STh(6-19) is about one to two hours, and its duration is approximately 9 – 10 hours.  For a conventional therapeutic, a POSA would want to extend the duration to about a day to provide once-a-day dosing without large peaks or troughs.  Safety is then achieved by varying the dose and the degree to which the compound serves as an agonist at the receptor.

124.    Adding a proteolytic cleavage site to ST core would have decreased the lifetime of the peptide in the system.  However, there was no evidence at the time that a drug with a short lifetime would have been effective to treat the conditions the inventors sought to treat – IBS-C and CIC.

125.    Typically, a POSA skilled in medicinal chemistry would attempt to achieve the ideal of making a drug that has a duration of action sufficient to provide an effect over 24 hours for once a day dosing.  Shortening the duration of action would result in a brief peak of activity followed by a long "trough" in which the drug is no longer active.  The long trough runs the risk

of insufficient efficacy and the high peak runs the risk of compromised safety due to target-based toxicity.

126.     As I have said above, I do not agree with Dr. Kent that a POSA would have been targeting GC-C or selecting ST or ST core as a lead compound.  Nonetheless, if a POSA for some reason were motivated to make those unlikely choices, then a POSA skilled in medicinal chemistry would have wanted to *extend* the duration of ST core to about a day to provide once-a-day dosing without large peaks or troughs.  (Exhibit 19, Lemke at p. 62.)  A POSA would not have sought to shorten the lifetime by adding a chymotrypsin site.

### B.     A POSA Would Not Have Sought to Insert a Chymotrypsin Cleavage Site into ST Core

127.     As I have discussed above, I do not believe that a person of ordinary skill would have begun with a toxic ST peptide and then attempted to modify it to reduce its toxicity to make it more similar to the endogenous GC-C ligands, guanylin and uroguanylin, rather than simply starting with those ligands.  Once again, Dr. Kent arrives at a contradiction here.  He argues first that a POSA would not choose guanylin as a lead compound, relying on Greenberg, which shows that guanylin's reduced activity in certain assays was the result of proteolytic cleavage by chymotrypsin (Kent Rep. at ¶ 244).  He argues inconsistently at the same time that "a person of ordinary skill in the art would have been motivated to modify STh(6-19) to insert a proteolytic cleavage site to facilitate the peptide's inactivation and degradation."  (Kent Rep. at ¶ 248.)  In particular, Dr. Kent argues that a POSA would have inserted a chymotrypsin cleavage site. (Kent Rep. at ¶ 251.)

128.     I disagree that if, for some reason, a POSA had chosen to attempt to modify a toxic ST peptide such as ST core to shorten its lifetime through proteolytic degradation, a POSA would have chosen to insert a chymotrypsin site.

33

129.    Chymotrypsin is active in the small intestine.  (*See, e.g.*, Exhibit 23, Hamra *et al*.,

*Prouroguanylin and Proguanylin: Purification from Colon, Structure, and Modulation of*

*Bioactivity by Proteases*, 107:1 ENDOCRINOLOGY 257-265 (1996) ("Hamra 1996").)  Therefore,

if chymotrypsin cleavage actually occurred, the drug might be present at a higher concentration

in the upper gut and a low concentration in the lower gut as it progressively encounters

chymotrypsin.  I understand from Dr. Barrett's report that a POSA would have understood that

such an effect would not be desirable.  (Barrett Rep. at ¶¶108-110.)

130.    Moreover, chymotrypsin cleavage is dependent on food intake.  A person of

ordinary skill would not have considered this type of cleavage as a preferred approach for a

reliable or desirable method of controlling the toxicity of an ST peptide to make a drug.

## X.    A POSA WOULD NOT HAVE SUBSTITUTED TYROSINE FOR LEUCINE AT THE 9 POSITION OF ST CORE

131.    Dr. Kent argues that a POSA seeking to introduce a chymotrypsin site into ST

core to reduce its potency would have substituted a Tyr (Y) for the Leu (L) in the N-terminal

region of ST core.  I disagree with this argument in numerous respects.  In my view, this

argument is pure hindsight.

### A.    A POSA Would Not Have Believed the 9 Position of ST to Be Accessible to Chymotrypsin Cleavage

132.    Dr. Kent argues that a POSA "would have understood that the proteolytic

cleavage site, tyrosine, should not be substituted into the central binding region of STh(6-19),

because it would potentially disrupt the ability of the peptide to bind to the GC-C receptor and

significantly reduce the biological activity of the peptide."  (Kent Rep. at ¶ 254.)

133.    However, as I discussed above, the Hasegawa reference (on which Dr. Kent

relies) showed that the receptor-binding activity of the variant with the Pap analog substituted at

the Asn[11] position (in the "central binding region" that Dr. Kent identifies as critical for receptor

34

binding) decreased by only about 10 fold as compared to the native, or wild-type, ST peptide.

(*See* Exhibit 11, Hasegawa at p. 8, Fig. 6.), and that its potency *in vivo* was not evaluated.

Therefore, because mutation of $Asn^{11}$ to Pap did not abolish receptor-binding in this assay and *in vivo* potency was not measured, a POSA would not be certain what conclusion could be drawn from the data in Hasegawa showing cross linking of Pap at this position to the receptor.  Overall, Hasegawa indicates that $Asn^{11}$ is not critical for binding of ST to the GC-C receptor.

134.    As I also discussed above, the Wolfe reference, which Dr. Kent relies on for a different argument, further contradicts Dr. Kent's argument about the importance of the $Asn^{11}$ residue in the "central binding region" of ST.  According to the data in Table 1 of the Wolfe reference, mutations at the $Asn^{11}$ position, such as the "$Ala^{11}$" mutant and the "$Gly^{11}Thr^{15}$" mutant, did not abolish the activity of the peptide and in fact, caused only a small perturbation in activity.  And while the analysis in the Wolfe paper identifies multiple other amino acids in the peptide as important for contacting the receptor, there is no such discussion of $Asn^{11}$.  For example, the Wolfe reference states:

> The COMFA model predicts that the backbone of $Cys^5$-$Cys^6$-$Glu^7$-$Leu^8$ adopts a conformation that tightly interacts with a hydrophobic region of GC-C to achieve maximum potency (Figure 3). Within this region, the receptor appears to makes intimate contact with the peptide backbone and the $\alpha$ carbons of $Cys^5$ and $Cys^6$, as well as the alkyl side chains of $Glu^7$ and $Leu^8$.

(Exhibit 14, Wolfe at p. 1732.)

135.    Dr. Kent argues (Kent Rep. at ¶288) that the Wolfe reference would have led a POSA to view "leucine as a natural position for substitution of tyrosine as a proteolytic cleavage site," relying on part of the following discussion in the Wolfe reference:

> [t]he primary site of electrostatic interactions within the model is derived from $Glu^7$, which is typically occupied by polar or charged residues in potent analogues but is intolerant to isomerization.  Similarly, neither $Cys^6$ nor $Leu^8$ can tolerate a D-amino acid substitution without a dramatic drop in efficacy.  Whereas side chain mutations of $Leu^8$ have only minimal effect, the $Cys^{6-14}$ disulfide cannot be

35

replaced without a complete loss of efficacy, suggesting that it has a key role in maintaining the biologically active structure.

(Exhibit 14, Wolfe at p. 1732.) But to the extent a POSA was considering mutating the $Cys^5$-$Cys^6$-$Glu^7$-$Leu^8$ based on the Wolfe reference, which I do not believe a POSA would have been considering, the data in the Wolfe reference would not direct a POSA to mutating the $Leu^8$ position rather than the $Glu^7$ position.

136.    In particular, Wolfe's Table 1 includes data showing that $Glu^7$ can be mutated with little to no effect on activity:

**Table 1.** Training Set of STa (5−17) Analogues Used To Generate the COMFA Model[a]

| ST (5-17) analogue | observed p(nMED) | predicted p(nMED) |
| --- | --- | --- |
| $Phe^{13}Thr^{15}$ | 8.32 | 7.95 |
| D-$Cys^6$ | 8.62 | 8.90 |
| $Ile^{13}Thr^{15}$ | 9.01 | 9.45 |
| D-$Cys^{14}$ | 9.28 | 9.52 |
| $Gly^{12}$ | 9.60 | 9.47 |
| $Gly^{11}Thr^{15}$ | 11.00 | 11.73 |
| $Lys^8$ | 11.52 | 11.66 |
| $Gln^7Thr^{15}$ | 11.68 | 11.34 |
| $Mpr^5Asp^7Val^8$ | 11.73 | 12.20 |
| $Ala^8$ | 11.77 | 11.14 |
| D-$Cys^{17}$ | 11.77 | 12.04 |
| $Mpr^5Gly^{13}$ | 11.92 | 11.83 |
| $Ala^{11}$ | 11.92 | 11.86 |
| $Ala^{12}$ | 11.92 | 11.99 |
| $Gly^{13}$ | 11.92 | 12.14 |
| $Ala^7$ | 12.22 | 11.96 |
| D-$Cys^5Asp^7Val^8$ | 12.27 | 12.75 |
| $Mpr^5$ | 12.52 | 12.08 |
| D-$Cys^5$ | 12.52 | 12.30 |
| D-$Cys^5Ile^8Phe^{15}$ | 12.52 | 12.24 |
| D-$Cys^5Thr^{15}$ | 12.74 | 12.23 |

[a] $q^2 = 0.708$; $R^2_{bs} = 0.95$; $R^2_{nv} = 0.930$; $F = 117.56$; SEE = 0.53; SD = 0.145, two principal components.

(Exhibit 14, Wolfe at p. 1732.) The table shows that an $Ala^7$ construct, where $Glu^7$ has been mutated to Ala, has essentially full activity. Therefore, a POSA would not have selected $Leu^8$ as a location for substitution over $Glu^7$.

137.    Following on from the erroneous premise that a POSA would have avoided the

"central binding region," Dr. Kent evaluates the N-terminal and C-terminal regions of ST as possible locations for insertion of a chymotrypsin cleavage site.

138.    Dr. Kent argues that a POSA would have chosen to insert a chymotrypsin cleavage site into the N-terminal region because the resultant degradant product would lack two disulfide bonds and therefore be inactive.  (Kent Rep. at ¶ 267.)  Dr. Kent further argues that a POSA would not have chosen to insert a chymotrypsin site into the C-terminal region because such a cleavage site "would have been reasonably expected to produce a degradant product that could form two of the disulfide bonds essential for biological activity."  (Kent Rep. at ¶ 267.)

139.    In my view, Dr. Kent's reasoning and conclusion are precisely the opposite of those of a POSA at the relevant time.  The following figures are taken from Dr. Kent's report:



(Kent Rep. at ¶¶ 267-68.)  As these diagrams show, the N-terminal region, particularly the Leu[9] position, are in the middle of a tightly constrained region, involving all three disulfide bonds.  It also is not clear what the X marks denote in this figure, as proteases cleave peptide bonds, not disulfide bonds.

140.    A POSA would understand that, in general, the larger the loop, the more flexible

the loop; the smaller the loop, the more constrained the loop.  In ST peptides, the first loop is the smallest and the most constrained – that loop is missing in guanylin and uroguanylin.

141.    The three dimensional structure of the ST peptide is similar to a knotted ball, held tightly together by the three disulfide bonds.  The amide bond between $Leu^9$ and $Cys^{10}$ is in the middle of this ball, and could not be forced into an extended conformation – necessary for cleavage by chymotrypsin.  A POSA would have recognized that for cleavage to occur at an inserted proteolytic site in the N-terminal region, particularly the $Leu^9$ position, it would be necessary to disrupt two macrocycles in the ST peptide.  By contrast, for cleavage to occur at an inserted proteolytic site in the C-terminal region, disruption of only one macrocycle would be required.

142.    It is my opinion that a POSA, based on the information available at the time about the three-dimensional structure of ST peptides, would have believed that the amide bond between $Leu^9$ and $Cys^{10}$ would not be an accessible location for enzymatic cleavage.  A POSA would have understood that for a protease such as chymotrypsin to cleave the peptide at this location, it would be necessary to disrupt the three dimensional structure, and extend out the peptide to expose various sites to enzymatic cleavage.

143.    It is important to understand that a POSA would have recognized that proteases do not cleave amino acid sidechains.  Instead they cleave the main chain, the peptide backbone. The key question is therefore whether the amide bonds in STh can adopt an extended conformation to fit into the chymotrypsin binding site and be cleaved.  Only if they adopt an extended conformation will cleavage occur at an appreciable rate.  In essence, the chain cannot be extended when it is bunched up into a disulfide-bonded tertiary structure.

38

144.    Moreover, I note that potential residual activity of the hypothetical cleavage product that Dr. Kent describes resulting from chymotrypsin cleavage at a Tyr substituted for Thr in the C terminal region of the peptide is very low. Dr. Kent's arguments rely on a large number of assumptions, that are speculative at best.  First, he states:

> A person of ordinary skill in the art would have known that the redox state of the intestinal lumen in the GI tract is maintained by a redox system involving the reduced and oxidized forms of glutathione and cysteine. Overall a reducing potential is maintained.  In such an environment, a peptide containing disulfide bonds will exist in an equilibrium state that comprises fully oxidized, partially reduced, and reduced forms of the peptide.  If the peptide contains a site for proteolytic degradation, that site will be cleaved in the reduced forms of the peptide.

(Kent Rep. at ¶ 250.)

145.    A person of ordinary skill in the art would also have known that the ability to reduce a disulfide-bonded peptide depends entirely on the redox potential of the peptide.  The disulfide-bonded form is generally stabilized by cooperative folding; that is, for a given protein, disulfide formation is favored when the conformation of the molecule brings the sulfur atoms into the correct proximity and orientation for reaction.  (Exhibit 24, Creighton, Disulfide bonds as probes of protein folding pathways, 131 METHODS ENZYMOL. 83-106 (1986) ("Creighton 1986"); Exhibit 25, Creighton, Disulphide bonds and protein stability, 8 BioEssays 57-63 (1988) ("Creighton 1988"); Exhibit 26, Creighton, *The disulfide folding pathway of BPTI*, 256 SCIENCE 111-114 (1992) ("Creighton 1992")).

146.    Without knowing the equilibrium constant for disulfide formation under the conditions of the intestinal lumen it cannot be predicted whether the disulfides of ST would or would not be reduced to any significant extent.  Moreover, amino acid substitutions to disulfide-rich peptides distant from the disulfide in question were known to have large effects on the equilibrium constant for disulfide formation (*see e.g*., Exhibit 27, Goldenberg, BIOCHEMISTRY

39

1993, 32:2835-2844), which introduces additional uncertainty.  Individual disulfides in disulfide-rich proteins were known to have different reduction potentials, so it could not be predicted which would be reduced most easily (*see e.g.*, Exhibit 27, Goldenberg).

147.     Most importantly, it stands to reason that the disulfides might have been difficult to reduce in ST, because this toxin has evolved in enteric bacteria over millions of years to function in the intestinal track of their hosts.  Dr. Kent emphasizes that the biological activity of ST depends on forming the appropriate 3D structure – and that this in turn depends critically on the formation of the disulfides.  Thus, a POSA would have reason to believe that the equilibrium constants for disulfide formation in ST are evolutionarily poised to minimize the formation of inactive reduced peptides.  Otherwise, the toxin would not fulfill its function and the bacteria would have no strong reason to express it, so the gene would be lost.  Also, we would not expect to see potent intestinal activity when purified ST analogues were administered orally if the peptide was easily reduced, given the fact that the reduced form is inactive and also because there are many proteases that can act on linear peptides in the gut. Thus, a POSA would not conclude that the three disulfides of ST would be easily reduced to generate a linear reduced peptide that could be acted on by chymotrypsin, just because a Tyr was introduced into the peptide.

148.     I note that Dr. Kent's opinion on the relative hydrophilicities of Tyr and Leu, which I disagree with and which I discuss in detail below, nonetheless supports my opinion that a POSA would not have sought to substitute in a proteolytic cleavage site at the N-terminal region.  In particular, Dr. Kent argues that a POSA would have sought to substitute Tyr for Leu at the 9 position because "these residues have similar hydrophilicity, and the resultant peptide would therefore be expected to have similar biological properties."  (Kent Rep. at ¶ 268.)

149.     According to Dr. Kent's argument, such a substitution would not have significantly changed the folding of the ST peptide.  Therefore, substitution of a tyrosine for the leucine would not be expected to disrupt the structure and therefore would not be expected to expose that site or any other on the molecule to enzymatic cleavage.  As I discuss below, I agree that a POSA would have understood that a Tyr for Leu substitution at position 9 would not expose the backbone at that location and therefore would not result in proteolytic cleavage, but not for the reasons that Dr. Kent sets out relating to relative hydrophilicity.

150.     Dr. Kent relies on the Hruby reference for the proposition that it would have been routine for a POSA to have evaluated a modified ST peptide with a Tyr substituted for Leu at position 9.  (Kent Rep. at ¶ 313.)  But the Hruby reference is concerned with removing proteolytic liability, not adding it.  Hruby stresses the importance of building macrocycles, meaning small rings, to *inhibit proteolysis*:  "Indeed, it has been found with many conformationally constrained peptide hormones and neurotransmitters that conformational constraints, particularly cyclic conformational constraints, greatly stabilize peptides against proteolysis and enhance permeability through the blood-brain barrier."  (Exhibit 28, Hruby, *Designing Peptide Receptor Agonists and Antagonists*, 1 NATURE REVIEWS 847-858 (2002) ("Hruby") at 852.)  The Hruby reference therefore supports my opinion that a POSA would not have sought to replace Leu 9 with Tyr because a POSA would have understood that a residue tightly constrained within multiple macrocycles would not have presented an attractive, or even a possible site for proteolytic cleavage.

151.     Therefore a POSA would have avoided the N-terminal region because cleavage there is likely to be difficult and unsuccessful, given that the peptide backbone is inaccessible as a result of the constrained structure formed by the two loops in that region.

41

152.    In addition, a POSA would have been aware of the natural toxin, EAST 1, which is a naturally occurring *E. coli* bacterial toxin sharing homology to ST and guanylin.  EAST 1 causes diarrhea in human beings and animals.  (*See, e.g.*, Exhibit 29, Nataro *et al.*, *Heterogeneity of Enteroaggregative* Escherichia coli *Virulence Demonstrated in Volunteers*, 171:2 THE JOURNAL OF INFECTIOUS DISEASES 465-468 (1995) ("Nataro 1995") at p. 465; Exhibit 30, Menard and Dubreuil, *Enteroaggregative Escherichia coli Heat-Stable Enterotoxin 1 (EAST1): A New Toxin with an Old Twist*, 28:1 CRITICAL REVIEWS IN MICROBIOLOGY 43-60 (2002) ("Menard 2002") at p. 43; Exhibit 31, Lin *et al.*, *Bacterial Heat-Stable Enterotoxins: Translation of Pathogenic Peptides into Novel Targeted Diagnostics and Therapeutics*, 2 TOXINS 2028-2054 (2010) at 2030.)

153.    The figure below shows the sequence of EAST1:

EAST1 (O-42)       38       MPSTQYIRRPASSYASCIWCA**TACAS**CHGRTTKPSLAT  Yamamoto *et al.* (1997)

(Exhibit 30, Menard 2002 at p. 54.)  EAST1 has a "W" or Trp, which is a chymotrypsin cleavage site, in the region of the Leu in ST.  Yet, despite the presence of this chymotrypsin cleavage site, EAST1 is a toxic peptide that causes diarrhea.

154.    A POSA would therefore have been aware that there is a naturally occurring chymotrypsin cleavage site (Trp (W)) in EAST 1, which nonetheless is toxic, and would therefore not have believed that inserting a chymotrypsin cleavage site at that position in ST core would have reduced the toxicity of ST core.

### B.    A POSA Would Not Have Preferred the N-Terminal Region to the C-Terminal Region As a Location for a Putative Proteolytic Site

155.    There would have been multiple reasons, if a POSA sought to insert a chymotrypsin cleavage site into ST core, to make the substitution at the C-terminal region.  Unlike the N-terminal region, which is constrained by two loops (one of which is quite small),

the C-terminal region is part of only one loop.  This loop is larger and hence is more accessible to cleavage.

156.    In addition, the Thr at the 16 position at the C-terminal region would have been a much more likely choice for a POSA as a location for a Tyr substitution than Leu[9].  A POSA would have recognized that in homologous peptides of the ST family, such as *Y. entero* ST and *V. cholera* ST, a potential chymotrypsin cleavage site, Phe (F) is already present.  Therefore, a POSA seeking to insert a chymotrypsin site into ST core would have sought to introduce such a site at the Thr 16 position.  The alignment that defendants rely on in their invalidity contentions shows the presence of the Phe (F) at the Thr 16 location:

```
                                  9                16
STh:                 N-S-S-N-Y-C-C-E-L-C-C-N-P-A-C-T-G-C-Y
STp:                 N-T-F-Y-C-C-E-L-C-C-N-P-A-C-A-G-C-Y
Citrobacter ST:      N-T-T-Y-C-C-E-L-C-C-N-P-A-C-A-G-C
Y Entero ST:           -D-C-C-D-V-C-C-N-P-A-C-F-G-C-L
V. cholera non-01 ST:  -D-C-C-E-I-C-C-N-P-A-C-F-G-C-L
 Guanylin:           P-N-T-C-E-I-C-A-Y-A-A-C-T-G-C
 Uroguanylin:        N-D-D-C-E-L-C-V-N-V-A-C-T-G-C-L
```

(Defendants' Joint Final Amended Invalidity Contentions at pp. 88-89.)

157.    Dr. Kent argues that a POSA would not have sought to introduce a chymotrypsin cleavage site at the C-terminal region because a POSA would have been aware of the Albano reference, which, according to Dr. Kent, disclosed that a closely related homologue of STh without the C-terminal residues (including Thr 16) retained "significant activity."  (Kent Rep. at ¶ 277.)

158.    Toxin A-2 of Albano is shown below:

| Table 1. *Amino acid sequence of the three new toxins derived from engineered* Klebsiella pneumonia *AL55 strain* | | | |
|---|---|---|---|
| | 1 | 5 | 10 | 15 |
| ST1b | Asn-Ser-Ser-Asn-Tyr-Cys-Cys-Glu-Leu-Cys-Cys-Asn-Pro-Ala-Cys-Thr-Gly-Cys-Tyr | | |
| Toxin A-1 | Cys-Cys-Glu-Leu-Cys-Cys-Asn-Pro-Ala-Cys-Thr-Gly-Cys-Tyr | | |
| Toxin B | Ser-Ser-Asn-Tyr-Cys-Cys-Glu-Leu-Cys-Cys-Asn-Pro-Ala-Cys-Thr-Gly-Cys-Tyr | | |
| Toxin A-2 | Ser-Ser-Asn-Tyr-Cys-Cys-Glu-Leu-Cys-Cys-Asn-Pro-Ala-Cys | | |

The primary structure of *E. coli* ST1b is also included for comparison.

(Exhibit 32, Albano *et al*., *Structural and Functional Features of Modified Heat-Stable Toxins Produced by Enteropathogenic Klebsiella Cells*, 48:5 PEDIATRIC RESEARCH 685-689 (2000) ("Albano") at p. 688, Table 1.)

159.    I disagree with Dr. Kent's interpretation of the Albano reference.  Dr. Kent relies on Figure 3 of Albano, shown below:



(Exhibit 32, Albano at p. 688, Fig. 3.)

160.    Dr. Kent points to the data for Toxin A-2 in this figure, indicated by the curve with small diamonds (note that concentrations are plotted with logarithmic rather than linear spacings).  This figure shows that the $IC_{50}$ for STh is approximately 50 ng/ml (the maximum on the y axis is about a 50% increase, so that at about half maximum, or 25%, the concentration on the x axis is about 50 ng/ml).  But at the greatest concentration, 1000 ng/ml, Toxin A-2 has

reached only about a 22% increase.  By this measure, Toxin A-2 is 20 fold less active than STh.  Moreover, this residual activity could be the result of traces of other toxins that were not removed during purification in this assay.

161.    I note that Dr. Kent relies on the Handbook of Molecular Toxins (Kent Rep. at ¶257), which, in turn relies on data from a research paper by Yamasaki *et al.* that Dr. Kent does not discuss.  (Exhibit 33, Yamasaki *et al.*, "*Structural Requirements for the Spatial Structure and Toxicity of Heat-Stable Enterotoxin (ST$_h$) of Enterotoxigenic* Escherichia coli," 61 BULL. CHEM. SOC. JPN. 1701-1706 (1988).)  The work of Yamasaki that is alluded to by Dr. Kent strongly supports the suggestion that the residual activity reported in Albano could be the result of traces of other toxins.  Yamasaki chemically synthesized C-terminally truncated two-disulfide fragments of ST analogous to Albano's Toxin A-2 (where the possibility of trace contaminants of biologically derived materials is not a complication); these peptides showed *200 to 300-fold reductions* in activity of the parent peptide, ST$_H$ 6-18, much lower than the activity reported by Albano.

162.    Moreover, breaking an amide bond at this location from proteolytic cleavage is often the first step to degradation by a variety of processes, such as reduction of the disulfide bonds, which might occur in the reducing environment of the intestinal track, leading to still lower activity.  If the POSA assumed that the disulfides could very readily be reduced (and I am not suggesting that one could have assumed this), then for Dr. Kent's argument to be correct one would need to assume that the peptide would be cleaved only in the introduced chymotrypsin site and the other two remaining disulfides would remain formed in the reducing environment of the intestine.  Dr. Kent has presented no evidence that this would indeed happen within the intestine.

163.    In summary, a POSA would not consider the cleavage to be inconsequential to

biological activity.

164.    For these reasons, I disagree with Dr. Kent that a POSA would avoid substitution at the Thr 16 position based on Albano.

### C.    A POSA Would Not Have Understood Tyr to be Preferred Over Phe or Trp as Chymotrypsin Cleavage Sites

165.    Dr. Kent argues that a POSA seeking to insert a chymotrypsin cleavage site would have selected Tyr over other possible cleavage sites (Trp, Phe) because it was known at the relevant time that Tyr was preferred by the chymotrypsin enzyme.  (Kent Rep. at ¶ 252.)  I disagree with Dr. Kent that any such preference would have been known by a POSA at the relevant time.

166.    Dr. Kent, for example, relies on Table 1 of the Lu reference to support his argument that chymotrypsin favors Tyr over Phe.  I disagree with Dr. Kent's interpretation of Lu because the Lu reference is addressing the effectiveness of *inhibitors* of chymotrypsin, *not substrates* for chymotrypsin.  (Exhibit 34, Lu *et al*., *Binding of Amino Acid Side-chains to S₁ Cavities of Serine Proteinases*, 266 J. MOL. BIOL. 441-461 (1997) ("Lu") at p. 443.)  Lu *et al*. created a series of mutants of a well known inhibitor of chymotrypsin and other proteases and then tested the binding affinity of chymotrypsin for the mutated inhibitors.  A POSA would not have understood binding of chymotrypsin to an inhibitor to be equivalent to binding of chymotrypsin to a substrate.

167.    I note that Figure 8 of the Lu reference also presents data relating to binding of chymotrypsin to various substrates.  (Exhibit 34, Lu at p. 455.)  This figure, however, does not include error bars for the data points.  As a result, I would interpret the data points for binding to Tyr, Trp, and Phe to be approximately the same.

168.   Moreover, Leu itself is a chymotrypsin cleavage site, as shown in Figure 8 of the Lu reference.  Given that Leu is already present in ST core, and that the peptide is resistant to proteolytic cleavage, I do not believe a POSA at the relevant time would have sought to replace Leu with a different chymotrypsin cleavage site.  Instead, in my opinion, a POSA would have understood that the 9 position would not be readily accessible to proteolytic cleavage, given its location within two disulfide bonded rings.

169.   Dr. Kent similarly relies on the Schellenberger reference.  (Kent Rep. at ¶ 252.) This reference collected and analyzed data from other studies reported in the published literature using statistical methods.  (Exhibit 35, Schellenberger *et al.*, *The specificity of chymotrypsin, A statistical analysis of hydrolysis data*, 199 EUR. J. BIOCHEM. 623-636 (1991) ("Schellenberger") at p. 623.)  But Table 2, which Dr. Kent relies on, shows Tyr and Trp to be essentially equivalent:

Table 2. *Contributions of the fragments of log(*$k_{cat}/K_m$*)*
$P_3$-$P'_2$ fragments were involved in the calculation. t, terminating fragment, aa, amino acid; $N$, number of substrates containing the fragment. The calculated contributions are given $\pm$ standard deviation

| Subsite | Fragment | Contribution | $N$ |
|---|---|---|---|
| $P_1$ aa | Tyr | $0.3 \pm 0.1$ | 92 |
|  | $H_6$Phe | $0.2 \pm 0.4$ | 2 |
|  | Trp | $0.1 \pm 0.1$ | 39 |

(Exhibit 35, Schellenberger at p. 625.)

170.   Schellenberger also states:  "The calculated contributions allow an easy estimation of $K_{cat}/K_M$ values for all possible substrates that exclusively consist of the fragments given in Table 1.  It is sufficient to add the contributions of all fragments and μ according to Eqn

(1).  Usually, the deviation of the calculated rate constant from the correct value should not exceed 1 (logarithmic scale).  A prediction of this precision will be helpful in the application of chymotrypsin in technical processes."  (Exhibit 35, Schellenberger at p. 626.)

171.    It is noteworthy that the difference between the coefficients for Tyr and Trp is within 0.2 (logarithmic scale), so the difference between them would be small relative to the overall variation from:  (1) the context that these residues found in other positions in the sequence; and (2) the error inherent to the group additivity principle used by Schellenberger.  In summary, a POSA at the relevant time would not have had a good reason to favor Tyr over Trp (or Phe).

172.    Schellenberger explains this deviation by stating that "tyrosine and tryptophan correspond to the upper limit in the binding capacity of the specificity pocket" of chymotrypsin, again suggesting the equivalence of Tyr and Trp as chymotrypsin substrates.  (Exhibit 35, Schellenberger at p. 635.)  A POSA would therefore view Schellenberger as disclosing that chymotrypsin has no preference for Tyr over Trp.

173.    Like the Lu reference, the Schellenberger reference indicates that chymotrypsin's preferred "secondary" cleavage preference is at Met and Leu.  (*See, e.g*., Exhibit 35, Schellenberger at Fig. 2)  Given that there was no suggestion in the prior art that was any proteolytic cleavage by chymotrypsin takes place at the Leu[9] position in ST, a POSA would not seek to increase cleavage at that position by substituting an amino acid such as Trp, Tyr, or Phe.  Instead, in my opinion, a POSA would have understood from Schellenberger, as from Lu, that there is already a reasonable P1 amino acid at position 9, which does not lead to significant cleavage of the peptide.  Therefore, the POSA would have concluded that this site must not be accessible to chymotrypsin.  As a result, to the extent the POSA were seeking to introduce a

chymotrypsin cleavage site into ST, based on Schellenberger in addition to Lu, the POSA would have looked to other sites in the molecule to substitute rather than Leu[9].

174.    Dr. Kent also relies on the following statement in the Appel reference: "Physiologically, chymotrypsin hydrolyses peptide bonds in proteins and polypeptides. The equilibrium is far on the side of hydrolysis. The carboxylic side of amino acids with aromatic side groups like tyrosine, tryptophan and, phenylalanine are predominantly attacked."  (Exhibit 36, Appel, *Chymotrypsin: Molecular and Catalytic Properties*, 19 CLINICAL BIOCHEMISTRY 317-322 (1986) ("Appel") at p. 318.)  This statement, however, does not inform a POSA about the relative preferences of chymotrypsin for Tyr, Trp, or Phe.

### D.    A POSA Would Not Have Understood Tyr and Leu to Have Similar Hydrophilicity

175.    I disagree with Dr. Kent's statement that "[a] person of ordinary skill in the art would have preferred to substitute tyrosine at the position of leucine because these residues have similar hydrophilicity, and the resultant peptide would therefore be expected to have similar biological properties."  (Kent Rep. at ¶ 268.)  As I discuss in detail below, examination of the hydrophilicity and hydrophobicity scales available to a POSA at the relevant time demonstrates that judgments about relative hydrophilicity, hydrophobicity, or substitutability of amino acids were highly dependent on the scale that was used.

176.    A useful diagram of substitutions is in Bioinformatics for Geneticists:



**Figure 14.3**   Venn diagram illustrating the properties of amino acids.

(Exhibit 37, Barnes and Gray, *Amino Acid Properties and Consequences of Substitutions*, Chap. 14, pp. 289-316, *Bioinformatics for Geneticists* (2003) at p. 297.)  This figure shows that while Leu (L) is in the aliphatic circle, with Val (V) and Ile (I), Tyr (Y) is in the aromatic and polar circles, indicating that their hydrophobicities and properties are not very similar.  This diagram would have led a POSA to conclude that substitution of Tyr for Leu would not be a conservative substitution.

177.    Moreover, I believe that some of the references Dr. Kent relies on actually lead to the opposite conclusion, namely, that Leu and Tyr are not easily substitutable for one another.

178.    For example, the Dayhoff reference, on which Dr. Kent relies, includes the following table of "relative mutabilities" of the amino acids, indicating how easy it is to substitute each amino acid in a peptide or protein without affecting structure and function:

50

### Table 21
### Relative Mutabilities of the Amino Acids[a]

| | | | |
|---|---|---|---|
| Asn | 134 | His | 66 |
| Ser | 120 | Arg | 65 |
| Asp | 106 | Lys | 56 |
| Glu | 102 | Pro | 56 |
| Ala | 100 | Gly | 49 |
| Thr | 97 | Tyr | 41 |
| Ile | 96 | Phe | 41 |
| Met | 94 | Leu | 40 |
| Gln | 93 | Cys | 20 |
| Val | 74 | Trp | 18 |

[a]The value for Ala has been arbitrarily set at 100.

(Exhibit 38, Dayhoff *et al.*, *A Model of Evolutionary Change in Proteins*, 5 Supp. 3 ATLAS OF PROTEIN SEQUENCE AND STRUCTURE 345-352 (1978) ("Dayhoff") at p. 347.)  According to this table, Leu is one of the three least mutable amino acids, with only Cys and Trp ranking below Leu on this scale.  In contrast, Thr is ranked near the top, with a mutability of 97, compared with 40 for Leu.  Therefore, according to this analysis, Thr is about two and a half times more mutable than Leu.

179.    Dayhoff's substitution matrix similarly does not support Dr. Kent's argument.  The substitution matrix, reproduced below, shows values that indicate the likelihood of particular pairings of amino acids showing up at the same position in related sequences – another way to think about the matrix is that it shows how evolutionarily conserved certain residues are in related peptides or proteins:

| | | C | S | T | P | A | G | N | D | E | Q | H | R | K | M | I | L | V | F | Y | W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | Cys | 12 | | | | | | | | | | | | | | | | | | | |
| S | Ser | 0 | 2 | | | | | | | | | | | | | | | | | | |
| T | Thr | -2 | 1 | 3 | | | | | | | | | | | | | | | | | |
| P | Pro | -3 | 1 | 0 | 6 | | | | | | | | | | | | | | | | |
| A | Ala | -2 | 1 | 1 | 1 | 2 | | | | | | | | | | | | | | | |
| G | Gly | -3 | 1 | 0 | -1 | 1 | 5 | | | | | | | | | | | | | | |
| N | Asn | -4 | 1 | 0 | -1 | 0 | 0 | 2 | | | | | | | | | | | | | |
| D | Asp | -5 | 0 | 0 | -1 | 0 | 1 | 2 | 4 | | | | | | | | | | | | |
| E | Glu | -5 | 0 | 0 | -1 | 0 | 0 | 1 | 3 | 4 | | | | | | | | | | | |
| Q | Gln | -5 | -1 | -1 | 0 | 0 | -1 | 1 | 2 | 2 | 4 | | | | | | | | | | |
| H | His | -3 | -1 | -1 | 0 | -1 | -2 | 2 | 1 | 1 | 3 | 6 | | | | | | | | | |
| R | Arg | -4 | 0 | -1 | 0 | -2 | -3 | 0 | -1 | -1 | 1 | 2 | 6 | | | | | | | | |
| K | Lys | -5 | 0 | 0 | -1 | -1 | -2 | 1 | 0 | 0 | 1 | 0 | 3 | 5 | | | | | | | |
| M | Met | -5 | -2 | -1 | -2 | -1 | -3 | -2 | -3 | -2 | -1 | -2 | 0 | 0 | 6 | | | | | | |
| I | Ile | -2 | -1 | 0 | -2 | -1 | -3 | -2 | -2 | -2 | -2 | -2 | -2 | -2 | 2 | 5 | | | | | |
| L | Leu | -6 | -3 | -2 | -3 | -2 | -4 | -3 | -4 | -3 | -2 | -2 | -3 | -3 | 4 | 2 | 6 | | | | |
| V | Val | -2 | -1 | 0 | -1 | 0 | -1 | -2 | -2 | -2 | -2 | -2 | -2 | -2 | 2 | 4 | 2 | 4 | | | |
| F | Phe | -4 | -3 | -3 | -5 | -4 | -5 | -4 | -6 | -5 | -5 | -2 | -4 | -5 | 0 | 1 | 2 | -1 | 9 | | |
| Y | Tyr | 0 | -3 | -3 | -5 | -3 | -5 | -2 | -4 | -4 | -4 | 0 | -4 | -4 | -2 | -1 | -1 | -2 | 7 | 10 | |
| W | Trp | -8 | -2 | -5 | -6 | -6 | -7 | -4 | -7 | -7 | -5 | -3 | 2 | -3 | -4 | -5 | -2 | -6 | 0 | 0 | 17 |
| | | C | S | T | P | A | G | N | D | E | Q | H | R | K | M | I | L | V | F | Y | W |
| | | Cys | Ser | Thr | Pro | Ala | Gly | Asn | Asp | Glu | Gln | His | Arg | Lys | Met | Ile | Leu | Val | Phe | Tyr | Trp |

Figure 84. Log odds matrix for 250 PAMs. Elements are shown multiplied by 10. The neutral score is zero. A score of -10 means that the pair would be expected to occur only one-tenth as frequently in related sequences as random chance would predict, and a score of +2 means that the pair would be expected to occur 1.6 times as frequently. The order of the amino acids has been arranged to illustrate the patterns in the mutation data.

180.     According to the legend, "the neutral score is zero.  A score of -10 means that the pair would be expected to occur only one-tenth as frequently in related sequences as random chance would predict, and a score of +2 means that the pair would be expected to occur 1.6 times as frequently."  Therefore, the higher the value, the more favored the substitution of one amino acid for the other, and the lower the value, the less favored the substitution of one amino acid for the other.

181.     For example, Cys/Cys has a very high value in the matrix of +12, indicating a very favored pairing, or, in other words, that it is difficult to substitute a different amino acid for a cysteine, because cysteine plays a unique role in disulfide bond formation in a protein or peptide.  For Leu/Leu, the value is +6, and for Thr/Thr the value is +3.  In other words, it is not

as difficult to substitute a different amino acid for Thr as for Leu, but it is more difficult to

substitute another residue for Cys than for either Leu or Thr.

182.    The value for Val/Leu or Ile/Leu substitutions is +2 and the value for substitution

of Leu/Tyr is -1.  Notably, the values for Leu range from -6 to +6, indicating that a value of -1 is

approximately in the middle – essentially random, but somewhat disfavored, and therefore not a

conservative substitution.  A POSA would therefore understand Dayhoff to show that a

substitution of Tyr for Leu 9 would not be a conservative substitution.  Thus, in appropriate

context as stated here, Dr. Kent's statement on p. 147 (¶ 269), which states "*see also* Exhibit 38,

Dayhoff at 351-52 (exchange of tyrosine and leucine has a score of -1 in Figure 84, which

indicates that this is a conservative substitution)" appears to not be correct.

183.    Dayhoff's matrix (which was the metric chosen by Dr. Kent) can also be used to

compute the mean evolutionary distance (indicating how conserved particular residues are at

particular positions) between STh and the sequences in the alignment that defendants relied on in

their invalidity contentions:

```
STh:                  N-S-S-N-Y-C-C-E-L-C-C-N-P-A-C-T-G-C-Y
STp:                  N-T-F-Y-C-C-E-L-C-C-N-P-A-C-A-G-C-Y
Citrobacter ST:       N-T-T-Y-C-C-E-L-C-C-N-P-A-C-A-G-C
Y Entero ST:            -D-C-C-D-V-C-C-N-P-A-C-F-G-C-L
V. cholera non-01 ST:   -D-C-C-E-I-C-C-N-P-A-C-F-G-C-L
 Guanylin:             P-N-T-C-E-I-C-A-Y-A-A-C-T-G-C
Uroguanylin:           N-D-D-C-E-L-C-V-N-V-A-C-T-G-C-L
```

(Defendants' Joint Final Amended Invalidity Contentions at pp. 88-89.)

184.    I created the following table, showing the results of this analysis:

| Res.  | C6  | C7 | E8  | L9  | C10 | C11 | N12 | P13 | A14 | C15 | T16  | G17 | C18 |
|-------|-----|----|-----|-----|-----|-----|-----|-----|-----|-----|------|-----|-----|
| Score | 7.6 | 12 | 3.9 | 4.3 | 12  | 8.0 | 1.4 | 4.3 | 2.0 | 12  | 0.71 | 5.0 | 12  |
| The mean score taken for the alignment was computed using Dayhoff's table.  Small numbers |

indicate a more significant evolutionary distance (less likely to be conserved).  According to this alignment and using Dayhoff's matrix, L9 is more conserved than E8, N12, A14, T16, G17.

185.    I arrived at the values based on the following equation, Equation (1):  $LO_{ij}(ave) = (\Sigma\ LO_{i,j})/(n)$.

186.    For Equation (1), $LO_{ij}(ave) =$ the average log odds score associated with a given position in the aligned sequences; $LO_{ij} =$ the log odds score seen for the substitution at a given residue in a specific location in the aligned sequences (STh was chosen as the reference to which others were compared); the subscript $i$ refers to the reference amino acid in STh and the subscript $j$ is the amino acid seen at the corresponding position of the aligned sequence; $n =$ the number of aligned sequences (including the parent); and the summation is evaluated for each position of the aligned sequences, including the parent sequence.

187.    The sequence alignment shows that Leu[9] is replaced in the aligned sequences with Val and Ile.  Dayhoff's matrix shows that Leu/Leu scores a +6, and Leu/Val and Leu/Ile each score a +2.  So, for position 9,  $LO_{ij}(ave) = (6 + 6 + 6 + 2 + 2 + 2 + 6)/7 = 4.3$.  For position 16 (Thr in STh), Thr/Thr scores +3, Thr/Ala scores +1, and Thr to Phe scores a (-3).  So for position 16,  $LO_{ij}(ave) = (3 + 1 + 1 + (-3) + (-3) + 3 + 3)/7 = 0.71$.  In other words, using the Dayhoff matrix method, position 16 is predicted to be more easily substituted to another amino acid (with retention of function) than is position 9.  Indeed, of the positions that are not Cys in STh, more than half (E8, N12, A14, and T16) are predicted to be more easily substituted than L9 within this family of sequences.  Thus, by this method, these would all be better candidate positions for substitution in STh.  Furthermore, P13 has a score equal to L9, and G17 is only slightly higher.  In summary, the use of Dayhoff's method does not support the contention that L9 would be an obvious position to change to Tyr.

188.    A key part of Dr. Kent's argument is that Leu and Tyr have similar properties, and that a POSA would have chosen Tyr as an obvious replacement for Leu.  At the relevant time, however, there were many hydrophobicity scales available to a POSA.  Depending on which scale was chosen, a POSA would come to very different conclusions about the similarity of Leu to Tyr.  In Figures 1-6 below, I list six common scales.  The polarity of the sidechains are listed in decreasing order (1 most polar, 20 most hydrophobic).  What is immediately clear is that in only one scale are Leu and Tyr considered to be similar.  The others indicate that the two residues are quite different in polarity.

189.    First, the Kyte Doolittle (Exhibit 39) scale:



Figure 1:  Comparison of Leu and Tyr in the Kyte-Doolittle scale.

190.    From Kyte Doolittle, a POSA would conclude that Tyr is a mildly polar residue

while Leu is a strongly apolar residue.

191.    Next, the Hopp-Woods (Exhibit 40) scale:



| aa | Hopp-Woods | Rank |
|---|---|---|
| Tryptophan | -3.4 | 20 |
| Phenylalanine | -2.5 | 19 |
| Isoleucine | -1.8 | 18 |
| Leucine | -1.8 | 17 |
| Valine | -1.5 | 16 |
| Methionine | -1.3 | 15 |
| Tyrosine | -1.3 | 14 |
| Cysteine | -1 | 13 |
| Alanine | -0.5 | 12 |
| Histidine | -0.5 | 11 |
| Threonine | -0.4 | 10 |
| Glycine | 0 | 9 |
| Proline | 0 | 8 |
| Asparagine | 0.2 | 7 |
| Glutamine | 0.2 | 6 |
| Serine | 0.3 | 5 |
| Aspartic acid | 3 | 4 |
| Glutamic acid | 3 | 3 |
| Lysine | 3 | 2 |
| Arginine | 3 | 1 |

Hopp, T. P. and Woods, K. R. (1983).
A computer program for predicting protein antigenic determinants.
*Mol Immunol*, 20(4):483-489.

Figure 2: Comparison of Leu and Tyr in the Hopp-Woods scale.

192.    Note that the sign of the values is flipped in this scale versus the others.  By this scale, Leu and Tyr have similar hydrophobicities.

193.    Next, the Cornette (Exhibit 41) scale:



**Figure 3:  Comparison of Leu and Tyr in the Cornette scale.**

194.    By this scale, Tyr and Leu are both hydrophobic.  However, Leu ranks as most hydrophobic (rank = 20) versus a rank of 14 for Tyr.

195.    Next, the Eisenberg (Exhibit 42) scale:



| aa | Eisenberg | Rank |
|---|---|---|
| Arginine | -2.53 | 1 |
| Lysine | -1.5 | 2 |
| Aspartic acid | -0.9 | 3 |
| Gln | -0.85 | 4 |
| Asn | -0.78 | 5 |
| Glutamic acid | -0.74 | 6 |
| Histidine | -0.4 | 7 |
| Serine | -0.18 | 8 |
| Thr | -0.05 | 9 |
| Proline | 0.12 | 10 |
| Tyrosine | 0.26 | 11 |
| Cysteine | 0.29 | 12 |
| Glycine | 0.48 | 13 |
| Alanine | 0.62 | 14 |
| Met | 0.64 | 15 |
| Trp | 0.81 | 16 |
| Leucine | 1.06 | 17 |
| Valine | 1.08 | 18 |
| Phe | 1.19 | 19 |
| Isoleucine | 1.38 | 20 |

Eisenberg, D., Schwarz, E., Komaromy, M., and Wall, R. (1984).
Analysis of membrane and surface protein sequences with the hydrophobic moment plot.
*J Mol Biol*, 179(1):125-142.

**Figure 4:  Comparison of Leu and Tyr in the Eisenberg scale.**

196.    By this scale, Leu ranks with the hydrophobic residues while Tyr is neither polar nor apolar.

197.    Next, the Janin (Exhibit 43) scale:



**Figure 5: Comparison of Leu and Tyr in the Janin scale.**

198.   By this scale, Leu is considered hydrophobic, while Tyr is considered polar.

199.   Next, the Engelman (Exhibit 44) scale:



| aa | Engelman GES | Rank |
|---|---|---|
| Arginine | -12.3 | 1 |
| Aspartic acid | -9.2 | 2 |
| Lysine | -8.8 | 3 |
| Glutamic acid | -8.2 | 4 |
| Asparagine | -4.8 | 5 |
| Glutamine | -4.1 | 6 |
| Histidine | -3 | 7 |
| Tyrosine | -0.7 | 8 |
| Proline | -0.2 | 9 |
| Serine | 0.6 | 10 |
| Glycine | 1 | 11 |
| Threonine | 1.2 | 12 |
| Alanine | 1.6 | 13 |
| Trp | 1.9 | 14 |
| Cysteine | 2 | 15 |
| Valine | 2.6 | 16 |
| Leucine | 2.8 | 17 |
| Isoleucine | 3.1 | 18 |
| Methionine | 3.4 | 19 |
| Phe | 3.7 | 20 |

Engelman, D. M., Steitz, T. A., and Goldman, A. (1986). Identifying nonpolar transbilayer helices in amino acid sequences of membrane proteins. *Annu Rev Biophys Biophys Chem*, 15:321-353.

Leu is considered hydrophobic, Tyr is polar.

**Figure 5:  Comparison of Leu and Tyr in the Engelman scale.**

200.    According to this scale, Leu is considered hydrophobic, while Tyr is considered polar.

201.    The main conclusion to be drawn from these scales, all available to a POSA at the relevant time, is that relative hydrophobicity depends entirely on what scale you choose.   A POSA would not have been able to come to any definitive conclusion based on the varying relative values for Leu and Tyr among these different scales.

202.    Dr. Kent also relies on the Ladunga reference to support his arguments about the substitutability of Tyr for Leu.  In particular, he quotes the following sentence:  "leucine 'easily replaces (or is replaced by) other hydrophobic residues and even hydrophilic ones that have extended side chains (serine, threonine, tyrosine, glutamine, lysine, etc.)'" (Kent Rep. at ¶ 197

(citing Exhibit 45, Ladunga and Smith, *Amino acid substitutions preserve protein folding by conserving steric and hydrophobicity properties*, 10:3 PROTEIN ENGINEERING 187-196 (1997) ("Ladunga") at p. 194)).

203.    As a preliminary matter, this statement incorrectly describes serine as having an "extended sidechain[ ]."  Serine's sidechain is $CH_2$-OH.  This is not an extended sidechain.  In fact, serine has the third smallest molecular weight of the 20 commonly occurring amino acids. As a result, I view the accuracy of this entire statement as suspect.

204.    In addition, in my opinion there is no evidence to support that statement in the Ladunga reference.  For example, Figure 1 provides no support for the statement:



Fig. 1. Substitution patterns (SPs or combinations) of aligned amino acids most similar to each other in steric and hydrophobicity parameters account for most positions in multiple alignment databases. We show frequencies of the 15 most abundant SPs with two residues; they follow similar order in most of the databases. For SPs with three or four residues, see Table II. Frequencies are expressed in percentages of all positions, including fully conserved ones. Databases, a, BLOCKS (Pietrokovski *et al.*, 1996); b, EntrezClus10 (I.Ladunga and R.F.Smith, unpublished) aligned by CLUSTALW (Thompson *et al.*, 1994); c, EntrezClus10 (I.Ladunga and R.F.Smith, unpublished) aligned by MAP (Huang, 1994); d, EntrezClus10 (I.Ladunga and R.F.Smith, unpublished) aligned by PIMA (Worley *et al.*, 1995); e, PRINTS (Attwood *et al.*, 1996); f, FSSP (Holm and Sander, 1996); g, PIR-ALN (George *et al.*, 1996); h, PIMA (Worley *et al.*, 1995); and i, PROBMIN (I.Ladunga and R.F.Smith, unpublished).

(Exhibit 45, Ladunga at p. 191, Fig. 1.)

205.    Figure 1 of the Ladunga reference shows "substitution patterns" ("SPs") for different pairs of amino acids.  Notably, Leu is never paired with Tyr in any of the pairings in Figure 1.

206.    Table II of Ladunga similarly provides no support for the sentence on which Dr. Kent relies:

**Table II.** The most frequent SPs with three and four residues, respectively

| Order | SP | Database to | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | PROBMIN | PIMA | PIR | FSSP | PRINTS | E10P | E10M | E10C | BLOCKS |
| 40 | ILV | 333 | 346 | 375 | 622 | 1478 | 1161 | 1197 | 1240 | 211 |
| 70 | AST | 145 | 111 | 159 | 301 | 407 | 350 | 346 | 329 | 83 |
| 92 | ILM | 117 | 92 | 117 | 124 | 285 | 305 | 333 | 319 | 49 |
| 96 | AGS | 111 | 89 | 104 | 242 | 380 | 277 | 315 | 309 | 93 |
| 102 | ITV | 105 | 68 | 95 | 111 | 221 | 226 | 225 | 220 | 55 |
| 103 | RQK | 105 | 66 | 95 | 111 | 136 | 213 | 200 | 197 | 32 |
| 107 | NST | 101 | 56 | 83 | 98 | 127 | 166 | 142 | 151 | 22 |
| 113 | IMV | 96 | 58 | 78 | 85 | 231 | 215 | 204 | 196 | 28 |
| 115 | AIV | 93 | 83 | 101 | 164 | 303 | 229 | 243 | 248 | 81 |
| 133 | NDS | 76 | 47 | 66 | 151 | 90 | 126 | 137 | 128 | 33 |
| 134 | LMV | 73 | 54 | 72 | 52 | 226 | 171 | 190 | 174 | 37 |
| 135 | NDE | 73 | 55 | 91 | 124 | 145 | 161 | 168 | 165 | 37 |
| 137 | ATV | 71 | 61 | 84 | 92 | 140 | 164 | 169 | 154 | 40 |
| 143 | QEK | 69 | 44 | 67 | 92 | 59 | 121 | 120 | 119 | 30 |
| 146 | DQE | 66 | 52 | 78 | 111 | 118 | 145 | 149 | 135 | 25 |
| 209 | ILMV | 37 | 49 | 51 | 131 | 488 | 313 | 338 | 349 | 41 |
| 292 | AILV | 20 | 32 | 29 | 124 | 240 | 173 | 176 | 203 | 103 |
| 294 | ILTV | 19 | 23 | 21 | 98 | 176 | 125 | 125 | 139 | 46 |
| 346 | ANST | 14 | 10 | 12 | 33 | 23 | 44 | 48 | 52 | 18 |
| 353 | ASTV | 14 | 14 | 17 | 46 | 90 | 75 | 74 | 73 | 21 |

Order indicates that the SP occurs with the *n*th highest frequency in the PROBMIN database. Database: see the legend to Figure 1. Relative frequencies are calculated for all positions and for legibility, all values are multiplied by 10 000.

(Exhibit 45, Ladunga at p. 192, Table II.)  Like Figure 1, Table II does not provide an example of a Leu to Tyr substitution.  Instead, Leu appears in a "Ile-Leu-Val," "Ile-Leu-Met," "Leu-Met-Val," "Ile-Leu-Met-Val," "Ala-Ile-Leu-Val," and "Ile-Leu-Thr-Val" substitution patterns.  Notably, these are all conservative substitutions.  I note further that of all of the conservative substitutions discussed in Table II of Ladunga, none involves Tyr.

207.    Dr. Kent does not explain his rationale for selecting these particular scales over others that give conflicting results regarding the relative substitutability of Leu and Tyr.

## XI.    NO REASONABLE EXPECTATION OF SUCCESS

208.    I disagree with Dr. Kent that a POSA would have had any reasonable expectation

of success at any stage.

A. **No Reasonable Expectation of Success Using the Toxic ST Core Peptide As a Lead Compound**

209.     For the reasons I set out above regarding the toxicity and other characteristics of ST core, I believe that a POSA would not have had a reasonable expectation of success attempting to use ST core as a lead compound to create a safe and effective therapeutic.

210.     Dr. Kent identifies the Woodworth reference (Exhibit 46, Woodworth and Nicols, *Recombinant Fusion Toxins - A New Class of Targeted Biological Therapeutics*, 68 CANCER TREAT RES. 145-160 (1993)) as disclosing DAB486IL-2, "the first fusion toxin to be evaluated in clinical trials." (Kent Rep. at ¶ 233.)  As a preliminary matter, the "fusion toxin" discussed in the Woodworth reference was a chimera of sequences from human interleukin-2 (IL-2) and the enzymatic and membrane translocation domains of diphtheria toxin.  (Exhibit 46, Woodworth at p. 185.)  Woodworth describes the chimera as a molecule that "specifically targets and kills cells that express the high-affinity form of the IL-2 receptor." (Exhibit 46, Woodworth at p. 185.)  The toxin there was being developed expressly to target and kill particular cells of the immune system – *i.e.*, ***to function as a toxin*** – offering "therapeutic potential for the treatment of IL-2R-expressing malignancies as well as selective immunosuppressive therapy for autoimmune diseases and allograft rejection." (Exhibit 46, Woodworth at p. 185.)  In other words, this was a very targeted agent, which relies on IL-2 to direct it to a specific cell and the diphtheria toxin to *kill the targeted cell*.

211.     In contrast, linaclotide was developed as a therapy, not to target and kill particular cells, but to activate a specific receptor for beneficial therapeutic effects.  A POSA would not have understood the Woodworth reference to have any relevance to development of a therapeutic

such as linaclotide from a toxic peptide, let alone to provide a reasonable expectation of success for such a project.

212.     Dr. Kent also discusses the Silberstein reference, which reports an assessment of the safety and efficacy of using Botulinum Toxin Type A as a Migraine Preventive Treatment. (*See* Kent Rep. at ¶¶ 71, 217.)  As with the Woodworth reference, a POSA would not have understood the Silberstein reference to have any relevance to development of a therapeutic such as linaclotide from a toxic peptide, let alone to provide a reasonable expectation of success for such a project.

213.     In particular, botulinum toxin causes botulism when it is consumed, inhaled, or it enters the body through a wound.  (*See, e.g.*, Exhibit 47, Sobel, *Botulism*, 41 CLINICAL INFECTIOUS DISEASES 1167-73 (2005) ("Sobel") at 1168.)  The toxin then enters the bloodstream and circulates throughout the body, leading to botulism.  (*See, e.g.*, Exhibit 47, Sobel at p. 1171.) When used as a treatment, on the other hand, Botox is injected at a specific site for local action. (*See, e.g.*, Exhibit 48, Silberstein *et al.*, *Botulinum Toxin Type A as a Migraine Preventive Treatment*, 40 HEADACHE 445-450 (2000) at 449.)

214.     A POSA would not have understood therapeutic uses of this toxin to have any relevance to development of a therapy for IBS-C or CIC based on toxic ST peptides.  Such a therapeutic would be administered orally and reach its intended target through entry into the intestinal lumen.  In such a case, the route of administration of the potential therapeutic based on the toxic ST peptide is the same route through which the toxin (ST) causes severe and sometimes lethal diarrhea.

215.     I also disagree with Dr. Kent that a POSA would have had a reasonable expectation of success that inserting an internal chymotrypsin cleavage site into ST would have

sufficiently reduced or eliminated the biological activity of the peptide or its metabolites and degradation products to avoid toxicity while preserving sufficient efficacy.  As I discussed above, a POSA at the relevant time would have understood that proteolytic cleavage would decrease the lifetime of the peptide.  But there Dr. Kent has cited no evidence available to a POSA at the time showing that a therapeutic with a shorter lifetime would have been desirable as a therapeutic targeting the GC-C receptor to treat IBS-C and CIC.

### B.   No Reasonable Expectation of Success Substituting in a Putative Chymotrypsin Site at Position 9

216.   I also do not believe that there was any reasonable expectation of success that substituting in a putative chymotrypsin cleavage site at the $Leu^9$ position of ST core would have produced a useful therapeutic for several reasons.

217.   First, there was no reasonable expectation of success that the modified peptide would be able to bind to the GC-C receptor and stimulate intestinal fluid secretion.  Dr. Kent argues that substitution at $Leu^9$ would not disrupt structural features important for ST core biological activity, because substitution at this position does not disrupt the three disulfide bonds or Asn(12)-Pro(13)-Ala(14), the three amino acid residues important for binding and biological activity.  (Kent Rep. at ¶ 254-56)  Yet, as I discussed above, the Wolfe reference would predict just the opposite.

218.   Also as I discussed above, the Hasegawa reference in my opinion does not support Dr. Kent's opinion that substituting Tyr at the Leu 9 position would not affect the peptide's ability to bind to and activate GC-C receptors.  Hasegawa substituted in at that position an amino acid analog that has different properties from Tyr and also measured only binding, not activation.  Specifically, the Pap residue that Hasegawa used for the substitution is considerably less polar than Tyr.  Pap has an azide group where Tyr has a hydroxyl group.  The two groups

65

have different properties and therefore a POSA would not have been able to extrapolate from results about binding obtained with a Pap substitution to the effect of a Tyr substitution on binding and activity.

219.    As I have also discussed above, I disagree with Dr. Kent that, based on references such as the Sato reference, a POSA would have believed that a Tyr substituted at the 9 position would have been accessible to proteolytic cleavage.  A POSA at the relevant time would have understood that this putative cleavage site would be situated within two macrocycles, and also that it would be located in the smallest and most knotted segment of the peptide.

220.    Dr. Kent has not cited any evidence available to a POSA at the relevant time showing that the region around $Leu^9$ is accessible to proteases.  For example, in the Carpick 1991 reference, $Leu^9$ was changed to Lys, with retention of substantial activity, about one-fifth the enterotoxicity of ST.  (Exhibit 13, Carpick 1991 at p. 4805, Table 1.)  Given that Lys is the canonical residue for cleavage by Trypsin (*see, e.g.*, Exhibit 49, Hubbard *et al*., *Modeling studies of the change in conformation required for cleavage of limited proteolytic sites*, 3 PROTEIN SCIENCE 757-768 (1994) at p. 761), a POSA would have expected proteolysis (in the gut) if the ring were not so rigid and the 9 position in the peptide were accessible to proteases.

221.    Further, to the extent that a POSA at the relevant time sought to test whether a Tyr substituted at the 9 position would be accessible to chymotrypsin and result in proteolytic cleavage of the peptide, an *in vitro* proteolytic stability assay would likely have indicated that a Tyr at the 9 position is not in fact accessible and no such cleavage occurs.  In particular, during development of linaclotide, an *in vitro* stability study showed that linaclotide "is resistant to many proteases and conditions found in the gut and intestine."  (Exhibit 50, *In Vitro* Proteolytic Stability of MD-1100 Acetate at p. 10 (IW_LINZ_IND00000383).)  In this study, linaclotide

"was incubated with chymotrypsin, trypsin, pepsin, aminopeptidase, carboxypeptidase A, and simulated gastric fluid (SGF) at pH 1.0."  (Exhibit 50, *In Vitro* Proteolytic Stability of MD-1100 Acetate at p. 10 (IW_LINZ_IND00000383).)

222.    The results showed that only carboxypeptidase A was able to proteolyze linaclotide, by cleaving off the carboxy-terminal tyrosine – there was no cleavage at the 9 position, and no cleavage by chymotrypsin.  (Exhibit 50, *In Vitro* Proteolytic Stability of MD-1100 Acetate at p. 10 (IW_LINZ_IND00000383).)  A POSA would therefore not have had a reasonable expectation of success in achieving proteolytic cleavage by chymotrypsin of an ST peptide with a Tyr substituted at the 9 position.

223.    In summary, a POSA would not have had a reasonable expectation of success at any stage of this project.

## XII.    OBJECTIVE INDICIA OF NONOBVIOUSNESS

224.    As I mentioned above, I have been informed that objective indicia of nonobviousness, or "secondary considerations" include unexpected results and teaching away. In my opinion, these objective indicia of nonobviousness are present here.  For all the reasons I have discussed above, it was unexpected that the inventors would have been able to harness a toxic peptide, ST core, to provide a safe and effective therapeutic for patients (unexpected results).  As I stated above, I also believe that the prior art taught a POSA to make a therapeutic based on a small molecule drug such as Zelnorm, rather than to pursue a peptide drug based on a toxin with a completely different mechanism (teaching away).  In my opinion, these considerations strongly support the nonobviousness of the patents-in-suit.

## XIII.    THE CLAIMS ARE SUFFICIENTLY DESCRIBED

225.    I disagree with Dr. Kent that certain of the asserted claims are invalid for lack of written description.  In my opinion, the specifications of the patents clearly convey to a person of

ordinary skill at the relevant time that the inventors were in possession of the claimed inventions. I understand that, in the chemical and biochemical fields, the written description requirement is satisfied if the patent discloses sufficiently detailed, relevant identifying characteristics, *i.e.*, complete or partial structure, other physical and/or chemical properties, functional characteristics when coupled with a known or disclosed correlation between function and structure, or some combination of such characteristics.  I further understand that a claim is sufficiently described if the specification discloses relevant identifying characteristics that distinguish the claimed compound from other compounds.  In particular, the sequence of the claimed peptide, in addition to the location of the three disulfide bonds in the fully folded peptide, are described in the asserted patents.  (*See, e.g.*, Exhibit 3, '036 patent at 7:12-13)  Under this standard, each of the asserted claims is sufficiently described.

### A.      Claims 2 and 9 of the '036 Patent

226.    Dr. Kent argues that claims 2 and 9 of the '036 patent lack written description because, according to Dr. Kent, claims 2 and 9 claim the amino acid sequence of linaclotide without specifying its disulfide pairings.  (Kent Rep. at ¶¶ 400-405.)  I disagree.

227.    In addition to providing the complete amino acid sequence, the specification provides substantial additional description of the claimed peptide, including its disulfide or other internal crosslinks.  For example, the specification describes the specific disulfide bonds in the fully folded peptide:  "When fully folded, disulfide bonds are present between:  $Cys_6$ and $Cys_{11}$; $Cys_7$ and $Cys_{15}$; and $Cys_{10}$ and $Cys_{18}$." (Exhibit 3, '036 patent at 7:12-13.)  The specification further states:

> The peptides of the invention, like the bacterial ST peptides, have six Cys residues. These six Cys residues form three disulfide bonds in the mature and active form of the peptide. If the six Cys residues are identified, from the amino to carboxy terminus of the peptide, as A, B, C, D, E, and F, then the disulfide bonds

68

> form as follows: A-D, B-E, and C-F.  The formation of these bonds is thought to
> be important for GC-C receptor binding.

(Exhibit 3, '036 patent at 24:15-27.)  Thus, the specification expressly describes peptides with the

native disulfide bonds.  In contrast, it does not describe peptides with non-native disulfide bonds.

228.    The specification further sets out multiple descriptions and *in vitro* and *in vivo*

working examples that demonstrate how to prepare the claimed peptide, elucidate the mode of

action of the claimed peptide, and demonstrate the effectiveness and pharmacokinetic properties

of the claimed peptide as a therapeutic for conditions such as IBS-C and CIC.  (*See e.g.*, Exhibit

3, '036 patent at 2:11-25; 2:35-38; 7:12-24; 9:60-10:3; 10:15-34: 11:36-47; 12:66-13:4: 21:19-

26; 22:3-19; 28:27-37:22.)

229.    I disagree with Dr. Kent that "a person of ordinary skill in the art would

understand that the claims are not limited to peptides with only these three disulfide pairings,

because the disulfide bonds are not claimed, and the specification discloses alternative

embodiments of the invention."  (Kent Rep. at ¶401.)  In particular, I disagree that a POSA

would "understand that claim 2 encompasses a large number of peptides that are neither

described nor disclosed in the specification of the '036 patent."  (Kent Rep. at ¶ 402.)  In my

opinion, a POSA would understand the specification to describe embodiments of the invention

that, at most, involve three, two, one, or none of the native three disulfide bonds found in the

fully folded isomer described above, or alternative linkages in place of one or more of these

native disulfide bonds.  (*See e.g.*, Exhibit 3, '036 patent at 3:45-50; 4:45-52; 7:25-39; 28:11-25.)

Dr. Kent speculates that various other disulfide bonded isomers are theoretically possible (*see,*

*e.g.*, Kent Rep. at ¶ 402), but presents no evidence that any of these actually exist or that they

would be understood by a POSA to be described in the specification.

69

230.    The specification therefore describes a small number of isomers, as follows:  one isomer with no disulfide bonds, three isomers with one disulfide bond, three isomers with two disulfide bonds, and one isomer with three disulfide bonds.  That is a total of eight isomers.

231.    I note in particular that it would have been well known to a POSA at the time that peptides will equilibrate to a native or most stable conformation (*see, e.g.*, Exhibit 26, Creighton 1992; Exhibit 51, Weissman and Kim, *Reexamination of the folding of BPTI: predominance of native intermediates*, 253 SCIENCE 1386-93 (1991) ("Weissman")), so that it is not clear to what extent many of the hypothetical peptide isomers Dr. Kent speculates about in his report would actually exist as stable isomers under physiological conditions.  Dr. Kent presents no evidence to support his arguments regarding the stability of the hypothetical structures he discusses.  If a POSA were to consider synthesizing them (and I am not suggesting that one would) it is expected that at least some of them would equilibrate to the native form under appropriate conditions.

232.    I note further that a POSA at the relevant time seeking to develop a therapeutic for conditions such as IBS-C and CIC would have understood that unstable, short-lived isomers of the peptide would not have been suitable therapeutics.  For this reason also, a POSA would have understood the specification to be directed to stable isomers of the claimed peptides, rather than the collection of hypothetical and potentially unstable isomers that Dr. Kent discusses in his report.

233.    In my opinion, the specification discloses a relatively small number of possible isomers – namely, those with disulfide bonds or other types of linkages at the exact positions of the native disulfide bonds.  Claims 2 and 9 of the '036 patent are therefore sufficiently described in the specification and meet the written description requirement.

**B.      Claims 33, 37, 39, 43, and 44 of the '036 Patent**

234.      Dr. Kent argues that claims 33, 37, 39, 43, and 44 of the '036 patent lack written description because, according to Dr. Kent, these claims depend from 9, which Dr. Kent argues is not adequately described.  (Kent Rep. at ¶¶ 400-407.)  As I explained above, I disagree.

235.      Dr. Kent further argues that claims 33, 37, 39, 43, and 44 of the '036 patent lack written description because a person of ordinary skill at the relevant time would have been uncertain whether effective amounts of different isomers of the claimed peptide could ever be administered in pharmaceutical compositions to treat patients suffering from conditions such as IBS-C and CIC.  (Kent Rep. at ¶ 408.)

236.      I disagree with Dr. Kent.  As I discussed above, the specification contains ample information sufficient to convey to a person of ordinary skill at the relevant time that the inventors were in possession of the claimed invention, *i.e.*, that an effective amount of the claimed peptide could be administered in pharmaceutical compositions to treat patients with conditions such as IBS-C and CIC.  The specification sets out multiple descriptions and *in vitro* and *in vivo* working examples that demonstrate how to prepare the claimed peptide, elucidate the mode of action of the claimed peptide, and demonstrate the effectiveness and pharmacokinetic properties of the claimed peptide as a therapeutic for conditions such as IBS-C and CIC.  (*See e.g.*, Exhibit 3, '036 patent at 2:11-25; 2:35-38; 7:12-24; 9:60-10:3; 10:15-34: 11:36-47; 12:66-13:4: 21:19-26; 22:3-19; 28:27-37:22.)

**C.      The Asserted Claims of the '727 Patent**

237.      Dr. Kent argues that claims 3 and 6 of the '727 patent lack written description because, according to Dr. Kent, claims 3 and 6 claim the amino acid sequence of linaclotide without specifying its disulfide pairings.  (Kent Rep. at ¶¶ 410-414.)  I disagree.

71

238.    In addition to providing the complete amino acid sequence, the specification

provides substantial additional description of the claimed peptide, including its disulfide or other

internal crosslinks.  For example, the specification describes the specific disulfide bonds in the

fully folded peptide:  "When fully folded, disulfide bonds are present between:  $Cys_6$ and $Cys_{11}$;

$Cys_7$ and $Cys_{15}$; and $Cys_{10}$ and $Cys_{18}$."  (Exhibit 4, '727 patent at 10:26-28)  The specification

further states:

> The peptides of the invention, like the bacterial ST peptides, have six Cys
> residues. These six Cys residues form three disulfide bonds in the mature and
> active form of the peptide. If the six Cys residues are identified, from the amino to
> carboxy terminus of the peptide, as A, B, C, D, E, and F, then the disulfide bonds
> form as follows: A-D, B-E, and C-F.  The formation of these bonds is thought to
> be important for GC-C receptor binding.

(Exhibit 4, '727 patent at 43:29-36.)  Thus, the specification expressly describes peptides with the

native disulfide bonds.  In contrast, it does not describe peptides with non-native disulfide bonds.

239.    The specification further sets out multiple descriptions and *in vitro* and *in vivo*

working examples that demonstrate how to prepare the claimed peptide, elucidate the mode of

action of the claimed peptide, and demonstrate the effectiveness and pharmacokinetic properties

of the claimed peptide as a therapeutic for conditions such as IBS-C and CIC.  (*See e.g.*, Exhibit

4, '727 patent at 2:22-36; 2:46-49; 10:26-39; 13:4-15; 13:27-37: 14:16-26; 14:56-63: 39:46-55;

40:40-56; 47:8-56:16.)

240.    I disagree with Dr. Kent that "a person of ordinary skill in the art would

understand that the claims are not limited to peptides with only these three disulfide pairings,

because the disulfide bonds are not claimed, and the specification discloses alternative

embodiments of the invention."  (Kent Rep. at ¶ 412.)  In particular, I disagree that a POSA

would "understand that claims 1, 3 and 6 encompasses a large number of peptides that are neither

described nor disclosed in the specification of the '727 patent."  (Kent Rep. at ¶413.)  In my

opinion, a POSA would understand the specification to describe embodiments of the invention that, at most, involve three, two, one, or none of the three disulfide bonds found in the fully folded isomer described above, or alternative linkages in place of one or more of these native disulfide bonds.  (*See e.g.*, Exhibit 4, '727 patent at 4:5-10; 10:40-47; 47:1-6.)  Dr. Kent speculates that various other disulfide bonded isomers are theoretically possible (*see, e.g.*, Kent Rep. at ¶ 412), but presents no evidence that any of these actually exist or that they would be understood by a POSA to be described in the specification.

241.    The specification therefore describes a small number of isomers, as follows:  one isomer with no disulfide bonds, three isomers with one disulfide bond, three isomers with two disulfide bonds, and one isomer with three disulfide bonds.  That is a total of eight isomers.

242.    I note in particular that it would have been well known to a POSA at the time that peptides will equilibrate to a native or most stable conformation (*see, e.g.*, Exhibit 26, Creighton 1992; Exhibit 51, Weissman), so that it is not clear to what extent many of the hypothetical peptide isomers Dr. Kent speculates about in his report would actually exist as stable isomers under physiological conditions.  Dr. Kent presents no evidence to support his arguments regarding the stability of the hypothetical structures he discusses.  If a POSA were to consider synthesizing them (and I am not suggesting that one would) it is expected that at least some of them would equilibrate to the native form under appropriate conditions.

243.    I note further that a POSA at the relevant time seeking to develop a therapeutic for conditions such as IBS-C and CIC would have understood that unstable, short-lived isomers of the peptide would not have been suitable therapeutics.  For this reason also, a POSA would have understood the specification to be directed to peptides folded into stable isomers, rather

than the collection of hypothetical and potentially unstable isomers that Dr. Kent discusses in his report.

244.    In my opinion, the specification discloses a small number of possible isomers – namely, those with disulfide bonds or other types of linkages at the exact positions of the native disulfide bonds.  Claims 3 and 6 of the '727 patent are therefore sufficiently described in the specification and meet the written description requirement.

### D.    The Asserted Claims of the '947 Patent

245.    Dr. Kent argues that claims 2, 4, and 14 of the '947 patent lack written description because, according to Dr. Kent, claims 2, 4, and 14 claim the amino acid sequence of linaclotide without specifying its disulfide pairings.  (Kent Rep. at ¶¶ 414-421.)  I disagree.

246.    In addition to providing the complete amino acid sequence, the specification provides substantial additional description of the claimed peptide, including its disulfide or other internal crosslinks.  For example, the specification describes the specific disulfide bonds in the fully folded peptide:  "When fully folded, disulfide bonds are present between:  $Cys_6$ and $Cys_{11}$; $Cys_7$ and $Cys_{15}$; and $Cys_{10}$ and $Cys_{18}$."  (Exhibit 5, '947 patent at 5:31-32)  The specification further states:

> The peptides of the invention, like the bacterial ST peptides, have six Cys residues. These six Cys residues form three disulfide bonds in the mature and active form of the peptide. If the six Cys residues are identified, from the amino to carboxy terminus of the peptide, as A, B, C, D, E, and F, then the disulfide bonds form as follows: A-D, B-E, and C-F.  The formation of these bonds is thought to be important for GC-C receptor binding.

(Exhibit 5, '947 patent at 20:42-49.)  Thus, the specification expressly describes peptides with the native disulfide bonds.  In contrast, it does not describe peptides with non-native disulfide bonds.

247.    The specification further sets out multiple descriptions and *in vitro* and *in vivo* working examples that demonstrate how to prepare the claimed peptide, elucidate the mode of

action of the claimed peptide, and demonstrate the effectiveness and pharmacokinetic properties of the claimed peptide as a therapeutic for conditions such as IBS-C and CIC.  (*See e.g.*, Exhibit 5, '947 patent at 2:11-23; 2:33-36; 5:31-43; 8:20-30; 8:41-61: 9:60-10:3; 11:20-25: 17:26-33; 18:15-30; 25:5-33:49.)

248.    I disagree with Dr. Kent that "a person of ordinary skill in the art would understand that the claims are not limited to peptides with only these three disulfide pairings, because they are not claimed, and the specification discloses alternative embodiments of the invention."  (Kent Rep. at ¶ 417.)  In particular, I disagree that a POSA would "understand that claims 2 and 4 encompass a large number of peptides that are neither described nor disclosed in the specification of the '947 patent."  (Kent Rep. at ¶ 418.)  In my opinion, a POSA would understand the specification to describe embodiments of the invention that, at most, involve three, two, one, or none of the three disulfide bonds found in the fully folded isomer described above, or alternative linkages in place of one or more of these native disulfide bonds.  (*See e.g.*, Exhibit 5, '947 patent at 3:20-25; 5:44-51; 24:57-25:3.)  Dr. Kent speculates that various other disulfide bonded isomers are theoretically possible (*see, e.g*., Kent Rep. at ¶ 418), but presents no evidence that any of these actually exist or that they would be understood by a POSA to be described in the specification.

249.    The specification therefore describes a small number of isomers, as follows:  one isomer with no disulfide bonds, three isomers with one disulfide bond, three isomers with two disulfide bonds, and one isomer with three disulfide bonds.  That is a total of eight isomers.

250.    I note in particular that it would have been well known to a POSA at the time that peptides will equilibrate to a native or most stable conformation (*see, e.g.*, Exhibit 26, Creighton 1992; Exhibit 51, Weissman), so that it is not clear to what extent many of the hypothetical

peptide isomers Dr. Kent speculates about in his report would actually exist as stable isomers under physiological conditions.  Dr. Kent presents no evidence to support his arguments regarding the stability of the hypothetical structures he discusses.  If a POSA were to consider synthesizing them (and I am not suggesting that one would) it is expected that at least some of them would equilibrate to the native form under appropriate conditions.

251.    I note further that a POSA at the relevant time seeking to develop a therapeutic for conditions such as IBS-C and CIC would have understood that unstable, short-lived isomers of the peptide would not have been suitable therapeutics.  For this reason also, a POSA would have understood the specification to be directed to peptides folded into stable isomers, rather than the collection of hypothetical and potentially unstable isomers that Dr. Kent discusses in his report.

252.    In my opinion, the specification discloses a relatively small number of possible isomers – namely, those with disulfide bonds or other types of linkages at the exact positions of the native disulfide bonds.  Claims 2, 4, and 14 of the '947 patent are therefore sufficiently described in the specification and meet the written description requirement

## XIV.   THE CLAIMS ARE ENABLED

253.    I disagree with Dr. Kent that claims 33, 37, 39, 43, and 44 of the '036 patent are invalid for lack of enablement.  In my opinion, claims 33, 37, 39, 43, and 44 of the '036 patent are enabled.  I note that Dr. Kent does not dispute that the '036 patent enables asserted claims 2 and 9 of the '036 patent, which claim the purified peptide and a pharmaceutical composition comprising the purified peptide.  I further note that Dr. Kent argues that claims 33, 37, 39, 43, and 44 are not enabled only with respect to peptide isomers other than the native isomer containing three disulfide bonds.  (Kent Rep. at ¶ 422.)

254.     I understand that the enablement requirement is satisfied if the patent's disclosure enables one of ordinary skill in the art to make and use the claimed invention without undue experimentation.  I also understand that the asserted claims are enabled if the scope of the claims bears a reasonable correlation to the scope of enablement provided by the specification to persons of ordinary skill in the art.  I also understand that a patentee is not required to provide actual working examples, or to provide efficacy data in a patent, and that only a sufficient description enabling a person of ordinary skill in the art to carry out an invention is needed.  I also understand that the patent does not need to disclose specific examples corresponding to every claimed embodiment.  I further understand that the enablement requirement is satisfied if the patent's description enables any mode of making and using the claimed invention.

255.     The claims at issue relate to methods for administering to patients suffering from various conditions an effective amount of a pharmaceutical composition comprising the claimed peptide.  Dr. Kent argues that these claims are not enabled because the specification does not provide sufficient guidance to a POSA on two principal grounds:  (1) to the extent that I dispute that it would have been routine to determine the effective amount of a peptide to administer in a pharmaceutical composition for treating patients with IBS, IBS-C, chronic constipation, and idiopathic constipation, Dr. Kent argues that such an opinion would weigh against enablement; and (2) that the claims do not enable determination of an "effective amount" regarding isomers or linkages other than those of the fully-folded native peptide.  (*See* Kent Rep. at ¶¶ 422, 426, 437)

256.     I disagree on both counts.  It is my opinion that the '036 patent is not obvious, for all the reasons I have set out above in my report, and I do dispute that it would have been routine for a POSA at the relevant time to have developed a therapeutic based on an ST peptide to treat

conditions such as IBS-C and CIC, and to have determined an "effective amount" of such a peptide to treat these conditions.  Contrary to Dr. Kent's arguments, however, there is no inconsistency between this opinion and an opinion that the '036 patent enables the full scope of the asserted claims.  It is my understanding that the enablement standard requires that the patent allow one of skill in the art to practice the claimed invention without *undue* experimentation, *given the guidance provided in the patent*.

257.    As I have set out above in my discussion of the written description requirement, it is my opinion that the descriptions in the '036 patent restrict the embodied isomers to those that include at most three, two, one, or none of the native disulfide bonds found in the fully folded isomer described above, or alternative linkages in place of one or more of these native disulfide bonds.  (*See e.g.*, Exhibit 3, '036 patent at 3:45-50; 7:25-39; 28:11-25.)

258.    As I have also set out above in my discussion of the written description requirement, the '036 patent provides multiple descriptions and *in vitro* and *in vivo* working examples that demonstrate how to prepare the claimed peptide, elucidate the mode of action of the claimed peptide, and demonstrate the effectiveness and pharmacokinetic properties of the claimed peptide as a therapeutic for conditions such as IBS-C and CIC.  (*See e.g.*, Exhibit 3, '036 patent at 2:11-25; 2:35-38; 7:12-24; 9:60-10:3; 10:15-34: 11:36-47; 12:66-13:4: 21:19-26; 22:3-19; 28:27-37:22.)  These descriptions and working examples enable the full scope of the claimed methods of treatment.

259.    Dr. Kent discusses the "*Wands* factors" in his expert report.  It is my understanding that consideration of all of these factors is not required in determining whether a patent claim is enabled.  It is also my understanding that the *Wands* factors do not even come into play until a patent challenger has put forward non-conclusory evidence that undue

experimentation is necessary to practice the claimed methods or that any claimed embodiment is inoperable.  It is my opinion that Dr. Kent's report does neither.

260.    I disagree with Dr. Kent that "a person of ordinary skill in the art would understand that claim 9 encompasses peptides having amino acid SEQ ID NO:31 with no disulfide bonds, one disulfide bond, two disulfide bonds, three disulfide bonds, and alternative covalent cross-links."  (Kent Rep. at ¶ 438.)  In particular, I disagree that a POSA would "reasonably expect that numerous peptides having amino acid SEQ ID NO:31 with one or two disulfide bonds and alternative covalent cross-links could bind to and activate the GC-C receptor."  (Kent Rep. at ¶ 438.)  In my opinion, a POSA would understand the specification to describe embodiments of the invention that, at most, involve three, two, one, or none of the native disulfide bonds found in the fully-folded isomer described above, or alternative linkages in place of one or more of these native disulfide bonds.  (*See e.g.*, Exhibit 3, '036 patent at 3:45-50; 7:25-39; 28:11-25.)  Dr. Kent speculates that various other disulfide bonded isomers are theoretically possible (*see, e.g.*, Kent Rep. at ¶ 438), but presents no evidence that any of these actually exist or that they would be understood by a POSA to be described in the specification.

261.    The specification therefore describes a small number of isomers, as follows:  one isomer with no disulfide bonds, three isomers with one disulfide bond, three isomers with two disulfide bonds, and one isomer with three disulfide bonds.  That is a total of eight isomers.  It would not require undue experimentation for a POSA to synthesize a small number of isomers and determine whether they are stable, and, if stable, whether they are biologically active.

262.    I note in particular that it would have been well known to a POSA at the time that peptides will equilibrate to a native or most stable conformation (*see, e.g.*, Exhibit 26, Creighton 1992; Exhibit 51, Weissman), so that it is not clear to what extent many of the hypothetical

79

peptide isomers Dr. Kent speculates about in his report would actually exist as stable isomers under physiological conditions.  Dr. Kent presents no evidence to support his arguments regarding the stability of the hypothetical structures he discusses.  If a POSA were to consider synthesizing them (and I am not suggesting that one would) it is expected that at least some of them would equilibrate to the native form under appropriate conditions.

263.    I note further that a POSA at the relevant time seeking to develop a therapeutic for conditions such as IBS-C and CIC would have understood that unstable, short-lived isomers of the peptide would not have been suitable for use as therapeutics.  For this reason also, a POSA would have understood the specification to be directed to peptides folded into stable isomers, rather than the collection of hypothetical and potentially unstable peptides that Dr. Kent discusses in his report.

264.    Dr. Kent presents no evidence to support his arguments that any of these hypothetical isomers exist or would be stable, or that, if stable, would be inoperative. Nonetheless, I briefly address the *Wands* factors below.  I reserve the right to supplement this opinion should Dr. Kent put forward such non-conclusory evidence and/or evidence that any claimed embodiment is inoperable.

### A.    Factor 1:  Quantity of Experimentation Necessary

265.    Factor 1, the quantity of experimentation necessary, weighs in favor of enablement.  As I have discussed, the specification sets out multiple working examples of *in vitro* and *in vivo* assays to test the binding and activity of the claimed peptide.  These working examples demonstrate how to prepare the claimed peptide, elucidate the mode of action of the claimed peptide, and demonstrate the effectiveness and pharmacokinetic properties of the claimed peptide.  (*See e.g.*, Exhibit 3, '036 patent at 30:12-37:22)  Given the guidance in the

specification, a POSA, without undue experimentation, could have made any of the relatively small number of possible isomers of the claimed peptide and tested them in these assays.

**B.     Factors 2 and 3:  Amount of Direction Presented/Presence of Working Examples**

266.    Like Factor 1, Factors 2 and 3, the amount of direction presented and the presence of working examples, weigh in favor of enablement.  I note preliminarily, as I stated above, that it is my understanding that a patentee is not required to provide *any* working examples for a claim to be enabled.  Nonetheless, as I discussed above, the specification sets out multiple descriptions and *in vitro* and *in vivo* working examples that demonstrate how to prepare the claimed peptide, elucidate the mode of action of the claimed peptide, and demonstrate the effectiveness and pharmacokinetic properties of the claimed peptide.  (*See e.g.*, Exhibit 3, '036 patent at 30:12-37:22.)  And Dr. Kent concedes many other examples and disclosures relevant to this issue.  (Kent Rep. at ¶¶ 428-435.)

**C.     Factors 4 and 5:  Nature of the Invention/State of the Prior Art**

267.    Like Factors 1-3, Factors 4 and 5, the nature of the invention and the state of the prior art, weigh in favor of enablement.  While, as I have discussed at length, it is my opinion that the claimed peptide and the claimed methods of treatment were not obvious at the time of the invention, a POSA reading the specification in view of the prior art would have had sufficient information to make and use the claimed invention.  As Dr. Kent himself points out (*e.g.*, Kent Rep. at ¶¶ 75-91, 93-100), the prior art contains multiple scientific reports and analyses of the ST peptide and analogous peptides in *in vitro* and *in vivo* assays.  And, as I state above, the specification sets out multiple descriptions and *in vitro* and *in vivo* experiments that demonstrate how to prepare the claimed peptide, elucidate the mode of action of the claimed peptide, and demonstrate the effectiveness and pharmacokinetic properties of the claimed peptide.  (*See e.g.*,

Exhibit 3, '036 patent at 30:12-37:22)  Thus, it is my opinion that the nature of the invention and state of the prior art weigh in favor of a finding that the claims are enabled.

268.    As I stated above, I disagree with Dr. Kent because I believe that it was not obvious  to develop a therapeutic based on a modified ST peptide to treat patients suffering from conditions such as IBS-C and CIC, my opinion supports his non-enablement arguments.  (Kent Rep. at ¶ 450.)  The inquiry is whether the claims are enabled based on the specification, in the context of the nature of the invention and state of the prior art.  Without the information in the specification, a POSA would not have reasonably expected to develop a therapeutic based on a modified ST peptide to treat patients suffering from IBS, IBS-C, chronic constipation, and/or idiopathic constipation.  But, given the numerous descriptions and working examples in the specification, it is my opinion that a POSA would have been able to make and use the claimed invention.

### D.    Factor 6:  Relative Skill in the Art

269.    As stated above, it is my opinion, and Dr. Kent appears to agree, that a POSA at the relevant time would have had a fairly high level of education and skill.  (Kent Rep. at ¶ 452.) It is my opinion that this level of skill weighs in favor of a finding that such a POSA would have been able to make and use the claimed invention without undue experimentation, given the guidance in the '036 patent.  For example, a POSA would have been able to carry out the *in vitro* and *in vivo* assays described in the specification given the relatively small number of different peptide isomers described without undue experimentation.

270.    As I discussed above, I disagree with Dr. Kent that because I believe that it was not obvious to develop a therapeutic based on a modified ST peptide to treat patients suffering from conditions such as IBS-C and CIC, my opinion supports his non-enablement arguments. (Kent Rep. at ¶ 454.)  As I discussed above, it is my understanding that the enablement inquiry

focuses on whether the claims are enabled *given the guidance provided in the patent*, in view of the relative level of skill in the art.  Based on the specification, a POSA would have been able to make and use the claimed invention.

### E.    Factor 7:  Predictability of the Art

271.    It is my opinion that the relevant art is somewhat unpredictable.  However, I understand that some amount of unpredictability in the art does not necessarily weigh against enablement.  Given the thorough descriptions set out in the '036 patent, as described above, and the relatively high level of skill in the art, it is my opinion that this factor is neutral or weighs in favor of a finding that the claims are enabled.

### F.    Factor 8:  Breadth of the Claims

272.    It is my opinion that the descriptions in the specification bear a reasonable correlation to the scope of the asserted claims.  As I have set out above, it is my opinion that the descriptions in the '036 patent restrict the embodied isomers to those that include at most three, two, one, or none of the native disulfide bonds found in the fully folded isomer described above, or alternative linkages in place of one or more of these native disulfide bonds.  (*See e.g.*, Exhibit 3, '036 patent at 3:45-50; 7:25-39; 28:11-25.)  As I have also discussed, it is my opinion that a POSA seeking to practice the invention would have understood that unstable peptide isomers would not be appropriate for therapeutic use, further confirming my understanding that the isomers described in the specification are restricted as I have stated.  A POSA would have been able to test this relatively small number of possible isomers in the assays described in the '036 patent.

## XV.    <u>TRIAL EXHIBITS</u>

273.    I may utilize any of the documents cited and/or listed herein as exhibits at any hearing or trial in this litigation.  I may further prepare and use exhibits that summarize portions

of my testimony, or key terms or concepts presented therein, at any hearing or trial in this

litigation.

## XVI.   **SUPPLEMENTAL OR AMENDED OPINION**

274.   I reserve the right to modify or supplement my opinions, or the bases for my

opinions, in response to the opinions expressed by Defendants' expert(s), and/or in light of

additional evidence or testimony brought to my attention after the date of my signature below.

## XVII.  **OTHER EXPERT TESTIMONY**

275.   I have not testified as an expert, at trial or by deposition, in the preceding four

years.

## XVIII. **COMPENSATION**

276.   I am being compensated for my work in this matter at my customary rate of

$1,000 per hour plus expenses.  My compensation is in no way tied to the outcome of this matter

or the content of this report.

DATED:  January 18, 2019

_____
                William DeGrado, Ph.D.

# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ALLERGAN USA, INC. and IRONWOOD PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. and SANDOZ INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

C.A. No. 16-1114 (RGA)
CONSOLIDATED

*Includes Information Designated As Highly Confidential – Subject to Protective Order*

**SECOND REBUTTAL EXPERT REPORT OF
PROFESSOR ALEXANDER M. KLIBANOV**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

## TABLE OF CONTENTS

I.     INTRODUCTION ............................................................................................1

     A.    Materials considered ..........................................................................1

     B.    Summary of my second rebuttal opinions ............................................2

II.    BACKGROUND:  STABLE PEPTIDE FORMULATION .................................3

III.   THE CHALLENGES OF DEVELOPING A SOLID STABLE FORMULATION
     OF LINACLOTIDE....................................................................................4

IV.   DR. GUPTA'S OBVIOUSNESS OPINIONS ARE FLAWED AND BASED ON
     HINDSIGHT............................................................................................5

     A.    Dr. Gupta fails to establish a motivation to formulate linaclotide into the
           claimed solid stable compositions comprising $Ca^{2+}$ and leucine............................5

          1.    Without first determining the impactful degradation pathways of
                linaclotide, a POSA would not have had a reasonable expectation
                of success in reducing them ..........................................................5

               a.    Using hindsight, Dr. Gupta ignores numerous potential
                    degradation pathways of linaclotide ..................................5

               b.    Dr. Gupta's predictions about the degradation pathways of
                    linaclotide would have been incorrect ...........................10

                    (1)    Oxidation was found to be a major degradation
                          pathway of linaclotide........................................11

                    (2)    Aggregation was found not to be a major
                            degradation pathway of linaclotide....................13

               c.    A POSA would have followed the rational approach to
                      verify the "expected" degradation pathways of linaclotide
                    before trying to inhibit them ...........................................14

                 d.    Dr. Gupta's analysis fails to even consider, much less
                    account for, the relative importance of linaclotide's
                    degradation pathways.......................................................16

          2.    Dr. Gupta's selection of leucine as an additive is based solely on
                hindsight bias ............................................................................17

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

a.    Dr. Gupta's designation of linaclotide's Asn deamidation as a major degradation pathway is based on hindsight ......................17

    (1)   *Hu 2001* ...............................................................22

    (2)   *Ozaki 1991* ..........................................................24

    (3)   *Sato 1994* ............................................................26

    (4)   *Handbook of Natural Toxins 1995* ....................27

b.    A POSA would not have been able to predict in advance that linaclotide deamidation would be a major degradation pathway merely based on the presence of an Asn residue ............28

c.    *Sorensen '278* would not have motivated a POSA to add leucine to a linaclotide formulation ................................32

d.    Dr. Gupta's rationale for selecting leucine based on its surfactant-like properties is untenable and evidences hindsight bias .........................................................................35

    (1)   *Szenczi 2006* ........................................................38

    (2)   *Glinski 1999* ........................................................42

    (3)   *Matubayasi 2002* ................................................43

    (4)   *Raula 2007* ..........................................................44

    (5)   *Learoyd 2006* ......................................................46

e.    *Wahren '418* would not have motivated a POSA to use leucine in a linaclotide formulation ................................48

f.    A POSA would not have been motivated to scavenge formaldehyde in linaclotide formulations .....................49

    (1)   Dr. Gupta's cited review articles do not even mention formaldehyde-mediated degradation ..................49

    (2)   Dr. Gupta does not deny that non-formaldehyde-emitting excipients existed in his cited references............49

    (3)   Even if a POSA were motivated to reduce formaldehyde-mediated degradation, at least lysine and glycine would have been better amino acid formaldehyde scavengers than leucine .............................50

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

3.      Dr. Gupta's selection of $Ca^{2+}$ as an additive evidences hindsight bias ...........................................................................................51

4.      A POSA would not have been motivated to combine $Ca^{2+}$ and leucine as additives to obtain the claimed solid stable linaclotide compositions ...........................................................................................54

        a.      A POSA would not have been motivated to add leucine and $Ca^{2+}$ to a formulation that is already stable....................................54

        b.      Dr. Gupta's cited references do not teach combining $Ca^{2+}$ and leucine in a solid linaclotide formulation................................54

        c.      Dr. Gupta incorrectly asserts that determination of the claimed ratios of $Ca^{2+}$ and leucine would have been routine.........55

5.      A POSA would not have had a reasonable expectation of successfully arriving at the claimed solid stable linaclotide compositions ...........................................................................................56

B.      Dr. Gupta ignores Allergan and Ironwood's development work, which confirms the unpredictability and complexity of making a solid stable formulation of linaclotide .........................................................................56

V.      UNEXPECTED RESULTS SUPPORT THE NONOBVIOUSNESS OF THE FORMULATION PATENTS...........................................................................57

VI.     CONCLUSION.............................................................................................60

VII.    TRIAL/HEARING EXHIBITS .....................................................................63

VIII.   SUPPLEMENTATION OF OPINIONS .........................................................63

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

## I.      INTRODUCTION

1.      I, Alexander M. Klibanov, Ph.D., hereby present the following expert witness report.  If called to testify at trial in the above-captioned matter, I may testify with regard to the opinions and bases set forth below.

2.      I am the same Alexander M. Klibanov who submitted the Rebuttal Expert Report of Professor Alexander M. Klibanov, dated January 17, 2019 ("Rebuttal Report" or "Klibanov Rebuttal").  In that report I set forth my opinions that the asserted claims 1-4, 7, and 8 of U.S. Patent No. 8,748,573 ("the '573 patent") and the asserted claims 1-5, 16, 17, 20, and 21 of U.S. Patent No. 8,802,628 ("the '628 patent") (collectively, "the Formulation Patents") are *not* invalid.

3.      I incorporate by reference the Klibanov Rebuttal and my March 8, 2019 deposition transcript, as if fully set forth.  I reserve the right, and indeed do, rely on them to support the opinions I offer in this report and in this case.

### A.      Materials considered

4.      My opinions herein are based on my general professional knowledge and experience of 47-plus years as a practicing chemist, especially in the areas of biological, medicinal, protein, and pharmaceutical formulation chemistry.  My opinions are also informed by documents and information that I have considered during the preparation of this expert report and my Rebuttal Report, including: the Formulation Patents, their prosecution histories; the Opening Expert Report of Lawrence H. Block, Ph.D., FAPRS, FAAPS ("Block Opening") dated November 9, 2018; the Reply Expert Report of Lawrence H. Block, Ph.D., FAPRS, FAAPS ("Block Reply") dated February 15, 2019; the March 20, 2019 deposition transcript of Lawrence H. Block, Ph.D.; my March 8, 2019 deposition transcript; and the Expert Report of Pardeep K. Gupta, Ph.D. ("Gupta Report") dated August 9, 2019.  A list of all materials I have considered is attached as **Exhibit A** and/or cited in this report.

5.      I reserve the right to rely upon any additional information or materials that may be provided to me, that are relied upon by any of Defendants' experts or other witnesses, or that are developed prior to, or at, trial.

**B.      Summary of my second rebuttal opinions**

6.       The following is a brief summary of the additional opinions I intend to offer in this case.  It is not intended as a recitation of the scope of opinions I will offer or the bases of these opinions.  Those are found in the fuller statements set forth in detail in this report, in my Rebuttal Report, and in my March 8, 2019 deposition transcript.

7.      The asserted claims 1-2 and 7-8 of the '573 patent and the asserted claims 1, 16, 17, 20, and 21 of the '628 patent are ***not*** invalid.  In other words, ***none*** of the references that Drs. Gupta or Block cite in their reports, either alone or in combination, render the asserted claims obvious.

8.      Dr. Gupta's analysis relies on flawed assumptions and hindsight.  Dr. Gupta first identifies references containing $Ca^{2+}$ or leucine based on the teachings of the Formulation Patents.  Then he opines that a person of ordinary skill in the art ("POSA") would have arbitrarily focused on eliminating only the degradation pathways discussed in those hindsight-selected references.  Not only is Dr. Gupta's narrow focus the product of impermissible hindsight, but it is also based on misstatements regarding the science of peptide degradation.  He compounds those errors by ignoring other potential ways to stabilize peptides available to a POSA at the time of the invention.

9.      A POSA would ***not*** have combined the teachings of Dr. Gupta's asserted references because there was no motivation to do so.  Moreover, even if those references were combined, they still would ***not*** have motivated a POSA to formulate linaclotide into the claimed solid stable compositions.

10.     Furthermore, a POSA would *not* have had a reasonable expectation that adding $Ca^{2+}$ and leucine would result in the claimed solid stable linaclotide compositions.

11.     Also, Dr. Gupta ignores the real-world evidence showing the difficulty of formulating a solid stable linaclotide formulation.  This evidence further shows the non-obviousness of the claimed inventions and, had Dr. Gupta properly considered it, the evidence would have guarded against his use of hindsight.

12.     In addition, unexpected results further support the nonobviousness of the Formulation Patents' inventions.

## II.     BACKGROUND:  STABLE PEPTIDE FORMULATION

13.     Dr. Gupta (based on the adoption of Dr. Block's opinions) takes the erroneous position that my mention of reviews and other literature involving antibodies in the context of explaining the difficulty of peptide formulation is supposedly improper "because linaclotide is neither a large nor structurally complex protein."  (*See* Block Reply, ¶¶ 27, 34-38, 44; Gupta Report, ¶¶ 6, 41.)  Dr. Gupta's criticism contradicts his own reliance on antibody-related literature, such as *Rehder '326*, *Szenczi 2006*, and other references concerning APIs that are "large" and/or "structurally complex."  (*See, e.g.*, Gupta Report, ¶¶ 66, 75; Block Opening, ¶¶ 278-285, 366-368, 373; Block Reply, ¶¶ 50-52, 212; U.S. Patent Application Publication No. 2008/0124326 A1 ("*Rehder '326*"); A. Szenczi *et al.*, *The Effect of Solvent Environment on the Conformation and Stability of Human Polyclonal IgG in Solution*, 34 BIOLOGICALS 5 (2006) ("*Szenczi 2006*").)  If the reliance on antibodies is improper, however, then, by Drs. Gupta's and Block's logic, a POSA would *not* have relied on *Rehder '326* or *Szenczi 2006* when attempting to formulate a solid formulation of linaclotide.

### III.     THE CHALLENGES OF DEVELOPING A SOLID STABLE FORMULATION OF LINACLOTIDE

14.     In my Rebuttal Report, I cited to a statement where Dr. Fretzen (a named inventor on the Formulation Patents) explained that there was "only one other [FDA-approved] peptide therapeutic [before Linzess] (desmopressin acetate, also known as DDAVP) that is orally delivered in the solid form." (*See* Klibanov Rebuttal, ¶ 72; Fretzen Dep. Ex. 25 ("Fretzen Decl."), ¶ 9.) Notably, Dr. Gupta does not deny the accuracy of this statement.[1] Instead, he takes the erroneous position that it is not relevant to the obviousness analysis because many proteins and peptides were not administered orally due to their low bioavailability. (Gupta Report, ¶¶ 50-51.) Even assuming that Dr. Gupta were correct that a POSA would have viewed oral delivery as less desirable because of bioavailability problems, this would only serve to further highlight the lack of precedent that would have been available to a POSA in developing a peptide therapeutic composition that is orally administered in the solid form. There was no roadmap or guide to excipient selection available for solid oral peptide formulations in the prior art since it was such a rare endeavor at the time.

---

[1] Dr. Gupta points to cyclosporine as a peptide drug that was marketed "before the priority date of the Formulation Patents." (Gupta Report, ¶ 50, fn. 9.) But, as noted both in my Rebuttal Report and at my deposition, cyclosporine was administered as soft gelatin capsules and is not "what most pharmaceutical formulators would – would call a – a solid." (Klibanov Rebuttal, ¶ 72, fn. 3; Klibanov Dep. Tr., at 210:23-211:2.) Moreover, neither DDAVP nor the cyclosporine products used $Ca^{2+}$ and/or leucine in their formulations. (*See* Fretzen Decl., ¶ 9; Neoral® (cyclosporine) [package insert], East Hanover, NJ: Novartis Pharmaceuticals Corp., 2005; Sandimmune® (cyclosporine) [package insert], East Hanover, NJ: Novartis Pharmaceuticals Corp., 2006.)

## IV.    DR. GUPTA'S OBVIOUSNESS OPINIONS ARE FLAWED AND BASED ON HINDSIGHT

### A.    Dr. Gupta fails to establish a motivation to formulate linaclotide into the claimed solid stable compositions comprising $Ca^{2+}$ and leucine

#### 1.    Without first determining the impactful degradation pathways of linaclotide, a POSA would not have had a reasonable expectation of success in reducing them

##### a.    Using hindsight, Dr. Gupta ignores numerous potential degradation pathways of linaclotide

15.    Dr. Gupta states that "a POSA would have reasonably expected that the following three degradation pathways would primarily contribute to linaclotide's instability in a solid formulation": "deamidation of the asparagine amino acid side chain to form aspartic acid;" "formaldehyde-mediated degradation" [*i.e.*, formation of $Cys^1$-Imidazolidinone ("$Cys^1$-IMD")]; "and aggregation."  (Gupta Report, ¶ 59.)  He also explicitly adopts Dr. Block's views that a POSA would not have expected that "additional degradation pathways would destabilize linaclotide."  (*Id.*, ¶ 59; Block Reply, ¶ 100.)  This flawed viewpoint, however, is contradicted even by Dr. Block's admission at his deposition that ██████████████████████████ ████████████████████████████████████████████████████████ Block Dep. Tr., at 118:20-23.)  ██████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████ (*Id.*, at 70:22-71:12.) ████████████

██████████████████████████████████████████████████████

████████████████████████████ (*Id.*, at 127:12-14.)

16.    The difficulty in predicting linaclotide's degradation pathways would have been exacerbated by the lack of data about its degradation behavior in the prior art. ██████████

████████████████████████████████████████████████████████████

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    Page 5

████████████████████████████████████████████████

(Block Dep. Tr., at 48:7-49:4.)  To my knowledge, none of the prior-art references in this case,

including the new references put forth by Dr. Gupta, provide stability data for linaclotide or

explicitly show the degradation pathways to which linaclotide would be susceptible.████████

████████████████████████████████████████████████

████████████████████████ (*Id.*, at 132:14-22.)  I agree with Dr. Block that a significant

amount of experimentation would be required to determine the actual degradation products of

linaclotide.

17.     In my Rebuttal Report, I listed numerous additional potential degradation

pathways of linaclotide that a POSA would have been aware of and likely investigated.

(Klibanov Rebuttal, ¶ 94.)  Dr. Gupta adopts Dr. Block's (incorrect) arguments that "a POSA

would *not* have reasonably expected these additional degradation pathways would destabilize

linaclotide."  (Gupta Report, ¶ 59; Block Reply, ¶ 100.)  As explained below, I disagree.

18.     *Hydrolysis/cleavage of peptide bonds*:  Drs. Gupta and Block opine that a POSA

would not have reasonably expected that hydrolysis (cleavage) of peptide bonds would

contribute to linaclotide's instability because "linaclotide does not have an Asp residue" and Asp-

X peptide bonds are subject to cleavage at greater rates than other peptide bonds.  (*See, e.g.*,

Block Reply, ¶¶ 101-102.)  Drs. Gupta and Block do not dispute, however, that peptides lacking

Asp residues nonetheless can still undergo peptide-bond hydrolysis, especially if they (like

linaclotide) contain Glu residues.  Only by using hindsight are they able to rule out the

possibility that hydrolysis of peptide bonds, such as Glu-Tyr in linaclotide, would contribute to

linaclotide instability in a solid formulation.

19.     *Racemization of amino acid residues*:  Drs. Gupta and Block opine that "[b]ecause

linaclotide does not have an Asp residue, and other amino acids were known to undergo racemization at much slower rates, a POSA would not have reasonably expected that racemization would contribute to linaclotide instability at room temperature." (Block Reply, ¶ 104.) Drs. Gupta and Block do not dispute, however, that peptides that lack Asp residues nonetheless can still undergo racemization of their amino acid residues. (*See, e.g.*, M.C. Manning *et al*., *Stability of Protein Pharmaceuticals*, 6 PHARM. RES. 903 (1989) ("*Manning 1989*"), at 904, 908.) Only by using hindsight are they able to rule out the possibility that racemization of amino acid residues would contribute to linaclotide instability in a solid formulation.

20.     *Beta-elimination of disulfide bonds*:  Drs. Gupta and Block opine that a POSA would not have reasonably expected that β-elimination of disulfide bonds would contribute to linaclotide's instability.  (Block Reply, ¶ 106.) Drs. Gupta and Block do not dispute that any of the three disulfide bonds of linaclotide can undergo β-elimination.  Only by using hindsight are they able to rule out the possibility that this common peptide and protein degradation reaction would contribute to linaclotide instability in a solid formulation.  (*See, e.g.,* D. Volkin *et al.*, *Degradative Covalent Reactions Important to Protein Stability*, 8 MOLECULAR BIOTECH. 105 (1997) ("*Volkin 1997*"), at 111-113; M. Capelle *et al., High Throughput Screening of Protein Formulation Stability: Practical Considerations*, 65 EUR. J. PHARM. BIOPHARM. 131 (2007) ("*Capelle 2007*"), at 132.)

21.     *Adsorption to surfaces*:  Drs. Gupta and Block opine that a POSA would not have reasonably expected that adsorption to surfaces would contribute to linaclotide's instability because "studies in pharmaceutical formulations were limited" and "[t]he only well-studied example was insulin…." (Block Reply, ¶ 107.) Drs. Gupta and Block then make the erroneous

and unsupported conclusion that "[a] POSA would have understood that adsorption to surfaces is not a primary concern for stability of solid formulations during storage." (*Id.*)  A POSA would not have ignored a potential degradation pathway because studies thereof "were limited."  If anything, limited information might have prompted a POSA to investigate further.  Indeed, much of the *Motheram 2007* doctoral thesis, introduced by Dr. Gupta in his report, specifically deals with the adsorption of human growth hormone ("hGH") onto various surfaces.  (*See, e.g.*, Rajeshwar Motheram, *Behavior of Recombinant Human Growth Hormone at Solid / Liquid Interfaces*, University of the Sciences in Philadelphia (Mar. 2007) (Dissertation) ("*Motheram 2007*"), at Abstract, 6-161.)  Moreover, Drs. Gupta and Block do not dispute that peptides and proteins can undergo adsorption to surfaces.  (*See, e.g.*, *Manning 1989*, at 904, 910; *Capelle 2007*, at 133.)  Only by using hindsight are Drs. Gupta and Block able to rule out the possibility that adsorption to surfaces would contribute to linaclotide instability in a solid formulation.

22.     *Photodegradation*:  Drs. Gupta and Block opine that a POSA would not have reasonably expected that photodegradation would contribute to linaclotide's instability.  (Block Reply, ¶ 108.)  Drs. Gupta and Block admit that UV radiation (such as from sunlight or used for sterilization) was known to cause peptide degradation, especially of those peptides that, like linaclotide, contain such aromatic residues as Tyr.  (*See, e.g.*, *Volkin 1997*, at 115-117.)  Drs. Gupta and Block do not dispute that linaclotide could be exposed to UV light during storage or manufacturing and could undergo photodegradation.  Only by using hindsight are they able to rule out the possibility that photodegradation would contribute to linaclotide instability in a solid formulation.

23.     *Glycation or carbamylation*:  Drs. Gupta and Block opine that in the absence of reducing sugars or urea, a POSA would not have reasonably expected that glycation or

carbamylation would contribute to linaclotide's instability during storage.  (Block Reply, ¶ 109.)

Drs. Gupta and Block do not dispute, however, that a POSA could have formulated linaclotide

with reducing sugars (*e.g.*, lactose or glucose, that are frequently used excipients in

pharmaceutical formulations), potentially causing glycation of linaclotide.  (*See, e.g.*, *Capelle*

*2007*, at 134.)  Only by using hindsight are they able to rule out the possibility that glycation or

carbamylation would contribute to linaclotide instability in a solid formulation, especially since

the peptide contains an unprotected N-terminal α-NH$_2$ group.  (*Id.*, at 132.)  Moreover, Drs.

Block and Gupta do not (and cannot) explain their unfounded double standard where they

assume the ***presence*** of excipients that could cause formaldehyde-mediated chemical

modification of linaclotide, while assuming the ***absence*** of excipients that could cause its

glycation or carbamylation (even though both types of processes target ***the very same*** N-terminal

α-NH$_2$ group of the peptide).

24.     Given the difficulty and unpredictability in formulating a stable formulation of a

peptide such as linaclotide, a POSA would not have been able to determine in advance whether

such deleterious processes as hydrolysis of peptide bonds, racemization of amino acid residues,

beta-elimination of disulfide bonds, adsorption to surfaces, photodegradation, or glycation and

carbamylation would be operating to degrade linaclotide and, if so, to what extent, without

conducting experimentation.

25.     Instead, Dr. Gupta again uses hindsight to focus on three potential degradation

pathways of linaclotide, while ignoring numerous others widely discussed even in his cited

references.  (Gupta Report, ¶ 59.)  For example, he cites the '573 patent specification (*i.e.*, the

inventors' own work) in support of his opinion that aggregation would be "expected" to be a

potential degradation pathway of linaclotide but chooses to ignore that the '573 patent also

discloses that an acetylation product could be a potential degradation pathway for linaclotide. ('573 patent, at 16:23-37.) Likewise, Dr. Gupta also ignores that the '573 patent specification discloses linaclotide degradation via disulfide bond reduction as well as via various types of disulfide scrambling. (*Id.*, at 17:64-19:45.)

26.     Dr. Gupta also relies on *Motheram 2007* to argue that phosphate buffer used in *Sorensen '278* does not affect the stability of hGH (human growth hormone). (Gupta Report, ¶ 49, fn. 8; *Motheram 2007*; U.S. Patent No. 5,654,278 ("*Sorensen '278*").) Dr. Gupta also contends that "hGH and linaclotide are strikingly similar." (Gupta Report, ¶ 48.) But, *Motheram 2007* states that "[c]hemical degradation of r-hGH [*i.e.*, recombinant hGH] can occur by deamidation, oxidation, disulfide exchange, and hydrolysis [of peptide bonds]." (*Motheram 2007*, at 5.) Out of those, Dr. Gupta focuses exclusively on deamidation as a degradation pathway of linaclotide. But, if he is correct that "hGH and linaclotide are strikingly similar," (they are not) then only by hindsight can Dr. Gupta ignore, for example, disulfide exchange or hydrolysis, as well as their relative contributions when addressing linaclotide's instability.

       **b.**     **Dr. Gupta's predictions about the degradation pathways of linaclotide would have been incorrect**

27.     A POSA following Dr. Gupta's approach to predicting linaclotide's degradation pathways would have been proven wrong. For instance, contrary to Dr. Gupta's prediction, aggregation did ***not*** "primarily contribute to linaclotide's instability." (Gupta Report, ¶ 59; *see* below ¶¶ 32-33.) He also misses another linaclotide degradation pathway, oxidation. (Gupta Report, ¶ 59; *see* below ¶¶ 28-31; Klibanov Rebuttal, ¶¶ 96, 99.) Dr. Gupta's incorrect predictions further confirm my opinion that a high degree of uncertainty existed in attempting to anticipate in advance linaclotide's degradation pathways and their relative roles. (Klibanov Rebuttal, ¶¶ 64-70.)

### (1)    Oxidation was found to be a major degradation pathway of linaclotide

28.    Dr. Gupta argues that the data in the Formulation Patents do not support my opinion that oxidation "played a significant role in the instability of linaclotide." (Gupta Report, ¶¶ 68-69.)  First, while proclaiming that "[t]he data in Tables 7 and 17 of the '628 patent is highly variable," he fails to explain what exactly he means by that and why. (*Id*., ¶ 69.)  Second, despite having declared the data in Tables 7 and 17 unreliable, Dr. Gupta nevertheless relies on these data and concludes that they do not support my opinion. (*Id*., ¶¶ 70-71.)  That Dr. Gupta is incorrect is evident from the '628 patent's Tables depicted and highlighted by him on pages 23 and 24 of his report.[2]

29.    The only two Examples in Table 1 of the '628 patent with no added stabilizers (*i.e.*, no divalent cation and no amine, such as $Ca^{2+}$ and leucine, respectively), are Examples 10 and 11. ('628 patent, at 18:25-19:20.)  Tables 7 and 17 present the percentages of three detected linaclotide degradants (formed due to oxidation, deamidation, and formaldehyde-imine formation) determined by HPLC after a 6-month storage at 40°C/75% RH (Table 7) or a 24-month storage at 25°C/60% RH (Table 17) for various solid linaclotide formulations, including Examples 10 and 11. (*Id.*, at 22:58-23:36; 30:44-31:30.)  Tables 7 and 17 of the '628 patent combined contain seven sets of data (Examples 10 and 11 in Table 7 and Examples 10, 10a, 10b, 10c, and 11 in Table 17) corresponding to solid linaclotide formulations with ***no added stabilizers***.  For ***every single one*** of these seven data sets the HPLC area % for the oxidation

---

[2] Dr. Gupta also ignores Dr. Fretzen's deposition testimony about the data in the Tables of the '628 patent. ██████████████████████████████████████████ (Fretzen Dep. Tr., at 93:23-94:11.) ████████████████████████████████████████████████ ████████████████████████████ (*Id.*, at 95:5-13 (emphasis added).)

product substantially *exceeds* that for the deamidation product (respectively, 0.37 *vs.* 0.29; 1.18 *vs.* 0.49; 0.38 *vs.* 0.26; 0.50 *vs.* 0.39; 0.44 *vs.* 0.34; 0.30 *vs.* 0.26; 1.03 *vs.* 0.42).  (*Id.*)  Therefore, if Dr. Gupta disagrees with my assertion that linaclotide's oxidation "played a primary role" or "a significant role in the instability of linaclotide," then he must also conclude that *deamidation did not play a primary or significant role in the instability of linaclotide*.  Such a finding, however, would run *directly contrary* to what Dr. Gupta repeatedly asserts a POSA would have expected, *i.e.*, that deamidation would "primarily contribute" and "play a significant role" in the degradation of linaclotide in a solid formulation.  (*See, e.g.*, Gupta Report, ¶¶ 59, 60, 67, 81, 84.)  This contradiction highlights Dr. Gupta's faulty reasoning and the high degree of uncertainty that existed in attempting to predict in advance linaclotide's degradation pathways and their relative roles.  (Klibanov Rebuttal, ¶¶ 64-70.)

30.     Dr. Gupta also contends that the data in Table 7 of the '628 patent show that the degree of oxidation for four linaclotide formulations without $Ca^{2+}$ would be "considered acceptable" by "FDA guidelines on stability and shelf-life expectations."  (Gupta Report, ¶ 70; *see also id.*, ¶ 104, fn. 18.)  First, Dr. Gupta's report provides neither a citation to which FDA guidelines he is referring to nor the text of the document, thus making it impossible to understand the basis for his positions, much less fully respond.[3]  Second, Dr. Gupta's blanket statement attributed to the FDA about what percentage of an impurity the FDA would consider acceptable cannot possibly be correct without a determination of the toxicity of that impurity.

---

[3] Dr. Gupta admits that one of the four linaclotide formulations in Table 7 of the '628 patent without $Ca^{2+}$ had an oxidation product above 0.5 area % when stored at 40 °C/75% RH for 6 months.  (Gupta Report, ¶ 70.)  He does not explain why this fourth example should be ignored in his assessment of whether the pathway is "significant," given that it shows a 1.18 area % oxidation product, which would be unacceptable according to his own (unsupported) definition.  (*Id.*)

The more toxic the impurity, the lower the percentage of that impurity would be deemed tolerable.  Dr. Gupta has not provided a toxicity analysis of any linaclotide impurity, let alone specifically of an oxidized linaclotide product.

31.     Dr. Gupta's contention that Figure 1 of the '628 patent does not support my opinion that oxidation played a significant role in the instability of linaclotide is also misguided.[4] (Gupta Report, ¶ 72.)  According to Dr. Gupta, "[t]here are other peaks in this figure that are more pronounced than the peak identified as the oxidation peak." (*Id*.)  But Figure 1 also shows that the area of the oxidation peak (at 17.107 min) is quite similar to that of the deamidation peak (at 17.973 min).  ('628 patent, at Figure 1.)  Therefore, if Dr. Gupta deems the oxidation peak to be less "pronounced" compared to "other peaks" in the HPLC chromatogram, then the deamidation peak would likewise be less "pronounced" compared to "other peaks."  In sum, if Dr. Gupta dismisses the degradation of linaclotide by oxidation as insignificant based on the data in Tables 7 and 17 and Figure 1 of the '628 patent, then by the same logic he would also be dismissing the deamidation of linaclotide as being even ***less significant***.  This conclusion, however, would undercut his opinion that a POSA would have been able to correctly predict in advance linaclotide's degradation pathways, such as Asn deamidation, without experimentation.

### (2)     Aggregation was found not to be a major degradation pathway of linaclotide

32.     Dr. Gupta disagrees with my assertion that "aggregation actually was not found to

---

4 
(Fretzen Dep. Tr., at 96:5-12.)
(*Id*., at 96:25-97:14 (emphasis added).)

be a *major* degradation pathway in linaclotide formulations" because the specification of the '573

patent "contradict[s]" my opinion and lists formation of linaclotide multimers as an example of a

linaclotide degradation pathway.  (Klibanov Rebuttal, ¶ 99; Gupta Report, ¶ 73 (emphasis

added).)  First, Dr. Gupta neglects to mention that I expressly referred to Dr. Fretzen's deposition

testimony — *i.e.*, *not* to the '573 patent — as a basis for making that assertion.  (Klibanov

Rebuttal, ¶ 99.)  Second, the statement in the '573 patent specification that Dr. Gupta points to

does *not* characterize formation of linaclotide multimers as "a *major* degradation pathway."

Therefore, there is no contradiction with my statement.

33.    Furthermore, a POSA would have understood that numerous degradation

pathways could contribute in various degrees to the degradation of linaclotide in solid

formulations.  For example, the '573 patent also explicitly lists linaclotide with reduced disulfide

bonds, linaclotide with scrambled (*i.e.*, reshuffled) disulfide bonds, and an acetylation product of

linaclotide as possible degradants.  ('573 patent, at 17:64-18:1, 18:52-60, 16:23-37.)  Dr. Gupta

fails to recognize that the critical inquiry to a pharmaceutical formulator would *not* have been

what processes might inconsequentially contribute to linaclotide's degradation upon storage but

which degradation processes would be *major* or at least *significant* contributors (including the

rate-limiting process(es)) and their relative roles.  (*See, e.g.*, Klibanov Rebuttal, ¶¶ 48, 51-54, 62,

100-102, 190; Klibanov Dep. Tr., at 85, 167, 187, 220.)

    **c.**    **A POSA would have followed the rational approach to verify the "expected" degradation pathways of linaclotide before trying to inhibit them**

34.    Dr. Gupta argues, without citing any information other than the inventors' own

work that led to the inventions of the Formulation Patents, that a pharmaceutical formulator

would not follow the "rational approach" to peptide formulation and "rarely waits until she has

experimentally determined a peptide's individual degradation pathways" before testing the

"formulations reasonably expected to address the peptide's stability concerns." (Gupta Report, ¶ 44.) He is wrong. As a preliminary matter, I note that Dr. Gupta's position in this regard directly contradicts teachings in the references relied on in the Block Opening and Block Reply ("Block Reports") that Dr. Gupta expressly embraces. (Gupta Report, ¶ 6.) For example, Dr. Block's *Capelle 2007* references states that "[u]nderstanding protein degradation pathways is essential for the success of a biopharmaceutical drug." (*Capelle 2007*, at Abstract.) As explained in my Rebuttal Report, the rational approach that a POSA would have used involves elucidating the actual degradation pathways of proteins and peptides, as well as their relative contributions under particular conditions. (Klibanov Rebuttal, ¶¶ 48-56.) In contrast, Dr. Gupta's proposed formulation approach intentionally fails to verify linaclotide's "expected" degradation pathways. This is the opposite approach of what a POSA would have taken and also contradicts admissions made by Dr. Block that support my opinion. For example, Dr. Block states that "[t]he prior art taught rational strategies for developing a stable peptide or protein formulation" and that "gaining an understanding of the causes and mechanisms of protein and peptide degradation is an important step in preparing a stable pharmaceutical formulation." (Block Reply, ¶ 46.) ████████████████████████████████ ████████████████████████████████ (Block Dep. Tr., at 72:9-73:16.) Furthermore, the prior art that Dr. Gupta relies on, including *Volkin 1997* and *Capelle 2007*, discusses the "rational approach" that a POSA would have used. (*See, e.g.*, Klibanov Rebuttal, ¶ 48; *Volkin 1997*, at 106; *Capelle 2007*, at 131.) Knowing the degradation pathways of linaclotide would have been critical because it would have been easier for a POSA to reduce known degradation pathways than pathways that were unknown.

35. Dr. Gupta is also misguided when he contends that the inventors of the

Formulation Patents did not follow the rational approach to peptide formulation. 

(Fretzen

Dep. Tr., at 215:16-17 (emphasis added).)

(*Id.*, at

215:19-21 (emphasis added).)

(*Id.*, at 216:5-8 (emphasis added).)

> **d.** **Dr. Gupta's analysis fails to even consider, much less account for, the relative importance of linaclotide's degradation pathways**

36.      Dr. Gupta's analysis is also deficient because he ignores that a POSA would not have been able to predict in advance the relative importance of various potential linaclotide degradation pathways.  I explained in detail in my Rebuttal Report how Dr. Block's obviousness analysis fails to consider the relative importance (*i.e.*, contributions) of linaclotide's degradation pathways.  (*See, e.g.*, Klibanov Rebuttal, ¶¶ 100-101.)  As discussed above, Dr. Gupta misses that the critical inquiry to a pharmaceutical formulator is ***not*** what processes might contribute to linaclotide's demise upon storage, but which degradation processes are actually major or significant contributors (including the rate-limiting process(es)) and their relative roles.  (*See* above ¶ 33.)   In fact, I agree with Dr. Block's opinion

(Block Dep. Tr., at 120:5-13.)

## 2.      Dr. Gupta's selection of leucine as an additive is based solely on hindsight bias

### a.      Dr. Gupta's designation of linaclotide's Asn deamidation as a major degradation pathway is based on hindsight

37.      Drs. Gupta and Block take the untenable position that a POSA would have "reasonably expected" linaclotide's Asn residue to be "exposed" and, thus, susceptible to deamidation.  (Gupta Report, ¶¶ 65-67; Block Reply, ¶¶ 49-50.)  They do ***not*** base their opinions on the actual three-dimensional (3D) structure of linaclotide.[5]  Instead, both take the position that linaclotide's 3D crystal structure would have been "reasonably expected" based on (a) the secondary structure of STh(6-18) set forth in Figure 2 of the *Handbook of Natural Toxins 1995* and (b) the aqueous 3D structures of three unnatural ST derivatives, such as $Mpr^5-ST_p(5-17)$,[6] examined in *Sato 1994* and *Ozaki 1991*.  (*See, e.g.*, Block Reply, ¶¶ 49-50; Gupta Report, ¶¶ 60-67; HANDBOOK OF NATURAL TOXINS: BACTERIAL TOXINS AND VIRULENCE FACTORS IN DISEASE (J. Moss *et al.*, eds., 1995) ("*Handbook of Natural Toxins 1995*"); H. Ozaki *et al.*, *Molecular Structure of the Toxic Domain of Heat-stable Enterotoxin Produced by a Pathogenic Strain of Escherichia coli*, 266 J. BIOL. CHEM. 5934 (1991) ("*Ozaki 1991*"); T. Sato *et al.*, *Structural Characteristics for Biological Activity of Heat-Stable Enterotoxin Produced by Enterotoxigenic Escherichia coli: X-ray Crystallography of Weakly Toxic and Nontoxic Analogs*, 33 BIOCHEMISTRY 8641 (1994) ("*Sato 1994*").)  As explained below, I disagree.

38.      As noted in my Rebuttal Report, a protein's or peptide's amino acid sequence

---

[5] Dr. Gupta does not contend that the 3D structure of linaclotide was known in the prior art. ███████████████████████████████████████████████████  (Block Dep. Tr., at 117:18-25.)

[6] Dr. Gupta refers to $Mpr^5-ST_p(5-17)$ as a "linaclotide's precursor peptide[]." (Gupta Report, ¶¶ 33, 65.)  I disagree with this characterization.  $Mpr^5-ST_p(5-17)$ is not a "precursor" (*i.e.*, predecessor) of linaclotide and is substantially different from linaclotide.  (*See below* ¶ 40.)

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                Page 17

determines how it folds to assume its 3D structure.  (Klibanov Rebuttal, ¶ 50.)  Furthermore, I pointed out (and Dr. Gupta expressly agrees) that a protein's or peptide's 3D structure determines its stability to degradative processes, such as Asn deamidation.  (*Id.*; Gupta Report, ¶ 63.)  Dr. Gupta also admits that STh(6-18) and Mpr$^5$-ST$_p$(5-17) do ***not*** have the same amino acid sequence as linaclotide.  (Gupta Report, ¶ 33.)

39.     *STh(6-18)*:  STh(6-18)'s amino acid composition and sequence differ from linaclotide's in that it has a Leu residue instead of a Tyr at position 9 of the peptide and also lacks a Tyr residue at the C-terminus.  (*Id.*; Block Reply, ¶ 42.)  Dr. Gupta provides no analysis comparing the respective structural effects of the Leu and Tyr residues, let alone any basis for a POSA to reasonably expect that substituting one for the other would not significantly change the 3D shape of the peptide.  Likewise, Dr. Gupta fails to perform any analysis to determine how the lack of C-terminal Tyr residue would change the 3D structure of the peptide.  A POSA would have needed to conduct experiments to determine whether and/or how these marked amino acid differences would affect the peptide structure.

40.     *Mpr$^5$-ST$_p$(5-17)*:  Mpr$^5$-ST$_p$(5-17) contains a β-mercaptopropionic acid on what used to be the N-terminus of the peptide (thereby abolishing the N-terminal NH$_2$ group).  It also contains a substitution of Leu for Tyr at position 9 of the peptide.  Moreover, Mpr$^5$-ST$_p$(5-17) differs from linaclotide in that it does not contain a Tyr at the C-terminus of the peptide.  (Gupta Report, ¶ 33.)  Dr. Gupta fails to perform any analysis or experimentation to assess how these substantial differences would change the 3D structure of the peptide.  A POSA would have needed to conduct experimentation to determine whether and/or how these differences would affect the peptide structure.

41.     Dr. Gupta's reliance on *Sato 1994* and *Ozaki 1991* is misplaced because the 3D

structures disclosed in those references are of *aqueous crystals*.  (*See* Gupta Report, ¶¶ 34-37, 60-62, 86-88; Klibanov Rebuttal, ¶¶ 86-88.)  A POSA would generally be *un*able to predict the 3D structure of a protein or peptide in a solid formulation from X-ray crystallography data for the aqueous crystalline form with a reasonable expectation of success.  (*See* below ¶¶ 42-44.)

42.    The 3D molecular structure of peptides and proteins dissolved in aqueous solution at physiological pH values and ambient temperature is typically referred to as the *native* structure.  Knowledge about the native structure of peptides and proteins typically comes from X-ray crystallographic studies conducted on the peptides and proteins crystallized from their aqueous solutions.  Since the resultant crystals necessarily contain a large quantity of water (typically about 50% by weight), peptide or protein molecules therein are situated in what is essentially an aqueous microenvironment.  Consequently, their structures are presumed to be virtually undisturbed compared to those dissolved in aqueous solution.  Indeed, more recent high-resolution NMR investigations of peptides and proteins dissolved in water have confirmed this presumption.  In other words, the 3D structure of a peptide or protein in an aqueous solution and in an aqueous-crystalline state would be deemed to be one and the same (*i.e.*, native).

43.    Aqueous crystals of proteins or peptides, while widely used in X-ray crystallographic studies, are rarely, if ever, employed in pharmaceutical formulations both because they are difficult and expensive to prepare (especially on a commercial scale) and because the abundance of water therein is conducive to various deleterious reactions upon storage.  Instead, peptides and proteins for pharmaceutical formulations are obtained by various other methods, including lyophilization (also called freeze-drying), spray-drying, and solvent precipitation.  A common feature of solid peptides and proteins obtained by such other methods is that the residual water content therein is *far lower* than in the aqueous crystals (it usually does

not exceed a few percent by weight), thereby depriving the peptide and protein molecules of their customary and "hospitable" aqueous microenvironment.  This drastic dehydration (given the important role that water plays in maintaining the native peptide and protein structure) exerts a profound effect on the 3D structure of peptides and proteins in the resultant solid state.  As discussed in the next paragraph, it has been known for more than a quarter of a century that, in general, the solid structure of a peptide or protein is *not* native, but is instead ***substantially altered*** or ***denatured*** (albeit usually reversibly so, and recoverable upon reconstitution, if the dehydration is done carefully under mild conditions) compared to that in aqueous solution or in aqueous crystals.

44.     My research laboratory at MIT in the 1990s was among those investigating this phenomenon.  We used various biophysical techniques and determined that the 3D structures of numerous examined solid peptides and proteins (*e.g.*, obtained by lyophilization) are ***drastically distinct*** from their native structures and also that the specifics of the denatured solid-state structure depend on the particular method of dehydration employed.  These findings are highlighted in my *Griebenow 1995* paper (thoroughly discussed during my deposition in this case) where by means of Fourier-transform infrared (FTIR) spectroscopy we endeavored to investigate changes in the secondary structure of some dozen different proteins (both small and large, with the majority also containing multiple disulfide linkages) upon lyophilization of their aqueous solutions.  (*See, e.g.*, Klibanov Dep. Tr., at 53:25-64:22, 119:2-124:24; K. Griebenow and A. Klibanov, *Lyophilization-induced Reversible Changes in the Secondary Structure of Proteins*, 92 PROC. NATL. ACAD. SCI. USA 10069 (1995) ("*Griebenow 1995*").)  We found that lyophilization invariably substantially increases the β-sheet content of proteins — presumably due to the newly formed intermolecular β-sheets — and concurrently lowers the α-helix content

of all the proteins examined.  (*Griebenow 1995*, at Abstract, 10975.)   Furthermore, the extent of

the observed changes in the secondary structure was found to greatly depend on ***how*** a protein

was dehydrated — *i.e.*, by what means its solid-state was obtained, whether by lyophilization, by

precipitation using cold acetone or propanol, or by rotary evaporation.  (*Id.*, at 10974.)  The

conclusions stemming from the *Griebenow 1995* paper, the references cited therein, and many

subsequent studies by us and others are that: (1) the 3D structure of solid peptides and proteins

obtained by pharmaceutically relevant methods is generally ***non-native***; (2) the degree of this

deviation from the native structure is unpredictable in advance and depends on both the peptide

or protein and conditions of dehydrations; and (3) the arbitrary extrapolation of a peptide or

protein's 3D structure in an aqueous crystal to that in other solid dehydrated forms is

unwarranted and scientifically untenable.  In equating the peptide structure in an aqueous crystal

to that in a solid form in general, Dr. Gupta ignores the well-established science of peptide and

protein structure in solid compositions, as exemplified in the *Griebenow 1995* paper.  (*See, e.g.,*

Gupta Report, ¶¶ 32, 34, 40, 48, 54, 60-62, 64-65, 89.)  In fact, Dr. Gupta disregards the express

teachings of the very references that he and Dr. Block rely on.  For example, *Cleland 1993* states

that "[f]or solid formulation, the components of the formulation (such as buffer, excipients, etc.),

***the method of achieving the dry state (such as lyophilization)***, and the conditions of the dry

state affect protein stability."  (Cleland *et al.*, *The Development of Stable Protein Formulations:*

*A Close Look at Protein Aggregation, Deamidation, and Oxidation*, 10 CRIT. REV. THER. DRUG

CARRIER SYST. 307 (1993) ("*Cleland 1993*"), at 309 (emphasis added).)

    45.     Even assuming (incorrectly) that a POSA would have "expected" the 3D structure

of linaclotide to be similar to the 3D structures of STh(6-18) or $Mpr^5$-$ST_p$(5-17), a POSA would

not have been able to predict what degradation pathways the latter peptides would be susceptible

to with a reasonable expectation of success.  For example, Dr. Gupta cites to no reference that provides any basis to conclude that $STh(6\text{-}18)$ or $Mpr^5\text{-}ST_p(5\text{-}17)$ would undergo significant deamidation upon storage.[7]  Only by hindsight can he make that conclusion.  ███████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████  (Block Dep. Tr., at 49:23-50:4, 49:13-16.)  Moreover, given Dr. Gupta's opinion that $STh(6\text{-}18)$ and $Mpr^5\text{-}ST_p(5\text{-}17)$ were "intrinsically stable," he does not explain why "intrinsically stable" peptides would be susceptible to *any* form of degradation, let alone to multiple degradation pathways.  (Gupta Report, ¶¶ 32, 39-40; Block Reply, ¶¶ 41-45.)

46.     Even assuming (incorrectly) that a POSA somehow could have predicted degradation pathways of linaclotide from the 3D aqueous crystalline structure of $STh(6\text{-}18)$ or $Mpr^5\text{-}ST_p(5\text{-}17)$, a POSA would have known neither the extent of deamidation nor whether it would have been a major or minor contributor to linaclotide's instability.  (*See* above ¶¶ 33, 36.) As explained below, *Carpenter 2002* notes that the rate of Asn deamidation is affected by a number of structural factors, all of which Dr. Gupta ignores.  (*See* below ¶ 62; RATIONAL DESIGN OF STABLE PROTEIN FORMULATIONS: THEORY AND PRACTICE (J. Carpenter and M. Manning, eds., 2002) ("*Carpenter 2002*").)

(1)     *Hu 2001*

47.     Dr. Gupta states that linaclotide has a "rigid structure" and that *Hu 2001* discloses that rigid proteins show little or no structure rearrangement upon transition from solution to a

---

[7] Dr. Gupta also makes the unsupported assertion that "$ST_p(5\text{-}17)$ and $STh(6\text{-}18)$ peptides with the same disulfide bonds are very similar in structure and stability."  (Gupta Report, ¶ 34.) But he cites to no stability data comparing $ST_p(5\text{-}17)$ and $STh(6\text{-}18)$ that would support that conclusion.

solid state.  (Gupta Report, ¶¶ 32, 54; H. Hu *et al.*, *β-Sheet Structure of Proteins in Solid State as Revealed by Circular Dichroism Spectroscopy*, 62 BIOPOLYMERS (BIOSPECTROSCOPY) 15 (2001) ("*Hu 2001*").)  *Hu 2001* qualitatively assessed the secondary structure of several proteins and peptides ***associated in thin films deposited onto the surface of quartz glass***.  (*Hu 2001*, at Abstract, 16-19.)  Such glass-deposited dry thin films represent a very specialized modality of solid peptides and proteins with no apparent parallel to the solid oral pharmaceutical dosage forms at issue in this case.

48.     *Hu 2001* found that while some proteins and peptides "show no or slight structural rearrangement" upon transition from aqueous solution to glass-deposited dry thin films, others "undergo structural transformation with an increase of ß-sheet structure" during this mode of dehydration.  (*Hu 2001*, at Abstract.)  Notably, *Hu 2001* discloses that several proteins even in the former group still "undergo subtle rearrangements [upon transition] from solution to the solid state." (*Id.*, at 18.)  *Hu 2001* also states that "it is likely that the protein in the solid state appears more compact" and that "some flexible residues tend to adopt an ordered structure." (*Id.*)  *Hu 2001* also discusses that "some proteins undergo structural transformations from native structures in [aqueous] solution into β-sheet predominant structures in the solid state." (*Id.*, at 16, 18.)

49.     It is noteworthy that the secondary structure of one of *Hu 2001*'s proteins, insulin, was previously quantitatively studied in the lyophilized state and found to be strongly distorted compared to that in aqueous solution.  (*Griebenow 1995*, at Table 3.)  This comparison confirms one of the conclusions of *Griebenow 1995* — *i.e.*, that the resultant solid-state 3D peptide and protein structure is greatly dependent on how the dehydration was carried out.  (*See also* above ¶ 44.)  This conclusion undermines the credibility of Dr. Gupta's arbitrary "one size fits all" approach to assessing a peptide's or protein's solid-state structure.  (*See, e.g.*, Gupta Report,

¶¶ 32, 40, 59, 78, 79, 82, 89.)

50.     Notably, *Hu 2001* also reports that two of the peptides examined therein "adopt different secondary structures in the solid state, albeit they share almost 50% sequence homology." (*Hu 2001*, at 20.)  This observation contradicts Dr. Gupta's contention that various $ST_p$ peptides would have "very similar" solid-state 3D structures because of their homologous sequences.  (*See, e.g.*, Gupta Report, ¶¶ 32, 34, 40.)

### (2)     *Ozaki 1991*

51.     Dr. Gupta opines that *Ozaki 1991* teaches that the side chain of the Asn residue of synthetic analogue of $ST_p$, $Mpr^5$-$ST_p$(5-17), is "oriented to the outside of the molecule." (*See, e.g.*, Gupta Report, ¶ 61.)  *Ozaki 1991* reports the 3D molecular structure in water of a $Mpr^5$-$ST_p$(5-17) peptide consisting of 13 amino acid residues from Cys(5) to Cys(17), whereby $ST_p$ is heat-stable enterotoxin produced by porcine strain of enterotoxigenic *E. coli* and Mpr is β-mercaptopropionic acid.  (*Ozaki 1991*, at 5934.)  Dr. Gupta admits that the amino acid composition of this peptide differs from that of linaclotide.  (*See, e.g.*, Gupta Report, ¶ 33.)

52.     Dr. Gupta agrees that the 3D structure in *Ozaki 1991* was obtained using X-ray crystallography of the $Mpr^5$-$ST_p$(5-17) peptide ***crystallized from water***.  (*Id.*, ¶ 34.)  Therefore, it is deemed to be native — *i.e.*, corresponding to that in aqueous solution.  Since linaclotide and the $Mpr^5$-$ST_p$(5-17) peptide are substantially ***distinct chemical compounds***, their respective native molecular structures are ***necessarily different***.

53.     The molecular structure of a protein or peptide in a non-aqueous solid state (*e.g.*, obtained by lyophilization, solvent precipitation, or spray-drying) generally would be expected by a POSA to differ greatly from the native one.  (*See* above ¶¶ 41-44.) This is yet another reason why the molecular structure of linaclotide in solid compositions ***cannot*** be legitimately inferred from that of the $Mpr^5$-$ST_p$(5-17) peptide in water, as Dr. Gupta contends.  (*See, e.g.*,

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Gupta Report, ¶¶ 32, 60-61, 64-65.)

54.     Dr. Gupta also fails to consider the likely role of hydrogen bonding in the susceptibility of linaclotide's $Asn^7$ to deamidation.  (Gupta Report, ¶¶ 40, 48, 59, 65-67.)  *Ozaki 1991* teaches that "[t]he toxin [*i.e.*, $Mpr^5$-$ST_p$(5-17)] molecule is conformationally stabilized not only by three intramolecular disulfide bonds but also by five intra- or inter-turn (intramolecular) hydrogen bondings, as shown in Fig. 4 and Table III."[8] (*Ozaki 1991*, at 5938.)  This emphasis in *Ozaki 1991* on the stabilizing role of hydrogen bonds is in agreement with the teachings of *Stryer 1988*, relied on by Drs. Block and Gupta.  (BIOCHEMISTRY (L. Stryer, 1988) ("*Stryer 1988*").)  *Stryer 1988* states that "[p]roteins are stabilized by many reinforcing hydrogen bonds."  (*Stryer 1988*, at 40.)  Moreover, *Ozaki 1991* states that "the water molecules hydrating the [$Mpr^5$-$STp$(5-17)] peptide play a role in … stabilization of the peptide" and "crystals of the present toxic peptide [*i.e.*, of $Mpr^5$-$STp$(5-17)] are hydrated by 13 water molecules per peptide molecule."  (*Id*., at 5939.)  Fig. 4 and Table III of *Ozaki 1991* show that four hydrogen bonds (two of them with crystallographic water) involve the sole Asn residue of the $Mpr^5$-$ST_p$(5-17) peptide.  (*Id.*, at 5937.)  Further, linaclotide's amino acid composition and primary structure are distinct from those of the $Mpr^5$-$ST_p$(5-17) peptide.  Thus, for this additional reason, its propensity to form hydrogen bonds (whether intramolecularly or with bound water) would necessarily differ as well.[9]  The differences in hydrogen bonding patterns between $Mpr^5$-$ST_p$(5-17) (aqueous native)

---

[8] Thus, *Ozaki 1991* also contradicts Dr. Gupta's exclusive reliance on disulfide bonds as a rigidifying factor in ST peptides.  (*See, e.g.*, Gupta Report, ¶¶ 32, 34, 48.)

[9] For example, while linaclotide possesses an N-terminal primary amino group — a likely participant in hydrogen bondings — the $Mpr^5$-$ST_p$(5-17) peptide lacks a terminal (or any other) amino group because its corresponding terminal residue (β-mercaptopropionic acid) is not even an amino acid.  Likewise, whereas the $Tyr^4$ residue in linaclotide can form hydrogen bonds both with other amino acid residues and with adjacent water, its counterpart Leu residue in the $Mpr^5$-$ST_p$(5-17) peptide cannot.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

and linaclotide (solid-state) would inevitably lead to structural differences in the rigidity between the two peptide molecules and, in turn, to different rates of Asn deamidation. Therefore, a POSA would **not** have been able to predict the rate of deamidation of linaclotide by examining the aqueous-crystal structure of $Mpr^5$-$ST_p$(5-17).

### (3)   *Sato 1994*

55.   Dr. Gupta opines that *Sato 1994* "shows [that] the side chain of the Asn residue is exposed on the surface of the peptide." (Gupta Report, ¶ 62.) *Sato 1994*, published by the same Osaka University research group as *Ozaki 1991*, also reports the 3D aqueous crystal structures of two additional $ST_p$ analogs determined by X-ray crystallography. Like the $Mpr^5$-$ST_p$(5-17) peptide, both of these analogs have amino acid compositions that are substantially distinct from that of linaclotide. Also, the molecular structures in *Sato 1994* are necessarily native (aqueous crystal form), and a POSA would not have been able to predict their counterpart structure in the dehydrated solid state (*e.g.*, obtained by lyophilization, solvent precipitation, or spray-drying), much less use them as a basis to predict linaclotide's 3D structure in the solid state. (*See* discussion above of *Ozaki 1991*, at ¶¶ 51-54.) Finally, Dr. Gupta asserts that linaclotide's supposedly "***rigid structure***" and its conformation that is supposedly "highly constrained by intrachain disulfide ***bonds locking the structure[] in place***" support his opinion that "linaclotide would have been expected to exist in a very similar 3D structure in solution and solid form." (Gupta Report, ¶¶ 32, 48 (emphases added).) But he takes no notice of the fact that this opinion is clearly ***contradicted*** by repeated assertions in his new reference, *Sato 1994*, that (1) $ST_p$ peptides even in aqueous crystals exhibit "***inherent flexibility*** at the junctions of the three [of its structural] segments and in the central segment," (2) demonstrate "***the flexibility*** of the central segment of the ST molecule," and (3) "demonstrate ***the flexibility of the molecular structure*** of ST." (*Sato 1994*, at Abstract, 8647, 8642 (emphases added).)

### (4)    *Handbook of Natural Toxins 1995*

56.    Dr. Gupta (based on his adoption of Dr. Block's opinions) also contends that

Figure 2 of the *Handbook of Natural Toxins 1995* shows that the Asn residue of ST (and by

extension, of linaclotide) would be "exposed." (Block Reply, ¶¶ 42, 49; Gupta Report, ¶¶ 34,

52.) During his deposition, Dr. Block testified that Figure 2 of the *Handbook of Natural Toxins*

*1995* (reproduced below) is just "a schematic drawing, not an actual structure." (Block Dep. Tr.,

at 144:6-12.) Indeed, the caption of Figure 2 refers to it as a "[s]chematic ribbon drawing."

(*Handbook of Natural Toxins 1995*, at 287.) A POSA would have needed to know the location

of the side chain of the Asn residue to see whether it was exposed, which is ***not*** shown. Dr.

Block agreed at his deposition that Figure 2 of the *Handbook of Natural Toxins 1995* "does not

show the side chains." (Block Dep. Tr., at 140:23-141:2.)



**Fig. 2**   Schematic ribbon drawing of the polypeptide backbone of an STh[6-18].

(*Handbook of Natural Toxins 1995*, at 287 ("N" within the upper left (clear) portion of the ribbon

stands for the Asn residue).)

57.    Dr. Gupta's reliance on the *Handbook of Natural Toxins 1995* is flawed for the

additional reason that Figure 2 is based on a native (*i.e.*, ***not*** solid-state) structure of STh(6-18).

The *Handbook of Natural Toxins 1995* states that Figure 2 was constructed using "nuclear

Overhauser effects (NOE) data obtained by two-dimensional [1]H-NMR spectroscopy (Ohkubo et

al. 1986)." (*Handbook of Natural Toxins 1995*, at 285.) NOE-NMR is an analytical method that

is performed using an aqueous solution.  Indeed, the *Handbook of Natural Toxins 1995* cites the

Ohkubo et al. 1986 reference titled "A conformational study of polypeptides in [aqueous]

solution by [1]H-NMR and distance geometry."  (*Id*., at 295.)  This confirms that Figure 2 was

based on a native (*i.e.*, ***not*** solid-state) structure.  ████████████████████████

████████████████████████████████████  (Block

Dep. Tr., at 146:12-15.)  A POSA would not have been able to predict peptide solid-state

structures from those in aqueous solution with a reasonable expectation of success.  (*See* above

¶¶ 41-44.)  And also as discussed above, since the structure of STh(6-18) would ***not*** be the same

as linaclotide's, a POSA could not have predicted one based on the other.  (*See* above ¶¶ 37-39.)

> **b.    A POSA would not have been able to predict in advance that**
> **linaclotide deamidation would be a major degradation**
> **pathway merely based on the presence of an Asn residue**

58.     Dr. Gupta contends that supposed "striking[] similar[ities]" between hGH and

linaclotide allow him to conclude that linaclotide would be susceptible to deamidation just like

hGH.  (Gupta Report, ¶ 48.)  He argues that a POSA would have understood that information

concerning the chemical degradation of a protein may be "extrapolate[d]" even to a much smaller

peptide's chemical degradation and that "chemical degradation is generally the same across the

board irrespective of size of peptides or proteins."  (*Id.*, ¶ 47.)  I disagree.  A "protein or peptide's

size" is actually highly relevant to its chemical degradation.[10]  The longer the polypeptide chain,

for example, the more sites of chemical degradation it can possess and the more the reactivity of

those sites is likely to be affected by the surrounding 3D structure.

---

10 To the extent Dr. Gupta merely contends that size of a peptide or a protein ***alone*** does
not determine the susceptibility and extent of its chemical degradation, I do not disagree.  Indeed,
***no*** single peptide or protein characteristic is solely responsible for its stability.  (Gupta Report, ¶
47.)

59.     Dr. Gupta takes the untenable position that hGH and linaclotide are "strikingly similar" because (1) they both have "compact structures," (2) both molecules comprise single polypeptide chains, (3) both are highly constrained by disulfide bonds, and (4) both contain Asn side chains exposed to solvent.  (Gupta Report, ¶ 48.)  I disagree.  hGH is almost 14-fold longer than linaclotide and contains nine Asn residues, rather than the single Asn residue in linaclotide. And even though hGH is far larger than linaclotide (191 amino acid residues *vs*. 14 amino acid residues, respectively), it contains fewer disulfide bonds than linaclotide (2 disulfide bonds vs. 3 disulfide bonds, respectively).  (*Id*.)  Therefore, the ratio of the number of disulfide bonds to the total number of amino acids residues in linaclotide is ***over 20 times greater*** than that in hGH (0.21/0.010).  Under Dr. Gupta's own framework, this much greater density of intramolecular disulfide bonds would make linaclotide far more conformationally constrained than hGH, and therefore, the molecules would not be "strikingly similar" at all.  (*See, e.g.*, *id.*, ¶¶ 34, 54.) Indeed, *Cleland 1993*, relied on by Drs. Block and Gupta, cites hGH as an example where conformational ***flexibility*** of the polypeptide chain is a key factor that enhances the role of deamidation.  *Cleland 1993* explains that "[f]urther support for the ***importance of the peptide chain flexibility is deamidation of Asn[149]*** in the sequence Asp-Thr-Asn-Ser-His in recombinant hGH."  (*Cleland 1993*, at 331 (emphases added).)  Indeed, *Cleland 1993* describes that far from being "highly constrained," as asserted by Dr. Gupta, "[t]he crystal structure of hGH shows [a] ***poorly ordered polypeptide conformation*** in the region of residues 147 to 153."  (*Id*.)  Dr. Gupta bases his "strikingly similar" argument on his assertion that "it was well known as of the priority date that both hGH and linaclotide have ***compact structures***."  (Gupta Report, ¶ 48 (emphasis added).)  In particular, Dr. Gupta states that "hGH is a ***compact***, constrained ***protein*** with a well-defined structure" and that "[l]inaclotide also has a ***compact structure***."  (*Id*.)  But this argument

ignores the teachings of *Stryer 1988*, relied on by Dr. Block, that states, in general, "[w]ater-soluble ***proteins*** fold into ***compact structures*** with nonpolar cores." (*Stryer 1988*, at 29 (emphasis added); Block Reply, ¶ 200.)  A POSA would have understood that there are thousands of single-chain globular proteins with "compact structures" containing disulfide bonds.  Under Dr. Gupta's theory, all of these proteins would be "strikingly similar" to linaclotide (and each other), which is nonsensical.  Thus, a POSA would ***not*** have arrived at Dr. Gupta's conclusion that hGH and linaclotide are "strikingly similar." (Gupta Report, ¶ 48.)

60.     Even assuming (incorrectly) that the Asn residue in linaclotide were "exposed," Dr. Gupta fails to explain to what extent its deamidation would occur upon storage and whether it would be a major or minor contributor to linaclotide's instability.  (*See* above ¶ 36.)

61.     For example, *Sorensen '278* discloses that two of hGH's Asn residues are not equally susceptible to deamidation.[11]  (Gupta Report, ¶ 48.)  In particular, *Sorensen '278* comments on the relative rates of deamidation of the $Asn^{149}$ and $Asn^{152}$ residues in hGH.  (*See, e.g.*, Block Reply, ¶ 217; *Sorensen '278*, at 2:1-3.)  *Sorensen '278* explains that "[d]eamidation takes place to a ***major extent*** at the Asn in position 149 and to a ***minor extent*** in position 152."[12] (*Sorensen '278*, at 2:1-3 (emphasis added).)  While Dr. Gupta does not provide a rationale for (and in fact, ignores) this conspicuous difference, there would have been no reason for a POSA to presume that the Asn residue in linaclotide, in terms of its propensity to deamidate, would be analogous to the $Asn^{149}$ as opposed to $Asn^{152}$ in hGH (or for that matter, to either of them).  Further, Dr. Gupta does not provide any basis for his assertion that hGH's "side chains of

---

[11] *Sorensen '858*, also relied upon by Drs. Block and Gupta, points out this fact as well. (U.S. Patent No. 6,022,858 ("*Sorensen '858*"), at 2:4-5.)

[12] *Sorensen '278* is silent on deamidation, if any, of the other seven Asn residues.

asparagine residues" are "exposed to [] solvent."  (Gupta Report, ¶ 48.)

62.     *Capelle 2007* discloses that "[t]he sequence, conformation and flexibility of the protein is important for the catalytic effect [on the rate of deamidation] of appropriate residues or side chains in close proximity to Asn and Gln." (*Capelle 2007*, at 132.)  Likewise, *Carpenter 2002* explains that rate of deamidation can be affected by a number of factors, all of which Dr. Gupta summarily disregards.  For example, *Carpenter 2002* states that rate of deamidation can be affected by "neighboring steric factors" within the protein molecule, as well as by protein conformation.[13] (*Carpenter 2002*, at 89.)  As noted in my Rebuttal Report, *Carpenter 2002* also states that "[o]ne would expect higher order structure to affect the proximity of functional groups relative to the labile Asn residue…could also inhibit or accelerate the rate of deamidation by influencing the local environment of the Asn residue and the stability of the transition state intermediates in the deamidation pathway…." (*Id.*; Klibanov Rebuttal, ¶ 50.)  Dr. Gupta fails to even acknowledge that, much less address how the higher order structure of linaclotide would "inhibit or accelerate the rate of deamidation." *Carpenter 2002* also states that "Asn and Asp residues in stable proteins are constrained by their conformation from attack by neighboring residues" and that "[d]ifferences in deamidation rates result when changes in protein conformation allow local flexibility in the polypeptide chain, thus allowing formation of the [cyclic] imide intermediate necessary for deamidation." (*Carpenter 2002*, at 90.)  If linaclotide is "intrinsically stable," as Dr. Gupta contends, then he fails to explain why linaclotide would be liable to deamidate in light of *Carpenter 2002*'s teachings that Asn residues in stable proteins "are constrained by their conformation from attack." (*See, e.g.*, Gupta Report, ¶ 39.)  Moreover,

---

[13] It is worth noting that in linaclotide the Asn's neighbor on the C-terminal side is Pro, which is a bulky and sterically constraining amino acid residue.

Dr. Gupta argues that linaclotide is "rigid." (*Id.*, ¶ 32.)  If this is the case, then Dr. Gupta fails to address how linaclotide would have the "local flexibility in the polypeptide chain" to allow for "formation of the imide intermediate necessary for deamidation," as taught by *Carpenter 2002*. (*Id.*; *Carpenter 2002*, at 90.)  Rather than focusing on a particular constituent amino acid residue (*e.g.*, presence of Asn residue) of linaclotide (or $Mpr^5$-$ST_p$(5-17) or STh(6-18)) in isolation, a POSA would instead have considered the peptide as a whole.  It is the 3D shape of a protein or a peptide as a whole that largely determines its stability to degradative processes, such as oxidation and deamidation, as Dr. Gupta himself expressly concedes in ¶ 63 of his report.  In other words, a POSA would have understood that simply looking at a particular amino acid residue of a protein or a peptide in isolation and ignoring the rest of the molecule would ***not*** be the proper way to analyze it.  Thus, the mere presence of certain amino acid residues in a protein or a peptide, by itself, would not have allowed a POSA to predict the molecule's actual susceptibility to various degradative processes.  Because distinct peptides are unique in their amino acid sequences, a reference discussing a particular peptide would ***not*** have given a POSA a reasonable expectation of success in developing a solid stable formulation of another distinct peptide, such as linaclotide in this case.  (*See, e.g.*, Klibanov Rebuttal, ¶ 50.)

### c. *Sorensen '278* would not have motivated a POSA to add leucine to a linaclotide formulation

63.     Dr. Gupta contends that *Sorensen '278* would have motivated a POSA to use leucine to reduce deamidation in a linaclotide formulation.  (Gupta Report, ¶¶ 48-49, 81.)  He opines that hGH and linaclotide are "strikingly similar" because they both (1) "have compact structures," (2) "are single chains," (3) are "highly constrained by intrachain disulfide bonds locking the structures in place," and (4) contain Asn "side chains exposed to solvent."  (*Id.*, ¶ 48.)  Dr. Gupta asserts that a POSA "would have considered the teachings of *Sorensen '278* to be

particularly relevant to preparing pharmaceutical formulations of linaclotide" because of these supposed "striking[] similar[ities]." (*Id.*, ¶¶ 48-49.) He also contends that "a POSA would not have been confused about whether the phosphate buffer or leucine provided the beneficial effect reported in Sørensen '278." (*Id.*, ¶ 49, fn. 8.)

64.     First, Dr. Gupta is incorrect because there was no suggestion that "phosphate buffer [] provided the beneficial effect reported in Sørensen '278." (*Id.*) Rather, as explained in my Rebuttal Report, *Sorensen '278* at most would have suggested to a POSA that phosphate buffer destabilizes hGH and that avoiding a phosphate buffer could potentially decrease deamidation. (Klibanov Rebuttal, ¶¶ 103, 113; *Sorensen '278*, at 6:14-51.)

65.     Second, I disagree with Dr. Gupta that the structures of hGH and linaclotide are "strikingly similar" and indeed find his assertion absurd given the 14-fold difference in size and the lack of any sequence homology. I explained in my Rebuttal Report that linaclotide and hGH are each structurally unique and have their own specific mechanisms of instability. (*See, e.g.*, Klibanov Rebuttal, ¶¶ 113-115.) Dr. Gupta offers no support for his proposition that in both linaclotide and hGH the Asn side chains are "exposed to solvent." (Gupta Report, ¶ 48.) Notably, *Sorensen '278* is silent on whether the side chains of any of hGH's nine Asn residues are "exposed to solvent." Nor, as explained above, would a POSA have been able to predict whether linaclotide's Asn side chain in a solid formulation would be "exposed to solvent." (*See* above ¶¶ 37-57.) In fact, there is no "solvent" there.

66.     Third, Dr. Gupta's claim about the role of leucine in the beneficial effect reported in *Sorensen '278* is unsubstantiated.[14] (Gupta Report, ¶ 49, fn. 8.) Dr. Gupta relies on an

_____

[14] Dr. Gupta cites to *Motheram 2007* to argue "that phosphate buffer did not affect the chemical stability of hGH as of the priority date." (Gupta Report, ¶ 49, fn. 8.) But Dr. Gupta does not cite to any specific place in *Motheram 2007* (a document that is 180 pages long), nor

example of *Sorensen '278* that he states demonstrates that "adding leucine to a pharmaceutal

composition comprising hGH reduced deamidation of hGH 25-30% **compared to the use of a**

**phosphate buffer**."  (*Id.*, ¶ 49 (emphasis added); *Sorensen '278*, at 6:14-51.)  As stated in my

Rebuttal Report, the passage relied on by Dr. Gupta supports a different conclusion: that a

phosphate buffer would not be a good choice for preparing a stable aqueous hGH formulation

because it gives less stability than an aqueous hGH formulation containing leucine instead.

(Klibanov Rebuttal, ¶¶ 103, 113; *Sorensen '278*, at 6:14-51.)  Moreover, I explained that a POSA

would not have concluded from *Sorensen '278* that leucine would provide a particular advantage

in stabilizing hGH.  In the example cited by Dr. Gupta, for instance, leucine was tested against

histidine and found to provide no additional stabilizing effect relative to that amino acid.  (*Id.*)  I

also explained that *Cleland 1993* — extensively cited by Dr. Block (and adopted by Dr. Gupta)

— confirms that phosphate was known to promote Asn deamidation.  (Klibanov Rebuttal, ¶¶

103, 113; *Cleland 1993*, at 338-339.)  ████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████  (Block Dep. Tr., at 187:19-188:13.)

In addition, *Pearlman 1989*, a publication about formulating hGH for pharmaceutical use,

confirms that deamidation of hGH can be reduced by "reducing the amounts of known catalysts

for deamidation, **such as phosphate ions**."  (R. Pearlman and T. Nguyen, *Formulation Strategies*

*for Recombinant Proteins: Human Growth Hormone and Tissue Plasminogen Activator*, *in*

THERAPEUTIC PEPTIDES AND PROTEINS: FORMULATIONS, DELIVERY, AND TARGETING 23 (D.

---

have I seen any, that clarifies this issue.  *Motheram 2007* never examined whether phosphate
buffer could have deleterious effects on hGH's stability.  Nor does *Motheram 2007* mention
leucine either.

Marshak and D. Liu, eds., 1989) ("*Pearlman 1989*"), at 25 (emphasis added).)  Furthermore, in

response to a question about whether *Sorensen '278* states that leucine stabilizes hGH or whether

phosphate buffer has a deleterious effect on hGH, Dr. Block testified at his deposition that "[i]t is

difficult to evaluate this simply because the details are not complete."  (Block Dep. Tr., at 193:5-

194:3.)



(*Id.*, at 195:21-

196:7 (emphasis added).)  I agree with Dr. Block's assessment during his deposition and note that

Dr. Gupta ignores Dr. Block's testimony about the teachings of *Sorensen '278*.

> ### d. Dr. Gupta's rationale for selecting leucine based on its surfactant-like properties is untenable and evidences hindsight bias

67.     Dr. Gupta opines that a POSA would have selected leucine as a stabilizer in a

linaclotide formulation because leucine "decreases the aggregation tendency [of polyclonal IgG

antibodies]" due to its "surfactant properties."  (Gupta Report, ¶ 75.)  I disagree.  As a

preliminary matter, as I have detailed previously, the inventors of the Formulation Patents found

that aggregation was ***not*** actually a major degradation pathway of linaclotide.  (*See* above ¶¶ 32-

33; Klibanov Rebuttal, ¶ 99.)  And even if aggregation were found to be a major degradation

pathway for linaclotide, Dr. Gupta fails to explain why a POSA would have been motivated to

use leucine to decrease aggregation, given that Drs. Block and Gupta both allege that a POSA

would have already selected $Ca^{2+}$ for that purpose.  (*See, e.g.*, Block Opening, ¶ 401; Block

Reply, ¶ 294.)

68.    In the Block Reports (totaling over 180 pages), Dr. Block lists all the benefits of adding leucine to a pharmaceutical formulation and all the degradation pathways it would supposedly reduce.  Yet, Dr. Block *never once* mentions that a POSA would have selected leucine to decrease aggregation.  (*See, e.g.*, Block Opening, ¶¶ 354-401; Block Reply, ¶¶ 113-173.)  Moreover, while entire sections in the Block Reports are devoted to reducing linaclotide's "expected" aggregation, these sections are silent on using a surfactant, much less leucine in particular.  (*See, e.g.*, Block Opening, ¶¶ 383-391; Block Reply, ¶¶ 197-207.)  In fact, the word "surfactant" never even appears in the Block Reports (adopted by Dr. Gupta).  Far from it being obvious to Dr. Block to use leucine in order to lower aggregation, he explicitly asserts that a POSA would *not* have used leucine to reduce aggregation: "[A] POSA would have reasonably expected that the following degradation pathways that were reasonably expected to contribute to linaclotide's instability would be reduced by *leucine or calcium cation, not both*:… Aggregation: reasonably expected to be reduced *by calcium cation*."  (Block Reply, ¶ 249 (emphasis added).)  I agree with Dr. Block that a POSA would *not* have expected that the aggregation of linaclotide would be reduced by leucine.  I further substantiate this view below when discussing the *Shiraki 2002* reference.  (*See* below ¶ 76; T. Shiraki *et al.*, *Biophysical Effects of Amino Acids on the Prevention of Protein Aggregation*, 132 J. BIOCHEM. 591 (2002) ("*Shiraki 2002*").)

69.    Even if a POSA somehow were looking to decrease aggregation of linaclotide and had chosen to use a surfactant, I disagree that the POSA would have chosen leucine specifically.  For example, *Glinski 1999*, introduced and relied on by Dr. Gupta, correctly calls leucine "a *very weak* surfactant."  (*See* below ¶ 78; J. Glinski *et al.*, *Surface Properties of Aqueous Solutions of*

*L-Leucine*, 84 BIOPHYSICAL CHEMISTRY 99 (2000) ("*Glinski 1999*"), at Abstract (emphasis added).)  Dr. Gupta fails to explain, nor does it make sense, why a POSA who wanted to use a surfactant would have used a "very weak" one.  A POSA instead would have undoubtedly selected a strong conventional surfactant (many of which are commonly used in pharmaceutical formulations, such as sodium dodecylsulfate ("SDS") or those within the Tween® surfactant family) over leucine.  (*See* below ¶ 77.)  Indeed, in the references relied on by Drs. Block and Gupta that discuss the use of surfactants in a pharmaceutical formulation, leucine is never even mentioned as a surfactant.  (*See, e.g.*, *Cleland 1993*, at 320-321; *Capelle 2007*, at 134.)  *Cleland 1993* lists numerous potentially suitable surfactants, such as SDS, polysorbates (*e.g.*, Tweens), polyethers (*e.g.*, Pluronics), but does not mention leucine.  (*Cleland 1993*, at 320-321.)  In *Capelle 2007*, Table 1 contains a list of over 60 "commonly used excipients in protein formulations."  That list contains multiple surfactants (poloxamers 188/407, polysorbates 20/40/80, and SDS), but ***not*** leucine in either this or any other excipient capacity.  (*Capelle 2007*, at 134.)

70.     Using hindsight and misguided reasoning, Dr. Gupta also relies on references about "dispersion efficiency of spray dried power formulations" where leucine was used for ***pulmonary*** administration (*i.e.*, delivery by inhalation) to allege that a POSA would have been motivated to use leucine as an excipient in a solid formulation of linaclotide.  (Gupta Report, ¶¶ 76-79.)  While this finding may be potentially useful for efficient particle delivery of ***aerosolized small-molecule*** drugs into the alveolar region of the lungs, it would ***not*** have been relevant to a POSA formulating an ***oral peptide*** therapeutic.  (*See* below ¶¶ 84-85, 88-90.)  In any event, Dr. Gupta's speculations in this regard contradict the teachings of *Carpenter 2002*, as discussed later in this report.  (*See* below ¶ 91.)

### (1)   *Szenczi 2006*

71.      Dr. Gupta asserts that "*Szenczi 2006* teaches the stabilizing effect of leucine in

protein antibody preparations." (Gupta Report, ¶ 75; A. Szenczi *et al.*, *The Effect of Solvent*

*Environment on the Conformation and Stability of Human Polyclonal IgG in Solution*, 34

BIOLOGICALS 5 (2006) ("*Szenczi 2006*").)  This assertion is misleading, and another statement in

the same paragraph of the Gupta Report — that *Szenczi 2006* showed that leucine "is included in

the list of standard stabilizers for proteins"— is demonstrably false.  (*See* below ¶ 76.)  *Szenczi*

*2006* discusses the structure and stability, including against thermal aggregation of a polyclonal

IgG (immunoglobulin G) antibody in aqueous solution in the presence of several excipients,

including sugars and leucine, as a function of pH.  *Szenczi 2006*'s abstract states that "[a]lthough,

0.3% leucine does not increase [IgG's] conformational stability, it decreases the aggregation

tendency."  Notably, the "aggregation tendency" in question is protein precipitation caused by

the heating of IgG's aqueous solutions at 75°C, which is distinct from potential aggregation of a

solid peptide formulation upon storage.[15]  (*Szenczi 2006*, at Abstract.)

72.      The anti-precipitation effect of leucine in *Szenczi 2006* is attributed by the authors

to the fact that it is a hydrophobic amino acid.  For example, the reference states that

"[h]ydrophobic amino acids could provide efficient additives against aggregation." (*Szenczi*

*2006*, at Abstract, 13.)  Therefore, if anything, a POSA would have concluded that more

hydrophobic amino acids would have been advantageous compared to leucine.  According to the

classical hydrophobicity scale of amino acids established by Nozaki and Tanford (cited in Dr.

Gupta's *Glinski 1999* reference) — which is still widely used today — the hydrophobicities of

---

15 Separately, *Szenczi 2006* concludes based on its data that leucine "[does] not affect the dimerization" of IgG.  (*Szenczi 2006*, at 10, 11.)

several common amino acids ***exceed*** that of leucine.  (*See Glinski 1999*, at 103; Y. Nozaki and C.

Tanford, *The Solubility of Amino Acids and Two Glycine Peptides in Aqueous Ethanol and*

*Dioxane Solutions. Establishment of the Hydrophobicity Scale,* 246 J. BIOL. CHEM. 2211 (1971)

("*Nozaki 1971*"), at 2216.)  In particular, tryptophan, norleucine, phenylalanine, and tyrosine are

more hydrophobic than leucine.  (*Nozaki 1971*, at 2216.)  Therefore, if a POSA were to use

amino acid's hydrophobicity as a guide, then that POSA would have selected one of these more

hydrophobic amino acids, ***not*** leucine, as an anti-aggregation excipient for linaclotide

formulations based on *Szenczi 2006*.

73.     Moreover, observations reported in *Szenczi 2006* underscore the ***unpredictability***

of excipients as protectors against protein aggregation.  *Szenczi 2006* states: "All the investigated

additives elicit a delay in the [IgG thermal] aggregation process, in these cases, aggregation

occurs later compared to the stabilizer-free reference.  Sugars [glucose and sorbitol], in lowered

concentration, have only little effect, but leucine delays the aggregation to a higher extent.

Increased amount of sorbitol (5%) produced the same effect as 0.3% leucine.  Interestingly,

***simultaneous addition of 1% sorbitol and 0.3% leucine slightly decreases the aggregation***

***delaying effect of leucine***." (*Szenczi 2006*, at 10 (emphasis added).)  *Szenzci 2006* further

explains that "[i]n case of simultaneous addition [of sorbitol and leucine], these agents appear to

act ***antagonistically*** on the kinetics of heat aggregation (Fig. 6)."  (*Id.*, at 12 (emphasis added).)

This complex and unpredictable observed behavior is contrary to Dr. Gupta's simplistic approach

to selecting protein stabilizers and ignores their frequently observed intricate mutual interactions

and influence on one another's effects.  (*See, e.g.*, Klibanov Rebuttal, ¶¶ 47, 52.)

74.     A POSA could not and would not have been able to make scientifically legitimate

inferences related to the stabilization of linaclotide against aggregation in solid formulations

based on the heat-induced precipitation of IgG from aqueous solution reported in *Szenczi 2006*. Even aside from some 100-fold greater size and vastly distinct 3D structure of the IgG molecules, linaclotide by definition cannot fall out of solution in its solid compositions, thus eliminating a supposed need for adding leucine.  This is especially true since *Szenczi 2006* found that leucine did "not increase [protein's] conformational stability."  (*Szenczi 2006*, at Abstract, 11.)  Furthermore, Dr. Gupta's basis for concluding that hGH and linaclotide are "strikingly similar" and that ST peptides and linaclotide would have similar stability properties is that they (1) "have a single [poly]peptide chain," (2) are "highly constrained peptide[s]," (3) possesses "rigid structure[s]," and (4) have "compact structure[s]."  (Gupta Report, ¶¶ 32, 48.)  In stark contrast to these features, as expressly taught in the *Stryer 1988* reference relied on by Drs. Block and Gupta, *Scenczi 2006*'s IgG (1) has ***multiple*** (*i.e.*, ***not*** "single") polypeptide chains, (2-3) is a "***flexible***" and "***mobil[e]***" molecule that "contains a hinge that gives it ***segmental flexibility***" (*i.e.*, is ***neither*** "highly constrained" ***nor*** "rigid"), (4) which "has the shape of the letter Y" or "T-shaped" (*i.e.*, is ***not*** "compact").  (*Stryer 1988*, at 893-894, 901.)  Thus, by Dr. Gupta's own reasoning, a POSA would ***not*** have applied the IgG findings of *Szenczi 2006* to stabilizing linaclotide's compositions.

75.     In addition to the foregoing, even if a POSA were somehow motivated to search for amino acids that can protect peptides or proteins against aggregation, that POSA would ***not*** have relied on *Szenczi 2006* where leucine was ***the only amino acid tested*** to inhibit thermal precipitation ***of just a single protein***, IgG.  Rather, a POSA would have relied on a prior-art study where many different amino acids were compared to each other with respect to their ability to protect multiple unrelated proteins against various types of aggregation.  *Shiraki 2002*, discussed in the next paragraph, is an example of such a comprehensive study.

76.     *Shiraki 2002* examined the effect of 15 different amino acids (including leucine) on two types of protein aggregation, heat-induced aggregation (similar to *Szenczi 2006*) and dilution-induced aggregation, of eight different proteins.  (*Shiraki 2002*, at Abstract.)  Focusing first on hen egg-white lysozyme,[16] *Shiraki 2002* found that **arginine and lysine** were by far the most effective amino acids in preventing protein denaturation (regardless of whether it was heat- or dilution- induced) and expressly stated that both were much more potent than leucine. (*Shiraki 2002*, at 593-594.)  Arginine was also determined to be the strongest anti-aggregation amino acid for all the other seven proteins studied.  For example, *Shiraki 2002* discloses that "Arg has the most significant effect on the prevention of aggregation of various kinds of proteins despite differences in [their] p*I* [isoelectric point] and molecular weight." (*Shiraki 2002*, at 595.) In fact, *Shiraki 2002* repeatedly concludes "that **hydrophilicity rather than hydrophobicity** of the additive is the important factor for preventing [protein] aggregation." (*Id*. (emphasis added).) Therefore, if anything, a POSA would have selected the amino acids arginine or lysine, **not** leucine (as advocated by Dr. Gupta), to protect linaclotide against aggregation.  Notably, an extra benefit of lysine, for example, would have been its potential to be more effective than leucine in protecting linaclotide against formaldehyde-mediated degradation.  (*See, e.g.*, Klibanov Rebuttal, ¶¶ 109-110; *see* below ¶ 97.)

77.     Finally, Dr. Gupta ignores other reported methods of effectively inhibiting protein aggregation that involve **no** amino acids, much less specifically leucine.  For example, *Carpenter 2002* discloses that the surfactants Tween 20 (a brand name for polysorbate 20) and Pluronic F88

---

16 According to Dr. Gupta, this protein should be even more "strikingly similar" to linaclotide than hGH because it is closer to linaclotide in terms of size and the number of disulfide bonds, while also being "a compact, constrained protein with a well-defined structure" and "having a single peptide chain."  (Gupta Report, ¶ 48.)

(a brand name for a polyethylene glycol polypropylene glycol block copolymer) "greatly reduced the extent of aggregation" of hGH in aqueous solution.  (*Carpenter 2002*, at 152-153.)  Because Dr. Gupta contends that "hGH and linaclotide are strikingly similar," there would have been no reason for a POSA to use leucine, rather than these well-known surfactants, to stabilize linaclotide against aggregation based on such prior-art teachings.  (Gupta Report, ¶ 48.)

### (2)   *Glinski 1999*

78.     Dr. Gupta asserts that *Glinski 1999* shows that "leucine causes a change in properties of water and decreases the surface tension of solution in a concentration and pH dependent manner, thereby acting as a surfactant…."  (Gupta Report, ¶ 76.)  But he neglects to mention that *Glinski 1999* also states that "L-Leucine was found to be a ***very weak*** surfactant." (*Glinksi 1999*, at Abstract (emphasis added).)  Therefore, to the extent that Dr. Gupta stresses the surfactant properties of leucine, it highlights that a POSA, if anything, would have selected a strong conventional pharmaceutically acceptable surfactant instead of leucine.  (Gupta Report, ¶¶ 76, 77, 79; *see also* above ¶ 77; *see, e.g.*, *Cleland 1993*, at 320-321.)

79.     It is also noteworthy that ***any*** surfactant (and with respect to pH, any other ionic surfactant), not just leucine, would necessarily "cause[] a change in properties of water and decrease[] the surface tension of solution in a concentration and pH dependent manner."  (Gupta Report, ¶ 76.)  Furthermore, as reflected even by the title of the *Glinski 1999* publication, leucine was the ***only*** amino acid that was the subject of surface properties examination in the paper. Therefore, without hindsight, a POSA would have had ***no*** reason to select leucine in particular as a surfactant, especially given the numerous other surfactants that were well-known and available at the time, including many that were approved as pharmaceutical excipients in solid dosage forms, including for oral administration.

80.     Furthermore, according to the authors of *Glinski 1999*, the reason that "L-

[l]eucine was chosen as the solute [therein was] because its molecule is rather small and structurally very similar to those of short-chained normal alcohols investigated recently [such as n-butanol and n-propanol]." (*Glinski 1999*, at 100, *see also*, at 102.)  First, several other common amino acids meet these criteria at least as well, including valine, isoleucine, norleucine, and norvaline.  Second, this stated reason in *Glinski 1999* for selecting leucine certainly would ***not*** have motivated a POSA to use leucine for stabilizing linaclotide in solid pharmaceutical compositions, much less provided a reasonable expectation of success.

81.     *Glinski 1999* reports measuring the surface tension of neutral, acidic, and alkaline aqueous solutions as a function of the concentration of L-leucine and of the temperature. (*Glinski 1999*, at 101.)  *Glinski 1999* neither concerns nor has anything to do with (1) pharmaceutical compositions or dosage forms, much less solid ones; (2) oral (or any other) drug administration; (3) proteins or peptides or their properties; or (4) linaclotide, let alone its stability.  Therefore, I disagree with Dr. Gupta that *Glinski 1999* is "within the scope of the art relevant to preparing a suitably stable formulation of linaclotide." (Gupta Report, ¶ 56.)

### (3)     *Matubayasi 2002*

82.     Dr. Gupta asserts that his newly introduced *Matubayasi 2002* reference "showed that leucine molecules can form a film at the [aqueous] surface and have the property of decreasing the surface tension in proportion to their concentration in the system." (*Id.*, ¶ 76; N. Matubayasi *et al.*, *Thermodynamic Quantities of Surface Formation of Aqueous Electrolyte Solutions*, 250 J. COLLOID & INTERFACE SCI. 431 (2002) ("*Matubayasi 2002*"), at Abstract.)  Dr. Gupta further asserts that *Matubayasi 2002* "also showed that this effect from leucine is higher than from the other aliphatic amino acids with hydrophobic side chains such as valine, alanine, and glycine. (*Matubayasi 2002*, at Fig. 12.)" (*Id.*)  Dr. Gupta fails to mention, however, that ***any*** surfactant "can decreas[e] the surface tension in proportion to their concentration in this system."

In fact, this is the reason why they are called surface-active agents or surfactants.  Thus, as with *Glinski 1999* above, there is nothing unique from this perspective about leucine in particular.  And while leucine may be a better surfactant than valine, alanine, or glycine, it still "a very weak surfactant" and indeed far inferior when compared to conventional pharmaceutical surfactants like SDS or Tweens®.  (*See* above ¶ 78.)

83.    *Matubayasi 2002* reports measuring the surface tension of aqueous solutions of several aliphatic amino acids, including leucine, as a function of their concentrations and of the temperature.  Like *Glinski 1999*, *Matubayasi 2002* neither concerns nor has anything to do with (1) pharmaceutical compositions or dosage forms, much less specifically solid ones; (2) oral (or any other) drug administration; (3) peptides or proteins or their properties; or (4) specifically linaclotide, let alone its stability.  Therefore, I disagree with Dr. Gupta that *Matubayasi 2002* is "within the scope of the art relevant to preparing a suitably stable formulation of linaclotide." (Gupta Report, ¶ 56.)

### (4)    *Raula 2007*

84.    Dr. Gupta contends that *Raula 2007* would have further motivated a POSA to use leucine as an excipient in a solid formulation of linaclotide.  (*Id.*, ¶ 78; J. Raula *et al.*, *Study of the Dispersion Behaviour of L-Leucine Containing Microparticles Synthesized with an Aerosol Flow Reactor Method*, 177 POWDER TECHNOL. 125 (2007) ("*Raula 2007*").)  I disagree.  *Raula 2007* reports using leucine to optimize the production by spray-drying of particles containing either the drug salbutamol sulfate or a NaCl control.  The resultant powders are expressly intended for pulmonary administration (*i.e.*, delivery by inhalation) in an aerosol form.  (*Raula 2007*, at 125.)  Salbutamol sulfate is a low-molecular-weight drug used to treat asthma and other lung disorders.  Salbutamol sulfate is not even an amino acid, much less a peptide, and is structurally and/or functionally unrelated to linaclotide.

85.     The main finding of *Raula 2007* related to leucine is that "[i]n general, the incorporation of L-leucine improved [particle] dispersion efficiency as well as decreased dependence on dispersing flow rate of all the powders." (*Raula 2007*, at Abstract.)  This finding concerning efficient particle delivery of aerosolized drugs into the alveolar region of the lungs would not be helpful to a POSA attempting to formulate a solid oral dosage form of linaclotide. Moreover, Dr. Gupta again uses hindsight to focus on "preparing capsules filled with spray coated beads" to ensure content uniformity in solid dosage forms containing small amount of active ingredients.  (Gupta Report, ¶ 79.)  In any event, there were many other common techniques, such as lyophilization, that a POSA could have used to ensure content uniformity in a solid oral dosage form that would not have needed leucine.

86.     Because leucine was the ***only*** dispersing excipient examined in *Raula 2007*, there was no comparison of its efficiency with other well-known and available surfactants, including a number of those suitable and approved for pharmaceutical formulations.  Consequently, there is no valid basis for Dr. Gupta's opinions that either "[t]he teachings of Raula 2007 [] would have further motivated a POSA to use leucine as an excipient in a solid formulation of linaclotide" or "the surfactant-like properties of leucine would have further motivated a POSA to use leucine in a solid oral formulation of linaclotide." (*Id.*, ¶¶ 78-79.)  Nor does Dr. Gupta provide any basis for his opinion that "a POSA would have been motivated to select leucine with a reasonable expectation that it would stabilize a linaclotide solid formulation." (*Id.*, ¶ 80.)  Dr. Gupta's opinions are nothing more than mere hindsight-driven speculations in view of the wide pharmaceutical utility of many other stabilizing agents referred to in *Raula 2007*.  (*Raula 2007*, at 125.)

87.     Finally, Dr. Gupta's assertion that *Raula 2007* supposedly demonstrated that "the

stability of the [salbutamol sulfate] formulation [] was improved by the addition of leucine" is false.  (Gupta Report, ¶ 79, fn. 17.)  The effect of leucine on drug stability was not even investigated in *Raula 2007*.  For all the foregoing reasons, I disagree with Dr. Gupta that *Raula 2007* is "within the scope of the art relevant to preparing a suitably stable formulation of linaclotide." (*Id.*, ¶ 57.)

### (5)    *Learoyd 2006*

88.    Dr. Gupta contends that *Learoyd 2006* would have further motivated a POSA to use leucine as an excipient in a solid formulation of linaclotide.  (*Id.*, ¶ 78; T. Learoyd *et al.*, *Chitosan-based Spray-dried Respirable Powders for Sustained Delivery of Terbutaline Sulfate*, 68 Eur. J. Pharm. Biopharm. 224 (2008) ("*Learoyd 2006*").)  I disagree.  *Learoyd 2006* reports using leucine as "an aerosolisation enhancer" and "a dispersibility enhancer" in order to optimize the production by spray-drying of particles containing the drug terbutaline sulfate.  (*Learoyd 2006*, at Abstract, 225.)  The resultant powders were expressly intended for pulmonary administration in the form of inhalable aerosols.  Terbutaline sulfate, like salbutamol sulfate in *Raula 2007*, is a low-molecular-weight drug used to treat asthma and other lung disorders.  It is not even a peptide and is structurally and/or functionally ***un***related to linaclotide.  Notably, the main focus of *Learoyd 2006* is not even on leucine but on the polysaccharide chitosan used as a drug-release modifier.  (*Id.*, at Abstract.)

89.    Dr. Gupta opines that *Learoyd 2006* teaches that "[l]eucine is a particularly hydrophobic amino acid, and its surfactant-like properties ***may*** result in the capacity for leucine to migrate to the droplet surface…." (*Id.*, at 230 (emphasis added); Gupta Report, ¶ 77.)  But Dr. Gupta fails to note that, according to the classical Nozaki and Tanford amino acid hydrophobicity scale, several common amino acids — *e.g.*, tryptophan, phenylalanine, and tyrosine — are more hydrophobic than leucine.  (*Nozaki 1971*, at 2216; *see* above at ¶ 72.)

Additionally, the use of the permissive word "may" by the authors of *Learoyd 2006* indicates that the quoted phrase is merely their hypothesis. Moreover, Dr. Gupta omitted part of the quoted sentence which explains that the role of leucine in *Learoyd 2006* concerns "highly dispersible particles that display optimal aerosolisation properties"— *i.e.*, it is limited to aerosols. (*Learoyd 2006*, at 230.)

90.    My comments concerning Dr. Gupta's hindsight focus on the effect of leucine on drug stability in his discussion of *Raula 2007* apply equally to *Learoyd 2006*. (*See* above ¶¶ 84-87.) In particular, Dr. Gupta's assertion that *Learoyd 2006* demonstrated that "the stability of the [terbutaline sulfate] formulation [] was improved by the addition of leucine" is false. (Gupta Report, ¶ 79, fn. 17.) The effect of leucine on drug stability was not even investigated in *Learoyd 2006*. For all the foregoing reasons, I disagree with Dr. Gupta's opinion that *Learoyd 2006* would have been "within the scope of the art relevant to preparing a suitably stable formulation of linaclotide." (*Id.*, ¶ 57.)

91.    Finally, presumably to buttress his hindsight-driven conclusion that "the surfactant-like properties of leucine would have further motivated a POSA to use leucine in a solid oral formulation of linaclotide," Dr. Gupta speculates that "[a] POSA would have understood that the teachings of Raula 2007 and Learoyd 2006 regarding spray dried formulations of solid formulations (i.e. dry powders) are applicable to preparing capsules filled with spray coated beads." (Gupta Report, ¶ 79.) In this regard, it is worth noting that the *Carpenter 2002* book has a whole chapter specifically entitled "Spray-Drying of Proteins." Tellingly, this chapter never even mentions leucine, and one of its central conclusions is: "The extent of protein aggregation and/or inactivation during and after spray drying can be minimized by means of formulation measures, *such as the inclusion of surfactants and stabilizing sugars*."

(*Carpenter 2002*, at 156 (emphasis added).)  Surfactants and certain sugars can also improve the morphology, shape, uniformity, and dispersibility of spray-dried protein particles.  (*Id.*, at 154.) Thus, Dr. Gupta's focus on leucine in this regard is a "red herring."

> **e.** ***Wahren '418*** **would not have motivated a POSA to use leucine in a linaclotide formulation**

92.     Dr. Gupta (based on his adoption of Dr. Block's opinions) relies on *Wahren '418* to argue that a POSA would have considered using leucine in a linaclotide formulation.  (Block Reply, ¶¶ 126-128; International Publication No. WO 2006/088418 A1 ("*Wahren '418*").) Specifically, Drs. Gupta and Block erroneously suggest that because "[l]eucine was a known water-soluble excipient used in pharmaceutical formulations, for example, as a lubricant in solid formulations," a POSA would have considered using leucine as a stabilizer of proteins and peptides.  (*Id.*).

93.     As explained in my deposition testimony, I disagree that *Wahren '418* would have motivated a POSA to investigate leucine in formulating a solid oral dosage form of linaclotide (or any other protein or peptide).  (Klibanov Dep. Tr., at 195:25-197:6.)  *Wahren '418* "relates to a composition being substantially free from water comprising a powder containing microencapsulated ***polyunsaturated long-chain esterified fatty acids***," as well as a process for producing the composition in capsule, tablet, or granule form, containers comprising that composition, and the use of those products.  (*Wahren '418*, at 1:4-12 (emphasis added).)  *Wahren '418* states that in some of those capsules "the composition may contain" leucine as one of many potential lubricants.  (*See, e.g.*, *Wahren '418*, at 8:5-9; *see also id.*, at 9:13-15.)  A POSA would not have looked to a ***lubricant*** contained in formulations of polyunsaturated long-chain ***esterified fatty acids*** when trying to ***stabilize*** a solid ***peptide*** composition.  Even assuming (incorrectly) that a POSA would have done so, there would have been many well-known lubricants to consider.

(*Id.*)  Only by hindsight do Drs. Gupta and Block focus on leucine.

94.    Moreover, Drs. Gupta and Block fail to take into account that *Wahren '418*, being limited to encapsulating "polyunsaturated long-chain esterified fatty acids," does not relate to formulating proteins or peptides at all.  (*See, e.g.*, *Wahren '418*, at 1:4-12.)  Indeed, *Wahren '418* does not disclose any formulation with a peptide or protein as an API, much less one containing linaclotide.  Therefore, a POSA would ***not*** have had a reasonable expectation that *Wahren '418*'s disclosures regarding lubricants for encapsulating fatty acid esters would be useful in developing a stable linaclotide formulation.

> **f.      A POSA would not have been motivated to scavenge formaldehyde in linaclotide formulations**
>
> > **(1)      Dr. Gupta's cited review articles do not even mention formaldehyde-mediated degradation**

95.    Dr. Gupta adopts Dr. Block's opinions relating to formaldehyde-mediated degradation, including Dr. Block's contention that it would have been an expected degradation pathway of linaclotide.  (Gupta Report, ¶ 82.)  As stated in my Rebuttal Report, Dr. Block's cited references regarding general peptide and protein instability in pharmaceutical formulations — *e.g.*, *Manning 1989*, *Cleland 1993*, *Volkin 1997*, *Capelle 2007* — are all conspicuously ***silent*** about formaldehyde-mediated degradation.  (*See, e.g.*, Klibanov Rebuttal, ¶ 91; *Manning 1989*; *Cleland 1993*; *Volkin 1997*; *Capelle 2007*.) ██████████████████████

███████████████████████████████████████████

████████████████████████████████████████████

███████████████ (Block Dep. Tr., at 201:21-23, 202:17-203:18.)

> > **(2)      Dr. Gupta does not deny that non-formaldehyde-emitting excipients existed in his cited references**

96.    In response to Dr. Block's argument (adopted by Dr. Gupta) that a POSA would

have been concerned with formaldehyde reacting with linaclotide, my Rebuttal Report explained that "it defies logic why a POSA would have chosen to formulate linaclotide with an excipient that is a formaldehyde source" and also pointed out that "Dr. Block does not argue that formaldehyde is present in all such materials or packaging or that it is impossible to use materials that contain no formaldehyde."  (Klibanov Rebuttal, ¶ 104; Block Opening, ¶¶ 336-338.)  I further noted that at least two of Dr. Block's cited references — *Li 2006* and *Del Barrio 2006* — confirm that a POSA would have simply avoided formaldehyde-emitting materials had formaldehyde been suspected as a drug-destabilizing factor.  Notably, those references explain that many excipients were available that do ***not*** contain formaldehyde (either inherently or due to aging-induced decomposition).  (*Id.*, ¶¶ 105, 119, 122-123; Z. Li *et al.*, *Detection and Quantification of Low-Molecular-Weight Aldehydes in Pharmaceutical Excipients by Headspace Gas Chromatography*, 1104 J. CHROMATOGR. A 1 (2006) ("*Li 2006*"), at 8; M. del Barrio *et al.*, *Simultaneous Determination of Formic Acid and Formaldehyde in Pharmaceutical Excipients Using Headspace GC/MS*, 41 J. PHARM. BIOMED. ANAL. 738 (2006) ("*Del Barrio 2006*"), at 738, 742.) ████████████████████████████████████████████

████████████████████████████████████████ (Block Dep. Tr., at 244:7-10, 253:10-13.)  Dr. Gupta does not deny that many non-formaldehyde-emitting pharmaceutical excipients existed even in his cited references and simply ignores Dr. Block's deposition testimony.  (*See, e.g.*, Gupta Report, ¶ 82.)

> **(3)** **Even if a POSA were motivated to reduce formaldehyde-mediated degradation, at least lysine and glycine would have been better amino acid formaldehyde scavengers than leucine**

97.     Dr. Gupta (through adoption of Dr. Block's opinions) takes the misguided and hindsight-driven position that a POSA somehow would have been motivated to add leucine to a

solid linaclotide formulation in order to "manage formaldehyde-mediated degradation." (Block Reply, ¶ 125.) As explained in my Rebuttal Report, however, a POSA would have had *no* rational reason to consider leucine over other potential stabilizers disclosed in Dr. Block's cited references. (*See, e.g.*, Klibanov Rebuttal, ¶¶ 108, 128.) Even assuming (incorrectly) that a POSA would have been motivated to reduce formaldehyde-mediated degradation when formulating a solid dosage form of linaclotide and somehow decided to do so using amino acids (as opposed to amines in general), that POSA would have reasonably expected that at least the common amino acids lysine and glycine would be *better* formaldehyde scavengers than leucine. The mechanism for scavenging formaldehyde involves reacting formaldehyde with amino groups to form Schiff's bases. Leucine has only one amino group, whereas lysine has two amino groups, thus making lysine a more attractive choice to a POSA attempting to scavenge formaldehyde. (*Id.*, ¶ 110; Klibanov Dep. Tr., at 169:11-16; *see also* Block Opening, ¶ 76 (where **R** is $CH_2CH(CH_3)_2$ for leucine and $CH_2CH_2CH_2CH_2NH_2$ for lysine).) Leucine has another disadvantage compared to lysine and glycine in that leucine is not very soluble in water. (Klibanov Rebuttal, ¶ 110; Klibanov Dep. Tr., at 169:17-20; *see also Glinski 1999*, at 100.) A POSA considering an amino acid for use in a solid peptide formulation would have understood the benefits of selecting one that is well soluble in water so that it can be more uniformly dispersed at a higher concentration with the API in the formulation. Glycine would also have been a more appealing formaldehyde scavenger than leucine because it has a much lower molecular weight and is more soluble in water. (Klibanov Dep. Tr., at 171:19-21.)

### 3.   Dr. Gupta's selection of $Ca^{2+}$ as an additive evidences hindsight bias

98.     Dr. Gupta speculates that "a POSA would have reasonably expected that the side chain of the linaclotide Glu residue in linaclotide in a solid formulation would be exposed on the surface of the peptide, which would allow calcium cations to form 'ionic linkages' or 'salt bridges'

with the peptide molecule, which in turn limit the interaction between peptide molecules, and thus reduce peptide dimerization." (Gupta Report, ¶ 89; Block Reply, ¶¶ 199-200.) Dr. Gupta bases this convoluted speculation on the 3D aqueous crystal structures of ST-related peptides determined in *Ozaki 1991* and *Sato 1994.*[17] As explained above, however, a POSA would not have been able to predict the structure of linaclotide in a dehydrated solid formulation — including the location of Glu's side chain — from the aqueous crystal structures of distinct peptides.[18] (*See* above ¶¶ 37-57.)

99.      Dr. Gupta fails to explain why a POSA would have expected an exposed Glu residue in linaclotide (even assuming it were actually exposed and not engaged in hydrogen bonding in a solid state) to form "ionic linkages or salt bridges." He (through adoption of Dr. Block's opinions) bases this contention on "Bentz '392 teach[ing] that metal cations reduce [PACAP, which stands for "pituitary adenylate cyclase polypeptide," and glucagon-like] peptide

---

[17] Dr. Gupta's hypothesis that $ST_p$ may act as a $Ca^{2+}$-binding peptide (ionophore) in a solid state based on structural data from *Sato 1994* is flawed because *Sato 1994* undeniably concerns the native structure of molecules that are not even linaclotide. (*See, e.g.,* Gupta Report, ¶¶ 37, 86, 87, 90.) Since the solid-state peptide structure generally would have been expected to differ greatly from the native one, a POSA would not have been able to predict the applicability of this hypothesis to solid-state compositions of $ST_p$-related peptides, much less to linaclotide specifically. (*Griebenow 1995.*)

[18] Dr. Gupta (through his adoption of Dr. Block's opinions) asserts, based on *Stryer 1988*, that because "physiologically active proteins and peptides spontaneously fold [and] form a three-dimensional structure in which the hydrophobic side chains of their amino acids are buried inside the three-dimensional structure and the polar and charged side chains of their amino acids are on the surface of the three-dimensional structure" that a negatively charged amino acid residue (*e.g.*, Glu in linaclotide) could interact with metal cations to form ionic linkages or salt bridges. (Block Reply, ¶ 200; *Stryer 1988*, at 30.) But the section of *Stryer 1988* cited by Drs. Gupta and Block expressly examines protein folding and side chain behavior in an "aqueous environment." (*Stryer 1988*, at 29-30.) As explained above, however, a POSA would not have been able to predict the structure of linaclotide in a dehydrated solid formulation — including the location of Glu's side chain and its noncovalent-bonding pattern — from teachings about peptide behavior in an "aqueous environment." (*See* above ¶¶ 37-57.)

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

dimerization by forming ionic linkages or salt bridges with the [PACAP and glucagon-like] peptide molecule, which in turn limit the interaction between [PACAP and glucagon-like] peptide molecules, and thus reduce [PACAP and glucagon-like] peptide dimerization." (Block Reply, ¶ 199.) But Dr. Gupta does not explain why a POSA would have expected linaclotide — a far different molecule than either PACAP or glucagon-like peptides in *Bentz '392* — to behave the same way. (Klibanov Rebuttal, ¶¶ 146-147; International Publication No. WO 04/039392 A2 ("*Bentz '392*").)

100.    Dr. Gupta also takes the untenable position that "a POSA would have reasonably expected that Asn deamidation would contribute to instability of a solid formulation of linaclotide" because *Rehder '326* teaches that polypeptides with exposed asparagine residues, such as antibodies, are susceptible to degradation via asparagine deamidation. (Gupta Report, ¶¶ 66-67.) As explained above, however, a POSA would not have been able to predict in advance that deamidation would be one of linaclotide's major degradation pathways merely based on the presence of an Asn residue. (*See, e.g.*, above ¶¶ 58-62.) A POSA would have understood that simply zeroing in on a particular amino acid residue of a protein or a peptide in isolation and ignoring the rest of the molecule would ***not*** be the proper way to analyze it. Thus, the mere presence of certain amino acid residues in a protein or a peptide, by itself, would not allow a POSA to predict the molecule's actual susceptibility to certain degradative processes. (*See* above ¶ 62.) Furthermore, as explained in my Rebuttal Report, a POSA would ***not*** have had a reasonable expectation that the techniques of *Rehder '326* for formulating antibody-type polypeptides, including the use of divalent metal ions such as $Ca^{2+}$, could be effectively applied to linaclotide. (Klibanov Rebuttal, ¶¶ 138-142.) Moreover, given the vast structural differences between linaclotide and antibodies, by Dr. Gupta's own reasoning, a POSA would ***not*** have

applied the antibody findings of *Rehder '326* to stabilizing linaclotide's compositions.  (*See* above ¶ 74.)

### 4.   A POSA would not have been motivated to combine $Ca^{2+}$ and leucine as additives to obtain the claimed solid stable linaclotide compositions

#### a.   A POSA would not have been motivated to add leucine and $Ca^{2+}$ to a formulation that is already stable

101.    Dr. Gupta states repeatedly "that a POSA would have reasonably expected linaclotide to be intrinsically stable." (*See, e.g.*, Gupta Report, ¶¶ 39, 59.)  Given that purported expectation of "intrinsic[] stab[ility]," he fails to explain why a POSA would have been motivated to formulate linaclotide with any stabilizers at all, let alone specifically with $Ca^{2+}$ and leucine.  As described in my Rebuttal Report, formulating linaclotide was no easy task and took the inventors of the Formulation Patents approximately three years to accomplish with numerous setbacks encountered along the way.  (Klibanov Rebuttal, ¶¶ 195-197; Fretzen Decl., ¶¶ 7, 11-18.)  This fact is consistent with, for example, the teachings of *Capelle 2007* that "[t]he formulation of protein drugs is a difficult and time-consuming process" and "protein formulation in the pharmaceutical industry is generally a slow process." (*Capelle 2007*, at Abstract, 132.)  A POSA would have had no reason to attempt this "difficult and time-consuming" undertaking if linaclotide was already "intrinsically stable."

#### b.   Dr. Gupta's cited references do not teach combining $Ca^{2+}$ and leucine in a solid linaclotide formulation

102.    None of the eight new references introduced by Dr. Gupta in support of his obviousness analysis, either by themselves or in combination with any of the references put forward by Dr. Block, teach or even suggest any reason to combine $Ca^{2+}$ and leucine in a solid linaclotide formulation.  In fact, like Dr. Block's cited references, none of Dr. Gupta's eight new references discloses leucine and $Ca^{2+}$ together in a formulation of ***any*** peptide or protein (or any

other drug type), including linaclotide.[19],[20]  Furthermore, none of Dr. Gupta's eight new

references even mentions linaclotide, much less its instability or stabilization.

> **c.    Dr. Gupta incorrectly asserts that determination of the claimed ratios of $Ca^{2+}$ and leucine would have been routine**

103.    Dr. Gupta contends that he has "seen no evidence or data to suggest that the molar

ratios claimed in the formulation patents are unexpected and/or anything but the result of routine

optimization."  (Gupta Report, ¶¶ 93-94.)  In any event, even though my Rebuttal Report

extensively discussed why the claimed ratios of $Ca^{2+}$ and leucine to linaclotide would not have

been obvious, Dr. Gupta simply ignores this discussion.  (Klibanov Rebuttal, ¶¶ 182-188.)  The

---

[19] Dr. Gupta (through his adoption of Dr. Block's opinions) asserts, citing *DiFeo 2003*, that drug and excipient compatibility testing is "routine" and that a POSA would have tested the compatibility of linaclotide with other excipients used in the formulation with $Ca^{2+}$ and leucine. (Block Reply, ¶ 55; T. DiFeo, *Drug Product Development: A Technical Review of Chemistry, Manufacturing, and Controls Information for the Support of Pharmaceutical Compound Licensing Activities*, 29 DRUG DEV. IND. PHARM. 939 (2003) ("*DiFeo 2003*").)  But there is nothing routine about finding the precise combination and concentration of excipients that would result in a stable linaclotide solid formulation.  Dr. Gupta ignores that there was an enormous number of possible combinations and concentrations of excipients that were available to a POSA at the time of the invention.  (Klibanov Rebuttal, ¶¶ 176-181.)  A POSA might have had to conduct thousands of tests to see how various excipients interacted with each other.  Even after those tests, a POSA may still have never arrived at the combination of $Ca^{2+}$ and leucine claimed in the Formulation Patents.  (*Id.*)  *DiFeo 2003*, a general review about "due diligence" for drug acquisition or licensing, does not even mention leucine, linaclotide, or calcium.  A POSA would not have had a reasonable expectation of success based on *DiFeo 2003* that a solid, room-temperature-stable formulation of linaclotide could be achieved.

[20] Dr. Gupta contends that "[b]ased on the generally followed procedures for formulating a stable product, a POSA would have been motivated to use a divalent cation and a primary amine compound, such as an amino acid, with a reasonable expectation that they would improve the stability of a linaclotide solid formulation."  (Gupta Report, ¶ 42.)  ████████ ████████ (LINZ_NDA0001835 (3.2.P.2.2 Drug Product (Linaclotide Capsules, 145 μg), at LINZ_NDA0001852-53).) ████████████████████████████████████████ ████ (Fretzen Dep. Tr., at 232:24-233:3 (emphasis added).)  Thus, Dr. Gupta's rationalization does **not** support his opinion about what a POSA would have reasonably expected ***at the time of the invention*** of the Formulation Patents.

fact remains that neither Dr. Block nor Dr. Gupta cites to prior-art protein or peptide formulations that use leucine and $Ca^{2+}$ together as stabilizers, let alone in the particular ratios or with the other claim elements present in the Formulation Patents.

104.    Dr. Gupta also states that "the data in Plaintiffs' NDA show that" $Ca^{2+}$ and leucine *individually* at a molar ratio to linaclotide anywhere in the range of 20-100:1 "stabilize linaclotide solid formulations." (Gupta Report, ¶ 94.) But even though these ratios of $Ca^{2+}$ and leucine to linaclotide cited in the LINZESS® NDA provide *some* stabilizing effect, a POSA would not have been able to predict the specific ratios in that range that would give rise to a solid linaclotide formulation possessing specific claimed stability levels. (*See, e.g.*, '628 patent, at claims 16, 17.)

### 5.    A POSA would not have had a reasonable expectation of successfully arriving at the claimed solid stable linaclotide compositions

105.    My Rebuttal Report explains in detail why a POSA would *not* have had a reasonable expectation of successfully arriving at the claimed solid stable linaclotide compositions of the Formulation Patents. (Klibanov Rebuttal, ¶¶ 189-194.) None of Dr. Gupta's eight new references, individually or in combination, change my opinions in this regard.

### B.    Dr. Gupta ignores Allergan and Ironwood's development work, which confirms the unpredictability and complexity of making a solid stable formulation of linaclotide

106.    My Rebuttal Report explained that the inventors of the Formulation Patents spent approximately three years and experienced numerous setbacks while attempting to develop room-temperature-stable solid linaclotide formulations. (Klibanov Rebuttal, ¶¶ 195-197; Fretzen Decl., ¶¶ 7, 11-18; Klibanov Dep. Tr., at 226:15-227:2.) This further undermines Dr. Gupta's opinions that the claimed inventions of the Formulation Patents would have been obvious to a POSA at the time of the invention. Dr. Gupta also ignores the real-world evidence that, although

linaclotide's amino acid sequence was known publicly by early 2005, **none** of Drs. Block's and Gupta's prior art recognized the problem of linaclotide's instability (indeed Dr. Gupta to this day calls linaclotide "intrinsically stable").  (*See, e.g.*, Gupta Report, ¶¶ 39, 59; Block Reply, ¶¶ 39, 44; U.S. Patent Application Publication No. 2005/0020811 A1 ("Currie '811").)  Only after a long effort and numerous setbacks the inventors of the Formulation Patents recognized and solved the problem of linaclotide's instability in a solid formulation.

## V.    UNEXPECTED RESULTS SUPPORT THE NONOBVIOUSNESS OF THE FORMULATION PATENTS

107.    Dr. Gupta's opinion that I supposedly have not "offered any data to support [my] assertion" that "it was unexpected that the combination of $Ca^{2+}$ and leucine decreased the deamidation rate of linaclotide" is misguided.  (Gupta Report, ¶ 96.)  In actuality, I expressly referred and cited to Dr. Fretzen's declaration — which is part of the prosecution history of the Formulation Patents — that describes many of the experiments conducted and results obtained by the inventors of the Formulation Patents.  (*See, e.g.*, Klibanov Rebuttal, ¶¶ 199-200; *see generally* Fretzen Decl.)

108.    To reiterate, a POSA would have understood that (1) if additive A (*i.e.*, $Ca^{2+}$) has **no effect** on the rate of degradative process X (*i.e.*, the deamidation of linaclotide) and (2) additive B (*i.e.*, leucine) **increased** the rate of that process X, then (3) it would be unexpected and certainly unpredictable that a combination of A and B would **decrease** the rate of process X, as discovered by the inventors of the Formulation Patents.  (*See, e.g.*, Klibanov Rebuttal, ¶¶ 199-200; *see also* Fretzen Decl., ¶¶ 15-17.)

109.    I find Dr. Gupta's analysis of the data in the '628 patent specification to be misguided. (Gupta Report, ¶¶ 98-105.)  He notes that because the '628 patent states that certain experimental data therein "are likely due to insufficient desiccant capacity at six months for these

particular storage conditions" they "do not appear to be reliable for drawing any conclusion to support Prof. Klibanov's opinion." (*Id.*, ¶ 100.) But as Dr. Gupta himself acknowledges elsewhere in his report, there are many other data in the Formulation Patents that do not have this supposed issue. In any event, I reaffirm my opinion that the totality of the data in the '628 patent combined with additional information provided in the Fretzen Declaration show that $Ca^{2+}$ and leucine together give rise to an unexpected storage stability of the claimed solid linaclotide compositions.

110. Dr. Gupta opines that Examples 9 and 11 of the '628 patent contradict my assertion that $Ca^{2+}$ had no effect on deamidation of linaclotide when used on its own. (Gupta Report, ¶¶ 104-105.) He compares Example 11 (a linaclotide formulation without either $Ca^{2+}$ or leucine) to Example 9 (a linaclotide formulation with $Ca^{2+}$ but no leucine) and concludes "that addition of calcium chloride [i.e., $Ca^{2+}$] decreased the amount of linaclotide hydrolysis." (*Id.*, ¶ 104.) Dr. Gupta is mistaken. As Dr. Fretzen explained, "$Ca^{2+}$ 'appeared to limit the degree of oxidation of linaclotide and slightly decreased the formation of a linaclotide-related impurity $Cys^1$-Imidazolidinone ($Cys^1$ -IMD)' but had no appreciable effect on deamidation." (Klibanov Rebuttal, ¶ 200; Fretzen Decl., ¶ 15.) This is what the data in Examples 9 and 11 show to a POSA. Table 7 of the '628 patent illustrates that the addition of $Ca^{2+}$ drastically reduced oxidation (from 1.18 to 0.2 area % by HPLC, *i.e.*, almost 6 fold) and also "slightly decreased the formation of … $Cys^1$-Imidazolidinone ($Cys^1$-IMD)" (1.38 to 1.06 area % by HPLC, *i.e.*, by 23%). (*Id.*) Table 7 also shows that $Ca^{2+}$ alone did not have much of an effect on hydrolysis (*i.e.*, Asn deamidation), changing the HPLC area % from 0.49 to 0.41 (*i.e.*, by only 16%).[21]

---

21 Dr. Gupta opines that "using $Ca^{2+}$ alone would improve the stability of a linaclotide solid formulation to a level that would be considered acceptable under the FDA guidelines on stability and shelf-life expectations." (Gupta Report, ¶ 104, fn. 18.) As before, Dr. Gupta fails to

('628 patent, at 23:6-36.)

111.   Comparing the '628 patent Examples 11 and 8 ($Ca^{2+}$-free linaclotide formulations without and with leucine, respectively) illustrates the statement made in my Rebuttal Report "that leucine strongly decreased the formation of $Cys^1$–IMD but increased the hydrolysis of linaclotide" (*i.e.*, deamidation of $Asn^7$).  (Klibanov Rebuttal, ¶ 200; Fretzen Decl., ¶ 15.)  Table 7 of the '628 patent indeed shows that the addition of leucine strongly ***decreased*** the formation of $Cys^1$-IMD" (from 1.38 to 0.49 area % by HPLC, *i.e.*, almost 3 fold) but ***increased*** the formation of hydrolysis (*i.e.*, Asn deamidation) product (from 0.49 to 1.85 area % by HPLC, *i.e.*, almost 4 fold).[22]  ('628 patent, at 23:6-36.)

112.   Examples 1, 3, 4, and 5 of the '628 patent show the unexpected results of combining $Ca^{2+}$ and leucine.  ('628 patent, at 18:25-19:20; 23:6-36.)  As seen in Table 7, each of these Examples contain both $Ca^{2+}$ and leucine and exhibit a much lower (several fold) deamidation area % by HPLC than Example 8, which contains leucine alone, even though $Ca^{2+}$ alone did not have much of an effect on Asn deamidation: 0.41 area % with $Ca^{2+}$ (Example 9) *vs.* 0.29 and 0.49 area % without $Ca^{2+}$ or any other divalent cation (Examples 10 and 11, respectively).  (*Id.*)

---

cite or provide a copy of the particular FDA guidelines he is referring to, thus making it impossible to independently verify his claim.  Additionally, as explained in my Rebuttal Report, a formulation with $Ca^{2+}$ alone only slightly decreased the formation of $Cys^1$-IMD, making it an unlikely candidate for FDA approval.  (Klibanov Rebuttal, ¶ 200.)  Finally, as noted above, Dr. Gupta's statement attributed to the FDA about how much of an impurity the FDA would consider acceptable cannot possibly be correct without a prior determination of the toxicity of the impurity in question.  The more toxic the impurity, the lower percentage thereof as an impurity would be deemed tolerable.  And Dr. Gupta provided no toxicity analysis of any linaclotide impurity.  (*See* above ¶ 30.)

22 Comparing Examples 8 and 9 to Example 10 (another linaclotide formulation without $Ca^{2+}$ or leucine) also demonstrates this same trend.

## VI.    CONCLUSION

113.    According to Dr. Gupta, a POSA would have expected linaclotide to be "intrinsically stable."  Thus, applying Dr. Gupta's logic, a POSA would not have been motivated to formulate linaclotide with any stabilizers at all, let alone specifically with $Ca^{2+}$ and leucine, much less with them combined in the claimed ratios.

114.    None of the prior-art references asserted by Defendants in this case, including the new references put forth in the Gupta Report, provide instability data for linaclotide or discuss linaclotide's degradation pathways.  As a result, even if a POSA were motivated to formulate linaclotide with stabilizers, that POSA would have been required to start from scratch in order to first uncover linaclotide's instability/degradation mechanisms.

115.    As Dr. Block admitted, it would have required undue experimentation to determine the main degradants of linaclotide formed upon aging.  In the absence of such a determination, a POSA seeking to formulate linaclotide with effective stabilizers would have been engaging in extensive empirical testing, *i.e.*, trial and error with no reasonable expectation of success.  Notably, there was no roadmap or guide to stabilizing-excipient selection available for solid oral peptide formulations in the prior art since it was such a rare endeavor at the time.

116.    Contrary to Dr. Gupta's suggestion, a POSA would have understood that simply looking at a particular amino acid residue of a protein or peptide in isolation (and comparing it to the same amino acid residue of another protein or peptide in isolation) and ignoring the rest of the molecule would ***not*** be a proper way to analyze the problem of selecting appropriate stabilizers.  Thus, the mere presence of certain amino acid residues in a protein or peptide, by itself, would not have allowed a POSA to predict the molecule's actual susceptibility to various degradative processes.  Indeed, the real-world evidence in this case shows that linaclotide's amino acid sequence was known publicly by early 2005, yet none of Drs. Block's and/or Gupta's

cited prior art recognized the problem of linaclotide's instability/degradation.

117.    Because there was no roadmap — and no ability to extrapolate based on the mere presence of a particular amino acid residue in linaclotide — a POSA seeking to find an effective stabilizer for linaclotide would have had to: (1) identify linaclotide's degradation pathways; (2) identify which of those degradation pathways were the most significant; and (3) ascertain the relative contributions of the degradation pathways.  Each of these requirements was, in and of itself, a daunting process, with no guidance and no reasonable expectation of success.  Drs. Block's and Gupta's cited references disclose numerous potential degradation pathways that a POSA would not have been able to rule out without significant experimentation.  And a POSA would have had no reasonable expectation of success in identifying the specific degradation pathways that actually operate for linaclotide, much less the major ones and their relative roles, without undue experimentation.

118.    Even if a POSA were able to identify linaclotide's major degradation pathways in a timely fashion, that POSA would still have to sufficiently eliminate them to arrive at the claimed solid stable compositions.  But that too was a daunting and unknown process.  It would have required trying to eliminate specific degradation pathways by selecting the right combination of excipients, out of thousands of excipients and their potential combinations, without also exacerbating other degradation pathways at the same time.  A POSA would have been trying one possibility after another out of thousands of possible choices without any indication of which parameters were critical and with no direction as to which of those combinations of excipients would likely be successful.  On top of that, a POSA would also be faced with having to identify which concentration(s) of each excipient would work, thus magnifying the uncertainty and requiring additional significant experimentation.  Under those

circumstances, a POSA would not have a reasonable expectation of success without undue experimentation.

119.    Confirming the lack of guidance in the prior art, Drs. Block and Gupta cite to no prior-art protein or peptide formulations that used leucine and $Ca^{2+}$ together as stabilizers, let alone in the claimed ratios or with the other claim elements present in the Formulation Patents, and certainly not in a linaclotide formulation.

120.    Without the benefit of hindsight, a POSA would not have known, and could not have known, that the combination of $Ca^{2+}$ and leucine would have led to unexpected favorable results.  The inventors of the Formulation Patents found that the combination of $Ca^{2+}$ and leucine provided unexpected stabilizing effects on linaclotide's three main degradation pathways: disulfide oxidation, $Asn^7$ deamidation, and formation of $Cys^1$-IMD.  Thus, even if a POSA would have had some knowledge of the major degradation pathways and an understanding of which excipients could have been used to reduce or eliminate those pathways, that POSA would not have had a reasonable expectation of success in arriving at the claimed combination of $Ca^{2+}$ and leucine because the POSA would not have expected the surprisingly beneficial stabilizing effects of that combination.

121.    Even if a POSA were to identify a combination of excipients that exhibited suppression of the degradation pathways of linaclotide, there would have been no reasonable expectation that such a combination would have resulted in a sufficiently stable linaclotide formulation to be commercially viable or pharmaceutically useful (including being shelf-stable for at least 18 months at room temperature).

122.    It took a sizable team of scientists (led by PhDs) about three years to arrive at the claimed formulations after many failed attempts and setbacks.  This real-world evidence of

nonobviousness contradicts Dr. Gupta's simplistic opinions on what a POSA would have done or could have accomplished without undue experimentation.

123.    To sum up, I believe that Dr. Gupta has failed to prove by clear and convincing evidence that the asserted claims of the Formulation Patents are invalid.

## VII.    TRIAL/HEARING EXHIBITS

124.    I may rely on visual aids and demonstratives that illustrate the bases of my opinions herein.  These visual aids and demonstrative exhibits may include interrogatory responses, deposition testimony and exhibits, scientific articles, charts, photographs, diagrams, videos, and animated or computer-generated videos.  I have not yet prepared any exhibits for use at trial as a summary, or in support, of the opinions expressed in this report, but I expect to do so in accordance with the Court's scheduling orders.

## VIII.   SUPPLEMENTATION OF OPINIONS

125.    I reserve the right to supplement or amend my opinions in light of any critique of my report, alternative evidence or opinions advanced by, or on behalf of, any Defendant, as well as additional evidence, testimony, discovery, or other information that may be provided to me after the date of this report.  In addition, I may be asked to consider and testify about issues that may be raised by Defendants' fact witnesses and technical experts at trial or in their reports.  It may also be necessary for me to modify or to supplement my opinions as a result of ongoing expert discovery, Court rulings, testimony at trial, or ongoing studies and investigations.

Dated:  September 20, 2019

Alexander M. Klibanov, Ph.D.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**                                    Page 64

# Exhibit A

**SECOND REBUTTAL EXPERT REPORT OF**
**PROFESSOR ALEXANDER M. KLIBANOV**
**(SEPTEMBER 20, 2019)**
*LIST OF MATERIALS CONSIDERED*

| No. | Description | Beginning Bates Number |
|-----|-------------|------------------------|
| 1 | U.S. Patent No. 8,748,573 ("the '573 patent") | LINZ_0007300 |
| 2 | U.S. Patent No. 8,802,628 ("the '628 patent") | LINZ_0010297 |
| 3 | File History for U.S. Patent No. 8,748,573 | LINZ_0007360 |
| 4 | File History for U.S. Patent No. 8,802,628 | LINZ_0010320 |
| 5 | Declaration of Angelika Fretzen (Fretzen Dep. Ex. 25) | LINZ_0007765 |
| 6 | Opening Expert Report of Lawrence H. Block, Ph.D., FAPRS, FAAPS, dated Nov. 9, 2018 ("Block Opening") | N.A. |
| 7 | U.S. Patent No. 5,130,298 ("*Cini '298*") | DEFS-LINA-00000932 |
| 8 | U.S. Patent No. 5,705,537 ("*Hartman '537*") | DEFS-LINA-00001041 |
| 9 | U.S. Patent No. 5,654,278 ("*Sørensen '278*") | DEFS-LINA-00000808 |
| 10 | U.S. Patent No. 5,874,106 ("*Adesunloye '106*") | DEFS-LINA-00002537 |
| 11 | U.S. Patent No. 6,022,858 ("*Sørensen '858*") | DEFS-LINA-00001036 |
| 12 | U.S. Patent No. 6,383,788 ("*Chan '788*") | DEFS-LINA-00000913 |
| 13 | U.S. Patent Application Publication No. 2005/0020811 A1 ("*Currie '811*") | DEFS-LINA-00000830 |
| 14 | U.S. Patent Application Publication No. 2008/0124326 A1 ("*Rehder '326*") | DEFS-LINA-00000994 |
| 15 | International Publication No. WO 02/26248 A1 ("*Marra '248*") | DEFS-LINA-00000938 |
| 16 | International Publication No. WO 04/039392 A2 ("*Bentz '392*") | IW_LINZ_00773253 |
| 17 | EP 0943336 A1 ("*Yanagawa '336*") | DEFS-LINA-00000813 |
| 18 | EP 1559433 A1 ("*Iwata '433*") | DEFS-LINA-00002331 |
| 19 | V. Andresen *et al.*, *Effect of 5 Days Linaclotide on Transit and Bowel Function in Females with Constipation-Predominant Irritable Bowel Syndrome*, 133 GASTROENTEROLOGY 761 (2007) ("*Andresen 2007*") | LINZ_0156019 |
| 20 | V. Andresen *et al.*, *Linaclotide Acetate*, 33 DRUGS OF THE FUTURE 570 (2008) ("*Andresen 2008*") | DEFS-LINA-00001046 |
| 21 | B. Chen *et al.*, *Influence of Calcium Ions on the Structure and Stability of Recombinant Human Deoxyribonuclease I in the Aqueous Lyophilized States*, 88 J. PHARM. SCI. 477 (1999) ("*Chen 1999*") | DEFS-LINA-00001059 |

| No. | Description | Beginning Bates Number |
|---|---|---|
| 22 | J. Cleland *et al.*, *The Development of Stable Protein Formulations: A Close Look at Protein Aggregation, Deamidation, and Oxidation*, 10 CRIT. REV. THER. DRUG CARRIER SYST. 307 (1993) ("*Cleland 1993*") | DEFS-LINA-00000251 |
| 23 | P. Crowley, *Excipients as Stabilizers*, 2 PHARM. SCI. TECHNOL. TODAY 237 (1999) ("*Crowley 1999*") | DEFS-LINA-00001065 |
| 24 | M. del Barrio *et al.*, *Simultaneous Determination of Formic Acid and Formaldehyde in Pharmaceutical Excipients Using Headspace GC/MS*, 41 J. PHARM. BIOMED. ANAL. 738 (2006) ("*Del Barrio 2006*") | DEFS-LINA-00001520 |
| 25 | The Food and Drug Administration's "Guidance for Industry for the Submission of Chemistry, Manufacturing, and Controls Information for Synthetic Peptide Substances" (1994) ("*FDA Guidance 1994*") | DEFS-LINA-00001072 |
| 26 | L. Harris *et al.*, *Drug Evaluation: Linaclotide, a New Direction in the Treatment of Irritable Bowel Syndrome and Chronic Constipation*, 9 CURR. OPIN. MOL. THER. 403 (2007) ("*Harris 2007*") | DEFS-LINA-00001092 |
| 27 | F. Hepner *et al.*, *Mass Spectrometrical Analysis of Recombinant Human Growth Hormone (Genotropin®) Reveals Amino Acid Substitutions in 2% of the Expressed Protein*, 3 PROTEOME SCI. 1 (2005) ("*Hepner 2005*") | DEFS-LINA-00001100 |
| 28 | HANDBOOK OF PHARMACEUTICAL EXCIPIENTS (R.C. Rowe *et al.*, eds., 2006) ("*HPE 2006*") | DEFS-LINA-00001088 |
| 29 | B. Lacy, *ACG 2006 – Evaluation and Treatment of IBS and Chronic Constipation*, MEDSCAPE GASTROENTEROLOGY, *available at* www.medscape.com (2006) ("*Lacy 2006*") | DEFS-LINA-00001116 |
| 30 | Z. Li *et al.*, *Detection and Quantification of Low-Molecular-Weight Aldehydes in Pharmaceutical Excipients by Headspace Gas Chromatography*, 1104 J. CHROMATOGR. A 1 (2006) ("*Li 2006*") | DEFS-LINA-00001125 |
| 31 | M.C. Manning *et al.*, *Stability of Protein Pharmaceuticals*, 6 PHARM. RES. 903 (1989) ("*Manning 1989*") | DEFS-LINA-00000581 |
| 32 | M. Capelle *et al.*, *High Throughput Screening of Protein Formulation Stability: Practical Considerations*, 65 EUR. J. PHARM. BIOPHARM. 131 (2007) ("*Capelle 2007*") | DEFS-LINA-00002383 |
| 33 | M. Metz *et al.*, *Identification of Formaldehyde-Induced Modifications in Proteins: Reactions with Model Peptides*, 279 J. BIOL. CHEM. 6235 (2004) ("*Metz 2004*") | DEFS-LINA-00001555 |

| No. | Description | Beginning Bates Number |
|---|---|---|
| 34 | *Linaclotide Shown to Improve Symptoms of Chronic Constipation in Phase 2A Study*, a Press Release by Microbia, published on Oct. 24, 2006 ("*Microbia Press Release 2006*") | DEFS-LINA-00001135 |
| 35 | *Microbia Announces Positive Phase 2 Results for its Investigational Compound Linaclotide*, a Press Release by Microbia, published on May 21, 2007 ("*Microbia Press Release 2007*") | DEFS-LINA-00001137 |
| 36 | REMINGTON: THE SCIENCE AND PRACTICE OF PHARMACY (A. Gennaro, ed., 2000) ("*Remington 2000*") | DEFS-LINA-00000616 |
| 37 | REMINGTON: THE SCIENCE AND PRACTICE OF PHARMACY (D.B. Troy *et al.*, eds., 2006) ("*Remington 2006*") | DEFS-LINA-00001143 |
| 38 | R. Senderoff *et al.*, *Aqueous Stability of Human Epidermal Growth Factor 1-48*, 11 PHARM. RES. 1712 (1994) ("*Senderoff 1994*") | DEFS-LINA-00001154 |
| 39 | T. Shaheen, *Best of DDW 2007, Highlights from Digestive Disease Week and the 108th Annual Meeting of the American Gastroenterological Association Institute*, 3 GASTROENTEROLOGY & HEPATOLOGY 620 (2007) ("*Shaheen 2007*") | DEFS-LINA-00001163 |
| 40 | BIOCHEMISTRY (L. Stryer, 1988) ("*Stryer 1988*") | DEFS-LINA-00002401 |
| 41 | M. Tajima *et al.*, *Role of Calcium Ions in the Thermostability of Thermolysin and* Bacillus subtilis *var.* amylosacchariticus *Neutral Protease*, 64 EUR. J. BIOCHEM. 243 (1976) ("*Tajima 1976*") | DEFS-LINA-00002532 |
| 42 | "The United States Pharmacopeia (USP 23): The National Formulary (NF18)" (1995) ("*USP 23*") | DEFS-LINA-00001181 |
| 43 | D. Volkin *et al.*, *Degradative Covalent Reactions Important to Protein Stability*, 8 MOLECULAR BIOTECH. 105 (1997) ("*Volkin 1997*") | DEFS-LINA-00001194 |
| 44 | Deposition of Angelika Fretzen, August 16, 2018 ("Fretzen Dep. Tr.") | N.A. |
| 45 | Microbia Lab Notebook No. 436, assigned to Angelika Fretzen | IW_LINZ_00000244 |
| 46 | Linaclotide Development Report CMC-103-DP-DTR-006 | IW_LINZ_00819338 |
| 47 | 3.2.P.2.1 Components of the Drug Product (Linaclotide Capsules, 145 µg) | LINZ_NDA0001823 |
| 48 | Linzess® Package Insert (Kunka Dep. Ex. 5) | N.A. |

| No. | Description | Beginning Bates Number |
|---|---|---|
| 49 | RATIONAL DESIGN OF STABLE PROTEIN FORMULATIONS: THEORY AND PRACTICE (John F. Carpenter & Mark C. Manning, eds., 2002) ("*Carpenter 2002*") | IW_LINZ_01054243 |
| 50 | W. Wang *et al.*, *Antibody Structure, Instability, and Formulation*, 96 J. PHARM. SCI. 1 (2007) ("*Wang 2007*") | IW_LINZ_01054486 |
| 51 | A. Daugherty *et al.*, *Formulation and Delivery Issues for Monoclonal Antibody Therapeutics*, 58 ADV. DRUG DELIV. REV. 686 (2006) ("*Daugherty 2006*") | IW_LINZ_01054465 |
| 52 | H. Costantino *et al.*, *Solid-Phase Aggregation of Proteins under Pharmaceutically Relevant Conditions*, 83 J. PHARM. SCI. 1662 (1994) ("*Costantino Pharm. Sci. 1994*") | IW_LINZ_01054547 |
| 53 | H. Costantino *et al.*, *Moisture-Induced Aggregation of Lyophilized Insulin*, 11 PHARM. RESEARCH 21 (1994) ("*Costantino Pharm. Research 1994*") | IW_LINZ_01054538 |
| 54 | A. Lewis *et al.*, *Challenges in the Delivery of Peptide Drugs: An Industry Perspective*, 6 THER. DELIV. 149 (2015) | IW_LINZ_01054566 |
| 55 | Drugs@FDA Entry for NDA 019955 (DDAVP® tablets), DRUGS@FDA, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=019955 (last visited January 14, 2019) | IW_LINZ_01054557 |
| 56 | Neoral® (cyclosporine) [package insert], East Hanover, NJ: Novartis Pharmaceuticals Corp., 2005 | IW_LINZ_01054581 |
| 57 | Sandimmune® (cyclosporine) [package insert], East Hanover, NJ: Novartis Pharmaceuticals Corp., 2006 | IW_LINZ_01054612 |
| 58 | Vancocin® HCl (vancomycin hydrochloride capsules) [package insert], Indianapolis, IN: Eli Lilly and Co., 2003 | IW_LINZ_01054641 |
| 59 | Vancomycin Hydrochloride Capsules [product monograph], Toronto, ON: Fresenius Kabi Canada Ltd., 2017 | IW_LINZ_01054647 |

| No. | Description | Beginning Bates Number |
|---|---|---|
| 60 | Drugs@FDA Entry for NDA 050108 (Coly-Mycin M® for injection), DRUGS@FDA, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=050108 (last visited January 14, 2019) | IW_LINZ_01054536 |
| 61 | Drugs@FDA Entry for NDA 050355 (Coly-Mycin S® oral suspension), DRUGS@FDA, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=050355 (last visited January 14, 2019) | IW_LINZ_01054537 |
| 62 | Product Names Beginning with "C," DRUGS@FDA, page 7, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=C (last visited January 14, 2019) | IW_LINZ_01054555 |
| 63 | Product Names Beginning with "C," Drugs@FDA, page 1, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=C (last visited January 14, 2019) | IW_LINZ_01054518 |
| 64 | Product Names Beginning with "C," DRUGS@FDA, pages 2, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=C (last visited January 14, 2019) | IW_LINZ_01054524 |
| 65 | Product Names Beginning with "C," DRUGS@FDA, pages 3, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=C (last visited January 14, 2019) | IW_LINZ_01054530 |
| 66 | Product Names Beginning with "A," DRUGS@FDA, page 5, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=A (last visited January 14, 2019) | IW_LINZ_01054512 |
| 67 | Product Names Beginning with "G," DRUGS@FDA, page 1, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=G (last visited January 14, 2019) | IW_LINZ_01054560 |

| No. | Description | Beginning Bates Number |
|---|---|---|
| 68 | Product Names Beginning with "T," DRUGS@FDA, page 1, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=T (last visited January 14, 2019) | IW_LINZ_01054632 |
| 69 | Product Names Beginning with "T," DRUGS@FDA, page 6, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=T (last visited January 14, 2019) | IW_LINZ_01054638 |
| 70 | Rebuttal Expert Report of Professor Alexander M. Klibanov, dated January 17, 2019 ("Klibanov Rebuttal") | N.A. |
| 71 | Reply Expert Report of Lawrence H. Block, Ph.D., FAPRS, FAAPS, dated Feb. 15, 2019 ("Block Reply") | N.A. |
| 72 | S. Aimoto *et al.*, *Chemical Synthesis of a Highly Potent and Heat-stable Analog of Enterotoxin Produced by a Human Strain of Enterotoxigenic* Escheria coli, 112 BIOCHEM. BIOPHYS. RES. COMMUN. 320 (1983) ("*Aimoto 1983*") | DEFS-LINA-00000172 |
| 73 | T. DiFeo, *Drug Product Development: A Technical Review of Chemistry, Manufacturing, and Controls Information for the Support of Pharmaceutical Compound Licensing Activities*, 29 DRUG DEV. IND. PHARM. 939 (2003) ("*DiFeo 2003*") | DEFS-LINA-00002697 |
| 74 | 3.2.P.1 Description and Composition of the Drug Product (Linaclotide Capsules, 72 µg) | LINZ_NDA0713481 |
| 75 | HANDBOOK OF NATURAL TOXINS: BACTERIAL TOXINS AND VIRULENCE FACTORS IN DISEASE (J. Moss *et al.*, eds., 1995) ("*Handbook of Natural Toxins 1995*") | DEFS-LINA-00000421 |
| 76 | International Publication No. WO 2006/088418 A1 ("*Wahren '418*") | DEFS-LINA-00002717 |
| 77 | Deposition of Alexander M. Klibanov, March 8, 2019 ("Klibanov Dep. Tr.") | N.A. |
| 78 | Deposition of Lawrence H. Block, March 20, 2019 ("Block Dep. Tr.") | N.A. |
| 79 | Expert Report of Pardeep K. Gupta, Ph.D., dated August 9, 2019 | N.A. |

| No. | Description | Beginning Bates Number |
|---|---|---|
| 80 | T. Sato *et al.*, *Structural Characteristics for Biological Activity of Heat-Stable Enterotoxin Produced by Enterotoxigenic* Escherichia coli: *X-ray Crystallography of Weakly Toxic and Nontoxic Analogs*, 33 BIOCHEMISTRY 8641 (1994) ("*Sato 1994*") | DEFS-LINA-00000669 |
| 81 | H. Ozaki *et al.*, *Molecular Structure of the Toxic Domain of Heat-stable Enterotoxin Produced by a Pathogenic Strain of* Escherichia coli, 266 J. BIOL. CHEM. 5934 (1991) ("*Ozaki 1991*") | LINZ_0107080 |
| 82 | A. Szenczi *et al.*, *The Effect of Solvent Environment on the Conformation and Stability of Human Polyclonal IgG in Solution*, 34 BIOLOGICALS 5 (2006) ("*Szenczi 2006*") | DEFS-LINA-00004970 |
| 83 | J. Glinski *et al.*, *Surface Properties of Aqueous Solutions of L-Leucine*, 84 BIOPHYSICAL CHEMISTRY 99 (2000) ("*Glinski 1999*") | DEFS-LINA-00004939 |
| 84 | N. Matubayasi *et al.*, *Thermodynamic Quantities of Surface Formation of Aqueous Electrolyte Solutions*, 250 J. COLLOID & INTERFACE SCI. 431 (2002) ("*Matubayasi 2002*") | DEFS-LINA-00004955 |
| 85 | J. Raula *et al.*, *Study of the Dispersion Behaviour of L-Leucine Containing Microparticles Synthesized with an Aerosol Flow Reactor Method*, 177 POWDER TECHNOL. 125 (2007) ("*Raula 2007*") | DEFS-LINA-00004962 |
| 86 | T. Learoyd *et al.*, *Chitosan-based Spray-dried Respirable Powders for Sustained Delivery of Terbutaline Sulfate*, 68 EUR. J. PHARM. BIOPHARM. 224 (2008) ("*Learoyd 2006*") | DEFS-LINA-00004944 |
| 87 | H. Hu *et al.*, *β-Sheet Structure of Proteins in Solid State as Revealed by Circular Dichroism Spectroscopy*, 62 BIOPOLYMERS (BIOSPECTROSCOPY) 15 (2001) ("*Hu 2001*") | DEFS-LINA-00004932 |
| 88 | Rajeshwar Motheram, *Behavior of Recombinant Human Growth Hormone at Solid / Liquid Interfaces*, University of the Sciences in Philadelphia (Mar. 2007) (Ph.D. Dissertation) ("*Motheram 2007*") | DEFS-LINA-00004980 |

| No. | Description | Beginning Bates Number |
|---|---|---|
| 89 | 3.2.P.2.2 Drug Product (Linaclotide Capsules, 145 µg) | LINZ_NDA0001835 |
| 90 | Y. Nozaki and C. Tanford, *The Solubility of Amino Acids and Two Glycine Peptides in Aqueous Ethanol and Dioxane Solutions. Establishment of the Hydrophobicity Scale,* 246 J. BIOL. CHEM. 2211 (1971) ("*Nozaki 1971*") | LINZ_0173074 |
| 91 | T. Shiraki *et al.*, *Biophysical Effects of Amino Acids on the Prevention of Protein Aggregation*, 132 J. BIOCHEM. 591 (2002) ("*Shiraki 2002*") | LINZ_0173094 |
| 92 | K. Griebenow and A. Klibanov, *Lyophilization-induced Reversible Changes in the Secondary Structure of Proteins*, 92 PROC. NATL. ACAD. SCI. USA 10969 (1995) ("*Griebenow 1995*") | LINZ_0169785 |
| 93 | R. Pearlman and T. Nguyen, *Formulation Strategies for Recombinant Proteins: Human Growth Hormone and Tissue Plasminogen Activator*, *in* THERAPEUTIC PEPTIDES AND PROTEINS: FORMULATIONS, DELIVERY, AND TARGETING 23 (D. Marshak and D. Liu, eds., 1989) ("*Pearlman 1989*") | LINZ_0173082 |
| 94 | All documents, publications, or other items cited in the body of this report. | N.A. |

TAB B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALLERGAN SALES, LLC, FOREST )
LABORATORIES HOLDINGS, LTD., )
ALLERGAN USA, INC., and IRONWOOD )
PHARMACEUTICALS, INC., )
)
)     Plaintiffs, )     C.A. No. 16-1114 (RGA)
)     Consolidated
v. )
)
TEVA PHARMACEUTICALS USA, INC. )
and SANDOZ INC., )
)
)     Defendants. )
)

## PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE*

OF COUNSEL:

Peter J. Armenio, P.C.
Robert B. Wilson
Anne S. Toker
Laura L. Fairneny
Krista M. Rycroft
Sky Adams
Christopher P. Hill
Allyson Parks
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue
New York, NY 10010
(212) 849-7000

Gregory A. Morris
Vikram A. Mathrani
Simeon G. Papacostas
HONIGMAN LLP
155 North Wacker Drive, Suite 3100
Chicago, IL 60606
(312) 701-9300

December 9, 2019

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiffs*

By their motion, Defendants seek to preclude Plaintiffs from eliciting evidence of teaching away with respect to the formulation patents during their cross-examination of Defendants' substitute formulation expert, Dr. Gupta.  But the evidence in question only came to light during Dr. Gupta's October 17, 2019 deposition and November 27, 2019 deposition errata.  By their motion, Defendants seek to bury that evidence.  If there is any prejudice, it would be to Plaintiffs if they are precluded from fully cross-examining Dr. Gupta at trial.  Defendants' motion *in limine* should be denied.

Dr. Gupta's deposition testimony undercuts Defendants' obviousness theories with respect to the formulation patents, and refutes any supposed motivation to combine the prior art with a reasonable expectation of success.  *In re Cyclobenzaprine Hydrochloride Extended-Release Capsule Patent Litig.*, 676 F.3d 1063, 1068-69 (Fed. Cir. 2012) (obviousness requires clear and convincing evidence that a POSA would have had reason to combine the teaching of the prior art references to achieve the claimed invention and would have had a reasonable expectation of success in doing so).  Thus, it is beyond dispute that Dr. Gupta's testimony is relevant.

Apparently conceding on relevance, Defendants argue that Plaintiffs' reliance on Dr. Gupta's admissions of teaching away is late under the Scheduling Order.  But that argument is meritless.  After the close of expert discovery, and as the parties were preparing for a June 2019 trial, Defendants requested that they be allowed to serve an expert report from Dr. Gupta as a "substitute" formulation expert.  (D.I. 281.)  On August 9, Plaintiffs received an expert report from Dr. Gupta that added new opinions, which the Court allowed given Plaintiffs' ability to, *inter alia*, depose Dr. Gupta.  (D.I. 300; Ex. A, 8/26/2019 Hearing Tr., at 15:1-10 ("THE COURT:  '…You still have plenty of time to respond.  And then depositions would be available

for Dr. Gupta … '".)  When Plaintiffs deposed Dr. Gupta as permitted by the Court, they learned

about Dr. Gupta's new opinions, but also learned that the prior art and the general knowledge of

a person of ordinary skill in the art (POSA) taught away from the asserted claims to formulations

of linaclotide with calcium and leucine.  Defendants chose not to ask Dr. Gupta about his

admissions on redirect at his deposition.  Having offered new opinions from Dr. Gupta to support

their case, Defendants now want to exclude his deposition admissions that undercut their case.

That would be grossly unfair.

As an example of the admissions Defendants want to exclude, Dr. Gupta testified that a

POSA would have selected calcium as an excipient because it increases the stability of a protein

drug in the gastrointestinal tract of a patient.  (Ex. B, Gupta Dep. Tr., at 214:15-215:9.)  But

Defendants' peptide expert, Dr. Kent, opined that one would be motivated to do the exact

opposite of what Dr. Gupta suggests—one would actually want to encourage linaclotide's

degradation by proteolytic enzymes in patients.  (Ex. B, at 216:4-9, 217:4-22.)  Confronted with

this glaring contradiction, Dr. Gupta admitted that prior art such as the Yanagawa '336

application teaches away from the claimed formulations by teaching that calcium would have a

protective effect and reduce the degradation of linaclotide by the patient's enzymes.  (Ex. B, at

229:24-230:13, 231:8-21.)

Dr. Gupta also admitted that the Marra '248 publication on which he relies teaches away

from using calcium in favor of using magnesium, because of magnesium's superior stabilizing

effect in other peptides with properties in common with linaclotide.  (Ex. B, at 311:21-312:7,

316:4-8; *see also* 309:15-310:14, 316:4-13, 317:4-13.)

Although Dr. Gupta refused to agree that a POSA would avoid using calcium based on the

American Association of Gastroenterologist's finding that calcium-containing medications may

cause constipation (Ex. B, at 279:18-281:6), he agreed that a POSA would have used excipients "chosen to maximize the pharmaceutical quality of the product (i.e., stability and activity) without introducing significant side effects."  (Ex. B, at 209:10-18.)  Again, this admission demonstrates teaching away from using calcium with linaclotide because a POSA would have avoided using calcium in favor of one of the countless other potential excipients that would not potentially cause harm to sensitive patient populations already suffering from chronic idiopathic constipation (CIC) or irritable bowel syndrome with constipation (IBS-c).

As a final example, Dr. Gupta testified that an excipient should not react with an active pharmaceutical ingredient such as linaclotide.  (Ex. B, at 45:17-46:4.)  This general "common sense" knowledge of a POSA teaches away from using leucine with linaclotide.  Indeed, Dr. Gupta admitted that real-world evidence shows that the addition of leucine increases the unwanted degradation of linaclotide via deamidation (a hydrolysis reaction) and converts the asparagine residue in linaclotide to aspartic acid.  (Ex. B, at 159:11-160:23.)

In sum, Defendants requested to add their substitute expert to this case after the close of fact and expert discovery, and were permitted to do so given that, *inter alia*, the substitute expert would be deposed.  Defendants' criticism of Plaintiffs' intention to use the admissions obtained during the permitted deposition rings hollow.[1]  Defendants should not be allowed to preclude portions of Dr. Gupta's cross-examination at trial simply because his permitted deposition revealed contradictions in their case.

For all these reasons, Plaintiffs respectfully request that the Court deny Defendants' motion.

---

[1]  Each of Defendants' cited cases is inapposite.  Neither addresses the situation where a substitute expert testified long after the close of discovery.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan

_____

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

OF COUNSEL:

Peter J. Armenio, P.C.
Robert B. Wilson
Anne S. Toker
Krista M. Rycroft
Allyson Parks
Laura L. Fairneny
Sky Adams
Christopher P. Hill
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue
New York, NY  10010
(212) 849-7000

*Attorneys for Plaintiffs*

Gregory A. Morris
Vikram A. Mathrani
Simeon G. Papacostas
HONIGMAN LLP
155 North Wacker Drive, Suite 3100
Chicago, IL  60606
(312) 701-9300

December 9, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2019, copies of the foregoing were caused to be served upon the following in the manner indicated:

John W. Shaw, Esquire                                      *VIA ELECTRONIC MAIL*
Karen E. Keller, Esquire
Andrew E. Russell, Esquire
David M. Fry, Esquire
SHAW KELLER LLP
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

George C. Lombardi, Esquire                               *VIA ELECTRONIC MAIL*
Samuel S. Park, Esquire
Christopher B. Essig, Esquire
Bryce A. Cooper, Esquire
Jason Z. Pesick, Esquire
Loren G. Rene, Esquire
Ivan M. Poullaos, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

Noorossadat Torabi, Esquire                               *VIA ELECTRONIC MAIL*
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA  94025
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

Sharon Lin, Esquire                                       *VIA ELECTRONIC MAIL*
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20006
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

John C. Phillips, Jr., Esquire                            *VIA ELECTRONIC MAIL*
David A. Bilson, Esquire
PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE  19806
*Attorneys for Defendant Sandoz Inc.*

William A. Rakoczy, Esquire

Paul J. Molino, Esquire

Deanne M. Mazzochi, Esquire

Jeffery A. Marx, Esquire

Kevin P. Burke, Esquire

Lauren M. Lesko, Esquire

Cynthia H. Sun, Esquire

RAKOCZY MOLINO MAZZOCHI SIWIK LLP

6 West Hubbard Street, Suite 500

Chicago, IL  60654

*Attorneys for Defendant Sandoz Inc.*

*VIA ELECTRONIC MAIL*

*/s/ Jeremy A. Tigan*

_____

Jeremy A. Tigan (#5239)

Exhibit A

**1**

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF DELAWARE

 3

 4   ALLERGAN SALES, LLC, FOREST     )
     LABORATORIES HOLDINGS, LTD.,    )
 5   ALLERGAN USA, INC. and IRONWOOD )
     PHARMACEUTICALS, INC.,          )
 6                                   )
                      Plaintiffs,    )
 7                                   ) C.A. No. 16-1114-RGA
          v.                         )
 8                                   )
     TEVA PHARMACEUTICALS USA, INC., )
 9   and SANDOZ INC.,                )
                                     )
10                    Defendant.     )

11
                           J. Caleb Boggs Courthouse
12                         844 North King Street
                           Wilmington, Delaware
13
                           Monday, August 26, 2019
14                         11:07 a.m.
                           Discovery Dispute Proceeding
15

16   BEFORE:  THE HONORABLE RICHARD G. ANDREWS, U.S.D.C.J.

17   APPEARANCES:

18           MORRIS NICHOLS ARSHT & TUNNELL LLP
             BY:  JACK B. BLUMENFELD, ESQUIRE
19
                           -and-
20
             QUINN EMANUEL URQUHART & SULLIVAN, LLP
21           BY:  PETER J. ARMENIO, ESQUIRE

22                         -and-

23           HONIGMAN BUSINESS LAW FIRM
             BY:  GREGORY A. MORRIS, Ph.D.,
24
                           For the Plaintiffs
25
```

**2**

```
 1   APPEARANCES CONTINUED:

 2           SHAW KELLER LLP
             BY:  KAREN E. KELLER, ESQUIRE
 3
                     -and-
 4
             WINSTON & STRAWN LLP
 5           BY:  CHRISTOPHER B. ESSIG, ESQUIRE

 6
                     For the Teva Defendant
 7

 8           PHILLIPS GOLDMAN MCLAUGHLIN & HALL, P.A.
             BY:  DAVID A. BILSON, ESQUIRE
 9
                     -and-
10
             RAKOCZY MOLINO MAZZOCHI SIWIK LLP
11           BY:  JEFFREY A. MARX, ESQUIRE

12                   For the Sandoz Defendant

13           ***  PROCEEDINGS  ***

14           THE COURT:  All right.  Good morning.  Don't get
15   up.

16           (Everyone said, Good morning Your Honor.)
17           THE COURT:  So this is the discovery matter in
18   Allergan Sales versus Teva and Sandoz.  Actually, I guess
19   I'm learning it's pronounced Sandoz, which is Civil Action
20   Number 16-1114.
21           And so, Mr. Blumenfeld, there you are.  You
22   represent the plaintiff here?
23           MR. BLUMENFELD:  Yes, Your Honor, and Peter
24   Armenio from Quinn Emanuel is with me, along with Greg
25   Morris from the Honigman firm in Chicago.
```

**3**

```
11:08:20   1           THE COURT:  Okay.  Well, good morning to you
11:08:23   2   all.
11:08:23   3           MR. ARMENIO:  Good morning to you, Your Honor.
11:08:24   4           THE COURT:  And Mr. Bilson, there you are.  You
11:08:26   5   represent Sandoz?
11:08:27   6           MR. BILSON:  Correct, Your Honor.  And with me
11:08:29   7   is Jeff Marx of the Pakoczy Molino firm.
11:08:32   8           THE COURT:  All right.  And Ms. Keller, you
11:08:35   9   represent Teva that I learned a long time ago how to
11:08:39  10   pronounce.
11:08:40  11           MS. KELLER:  Yes, Your Honor.
11:08:41  12           THE COURT:  Who do you have with you?
11:08:41  13           MS. KELLER:  This is Chris Essig from Winston &
11:08:44  14   Strawn.
11:08:44  15           THE COURT:  Okay.  So I read your letters.  I
11:08:47  16   went back, and I read the two transcripts that were on the
11:08:51  17   docket of telephone calls I had with you.
11:08:54  18           I am correct in thinking that the order that I
11:08:57  19   so ordered which you filed on July 22nd, so I probably
11:09:04  20   didn't order it until -- I'm not sure when I ordered it, but
11:09:09  21   whenever it was that I ordered it is the Paragraph 6 that
11:09:12  22   talks about the expert report of Dr. Gupta, and responses,
11:09:18  23   et cetera, et cetera, that was -- was that something that we
11:09:22  24   had discussed at some point because I'm finding from what I
11:09:25  25   saw, the only thing that you had discussed with me was when
```

**4**

```
11:09:28   1   the trial would be, and we had interminable discussions
11:09:32   2   about that.
11:09:33   3           But in terms of what Dr. Gupta or any other new
11:09:38   4   expert witness would be doing, was that just between the
11:09:40   5   parties?
11:09:42   6           MR. ESSIG:  I think that's correct, Your Honor.
11:09:44   7           MR. BLUMENFELD:  Yes, it was.  We had been
11:09:46   8   negotiating that stipulation since April, and we were the
11:09:50   9   ones -- and Mr. Armenio drafted it.  We were the ones who
11:09:53  10   insisted that that provision in Paragraph 6 be included.
11:09:58  11           THE COURT:  Okay.  So I read it, coming to it
11:10:01  12   fresh, as something I signed, but did not partake in the
11:10:06  13   discussion leading up to it.  And I see that there's
11:10:14  14   permitted to serve an expert report of Dr. Gupta recording
11:10:18  15   the opinions and analyses previously disclosed by the
11:10:21  16   unavailable expert witness.
11:10:22  17           Fine.  Then I see six weeks later, plaintiffs
11:10:27  18   are permitted to serve a responsive expert report.
11:10:31  19           And my question would be:  If there wasn't going
11:10:34  20   to be some embellishment by Dr. Gupta, why would plaintiffs
11:10:39  21   even need a responsive expert report?
11:10:41  22           MR. BLUMENFELD:  We expected -- and we had
11:10:46  23   discussions about this at length over the phone -- we
11:10:49  24   expected that Dr. Gupta was going to put things into his own
11:10:55  25   words and was going to put his own spin on things.  What we
```

13

| | |
|---|---|
| 11:23:38 1 | Do you have anything more to say, |
| 11:23:44 2 | Mr. Blumenfeld? |
| 11:23:44 3 | MR. BLUMENFELD:  Yeah, just a couple things. |
| 11:23:47 4 | One, this is not embellishment.  If it would have been |
| 11:23:52 5 | embellishment, we wouldn't be here. |
| 11:23:55 6 | This surfactant as the motivation is totally |
| 11:23:58 7 | new.  It's not something we had seen before, and that wasn't |
| 11:24:02 8 | the purpose of the stipulation we did and of the procedure |
| 11:24:06 9 | that we set up and everything from paragraph -- |
| 11:24:10 10 | THE COURT:  I'm sorry.  You said surfactant as |
| 11:24:12 11 | the motivation.  Was it motivation or reasonable expectation |
| 11:24:14 12 | of success? |
| 11:24:15 13 | MR. BLUMENFELD:  I think that it may be both, |
| 11:24:17 14 | but it certainly is the motivation for a person skilled in |
| 11:24:19 15 | the art to select leucine, and it does say with a reasonable |
| 11:24:24 16 | expectation for the additional reason that it would act as a |
| 11:24:27 17 | surfactant.  But this whole surfactant point, both on |
| 11:24:29 18 | motivation and reasonable expectation, that's something that |
| 11:24:33 19 | was never in this case.  It wasn't in their invalidity |
| 11:24:37 20 | contention.  It wasn't in Dr. Block's report.  And the first |
| 11:24:39 21 | time we're getting it is the day that the stipulation was |
| 11:24:44 22 | signed. |
| 11:24:45 23 | THE COURT:  So I never heard of Dr. Gupta |
| 11:24:51 24 | before, so far as I know.  I've seen Dr. Klibanov |
| 11:24:56 25 | approaching half a dozen times now. |

14

| | |
|---|---|
| 11:24:59 1 | You've got a world-class expert.  Is there any |
| 11:25:03 2 | prejudice to you in this? |
| 11:25:04 3 | MR. BLUMENFELD:  I think the prejudice is a few |
| 11:25:07 4 | things.  I mean, one, when you have an agreement and someone |
| 11:25:11 5 | doesn't seek leave of Court, I'm not sure that prejudice is |
| 11:25:14 6 | even necessary. |
| 11:25:17 7 | But put that aside for the moment.  In terms of |
| 11:25:20 8 | prejudice, there's a number of things.  I'm not suggesting |
| 11:25:24 9 | Dr. Klibanov can't, you know, do whatever he has to do, but |
| 11:25:28 10 | first of all, we don't know when we get an invalidity |
| 11:25:40 11 | contention like this exactly what they're going to do |
| 11:25:43 12 | because this is this with this, and or this, and or this. |
| 11:25:47 13 | THE COURT:  But really the report, if I |
| 11:25:52 14 | understood the time, like followed three days later:  right? |
| 11:25:55 15 | MR. BLUMENFELD:  Four days later. |
| 11:25:56 16 | THE COURT:  Four days later.  So whatever they |
| 11:25:58 17 | may have said in the contention, you're now dealing with |
| 11:26:01 18 | what they've got in the report:  right? |
| 11:26:02 19 | MR. BLUMENFELD:  Right.  We are dealing with |
| 11:26:03 20 | what they got in the report.  And I guess the prejudice to |
| 11:26:07 21 | us is that we negotiated an agreement so that this wouldn't |
| 11:26:12 22 | happen, and now we're faced with it happening. |
| 11:26:15 23 | I mean, this discovery, expert discovery closed |
| 11:26:18 24 | a year ago.  This is not the time this was supposed to |
| 11:26:20 25 | happen.  This is -- |

15

| | |
|---|---|
| 11:26:21 1 | THE COURT:  And yet, even though it closed |
| 11:26:21 2 | because of the unfortunate circumstances, it seemed to be |
| 11:26:31 3 | envisioned that they would submit something.  You would have |
| 11:26:36 4 | plenty of time to respond.  You still have plenty of time to |
| 11:26:40 5 | respond.  And then depositions would be available for |
| 11:26:48 6 | Dr. Gupta, for Dr. Klibanov, if he responds, for anybody |
| 11:26:52 7 | else who does anything in this time frame. |
| 11:27:00 8 | I mean, I hear what you're saying, but it seems |
| 11:27:07 9 | like at least some of this was envisioned, maybe not exactly |
| 11:27:10 10 | the way it's played out. |
| 11:27:12 11 | MR. BLUMENFELD:  The new leucine argument |
| 11:27:15 12 | certainly was not envisioned.  The surfactant argument, not |
| 11:27:18 13 | on our side.  And if it was envisioned on their side, they |
| 11:27:21 14 | didn't tell us about it for the three months that we were |
| 11:27:24 15 | dealing with this. |
| 11:27:25 16 | And we had phone calls where it's not going to |
| 11:27:28 17 | be anything new.  It's just going to -- you know, I don't |
| 11:27:31 18 | know if they used embellish, but he's just going to put his |
| 11:27:36 19 | spin on Dr. Block's report.  And my colleagues may remember |
| 11:27:42 20 | the words.  It wasn't these lawyers who were handling those |
| 11:27:47 21 | calls. |
| 11:27:47 22 | But when you look at even the cases they cite, |
| 11:27:51 23 | the cases say that it's prejudicial when you have a |
| 11:27:54 24 | substitute expert because it's not substantively similar. |
| 11:27:59 25 | It's the Lefta case, the Morel case. |

16

| | |
|---|---|
| 11:28:02 1 | And in fact, in the Lefta case, which seems to |
| 11:28:04 2 | be their lead case, when the issue came up, the party that |
| 11:28:07 3 | had put in the expert report struck the most problematic |
| 11:28:13 4 | portions of it, the new part, and the Court let some of the |
| 11:28:16 5 | rest of it in and didn't let some of it in.  But I don't |
| 11:28:19 6 | think that when we entered into a procedure to substitute an |
| 11:28:24 7 | expert because of very unfortunate circumstances, that they |
| 11:28:28 8 | then get a windfall and get to put in new arguments a year |
| 11:28:32 9 | later. |
| 11:28:32 10 | Your Honor kind of went through this in a little |
| 11:28:35 11 | different context in the Robocast case where there was an |
| 11:28:39 12 | ill expert and couldn't appear, and you didn't permit the |
| 11:28:45 13 | plaintiff's expert to put in a new report to deal with that. |
| 11:28:48 14 | THE COURT:  Well, see, that's the problem or not |
| 11:28:51 15 | the problem, but I mean, I had this come up last week in |
| 11:28:54 16 | some other case where I was much more involved on what the |
| 11:29:00 17 | scope of what the new expert would do.  And you know, and if |
| 11:29:11 18 | I had been ruling on this the way I had ruled on -- ruled |
| 11:29:19 19 | might not be the right word, but the way that I indicated |
| 11:29:21 20 | that I thought it should go last week, I would be agreeing |
| 11:29:24 21 | with you. |
| 11:29:32 22 | You know, the language that's actually adopted |
| 11:29:36 23 | in this Paragraph 6 seems to me to be subject to more than |
| 11:29:47 24 | one interpretation.  I mean, he will submit an expert report |
| 11:29:51 25 | regarding the opinions and analyses previously disclosed by |

21

11:35:21 1 report, he was very limited. He was very narrow. He wanted

11:35:23 2 to make a few additions, and he made those very small

11:35:28 3 additions because he thought those were important to his

11:35:30 4 report and to his -- and that's -- I'm not going to say

11:35:34 5 there aren't other reasons that he believes that the patents

11:35:37 6 are obvious, but these are important reasons to him, and

11:35:41 7 they were reasons to bear on his own experience. And they

11:35:44 8 give him the ability to explain fully what he views and why

11:35:49 9 he views that patent to be obvious or invalid.

11:35:54 10 THE COURT: Okay. Do defendants have anything

11:36:02 11 more to say?

11:36:02 12 MR. ESSIG: The only other thing I would add is

11:36:05 13 Mr. Armenio's comment about the playing field, I think the

11:36:08 14 playing field is exactly the same as it was even when we

11:36:10 15 made additions before.

11:36:12 16 Expert discovery was still open. It was put in

11:36:15 17 this paragraph that it would be open for this expert.

11:36:19 18 Expert discovery still open. We provided the contentions as

11:36:22 19 soon as we could, and we told them in a meet and confer even

11:36:26 20 before Dr. Gupta's report that his report was coming, and

11:36:28 21 that it will explain exactly why and how he's using these

11:36:32 22 five or six references.

11:36:35 23 THE COURT: Anything more?

11:36:37 24 MR. ESSIG: No.

11:36:37 25 THE COURT: Anything more from you?

22

11:36:38 1 MR. MARX: No.

11:36:38 2 THE COURT: From you all?

11:36:40 3 MR. BLUMENFELD: Your Honor, just to follow up

11:36:42 4 on the point that I think you were getting to, I mean he

11:36:46 5 does say in Paragraph 74, this is Dr. Gupta, I've reviewed

11:36:50 6 Block's report. I agree with him that a POSA would have

11:36:54 7 been motivated to select leucine with a reasonable

11:36:56 8 expectation that it would stabilize. And then he goes on to

11:36:59 9 say, and here's five more reasons why, and they obviously

11:37:05 10 don't need that because they have an opinion already.

11:37:09 11 And I think the harm to us is greater than the

11:37:11 12 harm to them from having to deal with five new references.

11:37:15 13 THE COURT: All right. So why don't you all

11:37:17 14 hold on for a second. Let me go consult here, and I will be

11:37:21 15 back shortly, I think.

11:37:28 16 (Recess was taken.)

11:51:36 17 THE COURT: You can continue talking.

11:51:42 18 MR. ESSIG: We were discussing baseball.

11:51:44 19 THE COURT: So I'm going to rule in defendants'

11:51:53 20 favor here. I do that notwithstanding the fact that if I

11:51:56 21 had been involved in the negotiations or if this had been

11:52:01 22 brought to me as a dispute about what should the order say,

11:52:06 23 I would have tended to want to go the way plaintiffs are

11:52:15 24 saying which is essentially you can't expand the expert

11:52:19 25 report, and adding new references is certainly an expansion.

23

11:52:24 1 But based on the way the order that I entered is written, I

11:52:33 2 think there is some room for interpretation, and I can't say

11:52:41 3 that what I think defendants have done here is such an

11:52:51 4 obviously wrong interpretation that I shouldn't permit it.

11:52:59 5 It did provide for the reopening of the

11:53:01 6 discovery position, discovery period. I have every

11:53:14 7 confidence that, in fact, there's no recognizable prejudice

11:53:17 8 to plaintiffs here. Their expert has plenty of time to

11:53:26 9 respond to these references about stability and motivation

11:53:32 10 to use leucine.

11:53:37 11 The two structural references, Sako and Ozaki,

11:53:42 12 though not used in this context, are references that have

11:53:46 13 been in the case for a while. And I do see what Dr. Gupta

11:53:55 14 has done as being what seems to me to be fairly modest

11:54:07 15 supplementation. I'm not entirely sure what bad faith would

11:54:09 16 mean in this context other than I suppose plaintiffs trying

11:54:15 17 to interpret -- I'm sorry, defendants interpreting an order

11:54:19 18 completely contrary to its obvious meaning. So I don't

11:54:23 19 think defendants are acting in bad faith here.

11:54:28 20 You know, I have trouble evaluating the

11:54:30 21 importance of the information because, on the one hand, I

11:54:34 22 think Dr. Block provided complete theories as to why the

11:54:43 23 patents are invalid. I say that without knowing what he

11:54:48 24 did, but just, you know, that's what experts in these kinds

11:54:53 25 of cases do. So I'm not sure how much defendants actually

24

11:55:01 1 need this.

11:55:03 2 On the other hand, I'm not sure that this is

11:55:10 3 drawing the stake through the heart of plaintiffs' case

11:55:13 4 either, so that's really hard to evaluate. But the main

11:55:17 5 thing is, I think, any prejudice can be cured. Trial is not

11:55:23 6 going to be disrupted. I don't think there's bad faith.

11:55:27 7 And so I'm not going to strike defendants'

11:55:36 8 invalidity contentions, or Dr. Gupta's 35-page report, or

11:55:44 9 the particular paragraphs that they've asked me to strike.

11:55:48 10 All right?

11:55:51 11 MR. ESSIG: Thank you, Your Honor.

11:55:51 12 MR. BLUMENFELD: Thank you, Your Honor.

11:55:53 13 THE COURT: Okay. Well, thank you.

11:55:55 14 (Everyone said, Thank you, Your Honor.)

15 (Discovery dispute conference was concluded at

16 11:55 a.m.)

17 I hereby certify the foregoing is a true and

18 accurate transcript from my stenographic notes in the

19 proceeding.

20 _/s/ Heather M. Triozzi_
Official Merit Reporter

21 U.S. District Court

22

23

24

25

Exhibit B

Page 1

1          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE

2    _____
                              )
3    ALLERGAN SALES, LLC;     )
     FOREST LABORATORIES       )
4    HOLDINGS, LTD.; ALLERGAN )
     USA, INC.; and IRONWOOD  )
5    PHARMACEUTICALS, INC.,   )
                              ) Case No.  16-cv-01114(RGA)
6             Plaintiffs,     )
                              )
7          -vs-               )
                              )
8    TEVA PHARMACEUTICALS USA, )
     INC., and SANDOZ INC.,   )
9                             )
              Defendants.     )
10   _____

11

12

            COURTYARD PHILADELPHIA SOUTH AT THE NAVY YARD
13                  1001 INTREPID AVENUE
            PHILADELPHIA, PENNSYLVANIA  19112
14                  OCTOBER 17, 2019
                      8:32 A.M.
15

16

17             VIDEOTAPED DEPOSITION OF
             PARDEEP K. GUPTA, PH.D.
18

19

20

21

22

23   REPORTED BY:
24   DEBRA SAPIO LYONS, RDR, CRR, CRC, CCR, CLR, CPE
25   JOB NO. 170187

Page 2

```
 1
 2
 3
 4
 5                October 17, 2019
 6        Videotaped deposition of Pardeep K. Gupta,
 7   Ph.D., held at the Courtyard Philadelphia South
 8   at The Navy Yard, 1001 Intrepid Avenue,
 9   Philadelphia, Pennsylvania  19112, before Debra
10   Sapio Lyons, a Registered Diplomat Reporter, a
11   Certified Realtime Reporter, a Certified Realtime
12   Captioner, a Certified LiveNote Reporter, an
13   Approved Reporter of the United States District
14   Court for the Eastern District of Pennsylvania, a
15   Certified Court Reporter of the State of New
16   Jersey, a Notary Public of the States of New
17   Jersey, Delaware and the Commonwealth of
18   Pennsylvania.
19
20
21
22
23
24
25
```

Page 3

```
 1
 2   APPEARANCES:
     QUINN EMANUEL URQUHART & SULLIVAN
 3   BY:  PETER ARMENIO, ESQUIRE
          KRISTA RYCROFT, ESQUIRE
 4   51 Madison Avenue
     New York, New York  10010
 5
 6
          AND
 7   HONIGMAN MILLER SCHWARTZ AND COHN
     BY:  GREGORY MORRIS, PH.D., ESQUIRE
 8   155 North Wacker Drive
     Chicago, Illinois  60606
 9   Attorneys for Plaintiffs
10
11
     WINSTON & STRAWN
12   BY:  CHRISTOPHER ESSIG, ESQUIRE
     BY:  NOORI TORABI, ESQUIRE
13   35 West Wacker Drive
     Chicago, Illinois  60601
14   Attorneys for Defendant Teva
     Pharmaceuticals USA, Inc.
15
16
17
18
19
20   RAKOCZY MOLINO MAZZOCHI SIWIK
     BY:  KEVIN BURKE, ESQUIRE
21   Six West Hubbard Street
     Chicago, Illinois  60654
22   Attorneys for Defendant Sandoz Inc.
23   ALSO PRESENT:
          GERARD ALFE, VIDEOGRAPHER
24   TSG REPORTING, INC.
25
```

Page 4

```
 1        Pardeep K. Gupta, Ph.D.
 2        THE VIDEOGRAPHER:  This deposition
 3   is now beginning.  The date October 17th,
 4   2019.  The time 8:33.  This is the
 5   deposition of Pardeep Gupta, Ph.D. taken in
 6   the matter of Allergan Sales, LLC, et al.
 7   versus Teva Pharmaceuticals.
 8        Counsel will now introduce
 9   themselves.
10        MR. ESSIG:  Counsel for Teva, Chris
11   Essig from Winston & Strawn and Noori
12   Torabi.
13        MR. BURKE:  Counsel for Sandoz,
14   Kevin Burke from Rakoczy Molino Mazzochi &
15   Siwik.
16        MR. ARMENIO:  Peter Armenio from
17   Quinn Emanuel for Plaintiffs.
18        MS. RYCROFT:  Krista Rycroft from
19   Quinn Emanuel for Plaintiffs.
20        MR. MORRIS:  Greg Morris from
21   Honigman for Plaintiffs.
22             - - -
23        Pardeep K. Gupta, Ph.D., having been
24   first duly sworn, was examined and
25   testified as follows:
```

Page 5

```
 1        Pardeep K. Gupta, Ph.D.
 2   EXAMINATION
 3   BY MR. ARMENIO:
 4        Q.  Good morning, Dr. Gupta.
 5        A.  Good morning.
 6        Q.  Do you understand you have just
 7   been sworn in to give testimony today?
 8        A.  Yes.
 9        Q.  Okay.  Is there any reason today
10   that you don't believe you could answer my
11   questions truthfully and accurately?
12        A.  No.
13        Q.  During the day today if you don't
14   understand one of my questions, do you agree
15   to ask me to either repeat the question or
16   rephrase it so you do understand it?
17        A.  Yes.
18        Q.  Great.  You prepared an expert
19   report in this case; is that right?
20        A.  Could you say that again?
21        Q.  Sure.  You prepared an expert
22   report --
23        A.  Yes.
24        Q.  -- in this case?  Great.
25             MR. ARMENIO:  Why don't we mark what
```

Pardeep K. Gupta, Ph.D.

Q.   So the kind of stabilizing of peptides you're talking about is in your lab you have peptides that you use --

A.   Yes.

Q.   -- and so you would like them to stay stable so they don't go bad and you don't have to buy new ones; right?

MR. ESSIG:  Object to form.

THE WITNESS:  That is one reason. The second reason is that when you do produce a formulation, you -- even if it is not for eventual human use, you do want some stability data.  You want to make sure that what you made is -- stays that way for a long period of time within the -- the specification that, you know, FDA has of the thing.

So, yes, we did look at stability, but not specifically for any formulation that was going to be given to humans.

BY MR. ARMENIO:

Q.   And for this kind of stability on the shelf in the laboratory work, did it include anything other than what you've

Pardeep K. Gupta, Ph.D.

already described for me today with respect to HGH and the like?

MR. ESSIG:  Object to form.

THE WITNESS:  I can't recall.

BY MR. ARMENIO:

Q.   Now, in terms of adding things to a protein formulation, are there some general, common sense rules that all the people of ordinary skill in this area follow?

A.   Yes.

Q.   Would one of those common sense rules be if you're intending to give a formulation to a human being, don't use a toxic or carcinogenic additive?

A.   Yes.

Q.   Would another common sense rule for formulation be don't use an additive that's going to react with the active ingredient in the formulation?

MR. ESSIG:  Object.

BY MR. ARMENIO:

Q.   Would that be another common sense rule that formulators of ordinary skill would observe?

Pardeep K. Gupta, Ph.D.

MR. ESSIG:  Object to form.

THE WITNESS:  Well, you know, that depends on what you mean by "react." Coming back to your mention of calcium, there is evidence or data that calcium makes electrostatic bonds with proteins, which in a strict chemical sense can be looked upon as a reaction, but it is a positive reaction.  So you -- you would not rule out adding something that would make a reversible reaction with a protein as long as it does not result on -- in a negative effect on the protein.

BY MR. ARMENIO:

Q.   Taking your testimony into account, would it be one of the common sense rules that you don't use a substance as an additive that would have an irreversible reaction with the active ingredient in the formulation while sitting on the shelf?

MR. ESSIG:  Object to form.

THE WITNESS:  I would like a clarification on that question.

When you say "irreversible

Pardeep K. Gupta, Ph.D.

reaction," do you mean that the reaction continues even after the material is dosed to the humans, or is it only during the process of storage of the product?

BY MR. ARMENIO:

Q.   Right now all the questions are looking at storage.

A.   Okay.

Q.   And you had clarified in a prior response about the possibility of a maybe beneficial reversible reaction.

A.   Yes.  Uh-huh.

Q.   And I heard what you said, and so I adjusted for the next question.

A.   Uh-huh.

Q.   Would one of the things as a common sense rule you'd want to avoid as a formulator, putting something in a formulation that while the formulation is sitting on the shelf is going to have an irreversible, right, a final reaction with the active ingredient in the formulation?

Is that a common sense rule that we want to avoid that happening?

1      Pardeep K. Gupta, Ph.D.
2      MR. ESSIG:  Object to form.
3      THE WITNESS:  Based on my
4   experience, that seems reasonable, yes.
5   BY MR. ARMENIO:
6      Q.  Is it another common sense rule
7   for drug formulation in general, but peptide
8   formulation in specific, you don't want to use
9   anything as an additive that's going to change
10   your desired activity of the peptide?
11      MR. ESSIG:  Object to form, vague.
12      THE WITNESS:  And once again,
13   desired activity once it is administered to
14   the humans?
15   BY MR. ARMENIO:
16      Q.  Yes.
17      A.  Yes, that would be a common sense
18   rule.
19      Q.  So the peptide formulator or drug
20   formulator of ordinary skill, he or she is
21   going to have as a common sense rule don't use
22   as an additive with a peptide something that
23   could change the activity of that peptide
24   inside the body of a human being receiving the
25   drug; right?

1      Pardeep K. Gupta, Ph.D.
2      MR. ESSIG:  Object to form.
3      THE WITNESS:  Yes.
4   BY MR. ARMENIO:
5      Q.  As another common sense rule,
6   would a drug formulator of ordinary skill know
7   that you shouldn't include anything as an
8   additive in a formulation that actually makes
9   the disease you're trying to treat in the
10   human being worse?
11      MR. ESSIG:  Object to form.
12      THE WITNESS:  You know, therapeutic
13   treatment is based on balancing benefit and
14   toxicity; and it is not uncommon to use
15   ingredients that can be toxic or harmful,
16   but the overall benefit of adding them
17   outweighs the harm that may be caused to
18   the body.
19   BY MR. ARMENIO:
20      Q.  I think I understand your
21   response.  So let's ask a question this way:
22   If a drug formulator has more than one option
23   available --
24      A.  Uh-huh.
25      Q.  -- will a drug formulator as a

1      Pardeep K. Gupta, Ph.D.
2   common sense rule avoid the option as an
3   additive that as part of a formulation
4   administered to a human being could make the
5   disease that is trying to be treated worse?
6      MR. ESSIG:  Object to form,
7   incomplete hypothetical.
8      THE WITNESS:  You know, once again,
9   I will have to go back to what I said a
10   minute ago.  That is really based on
11   assessment of overall benefit to possible
12   harm to the body.  So beyond that, I -- I
13   don't know how I can more specifically
14   answer that question.
15   BY MR. ARMENIO:
16      Q.  Okay.  I'll try one more time.
17      A.  Okay.
18      Q.  Let's say you have two possible
19   additives --
20      A.  Yes.
21      Q.  -- to a drug formulation meant to
22   treat a human being.
23      A.  Uh-huh.
24      Q.  They both are thought in the
25   literature to accomplish the same effect as an

1      Pardeep K. Gupta, Ph.D.
2   additive in the formulation.  One of them
3   makes the disease that is trying to be treated
4   worse, one of them does not.  Wouldn't the
5   drug formulator of ordinary skill always look
6   at the option that doesn't make the disease
7   state worse, at least they'd look at it first?
8      MR. ESSIG:  Object to form,
9   incomplete hypothetical.
10      THE WITNESS:  I would agree with
11   your statement of look at it first, but I
12   would not agree with you saying always look
13   at the one that is less likely to cause
14   harm because a formulator should know the
15   possible positive effects and -- and
16   negative effects.
17   BY MR. ARMENIO:
18      Q.  So if I've got this range of
19   options, and in my options I have something
20   that might make the disease I'm trying to
21   treat worse and I've got something that is not
22   known to make the disease I'm trying to treat
23   worse, I'll look at the additives that aren't
24   known to make the disease state worse first
25   without ruling out that I may look at other

Pardeep K. Gupta, Ph.D.

1
2  Q.  Yeah, it ends in 381.
3  A.  Okay.  I'm very close.
4  Q.  Great.
5  A.  (Reviewing document.)
6  Q.  Okay.  So the first question is
7  going to be on the page that has the little
8  production number at the bottom that ends in
9  381, it also says Page 43 of 58 in the --
10  internally in the document.  Okay?
11  A.  I'm two pages away from that.
12  (Reviewing document.)
13  Q.  Great.  Ready?
14  A.  Give me just one moment.  Read
15  this.
16  Yes.
17  Q.  Have you seen this document
18  before?
19  A.  I believe I have, but I may not
20  have seen it in its entirety because some of
21  the figures and diagrams do not look familiar.
22  I, however, do believe that since it is a part
23  of the NDA, it was given to me, so I have it.
24  Q.  My question is whether you saw
25  this document before you actually signed the

Pardeep K. Gupta, Ph.D.

1
2  report on August 9th, 2019.  Did you -- do you
3  remember looking at it and taking the
4  materials in this document regarding single
5  excipient studies into account before you
6  signed your report?
7  MR. ESSIG:  Object to form.
8  THE WITNESS:  You know, I -- I am
9  not sure.  I honestly do not remember.
10  BY MR. ARMENIO:
11  Q.  So let's look on page ending in
12  381.  At the bottom of the first paragraph,
13  the last sentence says, quote, L-leucine shows
14  an accelerating effect on the asparagine to
15  aspartic acid hydrolysis most notably at 40
16  degrees C/75 percent RH storage condition,
17  Figure 6.
18  Do you see that?
19  A.  Yes.  Yes.
20  Q.  And this asparagine to aspartic
21  acid hydrolysis, that's sometimes called
22  deamidation?
23  A.  That is correct.
24  Q.  And RH, that's relative humidity?
25  A.  Yes.

Pardeep K. Gupta, Ph.D.

1
2  Q.  And this is saying L-leucine is
3  bad because it increases deamidation; right?
4  MR. ESSIG:  Object to form.
5  THE WITNESS:  Well, this particular
6  single experiment may point to increased
7  deamidation.
8  BY MR. ARMENIO:
9  Q.  Okay.  And let's look at Figure 6,
10  which is on the prior page.
11  A.  Okay.
12  Q.  And we look and we can see an asp,
13  A-S-P, 7 with an arrow, do you see that?
14  A.  Yes.
15  Q.  And that arrow is pointing to a
16  peak in a chromatogram where the indication is
17  this has been asparagine that's turned into
18  aspartic acid; right?
19  A.  That is what they claim, yes.
20  Q.  And so that's showing a peak of
21  degradation via deamidation in a leucine-only
22  experiment?
23  A.  Yes.
24  Q.  Did you take this figure and the
25  next -- statement in the next page into

Pardeep K. Gupta, Ph.D.

1
2  account before you signed your report on
3  August 9th, 2019?
4  A.  Yes, I did, not based on this
5  particular document, but this information is
6  also included in Patent '628.  I believe in
7  Example 10 or 11.
8  Q.  Let's take a further look.  Going
9  forward into the pages that end 387 and 388,
10  there's a two-page chart.
11  A.  Yes.
12  Q.  Did you take this two-page chart
13  into account before signing your expert report
14  on August 9th, 2019?
15  A.  (Reviewing document.)
16  I did not look at this data in --
17  in detail before signing my report.
18  Q.  If we look on the page ending in
19  388, that's a leucine-only formulation; is
20  that right?
21  A.  Page 388, which lot number?
22  Q.  177-1451-RD [sic].
23  A.  Okay.  The one that is
24  highlighted, okay, in -- in bold, yes.
25  Q.  That's a leucine-only formulation,

1  Pardeep K. Gupta, Ph.D.
2  experimentation to understand degradation
3  pathways of every peptide.
4  BY MR. ARMENIO:
5  Q.  You see on Table 1, the page
6  ending in 386, Capelle includes what in the
7  author's view is a list of commonly used
8  excipients in protein formulations.  Do you
9  see that?
10  A.  Yes.
11  Q.  There are six amino acids listed;
12  is that right?
13  A.  Yes.
14  Q.  None of them is leucine; right?
15  A.  That is correct.
16  Q.  Leucine's nowhere mentioned on the
17  list anywhere for any purpose; right?
18  A.  You mean only in this table, not
19  in the entire reference?
20  Q.  Just focused on this table.
21  A.  Yes, yes, you are correct.
22  Q.  Okay.  And we see calcium chloride
23  is mentioned as a salt; is that right?
24  A.  Yes.
25  Q.  It's not mentioned as a

1  Pardeep K. Gupta, Ph.D.
2  stabilizer, it's not mentioned as a
3  preservative, it's not mentioned as an
4  anti-degradant, it just says, among others
5  compounds, it's a salt; right?
6  MR. ESSIG:  Object.
7  THE WITNESS:  Well --
8  MR. ESSIG:  Object to form.  The
9  document speaks for itself.
10  THE WITNESS:  Well, you know, it --
11  the title of that column is "Excipients,"
12  and the excipients here are listed as their
13  chemistry.  So as a -- as a chemical, yes,
14  calcium chloride is a salt, but that does
15  not preclude its functions as a stabilizer.
16  BY MR. ARMENIO:
17  Q.  In the same salt category you've
18  got zinc chloride; is that right?
19  A.  Yes.
20  Q.  And you have magnesium in both
21  chloride form and sulfate form; is that right?
22  A.  Yes.
23  Q.  And zinc and magnesium are
24  divalent metal cations; right?
25  A.  That's right.

1  Pardeep K. Gupta, Ph.D.
2  Q.  Let's take a look at another
3  document.
4  MR. ARMENIO:  This is for you.
5  (Exhibit Gupta-16, multipage
6  document entitled Rational Design of Stable
7  Protein Formulations Theory and Practice,
8  is marked for identification.)
9  MR. ARMENIO:  These are for you
10  guys.
11  MR. ESSIG:  Thank you.
12  BY MR. ARMENIO:
13  Q.  If we look in what we've marked as
14  Exhibit 16, this is actually a book on
15  Rational Design of Stable Protein
16  Formulations; right?
17  A.  Yes, that is the title.
18  Q.  Do you have this book in your
19  library?
20  A.  I am not sure if we have it in --
21  in our library, but I have seen it.
22  Q.  Have you used it in your career?
23  A.  I don't remember in particular.  I
24  rely more on published literature than books.
25  Q.  If we turn to the page ending in

1  Pardeep K. Gupta, Ph.D.
2  273, please.
3  A.  That is at the bottom; right?
4  Q.  Yeah, that's correct, the bottom
5  production numbers that end in 273.
6  A.  Okay.  Yes, I am there.
7  Q.  You see the paragraph where it
8  talks about "Overview of the process"?
9  A.  Yes.
10  Q.  It tells us that, quote, Various
11  formulations excipients and buffers (Table 7)
12  can be utilized, and must, therefore, be
13  chosen to maximize the pharmaceutical quality
14  of the product (i.e., stability and activity)
15  without introducing significant side effects.
16  Do you agree with that statement?
17  A.  (Reviewing document.)
18  Yes.
19  Q.  Do you see on Table 6 there is an
20  entry for deamidation?
21  A.  Yes.
22  Q.  For deamidation the possible
23  solutions indicated are pH optimization; is
24  that right?
25  A.  Yes, that is correct.

Page 214

1    Pardeep K. Gupta, Ph.D.
2    A.  In general, yes.
3    Q.  And was that statement as a
4  general statement true in 2008 and 2009?
5    A.  Yes.
6    Q.  Let's look at Dr. Block's first
7  report.  I want to look at Paragraph 399.
8  It's on Page 76.
9    MR. ESSIG:  Exhibit 7?
10    MR. ARMENIO:  Yes, it is.
11    THE WITNESS:  Paragraph 399 you
12  said?
13  BY MR. ARMENIO:
14    Q.  Yes, please.
15    Dr. Block in Paragraph 399 states,
16  quote, Therefore, a POSA would have recognized
17  that the presence of a polyvalent metal
18  compounds, such as a calcium compound,
19  increases stability of a protein or peptide
20  drug in the GI tract of patient, close quote.
21    Do you see that statement?
22    A.  Yes.
23    Q.  In your report you have indicated
24  that you agree with the statement in
25  Paragraph 399, but I want to ask you sitting

Page 215

1    Pardeep K. Gupta, Ph.D.
2  here in this deposition whether you agree with
3  that statement.
4    A.  Yes, I do.
5    Q.  Calcium chloride would be a
6  polyvalent metal compound such as a calcium
7  compound as referred to in Paragraph 399 of
8  Dr. Block's report and as you adopt it; right?
9    A.  Yes, it would be.
10    Q.  We talked earlier about Dr. Kent's
11  report.  You told me that you never saw it
12  before; right?
13    A.  I don't remember seeing it.
14    Q.  Well, let me -- I'm not going to
15  ask you to read the whole thing, it's big, but
16  let's just put the document in front of you,
17  see if it jogs your memory about whether
18  you've seen the whole big thing.
19    A.  Okay.
20    Q.  I promise I'm not going to ask you
21  about the whole thing.
22    A.  You can if you want.  No problem.
23    (Exhibit Gupta-17, Opening Expert
24    Report of Stephen Brian Henry Kent, Ph.D.,
25    is marked for identification.)

Page 216

1    Pardeep K. Gupta, Ph.D.
2    THE WITNESS:  Thank you.
3  BY MR. ARMENIO:
4    Q.  So, Doctor, my question is a very
5  general one.  Do you remember seeing as part
6  of your work on this case the opening expert
7  report of Stephen Brian Henry Kent, Ph.D., the
8  very large document sitting in front of you?
9    A.  No, I -- I don't.
10    Q.  Okay.  Now, I'm going to ask you
11  to look at Paragraph 247.  It's the only
12  paragraph I think we're going to be talking
13  about, but we'll see, and that paragraph
14  starts on Page 128 and it ends on Page 129.
15    I'm only going to ask you a
16  question about the last sentence, but you can
17  read the whole paragraph if you want.
18    A.  Which paragraph number is that?
19    Q.  247.
20    A.  247.  Okay.
21    (Reviewing document.)
22    Q.  Have you had a chance to finish
23  reading Paragraph 247?
24    A.  Yes, but I'm also reading
25  Paragraph 246.  Just a couple of more minutes.

Page 217

1    Pardeep K. Gupta, Ph.D.
2    (Reviewing document.)
3    Okay.
4    Q.  So if you look at the last
5  sentence of Paragraph 247, Dr. Kent, who was
6  another expert for Defendants in this case,
7  says, quote, A person of ordinary skill in the
8  art would have therefore been motivated to
9  modify STh 6 through 19 to tune the peptide's
10  activity and facilitate the peptide's
11  inactivation and degradation by proteolytic
12  enzymes to reduce the risk of adverse
13  events -- excuse me -- adverse effects such as
14  diarrhea, close quote.
15    Do you see that?
16    A.  Yes.
17    Q.  So Dr. Kent is saying what a POSA
18  would have been motivated to do is modify an
19  ST, to tune the ST's activity to facilitate
20  its inactivation and degradation by
21  proteolytic enzymes; right?
22    A.  Yes.
23    MR. ESSIG:  Just object to the form
24    and foundation with respect to questioning
25    on this document.

55

Page 226

```
 1            Pardeep K. Gupta, Ph.D.
 2   the GI tract of patients; correct?
 3            MR. ESSIG:  Object to form,
 4       misstates testimony.
 5            THE WITNESS:  That is not correct
 6       because I obviously by accepting
 7       Dr. Block's Paragraphs 390 -- 397 to 399, I
 8       agree that a side benefit of using calcium
 9       would be to afford enough protection to get
10       linaclotide to its site of action.
11   BY MR. ARMENIO:
12       Q.  Where does it say enough
13   protection to get to its site of action
14   anywhere in Dr. Block's report or your report?
15       A.  It doesn't say in so many words,
16   but the intent of a formulation is always to
17   get the active to where it is needed, whether
18   it is for site of action or for drug
19   absorption, so that is really a part of -- of
20   the discussion here.
21       Q.  Can we agree this far:  That after
22   having designed the linaclotide protein to
23   reduce its activity as compared to ST, that
24   the last thing anyone would have wanted to do
25   with linaclotide is to increase its activity
```

Page 227

```
 1            Pardeep K. Gupta, Ph.D.
 2   by stabilizing it and making it last longer in
 3   the GI tract of patients?
 4            MR. ESSIG:  Object to form.
 5   BY MR. ARMENIO:
 6       Q.  Can we agree that far?
 7            MR. ESSIG:  Object to form.
 8            THE WITNESS:  Neither of these
 9       references talk about activity.  They talk
10       about the duration and the site of action.
11       Dr. Block talks about getting linaclotide
12       in its intact form where it is needed and
13       Dr. Kent talks about the duration of time
14       it is active once it is where it is needed.
15   BY MR. ARMENIO:
16       Q.  So I don't think you and I are
17   ever going to agree on Dr. Kent and Dr. Block,
18   so I'm asking you a separate question.
19       A.  Okay.
20       Q.  Okay.  Can you and I agree that if
21   you're a drug formulator receiving a drug and
22   the people who designed the drug say, "We
23   worked very hard to reduce the activity from
24   ST and make this more susceptible to
25   degradation in the GI tract," as a drug
```

Page 228

```
 1            Pardeep K. Gupta, Ph.D.
 2   formulator, the last thing you're going to
 3   want to do is to counteract that effort and
 4   actually make the formulation more stable and
 5   more resistant to degradation in the GI tract?
 6            Can we agree on that common sense
 7   proposition?
 8            MR. ESSIG:  Object to form.
 9            THE WITNESS:  That is not -- I'm
10       sorry.
11            That is not a common sense
12       proposition, sir, because you're talking
13       about two different things.  One is the
14       activity or the duration of activity to be
15       more specific at the site of activity, at
16       the site of action; and the second one is
17       getting it to the site of action.
18   BY MR. ARMENIO:
19       Q.  See, I think where we're
20   missing --
21       A.  Opposite studies may be needed to
22   achieve both at the same time.
23       Q.  I think you might be missing one
24   fact, so let me provide it and we'll see.
25       A.  Uh-huh.
```

Page 229

```
 1            Pardeep K. Gupta, Ph.D.
 2       Q.  The site of action for linaclotide
 3   is the entire GI tract.  The -- not one part
 4   of it, the entire part.  Okay?  So this is why
 5   I'm not understanding why you keep trying to
 6   say "site of action."  It's the entire GI
 7   tract, entire small intestine, the entire
 8   large intestine.
 9            Now, if you've got a drug where
10   according to your own expert it was designed
11   to reduce its activity and make it more
12   susceptible to degradation, as a drug
13   formulator you should not try to undo that
14   effort and make it less susceptible to
15   degradation.  Can we agree that far?
16            MR. ESSIG:  Object to form to the
17       extent it misstates the evidence, vague,
18       incomplete hypothetical.
19            Go ahead.
20            THE WITNESS:  We cannot agree on
21       that, and I can give you reasons if you
22       want.
23   BY MR. ARMENIO:
24       Q.  We have no disagreement that
25   according to you and Dr. Block and the
```

Pardeep K. Gupta, Ph.D.

1  Pardeep K. Gupta, Ph.D.
2  Yanagawa reference, if you put calcium
3  chloride or another Ca2+-providing substance in
4  with a peptide like linaclotide, you're going
5  to stabilize it and make it more resistant to
6  degradation by proteolytic enzymes in the GI
7  tract of patients.  We can agree on that;
8  right?
9       A.   According to Dr. Block's report,
10 it applies once the formulation has left the
11 stomach because otherwise it would not be
12 enteric coated.  So if we can agree on that,
13 that it only happens in intestines, then, yes.
14      Q.   Okay.  So let's phrase it that
15 way.  For a formulation of a peptide where
16 you're adding a calcium compound or a
17 Ca2+-providing compound as an additive, it will
18 in the small intestine and large intestine be
19 more stable and more resistant to proteolytic
20 degradation in a patient?
21      A.   It could happen --
22           MR. ESSIG:  Object to form.
23           THE WITNESS:  -- yes.
24 BY MR. ARMENIO:
25      Q.   And that would have been something

1  Pardeep K. Gupta, Ph.D.
2  known to persons of ordinary skill in the art
3  in 2008 and 2009 based on, for example, the
4  Yanagawa '336 reference that you and Dr. Block
5  cite; right?
6       A.   I would not say "known."  I will
7  say expected.
8       Q.   So a person of ordinary skill in
9  the art 2008 and 2009 would have expected if
10 they put calcium chloride or another
11 Ca2+-providing substance in with a peptide that
12 when that peptide was administered in the
13 small intestine and large intestine of the
14 patient, the calcium would have a protective
15 effect and reduce the degradation of the
16 peptide by the patient's proteolytic enzymes;
17 right?
18           MR. ESSIG:  Object to form,
19      incomplete hypothetical, foundation.
20           THE WITNESS:  That could happen,
21      yes.
22 BY MR. ARMENIO:
23      Q.   That's what a POSA would expect;
24 right?
25           MR. ESSIG:  Same objections.

1  Pardeep K. Gupta, Ph.D.
2           THE WITNESS:  No, it -- I -- I can't
3      agree with exact terminology.  I agree with
4      the concept.  I think a POSA would expect
5      that as a possibility, but POSA would not
6      be sure about that and -- and -- and would
7      not, you know, have a full reason to
8      believe that that would happen.
9  BY MR. ARMENIO:
10      Q.   For all these other things on
11 formulation, you say if it's in a paper,
12 that's enough to predict it, expect it,
13 anticipate it.  Why on this issue are you
14 less -- less willing to rely on what the
15 Yanagawa paper or other papers say?
16           MR. ESSIG:  Object to form.
17           THE WITNESS:  I'm not saying that it
18      will not be expected or -- or anticipated.
19      I'm saying that it's a possibility.  It's
20      not a certainty.
21 BY MR. ARMENIO:
22      Q.   Same with degradation.  When you
23 read about it in the papers and the additives,
24 you might expect something, you might
25 anticipate something, but until you run the

1  Pardeep K. Gupta, Ph.D.
2  test, it's not a certainty?
3       A.   It's not a certainty.
4       Q.   Now, in this case, there's been a
5  fair bit of discussion about asparagine,
6  deamidation of asparagine.
7       A.   Yes.
8       Q.   Can we agree that the amino acid
9  next to asparagine makes a big difference with
10 respect to whether or not it will deamidate at
11 any appreciable rate?
12      A.   Certain residuals are known to
13 make a difference in the rate of reaction,
14 yes.
15      Q.   And it was known in 2008/2009 that
16 if, for example, you put a proline to the
17 right of asparagine in the normal
18 left-to-right sequence convention for amino
19 acids that the asparagine will be more
20 resistant to deamidation; correct?
21           MR. ESSIG:  Object to form,
22      foundation.
23           THE WITNESS:  I have to --
24 BY MR. ARMENIO:
25      Q.   Oh, why don't I show you a couple

Page 278

Pardeep K. Gupta, Ph.D.

1    Pardeep K. Gupta, Ph.D.
2    of calcium in this case would not be a
3    factor because amount of calcium in the
4    formulation is exceedingly small.  You get
5    a lot more calcium from food sources on a
6    daily basis.
7    BY MR. ARMENIO:
8        Q.   In linaclotide how much more
9    calcium is there on a molar basis than
10   linaclotide itself?
11       A.   I believe I'll have to look up,
12   but the ratio is, what, 20 to 40 to 1.
13       Q.   We can agree that it's tens of
14   times more calcium on a molar basis than
15   linaclotide in a Linzess dosage; right?
16       A.   Yes, as long as we recognize that
17   the amount of linaclotide is exceedingly
18   small.  It is in the microgram quantities.
19       Q.   Can we agree -- I think we did
20   earlier today, but let me find out -- that if
21   you've got, as a drug formulator, a choice
22   between two additives, and one of them has a
23   potential problem and one of them doesn't,
24   you're likely going to favor looking at the
25   one that doesn't have the problem first?

Page 279

1    Pardeep K. Gupta, Ph.D.
2    MR. ESSIG:  Object to form.
3        THE WITNESS:  Only if I have reason
4    to believe that the amount that I'm using
5    is likely to cause problems.
6    BY MR. ARMENIO:
7        Q.   Okay.  So let's take a look at
8    Gupta Exhibit 26.
9        A.   I don't have that.
10       Q.   It's coming.
11       A.   Coming.  Okay.
12            (Exhibit Gupta-26, multipage
13       document entitled AGA Technical Review on
14       Constipation from the year 2000, is marked
15       for identification.)
16            THE WITNESS:  Thank you.
17   BY MR. ARMENIO:
18       Q.   And this is American
19   Gastroenterological Association review.  It's
20   called an "AGA Technical Review on
21   Constipation" from the year 2000.
22            Did you review this document in
23   connection with preparing your report in this
24   case?
25       A.   I don't remember one way or the

Page 280

1    Pardeep K. Gupta, Ph.D.
2    other.  I reviewed so many articles, I can't
3    say for sure if I did.
4        Q.   We can agree hopefully on Table
5    2 -- it's the third page of the article --
6    that medications associated with constipation
7    include antacids, especially
8    calcium-containing and calcium supplements;
9    right?
10            MR. ESSIG:  Object to form,
11       foundation.
12            THE WITNESS:  Yes, they're listed as
13       medication associated with constipation.
14   BY MR. ARMENIO:
15       Q.   Table 3, two pages further, a
16   disease state associated with constipation is
17   hypercalcemia; right?
18       A.   That is correct.
19       Q.   So calcium can cause constipation.
20   That's not an issue of dispute in 2008/2009.
21   A POSA would have been aware of that fact,
22   calcium can cause constipation; right?
23            MR. ESSIG:  Object to form,
24       foundation, misstates testimony.
25            THE WITNESS:  A better way of -- of

Page 281

1    Pardeep K. Gupta, Ph.D.
2    stating this is a POSA would have been
3    aware of the fact that amount of calcium
4    contained or proposed to be contained in
5    linaclotide is not likely to cause
6    constipation.
7    BY MR. ARMENIO:
8        Q.   Well, let's -- let's push on that
9    a second.  How do you know, right?  Because
10   the disease states for Linzess are chronic
11   idiopathic constipation --
12       A.   Yes.
13       Q.   -- right?  That's one of them.
14            And the other one is IBS-C,
15   irritable bowel syndrome with constipation?
16       A.   Yes.
17       Q.   Have you read the transcript from
18   the medical doctor expert from Defendants,
19   Dr. Barnett?
20       A.   I don't believe I have read it
21   and --
22       Q.   He told us that the "I" in CIC,
23   idiopathic, means I don't know what's causing
24   the constipation.  He also said that nobody
25   knows what causes IBS-C.

Pardeep K. Gupta, Ph.D.

1 Invention."
2
3     A.   Uh-huh.
4          Yes.
5     Q.   No amino acid in the formulation;
6 right?
7     A.   That is right.
8     Q.   No -- so, since there's no amino
9 acid, of course, there's no leucine, which is
10 an amino acid; right?
11    A.   Yes.
12    Q.   And it says "Divalent Cation";
13 right?
14    A.   Yes.
15    Q.   And we've talked about that many
16 times today?
17    A.   Uh-huh.
18    Q.   There is more than one of those;
19 right?
20    A.   More than one of those.
21    Q.   Rehder does not say anything about
22 combining a divalent metal cation with
23 leucine; right?
24    A.   Not with leucine but with other
25 stabilizers.

Pardeep K. Gupta, Ph.D.

1
2     MR. ARMENIO:  Okay.  Let's mark as
3 Exhibit 31 an article by Chen, et al, that
4 you cited to us.
5     (Exhibit Gupta-31, article entitled
6 Influence of Calcium Ions on the Structure
7 and Stability of Recombinant Human
8 Deoxyribonuclease 1 in the Aqueous and
9 Lyophilized States, is marked for
10 identification.)
11 BY MR. ARMENIO:
12    Q.   And the Chen article, you cited
13 this to us because it talks about calcium; is
14 that right?
15    A.   Yes, it is apparently about
16 calcium, yes.  It is about calcium.
17    Q.   And in the "Introduction" it
18 explains to us in the last sentence, in the
19 left-hand column, quote, In addition, the
20 presence of $Ca^{2+}$ has been shown to increase
21 bDNase's resistance to proteolysis (e.g. by
22 trypsin); right?
23    A.   Yes.
24    Q.   Resistance to proteolysis.  Where
25 does trypsin occur in the human body?

Pardeep K. Gupta, Ph.D.

1
2     A.   It's present to some degree in the
3 stomach.  Also in intestines.
4     Q.   And this is another article
5 telling us that calcium can increase the
6 resistance of a protein to proteolysis; right?
7     A.   You can make that deduction, yes.
8     Q.   And proteolysis is the degradation
9 of proteins via enzymes; right?
10    A.   Yes.
11    Q.   And the Chen article is 1999; is
12 that right?
13    A.   Yes.
14    Q.   So certainly well available to a
15 person of ordinary skill in the art in 2008 or
16 2009; right?
17    A.   It should be, yes.
18    MR. ARMENIO:  Okay.  Let's mark as
19 the next exhibit, Gupta-32.  This is the
20 Marra '248 paper that you cite to us.
21    (Exhibit Gupta-32, International
22 Application Publication Number WO 02/26248
23 A1, is marked for identification.)
24 BY MR. ARMENIO:
25    Q.   Now, in the Marra '248 paper --

Pardeep K. Gupta, Ph.D.

1
2 excuse me, '248 publication, Gupta-32, Marra
3 actually prefers magnesium chloride as the
4 stabilizer; right?
5     A.   It mentions on Page 3, Line 11 --
6 10 and 11 that divalent metal -- metal in any
7 physiologically acceptable divalent metal
8 ions, preferably zinc, magnesium and calcium
9 or mixtures thereof.
10    Q.   So let's look at Page 8; and if
11 you look at the data presented, there were
12 formulations of the conantokin, I guess,
13 formulation.  C-O-N-A-N-T-O-K-I-N.
14    A.   Yes.
15    Q.   Maybe it's supposed to be "toxin"
16 but we'll read it as written, tokin
17 formulation.  And they have one that contains
18 calcium, $Ca^{2+}$, and they have another one with
19 magnesium2+; right?
20    A.   Yes.
21    Q.   And the magnesium2+ had a shelf
22 life at 37 degrees centigrade of 79 days;
23 right?
24    A.   That is correct, although they
25 have not defined the criteria for shelf life.

Pardeep K. Gupta, Ph.D.
1 
2      Q.   And whatever criteria they're
3 using, they say for the calcium2+, it has a
4 shelf life of 37 degrees C of 51 days --
5      A.   Yes.
6      Q.   -- right?
7      A.   Yes.
8      Q.   And whatever we might disagree on,
9 we can agree that 79 days is longer, and
10 longer shelf life, when we're talking about
11 drug degradation, is better; right?
12           MR. ESSIG:  Object to form.
13           THE WITNESS:  Yes, in terms of shelf
14 life it is.
15 BY MR. ARMENIO:
16      Q.   Looking at Page 37, Lines 23 to
17 25, Marra again tells us about a comparison
18 between calcium and magnesium saying, quote,
19 This formulation would be preferred over the
20 Ca2+-containing formulation because of the
21 improved shelf life for the Mg2+-containing
22 formulation; right?
23      A.   For this particular peptide.
24      Q.   Okay.  The next page, 38, around
25 Line 19 it talks to us and tells us what its

Pardeep K. Gupta, Ph.D.
1 
2 preferred formulation is; right?
3      A.   What lines?
4      Q.   It starts on Line 19 where it says
5 the words "Preferred Formulation."
6      A.   Yes.
7      Q.   And then it gives us its preferred
8 formulation in the next four lines or so.  Do
9 you see that?
10      A.   Yes, I did.
11      Q.   And Marra '248 application, you
12 know, it's a document you cited to us, and it
13 tells us that the preferred formulation -- in
14 fact, it says, quote, The optimal formulation
15 within the variable ranges studied, close
16 quote.  And then it talks about what it's
17 going to contain, and one of the things it's
18 going to contain is 10 millimolar Mg2+; right?
19      A.   You talking about second line in
20 Paragraph 20?
21      Q.   The second line after "Preferred
22 Formulation," Page 38 of the Marra '248
23 application, Gupta-32.
24      A.   Yes.
25      Q.   And then it goes on in the next

Pardeep K. Gupta, Ph.D.
1 
2 line, it says, "This formulation would be
3 preferred over the calcium-containing
4 formulation because of the improved shelf life
5 for the magnesium-containing formulation";
6 right?
7      A.   That's what it says, yes.
8      Q.   Magnesium ion-containing
9 substances have been used in drug formulations
10 for decades; right?
11      A.   Yes, there is evidence to that,
12 yes.
13      Q.   So by -- and by 2008 and 2009,
14 that was already true, magnesium
15 ion-containing substances had been used in
16 FDA-approved drugs for decades; right?
17      A.   I would generally agree with that
18 statement, yes.
19      Q.   And Marra here -- and it's talking
20 about peptide; right?
21      A.   Yes.
22      Q.   You -- you wouldn't have cited
23 this to us if it didn't talk about peptides;
24 right?
25      A.   Well, likely, but yeah, not just

Pardeep K. Gupta, Ph.D.
1 
2 peptide, but you are right, I mean, that the
3 focus was peptides and proteins.
4      Q.   And these peptides are actually --
5 they're pretty specific.  If we look at the
6 first page of the application, these peptides
7 are typically 10 to 30 amino acids in length,
8 and they're typically highly constrained
9 peptides due to their high density of
10 disulfide bonds.
11           And for that I'm reading at
12 Lines 21 to 23 of Page 1 of Marra '248, which
13 is Gupta Exhibit 32.
14      A.   They haven't shown the structures
15 of peptides here, have they?
16      Q.   Well, you --
17      A.   There is --
18      Q.   -- you cited the document to us.
19      A.   There is a -- no, I -- but I don't
20 remember the detail of every cited document.
21      Q.   Okay.  So --
22      A.   There is -- there are amino acid
23 sequences.
24      Q.   There are sequences on Page 3, if
25 those are interesting to you.  And there may

Page 314

Pardeep K. Gupta, Ph.D.

1   Pardeep K. Gupta, Ph.D.
2   be additional sequences. And, in fact, there
3   are.
4       But maybe the easier thing to ask
5   you is: Is linaclotide a peptide with between
6   10 and 30 amino acid residues?
7       A. Yes, it is.
8       Q. Is linaclotide highly constrained
9   due to its high density of disulfide bonds?
10      A. Yes, it is.
11      Q. And linaclotide, it's a linear
12  peptide; right? There aren't branches off of
13  the linaclotide peptide, right? They're all
14  -- the sequence is all in a row, right,
15  linear?
16      A. Yes.
17      Q. Okay. So Marra is telling us
18  about linear peptides, 10 to 30 amino acids in
19  length, highly constrained with high density
20  of disulfide bonds, all features that these
21  peptides share with linaclotide.
22      And it's telling us magnesium ion
23  is better than chloride ion for stabilizing;
24  right?
25      MR. ESSIG: Object to form, document

Page 315

Pardeep K. Gupta, Ph.D.

1   Pardeep K. Gupta, Ph.D.
2   speaks for itself.
3       THE WITNESS: No. Looking at the
4   structure, I don't see where they have
5   multiple disulfide bonds.
6       Can you point to multiple disulfide
7   bonds in the structures that are listed on
8   Page 3?
9   BY MR. ARMENIO:
10      Q. It says, "high density of
11  disulfide bonds," on Line 23 of this document
12  that you have cited to us; right?
13      A. Yes, but that is a subjective
14  statement. It doesn't say the ratio of
15  disulfide bonds to the peptide length.
16      Q. Did you, in looking at the other
17  papers you've cited to us, parse between what
18  seems to be subjective statements versus what
19  have data?
20      MR. ESSIG: Object to form.
21      THE WITNESS: We have made an effort
22  to look at the structure wherever possible.
23  BY MR. ARMENIO:
24      Q. So let's ask it this way.
25      Human growth hormone over here and

Page 316

Pardeep K. Gupta, Ph.D.

1   Pardeep K. Gupta, Ph.D.
2   conantoxin over here.
3       A. Yes.
4       Q. Conantoxin is about the same
5   length as linaclotide, it's linear, and it has
6   disulfide bonds, according to the author of
7   the Marra reference; right?
8       A. Yes.
9       Q. hGH has over 180 amino acids, and
10  it's not linear; right? Branched?
11      A. hGH is linear.
12      Q. So linear and folded?
13      A. And folded.
14      Q. Okay. And earlier today you said
15  two asparagines, but it's two that are
16  reactive and really it's nine, or is it just
17  two?
18      A. There could be more --
19      MR. ESSIG: Object to form.
20      THE WITNESS: -- but two that
21  known -- are known to be reactive.
22      (Reporter clarification.)
23      THE WITNESS: Yes. There could be
24  more, but there are two that are known to
25  be reactive. But I don't know the exact

Page 317

Pardeep K. Gupta, Ph.D.

1   Pardeep K. Gupta, Ph.D.
2   amino acid sequence of 191 amino acids.
3   BY MR. ARMENIO:
4       Q. Okay. So we can agree, I think,
5   but let's find out.
6       If someone is looking at
7   linaclotide, it's going to look more like a
8   conantoxin than hGH in terms of its size and
9   structure; right?
10      A. Based on the description, it does.
11      But based on the sequence, I don't
12  see it here where the disulfide bonds are. I
13  see one in the last structure, in ConS1.
14      Q. On Page 10 they give us a whole
15  formulation for a conantoxin; right?
16      A. Let me go to Page 10.
17      Q. And they talk about the following
18  additives that were used in studies they ran
19  on the conantoxins; right?
20      And they list calcium2+; is that
21  right?
22      A. Yes.
23      Q. They also mention zinc2+, glycine,
24  lysine, and polylysine; right?
25      A. Yes.

Page 346

1       Pardeep K. Gupta, Ph.D.
2   linaclotide in one way or another from about
3   the year 2000 to 2008/2009, generating lots
4   and lots of confidential data, in addition to
5   publicly available data.
6       And based on the fact that they
7   knew the confidential and the public data,
8   would you agree with me that the scientists at
9   Ironwood and Microbia and Forest knew more
10  about linaclotide than anyone else in the
11  world?
12      MR. ESSIG:  Same objections.
13      THE WITNESS:  No, without knowing
14      the context of that question, and in the
15      specific areas of linaclotide research, I
16      can't -- I can't say one way or the other.
17  BY MR. ARMENIO:
18      Q.   So, in your view, Microbia,
19  Ironwood, and Forest could have worked on
20  linaclotide for years and not learned anything
21  more than they published in their papers?
22      MR. ESSIG:  Object to form --
23      THE WITNESS:  Well --
24      MR. ESSIG:  -- misstates the
25      testimony.

Page 347

1       Pardeep K. Gupta, Ph.D.
2       THE WITNESS:  -- it is possible that
3       they did not work on some aspects of
4       linaclotide, and some other groups or
5       researchers had worked on those aspects,
6       and so that would make the other
7       researchers more knowledgeable.
8   BY MR. ARMENIO:
9       Q.   Did you have occasion to talk to
10  Dr. Block in connection with your work on this
11  case?
12      A.   No, I did not.
13      Q.   Do you know Dr. Block from outside
14  of this case?
15      A.   Yes.
16      Q.   And professionally, personally,
17  both -- or both?
18      A.   Professionally.
19      Q.   And how long have you known him?
20      A.   I've known of him for many years.
21  I have not had one on one interactions with
22  him, but I have met -- met him at meetings.
23  We go to the same scientific meetings.  I am
24  familiar with his work.
25      Q.   But you did not have a chance to

Page 348

1       Pardeep K. Gupta, Ph.D.
2   talk to him about this case?
3       A.   No, I did not.
4       Q.   Okay.  And we're right at your
5   4:45, but I want to ask you as a last
6   question, which, hopefully, you and your
7   counsel will see as a benefit:  Is there
8   anything you said today that by mistake was
9   wrong and you want to correct it now or fix it
10  now before we all leave?
11      MR. ESSIG:  I'll just object to the
12      structure of the question, that we're not
13      waiving errata or review or anything like
14      that.  So --
15      THE WITNESS:  Yeah.
16      MR. ESSIG:  -- you know, you can
17      answer.
18      THE WITNESS:  Yeah.  I mean, at a
19      couple of points I did say that I wasn't
20      sure of certain things.  Excluding those, I
21      can't think of anything that I would like
22      to correct.
23      MR. ARMENIO:  Okay.  Doctor, it was
24      a pleasure speaking with you today.  Thank
25      you for your time.

Page 349

1       Pardeep K. Gupta, Ph.D.
2       I have no further questions for you
3   at this point.
4       THE WITNESS:  Okay.
5       MR. ARMENIO:  If your counsel asks
6   questions, I may ask a few more.  But as of
7   right now, I have no further questions.
8       THE WITNESS:  Okay.  Thank you.
9       MR. ESSIG:  We don't have any
10  questions.
11      THE VIDEOGRAPHER:  That now
12  concludes this deposition, and DVD
13  Number 4.  The time is 14 -- I'm sorry,
14  excuse me, 16:46.
15      (Time noted:  4:46 p.m.)
16
17

                    _____
18          Pardeep K. Gupta, Ph.D.
19
20  Subscribed and sworn
21  before me this     day
22  of,        , 2019.
23
24
25

TAB C

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| FOREST LABORATORIES, LLC et al.<br><br>    Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, Inc., and<br>SANDOZ, INC.,<br><br>    Defendants. | C.A. No. 1:16-cv-01114-RGA |

**REPLY IN FURTHER SUPPORT OF DEFENDANTS' MOTION *IN LIMINE***

SHAW KELLER LLP
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com

Of Counsel:

George C. Lombardi
Christopher B. Essig
Ivan M. Poullaos
Jason Z. Pesick
Nathan R. Gilbert
Courtney S. Block
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600

Noorossadat Torabi
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
(650) 858-6500

Sharon Lin

PHILLIPS, GOLDMAN, MCLAUGHLIN &
HALL, P.A.
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

Of Counsel:

William A. Rakoczy
Deanne M. Mazzochi
Jeffery A. Marx
Kevin P. Burke
Cynthia H. Sun
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
(312) 222-6304

*Attorneys for Defendant Sandoz Inc.*

Winston & Strawn LLP
1700 K ST NW
Washington, DC 20006
(202) 282-5000

*Attorneys for Defendant Teva*
*Pharmaceuticals USA Inc.*

Plaintiffs' opposition is an attempt to re-cast Defendants' motion as an attack on their ability to cross-examine Defendants' expert, Dr. Gupta, and to somehow blame their nondisclosure on the fact that it was necessary for Defendants to replace their expert for serious health reasons. Plaintiffs are wrong. Defendants do not seek to limit the cross-examination of Dr. Gupta, but to preclude Plaintiffs from improperly asserting a new legal argument that they never before disclosed.

Plaintiffs do not dispute that they failed to disclose their new argument. Instead, they argue that evidence of their new theory "only came to light" during Dr. Gupta's deposition. It did not. It was Defendants who disclosed publications on which Plaintiffs rely for their "teaching away" argument (Yanagawa '336 and Marra '248), in Defendants' 2017 invalidity contentions. Defendants' reports from Drs. Block and Gupta also disclose these same public references. They are not secret, nor did they belatedly "come to light." In response to Defendants' reports, Plaintiffs' expert, Dr. Klibanov, did not advance their new argument in either of his two reports. And though he testified that he reviewed Dr. Gupta's deposition before sitting for his own, he still never argued that any references "taught away" from the claimed invention. (Ex. A at 247:20–248:20).

Plaintiffs' opposition has nothing to do with Defendants being permitted to replace their expert and serving a report. Plaintiffs simply attempt to distract from their failure to timely disclose their new argument years ago.[1] They did not seek leave to do so, and cannot do so now by way of a footnote in the pretrial order. That does not afford Defendants and their experts an opportunity to consider it and respond. Defendants respectfully request that the court grant their motion and preclude Plaintiffs from arguing that the prior art "taught away" from the claimed invention.

---

[1] Plaintiffs' offer of proof also demonstrates their misconception of the standard for showing that a reference "teaches away" from the invention. Defendants need not show that the prior art points to the claimed invention as the very best solution (to the exclusion of all others) before obviousness can be found. *See, e.g.*, *Dupuy Spine, Inc. v. Medtronic*, 567 F.3d 1314, 1327 (Fed. Cir. 2009) ("A reference does not teach away, however, if it merely expresses a general preference for an alternative invention but does not criticize, discredit, or otherwise discourage investigation into the invention claimed.").