IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ALLERGAN USA, INC., and IRONWOOD PHARMACEUTICALS, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No.  16-1114-RGA |
| TEVA PHARMACEUTICALS USA, INC., MYLAN PHARMACEUTICALS INC., and SANDOZ, INC., | ) ) ) ) | **CONSOLIDATED** |
| Defendants. | ) | |

## NOTICE OF LODGING

Please take notice of the attached Exhibit A to Defendants' Reply in Support of Their

Motion *in Limine* (D.I. 312, Exh. 16.C), which was inadvertently omitted from the Proposed

Pretrial Order filed with the Court.

/s/ David M. Fry
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:
George C. Lombardi
Christopher B. Essig
Ivan M. Poullaos
Jason Z. Pesick
Nathan R. Gilbert
Courtney S. Block
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600

Noorossadat Torabi
WINSTON & STRAWN LLP
275 Middlefield Road, Suite
205  Menlo Park, CA 94025
(650) 858-6500

Sharon Lin
WINSTON & STRAWN LLP 1700
K Street, N.W. Washington,
D.C. 20006 (202) 282-5756


Dated: December 30, 2019

# EXHIBIT A

Highly Confidential

Page 238

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF DELAWARE

3   ALLERGAN SALES, LLC, FOREST          )
    LABORATORIES HOLDINGS, LTD.,         )
4   ALLERGAN USA, INC., and IRONWOOD     )
    PHARMACEUTICALS, INC.,               )
5                                        )
                 Plaintiffs,             )
6                                        )   Civil Action No.
            vs.                          )   16-cv-01114(RGA)
7                                        )   Consolidated
    TEVA PHARMACEUTICALS USA, INC.,      )
8   and SANDOZ INC.,                     )
                                         )
9                Defendants.             )
    _____)

10

11                 HIGHLY CONFIDENTIAL

12      VIDEO DEPOSITION OF ALEXANDER KLIBANOV, PhD

13                     VOLUME II

14                  PAGES 238 - 479

15                 OCTOBER 23, 2019

16                SAN DIEGO, CALIFORNIA

17

18

19

20

21   Reported by:

22

23   Cynthia J. Vega, RMR, RDR, CSR 6640, CCRR 95

24

25   Job No.  170606

Highly Confidential

Page 247

```
1      A.  Yes.
2      Q.  Who did you meet with?
3      A.  I met with three attorneys who are sitting to
4   the right from me at this table.
5      Q.  Was there anybody else?
6      A.  No.
7      Q.  When did you meet with them?
8      A.  Yesterday.
9      Q.  For how long did you meet with them?
10     A.  A whole day.
11     Q.  In preparing for your deposition today, did you
12  speak with anybody else?
13     A.  I did not.
14     Q.  Okay.  Did you review any documents preparing
15  for your deposition today?
16     A.  Certainly.
17     Q.  Any documents that you haven't seen before in
18  this case?
19     A.  I don't think so.
20     Q.  Okay.  You understand -- are you aware that
21  Dr. Gupta, defendant's expert, was already deposed in
22  this case?
23     A.  Yes.
24     Q.  Have you seen a transcript of his deposition?
25     A.  Yes.
```

Page 248

```
1      Q.  Do you know if it was a rough transcript or a
2   final transcript?
3      A.  I do not know.
4      Q.  Did you ask for a copy of that transcript?
5      A.  I've been sent a copy of his deposition
6   transcript.
7      Q.  Who sent that copy to you?
8      A.  Dr. Morris, I believe.
9          Mr. Marx, if you could slow down, please.
10     Q.  Certainly.
11     A.  I'd very much appreciate it.
12     Q.  Mr. Morris sent you a copy of that deposition
13  transcript?
14     A.  Dr. Morris did that, yes.  Or maybe it was
15  Mr. Mathrani.  I'm not sure.  One of those.
16     Q.  Did you read that deposition transcript?
17     A.  Yes, I did.
18     Q.  Completely?
19     A.  Yes.  I mean, I maybe didn't read the index at
20  the end, but I read the deposition transcript.
21     Q.  Did you take any notes while you reviewed
22  Dr. Gupta's deposition transcript?
23     A.  Yes.
24     Q.  Did you take any notes preparing for your
25  deposition today?
```

Page 249

```
1      A.  Yes.  In both cases mental notes.
2      Q.  Mental notes.  Do you have any written notes?
3      A.  No.
4      Q.  I'm going to introduce some exhibits.  They're
5   already labeled from your first deposition, so I'm not
6   going to relabel them today.  The first is what was
7   Exhibit 6 to your March 8 deposition.  It is your
8   curriculum vitae.
9          MR. MARX:  I'm going to hand it to the witness
10  because there is nothing to mark, if that's okay.
11         MR. MORRIS:  Counsel, for the record --
12         MR. MARX:  Yes.
13         MR. MORRIS:  -- the transcript Professor
14  Klibanov was provided was the final transcript.
15         MR. MARX:  Thank you for clarifying that.
16  BY MR. MARX:
17     Q.  Dr. Klibanov, let me know when you've had a
18  chance to familiarize yourself with that document.
19     A.  Well, I'm fairly well familiar with this
20  document.
21     Q.  Sure.
22     A.  And if I weren't, since it is about 40 pages,
23  it will be difficult for me to do it very quickly.
24     Q.  Do you recognize that document as your
25  curriculum vitae or CV?
```

Page 250

```
1      A.  My curriculum vitae as of the time of my first
2   expert report, yes.
3      Q.  Has that CV been updated since that time?
4      A.  It has been updated.  This is not the updated
5   version.
6      Q.  Can you -- what changes have been made to the
7   CV?
8      A.  A couple of additional patents have been
9   issued, but the most significant change, although I
10  don't think it has any bearing on this case, is that on
11  the 31st of August of this year, after more than --
12  after I turned 70 years old and after serving more than
13  40 years on the faculty of MIT, I became a professor
14  emeritus at MIT and moved to California.
15     Q.  That would explain why we're here today.
16     A.  I Guess it would.  Not in its entirety because
17  when I had the pleasure of being deposed by Mr. Essig, I
18  was still the active faculty member at MIT and I was
19  still deposed here in this very room, in fact, I think.
20     Q.  Well, congratulations.
21     A.  Thank you.
22     Q.  Any other substantive updates to your CV that
23  you believe are relevant to this case?
24     A.  I don't think so.
25     Q.  Thanks.  Is the other information in this CV
```

4 (Pages 247 to 250)