IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN SALES, LLC, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 16-1114-RGA |
| | : Consolidated |
| TEVA PHARMACEUTICALS USA, INC., et al., | : |
| | : |
| Defendants. | : |

**ORDER AFTER PRETRIAL CONFERENCE**

Now, this __2__ day of January, 2020, after a pretrial conference, and upon consideration of the proposed pretrial order (D.I. 310 & 311) and the discussion at the pretrial conference, IT IS HEREBY ORDERED that:

1. The Proposed Pretrial Order is **ADOPTED** as modified by any discussion at the pretrial conference.

2. A bench trial will begin on Tuesday, January 7, 2020, at 8:30 a.m. Each party should be prepared to present its case until 5:00 p.m. of each trial day, although the end of the trial day may, in the discretion of the Court, be earlier than 5:00 p.m.

3. The trial is timed. Each side is allowed 10 ½ hours for its opening statement and its direct and cross-examination of witnesses. Time during the trial day that does not neatly fit into one of those categories will be attributed to one side or the other as the Court thinks most appropriate. The amount of time allowed for closing argument, which will be held on Friday, January 10, 2020, at 1:00 p.m., will be decided during trial.

4. Trial counsel are to be present and ready to proceed at 8:15 a.m. each and every day of trial. **COUNSEL SHOULD UNDERSTAND THAT THERE MAY BE LONG LINES (PARTICULARLY WHEN A JURY IS BEING SELECTED) TO ENTER THE COURTHOUSE AND SHOULD PLAN ACCORDINGLY.** There will be an hour for lunch and a fifteen-minute break in both the morning and the afternoon.

5. Plaintiff's Motion in Limine is **DISMISSED** as involving a hypothetical situation, as stated at the pretrial conference, and without prejudice to specific objections to testimony on the basis that it is claim construction. Defendant's Motion in Limine is **DENIED** as stated at the pretrial conference.

6. Any trial logistics should be coordinated through the Courtroom Deputy.

*[Signature]*
United States District Judge