IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ALLERGAN USA, INC. and IRONWOOD PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., MYLAN PHARMACEUTICALS INC., and SANDOZ, INC., <br> Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No. 16-1114 (RGA) ) (CONSOLIDATED) ) ) ) ) ) |
| FOREST LABORATORIES HOLDINGS, LTD., ALLERGAN USA, INC., ALLERGAN SALES, LLC and IRONWOOD PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) C.A. No. 18-171 (RGA) ) ) ) ) ) |

**STIPULATION AND ORDER**

The Court, upon the consent and request of Plaintiffs Allergan Sales, LLC, Forest Laboratories Holdings, Ltd., Allergan USA, Inc., and Ironwood Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendant Sandoz Inc. ("Sandoz"), hereby acknowledges the following Stipulation and issues the following Order in the above-captioned consolidated cases.

**STIPULATION**

1. This Court has subject matter jurisdiction over this patent infringement action (the "Action") and neither Plaintiffs nor Sandoz contest personal jurisdiction or venue in this Court for purposes of the Action.

2. In the Action, Plaintiffs have asserted claims against Sandoz for infringement of U.S. Patent Nos. 7,304,036 ("the '036 patent"), 7,371,727 ("the '727 patent"), 7,704,947 ("the '947 patent"), 8,080,526 ("the '526 patent"), 8,748,573 ("the '573 patent"), and 8,802,628 ("the '628 patent") (collectively, "the Asserted Patents") in connection with Sandoz's submission of Abbreviated New Drug Application ("ANDA") 209630 directed to generic linaclotide (145 and 290 mcg) capsule products to the U.S. Food and Drug Administration ("FDA").

3. On May 1, 2019, this Court entered a joint stipulation concerning Sandoz's infringement of certain claims of the Asserted Patents under 35 U.S.C. § 271(a), (b), (c), (g), and/or (e)(2)(A), which Order is incorporated herein by reference. (*See* D.I. 279)

4. Sandoz has raised defenses, and asserted counterclaims. To date, no decision has been obtained from this Court regarding Sandoz's defenses or counterclaims.

5. The parties agree that all other claims, defenses, and counterclaims asserted against each other in Plaintiffs' and Sandoz's pleadings in the Actions, including the allegations and averments contained therein, should be dismissed, without prejudice.

## ORDER

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiffs and Sandoz, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. All claims, defenses, and counterclaims asserted by the parties against each other in Plaintiffs' and Sandoz's pleadings in the Actions, including the allegations and averments contained therein, are hereby dismissed, without prejudice.

2. Sandoz, its officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, are hereby enjoined from manufacturing, using, offering to sell, or selling within the United States, or importing into the United States, the generic linaclotide (145 and

290 mcg) capsule products described by ANDA 209630 during the life of the '036 patent, the '727 patent, the '947 patent, the '526 patent, the '573 patent, and the '628 patent, including any extensions and pediatric exclusivities, absent a license agreement or other authorization by Plaintiffs, unless all of the claims of the '036 patent, the '727 patent, the '947 patent, the '526 patent, the '573 patent, and the '628 patent are found invalid or unenforceable by a court decision from which no appeal has been or can be taken, other than a petition for a writ of certiorari to the U.S. Supreme Court.

      3.      Nothing in this Stipulation and Order prevents FDA from granting final approval to ANDA 209630 at any time.

      4.      Plaintiffs and Sandoz each expressly waive any right to appeal or otherwise move for relief from this Stipulation And Order.

      5.      This Court retains jurisdiction over Plaintiffs and Sandoz for purposes of enforcing this Stipulation And Order.

      6.      This Stipulation And Order shall finally resolve the Actions as between Plaintiffs and Sandoz.

      7.      This Stipulation And Order is without prejudice to any claim, defense, or counterclaim in any possible future action between Sandoz and any of the Plaintiffs regarding the '036 patent, the '727 patent, the '947 patent, the '526 patent, the '573 patent, and/or the '628 patent and a product other than a generic linaclotide (145 and 290 mcg) capsule products described by ANDA 209630.

      8.      The Clerk of the Court is directed to enter this Stipulation And Order forthwith in both Actions.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ David A. Bilson* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>dab@pgmhlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Sandoz Inc.* |

January 6, 2020

**SO ORDERED** this _____ day of _____, 2020

_____
HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE