# PHILLIPS, GOLDMAN, McLAUGHLIN & HALL, P.A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
ROBERT S. GOLDMAN\*\*†\*\*
LISA C. McLAUGHLIN†
JAMES P. HALL
DAVID A. BILSON\*\*\*
MEGAN C. HANEY

ALSO MEMBER OF
\*PENNSYLVANIA BAR
\*\*NEW JERSEY BAR
†MARYLAND BAR
‡FLORIDA BAR

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pgmhlaw.com

January 3, 2020

**VIA CM/ECF & HAND DELIVERY**  *REDACTED - PUBLIC VERSION*
The Honorable Richard G. Andrews
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801

   Re:   *Allergan Sales, LLC, et al. v. Teva Pharmaceuticals USA, Inc. et al.*
         C.A. No. 16-1114-RGA (Consolidated)

Dear Judge Andrews:

   I write on behalf of Defendant Sandoz Inc. ("Sandoz") to report that Sandoz and Plaintiffs ████████████████████████████████████████ Sandoz will advise the Court ████ ████████████████████████ and as soon as is practicably possible, the parties will submit a proposed stipulation and order of dismissal for the Court's consideration. In light of the foregoing, Sandoz requests that the Court remove next week's trial from its calendar. Counsel are available at the Court's convenience should the Court wish to discuss this matter.

                              Respectfully,

                              */s/ David A. Bilson*

cc:  Counsel for Plaintiffs (via e-mail)     David A. Bilson (#4986)