IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ALLERGAN USA, INC., and IRONWOOD PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., MYLAN PHARMACEUTICALS INC., and SANDOZ, INC.,<br><br>Defendants. | **Redacted- Public Version**<br><br>C.A. No. 16-1114-RGA<br>CONSOLIDATED |
| FOREST LABORATORIES HOLDINGS, LTD., ALLERGAN USA, INC., and IRONWOOD PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | C.A. No. 18-198-RGA |

**STIPULATION AND ORDER**

Jack B. Blumenfeld (No. 1014)
Jeremy A. Tigan (No. 5239)
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com
*Attorneys for Plaintiffs*

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

WHEREAS, plaintiffs Allergan Sales, LLC, Forest Laboratories Holdings, Ltd., Allergan USA, Inc., and Ironwood Pharmaceuticals, Inc. (collectively, "Plaintiffs") have asserted claims against Teva Pharmaceuticals USA, Inc. ("Teva") for infringement of U.S. Patent Nos. 7,304,036 ("the '036 patent"), 7,371,727 ("the '727 patent"), 7,704,947 ("the '947 patent"), 8,080,526 ("the '526 patent"), 8,748,573 ("the '573 patent"), and 8,802,628 ("the '628 patent") (collectively, "the 145/290 mcg Asserted Patents") in connection with Teva's submission of Abbreviated New Drug Application ("ANDA") 209568 (the "Teva ANDA") directed to generic linaclotide (145 and 290 mcg) capsule products to the U.S. Food and Drug Administration ("FDA").

WHEREAS, Plaintiffs have also asserted claims against Teva for infringement of the '036 patent, the '727 patent, the '947 patent, and the '526 patent (collectively, "the 72 mcg Asserted Patents") in connection with Teva's submission of ANDA 211255 (the "Teva 72 mcg ANDA") directed to generic linaclotide (72 mcg) capsule products to the FDA.

WHEREAS, on May 1, 2019, this Court entered a stipulation, *inter alia*, concerning Teva's infringement of certain claims of the 145/290 mcg Asserted Patents, and infringement of certain claims of the 72 mcg Asserted Patents, under 35 U.S.C. § 271(e)(2)(A), (a), (b), (c) and/or (g), which Order is incorporated herein by reference. (*See* C.A. No. 16-1114-RGA, D.I. 279, ¶¶ 4-8)

WHEREAS, on August 5, 2019, the Court entered a stipulated order submitted by Plaintiffs, Teva and Sandoz Inc. ("Sandoz") providing, *inter alia*, that Teva is enjoined from commercially selling within, or importing into, the United States, any of the generic linaclotide capsule products described by the Teva ANDA and/or the Teva 72 mcg ANDA until the earlier

2

of: (a) the date the Court issues its decision on the merits after the rescheduled trial in this action; or (b) September 20, 2020. (*See* C.A. No. 16-1114-RGA, D.I. 296)

**WHEREAS**, Plaintiffs, Teva and Sandoz are scheduled to begin a bench trial in the Action on January 7, 2020 with respect to, *inter alia*, Teva's and Sandoz's defenses and/or counterclaims of invalidity regarding the '036 patent, the '727 patent, the '947 patent, the '526 patent, the '573 patent, and the '628 patent.

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████
████████████████████████████████████████
████████████████████

**THIS MATTER** having come before the Court upon the joint stipulation and application of Plaintiffs and Teva, the Court having considered the parties' submission, in order to streamline the issues in this consolidated civil action, and for other good cause shown:

**IT IS** on this ____7____ day of January, 2020,

ORDERED, ADJUDGED, AND DECREED that:

    1.    This Court has subject matter jurisdiction over the above-captioned consolidated patent infringement actions (collectively, the "Action") and personal jurisdiction

over Plaintiffs and Teva for purposes of the Action. Venue over the Action is proper in this Court as to Plaintiffs and Teva.

2. Plaintiffs and Teva agree to remain subject to this Court's jurisdiction and be bound by the outcome of the trial as between Plaintiffs and Sandoz, as well as any subsequent proceedings, if necessary, including but not limited to any related appeals or remands, to the same extent as if Teva fully participated in the Action including the upcoming trial and any subsequent proceedings. In other words, the substantive outcome by this Court and, if necessary, any further proceedings, pertaining to the issues of validity of the '036 patent, the '727 patent, the '947 patent, the '526 patent, the '573 patent, and the '628 patent entered by this Court and any subsequent proceedings therefrom will apply with equal force against Plaintiffs and Teva in the Action with respect to both the Teva ANDA and the Teva 72 mcg ANDA.

3. In the event that a trial between Plaintiffs and Sandoz does not occur on or about January 7-9, 2020, due to settlement or otherwise, Plaintiffs and Teva agree to jointly seek: (i) a rescheduled trial date for Teva's invalidity counterclaims in the Action to occur during the first half of 2020, subject to the Court's availability; and (ii) a modification to the injunction provided in Paragraph 2 of this Court's August 5, 2019 Order (C.A. No. 1:16-cv-1114-RGA, D.I. 296), as applicable to Teva, which shall extend to the earlier of: (a) the date the Court issues its decision on the merits after any rescheduled trial in this Action; or (b) the date that is September 20, 2020 *plus* the number of days between January 7, 2020 and the starting date of any rescheduled trial in this Action between Plaintiffs and Teva.

4. In the event that Plaintiffs and Sandoz complete the bench trial scheduled for January 7-9, 2020, but *before* a post-trial decision is rendered by this Court Plaintiffs and Sandoz agree to dismiss all claims between Plaintiffs and Sandoz with respect to the Sandoz

ANDA and '036 patent, the '727 patent, the '947 patent, the '526 patent, the '573 patent, and the '628 patent, and the claims between Plaintiffs and Teva have not been dismissed, *then* ██████ ████████████████████████████████████ ████████████████████ █ █████████ ██████████████████████████████████████, then Plaintiffs and Teva agree (a) to have Teva step in the shoes of Sandoz (as of the day of a dismissal of all claims between Plaintiffs and Sandoz), (b) to have Plaintiffs and Teva take on the complete trial record developed between Plaintiffs and Sandoz, and (c) for Plaintiffs and Teva to be bound by all of this Court's rulings and other determinations as to the issues presented at the trial between Plaintiffs and Sandoz. If, in such event, post-trial briefing, or other post-trial filings, between Plaintiffs and Sandoz has not been completed, then Plaintiffs and Teva agree to jointly move the Court for a revised post-trial briefing schedule, and Teva further agrees to step in the shoes of Sandoz and complete post-trial briefing or other post-trial filings, to the extent necessary, in order to assist the Court in rendering a final determination as between Plaintiffs and Teva as if Teva had participated in the trial.

5. Plaintiffs and Teva each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order.

6. The Action between Plaintiffs and Teva shall not be dismissed or closed as a result of this Stipulated and Order. This Court retains jurisdiction over Plaintiffs and Teva for purposes of enforcing this Stipulation and Order and any subsequent proceedings, including entering final judgment, to the extent necessary.

The parties hereby agree to the entry of the foregoing Stipulation and Order.

/s/ *Jack B. Blumenfeld*  
Jack B. Blumenfeld (No. 1014)  
Jeremy A. Tigan (No. 5239)  
MORRIS, NICHOLS, ARSHT  
 & TUNNELL LLP  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
(302) 658-9200  
jblumenfeld@mnat.com  
jtigan@mnat.com  
*Attorneys for Plaintiffs*

/s/ *Karen E. Keller*  
John W. Shaw (No. 3362)  
Karen E. Keller (No. 4489)  
David M. Fry (No. 5486)  
SHAW KELLER LLP  
I.M. Pei Building  
1105 North Market Street, 12th Floor  
Wilmington, DE 19801  
(302) 298-0700  
jshaw@shawkeller.com  
kkeller@shawkeller.com  
dfry@shawkeller.com  
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

Dated: January 2, 2020

SO ORDERED this __3__ day of January, 2020.

_____  
United States District Judge

6